IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Docket No. |
| CITY OF BOSTON, MASSACHUSETTS; THOMAS M. MENINO, in his official capacity as Mayor of the City of Boston; BOSTON CITY COUNCIL: MICHAEL F. FLAHERTY, PAUL J. SCAPICCHIO, JAMES M. KELLY, MAUREEN E. FEENEY, CHARLES C. YANCEY, ROB CONSALVO, JOHN TOBIN, CHUCK TURNER, MICHAEL P. ROSS, JERRY P. MCDERMOTT, FELIX D. ARROYO, MAURA HENNIGAN, STEPHEN J. MURPHY; BOSTON ELECTION DEPARTMENT; GERALDINE CUDDYER, in her official capacity  as Chair of the Boston Election Department, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **05 - 11⁵⁸ WGY** |
| Defendants. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-captioned case as
co-counsel for the Plaintiff.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____

Damian W. Wilmot
Assistant U.S. Attorney
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
July 29, 2005                    (617) 748-3398

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon counsel for the defendants Mark Sweeney, First Assistant Corporation Counsel, City of Boston, One City Hall Square, Boston, MA 02201, by first class, postage prepaid mail, on this date.

_____
Damian W. Wilmot
Assistant U.S. Attorney