**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO.** 05-11598-WGY

| |
|---|
| UNITED STATES OF AMERICA,<br><br>    <u>Plaintiff</u>,<br><br>v.<br><br>CITY OF BOSTON, MASSACHUSETTS; THOMAS M. MENINO, in his official capacity as Mayor of the City of Boston; BOSTON CITY COUNCIL; MICHAEL F. FLAHERTY, PAUL J. SCAPICCHIO, JAMES M. KELLY, MAUREEN E. FEENEY, CHARLES C. YANCY, ROB CONSALVO, JOHN TOBIN, CHUCK TURNER, MICHAEL P. ROSS, JERRY P. MCDERMOTT, FELIX D. ARROYO, MAURA HENNIGAN, STEPHEN J. MURPHY; BOSTON ELECTION DEPARTMENT; GERALDINE CUDDYER, in her official capacity as Chair of the Boston Election Department,<br><br>    <u>Defendants</u>. |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Please enter my appearance as co-counsel for the

defendants, City of Boston and Thomas M. Menino, in his official

capacity as Mayor of the City of Boston, in the above-captioned case.

                          Respectfully submitted,

                          DEFENDANTS, CITY OF BOSTON, AND THOMAS M. MENINO

                          Merita A. Hopkins
Corporation Counsel

                          By their attorney:

                          /s/ Susan Weise
Susan Weise
Chief of Litigation
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4040
BBO#