# United States District Court
## District of Massachusetts

---

CIVIL ACTION NO.
05-11598-WGY

UNITED STATES OF AMERICA,

Plaintiff,

v.

CITY OF BOSTON, MASSACHUSETTS, ET AL.

Defendants.

ORDER CONVENING THREE-JUDGE DISTRICT COURT

August 26, 2005

    For the purpose of establishing a three-judge district court in the above captioned case, I hereby designate, pursuant to 28 U.S.C. section 2284, Circuit Judge Sandra L. Lynch and District Judge Patti B. Saris, to serve with Chief Judge William G. Young as members of that court.

                                                   _____
                                                   Chief Judge
                                                   United States Court of Appeals
                                                   for the First Circuit