IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CITY OF BOSTON, et al.,

    Defendants,

CIVIL ACTION NO.
05-11598 WGY

## NOTICE OF APPEARANCE

Attorney Nadine Cohen of the Lawyers' Committee for Civil Rights Under the Law of the Boston Bar Association ("Boston Lawyers' Committee") herby enters her appearance in the above-captioned case on behalf of Defendant Boston City Councilors Felix D. Arroyo; Maura Hennigan; Chuck Turner; and Charles C. Yancey.

August 31, 2005

              Nadine Cohen (BBO# 090040)
              Lawyers' Committee for Civil Rights
              Under Law of the Boston Bar Association
              294 Washington Street, Suite 443
              Boston, MA 02108
              (617) 482-1145; (617) 988-0609

**Certificate of Service**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by mail (hand) on 8-31-05