IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>CHINESE PROGRESSIVE ASSOCIATION, )<br>CHINATOWN RESIDENT ASSOCIATION, )<br>CITY LIFE / VIDA URBANA, SIU TSANG, )<br>FUNG YUNG, YAN HUI, MARIA ALTRECHE, )<br>)<br>Proposed Plaintiff-Intervenors )<br>)<br>v. )<br>)<br>CITY OF BOSTON, MASSACHUSETTS; THOMAS M. )<br>MENINO, in his official capacity as )<br>Mayor of the City of Boston; )<br>BOSTON CITY COUNCIL: MICHAEL F. )<br>FLAHERTY, PAUL J. SCAPICCHIO, JAMES M. )<br>KELLY, MAUREEN E. FEENEY, CHARLES C. )<br>YANCEY, ROB CONSALVO, JOHN TOBIN, CHUCK )<br>TURNER, MICHAEL P. ROSS, JERRY P. )<br>MCDERMOTT, FELIX D. ARROYO, MAURA )<br>HENNIGAN, STEPHEN J. MURPHY; BOSTON )<br>ELECTION DEPARTMENT; GERALDINE CUDDYER, )<br>in her official capacity as Chair of )<br>the Boston Election Department, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION No.<br>05-11598WGY<br><br>DECLARATION<br><br>THREE-JUDGE COURT<br>WGY, PS, SL |

## DECLARATION OF LYDIA LOWE

I, Lydia Lowe, declare under penalty of perjury that the following is true and correct:

1. I am currently Executive Director of the Chinese Progressive Association ("CPA"), a local non-partisan Asian American community organization.

2. The mission of CPA is to work for full equality and empowerment of the Chinese community in the City of Boston ("City" or "Boston") and beyond.

3. CPA was founded in 1977 in response to a need for the Chinese community to have input into the Boston school desegregation process and land development in Chinatown.

4. The Chinese community still lacks the political clout to make its needs heard and its issues addressed.

5. CPA's membership is made up predominately of Chinese immigrants and Chinese-speaking voters. Most are workers in low wage industries, working families, or low-income elderly.

6. CPA works to increase Chinese American participation in the electoral process and in solving community problems.

7. CPA's Community Empowerment Project organizes for the democratic participation of ordinary Chinese community members in the political decision-making process. Its activities include civic involvement activities, voter registration, voter education and orientation, and organizing to expand political participation and voting rights.

8. For many years CPA has organized voter registration drives. Chinatown represents only one quarter of the area's Chinese American population, but it has the highest concentration of Chinese American voters. CPA works to expand Chinese Americans' influence and participation in other communities in Boston, and has advocated to the City of Boston for multilingual political access.

9. For many years, I have organized and participated in voter registration drives sponsored by CPA. I have recruited and trained volunteers to staff voter registration tables throughout Boston. I have also organized and participated in voter education workshops, showing how to cast ballots, explaining the polling process, and educating voters about their rights. I have worked on voter turnout and poll monitoring. As part of this work, CPA has

translated ballots into Chinese and provided these bilingual sample ballots to Chinese American voters.

10. As a language minority, Asian Americans historically have been denied access to the political process due to language barriers. Since passage of the Voting Rights Act, the situation has improved; however, enforcement of this law has been uneven.

11. Historically, exclusionary electoral practices continued to hamper Asian Americans from participating in the democratic process.

12. Boston's efforts to comply with the federal laws have been uneven. I have written letters to the City of Boston with voter complaints. The City had refused to acknowledge the most serious of these complaints and until earlier this year had refused to meet with me about remedies for these complaints. I saw no significant progress on remedies that I had proposed since 2003 until the Department of Justice filed suit this year. After the Department of Justice filed suit, the City immediately convened a voting rights task force, but refused to include CPA in the task force, even though it is including representatives of the Asian, Latino and African American communities.

13. Vast efforts are still needed to ensure that Asian Americans have access to the electoral processes.

14. I have worked on many levels to enfranchise the Asian American community, including registering voters and working to fulfill the promises of the bilingual ballot. I believe that Asian Americans can effectively participate in the electoral process only if bilingual ballots, Chinese language information and assistance are provided to limited English proficient citizens.

I declare under the penalty of perjury and pursuant to Title 28 of the United States Code, Section 1746, that the foregoing is true and correct to the best of my knowledge, recollection, and belief.

Dated: 9/6/05

Lydia Lowe