IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CHINESE PROGRESSIVE ASSOCIATION,<br>CHINATOWN RESIDENT ASSOCIATION,<br>CITY LIFE / VIDA URBANA, SIU TSANG,<br>FUNG YUNG, YAN HUI, MARIA ALTRECHE,<br><br>    Proposed Plaintiff-Intervenors<br><br>v.<br><br>CITY OF BOSTON, MASSACHUSETTS; THOMAS M.<br>MENINO, in his official capacity as<br>Mayor of the City of Boston;<br>BOSTON CITY COUNCIL: MICHAEL F.<br>FLAHERTY, PAUL J. SCAPICCHIO, JAMES M.<br>KELLY, MAUREEN E. FEENEY, CHARLES C.<br>YANCEY, ROB CONSALVO, JOHN TOBIN, CHUCK<br>TURNER, MICHAEL P. ROSS, JERRY P.<br>MCDERMOTT, FELIX D. ARROYO, MAURA<br>HENNIGAN, STEPHEN J. MURPHY; BOSTON<br>ELECTION DEPARTMENT; GERALDINE CUDDYER,<br>in her official capacity as Chair of<br>the Boston Election Department,<br><br>    Defendants. | CIVIL ACTION No.<br>05-11598WGY<br><br><br>DECLARATION<br><br><br>THREE-JUDGE COURT<br>WGY, PS, SL |

**DECLARATION OF HENRY YEE**

I, Henry Yee, declare under penalty of perjury that the following is true and correct:

1.    I am currently co-chairman of the Chinatown Resident Association ("CRA").

2.    CRA is a representative, nonpartisan Chinese American community organization located in the City of Boston ("City" or "Boston"). It was founded in 1999. The members of CRA's steering committee represent all the areas of Chinatown. CRA organizes and advocates on

behalf of the residents of Boston's Chinatown. It desires to protect the rights of its constituents under the Voting Rights Act of 1965.

  3.  CRA's members include Chinese citizens of limited English proficiency.

  4.  Chinese Americans' participation in the electoral process is central to the effectiveness of CRA's work with the Chinatown community.

  5.  For the last five years, CRA has registered new Chinese American voters. Also, CRA has helped with get-out-the-vote efforts on election days.

I declare under the penalty of perjury and pursuant to Title 28 of the United States Code, Section 1746, that the foregoing is true and correct to the best of my knowledge, recollection, and belief.

Dated: 9/1/2005

Henry Yee