IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CHINESE PROGRESSIVE ASSOCIATION,<br>CHINATOWN RESIDENT ASSOCIATION,<br>CITY LIFE / VIDA URBANA, SIU TSANG,<br>FUNG YUNG, YAN HUI, MARIA ALTRECHE,<br><br>    Proposed Plaintiff-Intervenors<br><br>    v.<br><br>CITY OF BOSTON, MASSACHUSETTS; THOMAS M.<br>MENINO, in his official capacity as<br>Mayor of the City of Boston;<br>BOSTON CITY COUNCIL: MICHAEL F.<br>FLAHERTY, PAUL J. SCAPICCHIO, JAMES M.<br>KELLY, MAUREEN E. FEENEY, CHARLES C.<br>YANCEY, ROB CONSALVO, JOHN TOBIN, CHUCK<br>TURNER, MICHAEL P. ROSS, JERRY P.<br>MCDERMOTT, FELIX D. ARROYO, MAURA<br>HENNIGAN, STEPHEN J. MURPHY; BOSTON<br>ELECTION DEPARTMENT; GERALDINE CUDDYER,<br>in her official capacity as Chair of<br>the Boston Election Department,<br><br>    Defendants. | CIVIL ACTION No.<br>05-11598WGY<br><br>DECLARATION<br><br>THREE-JUDGE COURT<br>WGY, PS, SL |

**DECLARATION OF JUAN LEYTON**

I, Juan Leyton, declare under penalty of perjury that the following is true and correct:

1.     I am currently Executive Director of City Life.

2.     City Life/Vida Urbana is a grassroots community organization based in the Jamaica Plain neighborhood of the City of Boston ("City" or "Boston").

3.     City Life/Vida Urbana is committed to fighting for racial, social, and economic

justice by building working class power through direct action, coalition building, education, and advocacy. We are building a democratically run organization that is multiracial, multicultural, bilingual (Spanish/English), and welcoming sexual diversity. Leadership development and empowerment throughout the organization is our policy, with a special emphasis on our youth, women, Latino, and working class members..

4. City Life's members include Latino citizens of limited English proficiency.

5. Latinos' participation in the electoral process is central to the effectiveness of City Life's work with the Latino community.

6. We have done voter registration and mobilization for the past five years. We specially focus on the Latino vote. After we register voters, we remind them about going to the polls. We do telephone calls and mailings to mobilize voters. In some cases we help elderly voters with rides to the polls. We have also trained people on how the voting system works and on their rights as voters. Our voter education has mainly been done with Spanish speakers.

I declare under the penalty of perjury and pursuant to Title 28 of the United States Code, Section 1746, that the foregoing is true and correct to the best of my knowledge, recollection, and belief.

Dated: 9/08/05

Juan Leyton