IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>  Plaintiff, )<br> )<br>CHINESE PROGRESSIVE ASSOCIATION, )<br>CHINATOWN RESIDENT ASSOCIATION, )<br>CITY LIFE / VIDA URBANA, SIU TSANG, )<br>FUNG YUNG, YAN HUI, MARIA ALTRECHE, )<br> )<br>  Proposed Plaintiff-Intervenors )<br> )<br>  v. )<br> )<br>CITY OF BOSTON, MASSACHUSETTS; THOMAS M. )<br>MENINO, in his official capacity as )<br>Mayor of the City of Boston; )<br>BOSTON CITY COUNCIL: MICHAEL F. )<br>FLAHERTY, PAUL J. SCAPICCHIO, JAMES M. )<br>KELLY, MAUREEN E. FEENEY, CHARLES C. )<br>YANCEY, ROB CONSALVO, JOHN TOBIN, CHUCK )<br>TURNER, MICHAEL P. ROSS, JERRY P. )<br>MCDERMOTT, FELIX D. ARROYO, MAURA )<br>HENNIGAN, STEPHEN J. MURPHY; BOSTON )<br>ELECTION DEPARTMENT; GERALDINE CUDDYER, )<br>in her official capacity as Chair of )<br>the Boston Election Department, )<br> )<br>  Defendants. )<br> ) | CIVIL ACTION No.<br>05-11598WGY<br><br>DECLARATION<br><br>THREE-JUDGE COURT<br>WGY, PS, SL |

**DECLARATION OF YAN HUI**

I, Yan Hui, under penalty of perjury, declare the following based on personal knowledge:

1. I was born in Guangzhou, China, in 1959. I moved to the United States in 1987 and became a United States citizen in 1992. I live at 25 Mission Park Drive, Apartment 808, in Boston, Massachusetts.

2. I first voted in 1992 and have voted in every major election since then.

3. I vote at Mission Park. I understand some English but do not read or speak English very well. In order to be able to vote, I have attended voter education workshops at the Chinese Progressive Association and learned about ballot questions and election procedures from my work at the Chinese Progressive Association. If assistance were not available, I would be able to translate some of the ballot for myself, but not all of it.

4. Ballots should be provided in Chinese. If materials were translated from English to Chinese, then Chinese voters would have full access to information and would be able to vote for a politician that they care about.

I declare under the penalty of perjury and pursuant to Title 28 of the United States Code, Section 1746, that the foregoing is true and correct to the best of my knowledge, recollection, and belief. I have reviewed this declaration with ___Alice Leung___ of ___Chinese Progressive Association___ who translated it into Chinese, and believe it accurately reflects my statements and experience.

Dated: ___9/6/05___

_____Yan Hui_____
Yan Hui

I, ___Alice Leung___, certify under penalty of perjury that I am fluent in both Chinese and English and that I have correctly and accurately translated this document from English to Chinese and that Yan Hui has assured me that she understands this document.

Dated: ___9/6/05___

_____Alice Leung_____