IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| CHINESE PROGRESSIVE ASSOCIATION, | ) |
| CHINATOWN RESIDENT ASSOCIATION, | ) |
| CITY LIFE / VIDA URBANA, SIU TSANG, | ) |
| FUNG YUNG, YAN HUI, MARIA ALTRECHE, | ) |
| | ) |
| Proposed Plaintiff-Intervenors | ) |
| | ) CIVIL ACTION No. |
| v. | ) 05-11598WGY |
| | ) |
| CITY OF BOSTON, MASSACHUSETTS; | ) |
| THOMAS M. MENINO, in his official capacity as | ) MOTION FOR |
| Mayor of the City of Boston; | ) ADMISSION |
| BOSTON CITY COUNCIL: MICHAEL F. | ) PRO HAC VICE |
| FLAHERTY, PAUL J. SCAPICCHIO, JAMES M. | ) |
| KELLY, MAUREEN E. FEENEY, CHARLES C. | ) THREE-JUDGE COURT |
| YANCEY, ROB CONSALVO, JOHN TOBIN, CHUCK | ) WGY, PS, SL |
| TURNER, MICHAEL P. ROSS, JERRY P. | ) |
| MCDERMOTT, FELIX D. ARROYO, MAURA | ) |
| HENNIGAN, STEPHEN J. MURPHY; BOSTON | ) |
| ELECTION DEPARTMENT; GERALDINE | ) |
| CUDDYER, in her official capacity as Chair of | ) |
| the Boston Election Department, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF GLENN D. MAGPANTAY

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Glenn D. Magpantay, of Asian American Legal Defense and Education Fund, 99 Hudson Street, 12th Floor, New York, New York 10013, be admitted to appear *pro hac vice* on behalf of Proposed Plaintiff-Intervenors, Chinese Progressive Association, Chinatown Resident Association, City Life / Vida Urbana, Siu Tsang, Fung Yung, Yan Hui, and Maria

Altreche, and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Glenn D. Magpantay is a member in good standing of the Bar of the State of New York;

2. Mr. Magpantay is also a member in good standing of the bars of the following courts:

> Federal District Court for the Southern District of New York
> Federal District Court for the Eastern District of New York

3. There are no disciplinary proceedings pending against Mr. Magpantay as a member of the Bar in any jurisdiction; and

4. Mr. Magpantay is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. In further support of this motion, Mr. Magpantay has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully requests that Glenn D. Magpantay be granted leave to appear and practice on before this Court *pro hac vice*.

Dated: September 9, 2005                Respectfully submitted,

*/s/ Andrew M. Troop*
Andrew M. Troop (BBO#547179)
Christopher R. Mirick (BBO#639683)
Arthur R. Cormier (BBO#645116)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street, 34th Floor
Boston, MA 02110
Telephone: (617) 772-8300
Facsimile: (617) 772-8333

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Glenn D. Magpantay, hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and

I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

_____
Glenn D. Magpantay

Dated: September 9, 2005