IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CHINESE PROGRESSIVE ASSOCIATION,<br>CHINATOWN RESIDENT ASSOCIATION,<br>CITY LIFE / VIDA URBANA, SIU TSANG,<br>FUNG YUNG, YAN HUI, MARIA ALTRECHE,<br><br>Proposed Plaintiff-Intervenors<br><br>v.<br><br>CITY OF BOSTON, MASSACHUSETTS; THOMAS M.<br>MENINO, in his official capacity as<br>Mayor of the City of Boston;<br>BOSTON CITY COUNCIL: MICHAEL F.<br>FLAHERTY, PAUL J. SCAPICCHIO, JAMES M.<br>KELLY, MAUREEN E. FEENEY, CHARLES C.<br>YANCEY, ROB CONSALVO, JOHN TOBIN, CHUCK<br>TURNER, MICHAEL P. ROSS, JERRY P.<br>MCDERMOTT, FELIX D. ARROYO, MAURA<br>HENNIGAN, STEPHEN J. MURPHY; BOSTON<br>ELECTION DEPARTMENT; GERALDINE CUDDYER,<br>in her official capacity as Chair of<br>the Boston Election Department,<br><br>Defendants. | CIVIL ACTION No.<br>05-11598WGY<br><br>COMPLAINT-IN-<br>INTERVENTION<br><br>THREE-JUDGE COURT<br>WGY, SL, PS |

**CERTIFICATE OF SERVICE**

    I, Arthur R. Cormier, hereby certify that on this 9th day of September, 2005, I caused a true copy of:

        (1)    Motion to Intervene as Plaintiffs;

        (2)    Memorandum of Law in Support of Asian American and Latinos' Motion to Intervene as Plaintiffs;

        (3)    Complaint-in-Intervention;

(4)  Declaration of Lydia Lowe;

(5)  Declaration of Henry Yee;

(6)  Declaration of Juan Leyton;

(7)  Declaration of Siu Tsang;

(8)  Declaration of Fung Yung;

(9)  Declaration of Yan Hui;

(10) Declaration of Maria Altreche;

(11) Motion for Admission *Pro Hac Vice* of Glenn D. Magpantay;

(12) Certification under Local Rule 7.1;

(13) [Proposed] Order Allowing Motion to Intervene as Plaintiffs;

(14) [Proposed] Order Allowing Motion for Admission *Pro Hac Vice* of Glenn D. Magpantay; and

(15) Certificate of Service.

to be served by mail on Defendants' attorney, Mark Sweeney, First Assistant Corporation Counsel, City of Boston One City Hall Square Boston, MA 02201, and on Plaintiff's attorney, Chris Coates, Special Counsel, Civil Rights Division – NWB, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530.

Date: September 9, 2005

*[signature]*

ARTHUR R. CORMIER (BBO#645116)
Attorney for Proposed Plaintiff-Intervenors
Weil, Gotshal & Manges LLP
100 Federal Street, 34th Floor
Boston, MA 02110
Telephone: (617) 772-8300
Facsimile: (617) 772-8333