UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> CITY OF BOSTON, ) <br> MASSACHUSETTS; THOMAS M. ) <br> MENINO, in his official capacity as ) <br> Mayor of the City of Boston; ) <br> BOSTON CITY COUNCIL: ) <br> MICHAEL F. FLAHERTY, PAUL J.) <br> SCAPICCHIO, JAMES M. KELLY, ) <br> MAUREEN E. FEENEY, ) <br> CHARLES C. YANCEY, ROB ) <br> CONSALVO, JOHN TOBIN, ) <br> CHUCK TURNER, MICHAEL P. ) <br> ROSS, JERRY P. MCDERMOTT, ) <br> FELIX D. ARROYO, MAURA ) <br> HENNIGAN, STEPHEN J. ) <br> MURPHY; BOSTON ELECTION ) <br> DEPARTMENT; GERALDINE ) <br> CUDDYER, in her official capacity ) <br> as Chair of the Boston Election ) <br> Department, ) <br> ) <br>     Defendants. ) <br> ) | Civil Action No. 05-11598-WGY <br><br> Three Judge Court: WGY, SL, PS |

**PLAINTIFF UNITED STATE'S OPPOSITION TO PROPOSED
INTERVENORS' MOTION TO INTERVENE AS PLAINTIFFS**

On July 29, 2005, the United States filed its Complaint in this action alleging that election practices and procedures in the City of Boston violate Sections 2 and 203 of the Voting Rights Act, 42 U.S.C. §§ 1973 & 1973aa-1a. Ten days after the United States entered into settlement negotiations with the City of Boston, the Chinese Progressive Association, the Chinatown Resident Association, City Life/Vida Urbana, Siu Tsang, Fung Yung, Yan Hui, and Maria Altreche (collectively, "Proposed Intervenors") filed a Motion to Intervene as Plaintiffs on

Friday, September 9, 2005.  Shortly thereafter, the United States and the City finalized a settlement agreement, which was submitted to the Court on September 15, 2005.

Because the original parties have reached a settlement agreement that incorporates all of the relief sought by Proposed Intervenors and more, granting intervention would not enhance the resolution of the case, but rather complicate and delay the proceedings.  Accordingly, Proposed Intervenors' Motion to Intervene should be denied.

This Opposition is based upon the supporting Memorandum of Law set forth below.

    Respectfully submitted,

    UNITED STATES OF AMERICA

    By its Attorney,

    MICHAEL J. SULLIVAN
    United States Attorney

    /s/ Damian W. Wilmot
    Damian W. Wilmot
    Assistant U.S. Attorney
    John J. Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210

September 21, 2005    (617) 748-3398

**CERTIFICATE OF SERVICE**

      I certify that on September 21, 2005, I caused a copy of the foregoing Opposition to be served on:

WILLIAM BRADFORD REYNOLDS
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2402
(202) 383-6912

MERITA A. HOPKINS
Corporation Counsel
City of Boston
Boston City Hall
Room 615
Boston, MA 02201
(617) 635-4017

CYNTHIA MARK
Greater Boston Legal Services
197 Friend Street
Boston, MA  02114
(617) 371-1234

GLENN D. MAGPANTAY
Asian American Legal Defense and Education Fund
99 Hudson Street, 12th Floor
New York, NY  10013-2815
(212) 966-5932

ANDREW M. TROOP
CHRISTOPHER R. MIRICK
ARTHUR R. CORMIER
Weil, Gotshal & Manges LLP
100 Federal Street, 34th Floor
Boston, MA 02110
(617) 772-8300

                                              /s/ Damian W. Wilmot
                                              DAMIAN WILMOT
                                              Assistant United States Attorney