IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>CHINESE PROGRESSIVE ASSOCIATION, )<br>CHINATOWN RESIDENT ASSOCIATION, )<br>CITY LIFE / VIDA URBANA, SIU TSANG, )<br>FUNG YUNG, YAN HUI, MARIA ALTRECHE, )<br>)<br>Proposed Plaintiff-Intervenors )<br>)<br>v. )<br>)<br>CITY OF BOSTON, MASSACHUSETTS; THOMAS M. )<br>MENINO, in his official capacity as )<br>Mayor of the City of Boston; )<br>BOSTON CITY COUNCIL: MICHAEL F. )<br>FLAHERTY, PAUL J. SCAPICCHIO, JAMES M. )<br>KELLY, MAUREEN E. FEENEY, CHARLES C. )<br>YANCEY, ROB CONSALVO, JOHN TOBIN, CHUCK )<br>TURNER, MICHAEL P. ROSS, JERRY P. )<br>MCDERMOTT, FELIX D. ARROYO, MAURA )<br>HENNIGAN, STEPHEN J. MURPHY; BOSTON )<br>ELECTION DEPARTMENT; GERALDINE CUDDYER, )<br>in her official capacity as Chair of )<br>the Boston Election Department, )<br>)<br>Defendants. ) | CIVIL ACTION No.<br>05-11598WGY<br><br><br><br><br>THREE-JUDGE COURT<br>WGY, SL, PS |

**CERTIFICATE OF SERVICE**

I, Christopher R. Mirick, hereby certify that on this 27th day of September, 2005,

I caused a true copy of:

    (1)    Proposed Plaintiff-Intervenors' Request (a) For Leave to File Reply Brief And Attorney Declaration in Response to Plaintiff United States' Opposition to Proposed Plaintiff-Intervenors' Motion to Intervene and (b)

    For Oral Argument Regarding Motion to Intervene;

(2) Proposed Plaintiff-Intervenors' Reply Brief to Plaintiff United States' Opposition to Proposed Plaintiff-Intervenors' Motion to Intervene;

(3) Declaration of Glenn D. Magpantay in Support of Proposed Plaintiff-Intervenors' Reply to United States' Opposition to Proposed Plaintiff-Intervenors' Motion to Intervene; and

(4) this Certificate of Service

to be served by first class mail on the following parties:

Mark Sweeney
First Assistant Corporation Counsel, City of Boston
One City Hall Square
Boston, MA  02201
(counsel to Defendants)

Nadine Cohen
Lawyers' Committee for Civil Rights Under
Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, MA  02108
(counsel to Defendants Charles C. Yancey,
Chuck Turner, Felix D. Arroyo, and Maura Hennigan)

Christopher Coates
Special Counsel
Civil Rights Division – NWB
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530.
(counsel to Plaintiff)

Date:  September 27, 2005

                _____
                CHRISTOPHER R. MIRICK