IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CHINESE PROGRESSIVE ASSOCIATION,<br>CHINATOWN RESIDENT ASSOCIATION,<br>CITY LIFE / VIDA URBANA, SIU TSANG,<br>FUNG YUNG, YAN HUI, MARIA ALTRECHE,<br><br>    Proposed Plaintiff-Intervenors<br><br>    v.<br><br>CITY OF BOSTON, MASSACHUSETTS; THOMAS M.<br>MENINO, in his official capacity as<br>Mayor of the City of Boston;<br>BOSTON CITY COUNCIL: MICHAEL F.<br>FLAHERTY, PAUL J. SCAPICCHIO, JAMES M.<br>KELLY, MAUREEN E. FEENEY, CHARLES C.<br>YANCEY, ROB CONSALVO, JOHN TOBIN, CHUCK<br>TURNER, MICHAEL P. ROSS, JERRY P.<br>MCDERMOTT, FELIX D. ARROYO, MAURA<br>HENNIGAN, STEPHEN J. MURPHY; BOSTON<br>ELECTION DEPARTMENT; GERALDINE CUDDYER,<br>in her official capacity as Chair of<br>the Boston Election Department,<br><br>    Defendants. | CIVIL ACTION No.<br>05-11598WGY<br><br><br><br><u>THREE-JUDGE COURT</u><br>WGY, SL, PS |

**CERTIFICATE OF SERVICE**

    I, Christopher R. Mirick, hereby certify that on this 5th day of October, 2005, I caused a true copy of:

    (1)    Statement By Proposed Plaintiff-Intervenors Regarding Proposed Consent Decree; and

    (2)    this Certificate of Service

to be served by first class mail on the following parties:

Mark Sweeney
First Assistant Corporation Counsel, City of Boston
One City Hall Square
Boston, MA  02201
(counsel to Defendants)

Nadine Cohen
Lawyers' Committee for Civil Rights Under
Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, MA  02108
(counsel to Defendants Charles C. Yancey,
Chuck Turner, Felix D. Arroyo, and Maura Hennigan)

Christopher Coates
Special Counsel
Civil Rights Division – NWB
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530.
(counsel to Plaintiff)

Date:  October 5, 2005

        /s/ Christopher R. Mirick
CHRISTOPHER R. MIRICK