IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 OCT -5 P 3: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 05-11598 (WGY) |
| ) | |
| CITY OF BOSTON, ) | THREE-JUDGE COURT |
| MASSACHUSETTS; THOMAS M. ) | (WGY) (SL) (PS) |
| MENINO, in his official ) | |
| capacity as Mayor of the ) | |
| City of Boston; BOSTON CITY ) | **JOINT MOTION TO ENTER REVISED** |
| COUNCIL: MICHAEL F. FLAHERTY, ) | **ORDER** |
| PAUL J. SCAPICCHIO, JAMES M. ) | |
| KELLY, MAUREEN E. FEENEY, ) | |
| CHARLES C. YANCEY, ROB ) | |
| CONSALVO, JOHN TOBIN, ) | |
| CHUCK TURNER, MICHAEL P. ) | |
| ROSS, JERRY P. MCDERMOTT, ) | |
| FELIX D. ARROYO, MAURA ) | |
| HENNIGAN, STEPHEN J. ) | |
| MURPHY; BOSTON ELECTION ) | |
| DEPARTMENT; GERALDINE ) | |
| CUDDYER, in her official ) | |
| capacity as Chair of the ) | |
| Boston Election Department, ) | |
| ) | |
| Defendants. ) | |

JOINT MOTION TO ENTER REVISED ORDER

Pursuant to this Court's Procedural and Scheduling Order of September 28, 2005, attached please find the parties' revised order. The parties hereby move this Court to enter their revised order.

October 5, 2005

FOR THE CITY OF BOSTON:

*[signature]*
MERITA A. HOPKINS
Corporation Counsel
City of Boston
Boston City Hall
Room 615
Boston, MA 02201
(617) 635-4017

FOR THE UNITED STATES:

*[signature]*
PATRICIA CONNOLLY
Assistant U.S. Attorney
John Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3398