IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF BOSTON, )<br>MASSACHUSETTS; THOMAS M. )<br>MENINO, in his official )<br>capacity as Mayor of the )<br>City of Boston; BOSTON CITY )<br>COUNCIL: MICHAEL F. FLAHERTY, )<br>PAUL J. SCAPICCHIO, JAMES M. )<br>KELLY, MAUREEN E. FEENEY, )<br>CHARLES C. YANCEY, ROB )<br>CONSALVO, JOHN TOBIN, )<br>CHUCK TURNER, MICHAEL P. )<br>ROSS, JERRY P. MCDERMOTT, )<br>FELIX D. ARROYO, MAURA )<br>HENNIGAN, STEPHEN J. )<br>MURPHY; BOSTON ELECTION )<br>DEPARTMENT; GERALDINE )<br>CUDDYER, in her official )<br>capacity as Chair of the )<br>Boston Election Department, )<br>)<br>Defendants. ) | Docket No. 05-11598 (WGY)<br><br>THREE-JUDGE COURT<br>(WGY) (SL) (PS) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of James D. Walsh as counsel for the Plaintiff in the above-captioned case.

Respectfully submitted,

/s/ J. D. Walsh
JAMES D. WALSH
Trial Attorney
Civil Rights Division - NWB

U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 514-6346

## CERTIFICATE OF SERVICE

I certify that on October 4, 2005, I caused a copy of the foregoing Notice of Appearance to be served on:

WILLIAM BRADFORD REYNOLDS
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2402
(202) 383-6912

MERITA A. HOPKINS
Corporation Counsel
City of Boston
Boston City Hall
Room 615
Boston, MA 02201
(617) 635-4017

CYNTHIA MARK
Greater Boston Legal Services
197 Friend Street
Boston, MA 02114
(617) 371-1234

GLENN D. MAGPANTAY
Asian American Legal Defense and Education Fund
99 Hudson Street, 12th Floor
New York, NY 10013-2815
(212) 966-5932

ANDREW M. TROOP
CHRISTOPHER R. MIRICK
ARTHUR R. CORMIER
Weil, Gotshal & Manges LLP
100 Federal Street, 34th Floor
Boston, MA 02110
(617) 772-8300

JAMES D. WALSH