IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>               Plaintiff, <br>   vs. <br><br>**CITY OF BOSTON, et al.**, <br><br>               Defendants, | CIVIL ACTION NO. <br> 05-11598 WGY |

**STATEMENT OF DEFENDANT BOSTON CITY COUNCILORS ARROYO, HENNIGAN, TURNER AND YANCEY IN SUPPORT OF PROPOSED PLAINTIFF-INTERVENORS MOTION TO INTERVENE**

Defendant Boston City Councilors Arroyo, Hennigan, Turner and Yancey, hereby state that they support the Motion to Intervene of the Chinese Progressive Association, Chinatown Residents Association, City Life/Vida Urbana, Siu Tsang, Fung Yang, Yan Hui and Maria Altreche (collectively, the Proposed Plaintiff-Intervenors).

The above Defendants support the intervention of the Proposed Plaintiff-Intervenors for the purpose of monitoring the Memorandum of Agreement and Settlement (the "Settlement") and ensuring the effective implementation of the relief set forth in the Settlement. Defendants further support the proposed revisions to the Settlement offered by Intervenors. The Proposed Plaintiff- Intervenors bring the perspective of community-based voter advocacy organizations and limited-English proficient voters to the case, and have a clear interest in enforcing the terms of the Settlement.

No harm to any of the parties will result if the Motion To Intervene is allowed, and permitting the Intervention will enable the parties whose voting rights are at stake to have a direct role in enforcing their rights.

                                                   Respectfully Submitted,

                                                   Boston City Councilors Arroyo,
                                                   Hennigan, Turner and Yancey

                                                 By their attorney,

                                               /s/ Nadine Cohen
                                               _____
                                               Nadine Cohen (BBO# 090040)
                                               Lawyers' Committee for Civil Rights
                                               Under Law of the Boston Bar Association
                                               294 Washington Street, Suite 443
                                               Boston, MA 02108
Dated:   October 17, 2005                        (617) 988-0609