IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 05-11598 (WGY) |
| | ) | |
| CITY OF BOSTON, | ) | THREE-JUDGE COURT |
| MASSACHUSETTS; THOMAS M. | ) | (WGY) (SL) (PS) |
| MENINO, in his official | ) | |
| capacity as Mayor of the | ) | |
| City of Boston; BOSTON CITY | ) | |
| COUNCIL: MICHAEL F. FLAHERTY, | ) | |
| PAUL J. SCAPICCHIO, JAMES M. | ) | |
| KELLY, MAUREEN E. FEENEY, | ) | |
| CHARLES C. YANCEY, ROB | ) | |
| CONSALVO, JOHN TOBIN, | ) | |
| CHUCK TURNER, MICHAEL P. | ) | |
| ROSS, JERRY P. MCDERMOTT, | ) | |
| FELIX D. ARROYO, MAURA | ) | |
| HENNIGAN, STEPHEN J. | ) | |
| MURPHY; BOSTON ELECTION | ) | |
| DEPARTMENT; GERALDINE | ) | |
| CUDDYER, in her official | ) | |
| capacity as Chair of the | ) | |
| Boston Election Department, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Abel Gomez as counsel for the Plaintiff in the above-captioned case.

Respectfully submitted,

_____
Abel Gomez
Florida Bar No. 832545
Trial Attorney
Civil Rights Division - NWB
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 305-1582

## CERTIFICATE OF SERVICE

I certify that on October 14, 2005, I caused a copy of the foregoing Notice of Appearance to be served on:

WILLIAM BRADFORD REYNOLDS
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2402
(202) 383-6912

MERITA A. HOPKINS
Corporation Counsel
City of Boston
Boston City Hall
Room 615
Boston, MA 02201
(617) 635-4017

CYNTHIA MARK
Greater Boston Legal Services
197 Friend Street
Boston, MA 02114
(617) 371-1234

GLENN D. MAGPANTAY
Asian American Legal Defense and Education Fund
99 Hudson Street, 12th Floor
New York, NY 10013-2815
(212) 966-5932

ANDREW M. TROOP
CHRISTOPHER R. MIRICK
ARTHUR R. CORMIER
Weil, Gotshal & Manges LLP
100 Federal Street, 34th Floor
Boston, MA 02110
(617) 772-8300

ABEL GOMEZ