UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11598-WGY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CITY OF BOSTON, MASSACHUSETTS; THOMAS M. MENINO, in his official capacity as Mayor of the City of Boston; BOSTON CITY COUNCIL; MICHAEL F. FLAHERTY, PAUL J. SCAPICCHIO, JAMES M. KELLY, MAUREEN E. FEENEY, CHARLES C. YANCEY, ROB CONSALVO, JOHN TOBIN, CHUCK TURNER, MICHAEL P. ROSS, JERRY P. MCDERMOTT, FELIX D. ARROYO, MAURA HENNIGAN, STEPHEN J. MURPHY; BOSTON ELECTION DEPARTMENT; GERALDINE CUDDYER, in her official capacity as Chair of the Boston Election Department,

    Defendants.

## MOTION TO DISQUALIFY NADINE COHEN AS COUNSEL

Now come the defendants City of Boston, Massachusetts; Thomas M. Menino, in his official capacity as Mayor of the City of Boston; Boston City Council; Michael F. Flaherty, Paul J. Scapicchio, James M. Kelly, Maureen E. Feeney, Charles C. Yancey, Rob Consalvo, John Tobin, Chuck Turner, Michael Ross, Jerry P. McDermott, Felix D. Arroyo, Maura Hennigan, Stephen J.

Murphy; Boston Election Department; Geraldine Cuddyer, in her official capacity as Chair of the Boston Election Department, and request that this Honorable Court strike the appearance of Nadine Cohen as a lawyer for Charles Yancey, Chuck Turner, Felix Arroyo, and Maura Hennigan. In support of this motion, the defendants further submit the attached memorandum of law.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON,
THOMAS M. MENINO, AND CITY OF
BOSTON CITY COUNCIL

Merita A. Hopkins
Corporation Counsel

By their attorney:

*/s/ Merita A. Hopkins*
Merita Hopkins, BBO # 239580
Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4040