IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
05-11598-WGY

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

CITY OF BOSTON, MASSACHUSETTS, ET AL.

    Defendants

---

CHINESE PROGRESSIVE ASSOCIATION,
CHINATOWN RESIDENT ASSOCIATION,
CITY LIFE/VIDA URBANA, SIU TSANG, FUND YUNG,
YAN HUI, MARIA ALTRECHE

    Proposed Plaintiff-Intervenors

October 18, 2005

### ORDER ON MOTION TO INTERVENE OF PROPOSED INTERVENORS

The motion of the proposed intervenors is denied on the grounds of lack of ripeness. The proposed intervenors do not object, indeed they support, the Joint Motion of the plaintiff United States and the defendant, the City of Boston to Enter Revised Order concerning their Memorandum of Agreement and Settlement. As a result there is no live controversy as to which intervention is warranted

The denial of the motion is without prejudice.

_____
U.S. Circuit Judge Sandra L. Lynch

_____
U.S. District Judge William G. Young

_____
U.S. District Judge Patti B. Saris