

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

April 24, 2006

Matthew Paine, Docket Clerk
To The Honorable William G. Young
U.S. District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

Re:     United States of America v. City of Boston     C.A. 05-11598-WGY

Dear Mr. Paine:

Enclosed please find a disk containing redacted reports that should be attached to the Notice of Filing of Federal Observer Reports for the November 8, 2005 Municipal Election which was filed on April 21, 2006.

If you have any questions I can be reached at 617-748-3398.

Sincerely,

Damian Wilmot
Assistant U.S. Attorney

Enclosure