IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil Action No. 05-11598-WGY |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF FILING OF FEDERAL** |
| ) | **OBSERVER REPORTS [ON DISK]** |
| CITY OF BOSTON, ) | **FOR THE MAY 16, 2006 AND JUNE 13, 2006** |
| MASSACHUSETTS, ET AL. ) | **SPECIAL MUNICIPAL ELECTIONS** |
| ) | |
| Defendants. ) | |

Pursuant to Section 8 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973f ("Section 8"), counsel for Plaintiff hereby files the reports created by federal observers who were present at polling sites in the City of Boston, Massachusetts for the May 16, 2006 and June 13, 2006 special municipal elections. Federal observer presence at these elections was authorized by this Court's October 18, 2005 Order in the instant case, granting relief under Section 3(a) of the Voting Rights Act, 42 U.S.C. § 1973a(a) ("Section 3(a)").

Section 8 requires federal observers whose presence is authorized pursuant to Section 3(a) to report to the Attorney General and the Court. The United States is filing these reports to satisfy this statutory requirement. See 42 U.S.C. § 1973f.

For purposes of this public filing, the United States has protected the privacy of certain information contained in the reports, including but not limited to, the identity and address of persons voting or attempting to vote, and the identity of persons other than poll officials and poll watchers who provided assistance to individual voters. The United States has therefore redacted that information.

Because of the length of the 26 reports created for the May and June 2006 elections, the observer reports are being provided to the Court and to counsel for Defendants on an accompanying compact disk.  See Exhibit A (5/16/06 and 6/13/06 Observer Reports).

The original federal observer reports shall be maintained in the offices of the United States Department of Justice, Civil Rights Division, Voting Section.

Date: 28th day of June, 2006

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

JOHN TANNER, Chief
SUSANA LORENZO-GIGUERE
Special Litigation Counsel
VERONICA SEUNGWON JUNG
Trial Attorney
United States Department of Justice
Civil Rights Division
Voting Section
950 Pennsylvania Avenue NW - NWB-7254
Washington, D.C.  20530
Telephone:   (202) 353-7738
Facsimile:    (202) 307-3961
susana.lorenzo-giguere@usdoj.gov
veronica.jung@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies to be an employee of the United States Department of Justice and to be a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF FILING OF FEDERAL OBSERVER REPORTS [ON DISK] FOR THE MAY 16, 2006 AND JUNE 13, 2006 MUNICIPAL ELECTIONS**

United States v. City of Boston, et al., Civil Action No. 05-11598-WGY

to be served this date upon the parties as follows:

___    **FIRST CLASS MAIL**, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___    **FACSIMILE (FAX)**, Telephone No.: _____

_X_   **FEDERAL EXPRESS**

___    **HAND-DELIVERED**

to the parties addressed as follows:

    William Sinnott
    Corporation Counsel
    Boston City Hall, Room 615
    Boston, MA 02201

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of June, 2006, in Washington, D.C..

                                                VERONICA SEUNGWON JUNG

# Exhibit A (5/13/06 & 6/13/06 Observer Reports)

Disk on file in U.S. District Court Clerks Office