IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF BOSTON, )<br>)<br>Defendants. ) | Civil Action No. 05-11598-WGY<br><br>**NOTICE OF FILING OF FEDERAL<br>OBSERVER REPORTS [ON DISK]<br>FOR THE SEPTEMBER 19, 2006<br>PRIMARY ELECTION** |

Pursuant to Section 8 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973f ("Section 8"), counsel for Plaintiff hereby files the reports created by federal observers who were present at polling sites in the City of Boston, Massachusetts for the September 19, 2006 Primary Election. Federal observer presence at these elections was authorized by this Court's October 18, 2005 Order in the instant case, granting relief under Section 3(a) of the Voting Rights Act, 42 U.S.C. § 1973a(a) ("Section 3(a)").

Section 8 requires federal observers whose presence is authorized pursuant to Section 3(a) to report to the Attorney General and the Court. The United States is filing these reports to satisfy this statutory requirement. See 42 U.S.C. § 1973f.

For purposes of this public filing, the United States has protected the privacy of certain information contained in the reports, including but not limited to, the identity and address of persons voting or attempting to vote, and the identity of persons other than poll officials and poll watchers who provided assistance to individual voters. The United States has therefore redacted that information.

Because of the length of the 40 reports created for the September 19, 2006 primary Election, the observer reports are being provided to the Court and to counsel for Defendants on

an accompanying compact disk.  See Exhibit A (09/19/2006 Observer Reports).

The original federal observer reports shall be maintained in the offices of the United States Department of Justice, Civil Rights Division, Voting Section.

Date: 4th day of October, 2006

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                                JOHN TANNER, Chief
                                SUSANA LORENZO-GIGUERE
                                Special Litigation Counsel
                                VERONICA SEUNGWON JUNG
                                Trial Attorney
                                United States Department of Justice
                                Civil Rights Division
                                Voting Section
                                950 Pennsylvania Avenue NW - NWB-7254
                                Washington, D.C.  20530
                                Telephone:    (202) 353-7738
                                Facsimile:    (202) 307-3961
                                susana.lorenzo-giguere@usdoj.gov
                                veronica.jung@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies to be an employee of the United States Department of Justice and to be a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF FILING OF FEDERAL OBSERVER REPORTS [ON DISK] FOR THE SEPTEMBER 19, 2006 PRIMARY ELECTION**

<u>United States v. City of Boston, et al.</u>, Civil Action No. 05-11598-WGY

to be served this date upon the parties as follows:

\_\_\_  **FIRST CLASS MAIL**, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_  **FACSIMILE (FAX)**, Telephone No.: _____

**_X_**  **FEDERAL EXPRESS**

\_\_\_  **HAND-DELIVERED**

to the parties addressed as follows:

William Sinnott
Corporation Counsel
Boston City Hall, Room 615
Boston, MA 02201

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of October, 2006, in Washington, D.C.

_____
ANGELA KIM

# Exhibit A (09/19/2006 Observer Reports)

(on disk in the enclosed envelope)