UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. **05-11598-WGY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    <u>Plaintiff</u>,<br><br>v.<br><br>CITY OF BOSTON, MASSACHUSETTS; THOMAS M. MENINO, in his official capacity as Mayor of the City of Boston; BOSTON CITY COUNCIL; MICHAEL F. FLAHERTY, PAUL J. SCAPICCHIO, JAMES M. KELLY, MAUREEN E. FEENEY, CHARLES C. YANCY, ROB CONSALVO, JOHN TOBIN, CHUCK TURNER, MICHAEL P. ROSS, JERRY P. MCDERMOTT, FELIX D. ARROYO, MAURA HENNIGAN, STEPHEN J. MURPHY; BOSTON ELECTION DEPARTMENT; GERALDINE CUDDYER, in her official capacity as Chair of the Boston Election Department,<br><br>    <u>Defendants</u>. | |

<u>NOTICE OF WITHDRAWAL</u>

    Kindly withdraw my appearance as counsel of record for the Defendants, City of Boston and Thomas M. Menino in the above-captioned matter.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON
AND THOMAS M. MENINO

William F. Sinnott
Corporation Counsel

By their attorney:

/s/ Kate Cook
_____
Kate Cook
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022
BBO# 650698