IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil Action No. 05-11598-WGY |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF ELECTRONIC FILING OF** |
| | ) | **A FEDERAL OBSERVER REPORT** |
| CITY OF BOSTON, | ) | **FOR THE NOVEMBER 7, 2006 GENERAL** |
| | ) | **ELECTION** |
| Defendants. | ) | |

Pursuant to Section 8 of the Voting Rights Act of 1965, 42 U.S.C. § 1973f ("Section 8"), as amended Pub. Law 109-246, 120 Stat. 577 (2006), counsel for Plaintiff hereby files the a report created by federal observers who were present at polling sites in the City of Boston, Massachusetts for the November 7, 2006 General Election.  Federal observer presence at these elections was authorized by this Court's October 18, 2005 Order in the instant case, granting relief under Section 3(a) of the Voting Rights Act,  as amended, 42 U.S.C. § 1973a(a) ("Section 3(a)").

Section 8 requires federal observers whose presence is authorized pursuant to Section 3(a) to report to the Attorney General and the Court.  The United States is filing these reports to satisfy this statutory requirement.  See 42 U.S.C. § 1973f, as amended.

For purposes of this public filing, the United States has protected the privacy of certain information contained in the report, including but not limited to, the identity and address of persons voting or attempting to vote, and the identity of persons other than poll officials and poll watchers who provided assistance to individual voters.  The United States has therefore redacted that information.

The report has been submitted as an attachment to this electronic filing.  In addition, we are sending an electronic copy of the report to counsel for Defendants on compact disk.

The original federal observer report shall be maintained in the offices of the United States Department of Justice, Civil Rights Division, Voting Section.

Date: 17th day of January, 2007

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Veronica Jung
JOHN TANNER, Chief
SUSANA LORENZO-GIGUERE
Acting Deputy Chief
VERONICA SEUNGWON JUNG
Trial Attorney
United States Department of Justice
Civil Rights Division
Voting Section
950 Pennsylvania Avenue NW - NWB-7254
Washington, D.C.  20530
Telephone:    (202) 353-7738
Facsimile:    (202) 307-3961
susana.lorenzo-giguere@usdoj.gov
veronica.jung@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies to be an employee of the United States Department of

Justice and to be a person of such age and discretion to be competent to serve papers.  The

undersigned further certifies that she is causing a copy of the following:

**NOTICE OF ELECTRONIC FILING OF A FEDERAL OBSERVER REPORT
FOR THE NOVEMBER 7, 2006 GENERAL ELECTION**

<u>United States v. City of Boston, et al.</u>, Civil Action No. 05-11598-WGY

to be served this date upon the parties as follows:


\_\_\_     **FIRST CLASS MAIL**, by placing such envelope(s) with postage thereon fully prepaid
        in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_     **FACSIMILE (FAX)**, Telephone No.: _____

 **X**    **FEDERAL EXPRESS**

\_\_\_     **HAND-DELIVERED**

to the parties addressed as follows:

    William Sinnott
    Corporation Counsel
    Boston City Hall, Room 615
    Boston, MA 02201

    I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

    Executed this 17th day of January, 2007, in Washington, D.C..

                            /s/ Angela Kim
                            ANGELA KIM



United States
# Office of
## Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:          Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of _11/7/06_
(Date)

_MASSAchuseftS_
(State)

_SUFFORK_
(County)

_BOSTON_
(Municipality)

_KENT School_
(Name of Polling Place)

_2_
(Precinct #)

_Wd. 2_
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

| The Time Observers: |
|---|
| Arrived at Polls _3:15 pm._ |
| Departed Polls _8:30 PM_ |

Observer(s):

Print _DIANE PEOPLES_
(Name)

Sign _Diane Peoples_

Print _Johnson Yuen_
(Name)

Sign _John G_

Print _Tina Thuy-HAng Pham_
(Name)

Sign _Thuy Hang_

Instructions to Observers: Complete this report in BLACK INK *ONLY*. Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.

