IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11598 WGY |
| | ) | |
| CITY OF BOSTON, MASSACHUSETTS; THOMAS M. MENINO, in his official capacity as Mayor of the City of Boston; BOSTON CITY COUNCIL: MICHAEL F. FLAHERTY, PAUL J. SCAPICCHIO, JAMES M. KELLY, MAUREEN E. FEENEY, CHARLES C. YANCEY, ROB CONSALVO, JOHN TOBIN, CHUCK TURNER, MICHAEL P. ROSS, JERRY P. MCDERMOTT, FELIX D. ARROYO, MAURA HENNIGAN, STEPHEN J. MURPHY; BOSTON ELECTION DEPARTMENT; GERALDINE CUDDYER, in her official capacity as Chair of the Boston Election Department, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

　　Please enter the appearance of Jared M. Slade as counsel for the Plaintiff in the above-captioned case.

Respectfully submitted,

/s/ *Jared M. Slade*
JARED M. SLADE
New Mexico Bar No. 23224
jared.slade@usdoj.gov
Voting Section
Civil Rights Division
United States Department of Justice
Room 7254 NWB
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
(202) 305-4733 (phone)
(202) 307-3961 (fax)

### **CERTIFICATE OF SERVICE**

      I, Jared M. Slade, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 24, 2007.

      I also certify that on May 24, 2007, I have caused to be served, by First Class Mail, a true copy of the foregoing document to the following:

William F. Sinnott
Corporation Counsel City of Boston
City Hall Room 615
Boston, MA 02201

                                                */s/ Jared Slade*
                                                Jared M. Slade
                                                Trial Attorney, Voting Section
                                                United States Department of Justice