UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF BOSTON, MASSACHUSETTS, et al.,<br>　　　　　　Defendants. | Civil Action No. 05-11598 WGY<br><u>THREE-JUDGE COURT</u> |

NOTICE OF APPEARANCE OF PETER SACKS
AS COUNSEL FOR THE POTENTIAL DEFENDANT-INTERVENOR
<u>SECRETARY OF THE COMMONWEALTH OF MASSACHUSETTS</u>

　　Please enter on the docket my appearance for the potential defendant-intervenor Secretary of the Commonwealth of Massachusetts.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MARTHA COAKLEY
　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL


　　　　　　　　　　　　　　　　　　　 /s/ Peter Sacks
　　　　　　　　　　　　　　　　　　　Peter Sacks, BBO No. 548548
　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108-1698
　　　　　　　　　　　　　　　　　　　(617) 727-2200, ext. 2064
　　　　　　　　　　　　　　　　　　　Peter.Sacks@state.ma.us

Date:   June 7, 2007

<u>Certificate of Service</u>
I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent this day to those who are indicated on the NEF as non-registered participants and who are not represented by counsel.
　 /s/ Peter Sacks