UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 05-11598-WGY |
| CITY OF BOSTON, MASSACHUSETTS, ) | <u>THREE-JUDGE COURT</u> |
| ET AL, ) | |
| ) | |
| Defendants ) | |

<u>ORDER</u>

June 12, 2007

    The Court has received the United States' Motion to Clarify and the related motion of Secretary of the Commonwealth. Upon consideration thereof,

    1. The Secretary's Motion to Enlarge the time for the Secretary to respond to United States' Unopposed Motion to Clarify Memorandum for Agreement and Settlement until July 9, 2007 is allowed.

    2. On or before July 10, the parties and the Secretary shall file statements as to whether (a) they have reached agreement on the issues raised by the motion of the United States; (b) if not, whether they request additional time for negotiation and the amount of additional time needed; (c) the date[s] of any upcoming elections to which this issue is pertinent; (d) an exact description of what is meant by "the translation or transliteration of candidates names in Chinese, i.e., display of candidates names in Chinese characters."

    3. If the parties are unable to resolve this matter, the court will issue a briefing schedule on the several issues raised.

    SO ORDERED.

For the Three Judge Court,

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE