IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 05-11598-WGY |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF ELECTRONIC FILING OF** |
| | ) | **FEDERAL OBSERVER REPORTS** |
| CITY OF BOSTON, | ) | **FOR THE MAY 15, 2007 SPECIAL** |
| | ) | **MUNICIPAL ELECTION** |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to Section 8 of the Voting Rights Act of 1965, 42 U.S.C. § 1973f ("Section 8"), as amended Pub. Law 109-246, 120 Stat. 577 (2006), counsel for Plaintiff hereby files the reports created by federal observers who were present at polling sites in the City of Boston, Massachusetts for the May 15, 2007 Special Municipal Election.  Federal observer presence at these elections was authorized by this Court's October 18, 2005 Order in the instant case, granting relief under Section 3(a) of the Voting Rights Act,  as amended, 42 U.S.C. § 1973a(a) ("Section 3(a)").

Section 8 requires federal observers whose presence is authorized pursuant to Section 3(a) to report to the Attorney General and the Court.  The United States is filing these reports to satisfy this statutory requirement.  See 42 U.S.C. § 1973f, as amended.

For purposes of this public filing, the United States has protected the privacy of certain information contained in the reports, including but not limited to, the identity and address of persons voting or attempting to vote, and the identity of persons other than poll officials and poll watchers who provided assistance to individual voters.  The United States has therefore redacted that information.

The reports have been submitted as attachments to this electronic filing.  In addition, we are sending electronic copies of the reports to counsel for Defendants on compact disk.

The original federal observer reports shall be maintained in the offices of the United States Department of Justice, Civil Rights Division, Voting Section.

Date: 26th day of June, 2007

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Jared Slade
JOHN TANNER, Chief
SUSANA LORENZO-GIGUERE
Acting Deputy Chief
VERONICA SEUNGWON JUNG
JARED SLADE
Trial Attorney
United States Department of Justice
Civil Rights Division
Voting Section
950 Pennsylvania Avenue NW - NWB-7254
Washington, D.C.  20530
Telephone:     (202) 353-7738
Facsimile:      (202) 307-3961
susana.lorenzo-giguere@usdoj.gov
veronica.jung@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies to be an employee of the United States Department of Justice and to be a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF ELECTRONIC FILING OF FEDERAL OBSERVER REPORTS FOR THE MAY 15, 2007 SPECIAL MUNICIPAL ELECTION**

<u>United States v. City of Boston, et al.</u>, Civil Action No. 05-11598-WGY

to be served this date upon the parties as follows:

\_\_\_    **FIRST CLASS MAIL**, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_    **FACSIMILE (FAX)**, Telephone No.: _____

\_**X**\_\_    **FEDERAL EXPRESS**

\_\_\_    **HAND-DELIVERED**

to the parties addressed as follows:

William Sinnott
Corporation Counsel
Boston City Hall, Room 615
Boston, MA 02201

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of June, 2007, in Washington, D.C..

/s/ Angela Kim
ANGELA KIM



United States

# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:       Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of _____ 05/15/2007 _____
(Date)

_____ MASSACHUSETTS _____
(State)

_____ SUFFOLK _____
(County)

_____ BOSTON _____
(Municipality)

_____ BELLFLOWER APTS, _____
(Name of Polling Place)

_____ 8/9 _____
(Precinct #)

_____ 7 _____
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

| The Time Observers: |
| Arrived at Polls ___ 1:15 PM ___ |
| Departed Polls ___ 6:55 PM ___ |

Observer(s):

Print _Vanessa Martinez_
(Name)

Sign _Vanessa Martinez_

Print _JOHNSON YUEN_
(Name)

Sign _Johnson Yn_

Print _H. Philip NGUYEN_
(Name)

Sign _A. Philip Uke_

**Instructions to Observers: Complete this report in BLACK INK ONLY. Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.**

# 1.   VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | VIETNAMESE Indian | Hispanic | CHINESE Asian | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | | | | | | | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL of 1, 2, and 3 | 1 | 0 | 0 | 0 | 0 | 1 | 0 |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | VIETNAMESE Indian | Spanish | CHINESE Asian | Other |
|---|---|---|---|---|---|
| | 1 | 1 | 0 | 0 | 0 |
| Section 1B is Not Applicable to this Coverage  ☐ | | | | | |

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | | | | |
| Section 1C is Not Applicable to this Coverage  ☐ | | | | |

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | VIETNAMESE Indian | Hispanic | CHINESE Asian | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Section 1D is Not Applicable to this Coverage  ☐ | | | | | | | |

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |
| Section 1E is Not Applicable to this Coverage  ☐ | |

Initials:

UM

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1.  Ballots accepted | |
| 2.  Ballots partially rejected | |
| 3.  Ballots totally rejected | |
| 4.  Spoiled ballots | |
| 5.  Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |

<div align="center">Section 1F is Not Applicable to this Election ☐</div>

**G.  If *voting machines* are used:**

1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

<div align="center">Section 1G (including Question 2 below) is Not Applicable to this Election ☐</div>

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?                    ☐ Yes          ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**

Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

<div align="center">Section 1H is Not Applicable to this Election ☐</div>

Initials:

UM
(signature)
UM

## 2.    DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items*:
1. Location of voting machines or booths
2. Location of tables for election officials
3. Location of any officially-designated interpreters
4. Location of voting instruction signs or cards
5. Location of sample ballots, if any
6. Location of telephone, if any
7. Location of Federal observers

4

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a.  Setting campaigning limits? | ☐Yes ☒No | | ☐Yes ☒No | | ☐Yes ☐No |
| b.  Directing voters to the polling place (e.g., "vote here")? | ☒Yes ☐No | Outside Poll Site | ☒Yes ☐No | E, S, V, C | ☐Yes ☐No |
| c.  Stating assistance is available to voters? | ☒Yes ☐No | Inside the Poll Site | ☒Yes ☐No | E, S, V | ☐Yes ☐No |
| d.  Indicating Election date? | ☒Yes ☐No | | ☐Yes ☒No | | ☐Yes ☐No |
| e.  Indicating Election hours? | ☒Yes ☐No | outside the poll site | ☒Yes ☐No | E, S, C, V | ☐Yes ☐No |
| f.  Sample ballot? | ☒Yes ☐No | Inside and outside poll | ☒Yes ☐No | E, S, C, V | ☐Yes ☐No |
| g.  Instructions for casting a regular ballot? | ☒Yes ☐No | Inside the Poll site | ☒Yes ☐No | E, S, C, V | ☐Yes ☐No |
| h.  Instructions for casting a provisional ballot? | ☒Yes ☐No | On Poll workers Table | ☒Yes ☐No | E, S, V | ☐Yes ☐No |
| i.  Instructions for mail registrants and first time voters? | ☒Yes ☐No | On Poll workers table | ☒Yes ☐No | E, S, V, C | ☐Yes ☐No |
| j.  Information on who to contact if voters have problems? | ☒Yes ☐No | Inside Poll Site | ☒Yes ☐No | E, S, C, V | ☐Yes ☐No |
| k.  General voting rights information? | ☒Yes ☐No | Inside Poll Site | ☒Yes ☐No | E, S, C, V | ☐Yes ☐No |
| l.  Right to cast a provisional ballot? | ☒Yes ☐No | On Poll workers Table | ☒Yes ☐No | E, S, C, V | ☐Yes ☐No |
| m. Laws on voting fraud and misrepresentation? | ☒Yes ☐No | Inside Poll Site | ☒Yes ☐No | E, S, C, V | ☐Yes ☐No |

2.   If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

NONE

Initials:   Legend!
E English
S Spanish
V Vietnamese
C Chinese

UM
GJ
QW

5

C.  Phones

  1.  Was a land line (telephone other than a mobile phone) available for use by the election

  officials in the polling place?                                    ☐ Yes    ☒ No

  If so, indicate the type of telephone (e.g., private line, pay phone, etc.): (*BOTH PRECINCTS*)

  _____

  Provide the telephone number: _____

  If election officials used the above telephone at any time to contact county or state
  election officials, indicate under what circumstances.


  2.  If any other phone (e.g., mobile phone, radio remote, etc.) was used by election
  officials, indicate the type of telephone used ___*CELL PHONE*___ and under what
  circumstances the officials used this phone. *617-438-625 ¢* *PRECINCT 9 (BOTH PRECINCTS)*


---

## 3. ELECTION OFFICIALS

**A.** List each polling official on duty.  *Do NOT include special interpreters.*

WD/AD/ED, if applicable: _____

|  | Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|---|
| Precinct 8 | PATRICK McDONNELL | W | WARDEN | ENGLISH |
|  | JOHN WHELAN | W | INSPECTOR | ENGLISH |
|  | WINIFRED ELLIS | W | INSPECTOR | ENGLISH |
|  | JEANNETTE DALY | W | CLERK | ENGLISH |
|  | MAYFIELD HOLLIDAY | B | POLICE OFFICER | ENGLISH |
| PRECINCT 9 | KHALIM ANDERSON | B | WARDEN | ENGLISH |
|  | JESSICA MAY | W | INSPECTOR | ENGLISH/SPANISH |
|  | JIM MURPHY | W | CLERK | ENGLISH |
|  | MARIA ANDRADE | B | INSPECTOR/INTERPRETER | ENGLISH/SPANISH |
|  | DALE O'DONNELL | W | POLICE | ENGLISH |

Initials:



UM

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable: _____

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.  If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐                WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| DANIEL ROMAN | INTERPRETER | SPANISH |
| SAMS HUYNH | INTERPRETER | VIETNAMESE |
| | | |
| ANH NGUYEN | INTERPRETER | VIETNAMESE |
| | | |
| | | |

PRECINCT 8 (first two rows) / PRECINCT 9 (ANH NGUYEN row)

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?                                    ☐ Yes    ☒ No

If so, who?  ___Very Few Voters_____

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?
                                                ☐ Yes    ☐ No

If so, who?  _____None Observed_____

Initials:

7

D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master Board Worker.**

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:

8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?    ☒ Yes    ☐ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable:

PRECINCT 8

PRECINCT 9

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| DANIEL ROMAN | HISPANIC | SPANISH | | |
| SAMS HUYNH | VIETNAMESE | VIETNAMESE | NOT OBSERVED | |
| | | | | |
| ANH NGUYEN | VIETNAMESE | VIETNAMESE | | |

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable:

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☒

WD/AD/ED, if applicable:

| Interpreter | Duties Performed |
|---|---|
| | |
| | |
| | |
| | |

Initials: JM


9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                                    WD/AD/ED, if applicable: _____

1. What time did the election officials arrive at the polling place? ____ 6:00 am
   Indicate how this information was obtained:

   ☐ Observation        ☒ Questioning election officials

2. Were the election officials given an oath of office?          ☒ Yes        ☒ No

   If so, by whom? _____ *MARTY KANE* _____
   Indicate how this information was obtained:

   ☐ Observation        ☒ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. **Do
   not include signs identified on page 5.** Identify any items printed in a language other
   than English and specify the additional language(s).

   Precinct
   819
   Same Materials
   
   — BALLOTS \ Provisional — E, S, V
   — PRIVACY SLEEVES — E, S, V
   — REGISTRATION BOOKS
   — Affirmation — E, S, V

   Legend:
   E — English        C — Chinese
   S — Spanish        V — Vietnamese

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.

   None Observed

Initials:

B. Poll Watchers                                    WD/AD/ED, if applicable: _____

　　1.　Were any poll watchers present?          ☐ Yes        ☒ No
　　2.　If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

　　3.　Did the election officials require the poll watchers to present any type of authorization?

　　　　☐ Yes    ☐ No    If so, what? _____N\A_____

　　　　If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

　　4.　Were poll watchers permitted to observe all aspects of the voting process, other than the

　　　　actual marking of the ballots?              N\A              ☐ Yes        ☐ No
　　　　Explain any activities poll watchers were not permitted to observe.

---

C. While the Polls Were Open                        WD/AD/ED, if applicable: _____

　　1.　What time did the polls open? ___7 am_____
　　　　Indicate how this information was obtained:

　　　　☐ Observation        ☒ Questioning election officials

　　2.　Were the names of the absentee voters marked on the poll list?  ☐ Yes        ☐ No

　　3.　Were the absentee ballots delivered to the polls?  ☐ Yes        ☐ No
　　　　If so, by whom? _____
　　　　*If "no", proceed to question 5 of this section.*
　　4.　Were the absentee ballots counted at the polls?

　　　　☐ Yes        ☐ No        ☐ Not Observed

Initials:

UM

11

5. What voting system(s) for regular ballots was used in the polling place?

   a. Direct recording electronic machines (DRE)?    ☐ Yes   ☐ No

      If yes, was the machine set to zero before voting began?

      ☐ Yes   ☐ No   ☐ Not Observed

      Was there an activator card (a device that the voter inserts into the machine to begin

      voting) given to the voter?      ☐ Yes   ☐ No

      If yes, who programmed the activator card? _____

   b. Lever machines?      ☐ Yes   ☐ No

      If yes, were the keys delivered in a sealed envelope on the outside of which was
written the machine number and the protective counter number?

      ☐ Yes   ☐ No   ☐ Not Observed

      Did the public counter register zero before voting began?

      ☐ Yes   ☐ No   ☐ Not Observed

      If not, what number did the counter show? _____

      Was the machine locked before voting began?

      ☐ Yes   ☐ No   ☐ Not Observed

   c. Punch cards?      ☐ Yes   ☐ No

      If yes, where were voted ballots deposited by the voter?

      ☐ Ballot box

      ☐ Scanner

      ☐ Poll Official

      ☐ Other (explain)

      If there was a scanner:

      Did it reject any ballots voters inserted? ☐ Yes ☐ No   ☐ Not Observed

      Was it set to zero before voting began? ☐ Yes ☐ No   ☐ Not Observed

      Were privacy sleeves used to keep ballot choices secret?

      ☐ Yes   ☐ No   ☐ Not Observed

Initials:

UM

*[signatures]*

d. Optical scan cards ?  ☒ Yes  ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☒ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?  ☐ Yes  ☐ No  ☒ Not Observed

Was it set to zero before voting began?  ☐ Yes  ☐ No  ☒ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☒ Yes  ☐ No  ☐ Not Observed

e. Paper ballots?  ☐ Yes  ☐ No

If yes, was the ballot box emptied?  ☐ Yes  ☐ No

Were the blank ballots counted/numbered?

☐ Yes  ☒ No  ☐ Not Observed

How many ballots were provided to the polling place?  _____

Was the ballot box locked prior to the start of voting?

☐ Yes  ☐ No  ☒ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

Initials:
ѴМ

13

6. If *DRE* or lever *voting machines* were used:

☐ Not applicable to this election

   a. Did the voter receive any form from the poll official
      indicating he/she was permitted to vote?     ☐ Yes   ☐ No
      If so, from whom? _____

   b. Was there any time limitation imposed on voters?    ☐ Yes   ☐ No
      If so, how long? _____

   c. Did any voter attempt to use a marked sample ballot?   ☐ Yes   ☐ No

      If so, was the voter allowed to do so?         ☐ Yes   ☐ No
      If not, who prevented its usage? _____

7. If *paper ballots, punch cards, or optical scan cards*
   were used:

☐ Not applicable to this election

   a. From whom did the voter receive the ballot? _POLLING OFFICIALS (FOR BOTH PRECINCTS 8 & 9)_

   b. Where did the voter go to mark the ballot? _PRIVACY BOOTH_

   c. Was any time limitation imposed on voters?      ☐ Yes   ☒ No
      If so, how long? _____

   d. Did any voter attempt to use a marked sample ballot?   ☐ Yes   ☒ No

      If so, was the voter allowed to do so?        ☐ Yes   ☐ No
      If not, who prevented its usage? _____
   e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?
            _NOT OBSERVED_           _GAN_ _UM_ ☒ Yes   ☐ No

---

D. Determining a Person's Eligibility to Vote

   *Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted
   to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the
   following questions:*

   1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the
      polling place or at the check-in table to determine the voter's registration status.
      _POLL WORKERS USED REGISTRATION BOOK AT CHECK IN TABLE
      TO CHECK AND/OR VERIFY VOTER'S REGISTRATION STATUS_

Initials:
_UM_
_GAN_
_CJ_

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☒ Yes  ☐ No    Explain.

POLL OFFICIALS WILL CALL TO DETERMINE STATUS, THEN OFFER VOTER A PROVISIONAL BALLOT. (ALTHOUGH NO OCCURRENCE) TOOK PLACE.

3. If a person was registered in another precinct, what instruction, if any, was the voter given?

POLL OFFICIALS SAID "CORRECT PRECINCT" WILL BE PROVIDED.

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?

POLL OFFICIALS SAID REGISTRATION FORM WILL BE PROVIDED.

5. Were any officials available at or near the polling place to register persons to vote?

☐ Yes  ☒ No
If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
|      |       |          |
|      |       |          |
|      |       |          |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?  N\A  ☐ Yes  ☐ No    Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.  NONE observed

Initials:
UM

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place.

   NOT OBSERVED for Spanish Speakers.
   ( NO GENERAL GREETINGS WERE EXCHANGED BETWEEN
   MINORITY - LANGUAGE VOTERS AND INTERPRETERS OBSERVED )
   IN VIETNAMESE

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?

      MINORITY - LANGUAGE VOTERS ARE AUTOMATICALLY GIVEN
      ASSISTANCE BY INTERPRETERS .

   b. Were there any minority voters who were unable to sign their names?

      ☐ Yes    ☒ No
      If so, were they offered assistance in the minority language in casting their ballots?

      ☐ Yes    ☐ No        If not, explain.

Initials:

UM

16

c. Did any voter who requested minority language assistance fail to receive such

assistance?        ☐ Yes    ☒ No          If so, explain the circumstances.

3. a. Did any poll official or interpreters provide instruction *in a minority language*
on how to cast the ballot (e.g., how to use the machine, how to mark or punch the
ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is

allowed, how many votes may be cast for a given office, etc.)?   ☒ Yes    ☐ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and
one C1 Chart (page 27) for each voter assisted by that official during the time the
Observer is recording the interpretation of the instructions. Observe as many instances
of assistance by that official as necessary to accurately and completely record in
English the instructions given in the minority language. Enclose in quotation marks
("words") all words, if any, spoken in English by the official. Include in the
"Explanation" part of the C1 Chart any additional information. As an example, if the
instructions given by the official varied during the day, describe when it varied and
how it varied for that official.*

b. Where was the instruction given?

☐ Inside the booth (or while voter is voting)

☒ Outside the booth (or before the voter began to vote)   FOR PRECINCT 8

If *outside* the booth, specify where:   IN BETWEEN   CHECK-IN   TABLE  AND   PRIVACY BOOTH

If instruction was given in the minority language on how to cast a ballot and was done so
*outside* of the voting booth (or before the voter began to vote), generally how much time
elapsed between the completion of the instruction and the time the voter entered the booth
(or began to vote)?        1 MINUTE

4. a. Was an interpretation of the ballot provided in the minority language to voters?

☐ Yes    ☐ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for
each official who gave such interpretation and one C1 Chart (page 27) for each voter
assisted by that official during the time the Observer is recording the interpretation of
the ballot. Observe as many instances of assistance by that official as necessary to
accurately and completely record in English the interpretation given in the minority
language (typically, at least 5 instances, if possible). Enclose in quotation marks
("words") all words, if any, spoken in English by the official. Include in the
"Explanation" part of the C1 Chart any additional information. As an example, if the
interpretation given by the official varied during the day, describe when it varied and
how it varied for that official.*

Initials:

UM

17

b.  Where was the interpretation given?

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

## F.  Delays in Voting

1.  What was the average number of voters waiting in line to vote during the day?  _____ *O*

2.  What was the average length of time voters had to wait to vote?  _____ None _____

3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes   ☒ No   If so, provide the following information:

a.  The time the line formed _____ and the number of voters in line _____

b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

c.  What action, if any, did poll officials take to alleviate the delay?

## G.  Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1.  Were challenged, affidavit, or other provisional-type ballots used?

☒ Yes   ☒ No   ☐ Not Observed

Initials:

UM
ay
iUM

18

On what basis did the poll worker give the provisional ballot(s)?

WHEN VOTER'S NAME IS NOT ON REGISTRATION BOOK (Both Precinct)

What language(s) were the ballots in?    ENGLISH, SPANISH, VIETNAMESE

2. What voting system is used for provisional ballots?

☐ DRE?   ☐ Lever?   ☒ Optical Scan Card?   ☐ Punch Card?   ☐ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☒ Yes   ☐ No
   What languages were the form/envelope in? FORM/ ENGLISH, SPANISH, VIETNAMESE
   ENVELOPE IN ENGLISH ONLY   AS SHOWN & OBSERVED

4. According to poll workers, under what circumstances are these provisional ballots used?

POLL WORKERS SAID WHEN VOTER'S NAME IS NOT ON
REGISTRATION BOOK; THEN FORM AND PROVISIONAL BALLOT
WERE GIVEN; NEXT POLL OFFICIALS WILL CALL ELECTION
DEPARTMENT TO ENSURE THAT VOTER IS ELIGIBLE TO
VOTE

5. Did the poll worker provide written information to the provisional voter?

☒ Yes   ☐ No
In what language(s)?    ENGLISH / SPANISH / VIETNAMESE
What did the document say?

GENERAL INFORMATION AND DETAILED INSTRUCTION ON HOW TO
CAST A PROVISIONAL BALLOT

6. Did the document include information on how a voter can determine if his or her
   provisional ballot has been counted?   ☒ Yes   ☐ No

7. Were these provisional ballots kept separate from other ballots?

☐ Yes   ☐ No   ☒ Not Observed

8. Were these provisional ballots counted at the polls?

☐ Yes   ☐ No   ☒ Not Observed

Initials:

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? When mark on the book

2. Did the poll workers receive training about first-time voters who register by mail who are

   covered by ID requirements?    ☒ Yes    ☐ No

   If so, what were they taught in that training? Poll workers were told for the first time that if the voter were mark with "ID". Poll workers should required an ID with picture and if the name is mark with just "I" Poll workers would take any type of ID.

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?

   ☒ Yes    ☐ No    If so, describe.

4. Did you observe any voters being asked for identification? ☐ Yes    ☒ No
   On what grounds were they asked?

   What form(s) of ID were the poll workers willing to accept? Questioning election officials; they were willing to accept. Drivers License, MASS ID, car Registration or Utility Bill.

   If first-time voters who registered by mail did not have required ID, were they allowed to

   vote by provisional ballot?    ☒ Yes    ☐ No

   Please describe what occurred. Questioning Election Officials, they would give the voter a Provisional Ballot and check with City Hall.

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:

UM

20

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on *__how to translate the contents of the ballot or how to provide procedural instructions in the minority language__*?    ☐ Yes    ☒ No

   Did they receive notice that such a training session was scheduled?    ☐ Yes    ☒ No
   Explain.

   ***If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".***

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training *specifically on how to translate the ballot or how to provide procedural instructions in the minority language*, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. ***Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.***

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. Was part or all of the training conducted in the minority language?    ☐ Yes    ☐ No

4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)?    ☐ Yes    ☐ No    If so, specify: _____

5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes    ☐ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes    ☐ No

   Did they find the audio-visual aid(s) helpful?    ☐ Yes    ☐ No
   Describe any comments about the audio-visual aid(s).

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process. *No Comments given*

---

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.). *Poll workers were Co-operative, Providing Observers with information required.*

B. Provide information on the presence of any law enforcement officials and any of their activities you observed. *Law Enforcement were <s>these</s> UM present, Verifying Voters name before ballot was place in the Scanner.*

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters. *None*

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken). *None Observed*

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.* *Election officials arrived at 5:04pm to Bellflower court to test the automated machine. Machine appear to be working.*

*OTHER OBSERVER ACTUALLY SAW POLL WORKER PUT TESTING BALLOT IN ENVELOPE MARKED "SPOILED"*

**Initials:** UM

☐ None Observed
☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET     WD/AD/ED, if applicable: _____

| Time[1] | Race or Ethnicity | Number of Voters | Totals | | | |
|---|---|---|---|---|---|---|
| | | **PERSONS PERMITTED TO VOTE** | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | **Subtotal** | | | | |
| | | **Grand Total (if last page of tally sheet)** | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

**Initials:**



23

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | *VIETNAMESE* Indian | Hisp. | *CHINESE* Asian | Black | White | Other | |
| 4-5 | | 1 | | | | | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 5-6 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 6-7 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 1 |
| | | | | | | | Grand Total (if last page of tally sheet) | 1 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

**Initials:**



24

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | *VIETNAMESE* Indian | Hisp. | *CHINESE* Asian | Black | White | Other | |
| 4 5 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 0 |
| | | | | | | | Grand Total (if last page of tally sheet) | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)
**Initials:**



25

☑ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| **Address** | | | **Address** | | |
| **Federal Certificate of Eligibility Number, if any** | | | **Federal Certificate of Eligibility Number, if any** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Official Not Permitting Vote** | Race | | **Name/Title of Official Not Permitting Vote** | Race | |
| **Reason for Not Permitting Vote** | | | **Reason for Not Permitting Vote** | | |
| **Specify what the official did or suggested that the voter do in order to vote.** | | | **Specify what the official did or suggested that the voter do in order to vote.** | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** | | | **Reason Voter Believes He/She Should Be Permitted to Vote** | | |

**Information obtained from:**

☐ **Observation**

☐ **Questioning Voter**

**Information obtained from:**

☐ **Observation**

☐ **Questioning Voter**

Initials:

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████     Race: _Vietnamese_     Begin Time: _4:30_     End Time: _4:33_

Interpreter or Election Official: _____Sams   Huynh_____     Observer: _Philip Nguyen_

Assistance Occurred:  ☐  Inside the booth (or while voter is voting)

☒  Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): ____Procedural help____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Vietnamese |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | ✓ Huynh Ga | ✗ | ✓ | |
| Name the political parties for each candidate on the ballot | | ✓ | ✓ | |
| Name each office on the ballot | | ✗ | ✓ | |
| Explain each proposition on the ballot | | ✗ UM | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation: _Minority - Language  Voter's  info:_  ███████████  } provided to observer outside premise, in the courtyard

_Dorcester  MA  02125_  ███████████

(27)

Initials: _UH_  _GN_  _HUN_

☐ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|--------|------------------------------------------------------------------|
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |

Initials:

☒ None Observed
☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____     Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Initials:

UM

29

PRECINCT 8

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)    WD/AD/ED, if applicable: _____

Interpreter/Official: _____SAMS    HUYNH_____    Observer: ___PHILIP NGUYEN___

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| VIETNAMESE - SPEAKING VOTER (P. 27) ████████ | HOW MANY CANDIDATE CAN VOTER MARK; THEN WHERE THE MACHINE IS, SO BALLOT CAN BE INSERTED. |
| HOW TO MARK BALLOT AND WHERE TO PUT THE BALLOT | INTERPRETER SAID VOTER CAN ONLY MARK ONE (1) CANDIDATE FOR THE BALLOT TO BE VALID, |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:

*FOR PRECINCT 8*

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Race WHITE | Time 06:15 | Name | Race | Time |
|---|---|---|---|---|---|
| Address ▓▓▓▓▓▓▓▓▓▓ DORCHESTER, MA. 02125 | | | Address | | |
| Language Spoken *(if other than English)* | | | Language Spoken *(if other than English)* | | |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot PATRICK McDONNELL / WARDEN | Race WHITE | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---|---|---|---|

| Reason VOTER'S NAME IS NOT ON REGISTRATION BOOK. WARDEN FULLY EXPLAINED THAT PROVISIONAL BALLOT WILL BE GIVEN. | Reason |
|---|---|
| Voter's Response WILLING TO FILL OUT FORM & BALLOT. HANDED THEM ALL BACK TO WARDEN | Voter's Response |

| Information obtained from: ☒ Observation ☐ Questioning Voter | Information obtained from: ☐ Observation ☐ Questioning Voter |
|---|---|
| 1. Did the election official check with voter registration officials? ☒ Yes ☐ No | 1. Did the election official check with voter registration officials? ☐ Yes ☐ No |
| 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☒ No | 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No |
| 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☒ No    If so, where? | 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☐ No    If so, where? |
| 4. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No | 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No |

Initials:

UM

31 _mm_ UM

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? _____

☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes      ☐ No

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes      ☐ No

   If not, who would not permit them to vote and what reason(s), if any, was given?

*The following questions (on pages 32 – 41) concern the counting of ballots.  If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

4. If **paper ballots** were used and counted at the polls:
   a. Were additional workers used to assist in the

      count?   ☐ Yes    ☐ No

      ☐ Not applicable to this election

      If so, were these persons administered an oath?   ☐ Yes    ☐ No

   b. Was the table cleared before the ballot box was emptied?   ☐ Yes    ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?   ☐ Yes    ☐ No

      If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?   ☐ Yes    ☐ No

      If so, who? _____

   g. Was each ballot read as marked?   ☐ Yes    ☐ No
      If not, how many were not properly read? _____
      How were they misread?

**Initials:**

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____     Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:

33

j.  How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

k.  Tallying of Ballots
1. Names of officials who kept each tally (it may be that only one tally sheet is kept). If more than one person kept the single tally sheet, note the period of time each person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| **Name** | **From – To** | **Name** | **From – To** |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l.  Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?  ☐ Yes    ☐ No        If not, explain.

m.  List the items placed in the ballot box.

n.   List the items not placed in the ballot box and indicate where they were placed.

o.  What time did the ballot box leave the polling place? _____

Who took it?    _____

Was it locked?  ☐ Yes    ☐ No        Was it sealed?  ☐ Yes    ☐ No

p.  What time did the Observer Team leave the polling place?  _____    Did an

Observer accompany the ballot box?  ☐ Yes    ☐ No

5.  If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

a.  Were the machines locked and sealed against further voting?  ☐ Yes    ☐ No

If so, by whom?  _____

b.  Who read the count from the machine?  _____

Initials:

35

c. Was the count verified by another official?    ☐ Yes    ☐ No    If so, by whom?

_____

d. Was it read correctly?                          ☐ Yes    ☐ No
e. Who recorded the vote on the official return sheets? _____

f. Was the vote recorded accurately?               ☐ Yes    ☐ No
g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h. Was the vote announced by the poll officials?    ☐ Yes    ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with

the figure on the counter?                       ☐ Yes    ☐ No

j. Were the absentee votes counted and tabulated with the votes shown on the machines?

☐ Yes    ☐ No

k. Was the statement of results signed and certified by the poll officials?

☐ Yes    ☐ No

l. Was the statement delivered to the election officials?    ☐ Yes    ☐ No

By whom?    _____

m. As soon as the count was completed and the results announced, was the counter

compartment locked?    ☐ Yes    ☐ No    By whom? _____

n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.

o. What time did the Observer Team leave the polling place? _____

**Initials:**

6. If **punch cards or optical scan cards** were used:

   a. Was a duplicate report of the number of persons
      voting prepared?    ☐ Yes    ☐ No

   > ☐ Not applicable to this election

   By whom? _____

   b. What was done with the election supplies such as ballot stubs, etc.?

   c. Was the ballot box sealed?    ☐ Yes    ☐ No    By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

      Did an observer accompany the ballot box?    ☐ Yes    ☐ No

   e. What time did the Observer Team leave the polling place?    _____

7. Absentee Ballots

   a. Were the absentee ballots opened and stacked?

      ☐ Yes    ☐ No

   > ☐ Not applicable to this election

   By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

      If so, who? _____

   d. Was each ballot read as marked?    ☐ Yes    ☐ No    If not, how many were not
      properly read? _____    How were they misread?

   e. What was done with the ballots after they were read?

Initials:

37

f.  How many absentee ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
|  | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Not applicable to this election

   ☐ Yes    ☐ No    By whom?

   _____

   b. Who read the ballots? _____

   c. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?    ☐ Yes    ☐ No        If not, how many were not properly read? _____    How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?

   _____

   Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b. Provide any additional comments regarding activities while the votes were being counted.

