UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11598 WGY |
| ) | |
| CITY OF BOSTON, MASSACHUSETTS, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

**NOTICE OF APPEARANCE**

Please enter on the docket my appearance as additional counsel for the potential defendant-intervenor Secretary of the Commonwealth of Massachusetts.

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL

   /s/ H. Reed Witherby
H. Reed Witherby BBO #531600
Special Assistant Attorney General
Smith & Duggan LLP
Two Center Plaza
Boston, MA  02108
(617) 228-4400
rwitherby@smithduggan.com

July 12, 2007

Certificate of Service

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent this day to those who are indicated on the NEF as non-registered participants and who are not represented by counsel.

/s/ H. Reed Witherby