```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>         Plaintiff      )<br>                        )<br>     v.                 )  CIVIL ACTION NO.<br>                        )    05-11598-WGY<br>CITY OF BOSTON, MASSACHUSETTS, )  <u>THREE-JUDGE COURT</u><br>ET AL                   )<br>                        )<br>         Defendants     )<br>                        ) |  |

ORDER

1.   The motion to intervene of the Secretary of State of the Commonwealth of Massachusetts [Docket No. 78] is ALLOWED.

2.   The three judge court will hear the argument of the parties and intervenor on all issues pending before the court on Wednesday, July 25, 2007 at 2:00 p.m. in the panel courtroom of the United States Court of Appeals, 7th floor, United States Courthouse, Boston, MA.

SO ORDERED.

For the three judge court,

/s/ William G. Young
William G. Young
District Judge