IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF BOSTON, ) <br> MASSACHUSETTS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 05-11598 WGY <br> <u>THREE-JUDGE COURT</u> |

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk:

    Please enter the appearance of T. Russell Nobile as counsel for the Plaintiff in the above-captioned case.

                                Respectfully submitted,

                                /s/ *T. Russell Nobile*
                              T. RUSSELL NOBILE
                              Mississippi Bar No. 100682
                              Louisiana Bar No. 29039
                              t.russell.nobile@usdoj.gov
                              Voting Section
                              Civil Rights Division
                              United States Department of Justice
                              Room 7254 NWB
                              950 Pennsylvania Avenue, N.W.
                              Washington, DC 20530
                              (202) 307-1190 (phone)
                              (202) 307-3961 (fax)

## CERTIFICATE OF SERVICE

      I, T. Russell Nobile, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 20, 2007.

                                          */s/ T. Russell Nobile*
                                          T. RUSSELL NOBILE
                                          Trial Attorney, Voting Section
                                          United States Department of Justice