UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>-against-<br><br>CITY OF BOSTON, MASSACHUSETTS, et al.,<br><br>                                Defendants. | Civil Action No. 05-11598 WGY<br><br>THREE-JUDGE PANEL: WGY, SL, PS |

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Cynthia Mark of Greater Boston Legal Services, hereby appears as the attorneys of record for proposed *amici curiae* Chinese Progressive Association, Chinatown Resident Association, New England Chapter of Organization of Chinese Americans, Inc., Siu Tsang, Qiu Quing Yu, Yung Lau and Tse Ngar Cho in this Action.

Dated:    July 24, 2007                     RESPECTFULLY SUBMITTED,

                                                             /s/ Cynthia Mark
                                                         CYNTHIA MARK (BBO#567487)
                                                         Attorney for Proposed *amici curiae*
                                                         Greater Boston Legal Services
                                                         197 Friend Street
                                                         Boston, MA 02114
                                                         Telephone: (617) 603-1720
                                                         Facsimile: (617) 371-1222
                                                         CMark@GBLS.org

### CERTIFICATE OF SERVICE

I, Cynthia Mark, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participates as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those individuals indicated as non-registered participants on July 24, 2007.

                                                         /s/ Cynthia Mark
                                                         Attorney for Proposed amici curiae