UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. 05-11598 WGY |
| Plaintiff, | THREE-JUDGE PANEL: WGY, SL, PS |
| -against- | |
| CITY OF BOSTON, MASSACHUSETTS, et al., | |
| Defendants. | |

## MOTION FOR LEAVE OF COURT TO FILE BRIEF *AMICUS CURIAE*

Individual citizen voters Siu Tsang, Qiu Qing Yu, Yung Lau, and Tse Ngar Cho, as well as the Chinese Progressive Association and the Chinatown Resident Association and New England Chapter of Organization of Chinese Americans, Inc. (collectively, the "Chinese American Organizations and Voters"), hereby move this Court for leave to file a brief *amicus curiae* for the purpose of aiding the Court in its disposition of the United States' "Unopposed Motion to Clarify Memorandum of Agreement and Settlement" (Docket No. 72, filed on May 24, 2007) (hereinafter, the "Motion to Clarify").

Mr. Tsang, Ms. Yu, Mr. Lau and Mr. Cho are each naturalized citizens of the United States and registered voters residing in the City of Boston. Mr. Tsang, Ms. Yu, Mr. Lau and Mr. Cho have each experienced difficulties voting in elections due to their limited proficiency in the English language, and have each benefited from the City of Boston's use of translated/transliterated Chinese ballots.

The Chinese Progressive Association ("CPA") is a non-partisan, community-based, membership organization located in the City of Boston.  For many years, CPA has promoted the involvement of limited-English-proficient citizens in the electoral process and has provided services to limited-English-proficient citizens.  CPA aims to protect the rights of its constituents under the Voting Rights Act of 1965.

The Chinatown Resident Association ("CRA") is a representative, non-partisan, Chinese American community organization located in the City of Boston.  The members of CRA's steering committee represent each of the individual areas within Boston's Chinatown. CRA organizes and advocates on behalf of the residents of Boston's Chinatown and seeks to protect the rights of its constituents under the Voting Rights Act of 1965.

The Organization of Chinese Americans ("OCA") is a national member-based organization dedicated to advancing the social, political and economic well-being of Asian Pacific Americans in the United States.  OCA was founded in 1973 and is based in Washington, D.C. The New England Chapter of OCA was founded in 1981 and is based in Belmont, Massachusetts.  The New England Chapter of OCA ("OCA New England") represents and advances the goals of OCA in the New England region.

The Chinese American Organizations and Voters have an interest in this matter because they are limited-English-proficient voters in the Commonwealth of Massachusetts or represent a constituency of limited-English-proficient voters in the Commonwealth.  In recent elections, Mr. Tsang, Ms. Yu, Mr. Lau and Mr. Cho have each personally experienced difficulties that would be ameliorated if the Court granted the United States' Motion to Clarify. In spite of the barriers they have encountered exercising their right to vote, Mr. Tsang, Ms. Yu, Mr. Lau and Mr. Cho plan to vote in future elections.  Understandably, Mr. Tsang, Ms. Yu, Mr. Lau and Mr. Cho wish to do so by using a ballot and other voting materials that have been

translated/transliterated into Chinese, so that they can exercise their right to vote without undue burdens or obstacles.

Furthermore, three of the Chinese American Organizations and Voters – CPA, CRA and Mr. Tsang – have an interest in this matter because they have been actively involved in this litigation from the outset, including previously appearing before this Court as proposed intervenors in this matter. CPA, CRA and Mr. Tsang were involved in the events leading up to the negotiation and approval of the Memorandum of Agreement and Settlement, dated September 15, 2005, as amended by an order of the Court dated October 18, 2005 (the "Settlement Agreement") between the City of Boston (the "City") and the United States Department of Justice (the "DOJ"). This involvement included assisting in the development of the factual record to support the relief sought in this lawsuit by providing declarations regarding difficulties in exercising the right to vote, as well as discussions with the parties to the lawsuit regarding the structure and scope of the Settlement Agreement. And, since the approval of the Settlement Agreement, these organizations, as well as their counsel, have been involved in monitoring elections and the City's compliance with the Settlement Agreement.

In addition, the proposed *amici curiae* bring particular knowledge regarding the translation/transliteration of names from English to Chinese that is relevant to the matter before the Court. CPA, CRA and OCA New England have extensive experience with the processes of translation and transliteration from Chinese to English. Mr. Tsang, Ms. Yu, Mr. Lau and Mr. Cho, as individual voters, have unique and important perspectives to contribute as representatives of the segment of the public for whose benefit these measures are intended: the limited-English-proficient, Chinese-speaking voter residing in the City of Boston.

Rule 29 of the Federal Rules of Appellate Procedure governs the filing of a brief *amicus curiae* at the appellate level, but there is no analogous rule in the Federal Rules of Civil Procedure applicable to courts at the trial level. It is widely held, however, that a trial court has broad discretion over the decision whether to allow a non-party to participate as an *amicus curiae*. Ellsworth Assocs., Inc. v. United States, 917 F.Supp. 841 (D.D.C. 1996). Courts have held that "[t]here are no strict prerequisites that must be established prior to qualifying for amicus status." In re Roxford Foods, 790 F. Supp. 987, 997 (E.D.Cal. 1991) (quoting United States v. Louisiana, 751 F.Supp. 608, 620 (E.D.La. 1990). A non-party will normally be allowed to file a brief amicus curiae when that non-party has an interest in the litigation and the brief is relevant to the issues before the Court, In re Dow Corning Corp., 255 B.R. 445, 465 (E.D.Mich. 2000), or when the non-party has "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide," CARE v. DeRuyter Bros. Dairy, 54 F.Supp.2d 974, 975 (E.D.Wash. 1999).

As a result of their prior involvement in this case as proposed intervenors; their role in the negotiation and approval of the Settlement Agreement; their on-going activities in connection with the monitoring and implementation of the Settlement Agreement; and their unique perspectives as organizations involved with and individuals from the group that will be directly affected by the resolution of the matters before the Court, the Chinese American Organizations and Voters easily satisfy the requirements to be allowed to participate as *amici curiae*.

### **Compliance with Local Rule 7.1(a)(2)**

Counsel hereby certifies that prior to filing this motion, one of the counsel to the proposed *amici curiae* contacted counsel for each of the United States of America, the City of Boston, and the Secretary of the Commonwealth of Massachusetts to inquire whether the parties would consent to the relief sought in this motion.  Counsel to the United States of America provided that party's consent; counsel to the other two parties stated they would need to consult with their client, and as of the filing of this motion had neither consented to, nor indicated any opposition to, the relief sought in this motion.


### **Conclusion**

For the foregoing reasons, the Asian American Movants request that the Court grant this motion for leave to file the attached brief *amicus curiae*.

RESPECTFULLY SUBMITTED,

Dated:  July 24, 2007

  /s/ Glenn D. Magpantay_____

GLENN D. MAGPANTAY
(admitted *pro hac vice* in this case)

Attorney for *Amici Curiae*

Staff Attorney
Asian American Legal Defense and Education Fund
99 Hudson Street, 12th Floor
New York, New York 10013-2815
Telephone: (212) 966-5932

  /s/ Cynthia Mark_____

CYNTHIA MARK (BBO#567487)

Attorney for *Amici Curiae*

Asian Outreach Unit
Greater Boston Legal Services
197 Friend Street
Boston, MA 02114
Telephone: (617) 603-1720
Facsimile: (617) 371-1222

  /s/ Andrew M. Troop_____

ANDREW M. TROOP (BBO#547179)
CHRISTOPHER R. MIRICK (BBO#639683)

Attorneys for *Amici Curiae*

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

## CERTIFICATE OF SERVICE

I, Cynthia Mark, hereby certify that the foregoing motion with all accompanying documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those individuals indicated as non-registered participants on July 24, 2007.

/s/ Cynthia Mark
Attorney for Proposed amici curiae

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -against- <br><br> CITY OF BOSTON, MASSACHUSETTS, et al., <br><br> Defendants. | Civil Action No. 05-11598 WGY <br><br> THREE-JUDGE PANEL: WGY, SL, PS |

**BRIEF OF CHINESE PROGRESSIVE ASSOCIATION,
CHINATOWN RESIDENT ASSOCIATION, NEW ENGLAND
CHAPTER OF ORGANIZATION OF CHINESE AMERICANS, INC., SIU TSANG,
QIU QING YU, YUNG LAU AND TSE NGAR CHO AS *AMICI CURIAE***

   Chinese Progressive Association, Chinatown Resident Association, New England

Chapter of Organization of Chinese Americans, Inc., Siu Tsang, Qiu Qing Yu, Yung Lau, and

Tse Ngar Cho (collectively, the "Chinese American Organizations and Voters") respectfully

submit this *amicus* brief.

## PRELIMINARY STATEMENT

   The right to vote is fundamental to our democratic system, and the commitment to

protecting that right should extend to each and every American citizen eligible to vote, including

Chinese American citizens.

   Chinese Americans are a growing segment of the Massachusetts electorate, but

many are limited-English proficient ("LEP") and need assistance in order to exercise their right

to vote.  Fortunately, the federal Voting Rights Act mandates exactly the assistance that these

voters in Boston need, particularly including the translation of all voting materials into Chinese.

It is crucial that candidates' names be translated/transliterated[1] into Chinese on the ballots if the LEP Chinese American voters in Boston are to be able to participate in the elections. The United States Department of Justice, the City of Boston, and the Chinese American Organizations and Voters all recognize this need, and accordingly the settlement approved by this Court nearly two years ago creates a framework to help ensure that LEP Chinese American voters receive a ballot that they can read and understand.

The Secretary of the Commonwealth of Massachusetts (the "Secretary") opposes printing ballots for upcoming federal and state elections that are fully translated into Chinese, on the basis of unfounded concerns that translation/transliteration of English names into Chinese is inherently imprecise and may confuse and/or unfairly influence voters. Implicit in the Secretary's argument is a view that LEP voters either lack the commitment to the electoral process to know who the candidates are, or lack the intelligence to understand that the Chinese characters represent English names and are not describing the qualities of the candidates – that these voters are either lazy, or gullible. The Secretary's position was raised – and rejected – more than a decade ago in other states.[2] It should meet the same fate here.

---

[1] When a document is translated from English into Chinese, proper nouns (such as names) that do not have a meaning in English are translated into Chinese by the process of "transliteration," in which the sounds that compose the English word are represented by Chinese characters

[2] For example, the New York City Board of Elections first opposed transliterating names on ballots in the early 1990's. *The New York Times* delivered an editorial rebuke of the Board of Elections' inaction under the Voting Rights Act, saying "That sounds like the foot-dragging bureaucratic arguments that have been raised all over America at one time or another against giving minorities their rights. It is no excuse for not obeying the law." Minority Rights in the Voting Booth, N.Y. Times, Aug. 19, 1994, at A26. Eventually, the Board of Elections agreed to provide fully translated ballots in voting machines with candidate names in Chinese, and has continued to do so in every election for the past thirteen years without controversy.

## BACKGROUND

Chinese Progressive Association ("CPA") is a representative, non-partisan, community-based, membership organization located in the City of Boston.  Among other activities, CPA has promoted the involvement of limited-English-proficient citizens in the electoral process and has provided services to limited-English-proficient citizens.  CPA aims to protect the rights of its constituents under the Voting Rights Act of 1965.

Chinatown Resident Association ("CRA") is a representative, non-partisan Chinese American community organization located in the City of Boston.  CRA organizes and advocates on behalf of the residents of Boston's Chinatown.  It desires to protect the rights of its constituents under the Voting Rights Act of 1965.

The Organization of Chinese Americans ("OCA") is a national member-based organization dedicated to advancing the social, political and economic well-being of Asian Pacific Americans in the United States.  OCA was founded in 1973 and is based in Washington, D.C. The New England Chapter of OCA was founded in 1981 and is based in Belmont, Massachusetts.  The New England Chapter of OCA ("OCA New England") represents and advances the goals of OCA in the New England region.

Mr. Tsang, Ms. Yu, Mr. Lau and Mr. Cho are naturalized citizens of the United States and registered voters residing in the City of Boston.  Each have experienced difficulties voting in elections due to their limited proficiency in the English language, and have found the availability of translated/transliterated ballots in elections run by the City of Boston greatly enhances their ability to vote.  They desire to participate fully in the electoral process equally with other citizens, and to exercise their voting rights by the use of voting materials and ballots written in a language that they can understand.

CPA, CRA and Mr. Tsang, among others, sought to intervene in this case shortly after it was filed in July, 2005, and were involved in the events leading up to the negotiation and approval of the Memorandum of Agreement and Settlement, dated September 15, 2005, as amended by an order of the Court dated October 18, 2005 (the "Settlement Agreement") between the City of Boston (the "City") and the United States Department of Justice (the "DOJ"). This involvement included assisting in the development of the factual record to support the relief sought in this lawsuit by providing declarations regarding difficulties in exercising the right to vote, as well as discussions with the parties to the lawsuit regarding the structure and scope of the Settlement Agreement. The Ms. Yu, Mr. Lau, Mr. Cho and OCA New England join with CPA, CRA and Mr. Tsang in filing this *amicus* brief to continue the effort of advancing language equality in the voting process, as provided for under federal law.

Further background as to the procedural posture of this case and the intervention of the Secretary in the present motion is contained in the pleadings filed by the DOJ and the Secretary. The Chinese American Organizations and Voters generally refer to that background information to the extent necessary.

## DISCUSSION

### Translation/Transliteration of Candidate Names
### Is Required Under the Settlement Agreement

There can be no doubt that the Settlement Agreement requires the translation/transliteration of candidate names into Chinese. Not only do the parties to the Settlement Agreement – the DOJ and the City – agree that this is required,[3] but the course of conduct since the approval of the Settlement Agreement unequivocally demonstrates that this was the intention of the parties.

---

[3] See Motion to Clarify at 2.

The Chinese American Organizations and Voters are uniquely positioned to comment on the meaning of the Settlement Agreement.  All of them have personal and/or organizational experience with the issues that are addressed by the Settlement Agreement.

Further, the CPA and CRA sought to intervene in the lawsuit to make sure any settlement adequately protected their rights, as demonstrated by their proposed complaint in intervention.  They supported the Settlement Agreement precisely because it provided for a fully bilingual ballot, as their counsel was informed by the DOJ that, among other things, the Chinese translation/transliteration of candidates' names would be required.  And, they have assisted the City and the DOJ in the effort to achieve a full implementation of the Settlement Agreement.

Indeed, it is the events since the approval of the Settlement Agreement that provide the clearest evidence of what the Settlement Agreement requires:

- The November 8, 2005 City elections were the first elections to be held after the approval of the Settlement Agreement.  In a letter to the City's Election Department dated January 5, 2006 regarding observations of the November 8 elections, the Asian American Legal Defense and Education Fund ("AALDEF"), co-counsel to the Chinese American Organizations and Voters, noted that the ballots did not include transliterations of candidates' names in Chinese, but recognized that the City had had a short time frame in which to prepare for that election.  See Letter dated January 5, 2006, a copy of which is annexed hereto as Exhibit "A."  AALDEF noted the expectation that future ballots would contain transliterated names.  Id. at 4.

- In a letter dated October 10, 2006, AALDEF submitted to the Election Department its observations of the September 19, 2006 primary elections, and again noted that the ballots at those elections did not contain transliterated candidates' names in Chinese.  See Letter dated October 10, 2006, to Election Department, a copy of which is annexed hereto as Exhibit "B."  Specifically, AALDEF reported to the Election Department that "[w]ithout the transliterated names, voters had difficulty identifying their candidates of choice," and that the omission "represents a major concern for our community and must be rectified." Id. at 2.

- In another letter, also dated October 10, 2006, AALDEF reported to the Elections Division of the office of the Secretary that ballots at the September 19, 2006 Massachusetts primary elections did not contain transliterated candidates' names

in Chinese. See Letter dated October 10, 2006, to Elections Division of Secretary of the Commonwealth, a copy of which is annexed hereto as Exhibit "C." In that letter, AALDEF noted that in a conversation with John Tanner, the Chief of the Voting Section of the U.S. Department of Justice on or around September 15, 2005, AALDEF and its clients were assured that the Settlement Agreement required the transliteration of the candidates' names. Id. at 2.

- In a letter dated January 12, 2007, AALDEF again submitted to the Election Department its observations of the November 7, 2006 general elections, including the absence of translated/transliterated candidate names in Chinese. See Letter dated January 12, 2007, a copy of which is annexed hereto as Exhibit "D."

- Finally, in the April 17, 2007 special preliminary election for Boston City Councilor District 2, the City provided translated/transliterated candidate names on the ballots. AALDEF has commended the City for its compliance with the Settlement Agreement. See Letter dated May 29, 2007, a copy of which is annexed hereto as Exhibit "E." Candidate names were again translated/transliterated into Chinese at the subsequent May 15, 2007 special final municipal election.

The Settlement Agreement requires the translation of ballots into Chinese – which means the transliteration of candidates names – as demonstrated by the efforts of the City since the approval of the Settlement Agreement.

**Translation/Transliteration of Candidate Names Will Not Cause Confusion or Unfairly Influence LEP Chinese American Voters**

The Secretary's concerns about the potential negative effects of the translation/transliteration of English names into Chinese are unfounded. The inclusion of translated/transliterated candidate names on the ballot will not confuse or unfairly influence LEP Chinese American voters. Just the opposite is true: it is the lack of these translated/transliterated names that poses challenges to the fairness of the electoral process.

LEP Chinese American voters typically know the candidates by their translated/transliterated names, and not by their English names. These names appear in Chinese-language media outlets, advertising, public notices, and campaign literature. AALDEF's exit poll in 2004 found that more than half (54%) of all Massachusetts Asian American voters turned

to ethnic media outlets, rather than mainstream media outlets, for their main source of news about politics and community issues. More than a third (35%) of voters got their news from ethnic media sources in Asian languages.[4] The Chinese-language newspaper *World Journal*, for example, has a Boston-area circulation of 30,000 readers, and regularly translates/transliterates names from English to Chinese. The process by which the *World Journal* translates candidates' names is discussed in detail in the declaration of Joe Wei, the National Desk Editor of the *World Journal*, which has been filed contemporaneously with this brief (annexed hereto as Attachment "A"). Because of the manner in which Asian Americans receive political and candidate information, the translation/transliterations of candidate names on ballots is critical to ensure LEP Chinese American voters can identify on the ballot the candidates for whom they wish to vote.

The Secretary's concerns about the "meaning" that is conveyed by a candidate's translated/transliterated name evidence a lack of understanding of the practice of translation/transliteration. Although each character used to develop a translated/transliterated name individually has a meaning, together the characters of a translated/transliterated name *do not* convey meanings and are certainly not understood to be characteristics of a particular person. Just as an English-speaking voter would not believe that Mr. Green is a green man and therefore undeserving of his/her vote, a Chinese-speaking person would not think that Mitt Romney (transliterated as Rice Clear Nun) is a nun who eats clear rice and thus undeserving of his/her vote. Chinese is read contextually and each character is read in light of other characters surrounding it. A string of words that have no meaning when read together, followed by an

---

[4] Indeed, Congress recognized the significance of Asian-language media outlets in requiring language assistance to the vote through the Voting Right Act. S. REP. NO. 94-295, at 33 (1975). 28 C.F.R. § 55.18 (e) (2006).

English name in parenthesis, would be read by a Chinese-speaking individual to be just that—a name. Issues associated with the translation/transliteration of names are discussed in more detail in the Declaration of Yilu Ma, a professional interpreter with over 20 years experience, which is filed contemporaneously with this brief (annexed hereto as Attachment "B").

Both the importance of the translation/transliteration of candidate names, and the lack of any credible concern regarding confusion, is amply demonstrated by looking at other jurisdictions that are covered under Section 203 of the Voting Rights Act for Chinese. Election officials in Alameda, Los Angeles, Orange, San Francisco and Santa Clara counties in California, and New York, Kings and Queens counties in New York, all provide translation/transliteration of candidate names, and have done so for many election cycles with no meaningful controversy or dispute.

**Proposed Methodology for**
**Translation/Transliteration of Candidate Names**

Any concerns by the Secretary regarding the process of the translation/transliteration of candidate names into Chinese may be addressed by the adoption of commonly-used methods for translating/transliterating candidate names on ballots for state and federal elections.

AALDEF recommended this methodology to the Boston Election Department in a letter on January 12, 2007, and the City used this methodology for its Special Preliminary Election on April 17, 2007. A similar methodology is also employed by the New York City Board of Elections for its compliance with Section 203 of the Voting Rights Act for Chinese language assistance. The methodology is as follows:

- First, standard translations of candidates' first names and common last names are applied. Many common English names (such as John, Patrick, William, Michelle, and Christine), common last names, and last names which are derivatives of common first names (such as Johnson, Jones, Smith, and Williams) already have

widely accepted translations. These can be found in many English-to-Chinese dictionaries.

- Second, uncommon surnames, such as "Romney" or "Dukakis," are transliterated. Standard phonetic transliterations of vowels and consonants are used to devise the Chinese characters. The sets of characters approximate the sounds of the names. Proposed transliterations should be developed in consultation with Chinese-language newspapers and/or members of an advisory group. This ensures consistency, such that names that have already been transliterated and are in the public are selected for use on the ballot. Additionally, it guards against the possibility of awkward transliterations.

- Third, candidates have the right to select or alter the translations/transliterations of their names. Once translated/transliterated names are developed, candidates should be notified that their names will appear on the ballot in Chinese characters alongside their names in Roman letters, and are also notified of the proposed translations/transliterations that will be used. Asian candidates with Chinese names, and candidates with particular names that they use in their own campaign literature, typically take advantage of this opportunity to change the names recommended for them. In New York City, the candidates have seven days to respond to the notice with alternative translations/ transliterations. After this period, if the candidates do not respond, the Board of Elections proceeds to use the translated/transliterated names that it assigned to the candidates.

- Fourth, the final list of all candidates' translated/transliterated names are publicized to Chinese-language newspapers, advisory group members, and other interested parties. This publicity also serves to resolve any remaining inconsistencies among Chinese-language media outlets that may have been using different translations/transliterations of the same name.

This methodology can and should be adapted and implemented by the Secretary so that LEP Chinese American voters in Boston may fully participate in the election process. Experience in other jurisdictions – and in the elections run by the City since the approval of the Settlement Agreement – show that this methodology works.

## CONCLUSION

The Settlement Agreement requires, among other things, the translation/transliteration of voting materials into Chinese – including the names of the candidates on the ballot. Asian American voters are familiar with translation/transliteration of candidates' names from media and other sources, and LEP Chinese American voters will not be

confused or mislead by the use of these names. Other jurisdictions have developed and implemented a common methodology to translate/transliterate candidates' names into Chinese, and this process can and should be adopted in Massachusetts. The Secretary's opposition to the translation/transliteration of candidates' names rests on an imagined parade of horribles that lacks any foundation, and this Court should direct the Secretary to comply with the Settlement Agreement.

RESPECTFULLY SUBMITTED,

Dated:  July 24, 2007

  /s/ Glenn D. Magpantay

GLENN D. MAGPANTAY
(admitted *pro hac vice* in this case)

Attorney for *Amici Curiae*

Staff Attorney
Asian American Legal Defense and Education Fund
99 Hudson Street, 12th Floor
New York, New York 10013-2815
Telephone: (212) 966-5932


  /s/ Cynthia Mark

CYNTHIA MARK (BBO#567487)

Attorney for *Amici Curiae*

Asian Outreach Unit
Greater Boston Legal Services
197 Friend Street
Boston, MA 02114
Telephone: (617) 603-1720
Facsimile: (617) 371-1222



  /s/ Andrew M. Troop

ANDREW M. TROOP (BBO#547179)
CHRISTOPHER R. MIRICK (BBO#639683)

Attorneys for *Amici Curiae*

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

## **Table of Exhibits**

Exhibit A – Letter to Boston Election Department, Geraldine Cuddyer, Chairwoman, January 5, 2006.

Exhibit B – Letter to Boston Election Department, Geraldine Cuddyer, Chairwoman, October 10, 2006.

Exhibit C – Letter to Massachusetts Elections Division, Michelle K. Tassinari, Legal Counsel, October 10, 2006.

Exhibit D – Letter to Boston Election Department, Geraldine Cuddyer, Chairwoman, January 12, 2007.

Exhibit E – Letter to Boston Election Department, Geraldine Cuddyer, Chairwoman, May 29, 2007 .

Exhibit F – Letter to Boston Election Commission, Nancy Lo, Chairperson, October 17, 2003.

Exhibit G – Official Ballot for the General Election, City of New York, County of Queens, November 2, 2004, Translated into Chinese and Korean.

Exhibit H – Excerpts from Oxford Advanced Learner's English-Chinese Dictionary, 6th Ed., Oxford University Press (2004).

Exhibit I – A Dictionary of English Surnames and Christian Names, Foreign Language Teaching and Research Press (2001).

**<u>Attachments</u>**

Note: In addition to the Exhibits listed above, the following two declarations and one affirmation have been contemporaneously filed with this brief.

A.     Declaration of Joe Wei.

B.     Declaration of Yilu Ma.

C.     Affirmation of Glenn D. Magpantay.

# ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
*99 HUDSON STREET, 12th FL, NEW YORK, NY 10013-2815  212 966-5932  FAX 212 966-4303*

January 5, 2006

Geraldine Cuddyer, Chairwoman
Election Department
Boston City Hall
1 City Hall Plaza, Room 241
Boston, Massachusetts 02201

**Re:    Observations of November 8, 2005 Elections**

Dear Chairwoman Cuddyer:

We are writing to summarize our observations from monitoring the November 8, 2005 Elections for compliance with the federal Voting Rights Act, the Help America Vote Act ("HAVA"), and the Memorandum of Agreement and Settlement ("Agreement") entered on September 15, 2005 in the United States District Court for the District of Massachusetts, and to document other barriers encountered by Asian American and Latino voters. · We thank you once again for allowing us to conduct these activities, and hope to continue to work with your office to improve voting procedures for all Boston voters.