# 1.    VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | Indian | Hispanic | Asian | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | 272 | | 31 | 21 | 30 | 190 | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 0 | | 0 | 0 | 0 | | |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 1 | 0 | 0 | 1 | 0 | 0 | |
| TOTAL of 1, 2, and 3 | 273 | | 31 | 22 | 30 | 190 | |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | Indian | Spanish | Asian | Other English |
|---|---|---|---|---|---|
| | 2 THP | X | 2 | 0 | THP |

**Section 1B is Not Applicable to this Coverage** ☐

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 3 | 1 | 2 | 0 |

**Section 1C is Not Applicable to this Coverage** ☐

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | Indian | Hispanic | Asian | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Section 1D is Not Applicable to this Coverage** ☒

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |

**Section 1E is Not Applicable to this Coverage** ☐

Initials 

THP

2

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1.  Ballots accepted | |
| 2.  Ballots partially rejected | |
| 3.  Ballots totally rejected | |
| 4.  Spoiled ballots | |
| 5.  Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |

Section 1F is Not Applicable to this Election  ☐

**G.  If *voting machines* are used:**

1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Section 1G (including Question 2 below) is Not Applicable to this Election  ☐

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?          ☐ Yes          ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**
Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Section 1H is Not Applicable to this Election  ☐

Initials:

THP

3

## 2.   DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A.   *Draw a diagram of the polling place which shows the following items*:
   1.   Location of voting machines or booths
   2.   Location of tables for election officials
   3.   Location of any officially-designated interpreters
   4.   Location of voting instruction signs or cards
   5.   Location of sample ballots, if any
   6.   Location of telephone, if any
   7.   Location of Federal observers

W2, P2



Initials:

THP

4

B.1. Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: WD 2-2 | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a. Setting campaigning limits? | ☑Yes ☐No | front door and wall | ☑Yes ☐No | Chinese Spanish English Vietnamese | ☐Yes ☐No |
| b. Directing voters to the polling place (e.g., "vote here")? | ☑Yes ☐No | FRONT DOOR AND WALL | ☑Yes ☐No | E, H, C, V | ☐Yes ☐No |
| c. Stating assistance is available to voters? | ☑Yes ☐No | FRONT DESK | ☑Yes ☐No | | ☐Yes ☐No |
| d. Indicating Election date? | ☐Yes ☑No | | ☐Yes ☑No | | ☐Yes ☐No |
| e. Indicating Election hours? | ☑Yes ☐No | WALL AND DOOR | ☑Yes ☐No | | ☐Yes ☐No |
| f. Sample ballot? | ☑Yes ☐No | WALL | ☑Yes ☐No | C, C, | ☐Yes ☐No |
| g. Instructions for casting a regular ballot? | ☑Yes ☐No | WALL | ☑Yes ☐No | E, H, C, V | ☐Yes ☐No |
| h. Instructions for casting a provisional ballot? | ☑Yes ☐No | WALL | ☑Yes ☐No | E, H, C, V | ☐Yes ☐No |
| i. Instructions for mail registrants and first time voters? | ☐Yes ☑No | | ☐Yes ☑No | | ☐Yes ☐No |
| j. Information on who to contact if voters have problems? | ☐Yes ☑No | | ☐Yes ☑No | | ☐Yes ☐No |
| k. General voting rights information? | ☑Yes ☐No | WALL | ☐Yes ☐No | E, H, C, V | ☐Yes ☐No |
| l. Right to cast a provisional ballot? | ☐Yes ☑No | | ☐Yes ☑No | | ☐Yes ☐No |
| m. Laws on voting fraud and misrepresentation? | ☑Yes ☐No | WALL | ☑Yes ☐No | E, H, C, V | ☐Yes ☐No |

2. If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

Initials: [handwritten initials]

C.    Phones
   1.    Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?    ☐ Yes    ☒ No

   If so, indicate the type of telephone (e.g., private line, pay phone, etc.):
   _____

   Provide the telephone number: _____

   If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

   2.    If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used *OFFICIAL CELL PHONE* and under what circumstances the officials used this phone.
   THE OFFICIAL USED THE CELL PHONE TO CALL CITY HALL FOR UNLISTED VOTERS AND MULTIPLE NAME APPEAR ON THE LIST. DID NOT CALL FOR LANGUAGE INTERPRETION. ALL THERE ARE NOT OBSERVED.