Initials:

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE  WD/AD/ED, if applicable: ___

| Name | Race | Name | Race |
|---|---|---|---|
| 1 | | 28 | |
| 2 | | 29 | |
| 3 | | 30 | |
| 4 | | 31 | |
| 5 | | 32 | |
| 6 | | 33 | |
| 7 | | 34 | |
| 8 | | 35 | |
| 9 | | 36 | |
| 10 | | 37 | |
| 11 | | 38 | |
| 12 | | 39 | |
| 13 | | 40 | |
| 14 | | 41 | |
| 15 | | 42 | |
| 16 | | 43 | |
| 17 | | 44 | |
| 18 | | 45 | |
| 19 | | 46 | |
| 20 | | 47 | |
| 21 | | 48 | |
| 22 | | 49 | |
| 23 | | 50 | |
| 24 | | 51 | |
| 25 | | 52 | |
| 26 | | 53 | |
| 27 | | 54 | |
| Subtotals By Race | | Subtotals By Race | |

Initials:



United States
# Office of
## Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:          Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE:  Election of  _5/15/2007_
                                    (Date)

_MASSACHUSETTS_
                              (State)

_SUFFORK_
                              (County)

_BOSTON_
                              (Municipality)

_BLACK STONE E.S._
                      (Name of Polling Place)

_2_
                              (Precinct #)

_8_
                    (Ward Districts/Assembly Districts/
                              Election Districts –
                              WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above.  Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

| The Time Observers: |
| --- |
| Arrived at Polls  _0630_ |
| Departed Polls  _1145_ |

Respectfully yours,

Observer(s):

Print _Vanessa Martinez_
        (Name)

Sign _Vanessa Martz_

Print _JOHNSON YUEN_
        (Name)

Sign _Johnson Yuen_

Print _Philip NGUYEN_
        (Name)

Sign _Q. Phig Ngu_

**Instructions to Observers:  Complete this report in BLACK INK ONLY.  Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.**

## 1.    VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | *VIETNAMESE* ~~Indian~~ | Hispanic | *CHINESE* ~~Asian~~ | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | | | | | | | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | O | O | O | O | O | O | O |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | O | O | O | O | O | O | O |
| TOTAL of 1, 2, and 3 | O | O | O | O | O | O | O |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | *VIETNAMESE* ~~Indian~~ | Spanish | *CHINESE* ~~Asian~~ | Other |
|---|---|---|---|---|---|
| | 5 | O | O | 5 | O |

**Section 1B is Not Applicable to this Coverage** ☐

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | ~~Other~~ |
|---|---|---|---|---|
| | | | | |

**Section 1C is Not Applicable to this Coverage** ☐

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | *VIETNAMESE* ~~Indian~~ | Hispanic | *CHINESE* ~~Asian~~ | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | O | O | O | O | O | O | O |

**Section 1D is Not Applicable to this Coverage** ☐

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |

**Section 1E is Not Applicable to this Coverage** ☐

Initials:

2

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1.  Ballots accepted | |
| 2.  Ballots partially rejected | |
| 3.  Ballots totally rejected | |
| 4.  Spoiled ballots | |
| 5.  Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |

<div align="center">Section 1F is Not Applicable to this Election  ☐</div>

**G.  If *voting machines* are used:**
1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

<div align="center">Section 1G (including Question 2 below) is Not Applicable to this Election  ☐</div>

2. Did the seal numbers on each machine match the number of the seal on the envelope

containing the keys to the machine?                         ☐ Yes          ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

| H.  If *electronic vote recorders* or *tabulators* are used: Give machine and seal numbers here. | | | | | |
|---|---|---|---|---|---|
| Machine | Seal | Machine | Seal | Machine | Seal |
| | | | | | |
| | | | | | |
| | | | | | |

<div align="center">Section 1H is Not Applicable to this Election  ☐</div>

Initials:

*UM*

*Sy*

3

## 2.    DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items*:
1.   Location of voting machines or booths
2.   Location of tables for election officials
3.   Location of any officially-designated interpreters
4.   Location of voting instruction signs or cards
5.   Location of sample ballots, if any
6.   Location of telephone, if any
7.   Location of Federal observers



Initials:

UM

4

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a.  Setting campaigning limits? | ☐Yes ☒No | | ☐Yes ☐No | | ☐Yes ☐No |
| b.  Directing voters to the polling place (e.g., "vote here")? | ☒Yes ☐No | Outside the Poll site | ☒Yes ☐No | E, S, C | ☐Yes ☐No |
| c.  Stating assistance is available to voters? | ☒Yes ☐No | Outside the Pollsite | ☒Yes ☐No | E, S, C | ☐Yes ☐No |
| d.  Indicating Election date? | ☐Yes ☒No | | ☐Yes ☐No | | ☐Yes ☐No |
| e.  Indicating Election hours? | ☒Yes ☐No | Outside the Poll site | ☒Yes ☐No | E, S, C | ☐Yes ☐No |
| f.  Sample ballot? | ☒Yes ☐No | On wall inside and outside the Pullsite | ☒Yes ☐No | E, S, C | ☐Yes ☐No |
| g.  Instructions for casting a regular ballot? | ☒Yes ☐No | Inside the pollsite | ☒Yes ☐No | E, S, C, V, R | ☐Yes ☐No |
| h.  Instructions for casting a provisional ballot? | ☐Yes ☒No | | ☐Yes ☐No | | ☐Yes ☐No |
| i.  Instructions for mail registrants and first time voters? | ☒Yes ☐No | On Warden table | ☐Yes ☒No | E, S, C | ☐Yes ☐No |
| j.  Information on who to contact if voters have problems? | ☒Yes ☐No | Inside the Poll site | ☐Yes ☒No | E, S, C | ☐Yes ☐No |
| k.  General voting rights information? | ☒Yes ☐No | Outside and Inside the pollsite | ☒Yes ☐No | E, S, C | ☐Yes ☐No |
| l.  Right to cast a provisional ballot? | ☒Yes ☐No | Inside the Poll site | ☒Yes ☐No | E, S, C | ☐Yes ☐No |
| m. Laws on voting fraud and misrepresentation? | ☒Yes ☐No | Outside and inside the pollsite | ☒Yes ☐No | E, S, C | ☐Yes ☐No |

2.    If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

Initials:

UM
HM
B

Legend:
S — Spanish
E — English
C — Chinese
V — Vietnamese
R — Russian

5

C.    Phones
  1.  Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?    ☐ Yes    ☒ No

  If so, indicate the type of telephone (e.g., private line, pay phone, etc.):
  _____

  Provide the telephone number:  _____

  If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

  2.  If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used ___CELL PHONE___ and under what circumstances the officials used this phone.

---

### 3. ELECTION OFFICIALS

**A.** List each polling official on duty. *Do NOT include special interpreters.*

WD/AD/ED, if applicable: _____

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| LUCILLE SMITH | B | WARDEN | |
| MICHELLE SMITH | B | CLERK | |
| VALERIE TOLBERT | B | INSPECTOR | |
| LILLIE WILLIAMS | B | INSPECTOR | |
| JOSEPH DAVID RENO | W | INSPECTOR | |
| DERRICK HARRIS | B | POLICE OFFICER | |
| LINDA GUERRERO | H | INTERPRETER | SPANISH |
| WENDY LAW | A | INTERPRETERS | CHINESE |
| | | | |
| | | | |

Initials:



6

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable: _____

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.  If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐                    WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| LINDA GUERRERO | INTERPRETER | SPANISH |
| WENDY LAW | INTERPRETER | CHINESE |
| | | |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?                    ☒ Yes        ☐ No

If so, who? _Lucille  Smith  -Warden ⑤_____

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?

☐ Yes        ☒ No

If so, who? _____

**Initials:**

DM
dm
cy

7

## D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:
*VM*
*HM*
*[signature]*

8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?    ☐ Yes    ☐ No

   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☐

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
| | |
| | |
| | |
| | |

Initials:
υMJ
ttoˆ

ᶜʒ

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                        WD/AD/ED, if applicable: _____

1. What time did the election officials arrive at the polling place? ___6 AM___
   Indicate how this information was obtained:

   ☑ Observation        ☐ Questioning election officials

2. Were the election officials given an oath of office?        ☑ Yes        ☐ No

   If so, by whom? ___MARTY KANE___
   Indicate how this information was obtained:

   ☐ Observation        ☑ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots, challenged/affidavit/provisional ballots, etc. that were provided to the polling site. *Do not include signs identified on page 5.* Identify any items printed in a language other than English and specify the additional language(s).

   PROVISIONAL BALLOT   ( ENGLISH, HISPANIC, CHINESE )
   MAIL IN REGISTRATION PAPER  ( ENGLISH, SPANISH, CHINESE )
   AFFIDAVIT                     ( ENGLISH, SPANISH, CHINESE )
   AFFIRMATION

4. If observed, describe any other activities regarding the preparation of the polling place prior to the opening of the polls.

   BOTH AUTOMARK AND OPTICAL SCAN MACHINES WERE HERE AND OPERATIONAL.
   AT 0835 THE ELECTION DEPARTMENT REPRESENTATIVES WERE HERE TO CHECK THE
   AUTOMARK MACHINE.
   THERE WERE NO ASIAN INTERPRETER AT THE POLLING SITE PRIOR TO THE OPENING.
   AFTER AN INCIDENT OF AN LANGUAGE ASSISTANCE NEEDED, THE WARDEN, LUCILLE
   SMITH, CALLED CITY HALL FOR AN REPLACEMENT CHINESE INTERPRETER. THE REPLACEMENT
   INTERPRETER, WENDY LAW, CAME IN AT 0905 AM.

Initials:
VM
HN

10

B. Poll Watchers                                    WD/AD/ED, if applicable: _____

    1.   Were any poll watchers present?     ☑ Yes    ☐ No

    2.   If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| KRISTA ZALATORES | WHITE | SUSAN PASSONI |
|  |  |  |
|  |  |  |

    3.   Did the election officials require the poll watchers to present any type of authorization?

       ☐ Yes  ☒ No   If so, what? _____

       If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

    4.   Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?      ☒ Yes    ☐ No

       Explain any activities poll watchers were not permitted to observe.

C. While the Polls Were Open                        WD/AD/ED, if applicable: _____

    1.   What time did the polls open? ___7 : 00 am___
       Indicate how this information was obtained:

       ☒ Observation    ☐ Questioning election officials

    2.   Were the names of the absentee voters marked on the poll list?  ☐ Yes    ☐ No

    3.   Were the absentee ballots delivered to the polls?  ☐ Yes  ☐ No
       If so, by whom? _____
       *If "no", proceed to question 5 of this section.*

    4.   Were the absentee ballots counted at the polls?

       ☐ Yes    ☐ No    ☐ Not Observed

Initials:
JM

11

5.  What voting system(s) for regular ballots was used in the polling place?

    a.  Direct recording electronic machines (DRE)?　　□ Yes　　□ No

    If yes, was the machine set to zero before voting began?

    □ Yes　　□ No　　□ Not Observed

    Was there an activator card (a device that the voter inserts into the machine to begin

    voting) given to the voter?　　□ Yes　　□ No

    If yes, who programmed the activator card? _____

    b.  Lever machines?　　□ Yes　　□ No

    If yes, were the keys delivered in a sealed envelope on the outside of which was
    written the machine number and the protective counter number?

    □ Yes　　□ No　　□ Not Observed

    Did the public counter register zero before voting began?

    □ Yes　　□ No　　□ Not Observed

    If not, what number did the counter show? _____

    Was the machine locked before voting began?

    □ Yes　　□ No　　□ Not Observed

    c.  Punch cards?　　□ Yes　　□ No

    If yes, where were voted ballots deposited by the voter?

    □ Ballot box

    □ Scanner

    □ Poll Official

    □ Other (explain)

    If there was a scanner:

    Did it reject any ballots voters inserted? □ Yes □ No　　□ Not Observed

    Was it set to zero before voting began? □ Yes □ No　　□ Not Observed

    Were privacy sleeves used to keep ballot choices secret?

    □ Yes　　□ No　　□ Not Observed

**Initials:**

_(handwritten initials)_

12

d. Optical scan cards ?                                           ☒ Yes      ☐ No

   If yes, where were voted ballots deposited by the voter?

   ☐ Ballot box

   ☒ Scanner

   ☐ Poll Official

   ☐ Other (explain)

   If there was a scanner:

   Did it reject any ballots voters inserted?  ☐ Yes  ☐ No      ☐ Not Observed

   Was it set to zero before voting began?  ☒ Yes  ☐ No      ☐ Not Observed

   Were privacy sleeves used to keep the ballot choices secret?

   ☑ Yes      ☐ No          ☐ Not Observed


e. Paper ballots?                                                ☐ Yes      ☐ No

   If yes, was the ballot box emptied?                           ☐ Yes      ☐ No

   Were the blank ballots counted/numbered?

   ☐ Yes      ☐ No          ☐ Not Observed

   How many ballots were provided to the polling place?      _____

   Was the ballot box locked prior to the start of voting?

   ☐ Yes      ☐ No          ☐ Not Observed

   Where were voted ballots deposited by the voter?

   ☐ Ballot box

   ☐ Scanner

   ☐ Poll Official

   ☐ Other (explain)


**Initials:**

υM
dt
𝒢

13

6. If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

a. Did the voter receive any form from the poll official

indicating he/she was permitted to vote?          ☐ Yes  ☐ No
If so, from whom? _____

b. Was there any time limitation imposed on voters?    ☐ Yes  ☐ No
If so, how long? _____

c. Did any voter attempt to use a marked sample ballot?  ☐ Yes  ☐ No

If so, was the voter allowed to do so?            ☐ Yes  ☐ No
If not, who prevented its usage? _____

7. If **paper ballots, punch cards, or optical scan cards**
were used:

☐ Not applicable to this election

a. From whom did the voter receive the ballot? POLLING OFFICIALS AT REGISTRATION TABLE

b. Where did the voter go to mark the ballot? PRIVACY BOOTH

c. Was any time limitation imposed on voters?       ☐ Yes  ☒ No
If so, how long? _____

d. Did any voter attempt to use a marked sample ballot?  ☐ Yes  ☒ No

If so, was the voter allowed to do so?            ☐ Yes  ☐ No
If not, who prevented its usage? _____

e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?
Not observed
☐ Yes  ☐ No

D. Determining a Person's Eligibility to Vote

*Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the following questions:*

1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine the voter's registration status.

THE POLL WORKERS USED THE MAIN REGISTRATION BOOK TO CHECK OR VERIFY VOTER'S REGISTRATION STATUS

Initials:

VM
drw
ay

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☒ Yes     ☐ No         Explain.

*POLLING OFFICIALS WILL CALL TO DETERMINE STATUS, THEN OFFER VOTER A PROVISIONAL BALLOT.*

3. If a person was registered in another precinct, what instruction, if any, was the voter given?

*LUCILLE THE WARDEN (8) SAID CORRECT PRECINCT WILL BE PROVIDED*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?

*LUCILLE, THE WARDEN (8) SAID REGISTRATION FORM WILL BE OFFERED*

5. Were any officials available at or near the polling place to register persons to vote?

☐ Yes     ☒ No

If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
|      |       |          |
|      |       |          |
|      |       |          |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?     ☐ Yes     ☐ No          Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place.

   NOT ~~OBSERVED~~ . OBSERVED

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?
      WHEN A MINORITY VOTER CAME IN, THE INTERPRETERS WOULD STAND
      UP AND PROVIDE ASSISTANCE. IN OTHER CASES, SOME VOTERS REQUESTED
      LANGUAGE ASSISTANCE AND THE INTERPRETER WOULD PROVIDE SUCH
      ASSISTANCE.

   b. Were there any minority voters who were unable to sign their names?

      ☐ Yes    ☑ No

      If so, were they offered assistance in the minority language in casting their ballots?

      ☐ Yes    ☐ No        If not, explain.

Initials:



16

c. Did any voter who requested minority language assistance fail to receive such assistance?   ☐ Yes   ☒ No   If so, explain the circumstances.

SEE PAGE 27A (██████████)

3. a. Did any poll official or interpreters provide instruction *in a minority language* on how to cast the ballot (e.g., how to use the machine, how to mark or punch the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes may be cast for a given office, etc.)?   ☒ Yes   ☒ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the instructions. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the instructions given in the minority language. Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the instructions given by the official varied during the day, describe when it varied and how it varied for that official.*

b. Where was the instruction given?

☐ Inside the booth (or while voter is voting)

☒ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where:   BETWEEN REGISTRATION TABLE AND THE BOOTH.

If instruction was given in the minority language on how to cast a ballot and was done so *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the instruction and the time the voter entered the booth (or began to vote)?   5 SEC

4. a. Was an interpretation of the ballot provided in the minority language to voters?

☐ Yes   ☐ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for each official who gave such interpretation and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the ballot. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the interpretation given in the minority language (typically, at least 5 instances, if possible). Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the interpretation given by the official varied during the day, describe when it varied and how it varied for that official.*

Initials:

UM
HW
CJ

17

b. Where was the interpretation given?

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

## F. Delays in Voting

1. What was the average number of voters waiting in line to vote during the day?  *O*

2. What was the average length of time voters had to wait to vote?  *O MINUTES.*

3. Was there any time during the day when voters had to wait more than 15 minutes to vote?

   ☐ Yes    ☒ No    If so, provide the following information:

   a. The time the line formed _____ and the number of voters in line _____

   b. What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

   c. What action, if any, did poll officials take to alleviate the delay?

## G. Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1. Were challenged, affidavit, or other provisional-type ballots used?

   ☐ Yes    ☒ No    ☐ Not Observed

Initials:

*UM*
*of*
*as*

18

On what basis did the poll worker give the provisional ballot(s)?

NONE  OBSERVED

What language(s) were the ballots in? ENGLISH, SPANISH, CHINESE (SHOWN BY LUCILLE, THE WARDEN

2. What voting system is used for provisional ballots?

☐ DRE?    ☐ Lever?    ☒ Optical Scan Card?    ☐ Punch Card?    ☐ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☒ Yes    ☐ No
   What languages were the form/envelope in? _____ ENGLISH _____

4. According to poll workers, under what circumstances are these provisional ballots used?

LUCILLE, THE WARDEN (B) SAID THAT WHEN VOTER'S NAME IS NOT ON REGISTRATION BOOK, THEN POLL WORKER WILL PROVIDE A FORM FOR VOTER TO FILL OUT. NEXT POLL WORKER WILL CHECK WITH CITY HALL TO ASCERTAIN THAT VOTER IS ELIGIBLE TO VOTE

5. Did the poll worker provide written information to the provisional voter?

☒ Yes    ☐ No
In what language(s)? ENGLISH, SPANISH, CHINESE
What did the document say?
GENERAL INFORMATION + DETAILED INSTRUCTION ON CASTING A PROVISIONAL BALLOT

6. Did the document include information on how a voter can determine if his or her provisional ballot has been counted?    ☒ Yes    ☐ No

7. Were these provisional ballots kept separate from other ballots?
   ☒ Yes    ☐ No    ☒ Not Observed

8. Were these provisional ballots counted at the polls?
   ☐ Yes    ☐ No    ☒ Not Observed

Initials:

19

H. Identification (ID) Requirements

***To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.***

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID?                                 NONE    OBSERVED

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?        ☒ Yes        ☐ No
   If so, what were they taught in that training?
   " GENERAL    PROCEDURES" [INFORMATION    GIVEN    BY    LUCILLE ,  THE   WARDEN (B)]

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?

   ☒ Yes        ☐ No              If so, describe.
   WHEN    VOTER   IS   MARKED    WITH   A    LETTER   " T "    IN
   REGISTRATION    BOOK

4. Did you observe any voters being asked for identification? ☐ Yes      ☒ No
   On what grounds were they asked?



   What form(s) of ID were the poll workers willing to accept?



   If first-time voters who registered by mail did not have required ID, were they allowed to

   vote by provisional ballot?                                  ☐ Yes        ☐ No
   Please describe what occurred.

---

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

***The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.***

Initials:

20

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on **_how to translate the contents of the ballot or how to provide procedural instructions in the minority language_**?  ☐ Yes  ☒ No  *ASKED INTERPRETERS*

   Did they receive notice that such a training session was scheduled?  ☒ Yes  ☐ No
   Explain. *by phone and by mail.*

   *If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".*

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training *specifically on how to translate the ballot or how to provide procedural instructions in the minority language*, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. *Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.*

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| Linda Guerrero | | 5/19/07 | City Hall | 2hrs | Marty King |
| WENDY LAW | Y | 4 ? | CITY HALL | 2 HRS | MARY MARRERIO |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. Was part or all of the training conducted in the minority language?  ☐ Yes  ☒ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)?  ☐ Yes  ☒ No    If so, specify: _____
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes  ☒ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes  ☐ No

   Did they find the audio-visual aid(s) helpful?  ☐ Yes  ☐ No
   Describe any comments about the audio-visual aid(s).

Initials:

21

6.  Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

---

## 5. GENERAL

A.  Describe the nature and extent of your contact with poll officials.  Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

Poll workers were cooperative, they provided the observers with the information required.

B.  Provide information on the presence of any law enforcement officials and any of their activities you observed.

There was a Law Enforcement official at the polling side, he was verifying voters name before ballot was place in the scanner.

C.  Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed.  Identify media names and/or call letters.

None

D.  Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

None

E.  Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.* at 8:36 am Election officials arrived at the polling site to test the automated machine. Election official said they were going to do an AM and PM test and all of the machines, the Election officials Instructed the warden Lucille Smith ⑤ on what to do and when finish, she got a test ballot from the machine, which she place it on an envelope. Mark "Spoiled Ballot."

Initials: VM

22

☐ None Observed
☒ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET     WD/AD/ED, if applicable: _____

| | | PERSONS PERMITTED TO VOTE | | | | | |
|---|---|---|---|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | | Totals | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | Subtotal | | | | |
| | | | Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian *VIETNAMESE* | Hisp. | Asian *CHINESE* | Black | White | Other | |
| 0700 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0800 | Family/Friend | | | | | | | |
| 0800 | | | | 1 | | | | 1 |
| ·1 | | | | | | | | |
| | | | | | | | | |
| 0900 | Family/Friend | | | | | | | |
| 0906 | | | | | | | | |
| 1 | | | | | | | | |
| | | | | | | | | |
| 1000 | Family/Friend | | | | | | | |
| 1000 | | | | 4 | | | | 4 |
| | | | | | | | | |
| | | | | | | | | |
| 1100 | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 5 |
| | | | | | | | Grand Total (if last page of tally sheet) | 5 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

24

☒ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | |
| | | | | Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

**Initials:**

25

☑ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| **Address** | | | **Address** | | |
| **Federal Certificate of Eligibility Number, if any** | | | **Federal Certificate of Eligibility Number, if any** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Official Not Permitting Vote** | Race | | **Name/Title of Official Not Permitting Vote** | Race | |
| **Reason for Not Permitting Vote** | | | **Reason for Not Permitting Vote** | | |
| **Specify what the official did or suggested that the voter do in order to vote.** | | | **Specify what the official did or suggested that the voter do in order to vote.** | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** | | | **Reason Voter Believes He/She Should Be Permitted to Vote** | | |
| **Information obtained from:**<br>☐ **Observation**<br>☐ **Questioning Voter** | | | **Information obtained from:**<br>☐ **Observation**<br>☐ **Questioning Voter** | | |

Initials:

26

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████  Race: _A_  Begin Time: _0800_  End Time: _0810_

Interpreter or
Election Official: _____  Observer: _JOHNSON YUEN_

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**
*NOTE: If the answer is not 100% "YES", mark "NO"*

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation: _THE VOTER WHO LIVES AT_ ███████████ _ASKED FOR LANGUAGE ASSISTANCE IN MANDARINE. THERE WAS NO INTERPRETER AT THE TIME AND THE POOL OFFICIAL COULD NOT LOCAL THE VOTER'S NAME ON THE REGISTRATION LIST. THE OFFICIAL ASKED HER FOR THE ID AND SHE COULD NOT UNDERSTAND. THE WARDEN_

Initials:

_FINALLY CALL CITY HALL FOR LANGUAGE ASSISTANCE ON THE PHONE. THE OFFICIAL, AT THE END FOUND HER NAME AND PROVIDED AN 27 A CHINESE BALLOT TO THE VOTER. THE VOTER WAS ABLE TO COMPLETE BALLOT AND VOTED._  [sequence start here]

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ████████████ Race: _A_ Begin Time: _9:50_ End Time: _10:00_

Interpreter or
Election Official: _WENDY LAW_ Observer: _JOHNSON YUEN_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | . | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation: _THE VOTER WHO LIVES AT_ ████████████ _IS 95 YEARS OLD._
_HE ASKED FOR LANGUAGE ASSISTANCE IN MANDARINE. THE INTERPRETER, WENDY LAW,_
_WAS ABLE TO ASSIST THE VOTER TO THE VOTING PROCESS._

**Initials:**



27 _B_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ████████████    Race: ___*A*___   Begin Time: *1015*   End Time: *1025*

Interpreter or
Election Official: ___*WENDY LAW*___   Observer: *JOHNSON YUEN*

Assistance Occurred:  ☐  Inside the booth (or while voter is voting)

☐  Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, **(if other than language):** _____

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**

**NOTE:  If the answer is not 100% "YES", mark "NO"**

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

<u>Explanation:</u>

Initials:

*wan g*
*gw*

27 _*C*_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ████████████      Race: _A_      Begin Time: 10 15      End Time: 10 25

Interpreter or
Election Official: _WENDY_      Observer: _JOHNSON YUEN_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

<u>Explanation:</u>

Initials:
 JUM

27 _D_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████    Race: _A_    Begin Time: _1015_    End Time: _1025_

Interpreter or
Election Official: _WENDY LAW_    Observer: _JOHNSON YUEN_

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

*NOTE: If the answer is not 100% "YES", mark "NO"*

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation:

Initials: _UY_

27 _E_

☐ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____     Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:


☐ None Observed
☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____  Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Initials:
vM
ur
Cy

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)    WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| PAGE 27B ~~PERSON~~ ███████ (HOW TO PUT BALLOT IN THE SCANNER. ) | THE INTERPRETER SAID THAT "PUT THE BALLOT INTO THE SCANNER IN MANDARIN" "TURN THE PAPER UPSIDE DOWN" "THERE ARE CHINESE WRITTEN ON THE BALLOT" |
| PAGE 27C, 27D, 27E ████████████ ( HOW TO VOTE ) | THE VOTER ASKED "WHERE TO VOTER IN MANDARINE" THE INTERPRETER GAVE ~~THEM~~ EACH OF THEM A CHINESE BALLOT AND POINT THEM TO THE BOOTH. THE INTERPRETER SHOWED THEM HOW TO SCAN THE BALLOT ~~AND FEED~~ BY SPOKEN IN MANDARINE. ~~FOR~~ THREE VOTERS CAME IN AS A GROUP. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:


☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| **Address** | | | **Address** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | Race | | **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | Race | |
| **Reason** | | | **Reason** | | |

**Voter's Response**

Information obtained from:

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials? ☐ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes ☐ No   If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No

**Voter's Response**

Information obtained from:

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials? ☐ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes ☐ No   If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No

Initials:

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? _____

☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes    ☐ No

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes    ☐ No

   If not, who would not permit them to vote and what reason(s), if any, was given?

*The following questions (on pages 32 – 41) concern the counting of ballots.  If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

4. If *paper ballots* were used and counted at the polls:
   a. Were additional workers used to assist in the

   ☐ Not applicable to this election

   count?    ☐ Yes    ☐ No

   If so, were these persons administered an oath?    ☐ Yes    ☐ No

   b. Was the table cleared before the ballot box was emptied?  ☐ Yes    ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?    ☐ Yes    ☐ No

   If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

   If so, who? _____

   g. Was each ballot read as marked?    ☐ Yes    ☐ No
   If not, how many were not properly read? _____
   How were they misread?

Initials:
UM
IMW
OJ

32

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____  Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:



33

j.  How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

34

k. Tallying of Ballots
   1. Names of officials who kept each tally (it may be that only one tally sheet is kept).
      If more than one person kept the single tally sheet, note the period of time each
      person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l. Were the poll watchers and all other interested persons allowed the opportunity to view
   the counting process?  ☐ Yes    ☐ No        If not, explain.

m. List the items placed in the ballot box.

n. List the items not placed in the ballot box and indicate where they were placed.

o. What time did the ballot box leave the polling place? _____

   Who took it?  _____

   Was it locked?  ☐ Yes    ☐ No        Was it sealed?  ☐ Yes    ☐ No
p. What time did the Observer Team leave the polling place? _____    Did an

   Observer accompany the ballot box?  ☐ Yes    ☐ No

5. If **DRE** or lever **voting machines** were used:

   | ☐ Not applicable to this election |

   a. Were the machines locked and sealed against

      further voting?  ☐ Yes    ☐ No

      If so, by whom?  _____

   b. Who read the count from the machine?  _____

**Initials:**
VM

35

c. Was the count verified by another official?   ☐ Yes   ☐ No      If so, by whom?

_____

d. Was it read correctly?                    ☐ Yes   ☐ No

e. Who recorded the vote on the official return sheets?   _____

f. Was the vote recorded accurately?         ☐ Yes   ☐ No

g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h. Was the vote announced by the poll officials?   ☐ Yes   ☐ No

i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?                    ☐ Yes   ☐ No

j. Were the absentee votes counted and tabulated with the votes shown on the machines?

   ☐ Yes   ☐ No

k. Was the statement of results signed and certified by the poll officials?

   ☐ Yes   ☐ No

l. Was the statement delivered to the election officials?   ☐ Yes   ☐ No

   By whom?   _____

m. As soon as the count was completed and the results announced, was the counter compartment locked?   ☐ Yes   ☐ No   By whom?   _____

n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.

o. What time did the Observer Team leave the polling place?   _____

6. If **punch cards or optical scan cards** were used:
   a. Was a duplicate report of the number of persons voting prepared?    ☐ Yes    ☐ No

   | ☐ Not applicable to this election |

   By whom? _____

   b. What was done with the election supplies such as ballot stubs, etc.?




   c. Was the ballot box sealed?    ☐ Yes    ☐ No    By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

   Did an observer accompany the ballot box?    ☐ Yes    ☐ No

   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots
   a. Were the absentee ballots opened and stacked?

   | ☐ Not applicable to this election |

   ☐ Yes    ☐ No

   By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?    ☐ Yes    ☐ No    If not, how many were not
   properly read? _____    How were they misread?




   e. What was done with the ballots after they were read?

Initials:
*UM*
*dto*
*Ur*

37

f. How many absentee ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
|  | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots
      opened and stacked?