As you know, the Asian American Legal Defense and Education Fund is a nonpartisan civil rights organization that protects and promotes the voting rights of Asian Americans.  We collaborated with Greater Boston Legal Services/Asian Outreach Unit, Lawyers' Committee for Civil Rights of the Boston Bar Association, Chinese Progressive Association, Vietnamese American Initiative for Development, and the law firm of Weil, Gotshal & Manges in this effort. We limited our activities on Election Day to conducting a nonpartisan, anonymous exit poll and interviewing voters after they voted or were denied the opportunity to vote.

On November 8, 2005, we observed 29 poll sites in Boston with large percentages of Chinese Vietnamese, and Latino voters.  Attachment A lists the poll sites and subsequent Attachments provide details about the individual poll sites.  At the outset, we commend the City on its efforts to make Elections accessible to limited English proficient Asian American and Latino voters.

## 1.    Voter Survey Results

In our multilingual, nonpartisan exit poll, we surveyed 148 Asian American voters, of which 78% were Chinese, 10% Southeast Asian (primarily Vietnamese), 3% Korean, and 2% Other Asian. Voters spoke Cantonese (65%), English (14%), Vietnamese (9%), Mandarin (1%), Korean (1%), and various other languages (5%).

First-time voters comprised 17% of those surveyed, while 72% indicated they had cast votes in prior Elections.  Nevertheless, 68% of voters were limited English proficient, and 32% of voters indicated they used an interpreter provided by the city or brought a friend or family member to translate.  Another 9% of voters said they used translated voting materials.

## 2. Multilingual signs and translated voting materials

We observed that poll sites generally complied with state and federal requirements for notifying voters about where and how to vote, that interpreters were available, and their voting rights under Massachusetts law. Still, several poll sites were missing multilingual signs and Chinese, Vietnamese, and Spanish voter assistance materials as required under Paragraphs 1, 19, 20, and 21 of the Agreement.

Paragraph 1 of the Agreement requires the city to provide "'registration or voting notices, forms, instructions, assistance or other materials or information relating to the electoral process, including ballots'" in Chinese, Vietnamese, and Spanish.

Nevertheless, we observed that the poll sites below did not provide some of the required voting materials. We ask that you confirm whether poll wardens at these poll sites documented similar observations in a checklist made available to the public, as required under Paragraph 17 of the Agreement, and, if absent, to append these incidents to the lists based on our observations below.

### Dorchester

- VietAID Community Center (Ward 15, Precincts 7/8)
  *Vietnamese provisional/escrow ballots and envelopes remained unopened.*

- National Guard Armory (Ward 16, Precinct 2)
  *Vietnamese provisional/escrow ballots and envelopes, and voter registration forms, remained unopened.*

- Richard J. Murphy School (Ward 16, Precinct 5)
  *Vietnamese provisional/escrow ballots and envelopes, and voter registration forms, remained unopened.*

- Savin Hill Apartments (Ward 15, Precinct 6)
  *Poll workers stored Chinese and Vietnamese voting materials behind the interpreters' table. An interpreter explained that because Vietnamese voters were particularly self-conscious about notifying workers about voting problems, the interpreters would privately address their problems away from the crowded check-in tables when those problems arose. Please confirm that the poll warden documented this procedure. Finally, Spanish-language materials were generally missing from the table.*

- Dorchester House (Ward 15, Precinct 9)
  *Chinese and Vietnamese voter assistance materials were not provided unless explicitly requested. Poll workers claimed the tables were too small. Meanwhile, Spanish voter assistance materials were placed on a side table.*

3.
W
H
ab

- Pasciucco Apartments (Ward 15, Precinct 4)
  *Chinese and Vietnamese voter assistance materials were not provided unless explicitly requested. Poll workers claimed the tables were too small. Meanwhile, Spanish voter assistance materials were placed on a side table.*

- Edward Everett School (Ward 13, Precinct 9)
  *All Chinese, Vietnamese, and Spanish voter assistance materials were missing.*

- St. Williams School (Ward 13, Precinct 10)
  *All Chinese, Vietnamese, and Spanish voter assistance materials were missing.*

- Early Learning Center (Ward 15, Precinct 1)
  *Chinese, Vietnamese, and Spanish voter assistance materials were available only upon request.*

**Fenway**

- Morville House (Ward 4, Precincts 6/7)
  *Chinese and Vietnamese provisional/escrow ballots and envelopes, and voter registration forms, remained unopened. Our observer spoke with the poll warden who said that poll workers provided these materials upon a voter's request.*

- YWCA (Ward 4, Precincts 5/8)
  *Chinese and Vietnamese provisional/escrow ballots and envelopes, and voter registration forms, remained unopened. The poll warden explained that most of the non-English speaking voters in the precincts were Russian. Finally, Spanish voter assistance materials were available only upon request.*

- Blackstone School (Ward 8, Precinct 2)
  *Although this precinct provided almost all Chinese voting materials, Vietnamese provisional/escrow ballots and envelopes, and voter registration forms, remained unopened.*

**Mission Hill**

- Simmons College (Ward 4, Precinct 10)
  *Chinese provisional/escrow ballots and envelopes, and voter registration forms, remained unopened.*

3. Rude and hostile poll workers

While poll site operations generally remained transparent, the poll warden at the Alexander Hamilton School (Ward 21, Precinct 16) blocked our observer's access to view and/or inquire about translated voting materials.

Our observers also documented barriers that voters encountered while trying to vote. Specific complaints made by Asian American voters included:

- A voter at the Franklin Institute (Ward 5, Precinct 1) in Chinatown was given a Spanish-translated ballot even though she was of Asian descent. The voter further complained that Asian translators were not visible.

- Another voter at the Josiah Quincy School (Ward 3, Precinct 8) in Chinatown reported that her name was not on the voter roll even though she had previously registered through "motor-voter." The voter also reported that poll workers failed to provide her with a provisional ("escrow") ballot.

Despite these incidents, our observers generally found poll workers knowledgeable, courteous to voters, and quick to respond to voting problems. This contrasts sharply to reports of impatient and hostile poll workers in the March 14, 2005 Primary Elections, and we are glad to continue working with your department to ensure that poll worker training continues to improve.

4.    Language assistance, interpreters, and mistranslated materials

Paragraphs 6, 8, and 9 of the Agreement further provide for the recruitment and training of bilingual Election officers (Spanish, Chinese, and Vietnamese), and Paragraph 10 provides for on-call interpreters in any polling place without bilingual Election officers and meets a pre-determined formula by the U.S. Department of Justice. Our observers, however, reported that there were no interpreters at the following poll sites even though they fell under the Justice Department's formula:

- Chinese Interpreters
  Tent City (Ward 4, Precinct 2)
  Simmons College (Ward 4, Precinct 10)

- Vietnamese Interpreters
  Richard J. Murphy School (Ward 16, Precinct 5)
  National Guard Armory (Ward 16, Precinct 2)
  Franklin Institute (Ward 5, Precinct 1)

- Spanish Interpreters
  Viet Aid Community Center (Ward 15, Precincts 7/8)
  YWCA of Boston (Ward 3, Precinct 7)
  Pasciucco Apartments (Ward 15, Precinct 4)
  Franklin Institute (Ward 5, Precinct 1)
  Dorchester House (Ward 15, Precinct 9)

Relatedly, we found that ballots did not include transliterations of candidates' names. We understood this to be specifically part of the agreement with the Justice Department. We are sensitive to the short time frame in which the Commission had to prepare for this Election. We look forward to seeing the transliterations of candidates' names in future ballots.

## ATTACHMENT A
### Sites Monitored by AALDEF for Compliance with
Section 203, HAVA, and September 15, 2005 Settlement Agreement

**Back Bay**

| | | |
|---|---|---|
| BU – Myles Standish Hall | 30 Bay State Rd. | Ward 5, Precinct 10 |

**Brighton**

| | | |
|---|---|---|
| Academy Hill Library | 40 Academy Hill Rd. | Ward 22, Precinct 3 |
| JCC for the Elderly | 30 Wallingford Rd. | Ward 21, Precinct 13 |
| Alexander Hamilton School | 198 Strathmore Rd. | Ward 21, Precinct 16 |
| Thomas A. Edison School | 60 Glenmont Rd. | Ward 22, Precinct 8 |

**Chinatown**

| | | |
|---|---|---|
| Josiah Quincy School | 885 Washington St. | Ward 3, Precinct 8 |
| YWCA of Boston | 40 Berkeley St. | Ward 3, Precinct 7 |
| Franklin Institute | 465 Tremont St. | Ward 5, Precinct 1 |

**Dorchester**

| | | |
|---|---|---|
| St. Mark's School | 197 Centre | Ward 16, Precincts 3/6 |
| Patrick O'Hearn School | 1669 Dorchester Ave. | Ward 16, Precincts 1/4 |
| Branch Library | 690 Adams St. | Ward 16, Precinct 8 |
| Viet Aid Community Ctr. | 42 Charles St. | Ward 15, Precincts 7/8 |
| National Guard Armory | 70 Victory Rd. | Ward 16, Precinct 2 |
| Richard J. Murphy School | 1 Worrell St. | Ward 16, Precinct 5 |
| Savin Hill Apartments | 130 Auckland St. | Ward 15, Precinct 6 |
| Edward Everett School | 71 Pleasant St. | Ward 13, Precinct 9 |
| St. Williams School | 100 Savin Hill Ave. | Ward 13, Precinct 10 |
| Dorchester House | 1353 Dorchester Ave. | Ward 15, Precinct 9 |
| Pasciucco Apartments | 330 Bowdoin St. | Ward 15, Precinct 4 |
| Early Learning Center | 370 Columbia Rd. | Ward 15, Precinct 1 |

**Downtown**

| | | |
|---|---|---|
| City Hall | 1 City Hall Plaza | Ward 3, Precinct 6 |
| Christopher Columbus Elderly Housing | 145 Commercial St. | Ward 3, Precinct 1 |

**Fenway**

| | | |
|---|---|---|
| Morville House | 100 Norway St. | Ward 4, Precincts 6/7 |
| YWCA | 316 Huntington Ave. | Ward 4, Precincts 5/8 |

**Mission Hill**

| | | |
|---|---|---|
| Robert and Theresa Parks Community Center | 2 New Whitney St. | Ward 10, Precinct 4 |
| Simmons College | Ave. Louis Pasteur | Ward 4, Precinct 10 |

**South End**

| | | |
|---|---|---|
| Tent City Community Room | 130 Dartmouth St. | Ward 4, Precinct 2 |
| Blackstone School | 380 Shawmut Ave. | Ward 8, Precinct 2 |

**ATTACHMENT B – Language Assistance: Multilingual Signs and Chinese, Vietnamese, and Spanish Voting Materials**

Key:
√ – Present        U – Under table      R – Provided upon request
X – Missing       S – Side table

| Poll Site and Ward Precinct | Multilingual Signs (outside and/or at entrance) | | | | | | | Chinese Materials at Check-in Table | | | | | | Vietnamese Materials at Check-in Table | | | | | | Spanish Materials at Check-in Table | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vote Here (outside) | Voter Instructions | Interpretation Available | Voter Bill of Rights | Fill-in-the-Oval | Complaints and Feedback | Other Signs | Voter registration forms | Chinese voter registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve | Voter registration forms | Vietnamese registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve | Voter registration forms | Spanish voter registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve |
| **Back Bay** | | | | | | | | | | | | | | | | | | | | | | | | | |
| BU – Myles Standish Hall | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ | √ | √ | | | | | | | √ | √ | √ | √ | | √ |
| **Brighton** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Academy Hill Library | √ | √ | √ | X | √ | X | | √ | √ | √ | √ | X | √ | | | | | | | | | | | | |
| JCC for the Elderly | √ | √ | √ | √ | √ | √ | | X | X | X | X | X | √ | | | | | | | | | | | | |
| Alexander Hamilton School | X | √ | √ | √ | √ | √ | | U | U | U | U | X | √ | | | | | | | | | | | | |
| Thomas A. Edison School | √ | √ | √ | √ | √ | | | | | | X | X | | | | | | | | | | | | | |
| **Chinatown** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Josiah Quincy School | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ | √ | √ | | | | | | | √ | √ | √ | √ | √ | √ |
| YWCA of Boston | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ | √ | √ | | | | | | | √ | √ | √ | √ | √ | √ |
| Franklin Institute | √ | | √ | | | | | √ | √ | √ | √ | √ | √ | | | | | | | | | | | | |
| **Dorchester** | | | | | | | | | | | | | | | | | | | | | | | | | |
| St. Mark's School | √ | √ | √ | √ | √ | √ | | X | S | X | X | X | X | S | S | X | X | X | X | S | S | √ | √ | √ | √ |
| Patrick O'Hearn School | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Branch Library | X | √ | √ | √ | √ | X | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Viet Aid Community Center | √ | √ | √ | √ | X | X | | | | | | | | √ | √ | √ | √ | √ | | | | | | | |

**AALDEF to Boston Election Department**
*Attachment B: Multilingual Signs / Chinese, Vietnamese, and Spanish Voting Materials*

<div align="right">January 5, 2006<br>Page 2</div>

| Poll Site and Ward Precinct | Multilingual Signs (outside and/or at entrance) | | | | | | | Chinese Materials at Check-in Table | | | | | | Vietnamese Materials at Check-in Table | | | | | | Spanish Materials at Check-in Table | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vote Here (outside) | Voter Instructions | Interpretation Available | Voter Bill of Rights | Fill-in-the-Oval | Complaints and Feedback | Other Signs | Voter registration forms | Chinese voter registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve | Voter registration forms | Vietnamese registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve | Voter registration forms | Spanish voter registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve |
| National Guard Armory | √ | √ | √ | √ | √ | √ | | | | | | | | √ | √ | √ | √ | √ | | | | | | | |
| Richard J. Murphy School | √ | √ | √ | √ | √ | X | | | | | | | | √ | √ | √ | √ | √ | | | | | | | |
| Savin Hill Apartments | √ | √ | √ | √ | √ | X | | √ | X | X | X | X | X | √ | X | X | X | X | X | √ | X | X | X | X | X |
| Edward Everett School | √ | √ | √ | √ | √ | √ | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| St. Williams School | √ | √ | √ | X | √ | √ | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Dorchester House | √ | √ | √ | √ | √ | √ | | R | R | R | R | R | √ | R | R | R | R | R | √ | S | S | S | S | S | √ |
| Pasciucco Apartments | √ | √ | √ | √ | √ | √ | | R | R | R | R | R | √ | R | R | R | R | R | √ | | | | | | |
| Early Learning Center | √ | √ | √ | √ | √ | √ | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R |
| **Downtown** | | | | | | | | | | | | | | | | | | | | | | | | | |
| City Hall | √ | √ | √ | √ | √ | | | √ | √ | √ | √ | √ | √ | | | | | | | | | | | | |
| Christopher Columbus Elderly Housing | √ | √ | √ | √ | √ | | | √ | √ | √ | √ | √ | √ | | | | | | | | | | | | |
| **Fenway** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Morville House | √ | √ | √ | √ | √ | √ | | U | U | U | U | √ | √ | U | U | U | U | √ | √ | √ | √ | √ | √ | √ | √ |
| YWCA | √ | √ | √ | √ | √ | | | U | U | U | U | √ | √ | U | U | U | U | √ | √ | √ | R | R | R | R | √ |
| **Mission Hill** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Robert & Theresa Parks Comm. Ctr. | √ | √ | √ | √ | √ | | | √ | √ | √ | √ | √ | | | | | | | | | | | | | |
| Simmons College | √ | √ | √ | √ | √ | | | √ | X | X | √ | √ | √ | | | | | | | √ | | | | | |
| **South End** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tent City | X | √ | √ | √ | √ | √ | | √ | √ | √ | √ | √ | | | | | | | | √ | √ | √ | √ | √ | √ |
| Blackstone School | √ | √ | √ | √ | √ | | | √ | √ | √ | √ | U | √ | U | √ | √ | U | U | √ | √ | √ | √ | | R | √ |

ATTACHMENT C - INTERPRETERS

## ATTACHMENT C - INTERPRETERS

| Poll Site and Ward Precinct | Chinese Interpreters | Vietnamese Interpreters | Spanish Interpreters |
|---|---|---|---|
| **Back Bay** | | | |
| BU – Myles Standish Hall | 1 | 0 | 1 |
| **Brighton** | | | |
| Academy Hill Library | 1 | | |
| JCC for the Elderly | 2-3 | | |
| Alexander Hamilton School | 2 | | |
| Thomas A. Edison School | 1 | | |
| **Chinatown** | | | |
| Josiah Quincy School | 4 | 1 | 1 |
| YWCA of Boston | 3 | | |
| Franklin Institute | 3 | | |
| **Dorchester** | | | |
| St. Mark's School | 1 | 3 | 1 |
| Patrick O'Hearn School | 1 | 2 | 1 |
| Branch Library | | 1 | |
| VietAID Community Center | | 2 | |
| National Guard Armory | | | |
| Richard J. Murphy School | | | |
| Savin Hill Apartments | | 1 | |
| Edward Everett School | 1 | 1 | |
| St. Williams School | 1 | 1 | |
| Dorchester House | | 1 | |
| Pasciucco Apartments | | 1 | |
| Early Learning Center | | | 1 |
| **Downtown** | | | |
| City Hall | 1 | | |
| Christopher Columbus Elderly Housing | 1 | | |
| **Fenway** | | | |
| Morville House | 1 | | 1 |
| YWCA | 1 | | 1 |
| **Mission Hill** | | | |
| Robert & Theresa Parks Comm. Ctr. | 2 | | 2 |
| Simmons College | | | |
| **South End** | | | |

AALDEF to Boston Election Department
Attachment C: Interpreters

| Poll Site and Ward Precinct | Chinese Interpreters | Vietnamese Interpreters | Spanish Interpreters |
|---|---|---|---|
| Tent City | | | |
| Blackstone School | 1 | | 4 |
| | | | |

**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 HUDSON STREET, 12th FL, NEW YORK, NY 10013-2815 212 966-5932 FAX 212 966-4303

October 10, 2006

Geraldine Cuddyer, Chairwoman
Election Department
1 City Hall Plaza, Room 241
Boston, Massachusetts 02201
Facsimile: 617-635-4483

RE:    **Observations of Primary Elections on Sept. 19, 2006**

Dear Chairwoman Cuddyer:

We are writing to summarize our observations from monitoring the September 19, 2006
Primary Elections for compliance with the federal Voting Rights Act, Help America Vote
Act, Memorandum of Agreement and Settlement entered on September 15, 2005 in the
United States District Court for the District of Massachusetts, and state statute. We also
documented other barriers encountered by Asian American and Latino voters.

As you know, the Asian American Legal Defense and Education Fund is a non-partisan
civil rights organization that protects and promotes the voting rights of Asian Americans.
We observed nineteen polling sites throughout Boston and have summarized our
observations and recommendations below. We provide more details by poll site in the
attachments.

**A. More Interpreters and Bilingual Poll Workers Should be Hired:**
We commend the city for its efforts in appointing bilingual poll workers and interpreters,
but more must be done to increase interpreter turnout on the day of the elections. Out of
all the polling locations we visited, we found:

- 2 out of 8 total Chinese language interpreters assigned were missing;
- 1 out of 10 Vietnamese language interpreters assigned was missing;
- and 4 out of 7 Spanish language interpreters assigned were missing.

At McKinley School (Ward 4 - Precincts 1& 3), a voter had difficulty voting because
there was no Chinese language interpreter although one was assigned. Poll workers were
unable to effectively explain to her the purpose of voting in a primary election. It was
also not until after she cast her vote that they explained her right to bring her own
translator. At Edward Everett School (13-9), we documented that the one Vietnamese
language interpreter left while the polls were still open. At Myles Standish (5-10),
although a Spanish interpreter sign was present, the actual interpreter was not.

**B. Interpreters Should Proactively Assist Voters:**
We are concerned about the helpfulness of the interpreters during the primary election.
At the Saint William School (13-10), we observed that when two Asian American voters
arrived at the table, the Vietnamese language interpreter walked away instead of offering
assistance. At Josiah Quincy School (3-8), Vietnamese and Spanish language interpreters

were not proactive in approaching and assisting voters.   At Viet-AID Community Center (15-7, 15-8), a Vietnamese American voter had trouble understanding poll workers, and the interpreters were preoccupied talking to voters outside and did not assist this voter immediately.

Interpreters also need to wear prominent nametags and be stationed at the entrance of the polling site so they can be identified easily.  At Franklin Institute (5-1), it was difficult to identify the interpreters because their nametags were not visible.  It was also difficult to distinguish immediately between the Chinese and Vietnamese language interpreters. Interpreters should wear nametags written in the language(s) they can speak.

We urge the Election Department to instruct interpreters to be more proactive in approaching voters and offering assistance.  In addition, prominently placed nametags and signs should be used to make interpreters clearly identifiable.

**C. Translated Materials Need Improvement:**
The "Election Law Violations" sign reads in Vietnamese "A fine of twenty dollars…" instead of "A fine of not more than one hundred dollars…"  This sign should be revised and all others reviewed for further errors.

The most serious infraction was that ballots did not present transliterated candidates' names in Chinese or Vietnamese.  Without the transliterated names, voters had difficulty identifying their candidates of choice.  These transliterated names are the way candidates are known within the community.  In Asian-language media, candidates are referred to by their transliterated names.  Candidate campaign literature and voter guides use these transliterated names as well.  This omission forced members of the Chinese Progressive Association to stand outside at least two poll sites with large blow-ups of the ballot with hand-written names transliterated for voters.  We called in this complaint at 11:30AM on election day.  This represents a major concern for our community and must be rectified.

**D. All Translated Materials Must Be Visibly Available:**
We found many translated materials and signs to be either hidden, unopened, or simply missing altogether.  The multilingual "Voters' Bill of Rights" and "Instructions to Voters" signs were frequently missing from poll sites.  Very often translated provisional ballot affirmations and information sheets were missing as well.  In numerous instances, the magnifying aid, needed to read the translated materials because the print is too small, was not provided at all.  Wardens complained to us that they had not received these signs and other materials from the Election Department.

In other cases, we found that poll workers often had the materials listed above but failed to remove them from their packaging, cast them off to the side, or misplaced them at another table.
- At Patrick O'Hearn School (16-1, 16-4), materials translated in Vietnamese were hidden in an envelope rather than resting on the table in plain view.
- At St. Mark's School Hall (16-3, 16-6), the warden said that he was unaware of what materials needed to be in plain view.

- At Richard J. Murphy School (16-5), three missing signs were found sitting inside an interpreter's folder rather than hung up on a wall.
- At the National Guard Armory (16-2), poll workers did not present Vietnamese language materials because they had never bothered to look through their envelope of Vietnamese materials in the first place.

The poor presentation of translated voting materials undermines their utility and prevents language minority voters from exercising their right. We urge you to better train poll workers to make translated signs and materials visibly available.

### E. Improper Poll Worker Conduct and Comments:

At the YWCA of Boston (3-7), a clerk commented about missing translated materials, "If they [Asian Americans] really want to vote, they'll figure it out." He completely disregarded the need to have multilingual materials available.

At Savin Hill Apartments (15-6), a police officer rudely interrupted a Vietnamese language interpreter while speaking to a voter. The interpreter was trying to explain to the voter that only those affiliated with a political party can vote in the primary election. Without giving a reason, the police officer abruptly ended the conversation and sent the voter to the check-in table where poll workers only spoke English.

Lastly, the warden at the National Guard Armory (16-2) demonstrated insensitivity and ignorance towards our observer. He presented her the Vietnamese ballot saying, "Here's the one in your language." He assumed our representative spoke Vietnamese based on her appearance. She is of Chinese descent and speaks Chinese and English. When politely corrected, he showed blatant disregard for the distinction by responding, "Oh whatever, you know…Asian, it's all the same."

We urge the Election Department to train all their poll workers on proper and improper conduct with specific attention towards language minorities and racial and ethnic minorities.

### F. Poll Worker Training:

We also attended a Poll Worker Training on September 19 at Boston City Hall. The trainer was Martin Cain. About 50 people attended, of whom six we identified as Asian American. However, four of them arrived late, some 45 minutes late, and missed a great deal of material.

Overall the training was comprehensive. The trainer reviewed relevant election laws, translated signs, differences between interpreters and bilingual elections officials (page 10), independent observers and monitors (page 12), and Language Assistance and Section 208 of the Voting Rights Act (page 20). Unfortunately, the trainer skipped the section on being courteous to voters and sensitive to racial and ethnic minorities (page 5).

The training was long and could be more effective by offering a break period in the middle. The Election Department should also obligate poll workers to complete trainings

in their entirety. Third, trainers should stress sensitivity towards racial and ethnic minorities.

### G. Other Concerns

At Thomas A. Edison School (22-8), a federal observer reported that two Chinese American voters were not listed in the voter book. We received similar complaints in prior elections. Undoubtedly, there are errors and omissions in the database of registered voters and the accuracy of voter lists needs to be improved.

Voters whose names are missing from voter lists are allowed to vote by provisional ballot. But if there are discrepancies or if voters' original voter registration forms were lost, they are not registered and their ballots are not counted. We believe that provisional ballots, or their envelopes, should be used to correct voter registration errors and omissions. A number of other states, such as Maryland, Michigan, New Mexico, Colorado, Georgia, and California, have adopted such a practice. HAVA's legislative intent also requires this remedial measure. We believe that when voters have taken all the necessary steps to register to vote, but some error may have prevented them from being registered or from having their votes counted, corrective measures must be put into place. We hope you will consider this recommendation to use provisional ballot to update, correct information, and register new voters.