## 3. ELECTION OFFICIALS

**A.**  List each polling official on duty. *Do NOT include special interpreters.*

WD/AD/ED, if applicable: W2-2

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| EDNA WALRATH | W | WARDEN | English |
| Phyllis SENNa | W | CLERK | English |
| John William Bingham | W | INSPECTOR | English |
| Molly DEAN | W | INSPECTOR | English |
| SHEENA Rajji | W | INSPECTOR OF Eng/VARSI/TUR | Eng./VARSI/Turkish |
| DEVIN VELASQUEZ | H | INSPECTON | Eng/Spanish |
| Lo, PEi-NiNg | A | INTREPRTEN | Chinese/Eng. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Initials:

6

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable: _W2-2_

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| EDNA WALRATH | | | | | | | | |
| Phyllis SENNA | | | | | | | | |
| John William Bingham | OBSERVER | | DID NoT | | | | | |
| Molly Dean | Sue | | OFFICIAL | TAKING | | | | |
| Sheena RAJJI | Break | | | | | | | |
| DEVIN VelaSQUEZ | | | | | | | | |
| Lo, PEI-Ning | | | | | | | | |

B.  If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☑    WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?    ☒ Yes    ☐ No

If so, who? _EDNA WALRATH, WARDEN_

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?    ☐ Yes    ☒ No

If so, who? _____

Initials: _JP_ _THP_

7

D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master Board Worker.**

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials: 

THP

8

E. **Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.**

1. Were there interpreters assigned to this polling place?    ☒ Yes    ☐ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| LO, PEI-NING | 18 C AP | Chinese | | |
| | | | | |
| | | | | |
| | | | | |

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable: WD-2-2

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| LO, PEI-NING | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☒

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
| | |
| | |
| | |
| | |

Initials: DP
Gn

THP

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:           WD/AD/ED, if applicable: W 2, P 2

1. What time did the election officials arrive at the polling place?   6:00 AM
   Indicate how this information was obtained:

   ☐ Observation     ☑ Questioning election officials

2. Were the election officials given an oath of office?     ☐ Yes     ☐ No

   If so, by whom? _____
   Indicate how this information was obtained:

   ☐ Observation     ☑ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. *Do
   not include signs identified on page 5.* Identify any items printed in a language other
   than English and specify the additional language(s).

   NOT OBSERVED

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.

   NOT OBSERVED

Initials: 

THP

10

B. Poll Watchers                                         WD/AD/ED, if applicable: *W 2-2*

1. Were any poll watchers present?        ☐ Yes        ☒ No
2. If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| EDWARD KATZ | W | DEVAL PATRICK (DEM) |
|  |  |  |
|  |  |  |

3. Did the election officials require the poll watchers to present any type of authorization?

   ☐ Yes   ☒ No   If so, what? _____

   If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

   *The polls Monitor Arrived at 7 50 pm to Count the votes. Not observed nor Asked.*

4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?                               ☐ Yes        ☐ No
   Explain any activities poll watchers were not permitted to observe.

C. While the Polls Were Open                             WD/AD/ED, if applicable: _____

1. What time did the polls open? _____
   Indicate how this information was obtained:

   ☐ Observation        ☐ Questioning election officials

2. Were the names of the absentee voters marked on the poll list?   ☐ Yes        ☐ No

3. Were the absentee ballots delivered to the polls?   ☐ Yes   ☐ No
   If so, by whom? _____
   *If "no", proceed to question 5 of this section.*

4. Were the absentee ballots counted at the polls?

   ☐ Yes        ☐ No        ☐ Not Observed

Initials: *JP*

*THP*

11

5. What voting system(s) for regular ballots was used in the polling place?

   a. Direct recording electronic machines (DRE)?    ☐ Yes    ☑ No

     If yes, was the machine set to zero before voting began?

     ☐ Yes    ☐ No      ☐ Not Observed

     Was there an activator card (a device that the voter inserts into the machine to begin

     voting) given to the voter?      ☐ Yes    ☐ No

     If yes, who programmed the activator card? _____

   b. Lever machines?        ☐ Yes    ☐ No

     If yes, were the keys delivered in a sealed envelope on the outside of which was
written the machine number and the protective counter number?

     ☐ Yes    ☐ No      ☐ Not Observed

     Did the public counter register zero before voting began?

     ☐ Yes    ☐ No      ☐ Not Observed

     If not, what number did the counter show? _____

     Was the machine locked before voting began?