      ☐ Not applicable to this election

      ☐ Yes    ☐ No    By whom?
      _____

   b. Who read the ballots?    _____

   c. Did anyone hand the ballots to the reader?  ☐ Yes    ☐ No

      If so, who?_____

   d. Was each ballot read as marked?  ☐ Yes    ☐ No    If not, how many were
      not properly read?_____    How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?
      _____

      Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election



| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

Initials:

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE   WD/AD/ED, if applicable: ____

| Name | Race | Name | Race |
|------|------|------|------|
| 1 | | 28 | |
| 2 | | 29 | |
| 3 | | 30 | |
| 4 | | 31 | |
| 5 | | 32 | |
| 6 | | 33 | |
| 7 | | 34 | |
| 8 | | 35 | |
| 9 | | 36 | |
| 10 | | 37 | |
| 11 | | 38 | |
| 12 | | 39 | |
| 13 | | 40 | |
| 14 | | 41 | |
| 15 | | 42 | |
| 16 | | 43 | |
| 17 | | 44 | |
| 18 | | 45 | |
| 19 | | 46 | |
| 20 | | 47 | |
| 21 | | 48 | |
| 22 | | 49 | |
| 23 | | 50 | |
| 24 | | 51 | |
| 25 | | 52 | |
| 26 | | 53 | |
| 27 | | 54 | |
| Subtotals By Race | | Subtotals By Race | |

Initials:



42



**United States**
## Office of
## Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:     Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of ___5/15/07___
(Date)

___MA___
(State)

___Suffolk___
(County)

___Boston___
(Municipality)

___Cathedral High School___
(Name of Polling Place)

___#1, #1 and #7___
(Precinct #)

___#9, #8 and #3___
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

| The Time Observers: |
| Arrived at Polls ___6:21 am___ |
| Departed Polls ___7:50 pm___ |

Respectfully yours,

Observer(s):

Print ___Valerie L. Martinez___
(Name)

Sign ___V. Martinez___

Print ___Diane Peoples___
(Name)

Sign ___Diane Peoples___

**Instructions to Observers: Complete this report in BLACK INK ONLY. Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.**

Print ___Amy Yuen___
(Name)

Sign ___Amy Yuen___

VM
agp
Ay

# 1.    VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | ~~Indian~~ Viet. | Hispanic | ~~Asian~~ Chinese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | | | | | | | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 4 | | | 3 | | 1 | |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 1 | | | | | 1 | |
| TOTAL of 1, 2, and 3 | 5 | | | 3 | | 2 | |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | ~~Indian~~ Viet | Spanish | ~~Asian~~ Chinese | Other |
|---|---|---|---|---|---|
| | 18 | | 10 | 8 | |
| **Section 1B is Not Applicable to this Coverage** ☐ | | | | | |

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | | | | |
| **Section 1C is Not Applicable to this Coverage** ☑ | | | | |

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | ~~Indian~~ Viet. | Hispanic | ~~Asian~~ Chinese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 3 | | 3 | | | | |
| **Section 1D is Not Applicable to this Coverage** ☐ | | | | | | | |

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |
| **Section 1E is Not Applicable to this Coverage** ☑ | |

Initials:
VM



2

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1.  Ballots accepted | |
| 2.  Ballots partially rejected | |
| 3.  Ballots totally rejected | |
| 4.  Spoiled ballots | |
| 5.  Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |

<div align="center">Section 1F is Not Applicable to this Election ☐</div>

**G.  If *voting machines* are used:**

1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

<div align="center">Section 1G (including Question 2 below) is Not Applicable to this Election ☐</div>

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?          ☐ Yes        ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**
Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

<div align="center">Section 1H is Not Applicable to this Election ☐</div>

Initials:
VM
ωP
Ay

3

**2.    DESCRIPTION OF POLLING PLACE**

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items*:

1.  Location of voting machines or booths
2.  Location of tables for election officials
3.  Location of any officially-designated interpreters
4.  Location of voting instruction signs or cards
5.  Location of sample ballots, if any
6.  Location of telephone, if any
7.  Location of Federal observers



Initials:

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a.  Setting campaigning limits? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |
| b.  Directing voters to the polling place (e.g., "vote here")? | ☑Yes ☐No | Hallway | ☑Yes ☐No | E/S/C/V | ☐Yes ☐No |
| c.  Stating assistance is available to voters? | ☑Yes ☐No | On tables | ☑Yes ☐No | E/S | ☐Yes ☐No |
| d.  Indicating Election date? | ☑Yes ☐No | outside the building | ☑Yes ☐No | E/S/C/V | ☐Yes ☐No |
| e.  Indicating Election hours? | ☑Yes ☐No | outside the building | ☑Yes ☐No | E/S/C/V | ☐Yes ☐No |
| f.  Sample ballot? | ☑Yes ☐No | Hallway wall | ☑Yes ☐No | E/S/C/V. | ☐Yes ☐No |
| g.  Instructions for casting a regular ballot? | ☑Yes ☐No | Hallway wall | ☑Yes ☐No | E/S | ☐Yes ☐No |
| h.  Instructions for casting a provisional ballot? | ☑Yes ☐No | Hallway wall | ☑Yes ☐No | E/S | ☐Yes ☐No |
| i.  Instructions for mail registrants and first time voters? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |
| j.  Information on who to contact if voters have problems? | ☑Yes ☐No | Hallway wall. | ☑Yes ☐No | E/S | ☐Yes ☐No |
| k.  General voting rights information? | ☑Yes ☐No | Hallway wall | ☑Yes ☐No | E/S/C/V | ☐Yes ☐No |
| l.  Right to cast a provisional ballot? | ☑Yes ☐No | Hallway wall | ☑Yes ☐No | E/S | ☐Yes ☐No |
| m.  Laws on voting fraud and misrepresentation? | ☑Yes ☐No | Hallway wall | ☑Yes ☐No | E/S/C/V | ☐Yes ☐No |

2.  If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

Sign= " Attention voters! Chinese ballots are available at this location. Please inform an election officer if you would like a chinese ballot",  E/C

Initials:

VM
OOP
Ay.

5

C.    Phones

1.  Was a land line (telephone other than a mobile phone) available for use by the election

officials in the polling place?                    ☐ Yes    ☒ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

_____

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state
election officials, indicate under what circumstances.

2.  If any other phone (e.g., mobile phone, radio remote, etc.) was used by election
officials, indicate the type of telephone used _Cell Phone_ and under what
circumstances the officials used this phone. _IF the WARDEN, CHRIS
BRAYTON cannot ANSWER a QUESTION, Then he calls
City Hall. Wd. (9-1)._

---

## 3. ELECTION OFFICIALS

**A.**  List each polling official on duty.  *Do NOT include special interpreters.*

WD/AD/ED, if applicable:

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| EDWARDS, DOREEN | B | WARDEN (8-1) | ENGLISH |
| YUSUF, PEARL | B | CLERK (Wd. 8-1) | ENGLISH |
| BRYANT, HATTIE | B | INSPECTOR (8-1) | ENGLISH |
| RIDLEY, MARCIA | B | INSPECTOR (8-1) | ENGLISH |
| SEGUIE, NADIRA | H | INSPECTOR (8-1) | ENG/SPANISH |
| BRAYTON, CHRISTOPHER | W | WARDEN (Wd 9-1) | ENGLISH |
| BRAYTON, JANe | W | CLERK (Wd 9-1) | ENGLISH |
| ESCALENTE, PEARL | H | INSPECTOR (9-1) | ENGLISH, SPANISH |
| NESBIT, ROSALIE | W | INSPECTOR (9-1) | ENGLISH |
| SANCHEZ, MARIA | H | INSPECTOR (9-1) | ENGLISH, SPANISH |

Initials:



6

C.    Phones
1.  Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?    ☐ Yes    ☐ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):
_____

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

2.  If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used _____ and under what circumstances the officials used this phone.

## 3. ELECTION OFFICIALS

**A.** List each polling official on duty. *Do NOT include special interpreters.*

WD/AD/ED, if applicable: _____

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| BRINNING, JAMES III | W | WARDEN (3-7) | English |
| LINSKEY, MARTHA | W | CLERK (3-7) | English |
| BUBELLo, Alice | H | Inspector (3-7) | English / Spanish |
| BUBELLo, CHARLES | W | Inspector (3-7) | English |
| Daiz, CADY Jing Kong | C | Inspector (3-7) | English, Chinese |
| GUSTAT, HAROLD | W | Inspector (3-7) | English |
| Hui, HELEN C | C | Inspector (3-7) | English / Chinese |
| LANGFORD, Laura | B | Inspector (3-7) | English |
| Yao, SHAoXIN | C | Inspector (3-7) | English / Chinese |
| SALIZAR, ZoiLa | H | INTERPRETER (8-1) | English / Spanish |

Initials:  CHANG, DoRoThy    C    INTERPRETER (9-1) English / Chinese

VM

6 A

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable: _____

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.    If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐    WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?    ☑ Yes    ☐ No

If so, who?  _All the wardens_____

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?

☐ Yes    ☑ No

If so, who? _____

**Initials:**

VM
dP
Dy

7

D. MASTER BOARD WORKER NOTES

☑ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:



8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?          ☐ Yes          ☐ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Note times each interpreter was absent from the polls:          WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☐

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Initials:
VM

9

# 4. VOTING PROCEDURES

*wd 8-1*
*9-1*

A. Prior to Opening the Polls:                    WD/AD/ED, if applicable: ___3-7___

1. What time did the election officials arrive at the polling place? _5:45am_
   Indicate how this information was obtained:

   ☐ Observation      ☑ Questioning election officials

2. Were the election officials given an oath of office? *SEE p. 22 A* ☐ Yes      ☐ No

   If so, by whom? _____
   Indicate how this information was obtained:

   ☐ Observation      ☑ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. **Do
   not include signs identified on page 5.** Identify any items printed in a language other
   than English and specify the additional language(s).

   8-1 = Registration forms (C/S/E), Affirmation forms for inactive and pro-
   vitional voters, provisional ballots with envelopes, check in book, magnifying
   glass, pencils, post-it pads.
   9-1 = Chinese ballots, same paperwork as 8-1. except magnifying
   3-7 = Instruction to vote, Chinese ballots, same paperwork as 8-1 except magnifying

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.

   ALL POLL WORKERS FROM the 3 WARDS were
   POSTING SIGNS INSIDE + OUTSIDE THE VOTING place,
   PLACING VOTING MATERIALS on the tables, TAPING the
   PLASTIC That covered the FLOOR, SETTING up the
   booths and tables, PLACING ROPE PARTITIONS to SEParate
   The WARDS + Setting up + plugging IN the EQUIP-
   MENT.

Initials:
VM

10

B. Poll Watchers                                          WD/AD/ED, if applicable: _Wd 8-1_

    1.  Were any poll watchers present?    ☑ Yes    ☐ No

    2.  If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| CARLOS FRENCH | W | SUSAN PASSONI |
| SHIRLEY KRESSEL | W | SUSAN PASSONI |
|  |  |  |

    3.  Did the election officials require the poll watchers to present any type of authorization?

      ☑ Yes  ☐ No    If so, what? _LETTER OF AUTHORIZATION_

    If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

    The WARDEN, (9-1) CHRISTOPHER BRAYTON ONLY ALLOWS The "POLL CHECKERS" to siT in The BACK OF The gym at The "CHECK OUT" TABLE. They may only LisTen to The Name OF The VOTER".

    4.  Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?    ☐ Yes  ☑ No

    Explain any activities poll watchers were not permitted to observe.

    " The POLL WATCHERS MAY NOT Look THROUGH The books OR go into The booth" SAID WARDEN CHRIS BRAYTON

C. While the Polls Were Open                              WD/AD/ED, if applicable: _____

    1.  What time did the polls open? _7 Am_

      Indicate how this information was obtained:

      ☑ Observation    ☐ Questioning election officials

VM  2.  ~~Were the names of the absentee voters marked on the poll list?~~  ☑ Yes  ☐ No

VM  3.  ~~Were the absentee ballots delivered to the polls?~~  ☑ Yes  ☐ No

    ~~If so, by whom?~~ _The POLICE DELIVERED The ballots at 6 am._

    *If "no", proceed to question 5 of this section.*

VM  4.  ~~Were the absentee ballots counted at the polls?~~

    ☐ Yes    ☐ No    ☑ Not Observed

Initials:

VM

5.  What voting system(s) for regular ballots was used in the polling place?

    a.  Direct recording electronic machines (DRE)?       ☐ Yes    ☐ No
        If yes, was the machine set to zero before voting began?

        ☐ Yes    ☐ No        ☐ Not Observed

        Was there an activator card (a device that the voter inserts into the machine to begin

        voting) given to the voter?        ☐ Yes    ☐ No

        If yes, who programmed the activator card? _____

    b.  Lever machines?        ☐ Yes    ☐ No
        If yes, were the keys delivered in a sealed envelope on the outside of which was
        written the machine number and the protective counter number?

        ☐ Yes    ☐ No        ☐ Not Observed

        Did the public counter register zero before voting began?

        ☐ Yes    ☐ No        ☐ Not Observed

        If not, what number did the counter show? _____

        Was the machine locked before voting began?

        ☐ Yes    ☐ No        ☐ Not Observed

    c.  Punch cards?        ☐ Yes    ☐ No
        If yes, where were voted ballots deposited by the voter?

        ☐ Ballot box

        ☐ Scanner

        ☐ Poll Official

        ☐ Other (explain)

        If there was a scanner:

        Did it reject any ballots voters inserted?  ☐ Yes ☐ No    ☐ Not Observed

        Was it set to zero before voting began?  ☐ Yes ☐ No    ☐ Not Observed

        Were privacy sleeves used to keep ballot choices secret?

        ☐ Yes    ☐ No        ☐ Not Observed

Initials:
VM
NP
By

12

d. Optical scan cards ?    ☑ Yes    ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☑ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?  ☐ Yes  ☐ No    ☑ Not Observed

Was it set to zero before voting began?  ☐ Yes  ☐ No    ☑ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☑ Yes    ☐ No    ☐ Not Observed

e. Paper ballots?    N/A    ☐ Yes    ☐ No

If yes, was the ballot box emptied?    ☐ Yes    ☐ No

Were the blank ballots counted/numbered?

☐ Yes    ☐ No    ☐ Not Observed

How many ballots were provided to the polling place?    _____

Was the ballot box locked prior to the start of voting?

☐ Yes    ☐ No    ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

Initials:

vm
df
by.

13

6. If **DRE** or lever **voting machines** were used:

☑ Not applicable to this election

   a. Did the voter receive any form from the poll official      ☐ Yes   ☐ No

      indicating he/she was permitted to vote?
      If so, from whom? _____

   b. Was there any time limitation imposed on voters?      ☐ Yes   ☐ No
      If so, how long? _____

   c. Did any voter attempt to use a marked sample ballot?   ☐ Yes   ☐ No

      If so, was the voter allowed to do so?       ☐ Yes   ☐ No
      If not, who prevented its usage? _____

---

7. If **paper ballots, punch cards, or optical scan cards** were used:

☐ Not applicable to this election

   a. From whom did the voter receive the ballot? _Clerks (see page 6 and 6A)_

   b. Where did the voter go to mark the ballot? _Inside booth_

   c. Was any time limitation imposed on voters?      ☐ Yes   ☑ No
      If so, how long? _____

   d. Did any voter attempt to use a marked sample ballot?   ☐ Yes   ☑ No

      If so, was the voter allowed to do so?       ☐ Yes   ☐ No
      If not, who prevented its usage? _____
   e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

           ☑ Yes   ☐ No

---

D. Determining a Person's Eligibility to Vote

   *Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the following questions:*

   1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine the voter's registration status.

   Voters Registration check-in book

Initials:
VM
OOP
Bj.

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☑ Yes    ☐ No         Explain.

*Wardens will contact election officials and check if voters are registered and location of precint.*

3. If a person was registered in another precinct, what instruction, if any, was the voter given?

*Not observed.*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?

*The voter was told to fill-out "Mail-In Registration form".*

5. Were any officials available at or near the polling place to register persons to vote?

☐ Yes    ☑ No

If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
|      |       |          |
|      |       |          |
|      |       |          |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?         ☐ Yes         ☐ No         Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

*Nothing more than a phone call to the City was observed.*

Initials:

VM
[signatures]

15

E. Use of Minority Language(s) at Polling Site and
Minority Language Assistance from Poll Officials
and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
officials/interpreters for general greetings or general conversation with voters, but no
conversation regarding the specific election process took place in the minority language,
indicate the general activity and conversation that took place, including the language(s)
used, as the voter entered the polling site and throughout the time the voter was present in
the polling place." Hi "(c)" How I can help you "(c)" "Thank you "(c) -" How are you
doing (S).

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2. General

a. How was it determined who received minority language assistance (e.g., was each
minority voter automatically given such assistance, or was help given only at the
request of the voter, or did officials offer this help to only certain minority voters)?
Chinese voters come in, the chinese interpreter will approach by speaking chinese.
Also for Spanish speakers.

b. Were there any minority voters who were unable to sign their names?
☑ Yes   ☐ No   See page 22 C

If so, were they offered assistance in the minority language in casting their ballots?
☑ Yes   ☑ No   If not, explain.

Voter ████████ asked her husband to fill out ballot for her.

c. Did any voter who requested minority language assistance fail to receive such assistance?    ☐ Yes    ☑ No    If so, explain the circumstances.

3. a. Did any poll official or interpreters provide instruction *in a minority language* on how to cast the ballot (e.g., how to use the machine, how to mark or punch the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes may be cast for a given office, etc.)?    ☑ Yes    ☐ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the instructions. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the instructions given in the minority language. Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the instructions given by the official varied during the day, describe when it varied and how it varied for that official.*

b. Where was the instruction given?

☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: <u>Check in table or redirected to read instruction sign</u> ~~in those~~ that was on wall.

If instruction was given in the minority language on how to cast a ballot and was done so *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the instruction and the time the voter entered the booth (or began to vote)?    <u>1 - 2 min.</u>    (E/S/C/V)

4. a. Was an interpretation of the ballot provided in the minority language to voters?

☐ Yes    ☐ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for each official who gave such interpretation and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the ballot. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the interpretation given in the minority language (typically, at least 5 instances, if possible). Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the interpretation given by the official varied during the day, describe when it varied and how it varied for that official.*

Initials:

VM
JP
J.

17

b. Where was the interpretation given?

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

## F. Delays in Voting

1. What was the average number of voters waiting in line to vote during the day?  __N/A__

2. What was the average length of time voters had to wait to vote?  __N/A.__

3. Was there any time during the day when voters had to wait more than 15 minutes to vote?

   ☐ Yes   ☑ No   If so, provide the following information:

   a. The time the line formed __N/A__ and the number of voters in line __N/A__

   b. What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

      NOT OBSERVED

   c. What action, if any, did poll officials take to alleviate the delay?

      NOT OBSERVED

## G. Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1. Were challenged, affidavit, or other provisional-type ballots used?

   ☑ Yes   ☐ No   ☐ Not Observed

Initials:

VM

18

On what basis did the poll worker give the provisional ballot(s)?

*When voters' name is not found on the voters registration book and after calling election officials.*

What language(s) were the ballots in? _E/S_

2. What voting system is used for provisional ballots?

☐ DRE?   ☐ Lever?   ☑ Optical Scan Card?   ☐ Punch Card?   ☐ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☑ Yes   ☐ No
   What languages were the form/envelope in? _E/S_

4. According to poll workers, under what circumstances are these provisional ballots used?

*ACCORDING to the WARDEN, (W) CHRIS BRAYTON, (wd. 9-1) PROVISIONAL bALLOTS ARE USED IF the VOTER INSISTS that he voted at this Location beFORE. ALSO, IF the VOTER'S Name is NOT LISTED in the VOTER'S REGISTRATION book, "the WARDEN CALLS City HALL + FOLLOWS their DIRECTIONS, IF told to give a provisional ballot"*

5. Did the poll worker provide written information to the provisional voter?

☐ Yes   ☐ No   *See explanation below.*
In what language(s)? _E/S_
What did the document say?

*9-1   NO. 3 CHINESE VOTERS DO NOT recieve WRITTEN INFORMATION.*

*3-1   Yes. ✓vm white voters.*
*The document provide the phone no, ward/precinct no, the days after election. they should call in to check if vote counted and provisional ballot #.*

6. Did the document include information on how a voter can determine if his or her provisional ballot has been counted? ☑ Yes   ☐ No

7. Were these provisional ballots kept separate from other ballots?

☑ Yes   ☐ No   ☐ Not Observed

8. Were these provisional ballots counted at the polls?

☐ Yes   ☐ No   ☑ Not Observed

Initials:
*vm*
*dp*
*Nj*

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? When is flagged in the book

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?  ☑ Yes   ☐ No
If so, what were they taught in that training?
Manual provided by the city explained them what to do with 1st time voters, asking for ID's and what type of ID's are acceptable.

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?
☑ Yes   ☐ No   If so, describe.  * ID *

4. Did you observe any voters being asked for identification? ☐ Yes   ☑ No
On what grounds were they asked?

What form(s) of ID were the poll workers willing to accept?
Some poll workers say photo ID with address, others say car registration (if no ID) or paper with voters' address and signature document

If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot? Not observed.   ☐ Yes   ☐ No
Please describe what occurred.

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:
VM
JP
BJ.

20

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on *how to translate the contents of the ballot or how to provide procedural instructions in the minority language*?    ☐ Yes    ☑ No

   Did they receive notice that such a training session was scheduled?    ☐ Yes    ☑ No
   Explain.

   *If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".*

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training *specifically on how to translate the ballot or how to provide procedural instructions in the minority language*, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. *Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.*

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. Was part or all of the training conducted in the minority language?    ☐ Yes    ☐ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)?    ☐ Yes    ☐ No        If so, specify: _____
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes    ☐ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes    ☐ No

   Did they find the audio-visual aid(s) helpful?    ☐ Yes    ☐ No
   Describe any comments about the audio-visual aid(s).

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

---

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

Our contact with election officials was on question and answer basis. We did not encounter any problems in obtaining the information needed to finish our report.

B. Provide information on the presence of any law enforcement officials and any of their activities you observed.

Policemen sat at the check out table + verified the name of the voter before they entered the ballot into the scanner.

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

A Reporter + Christopher Lowe + a camera man from. Boston NOW Newspaper arrived at 3:55pm. Identification was requested by several wardens. The cameraman took photos of voters entering ballot into scanner.

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

Not observed.

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

Each ward had a functional mark machine for disable people to use.

Initials:
VM
OP

22

- ACCORDING to WARDEN, CHRIS BRAYTON (W) - Wd. 9-1, he ADMINISTERED the oath of office to the POLL WORK-ERS before The polls opened this MORNING.

- ACCORDING to WARDEN (3-7), JIM BRINNING (W), SAID "The poll WORKERS RECEIVED The oath OF office IN APRIL, at the TRAINING SESSION, held at City Hall, before the ELECTION IN APRIL.

- The INSPECTORS and the TRANSLATORS (Wd 8-1). Were SWORN IN at the training class IN APRIL. The WARDEN (B) Doreen Edwards Said" that she couldn't REM-ember WHEN she was SWORN IN because she HAD brain SURGERY. DOREEN EDWARDS, WARDEN, also SAID "that she DIDN'T SWEAR in the inspectors because NO one told her to DO it + She Thought that the officials Were the ONES who could do That.

$30A From page 27 B — The voter, ████████, Flag "I". The clerk said the voter show ID that they can vote. The interpreter Dorothy Chang tell the voter be need to fill-up the "Affirmation of current and continuous Residence for inactive voter" form, so he can vote and it will be count.

$30A From page 27 C — The voter, ████████ (Dorothy) c/H, has "I" beside name. The clerk tell the interpreter that mean Inactive voter. The interpreter (Dorothy Chang) translate to the vote that he need to fillup the "Affirmation of current and continuous Residence for Inactive voter" form, and show ID, that he can vote.

Initials:
vm

22 A

8:30 AM  9-1
From page 27 D

came in, said he just _____ said he registered 2 years ago. The interpreter Dorothy Chang translate this to the clerk (Jane Brayton). The clerk (Jane Brayton) called City Hall and learn that _____, the voter, is not registered. Dorothy (the interpreter) use pencil, not fluence Cantonese to explain and fill out the registration form for _____, the voter ask. Dorothy Chang ask the clerk to let the voter (_____) use the provisional ballot to vote. The clerk (Jane Brayton) told the interpreter (Dorothy Chang) that the voter's (_____) vote will not be counted. Dorothy told the voter (_____) that his vote will count when the result become very close count. Dorothy Chan (the interpreter) give the provisional ballot to the voter. The voter (_____) ask the interpreter fill up for him. Dorothy use the pencil to fill up the form. Dorothy write the voter's name on the place for signature. Dorothy Chang (the interpreter) told the voter erase it and sign his name. The voter take the ballot, Dorothy Chang (interpreter) explain how to fill out the form outside the booth, the voter use the blue pen. It become a "void" ballot, the clerk, Jane Brayton, put a provisional paper and ballot in the envelope. The voter leave the site at 9:15AM.

8:35 AM  9-1
From page 27 E

_____ (the voter) come in and said he registered 2 wk ago for this (by chinese, the poll worker couldn't find his name) in the check in book. The clerk, Jane Brayton, call the city hall that the voter is not register yet. The clerk go to Ward 3 p. got Helen Thur to do the translation. Helen tell _____ that he need to fill up registration form. Helen ask Helen tell _____ every question before she fill-up the provisional form for the voter. Helen give the ballot to _____, the voter. When the voter fill-up the ballot, Helen stand outside the booth. The voter (_____) fill out both oval. This ballot become the "void" precinct. Helen stand next with the voter when the voter fill-up the second ballot. After Filling-up, The clerk put a provisional form and ballot inside the envelope. The voter left without getting provisional ballot information sheet. The voter leave the site at 9:15AM

1:05 pm  9-1

_____ F/a come in with the "Flyer of Candidate". Look for chinese interpreter Dorothy Chang to help him for check-in. Told Dorothy Chang that has a lady give him the "Flyer of Candidate" and told him come to vote. Dorothy read the candidate's name to the voter. The voter just remember one word of the candidate and tell Dorothy Chang mark it for him. Dorothy Chang call the clerk Jane Brayton to be the witness.

Initials:
VM
LP
BJ

22 B

1:10 pm WARD 4/B [REDACTED] Come in with her husband [REDACTED]. She tell the interpreter, Dorothy Chang, that she never registered. Dorothy tell the clerk to get registration form and do the provisional ballot. Dorothy help the voter to fill-up the form, the voter tell the interpreter that she can't sign her name. The interpreter ask the voter's husband to sign it for [REDACTED] (the voter). The interpreter return the ballot and a provisional form to the clerk. The clerk put everything in the envelope.

4:20 pm WARD 9-1 [REDACTED], By [REDACTED] spanish lady, come in with red-white cane. The spanish interpreter, Zoila Saliga, told the voter can try the new machine (AutoMark) The voter use the headphone to listen and follow step. The voter tell the interpreter that she can't see clearly. The interpret read the candidate name to the voter and ask who she want to vote. The voter said "Bill" but. Can't see the screen. The interpreter hold the voter's finger to press the button on screen. The warden, Christopher Brayton, is the witness. The interpreter bring the voter to the check-out table. It is 4:28 pm.

3:12 pm.    Valerie (Observer) observed poll watcher Carlos French (w) bringing voters in and out of polling place.

Initials:

VM
DP
[signature]

22 C

☐ None Observed
☑ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET     WD/AD/ED, if applicable: _____

| PERSONS PERMITTED TO VOTE | | | |
|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | Totals |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Subtotal** | |
| | | **Grand Total** (if last page of tally sheet) | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

**Initials:**



23

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | *Viet.* Indian | Hisp. | *Chinese* Asian | Black | White | Other | |
| 7:00 am to 8:00 am | Maria Sanchez  *ward 9-1* | | I | | | | | I |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 8:00 am to 9:00 am | Dorothy Chang  *ward 9-1* | | | II | | | | 2 |
| | Helen Hui  *ward 3-7* | | | II | | | | 2 |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 9:00 am to 10:00 am | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 10:00 am to 11:00 am | Nadira Seguie | | I | | | | | I |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | 6 |
| | | | | | | Grand Total (if last page of tally sheet) | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)
Initials:



24

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Viet. ~~Indian~~ | Hisp. | Chinese Asian | Black | White | Other | |
| 11:00 am to 12:00 pm | Nadira Seguie | | 1 | | | | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 12:00 pm to 1:00 pm | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 1:00 pm to 2:00 pm | Helen Hui  Ward 3-7 | | | 11 | | | | 2 |
| | Dorothy Chang | | | 11 | · | | | 2 |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 2:00 pm to 3:00 pm | | | | | | | | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | ~~Dbl~~ 5 |
| | | | | | | | **Grand Total** (if last page of tally sheet) | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m.; 7 a.m.- 8 a.m.)

Initials:



24 A

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | ~~Indian~~ Vict. | Hisp. | ~~Asian~~ Chinese | Black | White | Other | |
| 3:00 pm to 4:00 pm. | Zoila Salizar 8-1 | | 1 | | | | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 4:00 p.m. to 5:00 pm | Zoila Salizar 8-1 (Help translating for ward 9-1) | | 1 | | | | | 1 |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 5:00 pm to 6:00 pm | ~~Maria Sanchez Sofia Salí~~ vict | | 1 | | | | | 1 |
| | | | | | | | | |
| | Family/Friend | | 1 | | | | | 1 |
| 6:00 pm to 7:00 pm. | Maria Sanchez | | 11 | | | | | 2 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | 1 | | | | | 1 |
| | | | | | | Subtotal | | 7 |
| | | | | | | Grand Total (if last page of tally sheet) | | 18 |

Initials:



24 B

☐ None Observed
☐ Not applicable to this coverage

(Disable)

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 7:00A to 8:00 A | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 8:00 A to 9:00 A | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 9:00 A to 10:00 A | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 10:00 A to 11:00 A. | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | 0 |
| | | | | Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)
**Initials:**



25_____

☐ None Observed
☐ Not applicable to this coverage

*DISABLED*

# CHART A2 – ~~NON-LANGUAGE~~ ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | ~~Indian~~ | Hisp. | ~~Asian~~ | Black | White | Other | |
| 11 am to 12 pm | Maria Sanchez | | 1 | | | | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 12 pm to 1 pm | Zoila Salizar | | 1 | | | | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 1 pm to 2 pm | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 2 pm to 3 pm | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | 2 |
| | | | | | Grand Total (if last page of tally sheet) | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)
**Initials:**



25 a

DISABLE

| ☐ None Observed |
| ☐ Not applicable to this coverage |

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
| | | Number of Voters | | | | | | |
| | | ~~Indian~~ | Hisp. | ~~Asian~~ | Black | White | Other | |
| 3pm to 4pm | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 4pm to 5pm. | Zoila Salizar. | | 1. | | | | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 5 pm to 6 pm | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 6 pm to 7 pm | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | day 1 |
| | | | | | | Grand Total (if last page of tally sheet) | | 3 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:



25 b

☐ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | W | 2:40 pm | | | |

| Address | Address |
|---|---|
| ▮▮▮▮▮▮▮▮ <br> Boston, MA | |

| Federal Certificate of Eligibility Number, if any | Federal Certificate of Eligibility Number, if any |
|---|---|
| N/A | |

| Language Spoken  *(if other than English)* | Language Spoken  *(if other than English)* |
|---|---|
| | |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|
| Lynne Onishuk / Senior Personnel officer | W | | |

| Reason for Not Permitting Vote | Reason for Not Permitting Vote |
|---|---|
| Election is for District 2 voters only. Mr ▮▮▮ was told that he wasn't on District 2. | |

| Specify what the official did or suggested that the voter do in order to vote. | Specify what the official did or suggested that the voter do in order to vote. |
|---|---|
| "Nothing" "I can't vote on this elections they say". Mr ▮▮▮ quote. | |

| Reason Voter Believes He/She Should Be Permitted to Vote | Reason Voter Believes He/She Should Be Permitted to Vote |
|---|---|
| Voter says he went to a web site in his computer that gave him a phone number. Voter called the phone # and was told to vote in Cathedral High. | |
| Information obtained from: | Information obtained from: |
| ☐ Observation | ☐ Observation |
| ☑ Questioning Voter | ☐ Questioning Voter |

Initials:
MM
dp
Ay.

26

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _9-1_

Voter: ███████████  Race: _H_  Begin Time: _7ᴾˢ ᵃᵐ_  End Time: _7 ³⁵ ᵃᵐ_

Interpreter or Election Official: _MARia SANChEZ_    Observer: _DiANE PEoPLES_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | YES / SPANISH |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation: _VoTER NEEDED assistance iN giving his address + DIRECTIoNS oN MARKiNg the ballot. VoTER was accoMpaNiEd by 4 INTERpRitE to booth + check out table._  27 _A_

Initials:
VM
DP
Pd

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _9-1_

Voter: ▓▓▓▓▓▓▓▓▓▓    Race: _C /Q_    Begin Time: _8:30A_    End Time: _8:35A_

Interpreter or ~~Election Official:~~ _Dorthy Cheng_    Observer: _Amy Yuen_

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _"Floyt Name" Inactive Voter_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | ✓ | | | |

<u>Explanation:</u> The voter can't not speak English. Dorthy Cheng told the voter (▓▓▓▓) that "I" inactive sign is on his check-in book. He need to fill out the "Application of current and Continuous Residence for inactive Voter" form.

**Initials:**
VM

27 _B_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _9-1_

Voter ███████████    Race: _C/A_    Begin Time: _8:30A_    End Time: _8:40 A_

Interpreter or ~~Election Official:~~ _Dorothy Chang_    Observer: _Amy Yuen_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _"Tag" Name Inactive Voter_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | |

Explanation: The interpreter tell the voter that inactive sign beside her name. she need to fill up the "Affirmation of Current and Continuous Residence for Inactive voters" form.

Initials:
VM
AP

27 _C_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _9-1_

Voter: ██████████    Race: _C /M_   Begin Time: _8:30A_   End Time: _9:15A_

Interpreter or Election Official: _Dorothy Chang_    Observer: _Amy Yuen_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Can't find his name._

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | |

Explanation: _The voter can't speak any English and the poll worker can not find the voter's name is not find for by the check in booth_

Initials:
_VM_
_DP_
_AY_

27 _D_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: 3-7

Voter: ██████████    Race: C /(C)    Begin Time: 8-36A    End Time: 8-20A

Interpreter or Election Official: Helen Hui    Observer: Amy Yuen

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): Can't Find His Name

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**
*NOTE: If the answer is not 100% "YES", mark "NO"*

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | CHINESE. |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | |

Explanation: Can't speak English. The voter said he registered 2 wks ago. Need help to fill-up the registration form and provisional ballot.