Overall, we commend the Election Department in its efforts to comply with the settlement in U.S. v. Boston, but more work still needs to be done. We hope you will consider our concerns and recommendations for improvement. If you have any questions, please do not hesitate to contact us at (212) 966-5932. Thank you.

Sincerely,

Glenn D. Magpantay    Brian Redondo
Staff Attorney    Voting Rights Public Education Coordinator

Enclosed:

Attachment A.    Poll Sites Monitored by AALDEF

Attachment B.    Detailed Observations by Poll Site

**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
*99 HUDSON STREET, 12th FL, NEW YORK, NY 10013-2815  212 966-5932 FAX 212 966-4303*

October 10, 2006

Michelle K. Tassinari
Legal Counsel
Elections Division
Secretary of the Commonwealth
McCormack Building, Room 1705
One Ashburton Place
Boston, MA 02108
FAX: (617) 742-3238
EMAIL: elections@sec.state.ma.us

**Re:    Observations of Massachusetts Primary Elections, September 19, 2006**

Dear Ms. Tassinari:

The Asian American Legal Defense and Education Fund (AALDEF) is a nonpartisan
civil rights organization that protects and promotes the voting rights of Asian Americans.

We monitored the Massachusetts Primary Election in Boston, Lowell, and Quincy on
Tuesday, September 19, 2006. We also received complaints of voting problems from
Asian American voters. We monitored for compliance with the Voting Rights Act, Help
America Vote Act (HAVA), the Memorandum of Agreement and Settlement that was
reached between the City of Boston and U.S. Department of Justice in *U.S. v. Boston*,
Civ. No. 05-11598 (D. Mass. entered on Sept. 15, 2005), and the recently adopted State
House Bill No. 4942, which amended Massachusetts General Laws, chapter 54, section
40 to conform with the settlement and provide for language assistance in state and federal
elections.

We have monitored prior elections in Boston, Lowell, and Quincy since 2002. After each
election we shared our findings with local elections officials and you to seek
improvements. On September 19, 2006, we monitored twenty-eight poll sites in
Massachusetts. Enclosed please find two letters that we sent to local elections officials in
Boston and Lowell which highlight our observations. A summary of our observations is
provided below.

**A. Boston**
We observed several problems in Boston. Seven out of the twenty-five interpreters
assigned at poll sites we monitored were not present. Many interpreters did not wear
nametags. Some interpreters did not proactively approach voters. Poll sites did not have
signs indicating the availability of interpreters.

Translated voting materials had problems. Vietnamese interpreters complained that the
"Election Law Violations" sign was not translated correctly. Translated voting materials

were often missing. Some workers claimed they had not received such items while others overlooked the need to make these materials available. We also documented three instances of poll worker ignorance and insensitivity towards Asian Americans.

The most serious infraction was that ballots did not present transliterated candidates' names in Chinese or Vietnamese. Without the transliterated names, voters had difficulty identifying their candidates of choice. These transliterated names are the way candidates are known within the community. In Asian-language media, candidates are referred to by their transliterated names. Candidate campaign literature and voter guides use these transliterated names as well. This omission forced members of the Chinese Progressive Association to stand outside at least two poll sites with large blow-ups of the ballot with hand-written names transliterated for voters.

We called in this complaint to you on election day at 11:30AM. We informed you that our understanding of the settlement is that it requires fully translated ballots in the city of Boston in Chinese and Vietnamese. This includes the transliterations of candidates' names. Other jurisdictions covered under the Voting Rights Act for bilingual ballots also transliterate candidates names.

AALDEF had a conversation with John Tanner, the Chief of the Voting Section of the U.S. Department of Justice on or around Sept. 15, 2005 and asked if the settlement included fully translated ballots. Mr. Tanner assured us that the settlement required transliterations of candidates' names. We therefore urge you to transliterate candidates' names on ballots for the upcoming general elections in November.

### B. Lowell
Lowell now voluntarily offers voting materials translated in Khmer for it's growing Cambodian American population. We believe this will remedy the efforts of past voter disenfranchisement. However, at almost every poll site in Lowell we visited, nearly all the translated materials were missing, hidden, or unavailable to voters. At one site, all the translated materials were still in their original packaging sitting in a box. At the others, poll workers claimed they had not received these materials. Poll sites also had inadequate, inconsistent signage. We urge the Elections Division to translate the "Vote Here," "Instructions to Voters," "Interpreter Available," and Directional Arrow signs in Khmer and Spanish to assist voters.

### C. Quincy
Quincy now voluntarily offers language assistance, including interpreters and some translated voting materials. We were pleased to find that all three poll sites visited had Chinese and Vietnamese Voters' Bill of Rights signs. We suggest that poll sites post translated signs at their front entrances to help new voters locate them. We also urge that the city translate the "Election Law Violations" (blue) and "Instructions to Voters" (orange) signs. Because these signs are already provided by the Massachusetts Secretary of State, Quincy can carry out this recommendation.

## D. Woburn - Discourteous Poll Workers

We received a complaint from a Vietnamese American voter in Woburn, Kimberly Truong of 295 Salem Street, #88. Ms. Truong was very discouraged by the unhelpfulness of the poll workers at the Goodyear School Gymnasium at 41 Orange Street, Ward 5, Precinct 1. She said, "some of them looked at me like I didn't belong there." When her address arrived, her address could not be found and she was told she could not vote there. After she insisted that she was at the correct poll site, she was directed to another table where her address was listed. However, the poll workers did little to assist her in casting her ballot even after she had asked for instruction. She believes that she might have miscast her ballot. We urge you to investigate the matter and ensure her vote is counted.

## E. Provisional Ballots

As we have reported to you that voters in prior election complained that their names were missing or information was incorrect in lists of registered voters. This year, at Thomas A. Edison School in Boston, a federal observer reported that two Chinese American voters were not listed in the voter book. Undoubtedly, there are errors and omissions in the database of registered voters and the accuracy of voter lists needs to be improved.

Voters whose names are missing from voter lists are allowed to vote by provisional ballot. But if there are discrepancies or if voters' original voter registration forms were lost, they are not registered and their ballots are not counted. We believe that provisional ballots, or their envelopes, should be used to correct voter registration errors and omissions. A number of other states, such as Maryland, Michigan, New Mexico, Colorado, Georgia, and California, have adopted such a practice. HAVA's legislative intent also requires this remedial measure. We believe that when voters have taken all the necessary steps to register to vote, but some error may have prevented them from being registered or from having their votes counted, corrective measures must be put into place.

Massachusetts General Laws, chapter 54, section 76 empowers the Secretary of State to "promulgate regulations to achieve and maintain accuracy, uniformity and security ... in the procedures for casting provisional ballots." Mass. Gen. Laws Ch. 54 § 76C(k). We hope you will consider this recommendation to use provisional ballot to update, correct information, and register new voters.

A number of changes are required to improve the administration of elections in Massachusetts. More must be done at the state and local levels to meet the needs of Massachusetts' growing Asian American electorate, a large percentage of which is limited English proficient. Poll workers must better understand how to properly administer the elections and abide by voters rights under state and federal law. We urge you to investigate these issues and to consider recommendations for improvement. If you have any questions, please feel free to call us at 212-966-5932, ext. 206.

Sincerely,

Glenn D. Magpantay
Staff Attorney

Brian Redondo
Voting Rights Public Education Coordinator

List of Attachments:

A.  Poll Sites Monitored by the Asian American Legal Defense and Education Fund

B.  Letter to Boston Election Department
    Geraldine Cuddyer, Chairwoman
    October 10, 2006

C.  Letter to Lowell Elections Commissioners
    Gail Cenik, Office Manager
    October 10, 2006

D.  Voter Information

### Poll Sites Monitored by the Asian American Legal Defense and Education Fund during the Primary Elections on September 19, 2006

**A. Boston Poll Sites:**

| | | | |
|---|---|---|---|
| YWCA Boston | 40 Berkeley Street | Ward 3 | Precinct 7 |
| Metropolitan Community Room | 38 Oak Street | Ward 3 | Precinct 8 |
| McKinley School | 90 Warren Avenue | Ward 4 | Precincts 1,3 |
| Franklin Institute | 465 Tremont Street | Ward 5 | Precinct 1 |
| Myles Standish Hall | 30 Bay State Road | Ward 5 | Precinct 10 |
| Robert & Theresa Parks Community Building | 2 New Whitney Street | Ward 10 | Precinct 4 |
| Edward Everett School | 71 Pleasant Street | Ward 13 | Precinct 9 |
| Saint William School | 100 Savin Hill | Ward 13 | Precinct 10 |
| Savin Hill Apartments | 130 Auckland Street | Ward 15 | Precinct 6 |
| Viet-AID Community Center | 42 Charles Street | Ward 15 | Precincts 7,8 |
| Patrick O'Hearn School | 1669 Dorchester Avenue | Ward 16 | Precincts 1,4 |
| National Guard Armory | 70 Victory Road | Ward 16 | Precinct 2 |
| St. Mark's School Hall | Samoset Street | Ward 16 | Precincts 3,6 |
| Richard J. Murphy School | 1 Worrell Street | Ward 16 | Precinct 5 |
| Branch Library | 690 Adams Street | Ward 16 | Precinct 8 |
| Jewish Community Housing for the Elderly | 30 Wallingford Road | Ward 21 | Precinct 13 |
| Academy Hill Library | 40 Academy Hill Road | Ward 22 | Precinct 3 |
| Thomas A. Edison School | 60 Glenmont Road | Ward 22 | Precinct 8 |
| Alexander Hamilton School | 198 Strathmore Road | Ward 22 | Precinct 16 |

**B. Lowell Poll Sites:**

| | | | |
|---|---|---|---|
| Bailey School | 175 Campbell Drive | Ward 3 | Precincts 1,2 |
| Morey School | 114 Pine Street | Ward 4 | Precinct 1 |
| Veterans of Foreign Wars | 190 Plain Street | Ward 4 | Precinct 2 |
| Rogers School | 43 Highland Street | Ward 4 | Precinct 3 |
| Senior Center | 276 Broadway Street | Ward 7 | Precincts 1,2,3 |
| James Daley School | 150 Fleming Street | Ward 8 | Precinct 2,3 |

**C. Quincy Poll Sites:**

| | | | |
|---|---|---|---|
| North Quincy High School | 318 Hancock Street | Ward 5 | Precincts 1 |
| Sacred Heart School | 370 Hancock Street | Ward 6 | Precinct 2 |
| Atlantic Middle School | 86 Hollis Avenue | Ward 6 | Precinct 4 |

**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 HUDSON STREET, 12th FL, NEW YORK, NY 10013-2815  212 966-5932  FAX 212 966-4303

January 12, 2007

Geraldine Cuddyer, Chairwoman
Election Department
Boston City Hall
1 City Hall Plaza, Room 241
Boston, Massachusetts 02201

    **Re:**    **Observations from the 2006 General Elections**

Dear Chairwoman Cuddyer:

This letter summarizes our observations from monitoring the November 7, 2006 elections for compliance with the Voting Rights Act, the Help America Vote Act ("HAVA"), and the Memorandum of Agreement and Settlement ("Agreement") entered on September 15, 2005, in the United States District Court for the District of Massachusetts. In addition, this letter summarizes barriers encountered by Asian American and Latino voters. We thank you once again for allowing us to conduct these activities, and hope to continue to work with your office to improve voting procedures for all Boston voters.

As you know, the Asian American Legal Defense and Education Fund is a nonpartisan civil rights organization that protects and promotes the voting rights of Asian Americans. For our efforts during the General Elections, we collaborated with Asian American Lawyers Association of Massachusetts, Greater Boston Legal Services/Asian Outreach Unit, Vietnamese American Initiative for Development, and the law firm of Weil, Gotshal & Manges.

On November 7, 2006, we observed 55 precincts at 47 poll sites targeted for Chinese, Vietnamese, or Spanish language assistance. The poll sites we monitored are listed in Attachment A. Attachment A also indicates the poll sites at which we conducted nonpartisan, anonymous surveys after voters had voted or were unable to vote.

We appreciate the City of Boston's efforts to make the elections accessible to limited English proficient voters. Several of our observers remarked that voters were treated more respectfully during this election than in previous elections. However, some issues continue to linger, particularly at poll sites that were problematic in past years as well. We highlight the main issues below; specific observations of each of the 47 poll sites are contained in Attachment B.

## A. Voter Survey Results

We surveyed 305 voters at five poll sites in our multilingual nonpartisan exit poll. The largest Asian ethnic groups surveyed were Chinese (61%) and Vietnamese (34%). Voters' native languages were mostly Cantonese (45%), Vietnamese (34%), and Mandarin (3%). Only 10% identified English as their native language.

The following is an overview of our survey respondents:

- 82% were naturalized citizens.
- 12% were first-time voters.
- 28% first registered to vote after January 1, 2003.
- 65% were limited English proficient.
- 62% used an interpreter provided by the City or brought their own interpreter.
- 65% used translated written materials provided by the City or by a community group.

These statistics confirm that a large number of Asian American voters are limited English proficient. Consequently, many of Boston's Asian American voters prefer voting with the assistance of an interpreter or translated written materials, topics discussed in Sections B through D below.

In addition, our voter survey reveals the most common complaints of Asian American voters:

- 41 voters were required to show identification.
- 8 were required to vote by provisional ballot.
- 7 could not be found on the list of registered voters.
- 5 complained that voting machines were broken.

We discuss the most common complaints in Sections E through G.

## B.  Multilingual Signs and Translated Voting Materials

Paragraph 1 of the Agreement requires the City to provide translations of "registration or voting notices, forms, instructions, assistance or other materials or information relating to the electoral process, including ballots," yet nearly every poll site we observed lacked several of the required multilingual signs. The items most notably absent were the "Election Law Violations" signs, missing from at least 38 sites (or 81% of all sites monitored), and the "Tell Us About Your Voting Experience" flyers, missing from at least 34 sites (or 72% of all sites monitored). These multilingual signs appeared to be missing from the poll sites altogether, not merely misplaced. We encourage the City to reassess its method of delivery and ensure that all multilingual signs are properly distributed to the targeted poll sites.

A number of poll sites did not have the translated voting materials displayed at the check-in tables. Paragraph 12 of the Agreement requires the City to train poll workers to make translated materials available to voters in an appropriate manner, yet many poll workers did not know how to properly make these materials available. In general, poll workers immediately displayed the translated voting materials as soon as our observers inquired about them, which suggests that better compliance could be achieved easily with improved poll worker trainings.

In a few instances poll workers were both uninformed and unwilling to display the translated voting materials properly. For example, the warden at Christopher Columbus Elderly Housing

(3-1) [1] insisted that the translated materials did not need to be displayed until a voter requested them. At the Vine Street Community Center (8-7), poll workers considered Spanish ballots placed in a black box behind the check-in table "easily accessible." The warden at Richard J. Murphy School (16-5) went so far as to instruct poll workers to place the translated materials back into the box after our observer left.

We were troubled that so many poll workers believed that it was acceptable merely to have translated materials available upon request, since a limited English proficient voter would not know to request translated materials if he or she did not even know of their existence. This was the case at the Patrick O'Hearn School (16-4), where a Vietnamese voter complained that ballots were available only in English and Spanish. In fact Vietnamese ballots were available, but they had been placed on a back table. In light of these incidents, we urge the City to make explicitly clear to poll workers that the translated materials must be displayed *on the check-in tables*, regardless of the poll worker's opinion of what location is easily accessible to voters.

The following list indicates poll sites where poll workers had misplaced or left unopened at least half of the required translated voting materials:

- City Hall (3-6)
- Tent City Community Room (4-2)
- YWCA (4-5, 4-8)
- Morville House (4-6, 4-7)
- Copley Square Library (5-9)
- Boston University, Myles Standish Hall (5-10)
- Blackstone School (8-2)
- Vine Street Community Center (8-7)
- ETC Building (9-1)
- Fire Station (9-2)
- Edward Everett School (13-9)
- Saint William School (13-10)
- Patrick O'Hearn School (16-4)
- John D. Philbrick School (18-7)
- Woodbourne Apartments (19-7)
- Boston Arts Academy (21-1)
- Boston University, Lab (21-2)
- Harvard-owned building (22-2)

In addition, it appears that translated materials were entirely missing from the sites listed below. The absence of these materials may have been due to no fault of the fault of the poll workers, but rather due to serious problems with the City's system of distributing translated materials.

- Morville House (4-6)
  *Chinese supply envelope contained provisional ballots in English only.*

---

[1] The wards and precincts of poll sites are indicated as (ward # - precinct #).

- YWCA (4-8)
  *Entire poll site was missing Spanish materials.*

- Boston University, Myles Standish Hall (5-10)
  *Entire poll site was missing Spanish materials.*

- Viet-AID Community Center (15-7, 15-8)
  *Entire poll site was missing Vietnamese and Spanish materials.*

- National Guard Armory (16-2)
  *Entire poll site was missing Vietnamese provisional ballot materials. A poll worker stated that these materials were missing during a previous election as well.*

- Lower Mills Library (17-13)
  *Entire poll site was missing Vietnamese materials.*

## C. Translation and Transliteration of Candidates' Names on Ballots

A major concern of the Asian American community is the translation/transliteration of candidates' names into Chinese and Vietnamese. Limited English proficient voters typically know their candidates by their translated/transliterated names, appearing in Asian-language media outlets, advertising, public notices, and campaign literature. Without properly transliterated names, voters have difficulty identifying their candidates of choice. In our conversations with attorneys at the U.S. Department of Justice, we understand that the Agreement requires the translation and transliteration of candidates' names. To achieve this, we recommend the following method:

First, standard translations/transliterations of candidates' first names and common last names should be employed. Many common English names (such as John, George, William, Mary, and Christine) and common last names and last names which are derivatives of common first names (such as Johnson, Johnston, and Williams) already have widely accepted translations/transliterations. These can be found in many English-to-Chinese dictionaries. Attachment C provides two examples.[2]

Second, when transliterating uncommon names, the City should use standard phonetic transliterations of vowels and consonants in consultation with Chinese- and Vietnamese-language newspapers and/or Advisory Task Force members. When certain transliterated names are already in public use, the City should use these names on ballots.

Finally, candidates should have the right to select or alter the translations/transliterations of their names that will appear on ballots.

---

[2] Oxford University Press, *Oxford Advanced Learners' English-Chinese Dictionary* (6th ed. 2004) (Appendix: Common First Names), and Foreign Language Teaching and Research Press, *Dictionary of English Surnames and Christian Names* (2001) (first pages of sections "A," "B," and "C").

We hope that you will consider this process for translating and transliterating candidate names, which will enable voters to vote independently and privately, regardless of English language proficiency.

## D. Oral Language Assistance

Paragraphs 6, 8, and 9 of the Agreement further provide for the recruitment and training of bilingual election officers, yet our observers reported that there were no interpreters at several poll sites, even though they fell under the U.S. Department of Justice's targeting formula. Of the sites we monitored,

- Five out of 24 (or 21%) Chinese interpreters were absent;
- Three out of 18 (or 17%) Vietnamese interpreters were absent; and
- Four out of 26 (or 15%) Spanish interpreters were absent.

According to our voter survey, 38% of voters who wished to receive oral language assistance could not find interpreters who spoke their language or dialect. The absence of a Chinese interpreter created a problem at Boston University's Myles Standish Hall (5-10), where poll workers were unprepared for the arrival of Chinese-speaking voters. Poll workers had difficulty explaining that they needed the voters' addresses.

We support the City's efforts to broaden the pool of poll workers by offering split shifts. Nevertheless, some interpreters still arrived late to their assigned poll sites or were not available for their entire shifts. This presented an obstacle for a Vietnamese-speaking voter at the Catherine F. Clark Apartments (13-7), who was illiterate in both English and Vietnamese. Because she voted without the assistance of an interpreter, she was not certain whether she had cast votes for her desired candidates.

The sites that were staffed with interpreters were not always readily accessible to limited English proficient voters due to the failure of poll workers to post signs, wear name tags, or actively approach voters. The "Spanish Interpreter Available" sign was not posted at St. Mark's School Hall (16-3, 16-6), and our observer was unable to locate the interpreter until he asked other poll workers to identify her. In addition, we observed that interpreters at the Franklin Institute (5-1) and Annapolis Apartments (13-6) were wearing generic name tags or inspector name tags, while interpreters at City Hall (3-6), Vine Street Community Center (8-7), and Viet-AID Community Center (15-7, 15-8) wore no name tags at all.

Finally, our observer noted that St. Mark's School Hall (16-3, 16-6) needed an additional interpreter because the site's only Vietnamese interpreter was overworked.

## E. Poorly Trained Poll Workers

1. Inadequate Knowledge of Election Procedures

The majority of poll workers were knowledgeable and courteous to voters. Indeed, we had observed a poll worker training at City Hall in August and found it to be quite comprehensive.

On Election Day, however, many voters still complained that poll workers were poorly trained. Forty-one of our survey respondents complained that they were required to present ID. HAVA requires ID only of first-time voters who registered by mail after January 1, 2003, yet several of the complaining voters were not first-time voters.

- The Chinese interpreter at the ETC Building (9-1) asked each Chinese-speaking voter for his or her ID. Because the other poll workers at the site properly asked non-Chinese voters for their addresses, the result was that only Chinese voters were made to show ID.

- A poll worker at Catherine F. Clark Apartments (13-7) asked Nhia Thi Le for her ID although she had registered to vote prior to 2003.

The improper ID requests must be corrected immediately, and we strongly urge the City to ensure that poll workers know when they may ask voters to produce ID.

Aside from the improper ID requests, we received complaints regarding an assortment of other problems:

- At the Savin Hill Apartments (15-6), Vietnamese voters were not provided with Vietnamese ballots. Rather, the voters had to carefully align specimen ballots with the English ballots that they had to fill out.

- After an elderly Vietnamese woman voted at the Viet-AID Community Center (15-7, 15-8), poll workers informed the voter that her vote did not go through and did not offer any explanation as to why or if there was any remedy.

- The Vietnamese interpreter at Florian Hall (16-12) was unfamiliar with technical terms such as "provisional ballot."

- The Chinese interpreter at the ETC Building (9-1) did not offer a magnifying aid (which was available) to any elderly voter who struggled to read the ballot.

We ask you to investigate whether poll workers at these sites were poorly trained and, if necessary, to take remedial measures.

2. Lack of Cooperation with Monitoring Efforts

To achieve the legal requirement that elections be held in public view, Massachusetts General Law Chapter 54, Section 35, and 950 CMR 53.03(18) authorize election observers inside poll sites. Most poll wardens were cooperative with our observers. The exceptions included the wardens at Boston Arts Academy (5-2) and Boston University's Myles Standish Hall (5-10), where they initially refused to allow our observers to stay inside the poll sites. At the John D. Philbrick School (18-7), the observer was not permitted near the precinct table. In addition, at the Boston Latin Academy (12-2), the warden behaved strangely and announced loudly that she couldn't believe that AALDEF, an organization defending the rights of Asian Americans, wished to see the poll site's Spanish-language materials. This warden also refused to allow the observer

to verify whether provisional ballot materials were present. We hope that in future elections poll workers are notified of our planned presence so that the monitoring process will run more smoothly.

## F. Inadequate Notice and Poll Site Confusion

As in prior years, voters complained of inadequate notice of their assigned poll sites. Changes were extremely disruptive and disenfranchised voters. For example, at the Catherine F. Clark Apartments (13-7), poll workers were unable to find Mau Bui (of 998 Dorchester Avenue) in the voter roll book and told her to visit another poll site. Ms. Bui left without voting, and it seemed that she was so discouraged that she would not go on to the other poll site.

Voters also complained about misdirection within correct poll sites. At the Catherine F. Clark Apartments (13-7), George Lee (of 32 Harbor View Street) was misdirected to an incorrect check-in table, where his name was not listed in the roll book. A poll worker was about to provide Mr. Lee with a provisional ballot when the voter recognized the error on his own and checked in at the correct table.

We encourage the City to make a more concerted effort to address notice and poll site confusion. If poll site changes are made, then separate and unique notices must be mailed to clearly inform affected voters that their poll sites have changed. Such notices should be in the voters' languages, which can be determined by looking at the languages in which they complete their voter registration forms. In addition, poll workers should receive training on how to direct voters within poll sites in a more effective manner.

## G. Provisional Ballots

Every year Asian Americans complain that their names are missing from or misspelled on registration lists, or that their addresses are incorrect. In this election, seven voters complained to us in our survey that their names were missing from lists of registered voters. HAVA requires that voters whose names are missing from voter lists be allowed to vote by provisional ballot. When this occurs, their registrations are confirmed and their ballots are counted. But we have found that sometimes voters' original voter registration forms were lost or inputted incorrectly, and thus their ballots were not counted. Voters' provisional ballot envelopes already contain identical information as contained in their original voter registration forms. We urge the Election Department to adopt an easier approach, and use provisional ballots to correct voter registration errors and omissions. When voters have taken all the necessary steps to register to vote, but some error prevented them from being registered or from having their votes counted, corrective measures must be put into place. This will ensure that voters can vote in future elections.

## H. Recommendations

In conclusion, we recommend that the City make the following improvements:

- Reassess the method of delivering multilingual signs and translated written materials and ensure that they are properly distributed to the targeted poll sites.
- Provide translations or transliterations of candidates' names, using a standard method such as the one described above.
- Mail conspicuous notices clearly informing voters in their preferred language that their poll sites have changed.
- Use provisional ballots to correct voter registration errors and omissions from registration lists.

With respect to poll worker trainings, we recommend clarifying the most common points of confusion:

- Poll workers should learn when they may legally ask voters for identification.
- Interpreters need better instruction on election procedures and how to assist voters more proactively.
- All multilingual signs and translated materials must be displayed in the appropriate places, regardless of whether poll workers believe the voters need them.
- Poll workers should be advised that our monitors are authorized to be inside poll sites.

Overall, we commend the Election Department in its efforts to comply with the Agreement. We hope you will consider our concerns and recommendations for improvement. If you have any questions, please do not hesitate to contact us at (212) 966-5932. Thank you.