     ☐ Yes    ☐ No      ☐ Not Observed

   c. Punch cards?        ☐ Yes    ☐ No

     If yes, where were voted ballots deposited by the voter?

     ☐ Ballot box

     ☐ Scanner

     ☐ Poll Official

     ☐ Other (explain)

     If there was a scanner:

     Did it reject any ballots voters inserted? ☐ Yes ☐ No    ☐ Not Observed

     Was it set to zero before voting began? ☐ Yes ☐ No    ☐ Not Observed

     Were privacy sleeves used to keep ballot choices secret?

     ☑ Yes    ☐ No      ☐ Not Observed

Initials: _DP_
_THP_

12

d. Optical scan cards ?                          ☐ Yes      ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?  ☐ Yes  ☐ No      ☐ Not Observed

Was it set to zero before voting began?  ☐ Yes  ☐ No      ☐ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☐ Yes      ☐ No      ☐ Not Observed

e. Paper ballots?                                ☐ Yes      ☐ No

If yes, was the ballot box emptied?              ☐ Yes      ☐ No

Were the blank ballots counted/numbered?

☐ Yes      ☐ No      ☐ Not Observed

How many ballots were provided to the polling place?    _____

Was the ballot box locked prior to the start of voting?

☐ Yes      ☐ No      ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

Initials:

13

6. If **DRE** or lever **voting machines** were used:

<div style="border: 1px solid;">☑ Not applicable to this election</div>

   a. Did the voter receive any form from the poll official

     indicating he/she was permitted to vote?      ☐ Yes   ☐ No
     If so, from whom? _____

   b. Was there any time limitation imposed on voters?    ☐ Yes   ☐ No
     If so, how long? _____

   c. Did any voter attempt to use a marked sample ballot?    ☐ Yes   ☐ No

     If so, was the voter allowed to do so?      ☐ Yes   ☐ No
     If not, who prevented its usage? _____

7. If **paper ballots, punch cards, or optical scan cards**
   were used:

<div style="border: 1px solid;">☐ Not applicable to this election</div>

   a. From whom did the voter receive the ballot? _*INSpector*_

   b. Where did the voter go to mark the ballot? _*voting booth*_

   c. Was any time limitation imposed on voters?    ☐ Yes   ☒ No
     If so, how long? _____

   d. Did any voter attempt to use a marked sample ballot?    ☐ Yes   ☒ No

     If so, was the voter allowed to do so?      ☐ Yes   ☐ No
     If not, who prevented its usage? _____
   e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

     *NoT observed*      ☐ Yes   ☐ No

D. Determining a Person's Eligibility to Vote

   *Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted*
   *to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the*
   *following questions:*

   1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the
     polling place or at the check-in table to determine the voter's registration status.

     *The REGISTRATION book was CHECKED FoR*
     *The VOTERS Name and address.*

Initials: *DP*
*GD*
*JHP*

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☑ Yes  ☐ No    Explain. ① If a person moved to another place, poll officials called City Hall to verify the status of that person. (The official told the observer).

3. If a person was registered in another precinct, what instruction, if any, was the voter given? Return to the precinct where the (voted last. (registered) (The observer heard the poll officer talked to the voter).

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do? The person would fill out the register form for voting next time. (observed)

5. Were any officials available at or near the polling place to register persons to vote?

☒ Yes  ☐ No

If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
| Ednam Walrath | Warden | Kent School WD 2-2 |
| Sheena Rajji | inspector | Kent School, WD 2-2 |
| William Bingham | inspector | Kent School, WD 2-2 |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections? ☑ Yes  ☐ No    Explain. The Warden gave a registration form to the voter. After completed the form, the voter gave it back to the Warden.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status. Not observed

Initials:

THP

E.  Use of Minority Language(s) at Polling Site and
    Minority Language Assistance from Poll Officials
    and Interpreters

☐ Not applicable to this coverage

1.  If a minority language (one other than English) was spoken by polling
    officials/interpreters for general greetings or general conversation with voters, but no
    conversation regarding the specific election process took place in the minority language,
    indicate the general activity and conversation that took place, including the language(s)
    used, as the voter entered the polling site and throughout the time the voter was present in
    the polling place.