Initials:
VM
ay
Py

27 E

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: **8 - 1**

Voter: ▓▓▓▓▓▓▓▓▓     Race: _H_     Begin Time: _10:10 am_  End Time: _10:15 am_

Interpreter or
Election Official: _Nadira Seguie_     Observer: _Valerie Martinez_

Assistance Occurred:  ☐  Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**

*NOTE: If the answer is not 100% "YES", mark "NO"*

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | X | | | *SPANISH* |
| Ask voter for choice of assistor | | | X | |
| Permit the voter's choice of assistor | | | X | |
| Name each candidate on the ballot | | | X | |
| Name the political parties for each candidate on the ballot | | | X | |
| Name each office on the ballot | | | X | |
| Explain each proposition on the ballot | | | X | |
| Explain when the voter can vote for more than one candidate for an office | | | | |
| Allow the voter to mark the ballot | X | | | |
| Mark the ballot contrary to the voter's wishes | | X | | |
| Attempt to rush the voter through the ballot | | X | | |
| Explain write-in procedures | X | | | |

Explanation:

" _Solo marque uno_ " - (Only ~~mark~~ pick one)

Initials:
VM
OPPy

27 _F_

☐ None Observed
☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _8-1_

Voter ██████████████  Race: _H_    Begin Time: _11 am_  End Time: _11:2 am_

Interpreter or
Election Official: _Maria Sanchez_    Observer: _Diane Peoples_

Assistance Occurred:  ☐  Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Disabled_

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**

NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | SPANISH |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | ✓ | | | |
| Name the political parties for each candidate on the ballot | DP [illegible] | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | | | ✓ | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation: _Voter H/m entered the polling place in a wheel chair & asked for assistance who he should vote for. The interpreter told the voter that she could only tell him to vote for one of the 2 candidates._

Initials:
VM
DP
[initials]

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: 3-7

Voter: ███████████    Race: C/(F)    Begin Time: 1:01 p    End Time: 1:03 p

Interpreter or
Election Official: Helen Hui    Observer: Amy Yuen

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | |

Explanation: The voter come in, The clerk cannot find her name in the check-in booth. The interpreter speak chinese to the voter to write down her name and address. And ask the voter that does the voter know how to fill-up the form.

Initials: vm
JP
fj

27 H

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _9-1_

Voter ████████████ Race: _C /(E)_  Begin Time: _1:05p_  End Time: _1:08p._

Interpreter or
~~Election Official:~~ _Dorothy Chang_ _____ Observer: _Amy Yu_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | |

Explanation: _The voter come in and speak Chinese. Looking for Chinese interpreter._

Initials:
_VM_
_[signature]_
_[signature]_

27 _I_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: 8-1

Voter: ███████     Race: H     Begin Time: 3:22     End Time: 3:26 pm

Interpreter or
Election Official: Zoila Salizar     Observer: Valerie Martinez

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | SPANISH No |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | | |

Explanation: Voter ███ (H) came in and was greated by Zoila Salizar (H)
(interpreter). Zoila walked him to check in table and ask him if he knew how
to fill the ballot. Mr. ███ said "no" and she explained him.

Initials:
VM
ZS
RF

27 J

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _9-1_

Voter: ███████████    Race: _S /(F)_    Begin Time: _4:20 p_    End Time: _4:28 p_

Interpreter or ~~Election Official:~~ _Zoila Salijar_    Observer: _Amy Yuen_

Assistance Occurred: ☐ Inside the booth (or while voter is voting) ✓
_Auto Mark_    ☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _the voter said she can't see clearly_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | SPANISH ✓ |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | ✓ | | |
| Name each candidate on the ballot | ✓ | | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | ✓ | | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation: _The voter tell the interpreter that she cannot see clearly. The voter use the Auto Mark. The interpreter read the candidate's name to the voter._

Initials:
VM
DP

27 _K_

☐ None Observed
☑ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____   Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

28

☐ None Observed
☑ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____   Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Initials:**



29

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)    WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: PEOPLES / MARTINEZ

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| MARIA SANCHEZ (9-1) | INTERPRETER (H) asked VOTER FOR his NAME + he showed her a photo I.D The INTERPRETER Told VOTER to go to the booth + accompanied him to the check out DESK. |
| | |
| Nadira Seguie (8-1) | "Solo marque uno" (Only pick one", meaning candidate) |
| MARIA SANCHEZ (9-1) | "VOTE FOR ONE Candidate" + go to booth. "What is your Name + address"? |
| Zoila Salizar (8-1) | "Sabe que tiene que hacer?" (Do you know what you need to do? ". "Marque uno y entre la boleta en la maquina". (pick one and put ballot on machine after) |
| | |
| | |
| | |
| | |

Initials:
VM
OP
Ay.

30_____

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)    WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _Amy Yuen_

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| Dorothy Cheng (Ward 9-1) | "Do you need help to fill-up the ballot?" "Two choose one" "First time to vote. MAY NEED ID" |
| Helen Hui (Ward 8-1) | "Do you how to fill-up the ballot?" |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:
VM

30 _A_

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☑ BALLOTS

WD/AD/ED, if applicable: _9-1_

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ▓▓▓▓▓▓ | C (M) | 8:30A | ▓▓▓▓▓▓ | C (M) | 8:35A |

| Address | Address |
|---|---|
| ▓▓▓▓▓ Boston 02118 ▓▓▓▓ | ▓▓▓▓▓ Boston 02118 ▓▓▓▓ |

| Language Spoken (if other than English) | Language Spoken (if other than English) |
|---|---|
| CANTONESE (CHINESE) | CANTONESE (CHINESE) |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---|---|---|---|
| The clerk, Jane Brayton | W (F) | The clerk, Jane Brayton. | W (F) |

| Reason | Reason |
|---|---|
| CAN'T FIND HIS NAME IN CHECK-IN BOOK and CITY HALL. | CAN'T FIND HIS NAME IN CHECK-IN Book and CITY HALL |

| Voter's Response | Voter's Response |
|---|---|
| FILL UP REGISTRATION FORM AND PROVISIONAL BALLOTS | FILL UP REGISTRATION FORM AND PROVISIONAL BALLOTS |
| Information obtained from: Page 22. | Information obtained from: Page 22 |
| ☑ Observation | ☑ Observation |
| ☐ Questioning Voter | ☐ Questioning Voter |

| 1. Did the election official check with voter registration officials?  ☑ Yes  ☐ No | 1. Did the election official check with voter registration officials?  ☑ Yes  ☐ No |
|---|---|
| 2. Was the voter advised to check with the voter registration officials? ☐ Yes  ☑ No | 2. Was the voter advised to check with the voter registration officials? ☐ Yes  ☑ No |
| 3. Did the election officials tell the voter he/she was registered elsewhere?  ☐ Yes  ☑ No  If so, where? | 3. Did the election officials tell the voter he/she was registered elsewhere?  ☐ Yes  ☑ No  If so, where? |
| 4. Was the ballot kept separate from the unchallenged ballots? ☑ Yes  ☐ No | 4. Was the ballot kept separate from the unchallenged ballots? ☑ Yes  ☐ No |

Initials:

VM

31 _A_

☐ None Observed
☐ Not applicable to this coverage

# CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☒ BALLOTS

WD/AD/ED, if applicable: *9-1*

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ███████████ | C/F | 1:10p | | | |
| **Address** ███████████ Boston 02118 ███████ | | | **Address** | | |
| **Language Spoken** *(if other than English)* CHINESE | | | **Language Spoken** *(if other than English)* | | |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---|---|---|---|
| The Clerk, Jane Brayton | W/F | | |

**Reason**
The voter told the interpreter that she never registered.

**Reason**

**Voter's Response**
Fill-up the registration form and provisional ballot.

**Voter's Response**

**Information obtained from:**

☒ Observation

☐ Questioning Voter

**Information obtained from:**

☐ Observation

☐ Questioning Voter

| | |
|---|---|
| 1. Did the election official check with voter registration officials? ☒ Yes ☐ No | 1. Did the election official check with voter registration officials? ☐ Yes ☐ No |
| 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☒ No | 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No |
| 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☒ No  If so, where? | 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☐ No  If so, where? |
| 4. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No | 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No |

Initials:
VM
AP
By.

31 B

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☑ BALLOTS

WD/AD/ED, if applicable: 3-7

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | W | 7:56 am | | | |

| Address / Phone # | Address |
|---|---|
| ▮▮▮▮▮▮▮ Boston, MA | |

| Language Spoken (if other than English) | Language Spoken (if other than English) |
|---|---|
| | |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---|---|---|---|
| Jim Brinning - Warden Ward-3 Precinct-7 | W | | |

| Reason | Reason |
|---|---|
| Register in J. P. (Jamaica Plain) | |

| Voter's Response | Voter's Response |
|---|---|
| Never lived ~~there~~ in J. P. per voter. Voter was surprised. VM | |

**Information obtained from:**

☐ Observation

☑ Questioning Voter

**Information obtained from:**

☐ Observation

☐ Questioning Voter

| Left column | Right column |
|---|---|
| 1. Did the election official check with voter registration officials? ☑ Yes ☐ No | 1. Did the election official check with voter registration officials? ☐ Yes ☐ No |
| 2. Was the voter advised to check with the voter registration officials? ☑ Yes ☐ No | 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No |
| 3. Did the election officials tell the voter he/she was registered elsewhere? ☑ Yes ☐ No    If so, where? Jamaica Plain, MA | 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☐ No    If so, where? |
| 4. Was the ballot kept separate from the unchallenged ballots? ☑ Yes ☑ No VM | 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No |

Initials:
VM
JJP
BJ

31_____

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

☐ Not applicable to this coverage

1. What time did the polls close? _____

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes     ☐ No

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes     ☐ No

   If not, who would not permit them to vote and what reason(s), if any, was given?

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

4. If *paper ballots* were used and counted at the polls:

   a. Were additional workers used to assist in the

   ☐ Not applicable to this election

   count?    ☐ Yes     ☐ No

   If so, were these persons administered an oath?    ☐ Yes     ☐ No

   b. Was the table cleared before the ballot box was emptied?    ☐ Yes     ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?    ☐ Yes     ☐ No

   If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes     ☐ No

   If so, who? _____

   g. Was each ballot read as marked?    ☐ Yes     ☐ No
      If not, how many were not properly read? _____
      How were they misread?

Initials:

VW

32

h.  What was done with the ballots after they were read?

i.  How many paper ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |



j. How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

k. Tallying of Ballots
1. Names of officials who kept each tally (it may be that only one tally sheet is kept). If more than one person kept the single tally sheet, note the period of time each person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l. Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?  ☐ Yes    ☐ No    If not, explain.

m. List the items placed in the ballot box.

n. List the items not placed in the ballot box and indicate where they were placed.

o. What time did the ballot box leave the polling place? _____

Who took it?  _____

Was it locked?  ☐ Yes    ☐ No    Was it sealed?  ☐ Yes    ☐ No

p. What time did the Observer Team leave the polling place?  _____  Did an Observer accompany the ballot box?    ☐ Yes    ☐ No

5. If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

a. Were the machines locked and sealed against further voting?  ☐ Yes    ☐ No

If so, by whom?  _____

b. Who read the count from the machine?  _____

**Initials:**

35

c.  Was the count verified by another official?  ☐ Yes    ☐ No      If so, by whom?

_____

d.  Was it read correctly?                    ☐ Yes    ☐ No
e.  Who recorded the vote on the official return sheets? _____

f.  Was the vote recorded accurately?         ☐ Yes    ☐ No
g.  List the serial numbers of the machines and record the public counter of each machine
    at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|---------------|---------|---------------|---------|---------------|
|         |               |         |               |         |               |
|         |               |         |               |         |               |

h.  Was the vote announced by the poll officials?   ☐ Yes    ☐ No
i.  Were the poll watchers provided an opportunity to compare the announced results with
    the figure on the counter?                    ☐ Yes    ☐ No
j.  Were the absentee votes counted and tabulated with the votes shown on the machines?
    ☐ Yes    ☐ No
k.  Was the statement of results signed and certified by the poll officials?
    ☐ Yes    ☐ No

l.  Was the statement delivered to the election officials?  ☐ Yes    ☐ No

    By whom?  _____
m.  As soon as the count was completed and the results announced, was the counter
    compartment locked?   ☐ Yes    ☐ No    By whom? _____
n.  Describe what was done with the election supplies such as poll lists, challenged
    ballots, etc.

o.  What time did the Observer Team leave the polling place? _____

6. If **punch cards or optical scan cards** were used:

   a. Was a duplicate report of the number of persons
   voting prepared?    ☐ Yes    ☐ No

   By whom? _____

   b. What was done with the election supplies such as ballot stubs, etc.?

   ┌─────────────────────────────────┐
   │ ☐ Not applicable to this election │
   └─────────────────────────────────┘

   c. Was the ballot box sealed?    ☐ Yes    ☐ No    By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

   Did an observer accompany the ballot box?    ☐ Yes    ☐ No

   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots

   a. Were the absentee ballots opened and stacked?

   ☐ Yes    ☐ No

   By whom? _____

   ┌─────────────────────────────────┐
   │ ☐ Not applicable to this election │
   └─────────────────────────────────┘

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?    ☐ Yes    ☐ No    If not, how many were not
   properly read? _____    How were they misread?

   e. What was done with the ballots after they were read?

Initials:
VM
[signature]

37

f.  How many absentee ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____    Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:



8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Not applicable to this election

   ☐ Yes    ☐ No    By whom?

   _____

   b. Who read the ballots?   _____

   c. Did anyone hand the ballots to the reader?  ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?  ☒ Yes    ☐ No    If not, how many were not properly read? _____    How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?

   _____

   Give reasons below:

   | Reason for Rejection | Candidates Voted For |
   | --- | --- |
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

Initials:

VM

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
   Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b. Provide any additional comments regarding activities while the votes were being counted.

Initials:

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE   WD/AD/ED, if applicable: ___

| Name | Race | Name | Race |
|---|---|---|---|
| 1 | | 28 | |
| 2 | | 29 | |
| 3 | | 30 | |
| 4 | | 31 | |
| 5 | | 32 | |
| 6 | | 33 | |
| 7 | | 34 | |
| 8 | | 35 | |
| 9 | | 36 | |
| 10 | | 37 | |
| 11 | | 38 | |
| 12 | | 39 | |
| 13 | | 40 | |
| 14 | | 41 | |
| 15 | | 42 | |
| 16 | | 43 | |
| 17 | | 44 | |
| 18 | | 45 | |
| 19 | | 46 | |
| 20 | | 47 | |
| 21 | | 48 | |
| 22 | | 49 | |
| 23 | | 50 | |
| 24 | | 51 | |
| 25 | | 52 | |
| 26 | | 53 | |
| 27 | | 54 | |
| Subtotals By Race | | Subtotals By Race | |

Initials:



42



United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:          Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of __May 15, 2007__
(Date)

__Massachusetts__
(State)

__Suffolk__
(County)

__Boston__
(Municipality)

__The Franklin Institute__
(Name of Polling Place)

__1__
(Precinct #)

__Ward 5__
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

| The Time Observers: |
|---|
| Arrived at Polls __6:10am__ |
| Departed Polls __7:50 pm__ |

Print __Mirta Reyes, Team Leader__
(Name)

Sign __Mirta M Reyes__

Print __BAO CHU CHANG__
(Name)

Sign __Bao Chu Chang__

Print __BANG  NGUYEN__
(Name)

Sign __Bang D Nguyen__

Instructions to Observers: Complete this report in BLACK INK ONLY. Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.



United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO  80225-0167

In Reply Refer to:          Your Reference:

                                    VR-2006

Attorney General of the United States
Department of Justice
Washington, DC  20530

RE:  Election of  May 15, 2007.
                                    (Date)

                      Massachusetts
                                    (State)

                      Suffolk
                                    (County)

                      Boston
                                    (Municipality)

            The Franklin Institute
            (Name of Polling Place)

                      1
                                    (Precinct #)

                Ward  5
            (Ward Districts/Assembly Districts/
                      Election Districts –
            WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above.  Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

| The Time Observers: | Observer(s): |
| --- | --- |

The Time Observers:

Arrived at Polls  6:10am

Departed Polls  7:50 pm.

Observer(s):

Print  Alexander Chan
            (Name)

Sign  Alexander Chan

Print _____
            (Name)

Sign _____

Print _____
            (Name)

Sign _____

**Instructions to Observers:  Complete this report in BLACK INK *ONLY*.  Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.**

1A

## 1. VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | ~~Indian~~ Vietnames | Hispanic | ~~Asian~~ Chinese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. ~~Persons voting unchallenged~~ (See Chart A, page 23) *mr* | | | | | | | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 2 | 0 | 0 | 2 | | | |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 7 | 0 | 0 | 7 | | | |
| TOTAL of 1, 2, and 3 | 9 | 0 | 0 | 9 | | | |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | ~~Indian~~ Vietnamese | Spanish | ~~Asian~~ Chinese | Other |
|---|---|---|---|---|---|
| | 236 ~~296~~ *mr* | | | 236 ~~296~~ *mr* | |

**Section 1B is Not Applicable to this Coverage** ☐

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | | *mr* | | |

**Section 1C is Not Applicable to this Coverage** ☐

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | ~~Indian~~ Vietnamese | Hispanic | ~~Asian~~ Chinese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Section 1D is Not Applicable to this Coverage** ☐

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |

**Section 1E is Not Applicable to this Coverage** ☐

Initials:
*mr*
*HC*
*BDN*
*BC*

2

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1.  Ballots accepted | |
| 2.  Ballots partially rejected | |
| 3.  Ballots totally rejected | |
| 4.  Spoiled ballots | |
| 5.  Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |

<div align="center">Section 1F is Not Applicable to this Election ☐</div>

**G.  If *voting machines* are used:**

1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

<div align="center">Section 1G (including Question 2 below) is Not Applicable to this Election ☐</div>

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?    ☐ Yes    ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**
Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

<div align="center">Section 1H is Not Applicable to this Election ☐</div>

Initials:



3

**2.    DESCRIPTION OF POLLING PLACE**

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items*:
1. Location of voting machines or booths
2. Location of tables for election officials
3. Location of any officially-designated interpreters
4. Location of voting instruction signs or cards
5. Location of sample ballots, if any
6. Location of telephone, if any
7. Location of Federal observers



Initials:

4

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? BN | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a. Setting campaigning limits? | ☒Yes ☒No | ON WALL MAIN — BN ENTRANCE | ☒Yes BN ☒No | ENGLISH, SPANISH CHINESE BN VIETNAMESE | ☐Yes ☐No |
| b. Directing voters to the polling place (e.g., "vote here")? | ☒Yes ☐No | ON WALL MAIN ENTRANCE | ☒Yes ☐No | ENGLISH, SPANISH CHINESE VIETNAMESE | ☐Yes ☐No |
| c. Stating assistance is available to voters? | ☒Yes ☐No | ON WALL MAIN ENTRANCE | ☒Yes ☐No | ENGLISH, SPANISH CHINESE VIETNAMESE | ☐Yes ☐No |
| d. Indicating Election date? | ☒Yes ☐No | ON WALL MAIN ENTRANCE | ☒Yes ☐No | ENGLISH, SPANISH CHINESE VIETNAMESE | ☐Yes ☐No |
| e. Indicating Election hours? | ☒Yes ☐No | ON WALL MAIN ENTRANCE | ☒Yes ☐No | ENGLISH, SPANISH CHINESE VIETNAMESE | ☐Yes ☐No |
| f. Sample ballot? | ☒Yes ☐No | ON WALL MAIN ENTRANCE | ☒Yes ☐No | ENGLISH SPANISH CHINESE VIETNAMESE | ☐Yes ☐No BN |
| g. Instructions for casting a regular ballot? | ☒Yes ☐No | ON WALL MAIN ENTRANCE | ☒Yes ☐No | ENGLISH SPANISH CHINESE VIETNAMESE | ☐Yes ☐No |
| h. Instructions for casting a provisional ballot? | ☒Yes ☐No | ON WALL MAIN ENTRANCE | ☒Yes ☐No | ENGLISH SPANISH CHINESE VIETNAMESE | ☐Yes ☐No |
| i. Instructions for mail registrants and first time voters? | ☒Yes ☐No | ON WALL MAIN ENTRANCE | ☒Yes ☐No | ENGLISH SPANISH CHINESE VIETNAMESE | ☐Yes ☐No |
| j. Information on who to contact if voters have problems? | ☒Yes ☒No | ON WALL MAIN ENTRANCE | ☒Yes ☐No | ENGLISH VIETNAMESE CHINESE SPANISH | ☐Yes ☐No |
| k. General voting rights information? | ☒Yes ☐No | ON WALL MAIN ENTRANCE | ☒Yes ☐No | ENGLISH VIETNAMESE CHINESE SPANISH | ☐Yes ☐No |
| l. Right to cast a provisional ballot? | ☒Yes ☐No | ON WALL MAIN ENTRANCE | ☒Yes ☐No | ENGLISH SPANISH CHINESE VIETNAMESE | ☐Yes ☐No |
| m. Laws on voting fraud and misrepresentation? | ☒Yes ☐No | ON WALL MAIN ENTRANCE | ☒Yes ☐No | ENGLISH SPANISH CHINESE VIETNAMESE | ☐Yes ☐No |

2.  If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly: Sign in front of "Check-in" table and "check-out" table identifying the tables in English, spanish, chinese and vietnamese

Initials:

BDN

5

C.    Phones
1.  Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?    ☐ Yes    ☑ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):
_____

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

2.  If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used _cell phone (Warden's)_ and under what circumstances the officials used this phone. Warden called check *an voter's eligibility to vote, when they could not find voters' name in book.

## 3. ELECTION OFFICIALS

**A.** List each polling official on duty. *Do NOT include special interpreters.*

WD/AD/ED, if applicable:

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| Amy Gitlin | C | Warden, manage polling place | English. |
| Bryan E. O'Donnell | C | Clerk, Registers Voters | English |
| Leonor Langa | Hisp | Inspector, ballots & assist w/ Interpret 9am Interpret | English /Spanish |
| Chu My Lim | Chinese | Inspector, assist w/ ballots & interpret | Chinese, Vietnamese *am* |
| | | | Vietnamese & English |
| Yan Hua Su | Chinese | Inspector, Assist w/ Ballot + Interprets | English /Chinese |
| Serene Wong | Chinese | Inspector, Assist w/Ballot + Interpret | English / Chinese |
| Shao X Liu | Chinese | Interpreter, assist voter, w/interpreting | English /Chinese |
| QI WEN LIU | CHINESE | INTERPRETER | ENGLISH / CHINESE |
| MICHELLE TEE | CHINESE | INSPECTOR | ENGLISH / CHINESE |

Initials:
*[handwritten initials]*

C = Caucasian.

6

Note times each bilingual polling official was absent from the polls:    WD/AD/ED, if applicable:

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| Leonor Langa | 1:00 PM | 2:00 PM | | | | | | |
| Chu My Lim | 12:30 PM | 2:00 PM | | | | | | |
| Yang Hua Su | 12:00 PM | 1:00 PM | | | | | | |
| Serene Wong | 2:00 PM | 3:00 PM | | | | | | |
| Shao X. Lin | 1:00 PM | ✗ PM | 2:15 PM | | | | | |
| QI WEN LIU | | 12:00 NOON | | | | | | |
| MICHELLE YEE | | 1:00 PM | | | | | | |
| | | | | | | | | |

B.    If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐    WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| Chu My Lim | Inspector | Checking out and how to cast ballot in Chinese. |
| Yuang M Hua Su | Inspector | Registering and completing provisional ballot in Chinese |
| Serene Wong | Inspector | Registering and assisting with ballot in Chinese |
| Shao X. Lin | Interpreter | Registration and how to complete ballot in Chinese |
| QI WEN LIU | INTERPRETER | CHECK-OUT BN voters in Chinese |
| MICHELLE YEE | INSPECTOR | CHECK-IN in Chinese. |

C.    Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?    ☑ Yes    ☐ No

If so, who? Warden, Amy Gittin

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?    ☑ Yes    ☑ No

If so, who? Leonor Langa, spent her time in the area behind the scanner reading.

Initials:

7

D. MASTER BOARD WORKER NOTES

☑ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:
omn
Cuo
BDN
BC

8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?        ☐ Yes        ☐ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty.  Include the time each interpreter arrived at the polls.  For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Note times each interpreter was absent from the polls:        WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed.  If "none", check here:  ☐

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                          WD/AD/ED, if applicable: _____

1. What time did the election officials arrive at the polling place? 5=45 am
   Indicate how this information was obtained:

   ☐ Observation    ☑ Questioning election officials (the Warden)

2. Were the election officials given an oath of office?        ☑ Yes    ☐ No

   If so, by whom? One of the people in Election Department; don't
   Indicate how this information was obtained:  remember the name." (the Warden)

   ☐ Observation    ☑ Questioning election officials (the Warden)

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. *Do
   not include signs identified on page 5.* Identify any items printed in a language other
   than English and specify the additional language(s).

   Affirmation of current and continuing residence for Inactive
   Voters - English/Vietnamese, English/Chinese, English/Spanish
   Provisional Ballot Info Sheet  > English/Vietnamese, English/Chinese,
   Provisional Ballot Affirmation Sheet  English/Chinese
   Mail-in Voter Registration Form - Chinese, Vietnamese, Spanish, English.
   5 Spoiled Ballot Envelope (1)
   Provisional Ballot Envelope (2)
   Ballot Report for City of Boston
   Election Phone Number Sheet Taped on Table
   Unmarked Ballots - English/Vietnamese, English/Chinese, English/Spanish

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.

   At 6:20 am Warden Amy Gitlin, caucasian female told
   two of the Chinese bilingual inspectors, to put
   two signs on the wall - and when the Chinese bilingual
   inspectors did not put the signs exactly where Warden
   Gitlin said, Warden Gitlin banged her hand loudly on
   the wall loudly telling them to put them where she
   had said.
   At 6:39am three senior chinese voters, one male - 2 females
   came in to vote and where told to sit, when an additional
   Chinese voter came at 6:51 am - she was told to "take a walk."
   Voter returned at 7am to vote and received assistance.

Initials:

10

B. Poll Watchers                                    WD/AD/ED, if applicable: _____

   1.  Were any poll watchers present?     ☑ Yes    ☐ No

   2.  If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| STACEY WEAVER | CAUC. | SUSAN PASSONi |
| | | |
| | | |

   3.  Did the election officials require the poll watchers to present any type of authorization?

      ☐ Yes  ☒ No   If so, what? _____

      If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

   4.  Were poll watchers permitted to observe all aspects of the voting process, other than the

      actual marking of the ballots?         ☑ Yes    ☐ No

      Explain any activities poll watchers were not permitted to observe.

---

C. While the Polls Were Open                         WD/AD/ED, if applicable: _____

   1.  What time did the polls open?   7:00 am   _____

      Indicate how this information was obtained:

      ☑ Observation    ☐ Questioning election officials

   2.  ~~Were the names of the absentee voters marked on the poll list?~~ *nmy* ☐ Yes    ☐ No

   3.  ~~Were the absentee ballots delivered to the polls?~~ *nny* ☐ Yes    ☐ No

      If so, by whom? _____

      *If "no", proceed to question 5 of this section.* *nny*

   4.  ~~Were the absentee ballots counted at the polls?~~

      ☐ Yes      ☐ No      ☐ Not Observed

**Initials:**
*mu*
*AG*
*BDN*
*Bc*

11

5. What voting system(s) for regular ballots was used in the polling place?

   a. Direct recording electronic machines (DRE)?          ☐ Yes          ☐ No
      If yes, was the machine set to zero before voting began?

      ☐ Yes          ☐ No          ☐ Not Observed

      Was there an activator card (a device that the voter inserts into the machine to begin

      voting) given to the voter?                              ☐ Yes          ☐ No

      If yes, who programmed the activator card? _____


   b. Lever machines?                                       ☐ Yes          ☐ No
      If yes, were the keys delivered in a sealed envelope on the outside of which was
      written the machine number and the protective counter number?

      ☐ Yes          ☐ No          ☐ Not Observed

      Did the public counter register zero before voting began?

      ☐ Yes          ☐ No          ☐ Not Observed

      If not, what number did the counter show? _____

      Was the machine locked before voting began?

      ☐ Yes          ☐ No          ☐ Not Observed


   c. Punch cards?                                          ☐ Yes          ☐ No
      If yes, where were voted ballots deposited by the voter?

      ☐ Ballot box

      ☐ Scanner

      ☐ Poll Official

      ☐ Other (explain)

      If there was a scanner:

      Did it reject any ballots voters inserted?  ☐ Yes ☐ No      ☐ Not Observed

      Was it set to zero before voting began?  ☐ Yes ☐ No      ☐ Not Observed

      Were privacy sleeves used to keep ballot choices secret?

      ☐ Yes          ☐ No          ☐ Not Observed

**Initials:**

12

d.  Optical scan cards ?                              ☑ Yes        ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☑ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?  ☑ Yes  ☐ No        ☐ Not Observed

Was it set to zero before voting began?  ☐ Yes  ☐ No        ☑ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☑ Yes        ☑ No *some*        ☐ Not Observed

e.  Paper ballots?                              ☐ Yes        ☐ No

If yes, was the ballot box emptied?            ☐ Yes        ☐ No

Were the blank ballots counted/numbered?

☐ Yes        ☐ No        ☐ Not Observed

How many ballots were provided to the polling place?  _____

Was the ballot box locked prior to the start of voting?

☐ Yes        ☐ No        ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

**Initials:**

13

6. If **DRE** or lever **voting machines** were used:

☑ Not applicable to this election

a. Did the voter receive any form from the poll official
indicating he/she was permitted to vote?          ☐ Yes  ☐ No
If so, from whom? _____

b. Was there any time limitation imposed on voters?   ☐ Yes  ☐ No
If so, how long? _____

c. Did any voter attempt to use a marked sample ballot?  ☐ Yes  ☐ No

If so, was the voter allowed to do so?          ☐ Yes  ☐ No
If not, who prevented its usage? _____

7. If **paper ballots, punch cards, or optical scan cards**
were used:

☐ Not applicable to this election

a. From whom did the voter receive the ballot? _Clerk or Inspector_

b. Where did the voter go to mark the ballot? _Booth_

c. Was any time limitation imposed on voters?   ☐ Yes  ☑ No
If so, how long? _____

d. Did any voter attempt to use a marked sample ballot?  ☐ Yes  ☑ No

If so, was the voter allowed to do so?          ☐ Yes  ☐ No
If not, who prevented its usage? _____

e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?
☑ Yes  ☐ No

D. Determining a Person's Eligibility to Vote

*Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the following questions:*

1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine the voter's registration status.

The Clerk consulted the "List of Registered Voters" as voter comes in and gives his/her name and address to the Clerk or the Inspector sitting at the check-in table.

Initials:

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☑ Yes    ☐ No        Explain.

*If the voter's name is not found in the "List of Registered Voters," the Clerk refers the voter to the Warden. The Warden calls the City Hall to verify if the voter is registered.*

3. If a person was registered in another precinct, what instruction, if any, was the voter given? *"When a person was registered in another precinct in this election only (precinct 2)is eligible to vote for this council seat. The voter would be directed to "precinct 2" or given a provisional ballot." According to Ms Amy Gitlin, the warden.*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do? *"If a person was told he or she was not registered, he/she would get a voter registration form. Most of the time, if language assistance needed, the bilingual poll worker filled out the registration for the voter.*

5. Were any officials available at or near the polling place to register persons to vote?
☑ Yes    ☐ No
If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
| Serene Wong | Inspector | Check-in table |
| Qi Wen Liu | Inspector | Check-in table |
| Shao Liu | Interpreter | Check-out table |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections? ☑ Yes    ☐ No        Explain.