Sincerely,

Glenn D. Magpantay
Staff Attorney

cc:
William F. Sinnott, Kate Cook, City of Boston Law Department
Michelle K. Tassinari, Office of Legal Counsel of the Commonwealth of Massachusetts
Chris Coates, James Walsh, U.S. Department of Justice
David King, John F. Kennedy School of Government

Enclosures:
Attachment A – Poll sites monitored by AALDEF
Attachment B – Detailed observations by poll site
Attachment C – Chinese translations of common English names

## Attachment A

### Poll Sites Monitored by the Asian American Legal Defense and Education Fund
### During the General Elections on November 7, 2006

| Poll Site | Address | Ward | Precinct |
|---|---|---|---|
| Paris Street Community Center | 112 Paris Street | Ward 1 | Precinct 5 |
| Little Folks Day Care Center | 65-67 Trenton Street | Ward 1 | Precinct 8 |
| Christopher Columbus Elderly Housing | 145 Commercial Street | Ward 3 | Precinct 1 |
| City Hall | 1 City Hall Plaza | Ward 3 | Precinct 6 |
| YWCA Boston * | 40 Berkeley Street | Ward 3 | Precinct 7 |
| Metropolitan Community Room * | 38 Oak Street | Ward 3 | Precinct 8 |
| McKinley School | 90 Warren Avenue | Ward 4 | Precincts 1, 3 |
| Tent City Community Room | 130 Dartmouth Street | Ward 4 | Precinct 2 |
| YWCA | 316 Huntington Avenue | Ward 4 | Precincts 5, 8 |
| Morville House | 100 Norway Street | Ward 4 | Precincts 6, 7 |
| Simmons College, Park Science Building | Avenue Louis Pasteur | Ward 4 | Precinct 10 |
| Franklin Institute * | 465 Tremont Street | Ward 5 | Precinct 1 |
| Boston Arts Academy | 174 Ipswich Street | Ward 5 | Precinct 2 |
| | | Ward 21 | Precinct 1 |
| Copley Square Library | 700 Boylston Street | Ward 5 | Precinct 9 |
| Boston University, Myles Standish Hall | 30 Bay State Road | Ward 5 | Precinct 10 |
| Blackstone School | 380 Shawmut Avenue | Ward 8 | Precinct 2 |
| Orchard Gardens Elementary School | 906 Albany Street | Ward 8 | Precinct 3 |
| Vine Street Community Center | 339 Dudley Street | Ward 8 | Precinct 7 |
| ETC Building | 80 West Dedham Street | Ward 9 | Precinct 1 |
| Fire Station | 700 Tremont Street | Ward 9 | Precinct 2 |
| Madison Park Complex, Haynes House | 735 Shawmut Avenue | Ward 9 | Precinct 4 |
| Robert & Theresa Parks Community Building | 2 New Whitney Street | Ward 10 | Precinct 4 |
| David E. Ellis School | 302 Walnut Avenue | Ward 11 | Precinct 3 |
| Boston Latin Academy | 35 Townsend Street | Ward 12 | Precinct 2 |

*\* Monitored poll sites where voter surveys were conducted*

| | | | |
|---|---|---|---|
| Annapolis Apartments | 8 Annapolis Street | Ward 13 | Precinct 6 |
| Catherine F. Clark Apartments * | 915 Dorchester Avenue | Ward 13 | Precinct 7 |
| Edward Everett School | 71 Pleasant Street | Ward 13 | Precinct 9 |
| Saint William School | 100 Savin Hill | Ward 13 | Precinct 10 |
| Savin Hill Apartments | 130 Auckland Street | Ward 15 | Precinct 6 |
| Viet-AID Community Center | 42 Charles Street | Ward 15 | Precincts 7, 8 |
| Patrick O'Hearn School * | 1669 Dorchester Avenue | Ward 16 | Precincts 1, 4 |
| National Guard Armory | 70 Victory Road | Ward 16 | Precinct 2 |
| St. Mark's School Hall | Samoset Street | Ward 16 | Precincts 3, 6 |
| Richard J. Murphy School | 1 Worrell Street | Ward 16 | Precinct 5 |
| Branch Library | 690 Adams Street | Ward 16 | Precinct 8 |
| Florian Hall | 55 Hallet Street | Ward 16 | Precinct 12 |
| Woodrow Wilson School | 18 Croftland Avenue | Ward 17 | Precinct 4 |
| Codman Square Branch Library | 690 Washington Street | Ward 17 | Precinct 5 |
| Codman Square Apartments | 784 Washington Street | Ward 17 | Precinct 9 |
| Lower Mills Library | 27 Richmond Street | Ward 17 | Precinct 13 |
| John D. Philbrick School | 40 Philbrick Road | Ward 18 | Precinct 7 |
| Woodbourne Apartments | 6 Southbourne Road | Ward 19 | Precinct 7 |
| Boston University, Lab | 111 Cummington Street | Ward 21 | Precinct 2 |
| Washington Street Elderly Development | 91-95 Washington Street | Ward 21 | Precincts 10, 11 |
| Patricia White Apartments | 20 Washington Street | Ward 21 | Precinct 12 |
| Jewish Community Housing for the Elderly | 30 Wallingford Road | Ward 21 | Precinct 13 |
| Alexander Hamilton School | 198 Strathmore Road | Ward 21 | Precinct 16 |
| Honan-Allston Branch Library | 300 North Harvard Street | Ward 22 | Precinct 1 |
| Harvard-owned building | 184 Everett Street | Ward 22 | Precinct 2 |
| Academy Hill Library | 40 Academy Hill Road | Ward 22 | Precinct 3 |
| Thomas A. Edison School | 60 Glenmont Road | Ward 22 | Precinct 8 |

*\* Monitored poll sites where voter surveys were conducted*

**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 HUDSON STREET, 12th FL, NEW YORK, NY 10013-2815  212 966-5932  FAX 212 966-4303

May 29, 2007

Geraldine Cuddyer
Chairwoman
Election Department
Boston City Hall, Room 241
Boston, Massachusetts  02201

Re:    **Observations of Special Preliminary Election
City Councilor District 2, April 17, 2007**

Dear Ms. Cuddyer:

We are writing to review the Asian American Legal Defense and Education Fund's (AALDEF) findings from observing the Special Preliminary Election for Boston City Councilor District 2 on Tuesday, April 17, 2007.  We observed the elections for compliance with the Voting Rights Act, the Help America Vote Act, and settlement reached in U.S. v. Boston, entered on September 15, 2005 in the U.S. District Court for the District of Massachusetts.  AALDEF worked with Mass VOTE, Chinese Progressive Association, and Greater Boston Legal Services, Asian Outreach Unit to make these observations.

On Election Day, we inspected poll sites and observed the vote at five (5) poll sites and seven (7) precincts in Boston with large percentages of Chinese and Vietnamese voters.  Those sites were:

| | | | |
|---|---|---|---|
| <u>Chinatown</u> | | | |
| Metropolitan Community Room | 38 Oak St. | 3-8 | |
| Franklin Institute | 41 Berkeley St. | 5-1 | |
| | | | |
| <u>South End</u> | | | |
| Cathedral High School | 1336 Washington St. | 9-1, 3-7 | |
| | | | |
| <u>Dorchester/South Boston</u> | | | |
| Mary Ellen McCormack Office | 345 Old Colony Ave | 7-7 | |
| Bellflower Apartments | 24 Bellflower St. | 7-8, 7-9 | |

We observed a number of improvements, as well as a few barriers, that Asian American voters encountered while exercising their right to vote.

**A. Language Assistance at Poll Sites**
We commend the City for fully translating ballots.  We observed ballots that had transliterations of candidates' names.  The transliteration of candidates names is required under the settlement reached in U.S. v. Boston.  We commend the City for finally fully complying with the settlement.

We observed that particular interpreters were needed at specific poll sites. At the Mary Ellen McCormack Office in South Boston, the interpreter spoke Mandarin and Taiwanese, but noted that a number of Cantonese-speaking voters came to the poll site. A Cantonese-speaking interpreter should be assigned to this poll site.

At the Franklin Institute, the Warden noted that about four visually impaired limited English proficient Chinese voters came to vote. They used the ballot marking device and commented that they enjoyed the experience since they were able to see all the items on the ballot and could vote totally independently without the assistance of an interpreter.

Translated signs were sometimes unavailable. At the Bellflower Apartments, the Massachusetts Voter Bill of Rights sign was missing. At both Cathedral High School and Mary Ellen McCormack Office, the Election Law Violations signs were missing. We hope that you can remind poll workers at these sites of their obligation to post all translated signs.

## B. Poll Site Changes and Confusion
A number of changes to poll sites led to voter confusion on election day.

### 1. Cathedral High School
Cathedral High School absorbed ward-precinct 9-1 which was formerly at the ETC Building and 3-7 formerly at the YWCA of Boston. Cathedral High School was a large improvement from the ETC building which we observed from prior elections was very small, dimply lit, and cramped.

Although we applaud the change, many voters did not know to come to Cathedral High School from their former poll sites. We observed one Asian American voter who was supposed to vote at Cathedral High School but went to his original poll site, the YWCA. He was not given any directions to the High School in Chinese and so he went to the Franklin Institute. He was then redirected to the High School. At least five voters were redirected in this way.

We visited the YWCA and the staff confirmed that a number of voters came to the YWCA looking to vote. There were no formal directions or signs by the Election Department redirecting voters.

One particular poll worker at Cathedral High School said that signs were posted at the former poll sites directing voters to come to the High School but that the wind and the rain knocked them down. Midday the poll worker went to the other sites to repost the signs. We commend her effort.

We also note that the entrance to the Franklin Institute moved from 465 Tremont St. to 41 Berkeley St. This new entrance is around the block and not visible from the old entrance. We suggest that a sign be posted directing voters to the entrance.

Poll site changes often lead to voter confusion. By comparison, when the Election Department moved 3-8 from the Josiah Quincy School to the Metropolitan Community Room, there were

translated signs at the Quincy School informing voters that the poll sites had moved and directing them the Metropolitan Community Room. In addition to signs, there should be printed directions or a map and bilingual staff at the former poll sites directing voters to the new poll site locations.

## 2. Bus Transportation

Apparently a large bus was available to transport voters from the ETC building to Cathedral HS. While we commend this effort there were a few problems. No one at the ETC building directed voters to the other poll site or to the bus. No signs were posted or printed directions were available. The bus was identified with a small sign, posted upside-down, saying "Secretary of the Commonwealth, Bus to the Cathedral High School Gym for the District 2 Special Election." The sign was only in English and should have been translated. Again, we commend the effort but we are concerned that, in effect, only English-speaking voters and no Spanish- or Chinese-speaking voters were afforded this opportunity to get to their poll sites. Voting opportunities and assistance must be made available on an equal basis to all voters.

## 3. High School Student Assistors

We observed that the Mayor's Office assigned high school students to Cathedral High School who were supposed to assist voters who needed to go to other poll sites. Like the bus, we commend this effort but found that it had shortcomings as well. First, mid-afternoon, the students where huddled in a corner all eating lunch at the same time. During this time no one was available to assist voters. Second, some students refused to accompany voters to the other poll sites once it began to rain. And third, they should have been placed at the former poll sites. Voters were coming from other poll sites to Cathedral High School, not from Cathedral to other locations. By the time voters needed the assistance that the students were providing, it was too late in the process. While a positive effort, the students were, unfortunately, of little use.

## C. Provisional Ballots

Like last year, Asian American voters complained that their names were missing from lists of registered voters at poll sites. These voters were allowed to vote by provisional ballots, as required by HAVA.

At the Metropolitan Community Room, about seven provisional ballots were cast, all by Chinese voters. Six were because the voters were marked as "Inactive" and one because the voters was not on the list. At the Franklin Institute, the Warden noted that during the November 2006 General Election, about twenty provisional votes were cast at the poll site. Voters whose names were not listed were called in. Even though their registration could not be verified they were allowed to vote by provisional ballots. However, we are concerned that some of these voters were never registered because their original voter registration forms may have been lost or inputted incorrectly.

Voters' provisional ballot envelopes already contain identical information as contained in their original voter registration forms. We urge the Election Department to adopt an easier approach, and use provisional ballots to correct voter registration errors and omissions. We believe that when voters have taken all the necessary steps to register to vote, but some error prevented them

from being registered or from having their votes counted, corrective measures must be put into place. This will ensure that voters can vote in future elections.

Overall, we found many improvements in this election. The Election Department still needs to take a number of steps to fully comply with the settlement in U.S. v. Boston and to ensure equal access to the vote. We hope the recommendations herein will assist the Election Department in meeting these goals. If you have any questions, please feel free to contact me at gmagpantay@aaldef.org or 212-966-5932, ext. 206.

Sincerely,

Glenn D. Magpantay
Staff Attorney

cc: Michelle K. Tassinari, Office of the Secretary of the Commonwealth of Massachusetts
    William F. Sinnott, City of Boston Law Department



**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 HUDSON STREET, 12th FL, NEW YORK, NY 10013-2815  212 966-5932  FAX 212 966-4303

October 17, 2003

Nancy Lo
Chairperson
Election Commission
Boston City Hall, Room 241
Boston, Massachusetts  02201
Facsimile: 617-635-2244

**RE:    Observations of Boston Preliminary Election on Sept. 23, 2003**

Dear Ms. Lo:

I am writing to highlight the Asian American Legal Defense and Education Fund's (AALDEF) findings from observing Boston's Preliminary Elections on Tuesday, September 23, 2003.

AALDEF is a non-partisan civil rights organization that protects and promotes the voting rights of Asian Americans.  Our activities on election day were strictly limited to observing the voting process.  We have done this in other jurisdictions in Massachusetts and across the nation.  We were particularly interested in observing the elections because Boston was one of the first cities in the country to overhaul its voting system to comply with the new federal election reform law, the Help America Vote Act.

On election day, we visited seven polling sites with large numbers of Chinese and Vietnamese voters; three were in the Chinatown area and four were in Dorchester.  Those sites were:

| | | | |
|---|---|---|---|
| Chinatown Area | | | |
| Josiah Quincy School | 885 Washington Ave. | Ward 3 | Precinct 8 |
| Franklin Institute | 465 Tremont St. | Ward 5 | Precinct 1 |
| YWCA | 40 Berkeley St. | Ward 3 | Precinct 7 |
| | | | |
| Dorchester | | | |
| Dorchester House | 1353 Dorchester Ave. | Ward 15 | Precinct 9 |
| Savin Hill Apartments | Dewar St. at Auckland | Ward 13 | Precinct 10 |
| | | Ward 15 | Precinct 6 |
| St. Mark's School | Samoset St. | Ward 16 | Precinct 3 |
| | | Ward 16 | Precinct 6 |
| Patrick O'Hearn School | 1669 Dorchester Ave. | Ward 16 | Precinct 1 |
| | | Ward 16 | Precinct 4 |

We observed first-hand a number of problems and also received complaints from Asian American voters, other poll workers, and community groups.  We also observed that representatives of community groups, as well as candidates themselves, were inside polling areas

*AALDEF to Election Commission*
*October 17, 2003*
*Page 2*

watching out for problems. We commend this transparency in the voting process. Below are our recommendations.

- <u>Voting materials should be translated.</u>

We commend the Commission on implementing its new voting system without significant problems. We observed, however, that polling sites were rather inaccessible to limited English proficient Asian American voters. Although interpreters were on hand to assist voters, translated voting materials in Chinese and Vietnamese were not available.

Asian American voters had difficulty in understanding how to cast their votes. We observed that two polling sites in Dorchester had posted signs with voting instructions in Vietnamese, but this was not consistent among all four polling sites we visited. No polling sites in Chinatown had any voting instructions in Chinese to post.

We observed that some Chinese voters spoiled their ballots because they incorrectly circled instead of filled in the oval. The voters were given another ballot, but had there been instructions in Chinese, then this problem may not have occurred. We stress this problem because HAVA requires that voters be allowed to change their selections before casting their ballots. Boston allows voters a maximum of three attempts to make their selections. If voters incorrectly complete their ballots, they have fewer opportunities to change their selections.

Advance voter education about the new voting system was important. We understood that Boston's educational leaflets on the new voting system, "Boston is Making Voting Easier with Optical Scanners," would be available in languages other than English. Community groups in Chinatown and Dorchester which serve many limited English proficient Chinese and Vietnamese Americans, only had the English leaflets to distribute in advance of the election, which was of little use. We stopped by the Elections Commission to pick up translated copies of the leaflet the day before the election. We were told that there were none.

Finally, voters should also be informed about their rights on election day. There were many signs stating voters' rights in English at all polling sites. None, however, were in Chinese or Vietnamese.

We urge the Commission to translate into Chinese and Vietnamese (1) voting instructions, (2) the educational leaflets on the new optical scanners, and (3) statements of voters' rights. These should be delivered to all polling sites where they are needed.

Under HAVA, Congress has authorized funding for states to expand access to vote for limited English proficient voters. The State of Massachusetts can provide voting materials in Chinese and Vietnamese if the state seeks funding for these translations. We urge the Commission to work with the state to make voting more accessible to Chinese- and Vietnamese-speaking voters.

- <u>Translated voter registration forms should be available at polling sites where needed.</u>

Boston already translates voter registration forms into Chinese and Vietnamese. But, we

observed that all polling sites in Chinatown and Dorchester only had voter registration forms in English and Spanish.

Poll workers at the Quincy School suggested that there should be Chinese voter registration forms. Poll workers at St. Mark's noted the same for Vietnamese. At the Quincy School, we observed that when limited English proficient Chinese Americans arrived, poll workers completed English voter registration forms for them. Had Chinese voter registration forms been available, the voters could have completed the forms on their own.

- <u>Poll workers should understand and follow proper procedures.</u>
We observed at the Quincy School that a number of individuals were not allowed to vote and were directed to complete voter registration forms. One elderly woman was particularly disturbed that she could not vote.

Upon observing this, we asked one of the poll workers what would happen if voters were not listed in the book of registered voters. We were clear that we were not asking about procedures if the individuals were not registered, but only if their names were inadvertently missing. The poll worker told us that they were given voter registration forms.

Massachusetts provides escrow ballots. HAVA requires provisional ballots for voters whose names were not on the list of registered voters or if poll workers could not find their names. It was a good safeguard to have voters complete voter registration forms, but they should also have been provided escrow or provisional ballots to preserve their votes. If the voters who completed voter registration forms were, in fact, registered, then they were denied the right to vote.

- <u>Improper candidate electioneering must be investigated and curtailed.</u>
When we arrived at Savin Hill Apartments, we found that poll workers displayed campaign literature for Stephen Murphy on the table. Poll workers said the literature was there to demonstrate the new voting system. The literature, however, not only showed a sample of the new scannable ballot, but it was also completed for that particular candidate. Poll workers said that it was fair to display the partisan literature because, "all the voters received it in the mail."

AALDEF received complaints after the elections that poll workers, designated as interpreters, were instructing voters in Chinese to vote for particular candidates. Limited English proficient voters needed oral assistance because the ballot was not translated into Chinese. Language assistance is essential but the Commission should curtail the potential for abuse. At the Quincy School, we observed interpreters hovering over voters while they were completing their ballots.

Ideally, the ballots should be translated into Chinese. This will give the voters the ability to cast their vote free from improper influence and in private. Interpreters who are accused of electioneering should be investigated and, if necessary, removed for their posts. Nonpartisan community groups and advocates should also be allowed to listen in on translations to ensure that the translation is nonpartisan and provides the voters with all their options in voting. Lastly, we suggest that interpreters be trained to assist voters only if voters *expressly* request their

*AALDEF to Election Commission*
*October 17, 2003*
*Page 4*

assistance.

- <u>More nonpartisan voter education is needed in Asian American communities.</u>
Two poll workers at Dorchester House, one of whom served as a Vietnamese interpreter, commented that sometimes Vietnamese Americans came to vote, but did not know for whom to vote. The poll workers knew that they could not influence the voters. They suggested expanded voter education efforts in language. We recommend the City translate nonpartisan voter guides into Chinese and Vietnamese.

We hope you will consider these recommendations for improvement. Our goals are to expand access to the vote for Boston's growing Asian American population. We hope to return to Boston to observe the General Elections in November. If you have any questions, please feel free to call us at 212-966-5932, ext. 206.

Sincerely,

Glenn D. Magpantay
Staff Attorney

# OFFICIAL BALLOT FOR THE GENERAL ELECTION

City of New York - **County of Queens** - November 2, 2004

紐約市·皇后郡·2004 年 11 月 2 日    普選正式選票    본선거 공식 투표용지

2004年11月2日 뉴욕시 퀸즈 카운티

| | A ★ Republican 共和黨 공화당 | B ★ Democratic 民主黨 민주당 | C ★ Independence 獨立黨 독립당 | D ★ Conservative 保守黨 보수당 | E WF Working Families 勞動家庭黨 근로가족당 | F Peace and Justice 和平與正義黨 평화와정의당 | G SWP Socialist Workers 社會主義工人黨 사회주의노동당 | H ★ Libertarian 自由黨 자유당 | WRITE-IN |
|---|---|---|---|---|---|---|---|---|---|
| **1** Electors for President and Vice President of the United States — Vote ONCE — Electores para Presidente y Vice-Presidente de los Estados Unidos — Vote Solamente Una Vez — 美國總統/副總統的選舉人 — 只投一票 — 미국 대통령과 부통령의 선거인 — 한 표를 선택 | For President Para Presidente George W. Bush 喬治 W. 布希 조지 W. 부시 / For Vice-President Para Vice-Presidente Dick Cheney 狄克 錢尼 딕 체이니 ◉ 1A Republican | For President Para Presidente John F. Kerry 約翰 F. 克里 존 F. 케리 / For Vice-President Para Vice-Presidente John Edwards 愛德華茲 존 에드워즈 ○ 1B Democratic | For President Para Presidente Ralph Nader 納德 랄프 네이더 / For Vice-President Para Vice-Presidente Peter Miguel Camejo 彼得 米高 卡米荷 피터 미구엘 카메호 ○ 1C Independence | For President Para Presidente George W. Bush 喬治 W. 布希 조지 W. 부시 / For Vice-President Para Vice-Presidente Dick Cheney 狄克 錢尼 딕 체이니 ○ 1D Conservative | For President Para Presidente John F. Kerry 約翰 F. 克里 존 F. 케리 / For Vice-President Para Vice-Presidente John Edwards 愛德華茲 존 에드워즈 ○ 1E Working Families | For President Para Presidente Ralph Nader 納德 랄프 네이더 / For Vice-President Para Vice-Presidente Peter Miguel Camejo 彼得 米高 卡米荷 피터 미구엘 카메호 ○ 1F Peace and Justice | For President Para Presidente Roger Calero 苟哲 柯泰喿 라저 칼레로 / For Vice-President Para Vice-Presidente Arrin Hawkins 艾潤 赫肯思 아린 호킨스 ○ 1G Socialist Workers | For President Para Presidente Michael Badnarik 麥克 白德納瑞克 마이클 배드나릭 / For Vice-President Para Vice-Presidente Richard V. Campagna 理查德 V. 坎帕納 리차드 V. 캄파냐 ○ 1H Libertarian | WRITE-IN |
| **3** United States Senator Senador de los Estados Unidos — Vote for ONE - Vote por UNO — 美國聯邦參議員 — 任選一名 — 연방 상원의원 — 한명 선택 | Howard Mills 何沃 麥路斯 하워드 밀스 ◉ 3A Republican | Charles E. Schumer 查駱斯 E. 舒默 찰스 E. 슈머 ★ 3B Democratic | Charles E. Schumer 查駱斯 E. 舒默 찰스 E. 슈머 ○ 3C Independence | Marilyn F. O'Grady 瑪麗F. 奧葛瑞地 마릴린 F. 오그레이디 ○ 3D Conservative | Charles E. Schumer 查駱斯 E. 舒默 찰스 E. 슈머 ○ 3E Working Families | | Martin Koppel 馬察 柯普路 마틴 코펠 ○ SWP Socialist Workers | Donald Silberger 多納 西柏格 도날드 실버거 ○ 3H Libertarian | WRITE-IN |
| | | | | | | | **J Builders** 建設者黨 건설자당 Abraham Hirschfeld 艾布拉罕 赫休菲 에이브러햄 허쉬펠드 ○ 3J Builders | **J Green** 綠色黨 녹색당 David E. McReynolds 戴維 E. 麥克雷諾茲 데이비드 E. 맥레이놀즈 ○ 3I Green | |
| **8** | James M. McGuire 懋菲爾 懋 馬奎爾 제임스 M. 맥과이어 ◉ 8A Republican | James M. McGuire 懋菲爾 懋 馬奎爾 제임스 M. 맥과이어 ○ 8B Democratic | | James M. McGuire 懋菲爾 懋 馬奎爾 제임스 M. 맥과이어 ○ 8D Conservative | | | | | WRITE-IN |
| **9** Justices of the Supreme Court Vote for any SIX | Augustus C. Agate 奧戈斯達 C. 艾戈額 어거스터스 C. 아게잇 ◉ 9A Republican | Augustus C. Agate 奧戈斯達 C. 艾戈額 어거스터스 C. 아게잇 ○ 9B Democratic | | Augustus C. Agate 奧戈斯達 C. 艾戈額 어거스터스 C. 아게잇 ○ 9D Conservative | | | | | WRITE-IN |
| **10** Jueces de la Corte Supremo Vote por cualesquier SEIS | Randall T. Eng 伍元天 렌달 T. 응 ◉ 10A Republican | Randall T. Eng 伍元天 렌달 T. 응 ○ 10B Democratic | | Randall T. Eng 伍元天 렌달 T. 응 ○ 10D Conservative | | | | | WRITE-IN |
| **11** 最高法院法官 任選六名 | William M. Erlbaum 威廉 M. 歐較 윌리엄 M. 얼바움 ◉ 11A Republican | William M. Erlbaum 威廉 M. 歐較 윌리엄 M. 얼바움 ★ 11B Democratic | | | | | | | WRITE-IN |
| **12** 뉴욕주 지방법원 판사 여섯명 선택 | Valerie Brathwaite Nelson 瓦萊麗 布萊思韋特 納爾遜 밸러리 브래스웨이트 넬슨 ◉ 12A Republican | Valerie Brathwaite Nelson 瓦萊麗 布萊思韋特 納爾遜 밸러리 브래스웨이트 넬슨 ○ 12B Democratic | | Valerie Brathwaite Nelson 瓦萊麗 布萊思韋特 納爾遜 밸러리 브래스웨이트 넬슨 ○ 12D Conservative | | | | | WRITE-IN |
| **13** | James J. Golia 懋維斯 J. 高力亞 제임스 J. 골리아 ◉ 13A Republican | James J. Golia 懋維斯 J. 高力亞 제임스 J. 골리아 ○ 13B Democratic | | James J. Golia 懋維斯 J. 高力亞 제임스 J. 골리아 ○ 13D Conservative | | | | | WRITE-IN |
| **14** Judge of the Civil Court - County Juez de la Corte Civil - Condado 縣—民事法庭法官 인사법원 판사 - 카운티 | Peter F. Lane 皮特 雷恩 피터 F. 레인 ◉ 14A Republican | Lee A. Mayersohn 力 A. 梅爾松 리 A. 메이어슨 ★ 14B Democratic | | Peter F. Lane 皮特 雷恩 피터 F. 레인 ○ 14D Conservative | | | | | WRITE-IN |

| | A ★ Republican 共和黨 공화당 | B ★ Democratic 民主黨 민주당 | C ★ Independence 獨立黨 독립당 | D ★ Conservative 保守黨 보수당 | E WF Working Families 勞動家庭黨 근로가족당 | | **L FAIR** Fair Immigration 公平移民黨 공평이민당 | | WRITE-IN |
|---|---|---|---|---|---|---|---|---|---|
| **18** Representative in Congress Representante en el Congreso Vote for ONE - Vote por UNO 國會眾議員 任選一名 연방 하원의원 한명 선택 | Stephen Graves 史帝文 古瑞斯 스티븐 그레이브스 ◉ 18A Republican | Gary L. Ackerman 蓋瑞 L. 艾克曼 게리 L. 에커먼 ★ 18B Democratic | Gary L. Ackerman 蓋瑞 L. 艾克曼 게리 L. 에커먼 ○ 18C Independence | Stephen Graves 史帝文 古瑞斯 스티븐 그레이브스 ○ 18D Conservative | Gary L. Ackerman 蓋瑞 L. 艾克曼 게리 L. 에커먼 ○ 18E Working Families | | Gonzalo Policarpio 岡薩羅 頗臣卡皮奧 ○ FAIR 18L Fair Immigration | | WRITE-IN |
| **20** State Senator Senador Estatal Vote for ONE - Vote por UNO 州参議員 任選一名 주상원의원 한명 선택 | Frank Padavan 富院克 柏迪萬 프랭크 파다반 ◉ 20A Republican | Frank Padavan 富院克 柏迪萬 프랭크 파다반 ○ 20C Independence | Frank Padavan 富院克 柏迪萬 프랭크 파다반 ○ 20D Conservative | | | | | | WRITE-IN |
| **21** Member of Assembly Miembro de la Asamblea Vote for ONE - Vote por UNO 州 議員 任選一名 주 하원의원 한명 선택 | | Brian M. McLaughlin 博光�612 麥克勞林 브라이언 M. 맥러플린 ★ 21B Democratic | | | Brian M. McLaughlin 博光612 麥克勞林 브라이언 M. 맥러플린 ○ 21E Working Families | | | | WRITE-IN |