    *DID NOT OBSERVE*

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.)  Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30).  At the
end of the day, answer the following general questions about language assistance:*

2.  General

    a.  How was it determined who received minority language assistance (e.g., was each
        minority voter automatically given such assistance, or was help given only at the
        request of the voter, or did officials offer this help to only certain minority voters)?

        *The officials offered Help to the
        voters that walked in with their I-D
        in their hand.*

    b.  Were there any minority voters who were unable to sign their names?

        ☐ Yes     ☑ No

        If so, were they offered assistance in the minority language in casting their ballots?

        ☐ Yes     ☐ No          If not, explain.

**Initials:** *[signature]*

*THP*

16

c. Did any voter who requested minority language assistance fail to receive such assistance? ☐ Yes ☑ No    If so, explain the circumstances.

3. a. Did any poll official or interpreters provide instruction *in a minority language* on how to cast the ballot (e.g., how to use the machine, how to mark or punch the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes may be cast for a given office, etc.)? ☑ Yes ☐ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the instructions. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the instructions given in the minority language. Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the instructions given by the official varied during the day, describe when it varied and how it varied for that official.*

b. Where was the instruction given?

☑ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If instruction was given in the minority language on how to cast a ballot and was done so *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the instruction and the time the voter entered the booth (or began to vote)?    _____

4. a. Was an interpretation of the ballot provided in the minority language to voters?

☐ Yes ☐ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for each official who gave such interpretation and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the ballot. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the interpretation given in the minority language (typically, at least 5 instances, if possible). Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the interpretation given by the official varied during the day, describe when it varied and how it varied for that official.*

Initials:

17

b. Where was the interpretation given?

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____
If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

## F. Delays in Voting

1. What was the average number of voters waiting in line to vote during the day? _*30*_

2. What was the average length of time voters had to wait to vote? _*20'*_

3. Was there any time during the day when voters had to wait more than 15 minutes to vote?

   ☑ Yes    ☐ No    If so, provide the following information:

   a. The time the line formed _*5 45pm*_ and the number of voters in line _*20*_

   b. What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.): *Voters were waiting to get checked in by the 1st official (clerk)*

   c. What action, if any, did poll officials take to alleviate the delay?

   *None*

## G. Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1. Were challenged, affidavit, or other provisional-type ballots used?

   ☐ Yes    ☑ No    ☐ Not Observed

Initials: *[signature]*

*THP*

On what basis did the poll worker give the provisional ballot(s)?

*NOT OBSERVED / NOT ASKED*

What language(s) were the ballots in? _____

2. What voting system is used for provisional ballots?
   ☐ DRE?   ☐ Lever?   ☒ Optical Scan Card?   ☐ Punch Card?   ☐ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☐ Yes   ☐ No
   What languages were the form/envelope in? _____

4. According to poll workers, under what circumstances are these provisional ballots used?

   *NOT OBSERVED / NOT ASKED*

5. Did the poll worker provide written information to the provisional voter?
   ☐ Yes   ☐ No
   In what language(s)? _____
   What did the document say?

6. Did the document include information on how a voter can determine if his or her
   provisional ballot has been counted?   ☐ Yes   ☐ No

7. Were these provisional ballots kept separate from other ballots?
   ☐ Yes   ☐ No   ☒ Not Observed

8. Were these provisional ballots counted at the polls?
   ☐ Yes   ☐ No   ☒ Not Observed

Initials: *DP*

*THP*

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID?   NOT OBSERVED

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?   ☐ Yes   ☑ No
   If so, what were they taught in that training?

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?
   ☐ Yes   ☐ No         If so, describe.
   NOT OBSERVED

4. Did you observe any voters being asked for identification? ☐ Yes   ☑ No
   On what grounds were they asked?

   What form(s) of ID were the poll workers willing to accept?

   If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot?   ☐ Yes   ☐ No
   Please describe what occurred.   NOT OBSERVED

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:

THP

*Wd 2-2*

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on ***how to translate the contents of the ballot or how to provide procedural instructions in the minority language***?  ☐ Yes  ☒ No

   Did they receive notice that such a training session was scheduled? ☐ Yes  ☐ No
   Explain.