*Ms. Amy Gitlin called the board of election first. If the voter was not on the registered voter list, the ~~someone would fill~~*

6. Describe any other actions, not included above, that were taken to determine a voter's registration status. *See pg 15 A.*

*AC*

*Ms Amy Gitlin called the board of election to verify the name of the voter and address to make sure the name is not in the registration list.*

Initials:
*MK*
*AC*
*BDN*
*BC*

15,

Continued from Page 15

#5.    ~~out types a registration form~~ AC

Then refered to Ms Serene Wong to
Complete a registration form.

Initials:
mk
AC
BDN
BC

$\frac{15}{2d}$ A
on

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place.   *Generally Chinese was spoken by some
   of the polling officials/interpreters with voters +
   following greetings conversation regarding the specific election
   process took place in Chinese give assistance as necessary.*

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?

      *Almost all minority voters (in this case
      Chinese) voters automatically were given language
      assistance. In this polling site, almost all
      Chinese voters need language assistance.
      On several occasions, the poll workers knew the
      voters + after greeting provided assistance as needed.*

   b. Were there any minority voters who were unable to sign their names?

      ☐ Yes   ☐ No

      If so, were they offered assistance in the minority language in casting their ballots?

      ☐ Yes   ☐ No         If not, explain.

c.  Did any voter who requested minority language assistance fail to receive such

assistance?        ☐ Yes    ☑ No        If so, explain the circumstances.

3. a.  Did any poll official or interpreters provide instruction *in a minority language*
on how to cast the ballot (e.g., how to use the machine, how to mark or punch the
ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is

allowed, how many votes may be cast for a given office, etc.)?  ☑ Yes    ☐ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and
one C1 Chart (page 27) for each voter assisted by that official during the time the
Observer is recording the interpretation of the instructions. Observe as many instances
of assistance by that official as necessary to accurately and completely record in
English the instructions given in the minority language. Enclose in quotation marks
(" words") all words, if any, spoken in English by the official. Include in the
"Explanation" part of the C1 Chart any additional information. As an example, if the
instructions given by the official varied during the day, describe when it varied and
how it varied for that official.*

b.  Where was the instruction given?

☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If instruction was given in the minority language on how to cast a ballot and was done so
*outside* of the voting booth (or before the voter began to vote), generally how much time
elapsed between the completion of the instruction and the time the voter entered the booth
(or began to vote)?   *1 minute*

4. a.  Was an interpretation of the ballot provided in the minority language to voters?

☐ Yes    ☐ No                                BN

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for
each official who gave such interpretation and one C1 Chart (page 27) for each voter
assisted by that official during the time the Observer is recording the interpretation of
the ballot. Observe as many instances of assistance by that official as necessary to
accurately and completely record in English the interpretation given in the minority
language (typically, at least 5 instances, if possible). Enclose in quotation marks
(" words") all words, if any, spoken in English by the official. Include in the
"Explanation" part of the C1 Chart any additional information. As an example, if the
interpretation given by the official varied during the day, describe when it varied and
how it varied for that official.*

Initials:

17

b.  Where was the interpretation given?    *BN*

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

## F.  Delays in Voting

1.  What was the average number of voters waiting in line to vote during the day?  *4-5*

2.  What was the average length of time voters had to wait to vote?  *2 - 4 minutes.*

3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes    ☑ No    If so, provide the following information:

a.  The time the line formed _____ and the number of voters in line _____

b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

c.  What action, if any, did poll officials take to alleviate the delay?

## G.  Challenged, Affidavit, or Provisional Ballots

| ☐ Not applicable to this coverage |
| --- |

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1.  Were challenged, affidavit, or other provisional-type ballots used?

☑ Yes    ☐ No    ☐ Not Observed

Initials:

*my*
*Ac*
*BDN*
*BC*

18

*Observer saw the process + they followed. Except 26 A voter*

On what basis did the poll worker give the provisional ballot(s)?

*According to Ms Amy Gitlin, the warden, if the voter's name is not in the registration book, or when "ID" is required in the registration book, the voter did not have ID with the voter. The voter ~~will be~~ was allowed to cast AC a provisional ballot.*

What language(s) were the ballots in? _____

2. What voting system is used for provisional ballots?

   ☐ DRE?   ☐ Lever?   ☐ Optical Scan Card?   ☐ Punch Card?   ☑ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☑ Yes   ☐ No
   What languages were the form/envelope in? *English / ~~Spanish~~ Aa*

4. According to poll workers, under what circumstances are these provisional ballots used?

   *According to Ms Amy Gitlin, the warden, if the voter's name is not in the registration book or when "ID" required appears next to the voter's name, but the voter fails to show any form of ID. Then, the voter will be allowed to cast a provisional ballot.*

5. Did the poll worker provide written information to the provisional voter?

   ☑ Yes   ☐ No
   In what language(s)? _____ *English, Spanish, + Chinese + Vietnamese*
   What did the document say?

   *The document says " you have cast a provisional ballot because your eligibility to vote was not able to be determined at the polling location on the day of an election ".*

6. Did the document include information on how a voter can determine if his or her provisional ballot has been counted?   ☑ Yes   ☐ No

7. Were these provisional ballots kept separate from other ballots?
   ☑ Yes   ☐ No   ☐ Not Observed

8. Were these provisional ballots counted at the polls?
   ☐ Yes   ☐ No   ☑ Not Observed

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

(A Answers obtained by asking Polling officials.)

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? If it says "ID" next to their name, according ~~any to questions asked~~ to polling officials.

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?   ☑ Yes   ☐ No
   If so, what were they taught in that training?

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?
   ☑ Yes   ☐ No        If so, describe.

4. Did you observe any voters being asked for identification? ☑ Yes   ☐ No
   On what grounds were they asked? They were flagged in the book.

   What form(s) of ID were the poll workers willing to accept? Anything with name and address; utility bills; checks: paystubs govt ID's.

   If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot?        ☑ Yes   ☐ No
   Please describe what occurred.

I. Training of Interpreters or Bilingual Poll Officials

   ☐ Not applicable to this coverage

   *The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:
mc
AC
BDN
BC

20

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on ***how to translate the contents of the ballot or how to provide procedural instructions in the minority language***?  □ Yes   ☑ No

   Did they receive notice that such a training session was scheduled?  □ Yes   ☑ No
   Explain.

   ***If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".***

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training ***specifically on how to translate the ballot or how to provide procedural instructions in the minority language***, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. ***Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.***

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. Was part or all of the training conducted in the minority language?  □ Yes   □ No

4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)?  □ Yes   □ No     If so, specify: _____

5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?
   □ Yes   ☑ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   □ Yes   □ No

   Did they find the audio-visual aid(s) helpful?  □ Yes   □ No
   Describe any comments about the audio-visual aid(s).

Initials:
*grm*
*AC*
*BDN*
*Be*

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

---

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

Poll officials cooperated with questions and requests from observers.

B. Provide information on the presence of any law enforcement officials and any of their activities you observed.

Enforcement Officer assisted in the voting process by "checking out" voters and making sure ballots were placed in the Scanner Correctly.

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

There was no media activity observed.

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

Please see page 10, question 4, 2nd paragraph.

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

Observer Paul Roach from Secretary of State, Mass. Caucasian male, came to the site at approximately 7:30 AM and was replaced at 11:00 AM by Peter Cassidy, Caucasian male, also from the Secretary of State.

Initials:

MK
AC
BDN
BC

22

Amy Gibbo Caucasian

* At 7:25 a.m., the Warden noticed that the AutoMark machine was
turned off by itself. When she restarted it, the screen said "battery
low." The Warden checked the plug and realized it's in
an outlet that was not working. The Warden called for help.
Technicians came in, AutoMark machine was fixed at 7:55 am.
No voter needed to use AutoMark machine during this time, according
to the observer.

* At 9:05 a.m., a Van with Candidate's banner (Susan Passoni) pulled
up at the door of the polling site to pick up voters coming out of
the site. Several Chinese speaking voters were picked up by this
Van. It appeared to the observer that these Chinese speaking voters
knew this Van was here to pick them up, because one of the
female Chinese-speaking voter said to the group waiting, "It's
here. It's here," when the van arrived.

* Campaign workers were consistently less than 100 ft
from polling site - and were observed being outside
polling place door and aggresively approaching voters,
especially those senior voters shuttled in to the
polling site.

Initials:
Om
AG
BDN
BC

22 AB
Abm

☐ None Observed
☒ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET    WD/AD/ED, if applicable: _____

| Time[1] | Race or Ethnicity | Number of Voters | Totals | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | **Subtotal** | | | | |
| | | **Grand Total** (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:


23

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters Vietnamese / Chinese | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 7:00 am ⌇ 8:00 am | | | | ꞁꞁꞁꞁ ꞁꞁꞁꞁ ꞁꞁꞁꞁ ꞁꞁꞁꞁ | | | | 30 |
| | Family/Friend | | | | | | | |
| 8:00 am ⌇ 9:00 am | | | | ꞁꞁꞁ ꞁꞁꞁꞁ ꞁꞁꞁꞁ ꞁꞁꞁꞁ ꞁꞁꞁ ꞁꞁꞁꞁ ꞁꞁꞁꞁ ꞁꞁꞁ | | | | 49 |
| | | | | ꞁꞁꞁꞁꞁ ꞁꞁꞁꞁ | | | | Total 79 |
| | Family/Friend | | | | | | | |
| 9:00 am ⌇ 10:00 am | | | | ꞁꞁꞁꞁ ꞁꞁꞁꞁ ꞁꞁꞁꞁ ꞁꞁꞁꞁ ꞁꞁꞁꞁ ꞁꞁ | | | | 32 |
| | Family/Friend | | | | | | | Total 111 |
| 10:00 am ⌇ 11:00 am | | | | ꞁꞁꞁꞁ ꞁꞁꞁꞁ ꞁꞁꞁꞁ ꞁꞁ ꞁꞁꞁꞁ | | | | 32 |
| | Family/Friend | | | | | | | Total 143 |
| | | | | | | | Subtotal | 143 |
| | | | | | | | Grand Total (if last page of tally sheet) | ~~143~~ |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

A.C.

Initials:
YNJC
AC
BDN
BC

24

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | ~~Indian~~ *Vietnamese* | Hisp. | ~~Asian~~ *Chinese* | Black | White | Other | |
| 11:00 ⟨ 12:00 | | | | ~~卌 卌~~ /// | | | | 13 |
| | Family/Friend | | | | | | | Total 156 |
| 12:00 ⟨ 1:00 | | | ~~卌~~ | ~~卌~~ | | | | 5 |
| | Family/Friend | | | | | | | 161 |
| 1:00 ⟨ 2:00 | | | | ~~卌 卌~~ | | | | 11 |
| | Family/Friend | | | | | | | 172 |
| 2:00 ⟨ 3:00 | | | | ~~卌 卌~~ ~~卌~~ // | | | | ~~17~~ Total 189 |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | 189 |
| | | | | | | Grand Total (if last page of tally sheet) | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m.; 7 a.m.- 8 a.m.)

Initials:

☐ None Observed
☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters _Vietnamese Chuch_ | | | | | | _189_ |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 3:00 p.m. ʃ | | | | ℍℍ ℍℍ I | | | | 11 |
| 4:00 p.m. | Family/Friend | | | | | | | 200 |
| 4:00 p.m. ʃ | | | | ℍℍ IIII | | | | 9 |
| 5:00 p.m. | Family/Friend | | | | | | | 209 |
| 5:00 p.m. ʃ | | | | ℍℍ I | | | | 6 |
| 6:00 p.m. | Family/Friend | | | | | | | 215 |
| 6:00 p.m. ʃ | | | | ℍℍ ℍℍ ℍℍ ℍℍ | | | | 13 mn |
| | | | | I | | | | 21 |
| 45 p.m. 7:00 p.m. | Family/Friend | | | | | | | 236 228 onu |
| Subtotal | | | | | | | | 288 ᵃ 236 |
| Grand Total (if last page of tally sheet) | | | | | | | | 296 mu 236 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:
gm
DQ
BDN
BC

24B

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Number of Voters | | | | | | |
| | | ~~Indian~~ Vietnamese | Hisp. | ~~Asian~~ Chinese | Black | White | Other | |
| ~~2-3 pm~~ 2:00pm | Warden Gitlin | | | 1 | | | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| 3:00pm. | Family/Friend | | | | | | | |
| 3:00pm | Warden Gitlin | | 1 | 1 | | | | 2 |
| | | | | | | | | |
| | | | | | | | | |
| 4:00pm | Family/Friend | | | | | | | |
| 4:00pm. | Warden Gitlin. | | | 1 | | | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| 5:00pm | Family/Friend | | | | | | | |
| 5:00pm | Warden Gitlin | | | ~~Fon~~ | | 1 | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| 6:00pm | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | |
| | | | | | | Grand Total (if last page of tally sheet) | | 5 |

[1] Note hour intervals (e.g., 6 a.m.– 7 a.m., 7 a.m.– 8 a.m.)

Initials:

25

☐ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | | Race | Time | Name | | Race | Time |
|------|--|------|------|------|--|------|------|
| ████████ | | Chinese | 11:55 am | | | | |
| ████████ | | | | **Address** | | | |
| Ph: ████ | ☆ | (☆ Area Code Supplied by Inspector). | | | | | |
| **Federal Certificate of Eligibility Number, if any** | | | | **Federal Certificate of Eligibility Number, if any** | | | |
| N/A | | | | | | | |
| **Language Spoken** *(if other than English)* | | | | **Language Spoken** *(if other than English)* | | | |
| Chinese (Cantonese) | | | | | | | |
| **Name/Title of Official Not Permitting Vote** | | Race | | **Name/Title of Official Not Permitting Vote** | | Race | |
| Clerk O'Donnell | | White | | | | | |

**Reason for Not Permitting Vote**

Voter not found in "List of Registered Voters" by Clerk O'Donnell.

**Reason for Not Permitting Vote**

**Specify what the official did or suggested that the voter do in order to vote.**

Clerk O'Donnell referred voter to the Warden. Warden asked for voter's address and recognized that voter's polling site should be Union Park. Warden told voter to go to Union Park.

**Specify what the official did or suggested that the voter do in order to vote.**

**Reason Voter Believes He/She Should Be Permitted to Vote**

Voter used to vote at site across the street. Saw the sign about that site being closed and assumed Franklin was the new site for her to vote. Voter knows where Union Park is.

**Reason Voter Believes He/She Should Be Permitted to Vote**

**Information obtained from:**

☑ Observation

☑ Questioning Voter

**Information obtained from:**

☐ Observation

☐ Questioning Voter

Initials:
mc
CC
HDN
BC

26   BC

☐ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ███████ | Chinese | 1:45 pm | ███████ | Chinese | 1:53 pm |

| Address | Address |
|---------|---------|
| ███████ Boston MA 02116 ███████ | ███████ Boston, MA 02116 Tel: ███████ |

| Federal Certificate of Eligibility Number, if any | Federal Certificate of Eligibility Number, if any |
|---|---|
| N/A | N/A |

| Language Spoken *(if other than English)* | Language Spoken *(if other than English)* |
|---|---|
| Chinese | Chinese |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|
| Amy Gitlin, Warden | White | Amy Gitlin, Warden | White |

| Reason for Not Permitting Vote | Reason for Not Permitting Vote |
|---|---|
| First time voter – name is not in the registration book | The voter did not register prior to this election |

| Specify what the official did or suggested that the voter do in order to vote. | Specify what the official did or suggested that the voter do in order to vote. |
|---|---|
| A Registration form was given to the voter. Inspector Serene Wong filled out the form for the voter. | The poll worker filled out a registration form for the voter |

| Reason Voter Believes He/She Should Be Permitted to Vote | Reason Voter Believes He/She Should Be Permitted to Vote |
|---|---|
| She thought she was registered. The voter did not know whether she was registered or not. | He admitted that he was not registered |

| Information obtained from: | Information obtained from: |
|---|---|
| ☐ Observation | ☑ Observation |
| ☑ Questioning Voter | ☑ Questioning Voter |

Initials:
MYL
AG
BDN
BC

26-A

☐ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ▮▮▮▮▮▮ | Chinese | 3:40 pm | ▮▮▮▮▮▮ | Chinese | 3:48 AM |

| Address | Address |
|---------|---------|
| Boston, MA 02116 | Boston, MA 02116 |
| Tel: | |

| Federal Certificate of Eligibility Number, if any | Federal Certificate of Eligibility Number, if any |
|------|------|
| N/A | N/A |

| Language Spoken *(if other than English)* | Language Spoken *(if other than English)* |
|------|------|
| Chinese | Chinese |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|------|------|------|------|
| Amy Gitlin Warden | White AC | Amy Gitlin, Warden | White AC |

| Reason for Not Permitting Vote | Reason for Not Permitting Vote |
|------|------|
| The voter did not register prior to this election | The voter did not register prior to this election as required by Massachusett laws. |

| Specify what the official did or suggested that the voter do in order to vote. | Specify what the official did or suggested that the voter do in order to vote. |
|------|------|
| The bilingual poll worker filled out a registration form for the voter. | The bilingual poll worker filled out a registration form for the voter. |

| Reason Voter Believes He/She Should Be Permitted to Vote | Reason Voter Believes He/She Should Be Permitted to Vote |
|------|------|
| She admitted the she was not registered. | He admitted that he did not know he had to register before the election |
| Information obtained from: | Information obtained from: |
| ☑ Observation | ☑ Observation |
| ☑ Questioning Voter | ☑ Questioning Voter |

Initials:
MW
AC
BON
BC

26 -B

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race Chinese | Time 4:45pm | Name | Race Chinese | Time 4:50pm |
|---|---|---|---|---|---|
| Address ▮▮▮▮ Boston MA 02116 ▮▮▮ | | | Address ▮▮▮▮ Boston, MA 02116 ▮▮▮ | | |

| Federal Certificate of Eligibility Number, if any N/A | Federal Certificate of Eligibility Number, if any N/A |
|---|---|
| Language Spoken *(if other than English)* ACT~~in~~ Chinese | Language Spoken *(if other than English)* Chinese |

| Name/Title of Official Not Permitting Vote Amy Gitlin, Warden | Race White Chinese ACT | Name/Title of Official Not Permitting Vote Amy Gitlin Warden | Race White |
|---|---|---|---|

| Reason for Not Permitting Vote The voter did not register before the election as required by laws. | Reason for Not Permitting Vote The voter did not register before the election as required by mass. laws |
|---|---|
| Specify what the official did or suggested that the voter do in order to vote. The poll worker filled out a voter registration form for the voter. | Specify what the official did or suggested that the voter do in order to vote. The bilingual poll worker filled out a voter registration form for the voter |
| Reason Voter Believes He/She Should Be Permitted to Vote The voter admitted did not register before the election. | Reason Voter Believes He/She Should Be Permitted to Vote The voter did not know whether or not she should be permitted to vote |
| Information obtained from: ☑ Observation ☑ Questioning Voter | Information obtained from: ☑ Observation ☑ Questioning Voter |

Initials:
GMC
ACT
BDN
BC

26 - C

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _5 Prec 1_

Voter ███████████  Race: _Chinese_  Begin Time: _7:00_  End Time: _7:02 Am_

Interpreter or
Election Official: _Shao Liu_          Observer: _Alex Chen_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, **(if other than language):** _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
_**NOTE: If the answer is not 100% "YES", mark "NO"**_

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Chinese |
| Ask voter for choice of assistor | ✓ | | | Chinese |
| Permit the voter's choice of assistor | | | ✓ | Not Observed AC |
| Name each candidate on the ballot | | | ✓ | not observed AC |
| Name the political parties for each candidate on the ballot | | | ✓ | " |
| Name each office on the ballot | | | ✓ | " |
| Explain each proposition on the ballot | | | ✓ | " |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | " |
| Allow the voter to mark the ballot | ✓ | | | Chinese |
| Mark the ballot contrary to the voter's wishes | | ✓ | | Not observed |
| Attempt to rush the voter through the ballot | | ✓ | | not observed |
| Explain write-in procedures | | ✓ | | not observed |

Explanation: _Interviewed the voter in Chinese after voting. The interpreter assisted the voter step by step from the beginning to the end._

Initials:

27  AC

☐ None Observed
☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _5  Prec. 1_

Voter: ███████████  Race: _Chinese_  Begin Time: _7:05 AM_  End Time: _7:10 AM_

Interpreter or Election Official: _Serene Wong  Shao Liu_     Observer: _Alex Chen_

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

### Did the election official providing assistance perform any of the actions listed in the table below for the voter?
#### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Chinese |
| Ask voter for choice of assistor | ✓ | | | " |
| Permit the voter's choice of assistor | ✓ | | | ''' |
| Name each candidate on the ballot | | ✓ AC | | not observed |
| Name the political parties for each candidate on the ballot | | | ✓ | '' |
| Name each office on the ballot | | | ✓ | '' |
| Explain each proposition on the ballot | | | ✓ | '' |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | '' |
| Allow the voter to mark the ballot | ✓ | | . | ✗ AC |
| Mark the ballot contrary to the voter's wishes | | | ✓ | not observed |
| Attempt to rush the voter through the ballot | | | ✓ | not observed |
| Explain write-in procedures | | | ✓ | not observed |

Explanation: _Interviewed the voter after voting. The two interpreters, Ms Serene Wong & Shao Liu assisted the voter from the beginning at the check-in table to the check-out table._

Initials: _BC_
_AC_
_[illegible]_
_[illegible]_

27 _A_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: *5 prec. 1*

Voter: ▮▮▮▮▮▮▮▮▮▮  Race: *Chinese*  Begin Time: *7:10 am*  End Time: *7:12 am*

Interpreter or Election Official: *Serene Wong, Shao Liu*  Observer: *Alex Chan*

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, **(if other than language)**: _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Chinese |
| Ask voter for choice of assistor | | | ✓ | not observed |
| Permit the voter's choice of assistor | | | ✓ | not observed |
| Name each candidate on the ballot | ✓ | | | Chinese |
| Name the political parties for each candidate on the ballot | | | ✓ | not observed |
| Name each office on the ballot | | | ✓ | not observed |
| Explain each proposition on the ballot | | | ✓ | " " |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | " " |
| Allow the voter to mark the ballot | | ✓ | | Chinese |
| Mark the ballot contrary to the voter's wishes | | | ✓ | not observed |
| Attempt to rush the voter through the ballot | | ✓ | | Chinese not observed |
| Explain write-in procedures | | ✓ | | not observed |

<u>Explanation:</u> *The 2 interpreters assisted the voter from the beginning - the voter at the check-in table to the check-out table with the police officer.*

Initials:

27 B

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _5 Prec 1_

Voter: ▮▮▮▮▮▮    Race: _Chinese_    Begin Time: _7:49 AM_    End Time: _7:55 AM_

Interpreter or Election Official: _Serene Wong  SHAO LIU_    Observer: _Alex Chan_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**

*NOTE: If the answer is not 100% "YES", mark "NO"*

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Chinese |
| Ask voter for choice of assistor | | | ✓ | not observed |
| Permit the voter's choice of assistor | | | ✓ | not observed |
| Name each candidate on the ballot | ✓ | | | Chinese |
| Name the political parties for each candidate on the ballot | | | ✓ | not observed |
| Name each office on the ballot | | | ✓ | " |
| Explain each proposition on the ballot | | | ✓ | " |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | " |
| Allow the voter to mark the ballot | ✓ | | | Chinese |
| Mark the ballot contrary to the voter's wishes | | ✓ | | Chinese |
| Attempt to rush the voter through the ballot | | ✓ | | Chinese |
| Explain write-in procedures | | ✓ | | not observed |

Explanation: _The two interpreters assisted the voter from the check-in table to the check-out table._

Initials: _AC_  _MR_  _JW_

27 _C_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _5 Prec. 1_

Voter: ███████████  Race: _Chinese_  Begin Time: _8:40_  End Time: _8:45 Am_

Interpreter or Election Official: _Shao Liu_  Observer: _Alex Chan_

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, **(if other than language):** _____

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**
*NOTE: If the answer is not 100% "YES", mark "NO"*

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Chinese |
| Ask voter for choice of assistor | | | ✓ | not observed |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | ✓ | | | Chinese |
| Name the political parties for each candidate on the ballot | | | ✓ | not be observed — not observed |
| Name each office on the ballot | | | ✓ | not be observed — not observed |
| Explain each proposition on the ballot | | | ✓ | not observed — not observed |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | not observed |
| Allow the voter to mark the ballot | ✓ | | | Chinese |
| Mark the ballot contrary to the voter's wishes | | | ✓ | not observed |
| Attempt to rush the voter through the ballot | | ✓ | | not observed |
| Explain write-in procedures | | | ✓ | not observed |

Explanation: _The interpreter assisted the voter from the beginning to the end explain to the voter step by step._

Initials:
_BC_
_AC_
_mm_
_EM_

27 _D_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: *did not obtain*    Race: *Chinese*  Begin Time: *2:35 pm*  End Time: *2:40 pm*

Interpreter or Election Official: *Inspector Yee and Inspector Su*   *Warden Gitlin*    Observer: *CHANG, B*

Assistance Occurred:  ☑ Inside the booth (or while voter is voting)  *Voter was using the AutoMARK machine*

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): *had trouble seeing*

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | *Chinese/Cantonese* |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | | ✓ | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation: *After voter received the ballot from Inspector Yee, who also assisted voter in checking in with the Clerk, the voter said she could not see the ballot. Inspector Yee referred her to the Warden. Warden offered the voter to use the AutoMARK machine.*

Initials: *BC AC my BN*

27 *E*

( cont'd on p. 22 )

[ Continuing p. 27 ]

The Warden assisted the voter to enlarge the font.

Voter, "I can't see," and shook her head. Warden motioned the voter to put on the headphone. Warden turned up the volume. "Which one?" asked the Warden. The voter answered, "Susan." The Warden touched the candidate whose name is Susan. When ~~BC ballot~~ the marked ballot was printed out, the Warden showed it to the voter and pointed at the name, "Susan," Voter nodded. The Warden directed the voter to the check-out table, where the voter was assisted by Inspector Su to complete the process.

**Initials:**

BC
AC
mg
BM

27 E - Part II
22
m

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _5 Prec 1_

Voter: ▮▮▮▮▮▮▮▮   Race: _Chinese_   Begin Time: _3:30 pm_   End Time: _3:35 pm_

Interpreter or Election Official: _Qi Wen Liu_   Observer: _Alex Chan_

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _disabled, unabled to walk_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Chinese |
| Ask voter for choice of assistor | ✓ | | ' | Chinese |
| Permit the voter's choice of assistor | ✓ | | | Chinese |
| Name each candidate on the ballot | ✓ | | | Chinese |
| Name the political parties for each candidate on the ballot | | | ✓ | not observed |
| Name each office on the ballot | | | ✓ | '' |
| Explain each proposition on the ballot | | | ✓ | '' |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | '' |
| Allow the voter to mark the ballot | ✓ | | | Chinese |
| Mark the ballot contrary to the voter's wishes | | | ✓ | not observed |
| Attempt to rush the voter through the ballot | | | ✓ | '' |
| Explain write-in procedures | | | ✓ | '' |

Explanation:

Initials:
BC
AC
mm

27 _F_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ████████     Race: _Chinese_     Begin Time: 5:05 pm     End Time: 5:12 pm

Interpreter or _Inspector Wong_
Election Official: _Warden Gitlin_     Observer: _Chang, Bao_

Assistance Occurred: ☑ Inside the booth (or while voter is voting)  Voter used
                     ☑ Outside the booth (or before voter begins voting)  AutoMARK machine

Reason Voter Needed Assistance, (if other than language): _Voter was in wheelchair, had trouble seeing, hard of hearing_

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**
### _NOTE: If the answer is not 100% "YES", mark "NO"_

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Chinese/Cantonese |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | ✓ | | | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | | ✓ ✶ | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation: ✶ _Voter was in a wheelchair and couldn't reach the screen. The Warden instructed Inspector Wong to name each candidate on the ballot and touch the screen for the voter according to voter's wish._

27 FMG

Initials:
BC
AC
MM
BN

☐ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|--------|------------------------------------------------------------------|
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |

Initials:

28

☐ None Observed
☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____     Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Initials:

BC
AO
gm
BN

29 ~~~ AO

☐ None Observed
☐ Not applicable to this coverage

**CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE**
**(VOTING PROCEDURES)** WD/AD/ED, if applicable: _____

Interpreter/Official: _Su, Yang Nya_     Observer: _CHANG, Bao_
_Liu, Shao X._

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| Verify voter registration by asking for voter's address and name | "Where do you live?" "Which apartment?" "What floor?" "Tell me your name in Chinese, please." "How do you spell it in English?" |
| Give voter the ballot and direct voter to the "booth" | Pointing at the ballot and the cover sheet, "Take these two papers," then pointing toward the booth area, "Go over there, and she will help you." [note: another bilingual poll worker is circulating in the booth area] |
| Vote for one candidate | "Select one name from the paper" (pointing at the ballot) or "Select the one that you like." |
| Fill in the Oval | "Paint the circle black." |
| Turn in the Ballot | "Are you done with selecting?" "Go over to that table." (pointing to the table where the police officer is sitting) |
| Put the Ballot in the machine | "Put this sheet in the machine and give me the other sheet." "Push the sheet with your hand." |
| | |

Initials:
_BC_
_ACo_
_MR_
_BSN_

30

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)

5 PREC. 1

WD/AD/ED, if applicable: _____

Interpreter/Official: _Inspector Serene Wong_    Observer: _BAO CHU CHIN / Alex Chan_

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| Check in Voter | "Where do you live?" "What is your family name?" |
| Mark ballot | "Go over there and select one on this sheet" [holding ballot in hand, then point toward the booth] |
| Checking Out | "When you are done, go over there to check out." [pointing to the check-out table] |
| Choose candidate on AutoMark machine | "Use your finger and touch the name you like." |
| INSPECTOR QI WEN LIU | |
| SHOW VOTER HOW TO REGISTER | " LAST 4 DIGITS OF YOUR SOCIAL SECURITY NUMBER" |
| CHECKING Out | " PUT THE ballot oN TOP OF THE machiNE " |
| Checking out | " Verify your address please" " 470 TREMONT ST " |
| | |

Initials:

BC
AC
gm
BW

30 _A_

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)

WD/AD/ED, if applicable: 5 Prec 1

Interpreter/Official: Chu-My Lim    Observer: Alex Chan

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| Check-in table Registration book | 姓名？地址？ name   address |
| Mark the ballot | 油黑 or 塗滿橢圓形格子 Fill in the oval or blacken the oval |
| Look for the voter's name in the registration book | 你姓什么？ Your last name first. |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:
Be
Ac
Amy
fon

30 B

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☑ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ■■■■■■ | Chinese | 7:40 AM | ■■■■■■ | Chinese | 8:10 Am |

| Address | Address |
|---------|---------|
| ■■■■■■ | ■■■■■■ |
| Boston, Ma 02216 | Boston, MA 02116 |
| Tel: not provided | Tel: ■■■■■■ |

| Language Spoken (*if other than English*) | Language Spoken (*if other than English*) |
|---|---|
| Chinese | Chinese |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---|---|---|---|
| Amy Gitlin, Warden | White | Amy Gitlin, Warden | White |

| Reason | Reason |
|---|---|
| First time Voter "ID" required in the regist book. | Name not in the registration book. |

| Voter's Response | Voter's Response |
|---|---|
| The voter forgot to bring her ID. She agreed to cast the provisional ballot this time | The voter said "she has been voting in this polling site since 10 years ago." |

| Information obtained from: | Information obtained from: |
|---|---|
| ☑ Observation | ☑ Observation |
| ☑ Questioning Voter | ☑ Questioning Voter |

| 1. Did the election official check with voter registration officials? ☑ Yes ☐ No | 1. Did the election official check with voter registration officials? ☑ Yes ☐ No |
|---|---|
| 2. Was the voter advised to check with the voter registration officials? ☑ Yes ☐ No | 2. Was the voter advised to check with the voter registration officials? ☑ Yes ☐ No |
| 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☑ No If so, where? | 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☑ No If so, where? |
| 4. Was the ballot kept separate from the unchallenged ballots? ☑ Yes ☐ No | 4. Was the ballot kept separate from the unchallenged ballots? ☑ Yes ☐ No |

Initials:

*BC*
*AC*
*Amy*
*MX*

31 *BC*
*WW*

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? *not observed*

☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

    ☐ Yes    ☐ No

    If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

    ☐ Yes    ☐ No

    If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4. If *paper ballots* were used and counted at the polls:

    a. Were additional workers used to assist in the

    count?    ☐ Yes    ☐ No

    ☐ Not applicable to this election

    If so, were these persons administered an oath?    ☐ Yes    ☐ No

    b. Was the table cleared before the ballot box was emptied?    ☐ Yes    ☐ No

    c. Who removed the ballots? _____

    d. Were the ballots opened and stacked?    ☐ Yes    ☐ No

    If so, by whom? _____

    e. Who read the ballots? _____

    f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

    If so, who? _____

    g. Was each ballot read as marked?    ☐ Yes    ☐ No
       If not, how many were not properly read? _____
       How were they misread?