**Instructions (right column):**

1. BEFORE VOTING THIS BALLOT, PLEASE READ THE INSTRUCTIONS ON THE OTHER SIDE OF THIS BALLOT.

1. ANTES DE EMITIR SU VOTO CON ESTA BALOTA, SÍRVASE LEER LAS INSTRUCCIONES EN EL DORSO DE ESTA BALOTA.

1 投本選選票之前，請參閱本選票背頁的說明。

1. 투표표지에서 본 투표용지 정면의 설명서를 읽으십시오.

**MARKING INSTRUCTIONS: INSTRUCCIONES DE MARCADO:** 投選記號說明 표기 방법

**Correct Mark: Marca correcta:** 正確標記 올바른 표기

●

QUEENS COUNTY LOT 17 ABS

# 牛津高阶
# 英汉双解词典

# Oxford
# Advanced Learner's
# English-Chinese
# Dictionary

## Sixth edition
## 第六版

英语原文版

原著：A S Hornby（霍恩比）
主编：Sally Wehmeier
语音编辑：Michael Ashby

英汉双解版

总顾问：陆谷孙
审订：庄绎传等
翻译：石孝殊
　　　王玉章
　　　赵翠莲等

商务印书馆
THE COMMERCIAL PRESS

OXFORD
UNIVERSITY PRESS
牛津大学出版社

# OXFORD
## UNIVERSITY PRESS

牛津大学出版社隶属牛津大学，出版业务遍布全球，致力弘扬牛津
大学推动优质研究、学术和教育的宗旨。

牛津　纽约
奥克兰　曼谷　布宜诺斯艾利斯　开普敦　马德拉斯
达累斯萨拉姆　德里　香港　伊斯坦布尔　卡拉奇　加尔各答
吉隆坡　马德里　墨尔本　墨西哥城　孟买　内罗毕
圣保罗　上海　台北　东京　多伦多

OXFORD 是牛津大学出版社的商标
牛津高阶英汉双解词典（第六版）
英汉版（繁体字本）© Oxford University Press 1970, 1984, 1994, 2004
英汉版（简体字本）© Oxford University Press 1988, 1997, 2004
英语原版 Oxford Advanced Learner's Dictionary of Current English (Sixth edition)
© Oxford University Press 1948, 1963, 1974, 1989, 1995, 2000

本书版权为牛津大学出版社所有。若非获得本社书面允许，或能援
引清晰的法律条文为据，或取得适当的复印版权机构认可，不得用
任何方式复制、在检索系统中保存及传播本书任何部分的文字和图
片。如需翻印本书作其他用途，须事先致函下址向牛津大学出版社
版权部查询。

本词典由商务印书馆和牛津大学出版社联合出版，其中商务印书馆
负责中国大陆地区的出版发行，牛津大学出版社负责香港、澳门、
台湾以及其他地区的出版发行。

ISBN 7-100-04157-0/H•1030

此扉页用含有商务印书馆注册商标 ⟨☒⟩ 的水印防伪纸印制，有这
种扉页的《牛津高阶英汉双解词典》（第六版）是正版图书。请注
意识别。

出版：商务印书馆
　　　北京王府井大街36号（邮政编码100710）
　　　牛津大学出版社（中国）有限公司
　　　香港鲗鱼涌英皇道979号太古坊和域大厦东翼18楼
印刷：中国
国内总发行：商务印书馆
国外以及香港、澳门、台湾地区总发行：牛津大学出版社（中国）有限公司

# Advisory Board and Editorial Team
# 顾问及编辑人员名单

## English Edition 英语原文版

**Advisory Board** 顾问小组

Dr Keith Brown                    Ms Moira Runcie
Dr Norman Whitney                 Dr Alan Cruse
Prof Gabriele Stein               Prof Henry Widdowson

**Chief Editor** 主编          Sally Wehmeier
**Senior Editor** 高级编辑     Diana Lea
**Editors** 编辑               Joanna Florio              Dilys Parkinson
**Phonetics Editor** 语音编辑   Michael Ashby

## English-Chinese Edition 英汉双解版

**Publishers** 出版人          Simon Li 李庆生            Yang Deyan 杨德炎（简体汉字本）
**General Adviser** 总顾问      Lu Gusun 陆谷孙

**Reviewers** 审订            Zhuang Yichuan 庄绎传       Xu Shigu 徐式谷
                             Fu Yichin 傅一勤           Serena Jin 金圣华
**Revisers** 修订             Shi Xiaoshu 石孝殊
                             Wang Yuzhang 王玉章
                             Zhao Cuilian 赵翠莲

**Translators** 翻译          Shi Xiaoshu 石孝殊          Wang Yuzhang 王玉章
                             Zhao Cuilian 赵翠莲          Zou Xiaoling 邹晓玲
                             Xiang Xiaolin 向小林         Zhang Yaoping 张耀平
                             Wang Shengyin 王升印         Ma Hongqi 马红旗
**Consultant Editors** 特约编辑  Hsieh Yauling 谢瑶玲
                             Qian Housheng 钱厚生

**New Words Supplement Reviewer** 新词补编审订    Lu Gusun 陆谷孙
**New Words Supplement Translator** 新词补编翻译   Gao Yongwei 高永伟

|  | **Oxford University Press (Hong Kong)** 牛津大学出版社（香港） | **The Commercial Press (Beijing)** 商务印书馆（北京） |
|---|---|---|
| **Managing Editors** 策划编辑 | Lau Yung Keung 刘勇强 | Zhou Xin 周欣 |
| **Executive Editors** 责任编辑 | Alice Wong 黄勉之 | Hu Longbiao 胡龙彪 |
|  |  | Zhou Zhihuai 周治淮 |
| **Editors** 编辑 | Windy Wong 黄雪孟 |  |
|  | Regina Yu 余洁珊 |  |
|  | Franky Lau 刘浩贤 |  |
| **Proofreaders** 校对 | Louisa Yuen 袁妙仪 | Zhang Yuezhong 张月中 |
|  | John Wong 黄伟豪 | Wang Xiaosu 王小甦 |
|  | Patience Zhou 周颖 |  |

2086

Appendix 6 附录6

# Common first names 常见人名表

Note 说明：Pet names and short forms (which may sometimes be used as names in their own right) follow the name from which they are formed. 昵称和简称（其本身有时可作名字）列于其正式名字之后。

## *Female Names* 女子名

**Abigail** /'æbɪɡeɪl ‖ 'æbɪˌgel/ 阿比盖尔
**Ada** /'eɪdə ‖ 'edə/ 埃达
**Agatha** /'æɡəθə ‖ 'æɡəθə/ 阿加莎; Aggie /'æɡi ‖ 'æɡi/ 阿吉
**Agnes** /'æɡnɪs ‖ 'æɡnɪs/ 阿格尼丝; Aggie /'æɡi ‖ 'æɡi/ 阿吉
**Aileen** ⇨ Eileen
**Alexandra** /ˌælɪɡ'zɑːndrə; AmE -'zæn- ‖ ˌælɪɡ'zændrə/ 亚历山德拉; Alex /'ælɪks ‖ 'ælɪks/ 亚历克斯
**Alexis** /ə'leksɪs ‖ ə'leksɪs/ 亚历克西斯
**Alice** /'ælɪs ‖ 'ælɪs/ 艾丽斯
**Alison** /'ælɪsən ‖ 'æləsən/ 艾莉森
**Amanda** /ə'mændə ‖ ə'mændə/ 阿曼达; Mandy /'mændi ‖ 'mændi/ 曼迪
**Amy** /'eɪmi ‖ 'emi/ 埃米
**Angela** /'ændʒələ ‖ 'ændʒələ/ 安杰拉; Angie /'ændʒi ‖ 'ændʒi/ 安吉
**Anita** /ə'niːtə ‖ ə'nitə/ 阿妮塔
**Ann, Anne** /æn ‖ æn/ 安; Annie /'æni ‖ 'æni/ 安妮
**Anna** /'ænə ‖ 'ænə/ 安娜
**Annabel, Annabelle** /'ænəbel ‖ 'ænəˌbel/ 安纳贝尔
**Anne, Annie** ⇨ Ann
**Annette** /æ'net ‖ æ'nɛt/ 安妮特
**Anthea** /'ænθɪə ‖ æn'θɪə/ 安西娅
**Antonia** /æn'təʊnɪə ‖ æn'tonɪə/ 安东尼娅
**Audrey** /'ɔːdri ‖ 'ɔdri/ 奥德丽
**Ava** /'eɪvə ‖ 'evə/ 埃娃
**Barbara, Barbra** /'bɑːbrə ‖ 'bɑrbrə/ 巴巴拉; Babs /bæbz ‖ bæbz/ 巴布斯
**Beatrice** /'brətrɪs ‖ 'bɪətrɪs/ 比阿特丽斯
**Becky** ⇨ Rebecca
**Belinda** /bə'lɪndə ‖ bə'lɪndə/ 比琳达
**Bernadette** /ˌbɜːnə'det ‖ ˌbɜːnə'dɛt/ 伯纳黛特
**Beryl** /'berəl ‖ 'bɛrəl/ 贝里尔
**Bess, Bessie, Beth, Betsy, Bett, Betty** ⇨ Elizabeth
**Brenda** /'brendə ‖ 'brɛndə/ 布伦达
**Bridget, Bridgit, Brigid** /'brɪdʒɪt ‖ 'brɪdʒɪt/ 布里奇特; Bid /bɪd ‖ bɪd/ 比德
**Candice** /'kændɪs ‖ 'kændɪs/ 坎迪斯
**Carla** /'kɑːlə ‖ 'kɑrlə/ 卡拉
**Carol, Carole** /'kærəl ‖ 'kærəl/ 卡罗尔
**Caroline** /'kærəlaɪn ‖ 'kærə,laɪn/ ; Carolyn /'kærəlɪn ‖ 'kærəlɪn/ 卡罗琳; Carrie /'kæri ‖ 'kæri/ 卡丽
**Catherine, Cathy** ⇨ Katherine
**Cecilia** /sɪ'siːlɪə ‖ sɪ'sɪlɪə/ 塞西莉亚
**Cecily** /'sesəli ‖ 'sɛsl̩i/; Cicely /'sɪsəli ‖ 'sɪsl̩i/ 塞西莉
**Celia** /'siːlɪə ‖ 'sɪlɪə/ 西莉亚
**Charlene** /'ʃɑːliːn ‖ 'ʃɑrlin/ 查伦
**Charlotte** /'ʃɑːlət ‖ 'ʃɑrlət/ 夏洛特
**Cheryl** /'tʃerəl ‖ 'tʃɛrəl/ 谢里尔
**Chloe** /'kləʊi ‖ 'kloi/ 克洛伊
**Christina** /krɪ'stiːnə ‖ krɪs'tinə/ 克里斯蒂娜; Tina /'tiːnə ‖ 'tinə/ 蒂娜
**Christine** /'krɪstiːn ‖ krɪs'tin/ 克里斯廷; Chris /krɪs ‖ krɪs/ 克里斯; Chrissie /'krɪsi ‖ 'krɪsi/ 克里西
**Cindy** ⇨ Cynthia, Lucinda
**Clare, Claire** /kleə(r) ‖ klɛr/ 克莱尔
**Claudia** /'klɔːdɪə ‖ 'klɔdɪə/ 克劳迪娅
**Cleo, Clio** /'kliːəʊ ‖ 'klio/ 克利奥

**Constance** /'kɒnstəns ‖ 'kɑnstəns/ 康斯坦斯; Connie /'kɒni ‖ 'kɑni/ 康尼
**Cynthia** /'sɪnθɪə ‖ 'sɪnθɪə/ 辛西娅; Cindy /'sɪndi ‖ 'sɪndi/ 辛迪
**Daisy** /'deɪzi ‖ 'dezi/ 戴西
**Daphne** /'dæfni ‖ 'dæfni/ 达夫妮
**Dawn** /dɔːn ‖ dɒn/ 唐
**Deborah** /'debərə ‖ 'dɛbərə/ 德博拉; Debbie, Debby /'debi ‖ 'dɛbi/ 戴比; Deb /deb ‖ dɛb/ 黛布
**Deirdre** /'dɪədri ‖ 'dɪrdri/ 迪尔德丽
**Delia** /'diːlɪə ‖ 'dilɪə/ 迪莉娅
**Della** /'delə ‖ 'dɛlə/ 黛拉
**Denise** /də'niːz ‖ də'niz/ 丹尼斯
**Diana** /daɪ'ænə ‖ daɪ'ænə/ 黛安娜; Diane /daɪ'æn ‖ daɪ'æn/ 黛安; Di /daɪ ‖ daɪ/ 黛
**Dolly** /'dɒli ‖ 'dɑli/ 多利
**Dora** /'dɔːrə ‖ 'dɔrə/ 多拉
**Doreen, Dorene** /'dɔːriːn ‖ 'dɔrin/ 多琳
**Doris** /'dɒrɪs ‖ 'dɔrɪs/ 多丽丝
**Dorothy** /'dɒrəθi ‖ 'dɔrəθi/ 多萝西, Dot /dɒt ‖ dɑt/ 多特; Dottie /'dɒti ‖ 'dɑti/ 多蒂
**Edith** /'iːdɪθ ‖ 'idɪθ/ 伊迪丝
**Edna** /'ednə ‖ 'ɛdnə/ 埃德娜
**Eileen** /'aɪliːn ‖ aɪ'lin/; Aileen /'eɪliːn ‖ 'elin/ 艾琳
**Elaine** /ɪ'leɪn ‖ ɪ'len/ 伊莱恩
**Eleanor** /'elɪnə(r) ‖ 'elmə/ 埃莉诺; Eleanora /ˌelɪ'nɔːrə ‖ ˌelə'norə/ 埃莉诺拉; Ellie /'eli ‖ 'ɛli/ 埃利
**Eliza** /ɪ'laɪzə ‖ ɪ'laɪzə/ 伊莱扎; Liza /'laɪzə ‖ 'laɪzə/ 莉莎; Lisa /'liːsə ‖ 'lisə/ 莉萨
**Elizabeth, Elisabeth** /ɪ'lɪzəbəθ ‖ ɪ'lɪzəbəθ/ 伊丽莎白; Liz /lɪz ‖ lɪz/ 利兹; Lizzie, Lizzy /'lɪzi ‖ 'lɪzi/ 利齐; Libby /'lɪbi ‖ 'lɪbi/ 利比; Beth /beθ ‖ bɛθ/ 贝思; Betsy /'betsi ‖ 'bɛtsi/ 贝齐; Bett /bet ‖ bɛt/ 贝特; Betty /'beti ‖ 'bɛti/ 贝蒂; Bess /bes ‖ bɛs/ 贝丝; Bessie /'besi ‖ 'bɛsi/ 贝西
**Ella** /'elə ‖ 'ɛlə/ 埃拉
**Ellen** /'elən ‖ 'ɛlən/ 埃伦
**Ellie** ⇨ Eleanor
**Elsie** /'elsi ‖ 'ɛlsi/ 埃尔西
**Elspeth** /'elspəθ ‖ 'ɛlspəθ/ 埃尔斯佩思 (*ScotE* 苏格兰英语)
**Emily** /'eməli ‖ 'ɛmli/ 埃米莉
**Emma** /'emə ‖ 'ɛmə/ 埃玛
**Erica** /'erɪkə ‖ 'ɛrɪkə/ 埃里卡
**Ethel** /'eθl ‖ 'ɛθəl/ 埃塞尔
**Eunice** /'juːnɪs ‖ 'junɪs/ 尤妮斯
**Eve** /iːv ‖ iv/ 伊夫; Eva /'iːvə ‖ 'ivə/ 伊娃
**Evelyn** /'iːvlɪn ‖ 'ivlɪn/ 伊夫林
**Fay** /feɪ ‖ fe/ 费伊
**Felicity** /fə'lɪsəti ‖ fə'lɪsəti/ 费利西蒂
**Fiona** /fɪ'əʊnə ‖ fɪ'onə/ 菲奥纳
**Flora** /'flɔːrə ‖ 'flɔrə/ 弗洛拉
**Florence** /'flɒrəns; AmE 'flɔːr- ‖ 'flɔrəns/ 弗洛伦斯; Flo /fləʊ ‖ flo/ 弗洛; Florrie /'flɒri ‖ 'flɑri/ 弗洛里
**Frances** /'frɑːnsɪs; AmE 'frænsɪs ‖ 'frænsɪs/ 弗朗西丝; Fran /fræn ‖ fræn/ 弗朗; Frankie /'fræŋki ‖ 'fræŋki/ 弗朗基
**Freda** /'friːdə ‖ 'fridə/ 弗雷达
**Georgia** /'dʒɔːdʒə ‖ 'dʒɔrdʒə/ 乔治亚; Georgie /'dʒɔːdʒi ‖ 'dʒɔrdʒi/ 乔治; Georgina /dʒɔː'dʒiːnə ‖ dʒɔr'dʒinə/ 乔治娜

**Geraldine** /'dʒerəldiːn || 'dʒerə,din/ 杰拉尔丁
**Germaine** /dʒɜː'meɪn || dʒɜː'men/ 杰曼
**Gertrude** /'gɜːtruːd || 'gɜtrud/ 格特鲁德; Gertie /'gɜːti || 'gɜtɪ/ 格蒂
**Gillian** /'dʒɪliən || 'dʒɪliən/ 吉利恩; Jill, Gill /dʒɪl || dʒɪl/ 吉尔; Jilly /'dʒɪli || 'dʒɪlɪ/ 吉莉
**Ginny** ⇨ Virginia
**Gladys** /'glædɪs || 'glædɪs/ 格拉迪斯
**Glenda** /'glendə || 'glendə/ 格伦达
**Gloria** /'glɔːriə || 'glɔriə/ 格洛丽亚
**Grace** /greɪs || greɪs/ 格雷斯; Gracie /'greɪsi || 'greɪsi/ 格雷西
**Gwendoline** /'gwendəlɪn || 'gwend̩lɪn/ 格温德林; Gwen /gwen || gwen/ 格温
**Hannah** /'hænə || 'hænə/ 汉纳
**Harriet** /'hæriət || 'hæriət/ 哈丽雅特
**Hazel** /'heɪzl || 'heɪzl/ 黑兹尔
**Heather** /'heðə(r) || 'heðə/ 希瑟
**Helen** /'helɪn || 'helɪn/ 海伦
**Henrietta** /,henri'etə || ,henri'etə/ 亨里埃塔
**Hilary** /'hɪləri || 'hɪlərɪ/ 希拉里
**Hilda** /'hɪldə || 'hɪldə/ 希尔达
**Ida** /'aɪdə || 'aɪdə/ 艾达
**Ingrid** /'ɪŋgrɪd || 'ɪŋgrɪd/ 英格里德
**Irene** /aɪ'riːn || aɪ'rin/ 艾琳
**Iris** /'aɪrɪs || 'aɪrɪs/ 艾丽斯
**Isabel** (esp ScotE 尤用于苏格兰英语) Isobel /'ɪzəbel || 'ɪzə,bel/ 伊莎贝尔
**Isabella** /,ɪzə'belə || ,ɪzə'belə/ 伊莎贝拉
**Ivy** /'aɪvi || 'aɪvɪ/ 艾维
**Jackie** ⇨ Jacqueline
**Jacqueline** /'dʒækəlɪn || 'dʒækəlɪn/ 杰奎琳; Jackie /'dʒæki || 'dʒækɪ/ 杰基
**Jan** ⇨ Janet, Janice
**Jane** /dʒeɪn || dʒen/ 简; Janey /'dʒeɪni || 'dʒeɪni/ 珍妮
**Janet** /'dʒænɪt || 'dʒænɪt/; Janette /dʒə'net || dʒə'net/ 珍妮特; Jan /dʒæn || dʒæn/ 简
**Janice, Janis** /'dʒænɪs || 'dʒænɪs/ 贾尼丝; Jan /dʒæn || dʒæn/ 简
**Jean** /dʒiːn || dʒin/ 琼; Jeanie /dʒiː'ni || 'dʒini/ 珍妮
**Jennifer** /'dʒenɪfə(r) || 'dʒenɪfə/ 珍妮弗; Jenny, Jennie /'dʒeni || 'dʒenɪ/ 珍妮
**Jessica** /'dʒesɪkə || 'dʒesɪkə/ 杰西卡; Jess /dʒes || dʒes/ 杰斯; Jessie /'dʒesi || 'dʒesɪ/ 杰西
**Jill, Jilly** ⇨ Gillian
**Jo** ⇨ Joanna, Josephine
**Joan** /dʒəʊn || dʒon/ 琼
**Joanna** /dʒəʊ'ænə || dʒəʊ'ænə/ 乔安娜; Joanne /dʒəʊ'æn || dʒəʊ'æn/ 乔安妮; Jo /dʒəʊ || dʒo/ 乔
**Jocelyn** /'dʒɒslɪn || 'dʒɑslɪn/ 乔斯林
**Jody** /'dʒəʊdi || 'dʒodɪ/ 乔迪
**Josephine** /'dʒəʊzəfiːn || 'dʒozə,fin/ 约瑟芬; Jo /dʒəʊ || dʒo/ 乔; Josie /'dʒəʊzi || 'dʒozɪ/ 乔西
**Joyce** /dʒɔɪs || dʒɔɪs/ 乔伊斯
**Judith** /'dʒuːdɪθ || 'dʒudɪθ/ 朱迪思; Judy /'dʒuːdi || 'dʒudɪ/ 朱迪
**Julia** /'dʒuːliə || 'dʒuljə/ 朱莉娅; Julie /'dʒuːli || 'dʒulɪ/ 朱莉
**Juliet** /'dʒuːliət || 'dʒuliət/ 朱丽叶
**June** /dʒuːn || dʒun/ 琼
**Karen, Karin** /'kærən || 'kærən/ 卡伦
**Katherine, Catherine**, (esp AmE) **-arine** /'kæθrɪn || 'kæθrɪn/ 凯瑟琳; Kathy, Cathy /'kæθi || 'kæθɪ/ 凯西; Kate /keɪt || ket/ 凯特; Katie, Katy /'keɪti || 'ketɪ/ 凯蒂; Kay /keɪ || ke/ 凯; Kitty /'kɪti || 'kɪtɪ/ 基蒂
**Kim** /kɪm || kɪm/ 金
**Kirsten** /'kɜːstɪn || 'kɜstɪn/ 柯尔斯滕
**Kitty** ⇨ Katherine
**Laura** /'lɔːrə || 'lɔrə/ 劳拉
**Lauretta, Loretta** /lə'retə || lə'retə/ 莱雷塔
**Lesley** /'lezli || 'lezlɪ/ 莱斯利