   ***If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".***

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training *specifically on how to translate the ballot or how to provide procedural instructions in the minority language*, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. ***Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.***

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| Lo, Pei-Ning | Yes | 11/4/06 | City Hall | 2 Hrs. | Marty |
| Devin Velasque | No | 11/08 | City Hall | 2 Hrs. | Nancy |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. Was part or all of the training conducted in the minority language? ☐ Yes  ☐ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)? ☐ Yes  ☐ No      If so, specify: _____
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes  ☐ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes  ☐ No

   Did they find the audio-visual aid(s) helpful? ☐ Yes  ☐ No
   Describe any comments about the audio-visual aid(s).

Initials: *JP*
*THP*

21

There were 70-80 people waiting in Line for Wd. 2-2 For SEveral hours. The VOTERS APPEARED CALM; however the VOTING OFFiciaLs For Wd 2-2 Were complaing.

Two officials walked up to ~~me~~ OBSERVOR and at SEparate TiMES & COMMENTed to me " That they had NEver SeeN so Many people waiting before.

The OFFiciaLs "Said " That the clerk Should hAve her position Changed because she Was SLow & CONVERSATing with Some VOTERS.

Initials:

THP

22 ____

☐ None Observed
☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET     WD/AD/ED, if applicable: WD 2-2

| | | PERSONS PERMITTED TO VOTE | | | | |
|---|---|---|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | | Totals | | |
| 3:15 to 4PM | W | 卌 卌 卌 l | 16 | | | |
| | B | llll | | 4 | | |
| | A | ll | | | 2 | |
| | H | llll | | | | 4 |
| 4PM to 5PM | W | 卌 卌 卌 卌 卌 卌 l | 31 | | | |
| | B | 卌 卌 lll | | 13 | | |
| | A | llll | | | 4 | |
| | H | 卌 l | | | | 6 |
| 5PM TO 6PM | W | 卌 卌 卌 卌 卌 卌 卌 卌 卌 卌 卌 lll | 58 | | | |
| | B | 卌 ll | | 7 | | |
| | A | 卌 llll | | | 9 | |
| | H | 卌 卌 l | | | | 11 |
| 6PM TO 7PM | W | 卌 卌 卌 卌 卌 卌 卌 卌 卌 卌 卌 卌 | 61 | | | |
| | B | 卌 | | 3 | | |
| | A | P ll | | | 3 | |
| | H | 卌 ll | | | | 7 |
| | | **Subtotal** | 166 | 27 | 18 | 28 |
| | | **Grand Total** (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials: 
JHP

23

☐ None Observed
☐ Not applicable to this coverage

# CHART A – VOTING TALLY SHEET    WD/AD/ED, if applicable: W2, P2

| Time[1] | Race or Ethnicity | Number of Voters | | | Totals | | | |
|---------|-------------------|------------------|---|---|--------|---|---|---|
| PERSONS PERMITTED TO VOTE | | | | | | | | |
| 7 PM to 7:15 PM | W | ~~HH~~ ~~THP~~ (THP) | | 5 | | | | |
| | B | | | | 0 | | | |
| | A | ll | | | | 2 | | |
| | H | l | | | | | | 1 |
| 725 PM to 8:00 PM | W | HH HH HH llll | | 19 | | | | |
| | B | lll | | | 3 | | | |
| | A | l | | | | 1 | | |
| | H | ll | | | | | | 2 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Subtotal | | | | | 24 | 3 | 3 | 3 |
| Grand Total (if last page of tally sheet) | | | | | 180 | 30 | 21 | 31 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

THP

(THP)

23 A

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: Wd 2-2

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 3:15 pm to 5: | | | | | | | | |
| | | | | | | | | |
| | DEVIN VELASQUEZ Family/Friend | | 1 | | | | | 1 |
| 5 pm to 6 pm | | | | | | | | |
| | | | | | | | | |
| | DEVIN VELASQUE Family/Friend | | 1 | | | | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | 2 |
| | | | | Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

24

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance Number of Voters | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Indian | Hisp. | Asian | Black | White | Other | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | |
| | | | | | | Grand Total (if last page of tally sheet) | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