Initials:

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |



j.  How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

34

k.  Tallying of Ballots
    1.  Names of officials who kept each tally (it may be that only one tally sheet is kept).
        If more than one person kept the single tally sheet, note the period of time each
        person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l.  Were the poll watchers and all other interested persons allowed the opportunity to view
    the counting process?  ☐ Yes    ☐ No        If not, explain.

m.  List the items placed in the ballot box.

n.  List the items not placed in the ballot box and indicate where they were placed.

o.  What time did the ballot box leave the polling place? _____

    Who took it?        _____

    Was it locked?  ☐ Yes    ☐ No        Was it sealed?  ☐ Yes    ☐ No

p.  What time did the Observer Team leave the polling place? _____    Did an

    Observer accompany the ballot box?    ☐ Yes    ☐ No

---

5.  If **DRE** or lever **voting machines** were used:

    | ☑ Not applicable to this election |
    |---|

    a.  Were the machines locked and sealed against

        further voting?  ☐ Yes    ☐ No

        If so, by whom? _____

    b.  Who read the count from the machine? _____

**Initials:**



35

c. Was the count verified by another official?    ☐ Yes    ☐ No    If so, by whom?

_____

d. Was it read correctly?    ☐ Yes    ☐ No
e. Who recorded the vote on the official return sheets? _____

f. Was the vote recorded accurately?    ☐ Yes    ☐ No
g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h. Was the vote announced by the poll officials?    ☐ Yes    ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?    ☐ Yes    ☐ No
j. Were the absentee votes counted and tabulated with the votes shown on the machines?
   ☐ Yes    ☐ No
k. Was the statement of results signed and certified by the poll officials?
   ☐ Yes    ☐ No

l. Was the statement delivered to the election officials?    ☐ Yes    ☐ No

   By whom? _____
m. As soon as the count was completed and the results announced, was the counter compartment locked?    ☐ Yes    ☐ No    By whom? _____
n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.


o. What time did the Observer Team leave the polling place? _____

6. If **punch cards or optical scan cards** were used:
   a. Was a duplicate report of the number of persons

   | ☑ Not applicable to this election |
   |---|

   voting prepared?    ☐ Yes    ☐ No

   By whom? _____
   b. What was done with the election supplies such as ballot stubs, etc.?




   c. Was the ballot box sealed?    ☐ Yes    ☐ No    By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

   Did an observer accompany the ballot box?    ☐ Yes    ☐ No
   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots
   a. Were the absentee ballots opened and stacked?

   | ☑ Not applicable to this election |
   |---|

   ☐ Yes    ☐ No
   By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?    ☐ Yes    ☐ No    If not, how many were not
   properly read? _____    How were they misread?




   e. What was done with the ballots after they were read?




Initials:
BC
AC
hny
RN

37

f.  How many absentee ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____  Provide complete information below:

| Office Voted For | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Yes     ☐ No   By whom?
   _____

   ┌─────────────────────────────────────┐
   │  ☑ Not applicable to this election   │
   └─────────────────────────────────────┘

   b. Who read the ballots?   _____

   c. Did anyone hand the ballots to the reader?  ☐ Yes     ☐ No

   If so, who? _____

   d. Was each ballot read as marked?  ☐ Yes     ☐ No      If not, how many were not properly read?  _____      How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?
   _____

   Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:
BC
AC
Jim
Don

39

g.  How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9.  Election Results

a.  *Provide election results in the following*
    *table. Compare Observer count with*
    official count.  *If challenged and/or absentee ballots were not counted by officials*
    *with the rest of the votes, note in separate columns.*

☑ Not applicable to this election

Initials:

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

Initials:

BC
AC
MC
BON

41

☑ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE   WD/AD/ED, if applicable: ___

| Name | Race | Name | Race |
|------|------|------|------|
| 1 | | 28 | |
| 2 | | 29 | |
| 3 | | 30 | |
| 4 | | 31 | |
| 5 | | 32 | |
| 6 | | 33 | |
| 7 | | 34 | |
| 8 | | 35 | |
| 9 | | 36 | |
| 10 | | 37 | |
| 11 | | 38 | |
| 12 | | 39 | |
| 13 | | 40 | |
| 14 | | 41 | |
| 15 | | 42 | |
| 16 | | 43 | |
| 17 | | 44 | |
| 18 | | 45 | |
| 19 | | 46 | |
| 20 | | 47 | |
| 21 | | 48 | |
| 22 | | 49 | |
| 23 | | 50 | |
| 24 | | 51 | |
| 25 | | 52 | |
| 26 | | 53 | |
| 27 | | 54 | |
| Subtotals By Race | | | | | Subtotals By Race | | | | | |

Initials:



42



### United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:          Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of _May 15, 2007_
(Date)

_Massachusetts_
(State)

_Suffolk_
(County)

_Boston_
(Municipality)

_Mary Ellen MacCormack_
(Name of Polling Place)

_Six and Seven_
(Precinct #)

_Seven_
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

The Time Observers:

Arrived at Polls _9:30 am_

Departed Polls _6:45 pm_

Print _Mirza Martinez_
(Name)

Sign _Mirza Martinez_

Print _BEE LING ANG-YIN_
(Name)

Sign _Bee Ling Ang-Yin_

Print _____
(Name)

Sign _____

Instructions to Observers: Complete this report in BLACK INK *ONLY.* Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.

## 1.  VOTING STATISTICS

| A.  Number of Persons Attempting to Vote at the Polls | Total | ~~Indian~~ Vietnamese | Hispanic | ~~Asian~~ Chinese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| ✗ Persons voting unchallenged (See Chart A, page 23) | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2.  Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 0 | | | | | | |
| 3.  Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 0 | | | | | | |
| TOTAL of 1, 2, and 3 | 0 | | | | | | |

| B.  Number of Persons Receiving Any Language Assistance.  Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | ~~Indian~~ Vietnamese | Spanish | ~~Asian~~ Chinese | Other |
|---|---|---|---|---|---|
| | | | 3 | 2 Cantonese | |
| Section 1B is Not Applicable to this Coverage ☐ | | | | | |

| ✗ Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | | | | |
| Section 1C is Not Applicable to this Coverage ✗ | | | | |

| D.  Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | ~~Indian~~ Viet. | Hispanic | ~~Asian~~ Chinese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 0 | | | | | | |
| Section 1D is Not Applicable to this Coverage ☐ | | | | | | | |

| ✗ Absentee Ballots | Total |
|---|---|
| 1.  Unchallenged | |
| 2.  Challenged | |
| Section 1E is Not Applicable to this Coverage ✗ | |

Initials: _HPH_
_MCM_

2

| F. If *paper ballots* are used: | Total |
|---|---|
| 1. Ballots accepted | |
| 2. Ballots partially rejected | |
| 3. Ballots totally rejected | |
| 4. Spoiled ballots | |
| 5. Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |

**Section 1F is Not Applicable to this Election** ☐

**G. If *voting machines* are used:**

1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Section 1G (including Question 2 below) is Not Applicable to this Election** ☐

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?    ☐ Yes    ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H. If *electronic vote recorders* or *tabulators* are used:**

Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Section 1H is Not Applicable to this Election** ☐

Initials:

**2.    DESCRIPTION OF POLLING PLACE**

☐ Not applicable to this coverage

A.   *Draw a diagram of the polling place which shows the following items*:
1. Location of voting machines or booths
2. Location of tables for election officials
3. Location of any officially-designated interpreters
4. Location of voting instruction signs or cards
5. Location of sample ballots, if any
6. Location of telephone, if any
7. Location of Federal observers

*[Handwritten diagram of polling place]*

window  window  window  window → cell phone on window sills

Policeman + Poll workers
Check out table
• Cell phone on the table

Voting machine  auto Mark

Voting machine

Policeman + Poll workers
Check out table

→ Federal observers

Wall  Sample ballots posted

⊿ Voting Booth
⊿ Voting Booth

Chair for Chinese Vietnamese interpreters
Poll checkers

Ward 7
Precinct 6

Column used to divide the Two Precincts

Check-in table Poll workers

Check-in table Poll workers

Entrance Door
⊘ Hour of election + Date Posted in the door

⊿ Voting booth
⊿ Voting booth

Poll checker
⊘ Spanish
⊘ Vietnamese Interpreters

Ward 7
Precinct 7

Initials:

4

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a.  Setting campaigning limits? | ☐Yes ☒No | | ☐Yes ☒No | | ☐Yes ☐No |
| b.  Directing voters to the polling place (e.g., "vote here")? | ☒Yes ☐No | *Check-in-table On the entrance door* | ☒Yes ☐No | *E        S*  *C        V* | ☐Yes ☐No |
| c.  Stating assistance is available to voters? | ☒Yes ☐No | *On the wall Check-in-table* | ☒Yes ☐No | *E        S*  *C        V* | ☐Yes ☐No |
| d.  Indicating Election date? | ☒Yes ☐No | *On the Entrance door* | ☒Yes ☐No | *English & Numeric* | ☐Yes ☐No |
| e.  Indicating Election hours? | ☒Yes ☐No | *"* | ☒Yes ☐No | *English & Numeric* | ☐Yes ☐No |
| f.  Sample ballot? | ☒Yes ☐No | *on the Wall* | ☒Yes ☐No | *E        S*  *C        V* | ☐Yes ☐No |
| g.  Instructions for casting a regular ballot? | ☒Yes ☐No | *On the Wall* | ☒Yes ☐No | *E        S*  *C        V* | ☐Yes ☐No |
| h.  Instructions for casting a provisional ballot? | ☒Yes ☐No | *On the Check-in table* | ☒Yes ☐No | *E        S*  *C* | ☐Yes ☐No |
| i.  Instructions for mail registrants and first time voters? | ☒Yes ☐No | *On the check-in table* | ☒Yes ☐No | *E        S*  *C        V* | ☐Yes ☐No |
| j.  Information on who to contact if voters have problems? | ☒Yes ☐No | *"* | ☒Yes ☐No | *E        S*  *C        V* | ☐Yes ☐No |
| k.  General voting rights information? | ☒Yes ☐No | *On the Wall & Check-in table* | ☒Yes ☐No | *E        S*  *C        V* | ☐Yes ☐No |
| l.  Right to cast a provisional ballot? | ☒Yes ☐No | *"* | ☒Yes ☐No | *E        S*  *C        V* | ☐Yes ☐No |
| m.  Laws on voting fraud and misrepresentation? | ☒Yes ☐No | *On the Wall* | ☒Yes ☐No | *E        S*  *C        V* | ☐Yes ☐No |

*E = English        C = Chinese        S = Spanish        V = Vietnamese*

2.  If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

*Not Observed*

**Initials:** *[signature]*

5

C.   Phones        W 7  P 6        W 7 - P. 7

1. Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?    ☐ Yes    ☑ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

_____

Provide the telephone number: _both wardens for Precints 6 and 7 doesn't know the cell phone number_

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

2. If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used _Cell phone_ and under what circumstances the officials used this phone.

# 3. ELECTION OFFICIALS

**A.** List each polling official on duty. *Do NOT include special interpreters.*

WD/AD/ED, if applicable: _____

W7. P. 6

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| Gerard P. Oregan | W | Warden | English |
| Ruth A. Horgan | W | Clerk | English |
| Yvonne V. Ayochok | W | Inspector | English |
| Pauline Brikevich | W | Inspector | Lithuanian/English |
| Reinalda Rivera | H | Inspector | Spanish |
| Thu V. Truong | V | Inspector | Vietnamese |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Initials: AB

W = White        V = vietnamese
H = Hispanic

6    See page 6A

Election Oficials    Ward 7 Precint 7

① Ann E. Connoly (W) Warden   English
② Margaret Obrien (W) Clerk   English
③ Paul Lee      (Ch) Inspector - Chinese
④ Phi Khae Truong (V) Inspector   Vietnamese
⑤ Dorothy F. White (W) Inspector - English

W = White     Ch = Chinese
V = Vietnamese

Initials:

6A

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable:

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.    If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐                WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?    Warden                    Warden    ☑ Yes    ☐ No

If so, who? <u>Gerald Oregan   W7PG</u>/<u>Ann Connoly   W7P7</u>

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?

☐ Yes        ☑ No

If so, who? _____

Initials: _____

7

D. MASTER BOARD WORKER NOTES

☒ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials: _CfK CM_

8

**E.** *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?  ☐ Yes  ☐ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable:

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Note times each interpreter was absent from the polls:      WD/AD/ED, if applicable:

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☐

WD/AD/ED, if applicable:

| Interpreter | Duties Performed |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Initials: _GMGM_

9

## 4. VOTING PROCEDURES

A.  Prior to Opening the Polls:                    WD/AD/ED, if applicable: 7/6 - 7/7

    1.  What time did the election officials arrive at the polling place?  6 a. m
        Indicate how this information was obtained:

        ☐ Observation      ☑ Questioning election officials

    2.  Were the election officials given an oath of office?      ☑ Yes    ☐ No

        If so, by whom?  Marty Kain
        Indicate how this information was obtained:

        ☐ Observation      ☑ Questioning election officials

    3.  List the items such as envelopes, forms, notices, cards, sample ballots, challenged/affidavit/provisional ballots, etc. that were provided to the polling site. *Do not include signs identified on page 5.*  Identify any items printed in a language other than English and specify the additional language(s).

~~Not observed~~ only

See page 10A

    4.  If observed, describe any other activities regarding the preparation of the polling place prior to the opening of the polls.

not observed
arrived after opening


Initials:

10

Ward 7 Precints 6 and 7 check out table.

① City of Boston Used ballots envelope (English)

② Hand counted ballots envelope (English)

③ Envelope: B   (English)
   - Total Provisional Ballots
   - Total Provisional Affirmation forms

④ Provisional Ballots Envelope (English)

⑤ Big Blue Bag Envelope A: where the following items needed to be enclose after the closing of the polling site: (English)
   - Voting list
   - Clerk book
   - Envelope B
   - Accu-Vote Result tape

⑥ Spoiled ballots envelope.

⑦ Write-In Ballots Envelope.

⑧ Duties of Police Officer on Election Day - Form

**Initials:**

10 A

B. Poll Watchers                                       WD/AD/ED, if applicable: *W 7 P 7*

*W7-P6*

1. Were any poll watchers present?        ☒ Yes        ☐ No
2. If so, obtain the following information. ***If not, skip the remaining questions and proceed to part C below.***

*W = white        H = Hispanic*

*W7-7*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| Barbara Hoffman | W | Passoni |
| Ann Long | W | Linehan |
| Brian Linehan | W | Linehan |

*W-7-6*

Gloribell Mota        H        Passoni

3. Did the election officials require the poll watchers to present any type of authorization?

☐ Yes  ☐ No    If so, what?  *not observed*

If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?        ☒ Yes        ☐ No
Explain any activities poll watchers were not permitted to observe.

---

C. While the Polls Were Open                          WD/AD/ED, if applicable: _____

1. What time did the polls open?  *not Observed*
Indicate how this information was obtained:

☐ Observation        ☐ Questioning election officials

☒ Were the names of the absentee voters marked on the poll list?  ☐ Yes        ☐ No

☒ Were the absentee ballots delivered to the polls? · ☐ Yes        ☐ No
If so, by whom? _____
***If "no", proceed to question 5 of this section.***
☒ Were the absentee ballots counted at the polls?

☐ Yes        ☐ No        ☐ Not Observed

Initials: _____

11

5. What voting system(s) for regular ballots was used in the polling place?

a. Direct recording electronic machines (DRE)? ☐ Yes ☐ No

If yes, was the machine set to zero before voting began?

☐ Yes ☐ No ☐ Not Observed

Was there an activator card (a device that the voter inserts into the machine to begin voting) given to the voter? ☐ Yes ☐ No

If yes, who programmed the activator card? _____

b. Lever machines? ☐ Yes ☐ No

If yes, were the keys delivered in a sealed envelope on the outside of which was written the machine number and the protective counter number?

☐ Yes ☐ No ☐ Not Observed

Did the public counter register zero before voting began?

☐ Yes ☐ No ☐ Not Observed

If not, what number did the counter show? _____

Was the machine locked before voting began?

☐ Yes ☐ No ☐ Not Observed

c. Punch cards? ☐ Yes ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted? ☐ Yes ☐ No ☐ Not Observed

Was it set to zero before voting began? ☐ Yes ☐ No ☐ Not Observed

Were privacy sleeves used to keep ballot choices secret?

☐ Yes ☐ No ☐ Not Observed

Initials:

12

d. Optical scan cards ?                                    ☑ Yes        ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☑ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?  ☐ Yes  ☑ No      ☐ Not Observed

Was it set to zero before voting began?  ☐ Yes  ☐ No      ☑ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☑ Yes      ☐ No        ☐ Not Observed

e. Paper ballots?                                          ☐ Yes      ☑ No

If yes, was the ballot box emptied?                        ☐ Yes      ☐ No

Were the blank ballots counted/numbered?

☐ Yes      ☐ No      ☐ Not Observed

How many ballots were provided to the polling place?    _____

Was the ballot box locked prior to the start of voting?

☐ Yes      ☐ No      ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☑ Other (explain)

Initials: _____

13

6. If **DRE** or lever **voting machines** were used:

Not applicable to this election

   a. Did the voter receive any form from the poll official
      indicating he/she was permitted to vote?          ☐ Yes  ☐ No
      If so, from whom? _____

   b. Was there any time limitation imposed on voters?  ☐ Yes  ☐ No
      If so, how long? _____

   c. Did any voter attempt to use a marked sample ballot?  ☐ Yes  ☐ No

      If so, was the voter allowed to do so?             ☐ Yes  ☐ No
      If not, who prevented its usage? _____

7. If **paper ballots, punch cards, or optical scan cards**
   were used:                                        ☐ Not applicable to this election

   a. From whom did the voter receive the ballot?  Clerk/polling officer

   b. Where did the voter go to mark the ballot?  Voting booth

   c. Was any time limitation imposed on voters?      ☐ Yes  ☒ No
      If so, how long? _____

   d. Did any voter attempt to use a marked sample ballot?  ~~not observed~~ ☐ Yes  ☒ No  *CmCm*

      If so, was the voter allowed to do so?             ☐ Yes  ☐ No
      If not, who prevented its usage? _____

   e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?
      not observed                                    ☐ Yes  ☐ No

D. Determining a Person's Eligibility to Vote

   *Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted
   to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the
   following questions:*

   1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the
      polling place or at the check-in table to determine the voter's registration status.

      Both Precincts 7 and 6 used the List of
      Register Voters book at the check in
      table

Initials: *AB*
*CmCm*

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☐ Yes    ☐ No    Explain. According to Gerard Oregan Warden for precint 6 he will call City Hall if he can't find voters information in the list of Register voters book

W 7 P. 6

3. If a person was registered in another precinct, what instruction, if any, was the voter given? According to Gerard, warden for precint 6 he would redirect the voter to the voter's right precint.

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do? According to Gerald, warden for precint 7 he will give the mail in register form to the voter

5. Were any officials available at or near the polling place to register persons to vote?
   ☐ Yes    ☐ No    not observed
   If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
|      |       |          |
|      |       |          |
|      |       |          |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?    ☐ Yes    ☐ No    Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status. not observed

*Continuation on page 15 A for precint 7

Initials: APb

15

Ward 7 Precint 1

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☐ Yes   ☐ No   Explain. According to Ann Connoly, Warden for precint 7 if a voter's name was not found in the registration book she would call City Hall.

3. If a person was registered in another precinct, what instruction, if any, was the voter given? According to Ann Connoly, Warden for precint 7 she would ask the voter to go to the right precint

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do? According to Ann Connoly, Warden for precint 7 after she called City Hall to verify voter's eligibility to vote, Warden would give the voter the mail in registration form

5. Were any officials available at or near the polling place to register persons to vote?   ☐ Yes   ☐ No   not observed

If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
|      |       |          |
|      |       |          |
|      |       |          |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?   ☐ Yes   ☐ No   Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.   not observed

Initials:

15 A

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

   ☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place. *not observed*

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?
      *Assistance was given to minority when there
      ~~difficultiomen~~ were communication barriers
      between clerk and voter.*

   b. Were there any minority voters who were unable to sign their names?
      ☐ Yes   ☒ No   *not observed*
      If so, were they offered assistance in the minority language in casting their ballots?
      ☐ Yes   ☐ No        If not, explain.

Initials: _____

16

c. Did any voter who requested minority language assistance fail to receive such

assistance?        ☐ Yes    ☒ No        If so, explain the circumstances.

3. a. Did any poll official or interpreters provide instruction *in a minority language* on how to cast the ballot (e.g., how to use the machine, how to mark or punch the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is

allowed, how many votes may be cast for a given office, etc.)? ☐ Yes    ☒ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the instructions. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the instructions given in the minority language. Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the instructions given by the official varied during the day, describe when it varied and how it varied for that official.*

b. Where was the instruction given?

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: *booth were open flaps. Instruction posted on the wall + on Deck in table.*

If instruction was given in the minority language on how to cast a ballot and was done so *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the instruction and the time the voter entered the booth (or began to vote)? _____

4. a. Was an interpretation of the ballot provided in the minority language to voters?

☐ Yes    ☐ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for each official who gave such interpretation and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the ballot. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the interpretation given in the minority language (typically, at least 5 instances, if possible). Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the interpretation given by the official varied during the day, describe when it varied and how it varied for that official.*

Initials: *HL*

17

b.  Where was the interpretation given?

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

## F.  Delays in Voting

1.  What was the average number of voters waiting in line to vote during the day? _____

2.  What was the average length of time voters had to wait to vote? _____

3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes    ☒ No    If so, provide the following information:

a.  The time the line formed _____ and the number of voters in line _____

b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

c.  What action, if any, did poll officials take to alleviate the delay?

## G.  Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31).  At the end of the day, those accounts are to be generalized in response to the following questions:*

1.  Were challenged, affidavit, or other provisional-type ballots used?

☐ Yes    ☐ No    ☒ Not Observed

Initials:

18

On what basis did the poll worker give the provisional ballot(s)?

*Not observed*

What language(s) were the ballots in?  _*Not observed*_

2. What voting system is used for provisional ballots?

☐ DRE?  ☐ Lever?  ☒ Optical Scan Card?  ☐ Punch Card?  ☐ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☒ Yes  ☐ No
What languages were the form/envelope in? _English, Chinese + Spanish_

4. According to poll workers, under what circumstances are these provisional ballots used?
Ann (Warden W4 Pct 7) + Gerry (Warden W4 Pct 6) told me as follow;
If the voter's name is not on the register listing book, Ann + Gerry will call City Hall and report to the Election Board + they will advise the Warden what to do.

5. Did the poll worker provide written information to the provisional voter?

☐ Yes  ☐ No    *Not observed*
In what language(s)? _____
What did the document say?

6. Did the document include information on how a voter can determine if his or her provisional ballot has been counted? ☐ Yes  ☐ Not *observed*

7. Were these provisional ballots kept separate from other ballots?

☐ Yes  ☐ No  ☒ Not Observed

8. Were these provisional ballots counted at the polls?

☐ Yes  ☐ No  ☒ Not Observed

Initials:

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? *According to Gerald Warden for Ward 7 Precinct 6. He would ask for ID's for the inactive voters or a new voter.*

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?        ☐ Yes        ☒ No
If so, what were they taught in that training?

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?

   ☒ Yes        ☐ No        If so, describe.
   *According to Gerald Warden for Ward 7 precinct 6. All inactive and new voters name are flagged on the registration book.*

4. Did you observe any voters being asked for identification? ☒ Yes        ☐ No
   On what grounds were they asked?
   *She (███████) a Chinese voter. Her name was listed in the register's book as "inactive". Ms. Pegg O'Brien ask her for an identification Card. She shows her driver license.*
   What form(s) of ID were the poll workers willing to accept?
   *Driver License        Utility Bill (Phone, gas, water) statement.
   Bank Statement*

   If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot? *Not Observed*        ☐ Yes        ☐ No
   Please describe what occurred.

---

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials: *AB*

20

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on *how to translate the contents of the ballot or how to provide procedural instructions in the minority language*?  ☐ Yes  ☑ No

   Did they receive notice that such a training session was scheduled?  ☐ Yes  ☑ No
   Explain.

   *If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".*

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language) indicate in the chart below whether they received training *specifically on how to translate the ballot or how to provide procedural instructions in the minority language*, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. *Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.*

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. Was part or all of the training conducted in the minority language?  ☐ Yes    ☐ No

4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)?  ☐ Yes    ☐ No    If so, specify: _____

5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes    ☐ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes    ☐ No

   Did they find the audio-visual aid(s) helpful?  ☐ Yes    ☐ No
   Describe any comments about the audio-visual aid(s).

Initials:

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

---

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

Poll workers were polite and courteous toward federal observer. They answered every questions without problem and allow the federal observer to obtain information of the election process without problem

B. Provide information on the presence of any law enforcement officials and any of their activities you observed.

Police officer were assigned to worke at the check out table.

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

The media was not present at this polling site

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

Not observed

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

not observed

Initials:

22

☐ None Observed
☒ Not applicable to this coverage

# CHART A – VOTING TALLY SHEET     WD/AD/ED, if applicable: _____

| PERSONS PERMITTED TO VOTE | | | |
|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | Totals |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Subtotal | |
| | | Grand Total (if last page of tally sheet) | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials: _____

23

☐ None Observed
☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: *Ward 7 Precinct 7*

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | *Viet-namese* Number of Voters *Chinese* | | | | | | |
| | | ~~Indian~~ | Hisp. | ~~Asian~~ | Black | White | Other | |
| 10:30 AM / 10:40 am | *Phu Truong* Family/Friend | | | 1 | | | | 1 |
| 1:00 pm / 1:05 pm | *Paul Lee* Family/Friend | | | 1 | | | | 2 *anam* |
| 12:55 / 1 pm | *Poll Watcher* Family/Friend | | 1 | | | | | 3 |
| 4:00 / 5 | *Reinelda Rivera* Family/Friend | | 1 | | | | | 4 |
| | | | | | | | Subtotal | 4 |
| | | | | | | | Grand Total (if last page of tally sheet) | 4 |

W7
P.6

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

W7
P6

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Vietnamese Indian | Hisp. | Chinese Asian | Black | White | Other | |
| 5 | Reinelda Rivera | | 1 | | | | | 5 |
| | | | | | | | | |
| 6 | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 5 |
| | | | | | | | Grand Total (if last page of tally sheet) | 5 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m.; 7 a.m.- 8 a.m.)
**Initials:**

24 _A_

☐ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| **Address** | | | **Address** | | |
| **Federal Certificate of Eligibility Number, if any** *N/A* | | | **Federal Certificate of Eligibility Number, if any** *N/A* | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Official Not Permitting Vote** | Race | | **Name/Title of Official Not Permitting Vote** | Race | |
| **Reason for Not Permitting Vote** | | | **Reason for Not Permitting Vote** | | |
| **Specify what the official did or suggested that the voter do in order to vote.** | | | **Specify what the official did or suggested that the voter do in order to vote.** | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** | | | **Reason Voter Believes He/She Should Be Permitted to Vote** | | |
| **Information obtained from:** ☐ **Observation** ☐ **Questioning Voter** | | | **Information obtained from:** ☐ **Observation** ☐ **Questioning Voter** | | |

Initials:

26

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | ~~Indian~~ Vietnamese | Hisp. | ~~Asian~~ Chinese | Black | White | Other | |
| 9:30 AM | | | | | | | | |
| ↓ | | | | | | | | |
| | | | | | | | | |
| 6:45 PM | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 0 |
| | | | | | | Grand Total (if last page of tally sheet) | | 0 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials: _Af 2t OnlGne_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _W7P7_

Vote█████████, Race: _H_  Begin Time: _12:55_  End Time: _1 pm_

~~Interpreter or Election Official:~~ _Idonbell Nota_  Observer: _Mirza Martinez_

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | Not observed | |
| Ask voter for choice of assistor | | | | |
| Permit the voter's choice of assistor | | | | |
| Name each candidate on the ballot | | | | |
| Name the political parties for each candidate on the ballot | | | | |
| Name each office on the ballot | | | | |
| Explain each proposition on the ballot | | | | |
| Explain when the voter can vote for more than one candidate for an office | | | | |
| Allow the voter to mark the ballot | | | | |
| Mark the ballot contrary to the voter's wishes | | | | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | | | | |

Explanation: As this Federal Observer, Mirza Martinez, was on her way out to make the phone call to the Captain's office - a Spanish voter approach the Federal Observer and asked in Spanish if Observer speak Spanish. ( see page 27A )

Initials: _MM_

_NCPM_

27_____

Federal Observer (Mirza Martinez) replied
back to the spanish voter, ███████ " in
"yes. but I can't help you." in
spanish. ██████ Mirza Martinez stepped out and
called the Captains office notifying the situation.
When Mirza Martinez came back to the
polling site saw that Gloribell Mota,
a poll watcher who speaks spanish was
assisting the spanish voter. ████████████
████ Spanish voter ████ cast the vote with the help
could ██████ and cast the vote with the help
of the spanish poll watcher Gloribell Mota,
who works for candidate Passoni.