**Libby** ⇨ Elizabeth
**Lilian, Lillian** /'lɪliən || 'lɪliən/ 莉莲
**Lily** /'lɪli || 'lɪli/ 莉莉
**Linda** /'lɪndə || 'lɪndə/ 琳达
**Lisa, Liza** ⇨ Eliza
**Livia** /'lɪviə || 'lɪviə/ 利维亚
**Liz, Lizzie, Lizzy** ⇨ Elizabeth
**Lois** /'ləʊɪs || 'lo·ɪs/ 洛伊丝
**Lorna** /'lɔːnə || 'lɔrnə/ 洛娜
**Louise** /luː'iːz || luː'iz/ 路易丝; Louisa /luː'iːzə || luː'izə/ 路易莎
**Lucia** /'luːsiə; also 'luː'ʃə || 'luʃə/ 露西亚
**Lucinda** /luː'sɪndə || luː'sɪndə/ 露辛达; Cindy /'sɪndi || 'sɪndɪ/ 辛迪
**Lucy** /'luːsi || 'lusɪ/ 露西
**Lydia** /'lɪdiə || 'lɪdɪə/ 莉迪亚
**Lyn(n)** /lɪn || lɪn/ 林恩
**Mabel** /'meɪbl || 'mebl/ 梅布尔
**Madeleine** /'mædəlɪn || 'mædlɪn/ 马德琳
**Madge, Maggie** ⇨ Margaret
**Maisie** /'meɪzi || 'mezɪ/ 梅西
**Mandy** ⇨ Amanda
**Marcia** /'mɑːsiə; also 'mɑːʃə || 'mɑrʃə/ 马西娅; Marcie /'mɑːsi || 'mɑrsɪ/ 马西
**Margaret** /'mɑːgrɪt || 'mɑrgrɪt/ 玛格丽特; Madge /mædʒ || mædʒ/ 马奇; Maggie /'mægi || 'mægɪ/ 玛吉, (esp ScotE 尤用于苏格兰英语) Meg /meg || meg/ 梅格; Peg /peg || peg/ 佩格; Peggie, Peggy /'pegi || 'pegɪ/ 佩吉
**Margery, Marjorie** /'mɑːdʒəri || 'mɑrdʒərɪ/ 马杰里; Margie /'mɑːdʒi || 'mɑrdʒɪ/ 玛吉
**Maria** /mə'riːə; also mə'raɪə || mə'riə, mə'raɪə/ 玛丽亚
**Marian, Marion** /'mæriən || 'mærɪən/ 玛丽安（马里恩）
**Marie** /mə'riː; also 'mɑːri || mə'ri, 'mɑrɪ/ 玛丽
**Marilyn** /'mærəlɪn || 'mærəlɪn/ 玛丽琳
**Marion** ⇨ Marian
**Marjorie** ⇨ Margery
**Marlene** /'mɑːliːn || 'mɑrlin/ 马林
**Martha** /'mɑːθə || 'mɑrθə/ 马莎
**Martina** /mɑː'tiːnə || mɑr'tinə/ 马丁娜
**Mary** /'meəri || 'mɛrɪ/ 玛丽
**Maud** /mɔːd || mɔd/ 莫德
**Maureen** /'mɔːriːn || mɔ'rin/ 莫林
**Mavis** /'meɪvɪs || 'mevɪs/ 梅维斯
**Meg** ⇨ Margaret
**Melanie** /'melənɪ || 'melənɪ/ 梅拉尼
**Melinda** /mə'lɪndə || mə'lɪndə/ 梅林达
**Michelle** /mɪ'ʃel || mɪ'ʃel/ 米歇尔
**Mildred** /'mɪldrɪd || 'mɪldrɪd/ 米尔德里德
**Millicent** /'mɪlɪsnt || 'mɪləsnt/ 米利森特; Millie, Milly /'mɪli || 'mɪlɪ/ 米利
**Miranda** /mɪ'rændə || mə'rændə/ 米兰达
**Miriam** /'mɪriəm || 'mɪrɪəm/ 米里亚姆
**Moira** /'mɔɪrə || 'mɔɪrə/ 莫伊拉
**Molly** /'mɒli || 'mɑlɪ/ 莫利
**Monica** /'mɒnɪkə || 'mɑnɪkə/ 莫妮卡
**Muriel** /'mjʊəriəl || 'mjʊrɪəl/ 缪里尔
**Nadia** /'nɑːdiə || 'nɑdiə/ 纳迪亚
**Nancy** /'nænsi || 'nænsɪ/ 南希; Nan /næn || næn/ 南
**Naomi** /'neɪəmi || 'neɑmi/ 内奥米
**Natalie** /'nætəli || 'nætlɪ/ 纳塔莉
**Natasha** /nə'tæʃə || nə'tæʃə/ 纳塔莎
**Nell** /nel || nɛl/ 内尔; Nellie, Nelly /'neli || 'nɛlɪ/ 内利
**Nicola** /'nɪkələ || 'nɪklə/ 尼古拉; Nicky /'nɪki || 'nɪkɪ/ 尼基
**Nora** /'nɔːrə || 'nɔrə/ 诺拉
**Norma** /'nɔːmə || 'nɔrmə/ 诺尔马
**Olive** /'ɒlɪv || 'ɑlɪv/ 奥利夫
**Olivia** /ə'lɪviə || ə'lɪviə/ 奥利维亚
**Pamela** /'pæmələ || 'pæmələ/ 帕梅拉; Pam /pæm || pæm/ 帕姆
**Pat** ⇨ Patricia

**Patience** /ˈpeɪʃns ‖ ˈpeʃəns/ 佩兴斯

**Patricia** /pəˈtrɪʃə ‖ pəˈtrɪʃə/ 帕特里夏; Pat /pæt ‖ pæt/ 帕特; Patti, Pattie, Patty /ˈpæti ‖ ˈpæti/ 帕蒂; Tricia /ˈtrɪʃə ‖ ˈtrɪʃə/ 特里西娅

**Paula** /ˈpɔːlə ‖ ˈpɔlə/ 葆拉

**Pauline** /ˈpɔːliːn ‖ pɔˈlin/ 波林

**Peg, Peggie, Peggy** ⇨ Margaret

**Penelope** /pəˈnɛləpi ‖ pəˈnɛləpi/ 佩内洛普; Penny /ˈpɛni ‖ ˈpɛni/ 彭尼

**Philippa** /ˈfɪlɪpə ‖ ˈfɪlɪpə/ 菲利帕

**Phoebe** /ˈfiːbi ‖ ˈfibi/ 菲比

**Phyllis** /ˈfɪlɪs ‖ ˈfɪlɪs/ 菲利斯

**Polly** /ˈpɒli ‖ ˈpɑli/ 波利; Poll /pɒl ‖ pɑl/ 波尔

**Priscilla** /prɪˈsɪlə ‖ prɪˈsɪlə/ 普里西拉; Cilla /ˈsɪlə ‖ ˈsɪlə/ 西拉

**Prudence** /ˈpruːdns ‖ ˈprudns/ 普鲁登斯; Pru, Prue /pruː ‖ pru/ 普鲁

**Rachel** /ˈreɪtʃəl ‖ ˈretʃəl/ 雷切尔

**Rebecca** /rɪˈbekə ‖ rɪˈbɛkə/ 丽贝卡; Becky /ˈbeki ‖ ˈbɛki/ 贝基

**Rhoda** /ˈrəʊdə ‖ ˈrodə/ 罗达

**Rita** /ˈriːtə ‖ ˈritə/ 丽塔

**Roberta** /rəˈbɜːtə ‖ rəˈbɝtə/ 罗伯塔

**Robin** /ˈrɒbɪn ‖ ˈrabɪn/ 罗宾

**Rosalie** /ˈrəʊzəli; also ˈrɒzəli ‖ ˈrozəli/ 罗莎莉

**Rosalind** /ˈrɒzəlɪnd ‖ ˈrazlɪnd/ 罗莎琳德; Rosalyn /ˈrɒzəlɪn ‖ ˈrazlɪn/ 罗莎琳

**Rose** /rəʊz ‖ roz/; Rosie /ˈrəʊzi ‖ ˈrozi/ 罗斯

**Rosemary** /ˈrəʊzməri ‖ ˈroz,mɛri/ 罗斯玛丽; Rosie /ˈrəʊzi ‖ ˈrozi/ 罗斯

**Ruth** /ruːθ ‖ ruθ/ 鲁思

**Sadie** ⇨ Sarah

**Sally** /ˈsæli ‖ ˈsæli/ 萨莉; Sal /sæl ‖ sæl/ 萨尔

**Samantha** /səˈmænθə ‖ səˈmænθə/ 萨曼莎; Sam /sæm ‖ sæm/ 萨姆

**Sandra** /ˈsɑːndrə; AmE ˈsæn- ‖ ˈsændrə/ 桑德拉; Sandy /ˈsændi ‖ ˈsændi/ 桑迪

**Sandy** ⇨ Alexandra, Sandra

**Sarah Sara** /ˈseərə ‖ ˈsɛrə/ 萨拉; Sadie /ˈseɪdi ‖ ˈsedi/ 塞迪

**Sharon** /ˈʃærən ‖ ˈʃærən/ 沙伦

**Sheila, Shelagh** /ˈʃiːlə ‖ ˈʃilə/ 希拉

**Shirley** /ˈʃɜːli ‖ ˈʃɝli/ 雪莉

**Sibyl** ⇨ Sybil

**Silvia, Sylvia** /ˈsɪlviə ‖ ˈsɪlviə/ 西尔维亚; Sylvie /ˈsɪlvi ‖ ˈsɪlvi/ 西尔维

**Sonia** /ˈsɒniə; also ˈsəʊniə ‖ ˈsɑnjə, ˈsonjə/ 索尼亚

**Sophia** /səˈfaɪə ‖ səˈfaɪə/ 索菲娅

**Sophie, Sophy** /ˈsəʊfi ‖ ˈsofi/ 索菲

**Stella** /ˈstelə ‖ ˈstɛlə/ 斯特拉

**Stephanie** /ˈstefəni ‖ ˈstɛfəni/ 斯蒂法妮

**Susan** /ˈsuːzn ‖ ˈsuzn/ 苏珊; Sue /suː ‖ su/ 休; Susie, Suzy /ˈsuːzi ‖ ˈsuzi/ 苏西

**Susanna, Susannah** /suːˈzænə ‖ suˈzænə/ 苏珊娜; Suzanne /suːˈzæn ‖ suˈzæn/ 苏珊; Susie, Suzy /ˈsuːzi ‖ ˈsuzi/ 苏西

**Sybil, Sibyl** /ˈsɪbəl ‖ ˈsɪbl/ 西比尔

**Sylvia, Sylvie** ⇨ Silvia

**Teresa, Theresa** /təˈriːzə ‖ təˈrizə/ 特里萨; Tess /tes ‖ tɛs/ 特斯; Tessa /ˈtesə ‖ ˈtɛsə/ 特莎; (AmE) Terri /ˈteri ‖ ˈtɛri/ 特里

**Thelma** /ˈθelmə ‖ ˈθɛlmə/ 塞尔马

**Tina** ⇨ Christina

**Toni** /ˈtəʊni ‖ ˈtoni/ 托妮 (esp AmE)

**Tracy, Tracey** /ˈtreɪsi ‖ ˈtresi/ 特雷西

**Tricia** ⇨ Patricia

**Trudie, Trudy** /ˈtruːdi ‖ ˈtrudi/ 特鲁迪

**Ursula** /ˈɜːsjələ ‖ ˈɝsjələ/ 厄休拉

**Valerie** /ˈvæləri ‖ ˈvæləri/ 瓦莱丽; Val /væl ‖ væl/ 瓦尔

**Vanessa** /vəˈnesə ‖ vəˈnesə/ 瓦内莎

**Vera** /ˈvɪərə ‖ ˈvɪrə/ 薇拉

**Veronica** /vəˈrɒnɪkə ‖ vəˈrɑnɪkə/ 维朗妮卡

**Victoria** /vɪkˈtɔːriə ‖ vɪkˈtɔriə/ 维多利亚; Vicki, Vickie, Vicky, Vikki /ˈvɪki ‖ ˈvɪki/ 维基

**Viola** /ˈvaɪələ ‖ ˈvaɪələ/ 维奥拉

**Violet** /ˈvaɪələt ‖ ˈvaɪələt/ 瓦奥莱特

**Virginia** /vəˈdʒɪniə ‖ vəˈdʒɪnjə/ 弗吉尼亚; Ginny /ˈdʒɪni ‖ ˈdʒɪni/ 吉尼

**Vivien, Vivienne** /ˈvɪviən ‖ ˈvɪviən/ 维维恩; Viv /vɪv ‖ vɪv/ 维维

**Wendy** /ˈwendi ‖ ˈwendi/ 温迪

**Winifred** /ˈwɪnɪfrɪd ‖ ˈwɪnɪfrɪd/ 威尼弗雷德; Winnie /ˈwɪni ‖ ˈwɪni/ 威尼

**Yvonne** /ɪˈvɒn ‖ ɪˈvɑn/ 伊冯娜

**Zoe** /ˈzəʊi ‖ ˈzoˌi/ 佐伊

## Male Names 男子名

**Abraham** /ˈeɪbrəhæm ‖ ˈebrə,hæm/ 亚伯拉罕; Abe /eɪb ‖ eb/ 阿贝

**Adam** /ˈædəm ‖ ˈædəm/ 亚当

**Adrian** /ˈeɪdriən ‖ ˈedriən/ 阿德里安

**Alan, Allan, Allen** /ˈælən ‖ ˈælən/ 艾伦; Al /æl ‖ æl/ 阿尔

**Albert** /ˈælbət ‖ ˈælbət/ 艾伯特; Al /æl ‖ æl/ 阿尔; Bert /bɜːt ‖ bɝt/ 伯特

**Alexander** /ˌælɪgˈzɑːndə(r); AmE -ˈzæn- ‖ ˌælɪgˈzændə/ 亚历山大; Alec /ˈælɪk ‖ ˈælɪk/ 亚历克; Alex /ˈælɪks ‖ ˈælɪks/ 亚历克斯; Sandy /ˈsændi ‖ ˈsændi/ 桑迪

**Alfred** /ˈælfrɪd ‖ ˈælfrɪd/ 艾尔弗雷德; Alf /ælf ‖ ælf/ 阿尔夫; Alfie /ˈælfi ‖ ˈælfi/ 阿尔菲

**Alistair, Alisdair, Alas-** /ˈælɪstə(r) ‖ ˈælɪstə/ 阿利斯泰尔 (ScotE 苏格兰英语)

**Allan, Allen** ⇨ Alan

**Alvin** /ˈælvɪn ‖ ˈælvɪn/ 阿尔文

**Andrew** /ˈændruː ‖ ˈændru/ 安德鲁; Andy /ˈændi ‖ ˈændi/ 安迪

**Angus** /ˈæŋgəs ‖ ˈæŋgəs/ 安格斯 (ScotE 苏格兰英语)

**Anthony, Antony** /ˈæntəni ‖ ˈæntəni/ 安东尼; Tony /ˈtəʊni ‖ ˈtoni/ 托尼

**Archibald** /ˈɑːtʃɪbɔːld ‖ ˈɑrtʃə,bold/ 阿奇博尔德; Archie, Archy /ˈɑːtʃi ‖ ˈɑrtʃi/ 阿奇

**Arnold** /ˈɑːnəld ‖ ˈɑrnld/ 阿诺德

**Arthur** /ˈɑːθə(r) ‖ ˈɑrθə/ 阿瑟

**Auberon** /ˈɔːbərɒn ‖ ˈɔbə,rɑn/ 奥伯伦

**Aubrey** /ˈɔːbri ‖ ˈɔbri/ 奥布里

**Barnaby** /ˈbɑːnəbi ‖ ˈbɑrnəbi/ 巴纳比

**Barry** /ˈbæri ‖ ˈbæri/ 巴里

**Bartholomew** /bɑːˈθɒləmjuː ‖ bɑrˈθɑlə,mju/ 巴塞洛缪

**Basil** /ˈbæzl ‖ ˈbæzl/ 巴兹尔

**Benjamin** /ˈbendʒəmɪn ‖ ˈbɛndʒəmən/ 本杰明; Ben /ben ‖ bɛn/ 本

**Bernard** /ˈbɜːnəd ‖ ˈbɝnəd/ 伯纳德; Bernie /ˈbɜːni ‖ ˈbɝni/ 伯尼

**Bert** ⇨ Albert, Gilbert, Herbert, Hubert

**Bill, Billy** ⇨ William

**Bob, Bobby** ⇨ Robert

**Boris** /ˈbɒrɪs ‖ ˈbɔrɪs/ 鲍里斯

**Bradford** /ˈbrædfəd ‖ ˈbrædfəd/ 布拉德福德; Brad /bræd ‖ bræd/ 布拉德 (esp AmE)

**Brendan** /ˈbrendən ‖ ˈbrɛndən/ 布伦丹 (IrishE 爱尔兰英语)

**Brian, Bryan** /ˈbraɪən ‖ ˈbraɪən/ 布赖恩

**Bruce** /bruːs ‖ brus/ 布鲁斯

**Bud** /bʌd ‖ bʌd/ 巴德 (AmE)

**Carl** /kɑːl ‖ kɑrl/ 卡尔

**Cecil** /ˈsesl; AmE ˈsiːsl ‖ ˈsisl/ 塞西尔

**Cedric** /ˈsedrɪk ‖ ˈsɛdrɪk/ 锡德里克

**Charles** /tʃɑːlz ‖ tʃɑːrlz/ 查尔斯; Charlie /tʃɑːli ‖ tʃɑːrli/ 查利; Chas /tʃæz ‖ tʃæz/ 查斯; Chuck /tʃʌk ‖ tʃʌk/ 查克 (AmE)

**Christopher** /ˈkrɪstəfə(r) ‖ ˈkrɪstəfər/ 克里斯托弗; Chris /krɪs ‖ krɪs/ 克里斯; Kit /kɪt ‖ kɪt/ 基特

**Chuck** ⇨ Charles

**Clarence** /ˈklærəns ‖ ˈklærəns/ 克拉伦斯

**Clark** /klɑːk ‖ klɑːrk/ 克拉克 (esp AmE)

**Claude, Claud** /klɔːd ‖ klɔːd/ 克劳德

**Clement** /ˈklemənt ‖ ˈklemənt/ 克莱门特

**Clifford** /ˈklɪfəd ‖ ˈklɪfərd/ 克利福德; Cliff /klɪf ‖ klɪf/ 克利夫

**Clint** /klɪnt ‖ klɪnt/ 克林特 (esp AmE)

**Clive** /klaɪv ‖ klaɪv/ 克莱夫

**Clyde** /klaɪd ‖ klaɪd/ 克莱德 (esp AmE)

**Colin** /ˈkɒlɪn ‖ ˈkɑːlɪn/ 科林

**Craig** /kreɪg ‖ kreɪg/ 克雷格

**Curt** /kɜːt ‖ kɜːrt/ 柯特

**Cyril** /ˈsɪrəl ‖ ˈsɪrəl/ 西里尔

**Dale** /deɪl ‖ del/ 戴尔 (esp AmE)

**Daniel** /ˈdænɪəl ‖ ˈdænjəl/ 丹尼尔; Dan /dæn ‖ dæn/ 丹; Danny /ˈdæni ‖ ˈdæni/ 丹尼

**Darrell** /ˈdærəl ‖ ˈdærəl/ 达雷尔

**Darren** /ˈdærən ‖ ˈdærən/ 达伦 (esp AmE)

**David** /ˈdeɪvɪd ‖ ˈdevɪd/ 戴维; Dave /deɪv ‖ dev/ 戴夫

**Dean** /diːn ‖ diːn/ 迪安

**Dennis, Denis** /ˈdenɪs ‖ ˈdenɪs/ 丹尼斯

**Derek** /ˈderɪk ‖ ˈderɪk/ 德里克

**Dermot** /ˈdɜːmət ‖ ˈdɜːrmət/ 德莫特 (IrishE 爱尔兰英语)

**Desmond** /ˈdezmənd ‖ ˈdezmənd/ 德斯蒙德; Des /dez ‖ dez/ 德斯

**Dick, Dickie, Dicky** ⇨ Richard

**Dirk** /dɜːk ‖ dɜːk/ 德克

**Dominic** /ˈdɒmɪnɪk ‖ ˈdɑːmənɪk/ 多米尼克

**Donald** /ˈdɒnəld ‖ ˈdɑːnld/ 唐纳德; Don /dɒn ‖ dɑːn/ 唐

**Douglas** /ˈdʌgləs ‖ ˈdʌgləs/ 道格拉斯; Doug /dʌg ‖ dʌg/ 道格

**Duane** /duˈeɪn ‖ duˈen/ 杜安; Dwane /dweɪn ‖ dwen/ (esp AmE)

**Dudley** /ˈdʌdli ‖ ˈdʌdli/ 达德利; Dud /dʌd ‖ dʌd/ 达德

**Duncan** /ˈdʌŋkən ‖ ˈdʌŋkən/ 邓肯

**Dustin** /ˈdʌstɪn ‖ ˈdʌstɪn/ 达斯廷

**Dwight** /dwaɪt ‖ dwaɪt/ 德怀特 (esp AmE)

**Eamonn, Eamon** /ˈeɪmən ‖ ˈemən/ 埃蒙 (IrishE 爱尔兰英语)

**Ed, Eddie, Eddy** ⇨ Edward

**Edgar** /ˈedgə(r) ‖ ˈedgər/ 埃德加

**Edmund, Edmond** /ˈedmənd ‖ ˈedmənd/ 埃德蒙

**Edward** /ˈedwəd ‖ ˈedwərd/ 爱德华; Ed /ed ‖ ed/ 埃德; Eddie, Eddy /ˈedi ‖ ˈedi/ 埃迪; Ted /ted ‖ ted/ 特德; Teddy /ˈtedi ‖ ˈtedi/ 特迪; Ned /ned ‖ ned/ 内德; Neddy /ˈnedi ‖ ˈnedi/ 内迪

**Edwin** /ˈedwɪn ‖ ˈedwɪn/ 埃德温

**Elmer** /ˈelmə(r) ‖ ˈelmər/ 埃尔默 (AmE)

**Elroy** /ˈelrɔɪ ‖ ˈelrɔɪ/ 埃尔罗伊 (AmE)

**Emlyn** /ˈemlɪn ‖ ˈemlɪn/ 埃姆林 (WelshE 威尔士英语)

**Enoch** /ˈiːnɒk ‖ ˈinɑːk/ 伊诺克

**Eric** /ˈerɪk ‖ ˈerɪk/ 埃里克

**Ernest** /ˈɜːnɪst ‖ ˈɜːnɪst/ 欧内斯特

**Errol** /ˈerəl ‖ ˈerəl/ 埃罗尔

**Eugene** /juːˈdʒiːn ‖ juˈdʒiːn/ 尤金; Gene /dʒiːn ‖ dʒiːn/ 吉恩 (AmE)

**Felix** /ˈfiːlɪks ‖ ˈfiːlɪks/ 费利克斯

**Ferdinand** /ˈfɜːdɪnænd ‖ ˈfɜːrdə,nænd/ 费迪南德

**Fergus** /ˈfɜːgəs ‖ ˈfɜːgəs/ 弗格斯 (ScotE or IrishE 苏格兰英语或爱尔兰英语)

**Floyd** /flɔɪd ‖ flɔɪd/ 弗洛伊德

**Francis** /ˈfrɑːnsɪs; AmE ˈfræn- ‖ ˈfrænsɪs/ 弗朗西斯; Frank /fræŋk ‖ fræŋk/ 弗兰克

**Frank** /fræŋk ‖ fræŋk/ 弗兰克; Frankie /ˈfræŋki ‖ ˈfræŋki/ 弗兰基

**Frederick** /ˈfredrɪk ‖ ˈfredrɪk/ 弗雷德里克; Fred /fred ‖ fred/ 弗雷德; Freddie, Freddy /ˈfredi ‖ ˈfredi/ 弗雷迪

**Gabriel** /ˈgeɪbrɪəl ‖ ˈgebrɪəl/ 加布里埃尔

**Gareth** /ˈgærəθ ‖ ˈgærəθ/ 加雷思 (esp WelshE 尤用于威尔士英语)

**Gary** /ˈgæri ‖ ˈgæri/ 加里

**Gavin** /ˈgævɪn ‖ ˈgævɪn/ 加文

**Gene** ⇨ Eugene

**Geoffrey, Jeffrey** /ˈdʒefri ‖ ˈdʒefri/ 杰弗里; Geoff, Jeff /dʒef ‖ dʒef/ 杰夫

**George** /dʒɔːdʒ ‖ dʒɔːrdʒ/ 乔治

**Geraint** /ˈgeraɪnt ‖ ˈdʒeraɪnt/ 杰伦特 (WelshE 威尔士英语)

**Gerald** /ˈdʒerəld ‖ ˈdʒerəld/ 杰拉尔德; Gerry, Jerry /ˈdʒeri ‖ ˈdʒeri/ 格里; 杰里

**Gerard** /ˈdʒerɑːd ‖ dʒəˈrɑːrd/ 杰勒德

**Gilbert** /ˈgɪlbət ‖ ˈgɪlbərt/ 吉尔伯特; Bert /bɜːt ‖ bɜːt/ 伯特

**Giles** /dʒaɪlz ‖ dʒaɪlz/ 贾尔斯

**Glen** /glen ‖ glen/ 格伦

**Godfrey** /ˈgɒdfri ‖ ˈgɑːdfri/ 戈弗雷

**Gordon** /ˈgɔːdn ‖ ˈgɔːrdn/ 戈登

**Graham, Grahame, Graeme** /ˈgreɪəm ‖ ˈgreəm/ 格雷厄姆; 格雷姆

**Gregory** /ˈgregəri ‖ ˈgregəri/ 格雷戈里; Greg /greg ‖ greg/ 格雷格

**Guy** /gaɪ ‖ gaɪ/ 盖伊

**Hal, Hank** ⇨ Henry

**Harold** /ˈhærəld ‖ ˈhærəld/ 哈罗德

**Henry** /ˈhenri ‖ ˈhenri/ 亨利; Harry /ˈhæri ‖ ˈhæri/ 哈里; Hal /hæl ‖ hæl/ 哈尔; Hank /hæŋk ‖ hæŋk/ 汉克 (AmE)

**Herbert** /ˈhɜːbət ‖ ˈhɜːbərt/ 赫伯特; Bert /bɜːt ‖ bɜːt/ 伯特; Herb /hɜːb ‖ hɜːb/ 赫布

**Horace** /ˈhɒrɪs; AmE ˈhɔːrəs ‖ ˈhɔːrəs/ 霍勒斯

**Howard** /ˈhaʊəd ‖ ˈhaʊərd/ 霍华德

**Hubert** /ˈhjuːbət ‖ ˈhjubərt/ 休伯特; Bert /bɜːt ‖ bɜːt/ 伯特

**Hugh** /hjuː ‖ hju/ 休

**Hugo** /ˈhjuːgəʊ ‖ ˈhjugo/ 雨果

**Humphrey** /ˈhʌmfri ‖ ˈhʌmfri/ 汉弗莱

**Ian** /ˈiːən ‖ ˈiən/ 伊恩

**Isaac** /ˈaɪzək ‖ ˈaɪzək/ 艾萨克

**Ivan** /ˈaɪvən ‖ ˈaɪvən/ 伊凡

**Ivor** /ˈaɪvə(r) ‖ ˈaɪvər/ 艾弗

**Jack** ⇨ John

**Jacob** /ˈdʒeɪkəb ‖ ˈdʒeɪkəb/ 雅各布; Jake /dʒeɪk ‖ dʒek/ 杰克

**Jake** ⇨ Jacob, John

**James** /dʒeɪmz ‖ dʒeɪmz/ 詹姆斯; Jim /dʒɪm ‖ dʒɪm/ 吉姆; Jimmy /dʒɪmi ‖ ˈdʒɪmi/ 吉米; Jamie /ˈdʒeɪmi ‖ ˈdʒeɪmi/ 杰米 (ScotE 苏格兰英语)