THP

25_____

☐ None Observed
☐ Not applicable to this coverage

Poll 2-2

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable: WD 2-2

| Name ████████ | Race A | Time 6:25 | Name | Race | Time |
|---|---|---|---|---|---|
| **Address** Not willing to release | | | **Address** | | |
| **Federal Certificate of Eligibility Number, if any** | | | **Federal Certificate of Eligibility Number, if any** | | |
| **Language Spoken** *(if other than English)* Chinese | | | **Language Spoken** *(if other than English)* | | |

| Name/Title of Official Not Permitting Vote ⓉⒽⓅ Warden EDnam Walrath | Race W | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|
| **Reason for Not Permitting Vote** The voter was not registerred | | **Reason for Not Permitting Vote** | |
| **Specify what the official did or suggested that the voter do in order to vote.** The warden gave the voter a form to register for next time. | | **Specify what the official did or suggested that the voter do in order to vote.** | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** Not given the reason | | **Reason Voter Believes He/She Should Be Permitted to Vote** | |
| **Information obtained from:** ☑ **Observation** ☑ **Questioning Voter** | | **Information obtained from:** ☐ **Observation** ☐ **Questioning Voter** | |

Initials:

THP

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: __WD 2-2__

Voter: __Unknown__     Race: __B__     Begin Time: __3:45__  End Time: __3:55__

Interpreter or Election Official: __William Bingham__  Observer: __Diane Peoples__

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**
*NOTE: If the answer is not 100% "YES", mark "NO"*

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | ✓ | | | |
| Permit the voter's choice of assistor | ✓ | | | |
| Name each candidate on the ballot | ✓ | | | |
| Name the political parties for each candidate on the ballot | ✓ | | | |
| Name each office on the ballot | ✓ | | | |
| Explain each proposition on the ballot | ✓ | | | |
| Explain when the voter can vote for more than one candidate for an office | ✓ | | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation: __Voter (M/B) asked for assistance because he could not see the ballot.__

Initials: 

THP

27 A

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _W2-2_

Voter: _Unknown_     Race: _H_     Begin Time: _5:45 pm_   End Time: _5:46 pm_

Interpreter or
Election Official: _DEVIN VALESQUEZ_    Observer: _Diane Peoples_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

                 ☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | | | ✓ | |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | | | ✓ | |

Explanation: _The Election official W/M did not understand_
_the voter (H/F) when she gave her address, The Interp-_
_reter was asked to clarify the address, so the in-_
Initials: _Trepreter W/M asked the voter in Spanish for her address_

_27 B_

☐ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

Interpreter/Official: _DEVIN VELASQUEZ_     Observer: _Diane Peoples_

WD/AD/ED, if applicable: _WD 2 - 2_

| Office | Translation (Include words spoken in English in quotation marks) |
|---|---|
| | The TRANSLATOR "named each office" on the ballot |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials: _DP_
_THP_

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _Wd 2-2_

☐ Not applicable to this coverage

1. What time did the polls close? ___8pm___

2. Were there any persons in line to vote when the polls closed?
   ☑ Yes      ☐ No

   If so, how many? ___16___

3. Were all persons who were in line when the polls closed permitted to vote?
   ☑ Yes      ☐ No
   If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4. If *paper ballots* were used and counted at the polls:
   a. Were additional workers used to assist in the count?  ☐ Yes  ☐ No

      ☐ Not applicable to this election

      If so, were these persons administered an oath?  ☐ Yes  ☐ No
   b. Was the table cleared before the ballot box was emptied?  ☐ Yes  ☐ No
   c. Who removed the ballots? _____
   d. Were the ballots opened and stacked?  ☐ Yes  ☐ No

      If so, by whom? _____
   e. Who read the ballots? _____
   f. Did anyone hand the ballots to the reader?  ☐ Yes  ☐ No

      If so, who? _____
   g. Was each ballot read as marked?  ☐ Yes  ☐ No
      If not, how many were not properly read? _____
      How were they misread?