Initials: ███
███████

#27 A

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _W7 P7_

Voter: ███████████  Race: _Chinese_  Begin Time: _10:30 am_  End Time: _10:40 am_

Interpreter or
Election Official: _Thu Truong_     Observer: _Bee Ling Ang-Yin_

Assistance Occurred:  ☒  Inside the booth (or while voter is voting)

☒  Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Inactive Voter_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | (Chinese (Cantonese) dialect |
| Ask voter for choice of assistor | ✓ | | | |
| Permit the voter's choice of assistor | ✓ | | | |
| Name each candidate on the ballot | | ✗ | | |
| Name the political parties for each candidate on the ballot | | ✗ | | |
| Name each office on the ballot | | ✗ | | |
| Explain each proposition on the ballot | | ✗ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✗ | | |
| Allow the voter to mark the ballot | ✓ | · | · | |
| Mark the ballot contrary to the voter's wishes | | ✗ | | |
| Attempt to rush the voter through the ballot | | ✗ | | |
| Explain write-in procedures | ✓ | | | |

Explanation: _The voter ████████ can read English well, but have
hard time understand English conversation. Ms. Thu Truong (Chinese
interpreter) help her to completed the form for Affirmation of Current
continuous residence for inactive voters. The she was allowed to voted._

Initials: _ABi_

27 _B_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _Ward 7 Precinct 7)_

Voter: _[redacted]_     Race: _Chinese_     Begin Time: _1:00 pm_     End Time: _1:05 pm_

Interpreter or Election Official: _Paul Lee_     Observer: _Bee Ling Ang Yin_

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☒ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Needs interpretation of Candidate; Name in Chinese._

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | ✓ | | | |
| Permit the voter's choice of assistor | ✓ | | | |
| Name each candidate on the ballot | ✓ | | | |
| Name the political parties for each candidate on the ballot | | ✗ | | |
| Name each office on the ballot | | ✗ | | |
| Explain each proposition on the ballot | | ✗ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✗ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✗ | | |
| Attempt to rush the voter through the ballot | | ✗ | | |
| Explain write-in procedures | | ✗ | | |

Explanation: _[redacted] a Chinese voter who speak a little bit of Cantonese and Mandarin needs language assistant. Mr. Paul Lee the Chinese interpreter read each Candidates name in Chinese to the voter and she was able to voted. She can speak some English; but not one (on the ballot voter speak a mixture of Mandarin + Cantonese; fluently._

Initials: _[signature]_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: W7. P. 6

Voter: Unknown _____    Race: H ____    Begin Time: 4:40    End Time: 4:45

Interpreter or
Election Official: Reinelda Rivera _____    Observer: M. Martinez _____

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☒ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | ، | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation: When Voter was asked by this Federal Observer why she needed help. Voter explained that her English is limited and in situation like this (Voting) she rather have someone guiding her through on her own language

Initials: AFCMGM

27 D

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: __W7 P 6__

Voter ███████████    Race: __H__    Begin Time: __5:20__    End Time: __5:25__

Interpreter or Election Official: __Reinelda Rivera__    Observer: __M. Martinez__

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | CnCn | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | CnCn | ✓ | | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation: __Voter was asked by poll worker Reinelda Rivera if she needed any assistance in Spanish language and voter replied yes because she didn't understand English.__

Initials: __CnCn__
__1/3/__

27 __E__

☐ None Observed
☑ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____     Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|--------|-----------------------------------------------------------------|
|        |                                                                 |
|        |                                                                 |
|        |                                                                 |
|        |                                                                 |
|        |                                                                 |
|        |                                                                 |
|        |                                                                 |
|        |                                                                 |
|        |                                                                 |

Initials:

28

☐ None Observed
☒ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Initials:

29

W7 P. 6

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)     WD/AD/ED, if applicable: W7 P. 6

Interpreter/Official: Reinelda Rivera          Observer: Mirza Martinez

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| *unknown →* There are two candidates a female and a man. You just need to pick one and fill out the oval. | Hay 2 candidatos un hombre y una mujer. Solamente necesita escoger uno y llenar el espacio en blanco. |
| There are two candidates running a female and a male. Just pick one and fill in the oval | Hay dos candidatos corriendo. Solamente escoja uno y llene el espacio en blanco. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials: EM CM

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)

WD/AD/ED, if applicable: *Ward 7*

Interpreter/Official: *(1) Thu Truong (2) Paul Lee*  Observer: *Bee Lng Ang Precinct 7*

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| *(1) Guides voter ( ▓▓▓ ) filled out the forms for affirmation of current continuous residence for inactive voters.* | *Voter ( ▓▓▓ ) read English well just can't follow the English conversation fast enough to understand it.* |
| *(2) Mr. Paul Lee ; Chinese interpreter help me ▓▓▓ to complete her voting process.* | *Mr. Paul Lee ; Chinese interpreter read the candidates (2) name in Chinese on the voting ballot to ▓▓▓ (Voter)* |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials: *BLA*

30 A

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| **Address** | | | **Address** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | Race | | **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | Race | |
| **Reason** | | | **Reason** | | |

**Voter's Response**

Information obtained from:

☐ Observation

☐ Questioning Voter

**Voter's Response**

Information obtained from:

☐ Observation

☐ Questioning Voter

| |
|---|
| 1. Did the election official check with voter registration officials? ☐ Yes ☐ No |
| 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No |
| 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☐ No    If so, where? |
| 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No |

1. Did the election official check with voter registration officials? ☐ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☐ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No

Initials: _____

31_____

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? *Not Observed*

   ☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes      ☐ No      *Not Observed*

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes      ☐ No      *not observed*

   If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4. If ***paper ballots*** were used and counted at the polls:

   a. Were additional workers used to assist in the count?   ☐ Yes   ☐ No

      ☒ Not applicable to this election

      If so, were these persons administered an oath?   ☐ Yes   ☐ No

   b. Was the table cleared before the ballot box was emptied?   ☐ Yes   ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?   ☐ Yes   ☐ No

      If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?   ☐ Yes   ☐ No

      If so, who? _____

   g. Was each ballot read as marked?   ☐ Yes   ☐ No

      If not, how many were not properly read? _____

      How were they misread? _____

Initials: *[handwritten initials]*

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____     Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

33

j.  How many paper ballots were partially rejected? _____ Provide complete information below:



| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials: _____

34

k.  Tallying of Ballots
1.  Names of officials who kept each tally (it may be that only one tally sheet is kept). If more than one person kept the single tally sheet, note the period of time each person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l.  Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?  ☐ Yes    ☐ No         If not, explain.

m.  List the items placed in the ballot box.

n.  List the items not placed in the ballot box and indicate where they were placed.

o.  What time did the ballot box leave the polling place? _____

Who took it?  _____

Was it locked?  ☐ Yes    ☐ No        Was it sealed?  ☐ Yes    ☐ No

p.  What time did the Observer Team leave the polling place? _____    Did an

Observer accompany the ballot box?  ☐ Yes    ☐ No

5.  If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

a.  Were the machines locked and sealed against

further voting?  ☐ Yes    ☐ No

If so, by whom? _____

b.  Who read the count from the machine? _____

Initials:

35

c. Was the count verified by another official?    ☐ Yes    ☐ No    If so, by whom?

_____

d. Was it read correctly?                    ☐ Yes    ☐ No
e. Who recorded the vote on the official return sheets? _____

f. Was the vote recorded accurately?         ☐ Yes    ☐ No
g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|---------------|---------|---------------|---------|---------------|
|         |               |         |               |         |               |
|         |               |         |               |         |               |

h. Was the vote announced by the poll officials?    ☐ Yes    ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?            ☐ Yes    ☐ No
j. Were the absentee votes counted and tabulated with the votes shown on the machines?

   ☐ Yes    ☐ No
k. Was the statement of results signed and certified by the poll officials?

   ☐ Yes    ☐ No
l. Was the statement delivered to the election officials?    ☐ Yes    ☐ No

   By whom? _____
m. As soon as the count was completed and the results announced, was the counter compartment locked?    ☐ Yes    ☐ No    By whom? _____
n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.


o. What time did the Observer Team leave the polling place? _____

Initials: _____

36

6. If **punch cards or optical scan cards** were used:

a. Was a duplicate report of the number of persons voting prepared?    ☐ Yes    ☐ No

☐ Not applicable to this election

By whom? _____

b. What was done with the election supplies such as ballot stubs, etc.?

c. Was the ballot box sealed?    ☐ Yes    ☐ No    By whom? _____

d. If appropriate, who took the ballot box to the counting center? _____

Did an observer accompany the ballot box?    ☐ Yes    ☐ No

e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots

a. Were the absentee ballots opened and stacked?

☐ Not applicable to this election

☐ Yes    ☐ No

By whom? _____

b. Who read the absentee ballots? _____

c. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

If so, who? _____

d. Was each ballot read as marked?    ☐ Yes    ☐ No    If not, how many were not properly read? _____    How were they misread?

e. What was done with the ballots after they were read?

**Initials:** _____

37

f.  How many absentee ballots were totally rejected? _____     Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____     Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots
      opened and stacked?

   ☐ Yes     ☐ No   By whom?
   _____

   b. Who read the ballots?   _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes     ☐ No

      If so, who? _____

   d. Was each ballot read as marked?   ☐ Yes     ☐ No      If not, how many were
      not properly read?   _____   How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?

      _____

      Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

☐ Not applicable to this election

Initials:

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

Initials:

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE   WD/AD/ED, if applicable: ___

| # | Name | Race | # | Name | Race |
|---|------|------|---|------|------|
| 1 | | | 28 | | |
| 2 | | | 29 | | |
| 3 | | | 30 | | |
| 4 | | | 31 | | |
| 5 | | | 32 | | |
| 6 | | | 33 | | |
| 7 | | | 34 | | |
| 8 | | | 35 | | |
| 9 | | | 36 | | |
| 10 | | | 37 | | |
| 11 | | | 38 | | |
| 12 | | | 39 | | |
| 13 | | | 40 | | |
| 14 | | | 41 | | |
| 15 | | | 42 | | |
| 16 | | | 43 | | |
| 17 | | | 44 | | |
| 18 | | | 45 | | |
| 19 | | | 46 | | |
| 20 | | | 47 | | |
| 21 | | | 48 | | |
| 22 | | | 49 | | |
| 23 | | | 50 | | |
| 24 | | | 51 | | |
| 25 | | | 52 | | |
| 26 | | | 53 | | |
| 27 | | | 54 | | |
| Subtotals By Race | | | Subtotals By Race | | |

Initials:

42



United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO  80225-0167

In Reply Refer to:        Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC  20530

RE:  Election of _MAY 15, 2007_
(Date)

_MASSACHUSETTS_
(State)

_SuFFolk_
(County)

_Boston_
(Municipality)

_Metropolitan_
(Name of Polling Place)

_8_
(Precinct #)

_3_
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above.  Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

| The Time Observers: |
| --- |
| Arrived at Polls _6:05 AM_ |
| Departed Polls _8:00 PM_ |

Print _Nicholas Huynh_
(Name)

Sign _Nicholas Huynh_

Print _Jessica Martinez_
(Name)

Sign _Jessica A. Martinez_

| Instructions to Observers:  Complete this report in BLACK INK *ONLY*.  Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner. |
| --- |

Print _STEPHEN CHUNG_
(Name)

Sign _Stephen Chung_

PRINT _CONRAD CHIA_

SL/ CK
NH  JM

## 1.    VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | Indian ✓ | Hispanic | Asian C | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | | | | | | | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 9 | | | 9 | | | |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 13 | | | 12 | | 1 | |
| TOTAL of 1, 2, and 3 | 22 | | | 21 | | 1 | |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | Indian ✓ | Spanish | Asian C | Other |
|---|---|---|---|---|---|
| | 359 | | | 359 (Cantonese) | |

Section 1B is Not Applicable to this Coverage ☐

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | | | | |

Section 1C is Not Applicable to this Coverage ☐

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | Indian ✓ | Hispanic | Asian C | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | Ø | | | | | | |

Section 1D is Not Applicable to this Coverage ☑

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |

Section 1E is Not Applicable to this Coverage ☐

V - Vietnamese
C - Chinese
Through out of the Report.

Initials:

2

SL/ CKC
104  DAM

| F. If *paper ballots* are used: | Total |
|---|---|
| 1. Ballots accepted | |
| 2. Ballots partially rejected | |
| 3. Ballots totally rejected | |
| 4. Spoiled ballots | |
| 5. Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |
| Section 1F is Not Applicable to this Election ☒ | |

G. If *voting machines* are used:
1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| Section 1G (including Question 2 below) is Not Applicable to this Election ☒ | | | | | |

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?        ☐ Yes        ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

H. If *electronic vote recorders* or *tabulators* are used:
Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| Section 1H is Not Applicable to this Election ☒ | | | | | |

Initials: *GL*

3

## 2.    DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items*:
1. Location of voting machines or booths
2. Location of tables for election officials
3. Location of any officially-designated interpreters
4. Location of voting instruction signs or cards
5. Location of sample ballots, if any
6. Location of telephone, if any
7. Location of Federal observers



Initials: 

4

B.1. Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a. Setting campaigning limits? | □Yes ☑No | | □Yes □No | | □Yes □No |
| b. Directing voters to the polling place (e.g., "vote here")? | ☑Yes □No | F/I | ☑Yes □No | E | □Yes □No |
| c. Stating assistance is available to voters? | ☑Yes □No | F/I | ☑Yes □No | E, C, V, S | □Yes □No |
| d. Indicating Election date? | ☑Yes □No | F/I | ☑Yes □No | E, C, V, S | □Yes □No |
| e. Indicating Election hours? | ☑Yes □No | I | ☑Yes □No | E, C, V, S | □Yes □No |
| f. Sample ballot? | ☑Yes □No | F/I | ☑Yes □No | E, C, V, S | □Yes □No |
| g. Instructions for casting a regular ballot? | ☑Yes □No | I | ☑Yes □No | E, C, V, S | □Yes □No |
| h. Instructions for casting a provisional ballot? | ☑Yes □No | F/I | ☑Yes □No | E, C, V, S | □Yes □No |
| i. Instructions for mail registrants and first time voters? | ☑Yes □No | F/I | ☑Yes □No | E, C, V, S | □Yes □No |
| j. Information on who to contact if voters have problems? | ☑Yes □No | F/I | ☑Yes □No | E, C, V, S | □Yes □No |
| k. General voting rights information? | ☑Yes □No | F/I | ☑Yes □No | E, C, V, S | □Yes □No |
| l. Right to cast a provisional ballot? | ☑Yes □No | F | ☑Yes □No | E, C, V, S | □Yes □No |
| m. Laws on voting fraud and misrepresentation? | ☑Yes □No | F/I | ☑Yes □No | E, C, V, S | □Yes □No |

2. If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly: No other related signs.

Initials: SL NY CHC JMM

F = Front
I = Inside

E = English    V = Vietnamese
C = Chinese    S = Spanish

5

C.   Phones
1.  Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?                                    ☐ Yes    ☒ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

_____

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

2.  If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used _____Cell_____ and under what circumstances the officials used this phone. (617) 438-6290

# 3. ELECTION OFFICIALS

**A.**  List each polling official on duty.  *Do NOT include special interpreters.*

WD/AD/ED, if applicable:

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| Ann Wong | C | WARDEN | C / E |
| Chun Hei Chan | C | CLERK | C / E |
| Andrea Arroyo | S | Inspector | S / E |
| Philip Hui | C | Inspector | C / E |
| Richard Lin | C | Inspector | C / E |
| Elaine Woo | C | Inspector | C / E |
| Sinping Yip-Chan | C | Inspector | C / E |
| Rose Chin | C | Inspector | C / E |
| Spancer Orne | B | Police | E / French Creole |
| Zhi Sheng Liang | C | Interpretor | C / G |

Initials:

| Dong Zhang | c | " | C / E |
| Thuy Thi Luong | V | " | VI / E |
| Edmung Rautenberg | W | Police | |

C = CHINESE          S = SPANISH      B = BLACK
V = VIETNAMESE    E = ENGLISH
W = White

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable:

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| Rose Chin | 2:00 pm | | | | | | | |
| Philip Hui | 2:10 | | | | | | | |
| Sin ping Yip - Chan | 2:00 pm | | | | | | | |
| Zhi Sheng Liang | 2:50 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.    If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐                    WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| Ann Wong | Warden (c) | Voting procedures, Provisional ballots |
| Philip Hui | Inspector (c) | Check - in, check-out |
| Elaine Woo | " (c) | Check-out |
| Richard Lin | " (c) | Voting procedures, check-in |
| Zhi Sheng Liang | Interpretor (c) | " check-in, out |
| Dong Zhang | " (c) | " " |

C. Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?                    ☒ Yes        ☐ No

If so, who? ____Ann Wong, Warden____

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?                    ☐ Yes        ☒ No

If so, who? _____

Initials: CY
NH
CKc
JMH

7

D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?    ☐ Yes    ☐ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☐

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
| | |
| | |
| | |
| | |

Initials: ꙅꙅ / NH / CKC / Ant

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                    WD/AD/ED, if applicable: _____

1. What time did the election officials arrive at the polling place?  _BEFORE 6 A.m._
   Indicate how this information was obtained:

   ☐ Observation        ☑ Questioning election officials

2. Were the election officials given an oath of office?       ☐ Yes    ☒ No  _CWC_

   If so, by whom? _____  _NOT OBSERVED_
   Indicate how this information was obtained:

   ☐ Observation        ☐ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. *Do
   not include signs identified on page 5.* Identify any items printed in a language other
   than English and specify the additional language(s).

   Provisional Ballot Affirmation (E,C,V )
   Affirmation of Current & Continuous Residence for Inactive Voters (E)
   Provisional Ballot Information Sheet (E)
   Mailin Voter Registration Form (E)
   Spoiled Ballots Ward 3. Precinct 8 envelope (E)
   City of Boston Election Dept. 2007 Polling locations (Special Election-District 2 )(E)
   Election Officers Handbook (Accu-Vote Voting Procedures)(E)   City Councillor (E)
   Election Dept. Election Officer Training Manual for May 15, 2007.(E)
   Includes phone # for 1) Voter Information
   2) Scanner Problems/Questions & Ballot Issues
   3) Poll Worker Issue       4) Interpreters Phone Bank

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.

   When Observers arrive at polling place the Pollworkers
   were putting signs up in the walls.

Initials: SC
NH
CWC
JArm

10

B. Poll Watchers                                       WD/AD/ED, if applicable: _____

    1. Were any poll watchers present?              ☒ Yes        ☐ No

    2. If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| Marlee Nienhuis | W | Sussan Passoni |
| Ane foreman | W | Sussan Passoni |
| Susan Wallen | W | Sussan Passoni |

    3. Did the election officials require the poll watchers to present any type of authorization?

    ☒ Yes  ☐ No    If so, what? Letter from Unknown Source

    If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

    NONE OBSERVED

    4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?                    ☒ Yes        ☐ No

    Explain any activities poll watchers were not permitted to observe.

---

C. While the Polls Were Open                          WD/AD/ED, if applicable: w 3-P 8

    1. What time did the polls open? 7:00 AM

    Indicate how this information was obtained:

    ☒ Observation        ☐ Questioning election officials

    2. ~~Were the names of the absentee voters marked on the poll list?~~ ~~☐ Yes~~ ~~☐ No~~

    3. ~~Were the absentee ballots delivered to the polls?~~ ~~☐ Yes~~ ~~☐ No~~

    If so, by whom? _____

    *If "no", proceed to question 5 of this section.*

    4. ~~Were the absentee ballots counted at the polls?~~

    ☐ Yes        ☐ No        ☐ Not Observed

Initials: SC
NH
CC
JAM

11

5. What voting system(s) for regular ballots was used in the polling place?

   a. Direct recording electronic machines (DRE)?     ☐ Yes    ☐ No
      If yes, was the machine set to zero before voting began?

      ☐ Yes    ☐ No     ☐ Not Observed

      Was there an activator card (a device that the voter inserts into the machine to begin

      voting) given to the voter?        ☐ Yes    ☐ No

      If yes, who programmed the activator card? _____

   b. Lever machines?             ☐ Yes    ☐ No
      If yes, were the keys delivered in a sealed envelope on the outside of which was
      written the machine number and the protective counter number?

      ☐ Yes    ☐ No     ☐ Not Observed

      Did the public counter register zero before voting began?

      ☐ Yes    ☐ No     ☐ Not Observed

      If not, what number did the counter show? _____

      Was the machine locked before voting began?

      ☐ Yes    ☐ No     ☐ Not Observed

   c. Punch cards?               ☐ Yes    ☐ No
      If yes, where were voted ballots deposited by the voter?

      ☐ Ballot box

      ☐ Scanner

      ☐ Poll Official

      ☐ Other (explain)

      If there was a scanner:

      Did it reject any ballots voters inserted? ☐ Yes ☐ No    ☐ Not Observed

      Was it set to zero before voting began? ☐ Yes ☐ No    ☐ Not Observed

      Were privacy sleeves used to keep ballot choices secret?

      ☐ Yes    ☐ No     ☐ Not Observed

Initials: _SL_

NY
CLC
JAM

12

d. Optical scan cards ?  ☒ Yes  ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☒ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?  ☒ Yes  ☐ No  ☐ Not Observed

Was it set to zero before voting began?  ☒ Yes  ☐ No  ☐ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☒ Yes  ☐ No  ☐ Not Observed

e. Paper ballots?  ☐ Yes  ☐ No

If yes, was the ballot box emptied?  ☐ Yes  ☐ No

Were the blank ballots counted/numbered?

☐ Yes  ☒ No  ☐ Not Observed

How many ballots were provided to the polling place?  _____

Was the ballot box locked prior to the start of voting?

☐ Yes  ☐ No  ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

Initials:

13

6. If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

a. Did the voter receive any form from the poll official indicating he/she was permitted to vote?    ☐ Yes  ☐ No
   If so, from whom? _____

b. Was there any time limitation imposed on voters?    ☐ Yes  ☐ No
   If so, how long? _____

c. Did any voter attempt to use a marked sample ballot?    ☐ Yes  ☐ No

   If so, was the voter allowed to do so?    ☐ Yes  ☐ No
   If not, who prevented its usage? _____

7. If **paper ballots, punch cards, or optical scan cards** were used:

☐ Not applicable to this election

a. From whom did the voter receive the ballot? _Official Electoral_

b. Where did the voter go to mark the ballot? _Voting Booths._

c. Was any time limitation imposed on voters?    ☐ Yes  ☒ No
   If so, how long? _____

d. Did any voter attempt to use a marked sample ballot?    ☐ Yes  ☒ No

   If so, was the voter allowed to do so?    ☐ Yes  ☐ No
   If not, who prevented its usage? _____

e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?
   ☒ Yes  ☐ No

---

D. Determining a Person's Eligibility to Vote

   *Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the following questions:*

   1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine the voter's registration status.

   Poll worker checked voter's name and address in the registration. If he/she found it, voter was given the ballot.

Initials: _____

*NY*

*CKC*

*JAM*

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☑ Yes    ☐ No        Explain.

*Poll worker would call headquarter to find out where the voter is registered*

3. If a person was registered in another precinct, what instruction, if any, was the voter given?

*Voter would be re-directed to different precinct.*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?

*Voter was given registration form.*

5. Were any officials available at or near the polling place to register persons to vote?
☑ Yes    ☐ No
If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
| Ann Wong | Warden | Polling Place |
| | | |
| | | |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?    ☑ Yes    ☐ No        Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

*WARDEN CALL the election Department to VERIfy Voter Registration status.*

Initials: SL
NH
CLC
JAM

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place.

   "Where do you live?" (Chinese)
   "What is your name?" (Chinese)

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?

      minority (Chinese) language assistance was
      given almost automatically to senior Chinese
      voters, which comprised the majority of the
      Chinese voters at this precinct.

   b. Were there any minority voters who were unable to sign their names?

      ☐ Yes    ☑ No

      If so, were they offered assistance in the minority language in casting their ballots?

      ☐ Yes    ☐ No        If not, explain.

Initials: _gc_
         _NH_
         _CLC_
         _JAM_

16

   c. Did any voter who requested minority language assistance fail to receive such

      assistance?    ☐ Yes   ☒ No      If so, explain the circumstances.

3. a. Did any poll official or interpreters provide instruction *in a minority language* on how to cast the ballot (e.g., how to use the machine, how to mark or punch the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes may be cast for a given office, etc.)? ☒ Yes   ☐ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the instructions. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the instructions given in the minority language. Enclose in quotation marks ("words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the instructions given by the official varied during the day, describe when it varied and how it varied for that official.*

   b. Where was the instruction given?

      ☐ Inside the booth (or while voter is voting)

      ☒ Outside the booth (or before the voter began to vote)

      If *outside* the booth, specify where: _____

      If instruction was given in the minority language on how to cast a ballot and was done so *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the instruction and the time the voter entered the booth (or began to vote)? _____

4. a. Was an interpretation of the ballot provided in the minority language to voters?

      ☐ Yes   ☐ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for each official who gave such interpretation and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the ballot. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the interpretation given in the minority language (typically, at least 5 instances, if possible). Enclose in quotation marks ("words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the interpretation given by the official varied during the day, describe when it varied and how it varied for that official.*

Initials:

17

b.  Where was the interpretation given?

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

F.  Delays in Voting

1.  What was the average number of voters waiting in line to vote during the day? *less than 10*

2.  What was the average length of time voters had to wait to vote? *5 minutes*

3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes    ☒ No    If so, provide the following information:

a.  The time the line formed _____ and the number of voters in line _____

b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

c.  What action, if any, did poll officials take to alleviate the delay?

G.  Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1.  Were challenged, affidavit, or other provisional-type ballots used?

☒ Yes    ☐ No    ☐ Not Observed

Initials:

18

On what basis did the poll worker give the provisional ballot(s)?

*Voter Claimed*

Voter's name not on the list, but registered

What language(s) were the ballots in? _____ C/E _____

2. What voting system is used for provisional ballots?

   ☐ DRE?   ☐ Lever?   ☐ Optical Scan Card?   ☐ Punch Card?   ☑ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☑ Yes   ☐ No
   What languages were the form/envelope in? _____ C/E _____

4. According to poll workers, under what circumstances are these provisional ballots used?

   1) Voter's name not on the list, but registered.

   2) Voter is registered in another precinct, but wanted to vote here.

5. Did the poll worker provide written information to the provisional voter?

   ☐ Yes   ☑ No
   In what language(s)? _____
   What did the document say?

6. Did the document include information on how a voter can determine if his or her

   provisional ballot has been counted? ☑ Yes   ☐ No

7. Were these provisional ballots kept separate from other ballots?

   ☑ Yes   ☐ No   ☐ Not Observed

8. Were these provisional ballots counted at the polls?

   ☐ Yes   ☐ No   ☑ Not Observed

Initials: SL
NH
CRC
DAY

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? When they do not understand another name and the voter doeßnot know how to spell their name. Also If its mark on the book.

2. Did the poll workers receive training about first-time voters who register by mail who are

   covered by ID requirements?        ☒ Yes        ☐ No

   If so, what were they taught in that training? How to identify the voter in the registration book and what documentation the voter can present as an ID.

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?

   ☒ Yes        ☐ No        If so, describe.

   There would be a "star" beside the name

4. Did you observe any voters being asked for identification? ☒ Yes        ☐ No
   On what grounds were they asked?

   The voter was "flagged"

   What form(s) of ID were the poll workers willing to accept?

   Driver license, passport, utility bills

   If first-time voters who registered by mail did not have required ID, were they allowed to

   vote by provisional ballot?        ☐ Yes   ☐ No
   Please describe what occurred.   NOT OBSERVED

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on *how to translate the contents of the ballot or how to provide procedural instructions in the minority language*? ☐ Yes ☒ No

Did they receive notice that such a training session was scheduled? ☐ Yes ☒ No
Explain.

*If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".*

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training *specifically on how to translate the ballot or how to provide procedural instructions in the minority language*, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. *Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.*

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| No one received the Training in the minority language | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. Was part or all of the training conducted in the minority language? ☐ Yes ☒ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)? ☐ Yes ☒ No    If so, specify: _____
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

☐ Yes ☒ No
If so, did each of the interpreters use the audio-visual aid(s) after the training session?

☐ Yes ☒ No

Did they find the audio-visual aid(s) helpful? ☐ Yes ☒ No
Describe any comments about the audio-visual aid(s).

Initials: _CL_
_NH_
_CEC_
_JAM_

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process. Ms. Arroyo suggested to give the interpreters the choice to take the training in English or Target language.

---

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.). The contact federal observers had with the poll officials was to obtain information about the voters, information regarding the training and information necessary to complete the report.

B. Provide information on the presence of any law enforcement officials and any of their activities you observed. The law enforcement that was present was sitting at the check out table taking the names of the voters.

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

From the Sing Tao Daily, Ms Chutzg Chou came to pollsite. (see 22A pg)
From the World Journal, Ms Ye Chao (p. 22A)

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

Observers did not observed voters being treated rudely while in poll site.

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

~~No incident were observed~~ JAM
See page 22A

Initials: SR
NH
CLC
JAM

22

22.E

At 9:35 Two Election Officials arrive at pollsite and started to work on the Automark machine, At 9:50 the officials put the machine back in the box and told the warden that the machine was not working. They were going to take it and bring a new one, Around 10:25 ~~off jam~~ Election Officials arrive with a new machine, The warden proceeded to try the new machine jam By 10:35 the Election Official left the Pollingsite.   At 1025 the machine was working

C. page 22

At 2:00 PM CHOTZG CHOU from the "Sing Tao Daily" aprouched the federal Observers and asked who we were and what were we doing. Observers gave Ms. Chou the Public Affairs phone Number and also the attorney offered Ms. Chou the name of the person to contact.

At 4:30 p.m. A REPORTER FROM THE "WORLD JOURNAL", WHICH IS A CHINESE NEWSPAPER, INTERVIEWED THE WARDEN. OBSERVER GOT HER NAME AS YE ZHAO.

An observer from the Secretary of Common Wealth, State of MA, was present at the poll site. The observer, Dianne Young Spitzer, sat next to the ~~poll wat~~ elec federal observers. She left at

Initials:

approximately 6 p.m. Another observer from the State,

22 A

Greg Polin, took her place at 6:40 p.m.

NH, ace ᵃmau

☐ None Observed
☒ Not applicable to this coverage

# CHART A – VOTING TALLY SHEET     WD/AD/ED, if applicable: _____

| PERSONS PERMITTED TO VOTE | | | | |
|---|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | Totals | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **Subtotal** | | |
| | | **Grand Total** (if last page of tally sheet) | | |

[1] Note hour intervals (e.g., 6 a.m.– 7 a.m., 7 a.m.– 8 a.m.)

**Initials:**

23

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Vietnamese ~~Indian~~ | Hisp. | Chinese ~~Asian~~ | Black | White | Other | |
| 7:00 to 8:00 | | THL THL | | | | | | |
| | | THL THL | | | | | | |
| | | THL THL | | | | | | |
| | | THL I | | | | | | 46 |
| | Family/Friend | | | | | | | |
| 8:00 to 9:00 | | THL THL | | | | | | |
| | | THL THL | | | | | | 86 |
| | | THL THL | | | | | | |
| | | THL THL | | | | | | |
| | Family/Friend | | | | | | | |
| 9:00 to 10:00 | | THL THL | | | | | | |
| | | THL THL | | | | | | 145 |
| | | THL THL | | | | | | |
| | | THL IIII | | | | | | |
| | Family/Friend | | | | | | | |
| 10:00 to 11:00 | | THL THL | | | | | | |
| | | THL THL | | | | | | |
| | | THL THL | | | | | | 200 |
| | | THL THL | | | | | | |
| | | THL | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | 200 |
| | | | | | Grand Total (if last page of tally sheet) | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

**Initials:** EC
NY
CLC
JAN

24 _A_  sequence starts with 24 1A

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Am. Indian | Hisp. | Asian | Black | White | Other | |
| 11:00 to 12:00 | | 卌卌<br>卌卌<br>卌卌<br>卌卌<br>卌卌<br>||| | | | | | 224 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 12:00 to 1:00 | | 卌卌<br>卌卌<br>卌卌<br>卌卌<br>卌卌 | | | | | | 250 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 1:00 to 2:00 | | 卌卌<br>卌卌<br>卌卌<br>卌 | | | | | | 272 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 2:00 to 3:00 | | 卌卌<br>卌卌 | | | | | | 291 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 291 |
| | | | | | | | Grand Total (if last page of tally sheet) | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

NH
CLL
JNH

24 B^NH

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters *Vietnamese   Chinese* | | | | | | |
| | | Italian | Hisp. | Asian | Black | White | Other | |
| 3:00 to 4:00 | | ЛИ | | ЛИ ЛИ ЛИ ЛИ ///  | | | | 3 / 4 |
| | Family/Friend | | | | | | | |
| 4:00 to 5:00 | | | | ЛИ ЛИ ЛИ ЛИ | | | | 3 3 4 |
| | Family/Friend | | | | | | | |
| 5:00 to 6:00 | | | | ЛИ //// | | | | 3 4 3 |
| | Family/Friend | | | | | | | |
| 6:00 to 7:00 | | | | ЛИ /// | | | | 3 5 1 |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 351 |
| | | | | | | Grand Total (if last page of tally sheet) | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m.; 7 a.m.- 8 a.m.)

Initials: CL

NH

CKC
MM

24 6

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | *Vietnamese* | Hisp. | *Chinese* | Black | White | Other | |
| 7:00 to 8:00 | | 卌卌 | | 卌 ||| | | | | 359 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | **Subtotal** | 359 |
| | | | | | | **Grand Total (if last page of tally sheet)** | | 359 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m.; 7 a.m.- 8 a.m.)