**Jason** /ˈdʒeɪsn ‖ ˈdʒeɪsn/ 贾森

**Jasper** /ˈdʒæspə(r) ‖ ˈdʒæspər/ 贾斯珀

**Jed** /dʒed ‖ dʒed/ 杰德 (esp AmE)

**Jeff, Jeffrey** ⇨ Geoffrey

**Jeremy** /ˈdʒerəmi ‖ ˈdʒerəmi/ 杰里米; Jerry /ˈdʒeri ‖ ˈdʒeri/ 杰里

**Jerome** /dʒəˈrəʊm ‖ dʒəˈrom/ 杰罗姆

**Jerry** ⇨ Gerald, Jeremy

**Jesse** /ˈdʒesi ‖ ˈdʒesi/ 杰西 (esp AmE)

**Jim, Jimmy** ⇨ James

**Jock** ⇨ John

**Joe** ⇨ Joseph

**John** /dʒɒn ‖ dʒɑːn/ 约翰; Johnny /ˈdʒɒni ‖ ˈdʒɑːni/ 约翰尼; Jack /dʒæk ‖ dʒæk/ 杰克; Jake /dʒeɪk ‖ dʒek/ 杰克; Jock /dʒɒk ‖ dʒɑːk/ 乔克 (ScotE 苏格兰英语)

**Jonathan** /ˈdʒɒnəθən ‖ ˈdʒɑːnəθən/ 乔纳森; Jon /dʒɒn ‖ dʒɑːn/ 乔恩

**Joseph** /ˈdʒəʊzɪf ‖ ˈdʒozəf/ 约瑟夫; Joe /dʒəʊ ‖ dʒo/ 乔

**Julian** /ˈdʒuːliən ‖ ˈdʒuliən/ 朱利安

**Justin** /ˈdʒʌstɪn ‖ ˈdʒʌstɪn/ 贾斯廷

**Keith** /kiːθ ‖ kiθ/ 基思

**Kenneth** /ˈkenɪθ || ˈkenɪθ/ 肯尼思; Ken /ken || ken/ 肯; Kenny /ˈkenɪ || ˈkenɪ/ 肯尼

**Kevin** /ˈkevɪn || ˈkevɪn/ 凯文; Kev /kev || kev/ 凯夫

**Kirk** /kɜːk || kɜːk/ 柯克

**Kit** ⊳ Christopher

**Lance** /lɑːns; AmE læns || læns/ 兰斯

**Laurence, Lawrence** /ˈlɒrəns; AmE ˈlɔːr- || ˈlɔːrəns/ 劳伦斯; Larry /ˈlærɪ || ˈlærɪ/ 拉里; Laurie /ˈlɒrɪ; AmE ˈlɔːrɪ || ˈlɔːrɪ/ 劳里

**Len, Lenny** ⊳ Leonard

**Leo** /ˈliːəʊ || ˈliːo/ 利奥

**Leonard** /ˈlenəd || ˈlenəd/ 伦纳德; Len /len || len/ 莱恩; Lenny /ˈlenɪ || ˈlenɪ/ 伦尼

**Leslie** /ˈlezlɪ || ˈlezlɪ/ 莱斯利; Les /lez || les/ 莱斯

**Lester** /ˈlestə(r) || ˈlestə/ 莱斯特

**Lewis** /ˈluːɪs || ˈluːɪs/ 刘易斯; Lew /luː || lu/ 卢

**Liam** /ˈliːəm || ˈliəm/ 利亚姆 (IrishE 爱尔兰英语)

**Lionel** /ˈlaɪənl || ˈlaɪənl/ 莱昂内尔

**Louis** /ˈluːi; AmE ˈluːɪs || ˈluɪs/ 路易斯; Lou /luː || lu/ 卢 (esp AmE)

**Luke** /luːk || luk/ 卢克

**Malcolm** /ˈmælkəm || ˈmælkəm/ 马尔科姆

**Mark** /mɑːk || mɑːk/ 马克

**Martin** /ˈmɑːtɪn; AmE ˈmɑːrtn || ˈmɑːrtn/ 马丁; Marty /ˈmɑːtɪ || ˈmɑːrtɪ/ 马蒂

**Matthew** /ˈmæθjuː || ˈmæθju/ 马修; Matt /mæt || mæt/ 马特

**Maurice, Morris** /ˈmɒrɪs; AmE ˈmɔːr- || ˈmɔːrɪs/ 莫里斯

**Max** /mæks || mæks/ 马克斯

**Mervyn** /ˈmɜːvɪn || ˈmɜːvɪn/ 默文

**Michael** /ˈmaɪkl || ˈmaɪkl/ 迈克尔; Mike /maɪk || maɪk/ 迈克; Mick /mɪk || mɪk/ 米克; Micky, Mickey /ˈmɪkɪ || ˈmɪkɪ/ 米基

**Miles, Myles** /maɪlz || maɪlz/ 迈尔斯

**Mitchell** /ˈmɪtʃl || ˈmɪtʃəl/ 米切尔; Mitch /mɪtʃ || mɪtʃ/ 米奇

**Morris** ⊳ Maurice

**Mort** /mɔːt || mɔːrt/ 莫特 (AmE)

**Murray** /ˈmʌrɪ || ˈmʌrɪ/ 默里 (esp ScotE 尤用于苏格兰英语)

**Myles** ⊳ Miles

**Nathan** /ˈneɪθən || ˈneɪθən/ 内森; Nat /næt || næt/ 纳特

**Nathaniel** /nəˈθænɪəl || nəˈθænjəl/ 纳撒尼尔; Nat /næt || næt/ 纳特

**Neal** ⊳ Neil

**Ned, Neddy** ⊳ Edward

**Neil, Neal** /niːl || nil/ 尼尔

**Nicholas, Nicolas** /ˈnɪkələs; AmE ˈnɪkləs || ˈnɪkləs/ 尼古拉斯; Nick /nɪk || nɪk/ 尼克; Nicky /ˈnɪkɪ || ˈnɪkɪ/ 尼基

**Nigel** /ˈnaɪdʒl || ˈnaɪdʒəl/ 奈杰尔

**Noel** /ˈnəʊəl || ˈnoʊl/ 诺埃尔

**Norman** /ˈnɔːmən || ˈnɔːrmən/ 诺曼; Norm /nɔːm || nɔːrm/ 诺姆

**Oliver** /ˈɒlɪvə(r) || ˈɑləvə/ 奥利弗; Ollie /ˈɒli || ˈɑli/ 奥利

**Oscar** /ˈɒskə(r) || ˈɑskə/ 奥斯卡

**Oswald** /ˈɒzwəld || ˈɑzwɔːld/ 奥斯瓦尔德; Oz /ɒz || ɑz/ 奥兹; Ozzie /ˈɒzi || ˈɑzɪ/ 奥齐

**Owen** /ˈəʊɪn || ˈoʊɪn/ 欧文 (WelshE 威尔士英语)

**Oz, Ozzie** ⊳ Oswald

**Patrick** /ˈpætrɪk || ˈpætrɪk/ 帕特里克 (esp IrishE 尤用于爱尔兰英语); Pat /pæt || pæt/ 帕特; Paddy /ˈpædi || ˈpædi/ 帕迪

**Paul** /pɔːl || pɔl/ 保罗

**Percy** /ˈpɜːsi || ˈpɜːsi/ 珀西

**Peter** /ˈpiːtə(r) || ˈpiːtə/ 彼得; Pete /piːt || pit/ 皮特

**Philip** /ˈfɪlɪp || ˈfɪlɪp/ 菲利普; Phil /fɪl || fɪl/ 菲尔

**Quentin** /ˈkwentɪn; AmE -tn || ˈkwentɪn/; Quintin /ˈkwɪntɪn; AmE -tn || ˈkwɪntɪn/ 昆廷

**Ralph** /rælf; Brit also reɪf || rælf/ 拉尔夫

**Randolph, Randolf** /ˈrændɒlf || ˈrændɑːlf/ 伦道夫; Randy /ˈrændi || ˈrændi/ 兰迪 (esp AmE)

**Raphael** /ˈræfeɪəl || ˈræfiəl/ 拉斐尔

**Raymond** /ˈreɪmənd || ˈremənd/ 雷蒙德; Ray /reɪ || re/ 雷

**Reginald** /ˈredʒɪnəld || ˈredʒɪnld/ 雷金纳德; Reg /redʒ || redʒ/ 雷吉; Reggie /ˈredʒi || ˈredʒi/ 雷吉

**Rex** /reks || reks/ 雷克斯

**Richard** /ˈrɪtʃəd || ˈrɪtʃərd/ 理查德; Dick /dɪk || dɪk/ 迪克; Dickie, Dicky /ˈdɪki || ˈdɪki/ 迪基; Rick /rɪk || rɪk/ 里克; Ricky /ˈrɪki || ˈrɪki/ 里基; Richie, Ritchie /ˈrɪtʃi || ˈrɪtʃi/ 里奇

**Robert** /ˈrɒbət || ˈrɑbət/ 罗伯特; Rob /rɒb || rɑb/ 罗布; Robbie /ˈrɒbi || ˈrɑbi/ 罗比; Bob /bɒb || bɑb/ 鲍勃; Bobby /ˈbɒbi || ˈbɑbi/ 博比

**Robin** /ˈrɒbɪn || ˈrɑbɪn/ 罗宾

**Roderick** /ˈrɒdrɪk || ˈrɑdrɪk/ 罗德里克; Rod /rɒd || rɑd/ 罗德

**Rodge** ⊳ Roger

**Rodney** /ˈrɒdni || ˈrɑdni/ 罗德尼; Rod /rɒd || rɑd/ 罗德

**Roger** /ˈrɒdʒə(r) || ˈrɑdʒə/ 罗杰; Rodge /rɒdʒ || rɑdʒ/ 罗吉

**Ronald** /ˈrɒnəld || ˈrɑnld/ 罗纳德; Ron /rɒn || rɑn/ 罗恩; Ronnie /ˈrɒni || ˈrɑni/ 龙尼

**Rory** /ˈrɔːri || ˈrɔri/ 罗里 (ScotE or IrishE 苏格兰英语或爱尔兰英语)

**Roy** /rɔɪ || rɔɪ/ 罗伊

**Rudolph, Rudolf** /ˈruːdɒlf || ˈrudɑlf/ 鲁道夫

**Rufus** /ˈruːfəs || ˈrufəs/ 鲁弗斯

**Rupert** /ˈruːpət || ˈrupət/ 鲁珀特

**Russell** /ˈrʌsl || ˈrʌsl/ 拉塞尔; Russ /rʌs || rʌs/ 拉斯

**Samuel** /ˈsæmjuəl || ˈsæmjuəl/ 塞缪尔; Sam /sæm || sæm/ 萨姆; Sammy /ˈsæmi || ˈsæmi/ 萨米

**Sandy** ⊳ Alexander

**Scott** /skɒt || skɑt/ 斯科特

**Seamas, Seamus** /ˈʃeɪməs || ˈʃeməs/ 谢默斯 (IrishE 爱尔兰英语)

**Sean** /ʃɔːn || ʃɑn/ 肖恩 (IrishE or ScotE 爱尔兰英语或苏格兰英语)

**Sebastian** /sɪˈbæstiən || sɪˈbæstʃən/ 塞巴斯蒂安; Seb /seb || seb/ 塞布

**Sidney, Sydney** /ˈsɪdni || ˈsɪdni/ 悉尼; Sid /sɪd || sɪd/ 锡德

**Simon** /ˈsaɪmən || ˈsaɪmən/ 西蒙

**Stanley** /ˈstænli || ˈstænli/ 斯坦利; Stan /stæn || stæn/ 斯坦

**Stephen, Steven** /ˈstiːvn || ˈstivən/ 斯蒂芬; Steve /stiːv || stiv/ 史蒂夫

**Stewart, Stuart** /ˈstjuːət; AmE ˈstuːərt || ˈstuət/ 斯图尔特

**Ted, Teddy** ⊳ Edward

**Terence** /ˈterəns || ˈterəns/ 特伦斯; Terry /ˈteri || ˈteri/ 特里; Tel /tel || tel/ 特尔

**Theodore** /ˈθiːədɔː(r) || ˈθiə,dɔr/ 西奥多; Theo /ˈθiːəʊ || ˈθio/ 西奥

**Thomas** /ˈtɒməs || ˈtɑməs/ 托马斯; Tom /tɒm || tɑm/ 汤姆; Tommy /ˈtɒmi || ˈtɑmi/ 汤米

**Timothy** /ˈtɪməθi || ˈtɪməθi/ 蒂莫西; Tim /tɪm || tɪm/ 蒂姆; Timmy /ˈtɪmi || ˈtɪmi/ 蒂米

**Toby** /ˈtəʊbi || ˈtobi/ 托比

**Tom, Tommy** ⊳ Thomas

**Tony** ⊳ Anthony

**Trevor** /ˈtrevə(r) || ˈtrevə/ 特雷弗

**Troy** /trɔɪ || trɔɪ/ 特洛伊

**Victor** /ˈvɪktə(r) || ˈvɪktə/ 维克托; Vic /vɪk || vɪk/ 维克

**Vincent** /ˈvɪnsnt || ˈvɪnsnt/ 文森特; Vince /vɪns || vɪns/ 文斯

**Vivian** /ˈvɪviən || ˈvɪviən/ 维维安; Viv /vɪv || vɪv/ 维夫

**Walter** /ˈwɔːltə(r); also ˈwɒltə(r) || ˈwɔltə, ˈwɑltə/ 沃尔特; Wally /ˈwɒli || ˈwɑli/ 沃利

**Warren** /ˈwɒrən; AmE ˈwɔːr- || ˈwɔːrən/ 沃伦

**Wayne** /wein || wen/ 韦恩

**Wilbur** /ˈwɪlbə(r) || ˈwɪlbə/ 威尔伯 (esp AmE)

**Wilfrid, Wilfred** /ˈwɪlfrɪd || ˈwɪlfrɪd/ 威尔弗里德

**William** /ˈwɪljəm || ˈwɪljəm/ 威廉; Bill /bɪl || bɪl/ 比尔; Billy /ˈbɪli || ˈbɪli/ 比利; Will /wɪl || wɪl/ 威尔; Willy /ˈwɪli || ˈwɪli/ 威利