Initials:

32

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials: 

33

j.   How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

THP

34

k.  Tallying of Ballots
1. Names of officials who kept each tally (it may be that only one tally sheet is kept). If more than one person kept the single tally sheet, note the period of time each person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l.  Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?  ☐ Yes    ☐ No      If not, explain.

m.  List the items placed in the ballot box.

n.  List the items not placed in the ballot box and indicate where they were placed.

o.  What time did the ballot box leave the polling place? _____

Who took it?  _____

Was it locked?  ☐ Yes    ☐ No     Was it sealed?  ☐ Yes    ☐ No

p.  What time did the Observer Team leave the polling place? _____  Did an Observer accompany the ballot box?  ☐ Yes    ☐ No

5.  If **DRE** or **lever** **voting machines** were used:

☐ Not applicable to this election

a.  Were the machines locked and sealed against further voting?  ☐ Yes    ☐ No

If so, by whom?  _____

b.  Who read the count from the machine?  _____

Initials:

c. Was the count verified by another official?    ☐ Yes    ☐ No    If so, by whom?

_____

d. Was it read correctly?                    ☐ Yes    ☐ No
e. Who recorded the vote on the official return sheets? _____

f. Was the vote recorded accurately?    ☐ Yes    ☐ No
g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h. Was the vote announced by the poll officials?    ☐ Yes    ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?                    ☐ Yes    ☐ No
j. Were the absentee votes counted and tabulated with the votes shown on the machines?
   ☐ Yes    ☐ No
k. Was the statement of results signed and certified by the poll officials?
   ☐ Yes    ☐ No
l. Was the statement delivered to the election officials?    ☐ Yes    ☐ No

   By whom? _____

m. As soon as the count was completed and the results announced, was the counter compartment locked?    ☐ Yes    ☐ No    By whom? _____

n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.

o. What time did the Observer Team leave the polling place? _____

6.  If **punch cards or optical scan cards** were used:

    a.  Was a duplicate report of the number of persons

        voting prepared?  ☐ Yes  ☐ No

        ☐ Not applicable to this election

        By whom? _____

    b.  What was done with the election supplies such as ballot stubs, etc.?

    c.  Was the ballot box sealed?  ☐ Yes  ☐ No  By whom? _____

    d.  If appropriate, who took the ballot box to the counting center? _____

        Did an observer accompany the ballot box?  ☐ Yes  ☐ No

    e.  What time did the Observer Team leave the polling place? _____

7.  Absentee Ballots

    a.  Were the absentee ballots opened and stacked?

        ☐ Not applicable to this election

        ☐ Yes  ☐ No

        By whom? _____

    b.  Who read the absentee ballots? _____

    c.  Did anyone hand the ballots to the reader?  ☐ Yes  ☐ No

        If so, who? _____

    d.  Was each ballot read as marked?  ☐ Yes  ☐ No  If not, how many were not

        properly read? _____  How were they misread?

    e.  What was done with the ballots after they were read?

Initials: ЛГ

TH P

37

f.  How many absentee ballots were totally rejected? _____  Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

g. How many absentee ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

THP

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Yes     ☐ No   By whom?

   _____

   ☐ Not applicable to this election

   b. Who read the ballots? _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes     ☐ No

   If so, who? _____

   d. Was each ballot read as marked?   ☐ Yes     ☐ No     If not, how many were
      not properly read? _____   How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?

   _____

   Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Initials:** 

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

    □ Not applicable to this election

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

Initials:

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |

b. Provide any additional comments regarding activities while the votes were being counted.

Initials:

| | Not applicable to this coverage |
|---|---|

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE    WD/AD/ED, if applicable: ____

| Name | Race | | Name | Race |
|------|------|---|------|------|
| 1 | | | 28 | |
| 2 | | | 29 | |
| 3 | | | 30 | |
| 4 | | | 31 | |
| 5 | | | 32 | |
| 6 | | | 33 | |
| 7 | | | 34 | |
| 8 | | | 35 | |
| 9 | | | 36 | |
| 10 | | | 37 | |
| 11 | | | 38 | |
| 12 | | | 39 | |
| 13 | | | 40 | |
| 14 | | | 41 | |
| 15 | | | 42 | |
| 16 | | | 43 | |
| 17 | | | 44 | |
| 18 | | | 45 | |
| 19 | | | 46 | |
| 20 | | | 47 | |
| 21 | | | 48 | |
| 22 | | | 49 | |
| 23 | | | 50 | |
| 24 | | | 51 | |
| 25 | | | 52 | |
| 26 | | | 53 | |
| 27 | | | 54 | |
| Subtotals By Race | | | Subtotals By Race | |

Initials:

42