Initials: *SL*
*NH*
*CLC gggy*

24 *D^{NH}*

☐ None Observed
☐ Not applicable to this coverage

*Disable Voters*

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | ~~Italian~~ *Vietnamese* | Hisp. | ~~Asian~~ *Chinese* | Black | White | Other | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | **Subtotal** | |
| | | | | | | **Grand Total (if last page of tally sheet)** | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

**Initials:**

NY
CKC

25

☐ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race Chinese | Time 11:00 AM | Name | Race Chinese | Time 11:30 AM |
|------|------|------|------|------|------|
| **Address** | | 11:00 AM | **Address** Boston MA 021[] | | |
| **Federal Certificate of Eligibility Number, if any** N/A | | | **Federal Certificate of Eligibility Number, if any** N/A | | |
| **Language Spoken** *(if other than English)* Chinese | | | **Language Spoken** *(if other than English)* Chinese | | |
| **Name/Title of Official Not Permitting Vote** Ann Wong | Race Chinese | | **Name/Title of Official Not Permitting Vote** Ann Wong | Race Chinese | |
| **Reason for Not Permitting Vote** not a U citizen | | | **Reason for Not Permitting Vote** Never Register to Vote. | | |
| **Specify what the official did or suggested that the voter do in order to vote.** You cannot vote because your are not citezen | | | **Specify what the official did or suggested that the voter do in order to vote.** Register him to Vote for Vote New Year | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** Voter agrees she is not a citizen sc. | | | **Reason Voter Believes He/She Should Be Permitted to Vote** to Voter agrees they are not register to vote. sc | | |
| **Information obtained from:** ☒ Observation ☒ Questioning Voter | | | **Information obtained from:** ☒ Observation ☐ Questioning Voter | | |

Initials:

26 A

Sequence starts with 26A

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | Chinese | 11:40 | ▮▮▮▮▮▮▮▮ | Chinese | 12:30 |

| Address | Address |
|---|---|
| ▮▮▮▮▮▮ Boston MA 02116 | ▮▮▮▮▮▮ Boston MA 0210 |

| Federal Certificate of Eligibility Number, if any | Federal Certificate of Eligibility Number, if any |
|---|---|
| N/A | N/A |

| Language Spoken *(if other than English)* | Language Spoken *(if other than English)* |
|---|---|
| Chinese | Chinese |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|
| Am Wong | Chinese | Am Wong | Chin |

| Reason for Not Permitting Vote | Reason for Not Permitting Vote |
|---|---|
| No Register to Vote | Come to the Wong Poll    scting |

| Specify what the official did or suggested that the voter do in order to vote. | Specify what the official did or suggested that the voter do in order to vote. |
|---|---|
| Give me form to fill for Next year. She gave form to fill out for Next year | Redirect to the Right Poll with walking direction a fill in Provisional Ballots |

| Reason Voter Believes He/She Should Be Permitted to Vote | Reason Voter Believes He/She Should Be Permitted to Vote |
|---|---|
| | |

| Information obtained from: | Information obtained from: |
|---|---|
| ☒ Observation | ☒ Observation |
| ☒ Questioning Voter | ☒ Questioning Voter |

Initials:

NH

CKC

JAM

26 B

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ▉▉▉▉▉ | Chinese | 1:20 | | | |
| **Address** ▉▉▉▉ Quincy MA 02170 | | | **Address** | | |
| **Federal Certificate of Eligibility Number, if any** N/A | | | **Federal Certificate of Eligibility Number, if any** | | |
| **Language Spoken** *(if other than English)* Chinese | | | **Language Spoken** *(if other than English)* Chinese | | |
| **Name/Title of Official Not Permitting Vote** Ann Wong | **Race** Chinese | | **Name/Title of Official Not Permitting Vote** Ann Wong | **Race** Chinese | |
| **Reason for Not Permitting Vote** Not Registered Vote | | | **Reason for Not Permitting Vote** Name not in the List Just move to the area | | |
| **Specify what the official did or suggested that the voter do in order to vote.** help him to Register for New Year | | | **Specify what the official did or suggested that the voter do in order to vote.** fill in ς∪ | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** Voter agree he is not register to Vote | | | **Reason Voter Believes He/She Should Be Permitted to Vote** | | |
| **Information obtained from:** ☒ Observation ☐ Questioning Voter | | | **Information obtained from:** ☐ Observation ☐ Questioning Voter | | |

Initials: SL
NH

26 __C__

☐ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ▮▮▮▮▮ | C | 3:59 | ▮▮▮▮▮ | C | 5:03 |

| Address ▮▮▮ | Address ▮▮▮ |
|---|---|
| Boston | Boston |

| Federal Certificate of Eligibility Number, if any | Federal Certificate of Eligibility Number, if any |
|---|---|
| N/A | N/A |

| Language Spoken *(if other than English)* | Language Spoken *(if other than English)* |
|---|---|
| Chinese | Chinese |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|
| Ann Wong | C | Ann Wong | C |

| Reason for Not Permitting Vote | Reason for Not Permitting Vote |
|---|---|
| "Wrong" Precinct, Warden called and found out which precinct voter should go to (Ward 4 precinct 2) | Name not in register. Voter was not a citizen and not registered |

| Specify what the official did or suggested that the voter do in order to vote. | Specify what the official did or suggested that the voter do in order to vote. |
|---|---|
| Voter was re-directed | |

| Reason Voter Believes He/She Should Be Permitted to Vote | Reason Voter Believes He/She Should Be Permitted to Vote |
|---|---|
| | Voter did not respond when warden indicated voter not a citizen |

| Information obtained from: | Information obtained from: |
|---|---|
| ☒ Observation | ☒ Observation |
| ☐ Questioning Voter | ☐ Questioning Voter |

Initials:
SL
NH
CKC  JDM

26 D

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name ███████ | Race C | Time 6:30 p.m. | Name ███████ | Race C | Time 6:50 pm |
|---|---|---|---|---|---|
| Address ███████ Boston | | | Address ███████ Wayland, MA | | |

**Federal Certificate of Eligibility Number, if any**
N/A

**Federal Certificate of Eligibility Number, if any**
N/A

**Language Spoken (if other than English)**
Chinese

**Language Spoken (if other than English)**
English

| Name/Title of Official Not Permitting Vote Ann Wong Warden | Race C | Name/Title of Official Not Permitting Vote Ann Wong, Warden | Race C |
|---|---|---|---|

**Reason for Not Permitting Vote**
Voter not registered, was given registration form

**Reason for Not Permitting Vote**
Voter moved out of Boston. He came to the polling place to ask

**Specify what the official did or suggested that the voter do in order to vote.**
Voter was given registration form.

**Specify what the official did or suggested that the voter do in order to vote.**
about how he could changed the address. Voter was given one registration form.

**Reason Voter Believes He/She Should Be Permitted to Vote**
Voter did not challenge warden's assertion.

**Reason Voter Believes He/She Should Be Permitted to Vote**

**Information obtained from:**
☑ Observation
☐ Questioning Voter

**Information obtained from:**
☑ Observation
☐ Questioning Voter

Initials:
NY
CK
MW

26 _E_

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ▆▆▆▆▆ | CHINESE | 7:10 AM | ▆▆▆▆▆ | C | 7:20 AM |

| Address | Address |
|---------|---------|
| ▆▆▆▆ BOSTON MA 02111-1342 | ▆▆▆▆ Boston |

| Federal Certificate of Eligibility Number, if any | Federal Certificate of Eligibility Number, if any |
|---|---|
| N/A | N/A |

| Language Spoken *(if other than English)* | Language Spoken *(if other than English)* |
|---|---|
| ~~Chinese~~ ENGlish | Chinese |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|
| Ann Wong | Chinese | Ann Wong | C |

| Reason for Not Permitting Vote | Reason for Not Permitting Vote |
|---|---|
| Not Register to Vote | Not Register to vote |

| Specify what the official did or suggested that the voter do in order to vote. | Specify what the official did or suggested that the voter do in order to vote. |
|---|---|
| fill in Register to Vote form for Next year | Voter was given registration form to fill out for next election. |

| Reason Voter Believes He/She Should Be Permitted to Vote | Reason Voter Believes He/She Should Be Permitted to Vote |
|---|---|
| Voter did not Challenge sc | Voter did not challenge warden's assertion. |

| Information obtained from: | Information obtained from: |
|---|---|
| ☒ Observation | ☒ Observation |
| ☐ Questioning Voter | ☐ Questioning Voter |

Initials: a
NY
CKC
ApM

26 F

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name ▓▓▓▓▓▓▓▓▓▓ | Race C | Time 7:40 AM | Name | Race | Time |
|---|---|---|---|---|---|
| Address ▓▓▓▓▓▓▓▓ Apt. 1, Boston | | | Address | | |

| Federal Certificate of Eligibility Number, if any N/A | Federal Certificate of Eligibility Number, if any |
|---|---|

| Language Spoken (if other than English) Chinese | Language Spoken (if other than English) |
|---|---|

| Name/Title of Official Not Permitting Vote  Ann Wong | Race C | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|

| Reason for Not Permitting Vote  Voter not registered | Reason for Not Permitting Vote |
|---|---|

| Specify what the official did or suggested that the voter do in order to vote.  Voter was provided with registration form. | Specify what the official did or suggested that the voter do in order to vote. |
|---|---|

| Reason Voter Believes He/She Should Be Permitted to Vote  Voter did not challenge warden's assertion | Reason Voter Believes He/She Should Be Permitted to Vote |
|---|---|
| Information obtained from: | Information obtained from: |
| ☒ Observation | ☐ Observation |
| ☐ Questioning Voter | ☐ Questioning Voter |

Initials:  G
NH
CKL
JAM

26 G

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ███████ | C | 8:20 Am | ███████ | W | 8:05 Am |
| **Address** | | | **Address** ███████ , Boston | | |
| **Federal Certificate of Eligibility Number, if any** N/A | | | **Federal Certificate of Eligibility Number, if any** N/A | | |
| **Language Spoken** *(if other than English)* C | | | **Language Spoken** *(if other than English)* E | | |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|
| Ann Wong, Warden | C | Ann Wong | C |

| Reason for Not Permitting Vote | Reason for Not Permitting Vote |
|---|---|
| Not registered | Not registered |

| Specify what the official did or suggested that the voter do in order to vote. | Specify what the official did or suggested that the voter do in order to vote. |
|---|---|
| Poll worker was going to provide registration form and provisional ballot. Voter needed to see a | Poll worker provided registration form to voter. |

| Reason Voter Believes He/She Should Be Permitted to Vote | Reason Voter Believes He/She Should Be Permitted to Vote |
|---|---|
| doctor first. She said she would come back to vote. She | Voter did not challenge Warden's assertion. |
| Information obtained from:  never came back. | Information obtained from: |
| ☒ Observation | ☒ Observation |
| ☐ Questioning Voter | ☐ Questioning Voter |

Initials: _SL_
_NH_
_CKC_
_MM_

26 H

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _____    Race: _C_    Begin Time: _7:00_    End Time: _7:10 Am_

Interpreter or Election Official: _Ann Wong_    Observer: _Conrad Chin_

Assistance Occurred: _☑_ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Chinese language assistance_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | ✓ | | C |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | | | ✓ | |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | | | ✓ | ✓ |

Explanation: _Explained check-out procedures in Chinese (address, name)_

Initials: _CJ_
_NH_
_CKC_ _AW_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter ■■■■■■■■ Race: _Chinese_ Begin Time: _7:16_ AM End Time: _7:20_ AM

Interpreter or
Election Official: _Rose Chin_  Observer: _Stephen Chy_

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Need Instruction_ _Chinese Cantonese_

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**
*NOTE: If the answer is not 100% "YES", mark "NO"*

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | X | | | Chinese |
| Ask voter for choice of assistor | | X | | |
| Permit the voter's choice of assistor | | X | | |
| Name each candidate on the ballot | | X | | |
| Name the political parties for each candidate on the ballot | | X | | |
| Name each office on the ballot | | X | | |
| Explain each proposition on the ballot | X | | | |
| Explain when the voter can vote for more than one candidate for an office | | X | | |
| Allow the voter to mark the ballot | X sc | X su | | |
| Mark the ballot contrary to the voter's wishes | X sc | X su | | |
| Attempt to rush the voter through the ballot | | X | | |
| Explain write-in procedures | | X | | ✓ |

<u>Explanation:</u>

Initials: _SA_
_NH_
_CKC_ _DW_

27 A

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _____  Race: _Chinese_  Begin Time: 7:20 AM  End Time: 7:30 AM

Interpreter or Election Official: _Amy Pong_  Observer: _Stephen Cy_

Assistance Occurred:  ☒ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Chinese_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✗ | | | Chinese |
| Ask voter for choice of assistor | ✗ | | | |
| Permit the voter's choice of assistor | ✗ | | | |
| Name each candidate on the ballot | ✗ | | | |
| Name the political parties for each candidate on the ballot | | ✗ | | |
| Name each office on the ballot | | ✗ | | |
| Explain each proposition on the ballot | | ✗ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✗ | | |
| Allow the voter to mark the ballot | ✗ CL | ✗ Cy | | |
| Mark the ballot contrary to the voter's wishes | ✗ SL | ·✗ Sc | | |
| Attempt to rush the voter through the ballot | | ✗ | | |
| Explain write-in procedures | | ✗ | | ✓ |

Explanation:

Initials: _CL_
_NH_
_Clec  gym_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████    Race: _C___    Begin Time: 7:25    End Time: 7:30 AM

Interpreter or Election Official: __Elaine Woo__    Observer: __Chin__

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☒ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Need Chinese language assistance_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | X | C |
| Ask voter for choice of assistor | | | X | 1 |
| Permit the voter's choice of assistor | | | | |
| Name each candidate on the ballot | | | | |
| Name the political parties for each candidate on the ballot | | | | |
| Name each office on the ballot | | | | |
| Explain each proposition on the ballot | | | | |
| Explain when the voter can vote for more than one candidate for an office | | | | |
| Allow the voter to mark the ballot | | | | |
| Mark the ballot contrary to the voter's wishes | | | | |
| Attempt to rush the voter through the ballot | | | | ↓ |
| Explain write-in procedures | | | ↓ | |

Explanation:

_Explained check out procedures in Chinese_

Initials: _oL_ ( address, name )

_NH_

_CKC_  _GJJM_

27 _C_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _████████_    Race: _Chive_    Begin Time: _7:35 Am_    End Time: _7:40 Am_

Interprete ____

Election Official: _Ann Wing_    Observer: _Stephen Co_

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Don't Know How to fill the form. Chinese Cantonese_

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**

_NOTE:  If the answer is not 100% "YES", mark "NO"_

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | X | | Chinese |
| Ask voter for choice of assistor | | X | | |
| Permit the voter's choice of assistor | | X | | |
| Name each candidate on the ballot | | X | | |
| Name the political parties for each candidate on the ballot | | X | | |
| Name each office on the ballot | | X | | |
| Explain each proposition on the ballot | X | | | |
| Explain when the voter can vote for more than one candidate for an office | | X | | |
| Allow the voter to mark the ballot | X So | X Se | | |
| Mark the ballot contrary to the voter's wishes | X Se | X Se | | |
| Attempt to rush the voter through the ballot | | X | | |
| Explain write-in procedures | | X | | √ |

Explanation: _____

Initials: _CV_

_NH CVC_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _____█████████___ Race: *Chinese* Begin Time: 7:45PM End Time: 7:58PM

Interpreter or Election Official: _*Rose Chиие*_ Observer: _*Stephen C*_

Assistance Occurred:  ☒ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): *Chinese* _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | X | | | *Chinese* |
| Ask voter for choice of assistor | | X | | |
| Permit the voter's choice of assistor | | X | | |
| Name each candidate on the ballot | X | | | |
| Name the political parties for each candidate on the ballot | | X | | |
| Name each office on the ballot | X | | | |
| Explain each proposition on the ballot | | X | | |
| Explain when the voter can vote for more than one candidate for an office | | X | | |
| Allow the voter to mark the ballot | X SC | X | | |
| Mark the ballot contrary to the voter's wishes | X SC | X | | |
| Attempt to rush the voter through the ballot | | X | | |
| Explain write-in procedures | | X | | ↓ |

Explanation:

Initials: *SC*
*NY*
*CKC*

27 _E_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _____ Race: _Chinese_ Begin Time: _8:05 Am_ End Time: _8:10 Ansc._

Interpreter or
Election Official: _Alex ZHAN_ Observer: _Stephen C_

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Chinese make a mistake in the form._

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | X | · | | Chinese |
| Ask voter for choice of assistor | | X | | |
| Permit the voter's choice of assistor | | X | | |
| Name each candidate on the ballot | X | ` | | |
| Name the political parties for each candidate on the ballot | | X | | |
| Name each office on the ballot | | X | | |
| Explain each proposition on the ballot | X | | | |
| Explain when the voter can vote for more than one candidate for an office | | X | | |
| Allow the voter to mark the ballot | X | X | | |
| Mark the ballot contrary to the voter's wishes | X | X | | |
| Attempt to rush the voter through the ballot | | X | | |
| Explain write-in procedures | | X | | |

Explanation:

Initials: _SC_
_NH_
_CKC_

27 _F_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████        Race: _____    Begin Time: _8:16_ End Time: _8:25_

Interpreter or Election Official: _Richard Lin_        Observer: _Stephen Cley_

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _May Voting make a_
_Mistake on the form pick two candid. choice_ (Chinese)

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**

_NOTE: If the answer is not 100% "YES", mark "NO"_

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | X | | | Chinese |
| Ask voter for choice of assistor | | X | | |
| Permit the voter's choice of assistor | | X | | |
| Name each candidate on the ballot | X | | | |
| Name the political parties for each candidate on the ballot | | X | | |
| Name each office on the ballot | | X | | |
| Explain each proposition on the ballot | X | | | |
| Explain when the voter can vote for more than one candidate for an office | | X | | |
| Allow the voter to mark the ballot | DKL | X | | |
| Mark the ballot contrary to the voter's wishes | DK92 | X | | |
| Attempt to rush the voter through the ballot | | X | | |
| Explain write-in procedures | | X | | U |

Explanation:

Initials: _a_
_NH_
_MM_ _CC_

27 _G_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _____ Race: _C_ Begin Time: _8-25_ End Time: _8-25_
_Am_ _Am_

Interpreter or
Election Official: _Ann Wang_ Observer: _Chin_

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Voting Procedures_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | C |
| Ask voter for choice of assistor | ✓ | | | |
| Permit the voter's choice of assistor | ✓ | | | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | ✓ | | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation: _Voter marked the ballot incorrectly._
_Voter was given a new ballot._

Initials: _SL_
_NH_
_CFC_

27 _H_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ██████████    Race: _Chinese_    Begin Time: _10:35_    End Time: _10:40_

Interpreter or Election Official: _Ann Wong_    Observer: _Stephen Chy_

Assistance Occurred: ☑ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Eye not Good_
_Used the Disable Voter Machine    (Chinese)_

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**
_NOTE:  If the answer is not 100% "YES", mark "NO"_

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | X | | | Chinese |
| Ask voter for choice of assistor | | X | | |
| Permit the voter's choice of assistor | | X | | |
| Name each candidate on the ballot | X | | | |
| Name the political parties for each candidate on the ballot | X | | | |
| Name each office on the ballot | X | | | |
| Explain each proposition on the ballot | X | | | |
| Explain when the voter can vote for more than one candidate for an office | X | | | |
| Allow the voter to mark the ballot | X yes | X | | |
| Mark the ballot contrary to the voter's wishes | X yes | X | | |
| Attempt to rush the voter through the ballot | | X | | |
| Explain write-in procedures | X | | | |

Explanation:

Initials: _SC_
_Ann NW_
_CKC_

☐ None Observed
☒ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials: SC
NH
CKC
JAM

28

☐ None Observed
☒ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____     Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Initials: _(handwritten initials)_

29

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _Rose Chun_                Observer: _____

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| Check In | where do you live<br>do you need help<br>need Chinese or English form |
| Check In | ~~what is~~ SC<br>what you name.<br>where is the stationary |
| Check In | any Id.<br>How to to spell last name SC |
| Check In | what Apt # |
| Check In | Need Chinese or English<br><br>don't know we get you help. |
| Assistance | two name you can pick one |
| Check In | Good morning Check In ~~place residence~~.<br>I need help I can read. SC |
| Check In | you need to fill the form in Chinese |
| Check In | tell him you name<br>If you don't know English use the<br>~~the~~ Chinese form |

Initials: CU
NH
dec
JAM

30

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)    WD/AD/ED, if applicable: _____

Interpreter/Official: _Elaine Woo_    Observer: _Chia_

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| Check-out (address, name) | "Where do you live?" "What is your name?" |
| check-out (how to feed to the scan machine) | "Put the form thru the scanner" |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials: SL
NH
Cbc
OAM

30 A

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)     WD/AD/ED, if applicable: _____

Interpreter/Official: _Ann Wong_____     Observer: _Chin_____

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| Marking the ballot | " ~~Put~~ Fill the circle for the candidate you choose " |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials: SL
NH
CKC
JJM

30 B

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☒ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ▮▮▮ | Chinese | 9:25AM | ▮▮▮ | Chinese | 10:05AM |

| Address | Address |
|---------|---------|
| ▮▮▮ Boston 02111 | |

| Language Spoken (*if other than English*) | Language Spoken (*if other than English*) |
|---|---|
| Chinese | Chinese |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---|---|---|---|
| Ann Wong | Chinese | Ann Wong | Chinese |

| Reason | Reason |
|---|---|
| Cannot find her name in the list | Cannot find her name in the list move to this area half year ago |

| Voter's Response | Voter's Response |
|---|---|
| fill in Provisional Balots Voters want to Vot. | fill in provencal Balots |

Information obtained from:

☒ Observation

☐ Questioning Voter

Information obtained from:

☒ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials? ☒ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☒ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
☒ Yes ☐ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No

1. Did the election official check with voter registration officials? ☒ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☒ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
☒ Yes ☐ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No

Initials:
Ci
DH
CKC
DYM

31 A

Sequence starts with 31A

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☒ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ███████████ | Chinese | 10:46 | ███████████ | Chinese | 10:07 |

**Address** ████████████

████████ New York NY 1017

**Language Spoken** *(if other than English)*
Chinese

**Language Spoken** *(if other than English)*
Chinese

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---|---|---|---|
| Ann Wong | Chinese | Ann Wong | Chinese |

**Reason**
Name not on list
Move here last year ago.
New York

**Reason**
Name not on list
Move here from New York

**Voter's Response**
fill in Provisional Ballots

**Voter's Response**
fill in Provisional Ballots

**Information obtained from:**

☒ Observation

☐ Questioning Voter

**Information obtained from:**

☒ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials? ☒ Yes ☐ No

1. Did the election official check with voter registration officials? ☒ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☒ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☒ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
☐ Yes ☒ No    If so, where?

3. Did the election officials tell the voter he/she was registered elsewhere?
☐ Yes ☒ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No

4. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No

Initials: SL
WH
der
DAM

31 B

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race Chinese | Time 12:35 | Name | Race | Time |
|---|---|---|---|---|---|
| Address ▆▆▆▆ Boston MA 02118 | | | Address | | |
| Language Spoken *(if other than English)* Chinese | | | Language Spoken *(if other than English)* | | |
| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot Ann Wong | Race Chinese | | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | |
| Reason Came to the Wong Poll | | | Reason | | |
| Voter's Response fill in Provisional Ballots. They told her the Voting place But she want to Vote here. CL | | | Voter's Response | | |
| Information obtained from: ☑ Observation ☐ Questioning Voter | | | Information obtained from: ☐ Observation ☐ Questioning Voter | | |

| | |
|---|---|
| 1. Did the election official check with voter registration officials? ☑ Yes ☐ No | 1. Did the election official check with voter registration officials? ☐ Yes ☐ No |
| 2. Was the voter advised to check with the voter registration officials? ☑ Yes ☐ No | 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No |
| 3. Did the election officials tell the voter he/she was registered elsewhere? ☑ Yes ☐ No    If so, where? Cathedral | 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☐ No    If so, where? |
| 4. Was the ballot kept separate from the unchallenged ballots? ☑ Yes ☐ No | 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No |

Initials: CL
NH
CKC
nam

31 C

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☒ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ▓▓▓▓▓ | Chinese | 1:58PM | | | |

| Address | Address |
|---------|---------|
| ▓▓▓▓▓ Boston MA 02111 | |

| Language Spoken (*if other than English*) | Language Spoken (*if other than English*) |
|---|---|
| Chinese | |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---|---|---|---|
| Ann Wong | Chinese | | |

| Reason | Reason |
|---|---|
| Name not in list Just move to the Area. | |

| Voter's Response | Voter's Response |
|---|---|
| fill in Provisional Ballots | |

**Information obtained from:**

☒ Observation
☐ Questioning Voter

**Information obtained from:**

☐ Observation
☐ Questioning Voter

1. Did the election official check with voter registration officials? ☒ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☒ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
☒ Yes ☐ No If so, where?
414 Tremont St Apt 65  Boston

4. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No

1. Did the election official check with voter registration officials? ☐ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
☐ Yes ☐ No If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No

Initials: *GL*
*NH*
*CKC*
*JWM*

31 **D**

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐,
## AFFIDAVIT-☐, OR PROVISIONAL-☒ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| [redacted] | C | 6-35 pm | | | |

| Address | Address |
|---------|---------|
| [redacted] Boston | |

| Language Spoken *(if other than English)* | Language Spoken *(if other than English)* |
|---------|---------|
| C | |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---------|------|---------|------|
| Ann Wong | C | | |

| Reason | Reason |
|---------|---------|
| Voter moved to current address 3 yrs ago, but never changed address. | |

| Voter's Response | Voter's Response |
|---------|---------|
| Warden decided to allow provisional ballot | |

| Information obtained from: | Information obtained from: |
|---------|---------|
| ☒ Observation | ☐ Observation |
| ☐ Questioning Voter | ☐ Questioning Voter |

| 1. Did the election official check with voter registration officials? ☐ Yes ☒ No | 1. Did the election official check with voter registration officials? ☐ Yes ☐ No |
|---------|---------|
| 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☒ No | 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No |
| 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☒ No    If so, where? | 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☐ No    If so, where? |
| 4. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No | 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No |

Initials: SL
NH
ace
MAM

31 E

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☒ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ▉▉▉▉▉▉▉ | C. | 7:50 Am | | | |

| Address & phone | Address & phone |
|------|------|
| ▉▉▉▉▉▉▉ Boston | |

| Language Spoken (if other than English) | Language Spoken (if other than English) |
|------|------|
| Chinese | |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|------|------|------|------|
| Ann Wong, Warden | C | | |

**Reason** Voter's name not in registration. Voter claimed she was registered.

**Reason**

**Voter's Response** Voter was given registration form and provisional

Information obtained from: ballot.

☒ Observation

☐ Questioning Voter

**Voter's Response**

Information obtained from:

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials? ☐ Yes ☒ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes ☒ No

3. Did the election officials tell the voter he/she was registered elsewhere?
☐ Yes ☒ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No

1. Did the election official check with voter registration officials? ☐ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
☐ Yes ☐ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No

Initials: CW
NH
CKC
JAM

31 F

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☒, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name Did not get | Race C | Time | Name | Race | Time |
|---|---|---|---|---|---|
| **Address** Did not get | | | **Address** | | |
| **Language Spoken** *(if other than English)* Chinese | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** Ann Wong | **Race** C | | **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | **Race** | |
| **Reason** Voter's name was flagged and was asked for ID. Voter did not | | | **Reason** | | |
| **Voter's Response** have ID and was given the challenged ballot. | | | **Voter's Response** | | |

Information obtained from:

☐ Observation

☐ Questioning Voter

Information obtained from:

☐ Observation

☐ Questioning Voter

| 1. Did the election official check with voter registration officials? ☐ Yes ☒ No | 1. Did the election official check with voter registration officials? ☐ Yes ☐ No |
|---|---|
| 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☒ No | 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No |
| 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☐ No   If so, where? | 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☐ No   If so, where? |
| 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☒ No | 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No |

Initials:  SL
NH
CLC
MW

31 G

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? _8:00 PM_    ☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes    ☒ No

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes    ☐ No    *N/A*

   If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☒ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4. If **paper ballots** were used and counted at the polls:

   a. Were additional workers used to assist in the count?    ☐ Yes    ☐ No    ☐ Not applicable to this election

      If so, were these persons administered an oath?    ☐ Yes    ☐ No

   b. Was the table cleared before the ballot box was emptied?    ☐ Yes    ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?    ☐ Yes    ☐ No

      If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

      If so, who? _____

   g. Was each ballot read as marked?    ☐ Yes    ☐ No

      If not, how many were not properly read? _____

      How were they misread?

Initials: SL
NH
CKe
NAM

32

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

j.  How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

34

k.  Tallying of Ballots
   1. Names of officials who kept each tally (it may be that only one tally sheet is kept).
      If more than one person kept the single tally sheet, note the period of time each
      person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l.  Were the poll watchers and all other interested persons allowed the opportunity to view
    the counting process?  ☐ Yes    ☐ No        If not, explain.

m.  List the items placed in the ballot box.

n.  List the items not placed in the ballot box and indicate where they were placed.

o.  What time did the ballot box leave the polling place? _____
    Who took it?    _____
    Was it locked?  ☐ Yes    ☐ No    Was it sealed?  ☐ Yes    ☐ No

p.  What time did the Observer Team leave the polling place? _____    Did an
    Observer accompany the ballot box?   ☐ Yes    ☐ No

5.  If **DRE** or lever **voting machines** were used:

    ┌─────────────────────────────────┐
    │  ☐ Not applicable to this election │
    └─────────────────────────────────┘

    a.  Were the machines locked and sealed against
        further voting?  ☐ Yes    ☐ No
        If so, by whom? _____

    b.  Who read the count from the machine? _____

Initials: *SL*
          *NM*
          *CKC*
          *MM*

35

c. Was the count verified by another official?   ☐ Yes   ☐ No   If so, by whom?

_____

d. Was it read correctly?                    ☐ Yes   ☐ No
e. Who recorded the vote on the official return sheets?   _____

f. Was the vote recorded accurately?         ☐ Yes   ☐ No
g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h. Was the vote announced by the poll officials?   ☐ Yes   ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?   ☐ Yes   ☐ No
j. Were the absentee votes counted and tabulated with the votes shown on the machines?   ☐ Yes   ☐ No
k. Was the statement of results signed and certified by the poll officials?   ☐ Yes   ☐ No
l. Was the statement delivered to the election officials?   ☐ Yes   ☐ No

   By whom?   _____
m. As soon as the count was completed and the results announced, was the counter compartment locked?   ☐ Yes   ☐ No   By whom?   _____
n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.

o. What time did the Observer Team leave the polling place?   _8 p.m._

6. If **punch cards or optical scan cards** were used:
   a. Was a duplicate report of the number of persons

   ☐ Not applicable to this election

   voting prepared?  ☐ Yes  ☐ No

   By whom? _____
   b. What was done with the election supplies such as ballot stubs, etc.?




   c. Was the ballot box sealed?  ☐ Yes  ☐ No  By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

   Did an observer accompany the ballot box?  ☐ Yes  ☐ No
   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots
   a. Were the absentee ballots opened and stacked?

   ☐ Not applicable to this election

   ☐ Yes  ☐ No
   By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?  ☐ Yes  ☐ No

   If so, who? _____

   d. Was each ballot read as marked?  ☐ Yes  ☐ No  If not, how many were not
   properly read? _____  How were they misread?




   e. What was done with the ballots after they were read?




**Initials:** SL
NH
Cla
MW

37

f.  How many absentee ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____    Provide complete information below:

| Office Voted For | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials: ᏕᏒ
ＮＨ
ＣＫＺ

ᏁᎪᎷᎫ

38

8. Challenged, Affidavit, or Provisional Ballots
    a. Were the challenged/affidavit/provisional ballots
       opened and stacked?

<div style="border:1px solid">☐ Not applicable to this election</div>

       ☐ Yes    ☐ No   By whom?

    _____

    b. Who read the ballots?    _____

    c. Did anyone hand the ballots to the reader?   ☐ Yes     ☐ No

       If so, who? _____

    d. Was each ballot read as marked?   ☐ Yes     ☐ No         If not, how many were
       not properly read? _____    How were they misread?

    e. What was done with the ballots after they were read?

    f.  How many challenged/affidavit/provisional ballots were totally rejected?

       _____

       Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials: SL
NH
CKC
AGW

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials: *SL*
*NH*
*CKL*
*JRW*

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

Initials: 

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE  WD/AD/ED, if applicable: ____

| Name | Race | | Name | Race |
|---|---|---|---|---|
| 1 | | | 28 | |
| 2 | | | 29 | |
| 3 | | | 30 | |
| 4 | | | 31 | |
| 5 | | | 32 | |
| 6 | | | 33 | |
| 7 | | | 34 | |
| 8 | | | 35 | |
| 9 | | | 36 | |
| 10 | | | 37 | |
| 11 | | | 38 | |
| 12 | | | 39 | |
| 13 | | | 40 | |
| 14 | | | 41 | |
| 15 | | | 42 | |
| 16 | | | 43 | |
| 17 | | | 44 | |
| 18 | | | 45 | |
| 19 | | | 46 | |
| 20 | | | 47 | |
| 21 | | | 48 | |
| 22 | | | 49 | |
| 23 | | | 50 | |
| 24 | | | 51 | |
| 25 | | | 52 | |
| 26 | | | 53 | |
| 27 | | | 54 | |
| Subtotals By Race | | | Subtotals By Race | |

Initials:

SL
NH

CKC
JPM