# 英语姓名词典

# A Dictionary of English Surnames and Christian Names

高玉华　李德康　高东明
马培靓　阮季华　高莉　编著



外语教学与研究出版社
FOREIGN LANGUAGE TEACHING AND RESEARCH PRESS

## A

**Aaron** /ˈɛərən/ 艾伦: 源自希伯来语, 含义"力量之山"(mountain of strength), 男子名。

**Abadam** /əˈbeidæm/ 阿巴达姆: 取自父名, 源自 ab + Adam, 含义"亚当之子"(son of Adam), 威尔士人姓氏。

**Abbe** /ˈæbi/ 阿比: Abbey 的异体, 英格兰人姓氏。

**Abbet** /ˈæbət/ 阿比特: 阿博特的异体, 英格兰人姓氏。

**Abbey** /ˈæbi/ 阿比: 地貌名称, 修道院; 或职业名称, 在修道院任职者; 源自中世纪英语, 英格兰人姓氏。

**Abbot** /ˈæbət/ 阿博特: Abbott 的异体, 英格兰人姓氏。

**Abbott** /ˈæbət/ 阿博特: 职业名称, 在男修道院院长任职者; 或男修道院院长的仆役家产减损的人; 源自拉丁语, 含义"父"(father), 英格兰人姓氏。

**Abby** /ˈæbi/ 阿比: 源自 Abel, 英格兰人姓氏。

**Abdey** /ˈæbdi/ 阿卜迪: 1 Abbey 异体, 英格兰人姓氏。 2 Abigail 的昵称, 女子名。

**Abdie** /ˈæbdi/ 阿布迪: Abbey 的异体, 英格兰人姓氏。

**Abe** /eib/ 艾贝: Abraham 的昵称, 男子名。

**Abel** /ˈeibl/ 艾贝尔: 源自希伯来语, 含义"呼吸"(breath, vigour, vanity), 英格兰人姓氏, 男子名。

**Abell** /ˈeibəl/ 艾贝尔: Abel 的异体, 英格兰人姓氏。

**Abelson** /ˈeibəlsn/ 艾贝尔森: 取自父名, 含义"艾贝尔之子"(son of Abel), 英格兰人姓氏。

**Abercrombie** /ˌæbəˈkrɔmbi/ 阿伯克龙比: 地貌名称, 源自盖尔语, 含义"汇流之处"(confluence + crooked) + 地点后缀 -ich, 苏格兰人姓氏。

**Abernathy** /ˈæbənæθi/ 阿伯纳西: Abercrombie 的异体, 苏格兰人姓氏。

**Abernethy** /ˌæbəˈniːθi/ 阿伯内西: Abernethy 的异体, 苏格兰人姓氏。

**Abigail** /ˈæbigeil/ 阿比盖尔: 源自希伯来语, 含义"欢喜"(father rejoiced), 女子名。

**Able** /ˈeibl/ 艾布尔: Abel 的异体, 英格兰人姓氏。

**Ablewhite** /ˈeibəlwait/ 艾布尔怀特: Applethwaite 的异体, 英格兰人姓氏。

**Ablett** /ˈæblit/ 阿布利特: Abel 的昵称, 英格兰人姓氏。

**Ablott** /ˈæblət/ 阿布洛特: Abel 的昵称, 英格兰人姓氏。

**Abner** /ˈæbnə/ 阿布纳: 源自希伯来语, 含义"光明"(the father is light), 男子名。

**Abraham** /ˈeibrəhæm/ 亚伯拉罕: 源自希伯来语, 含义"众民族之父"(father of a multitude of nations), 英格兰人姓氏, 男子名。

**Abrahams** /ˈeibrəhæmz/ 亚伯拉罕斯: Abraham 的异体, 英格兰人姓氏。

**Abram** /ˈeibrəm/ 亚伯拉姆: 含义"亚伯拉罕之子"(son of Abraham), 英格兰人姓氏。

**Abrams** /ˈeibrəmz/ 亚伯拉姆斯: 取自父名, 含义"亚伯拉姆之子"(son of Abram), 英格兰人姓氏。

**Abramson** /ˈeibrəmsn/ 亚伯拉姆森: 取自父名, 含义"亚伯拉姆之子"(son of Abram), 英格兰人姓氏。

**Absalom** /ˈæbsələm/ 阿布萨洛姆: 源自希伯来语, 含义"父亲平安"(father = peace), 英格兰人姓氏。Absalom 的异体

**A**

**Absolon** /'æbsələn/ 阿布索伦： Absalon 的异体，英格兰人姓氏。

**Aby** /'eɪbɪ/ 埃比： Abraham 的昵称，男子名。

**Achard** /'ætʃɑːd/ 阿查： 源自古日耳曼语，显然含义为"严苛的"。英格兰人姓氏。

**Achison** /'ætʃɪsn/ 阿奇森： Atkinson 的异体，取自父名。英格兰人姓氏。

**Ackary** /'ækərɪ/ 阿卡里： 取自父名，源自 Zachary 的减音分节。英格兰人姓氏。

**Acket** /'ækɪt/ 阿克特： Hackett 1 的异体，英格兰人姓氏。

**Ackland** /'æklənd/ 埃克兰： 地貌名称，取自英格兰的一地名地名，含义为"田地"（oak + land），英格兰人姓氏。

**Ackerman** /'ækəmən/ 阿克曼： 职业名称，农夫，英格兰人姓氏。

**Ackroyd** /'ækrɔɪd/ 阿克罗伊德： 地貌名称，英格兰人姓氏。

**Acres** /'eɪkəz/ 埃克斯： Acker 的异体，英格兰人姓氏。

**Acton** /'æktən/ 阿克顿： 住所名称，源自古英语（oak + enclosure, settlement）。英格兰人姓氏。

**Ada** /'eɪdə/ 艾达： Adam 的女子名。

**Adah** /'eɪdə/ 艾达： Edgar 的异体，英格兰人姓氏。

**Adam** /'ædəm/ 亚当： 源自希伯来人名，含义为"男子，土，红土"（man, earth, red earth）。英格兰人姓氏。男子名，现称 Edie, Yiddie。

**Adams** /'ædəmz/ 亚当斯： 取自父名，源自 Adam，含义为"亚当之子"（son of Adam），英格兰人姓氏。

**Adamson** /'ædəmsn/ 亚当森： 取自父名，源自 Adam，含义为"亚当之子"（son of Adam），英格兰人姓氏。

**Addcocks** /'ædkɒks/ 阿德科克斯： Adam 的昵称，英格兰人姓氏。

**Addey** /'ædɪ/ 阿迪： Adam 的昵称，英格兰人姓氏。

**Adie** /'eɪdɪ/ 埃迪： Adam 的昵称，英格兰人姓氏。

**Adkins** /'ædkɪnz/ 阿德金斯： 取自父名，源自 Adkin，含义为"亚当之子"（son of Adam），英格兰人姓氏。

**Adie** /'eɪdɪ/ 埃迪： Adam 的昵称，英格兰人姓氏。

**Adlam** /'ædləm/ 阿德拉姆： Adam 的异体，英格兰人姓氏。

**Adley** /'ædlɪ/ 阿德利： Adam 的昵称，英格兰人姓氏。

**Adler** /'ædlə/ 阿德勒： 源自父名，含义为"亚当之子"（son of Adam），英格兰人姓氏。

**Adlington** /'ædlɪŋtən/ 阿德灵顿： 住所名称，英格兰人姓氏。

**Adney** /'ædnɪ/ 阿德尼： Edana 的昵称，女子名。

**Adrian** /'eɪdrɪən/ 阿德里安： Adrianus 的异体，男子名。

**Adriana** /eɪdrɪ'ænə/ 阿德里安娜： Adrian 的阴性，女子名。

**Adrienne** /'eɪdrɪən/ 阿德里安娜： Adrian 的阴性，女子名。

**Adshead** /'ædʃed/ 阿德谢德： 住所名称，英格兰人姓氏。

**Ady** /'eɪdɪ/ 埃迪： Adam 的昵称，英格兰人姓氏。

**Adye** /'eɪdɪ/ 埃迪： Adam 的昵称，英格兰人姓氏。

**Aeneas** /ɪ'niːəs/ 埃尼厄斯： 源自希腊语，男子名。

**Affleck** /'æflek/ 阿弗莱克： 住所名称，英格兰人姓氏。

**Afra** /'æfrə/ 阿弗拉： 女子名。

**Ag** /æg/ 阿格： Agnes 的昵称，女子名。

**Agar** /'eɪgə/ 阿加： Edgar 的异体，英格兰人姓氏。

**Agata** /ə'gɑːtə/ 阿加塔： Agatha 的异体，女子名。

**Agatha** /'ægəθə/ 阿加莎： 源自希腊语，含义为"善良的"（good），女子名。

**Agger** /'ægə/ 阿格： Edgar 的异体，英格兰人姓氏。

**Aggie** /'ægɪ/ 阿吉： Agnes 的昵称，女子名。

**Aggy** /'ægɪ/ 阿吉： Agnes 的昵称，女子名。

**Agiss** /'ægɪs/ 阿吉斯： Agnes 的异体，英格兰人姓氏。

**Agnes** /'ægnɪs/ 阿格尼斯： 源自希腊语，含义为"贞洁的"（chaste），女子名。

**B**

**Babb** /bæb/ 巴布: Barham 的昵称。女子名。

**Babbe** 可能是源自 Babb，英格兰人姓氏。

**Babbie** /bæbi/ 巴比: Barbara 的昵称。女子名。

**Babbitt** /bæbɪt/ 巴比特: Babb 的昵称。英格兰人姓氏。

**Babbs** /bæbz/ 巴布斯: 取自父名，源自 Babb。英格兰人姓氏。

**Babby** /bæbi/ 巴比: Barbara 的昵称。女子名。

**Bacchus** /bækəs/ 巴克斯: Barham 的昵称。女子名。

**Babette** /bæbet/ 巴贝特(女子名): Elizabeth 的昵称。

**Babington** /bæbɪŋtən/ 巴宾顿: 地貌名称。英格兰人姓氏。

**Bachelor** /bætʃələ/ 巴彻勒: Bachelor 的异体。英格兰人姓氏。

**Bache** /bætʃ/ 巴奇: 地貌名称，源自古英语。英格兰人姓氏。

**Bacheller** /bætʃələ/ 巴彻勒: Bachelor 的异体。英格兰人姓氏。

**Bachelor** /bætʃələ/ 巴彻勒: 2 种含义: 1 源自 "book"; 2 地位低微的骑士。英格兰人姓氏。

**B**

**Backer** /bækə/ 巴克尔: Bachelor 的异体。英格兰人姓氏。

**Backman** /bækmən/ 巴克曼: 取自父名，源自 Back 2 的异体。英格兰人姓氏。

**Backs** /bæks/ 巴克斯: 取自父名，源自 Back 2。英格兰人姓氏。

**Backus** /bækəs/ 巴库斯: Backhouse 的异体。英格兰人姓氏。

**Bacon** /beɪkən/ 培根(bacon, ham): 1 职业名称。英格兰人姓氏。

**Badger** /bædʒə/ 巴杰: Badger 2 的异体。英格兰人姓氏。

**Badgers** /bædʒəz/ 巴杰斯: 取自父名，源自 Badger 2。英格兰人姓氏。

**Badman** /bædmən/ 巴德曼: 职业名称。英格兰人姓氏。

**Baffin** /bæfɪn/ 巴芬: Baughan 的异体。英格兰人姓氏。

**Baddeley** /bædəli/ 巴德利: 地名。英格兰人姓氏。

**Baddams** /bædəmz/ 巴丹斯: 取自父名，源自 Adam。英格兰人姓氏。

**Bade** /beɪd/ 贝德: 可能源自古英语 Bada。英格兰人姓氏。

**Baddiley** /bædɪli/ 巴德利: 地名。英格兰人姓氏。

**Bagnold** /bægnəʊld/ 巴格诺尔德: Bagnall 的异体。英格兰人姓氏。

**Bagot** /bægət/ 巴戈特: Bacon 2 的昵称。英格兰人姓氏。

**B**

**Bagge** /bæg/ 巴格: 1 职业名称。英格兰人姓氏。

**Bagley** /bæɡli/ 巴格利: 地名。英格兰人姓氏。

**Bagnall** /bæɡnəl/ 巴格诺尔: 地名。英格兰人姓氏。

**Bagnell** /bæɡnəl/ 巴格内尔: Bagnall 的异体。英格兰人姓氏。

**Bagshaw** /bæɡʃɔː/ 巴格肖: 地名。英格兰人姓氏。

**Bagshawe** /bæɡʃɔː/ 巴格肖: Bagshaw 的异体。英格兰人姓氏。

**Bagster** 巴格斯特: Baxter 的异体。英格兰人姓氏。

**Bagott** /bægət/ 巴戈特: Bacon 2 的昵称。英格兰人姓氏。

**Bahr** /bɑː/ 巴尔: 德国人姓氏。

**Bail** /beɪl/ 贝尔: Bailey 2 的异体。英格兰人姓氏。

**Bailess** /beɪləs/ 贝尔斯: Bailey 2 的异体。英格兰人姓氏。

**Bailiff** /beɪlɪf/ 贝利夫: 职业名称。英格兰人姓氏。

**Bailie** /beɪli/ 贝利: Bailey 1 的异体。英格兰人姓氏。

**Baillie** /beɪli/ 贝利: Bailey 1 的异体。英格兰人姓氏。

**Bailliff** /beɪlɪf/ 贝利夫: Bailey 1 的异体。英格兰人姓氏。

**Baillieu** /beɪli/ 贝利: Bailey 1 的异体。英格兰人姓氏。

**Baily** /beɪli/ 贝利: Bailey 的异体。英格兰人姓氏。

**Bagge** /bæg/ 巴格: 1 职业名称。英格兰人姓氏。

**Bainbridge** /beɪnbrɪdʒ/ 贝恩布里奇: 地名。英格兰人姓氏。

**Baines** /beɪnz/ 贝恩斯: 取自父名，源自 Bain。英格兰人姓氏。

**Baird** /beəd/ 贝尔德: 职业名称。苏格兰人姓氏。

**Bainsfather** 贝恩斯法瑟: Bairnsfather 的异体。

**Bairstow** /beəstəʊ/ 贝尔斯托: 地名。英格兰人姓氏。

**Baisley** /beɪzli/ 贝兹利: Baitson 的异体。英格兰人姓氏。

**Baish** /beɪʃ/ 贝什: Bach 的异体。英格兰人姓氏。

**Baitson** /beɪtsən/ 贝特森: 取自父名，源自 Bate。英格兰人姓氏。

**Baistow** /beɪstəʊ/ 贝斯托: Bairstow 的异体。英格兰人姓氏。

**Baker** /beɪkə/ 贝克: 职业名称。英格兰人姓氏。

**Bakehouse** /beɪkhaʊs/ 贝克豪斯: Backhouse 的异体。英格兰人姓氏。

**Bakewell** /beɪkwəl/ 贝克韦尔: 地名。英格兰人姓氏。

**Balaam** /beɪləm/ 巴兰: 地名。英格兰人姓氏。

**Balch** 巴尔奇: 英格兰人姓氏。

C

**Cable** /'keɪbl/ 凯布尔。职业名称，源于英语 rope-maker (制绳人)，英格兰三人姓氏。

**Cadbury** /'kædbəri/ 卡德伯里。住所名称，源自英格兰的 Cada + "堡垒、城堡" (fortress)，英格兰三人姓氏。

**Cadd** /kæd/ 卡德。Cade 的异体，英格兰三人姓氏。

**Caddell** /'kædl/ 卡德尔。Cadell 的异体，不列颠人姓氏。

**Caddock** /'kædək/ 卡多克。Caddock 1 的异体，威尔士人姓氏。

**Caddie** /'kædɪ/ 卡迪。Caddy 的异体，英格兰人姓氏。

**Caddy** /'kædɪ/ 卡迪。Carol 的昵称，男子名。

**Cade** /keɪd/ 凯德。1 源自中世纪英语 cade + "圆" (lump)，或 "桶" (barrel)，绰号，英格兰人姓氏。2 绰号，源于中世纪英语 cade (domestic animal, pet)，英格兰三人姓氏。

**Cadell** /'kædl/ 卡德尔。源自古威尔士人名，英格兰三人姓氏。

**Cadge** /kædʒ/ 卡奇。Cage 的异体，英格兰三人姓氏。

**Cadle** /'keɪdl/ 卡德尔。Cadell 的异体，不列颠人姓氏。

**Cadman** /'kædmən/ 卡德曼。住所名称，源自英格兰地名，英格兰人姓氏。

**Cadogan** /'kædəgən/ 卡多根。源于古威尔士人名，英格兰三人姓氏。

**Cadwallader** /kæd'wɒlədər/ 卡德瓦拉德。源于古威尔士人名，威尔士人姓氏，男子名。

**Cadwell** /'kædwel/ 卡德韦尔。住所名称，源自英格兰地名，英格兰三人姓氏。

**Caeser** /'siːzər/ 西泽。Caesar 的异体。

**Caff** /kæf/ 卡夫。Chaff 的异体，英格兰三人姓氏。

**Cafferky** /'kæfərki/ 卡弗基。McCafferty 的异体，英格兰三人姓氏。

**Cafferty** /'kæfərti/ 卡弗蒂。McCafferty 的异体，爱尔兰三人姓氏。

**Caffin** /'kæfɪn/ 卡芬。Coffin 的异体，英格兰三人姓氏。

**Caffyn** /'kæfɪn/ 卡芬。Kyffin 的异体，英格兰三人姓氏。

**Cage** /keɪdʒ/ 凯奇。职业名称，源自中世纪英语 cage (cage, enclosure)，英格兰三人姓氏。

**Cager** /'keɪdʒər/ 凯杰。Cage 的异体，英格兰三人姓氏。

**Cagney** /'kægni/ 卡格尼。爱尔兰姓氏的英语形式，源自盖尔语 Ó Caingnigh，爱尔兰人姓氏。

**Cahill** /'kɑːhɪl/ 卡希尔。爱尔兰姓氏的英语形式，源自盖尔语 Ó Cathail，爱尔兰三人姓氏。

**Cain** /keɪn/ 凯恩。1 绰号，源自中世纪英语 cane (cane, reed)，或 "投枪 + 田地、平原" (battle + field, plain)，英格兰三人姓氏。2 Cayne 的异体，马恩岛人姓氏。

**Caine** /keɪn/ 凯恩。Cain 的异体，英格兰三人姓氏。

**Caines** /keɪnz/ 凯恩斯。Cain 的异体，英格兰三人姓氏。

**Caird** /keərd/ 凯尔德。职业名称，源自盖尔语 ceard (craftsman, tinker)，苏格兰人姓氏。

**Cairns** /keərnz/ 凯恩斯。地貌名称，源自盖尔语，苏格兰三人姓氏。

**Cairney** /'keərni/ 凯尼。Keynes 的异体，英格兰三人姓氏。

**Caleb** /'keɪləb/ 凯莱布。源自希伯来人名，男子名。

**Calf** /kɑːf/ 卡夫。绰号，源自中世纪英语 (calf)，英格兰三人姓氏。

**Calderon** /'kɔːldərən/ 考尔德伦。源于西班牙语，西班牙三人姓氏。

**Caldicott** /'kɔːldɪkɒt/ 考尔迪科特。住所名称，源自英格兰地名，英格兰三人姓氏。

**Calderwood** /'kɔːldəwʊd/ 考尔德伍德。住所名称，源自 "cold + 森林、树林" (cold + wood, clearing)，苏格兰三人姓氏。

**Caldwell** /'kɔːldwel/ 考德韦尔。住所名称，源自 "cold + spring, stream"，英格兰三人姓氏。

**Callaghan** /'kæləhæn/ 卡拉汉。爱尔兰姓氏的英语形式，源自盖尔语 Ó Ceallacháin，爱尔兰三人姓氏。

**Callan** /'kælən/ 卡伦。爱尔兰姓氏的英语形式，爱尔兰三人姓氏。

**Callander** /'kæləndər/ 卡兰德。职业名称，源自中世纪英语 calandrer，英格兰三人姓氏。

**Callaway** /'kæləweɪ/ 卡拉韦。Calloway 的异体，英格兰三人姓氏。

**Callcott** /'kɔːlkɒt/ 考尔科特。Caldicott 的异体，英格兰三人姓氏。

**Callen** /'kælən/ 卡伦。Callan 的异体，爱尔兰三人姓氏。

**Callender** /'kæləndər/ 卡伦德。Callander 的异体，英格兰三人姓氏。

**Calder** /'kɔːldər/ 考尔德。住所名称，源自苏格兰地名，苏格兰三人姓氏。

**Caldecott** /'kɔːldɪkɒt/ 考尔德科特。Caldicott 的异体，英格兰三人姓氏。

**Callicott** /'kælɪkɒt/ 卡利科特。Caldicott 的异体，英格兰三人姓氏。

**Callister** /'kælɪstər/ 卡利斯特。马恩岛人姓氏。

**Calloway** /'kæləweɪ/ 卡拉韦。住所名称，源自英格兰地名 (Calloway)，英格兰三人姓氏。

**Callum** /'kæləm/ 卡勒姆。Malcolm 的昵称，男子名。

**Calow** /'keɪlaʊ/ 卡洛。Callow 的异体，英格兰三人姓氏。

**Calvert** /'kælvərt/ 卡尔弗特。职业名称，源自中世纪英语 (calf-herd)，英格兰三人姓氏。

**Calvin** /'kælvɪn/ 卡尔文。源于法语，男子名。

**Calvert** /'kælvət/ 卡尔弗特。英格兰三人姓氏。

**Callery** /'kæləri/ 卡勒里。McIlwraith 的异体，爱尔兰三人姓氏。

**Calley** /'kæli/ 卡利。Cayley 的异体，英格兰三人姓氏。

**Calcutt** /'kælkət/ 卡尔卡特。Caldicott 的异体，英格兰三人姓氏。

**Caddy** /'kædɪ/ (from fine flour + bread)，英格兰三人姓氏。

**Caley** /'keɪli/ 卡利。Cayley 的异体，英格兰三人姓氏。

**Caveley** /'kævli/ 卡弗利。住所名称，源自 "bare + hill"，英格兰三人姓氏。

**Camden** /'kæmdən/ 卡姆登。源自英格兰地名，英格兰三人姓氏。

**Camel** /'kæml/ 卡梅尔。绰号，源自中世纪英语 camel (camel)，英格兰三人姓氏。

**Camellia** /kə'miːljə/ 卡米利亚。源自意大利语，女子名。

Camellia

C

(京)新登字 155 号

图书在版编目(CIP)数据

英语姓名词典/李慎廉等编著. —北京: 外语教学与研究出版社, 2001

Ⅰ. 英… Ⅱ. 李… Ⅲ. 英语—姓名—词典—英汉 Ⅳ. K811-61

中国版本图书馆 CIP 数据核字(2001)第 03688 号

**英语姓名词典**

编著: 李慎廉 等

＊ ＊ ＊

责任编辑: 霍庆文  杨镇明

出版发行: 外语教学与研究出版社

社　址: 北京市西三环北路 19 号 (100089)

网　址: http://www.fltrp.com.cn

印　刷: 北京外国语大学印刷厂

开　本: 850×1168　1/32

印　张: 15.75

字　数: 769 千字

版　次: 2002 年 1 月第 1 版　2002 年 10 月第 2 次印刷

书　号: ISBN 7-5600-2250-2/H.1200

定　价: 21.90 元

＊ ＊ ＊

如有印刷、装订质量问题出版社负责调换

制售盗版必究　举报查实奖励

版权保护办公室举报电话: (010)68917826

　　　　　　　　　　　　 (010)68917519

# 目　录

前言 ……………………………………………………… i

英语姓名的历史演变 …………………………………… iii

英语姓氏的类型 ………………………………………… ix

词典正文 ………………………………………………… 1—484

主要参考书目 …………………………………………… 485

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION No. |
| v. | ) | 05-11598-WGY |
| | ) | |
| CITY OF BOSTON, MASSACHUSETTS, | ) | DECLARATION |
| ET AL., | ) | THREE-JUDGE COURT |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF YILU MA**

I, Yilu Ma, make the following declaration based on personal knowledge:

1.      I am the manager of interpreter services at Boston Medical Center, and have been a professional interpreter for over 20 years.  I have taught courses at Boston University and Cambridge College in translation and medical interpretation.  From 1991 to 1993, I worked in the protocol section of the Chinese embassy in Moscow, and concurrently acted as interpreter for the Chinese ambassador.  I hold a Bachelor of Arts degree in British and American literature, a post-graduate degree in linguistics, a Master of Arts degree in international relations from the Fletcher School of Law and Diplomacy, Tufts University and Master of Science degree in computer science from Rivier College.  I co-authored the New-Age Chinese-English Dictionary in 2000 and the Concise English-Chinese Encyclopedia in 1997.

2.      I am originally from Beijing, China, and my native language is Mandarin Chinese; I am also fluent in English.

3.      I have been asked to provide my professional opinion on the methodology of translating/transliterating English names into Chinese.  I am doing this voluntarily, without financial compensation.

4.      As a professional translator, I have translated/transliterated English names for over 20 years.  Transliteration of English names has been routinely done in Chinese daily newspapers and publications for decades.

5.      There are standard practices to transliterating names that are followed by Chinese newspapers and translators.  First, one should choose a Chinese character in close proximity in sound to the English syllables of a name.  Second, choose a Chinese character that is normally used in Chinese names and is gender appropriate.  Third, choose Chinese characters that have no

meaning , are neutral sounding, or when placed together, have no meaning. The transliterated name is sometimes followed by the English name in parenthesis to make sure that no confusion occurs, particularly for names that sound siimilar. For example, Sam Yoon would appear as 尹常賢 (Sam Yoon). If these rules are followed, the Chinese reader will know that the Chinese characters represent a name.

6.    An English syllable can have any number of Chinese characters that can represent it, but there is also a set of generally established characters representing certain syllables. For example, 'ton' as in Clinton, Boston, Lexington, translators would automatically use a particular Chinese character that is already well known to the community to represent that syllable sound. Additionally, there are some common names, such as William, Robertson, Clinton, Romney, that already have generally accepted Chinese equivalents.

7.    When translating, one should think of one's audience. It is important to look at what is already out in the public domain, e.g., newspapers and publications in circulation in the target community. In Boston, there are generally two accepted systems of translation for names, proper names, geographic locations:
    a. based on the Chinese Pinyin system, which is a Romanization pronunciation system for transliterating Chinese characters. Employing the Pinyin system, the English name is translated based on the Mandarin sound.
    b. based on the Cantonese sound (publications like the Singtao Daily have roots in Hong Kong, thus Hong Kong journalists).

8.    If a public figure has been written about in Chinese newspapers, s/he ordinarily will already have a transliterated name. A transliterated name in the public domain will ordinarily be followed in usage by other newspapers, publications, and translators. However, there are times when the names of public figures or government officials are transliterated differently into Chinese, reflecting the geographic location of the translator, be it from mainland China, Hong Kong, or Taiwan. In my opinion, these different translations are neutral, carrying no personal bias or political agendas.

9.    I have reviewed the affidavits of Kai Lau and Guang Yang, and their transliterations of the names: Deval Patrick, Tommy Thompson, and Bill Richardson, Barack Obama, Mitt Romney, and Fred Thompson. In my opinion, their translations basically followed the standards of translating English names into Chinese, even if in a few cases, they used different Chinese characters, reflecting the translators' country of origin or the dialect they speak. A Chinese reader would know that this is a transliterated name and would give no meaning to the individual words,

10. I would like to make one more point. Experienced translators would never let his or her political opinion influence the translation work, favoring one person, showing bias against another, especially in such highly sensitive situations. On the other hand, one needs to trust the political wisdom of the voters; they will not simply vote someone just because his or her name sounds better; they pay attention to the candidate's platform and views on the issues that most concern them.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, recollection, and belief. I have reviewed this declaration and believe that it accurately reflects my statements, opinion, and experience.

Dated: July 23, 2007

_____
Yilu Ma

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

                              Plaintiff,

          -against-

CITY OF BOSTON, MASSACHUSETTS, et al.,

                              Defendants.

Civil Action No. 05-11598WGY

THREE-JUDGE COURT

## DECLARATION OF JOE WEI

I, Joe Wei, a/k/a Bi Chou Wei, declare under penalty of perjury that the following is true and

correct:

    1.    I am employed by the *World Journal*, the largest read Chinese-language

newspaper in North America, but I am providing this declaration voluntarily and not as a part of

my official duties and responsibilities.

    2.    I have been the National Desk Editor since June 2003. Before I was promoted to

National Desk Editor, I was a Metro Desk Editor for six years and a reporter on the U.S. Political

beat and the U.S. Court beat. I have worked at *World Journal* for the last nineteen years.

    3.    I am bilingual in speaking, reading, and writing in English and Chinese. I write

and edit articles in Chinese for *World Journal*. I immigrated to the U.S. from Taiwan twenty-six

years ago.

    4.    *World Journal* was founded in 1976 and is distributed daily throughout the United

States and Canada. *World Journal* publishes six editions on the East Coast, including the Boston

Edition, two editions on the North West Coast, three editions on the South West Coast and two editions in Canada.

5. *World Journal's* circulation in the United States approaches 400,000 copies per day, with approximately 100,000 copies per day circulated in the Northeastern part of the United States. Circulation in the Boston, Massachusetts area is close to 30,000 copies per day. Approximately up to one-quarter of the Chinese individuals living in the United States who read Chinese-language daily newspapers read the *World Journal*.

6. During my nineteen years at *World Journal*, I have had extensive experience with the translation of English names into Chinese. And in particular, from my nineteen years as a reporter and an editor on the subject of the U.S. Political beat, I am very familiar with the process by which candidate names are translated in the Chinese media from English into Chinese.

7. *World Journal* takes the translation of candidate names very seriously. In the first instance, if a candidate seeks public office, the candidate should have a Chinese name for our readers. Accordingly, *World Journal* encourages political candidates to translate their own names for use in the newspaper.

8. When a candidate does not supply *World Journal* with a translation, the newspaper consults other media sources to determine if a translation for the candidate's name already exists, or else translates the name itself.

9. *World Journal* applies a common methodology used throughout Chinese language news media for the translation of non-Chinese names.

10. Put simply, each part of the name (i.e., first name, middle name, surname) is rendered in Chinese characters which represent sounds existing in the Chinese language that

closely approximate, when placed together, the sound of that part of the name when spoken in English. This process results in the selection of Chinese characters that sound like the English name, rather than a selection of Chinese characters with the same meaning as the English words, this process is sometimes referred to as transliteration, which is an inherent part of translating English into Chinese.

11.    In our transliteration process, we break the English names into several parts in accordance with the phonetic sounds. We assign a meaningful Chinese character to each sound. We would prefer the names of candidates to be represented in three Chinese characters, which is how most Chinese names are represented. However, we will use more characters if the candidates' names have more than three syllables.

12.    The person translating the name has some discretion when choosing characters, because different characters may have similar phonetic qualities. This discretion is limited by the accepted practice of assigning characters whose meanings are common and neutral, as well as making sure the characters chosen have the correct gender for the person whose name is being translated.

13.    Well-known candidates may already have a widely-used translation assigned to their name. Similarly, common English first names (such as Paul, Christopher, William, and Joe) and surnames (such as Smith and Jones) have standard translations used throughout the Chinese community. These translations may be found in English-to-Chinese dictionaries.

14.    Uncommon names or new names to our readers may require new translations. A reporter who is the first to encounter a name usually assigns a translation when s/he filed the story. The process of assigning a translation may take as few as ten minutes or as much as one hour. An editor must then discuss and approve the reporter's proposed translation.

15.    It is my understanding that other Chinese language media organizations use a similar process for translating English names into Chinese.

16.    Newspapers in China and Taiwan translate the names of well-known Western leaders on a daily basis.  For example, the names of politicians such as George Bush and Bill Clinton are standardized in Chinese communities worldwide, with minor differences that demonstrate the level of skill of transliteration of the translator, yet the names are widely recognizable to all Chinese.

17.    Once a translated name is introduced in a newspaper or other Chinese language media source, the candidate becomes known by that translated name in the Chinese community. The Chinese community associates the candidate with his or her translated Chinese name.

I declare under the penalty of perjury and pursuant to Title 28 of the United States Code, Section 1746, that the foregoing is true and correct to the best of my knowledge, recollection, and belief.

Dated: _July 23, 2007_


_Joe Wei_
Joe Wei

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

Plaintiff,

-against-

CITY OF BOSTON, MASSACHUSETTS, et al.,

Defendants.

Civil Action No. 05-11598WGY

THREE-JUDGE COURT

## AFFIRMATION OF GLENN D. MAGPANTAY

I, Glenn D. Magpantay, affirm that:

1.      I am a staff attorney at the Asian American Legal Defense and Education Fund ("AALDEF") where I coordinate AALDEF's voting rights program.

2.      I have overseen AALDEF's annual multilingual nonpartisan exit polls of Asian American voters since 1998.  AALDEF has conducted multilingual nonpartisan exit polls in Massachusetts in 2002, 2004, and 2006.

3.      Collectively attached to this affirmation as Exhibit 1 are true copies of the national reports (the "Reports") summarizing the exit poll findings from 2004 and 2006, *The Asian American Vote 2004: A Report on the Multilingual Exit Poll in the 2004 Presidential Election* and *The Asian American Vote in the 2006 Midterm Elections*.  The methodology used in these exit polls is described in the Reports.

4.      Collectively attached to this Affirmation as Exhibit 2 are two-page narratives and power point slides that summarize the findings in the Reports for Massachusetts in 2004 and 2006.

I declare under the penalty of perjury and pursuant to Title 28 of the United States Code, Section

1746, that the foregoing is true and correct to the best of my knowledge, recollection, and belief.


Dated: _7/23/07_


Glenn D. Magpantay

## **Table of Exhibits**

Exhibit 1 – *The Asian American Vote 2004: A Report on the Multilingual Exit Poll in the 2004 Presidential Election*, Asian American Legal Defense and Education Fund (2005); *The Asian American Vote in the 2006 Midterm Elections*, Asian American Legal Defense and Education Fund (2007).

Exhibit 2 - *The Asian American Vote 2004: The Massachusetts Asian American Vote*, Asian American Legal Defense and Education Fund (2005); *The Asian American Vote 2004: A Report on the Multilingual Exit Poll in the 2004 Presidential Election*, Presentation, Asian American Legal Defense and Education Fund (2005); *The Asian American Vote in Massachusetts*, Asian American Legal Defense and Education Fund (2007); *The Asian American Vote: A Report on the Multilingual Exit Poll in the 2006 Midterm Elections: Massachusetts*, Presentation, Asian American Legal Defense and Education Fund (2007).