UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

CITY OF BOSTON, MASSACHUSETTS, et al.,

                    Defendants.

Civil Action No. 05-11598 WGY

THREE-JUDGE PANEL: WGY, SL, PS

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew M. Troop and Christopher R. Mirick of Cadwalader, Wickersham & Taft LLP, with offices at One World Financial Center, New York, New York 10281, hereby appear as the attorneys of record for proposed *amici curiae* Chinese Progressive Association, Chinatown Resident Association, New England Chapter of Organization of Chinese Americans, Inc., Siu Tsang, Qiu Quing Yu, Yung Lau and Tse Ngar Cho in this Action.

Dated:   July 24, 2007

RESPECTFULLY SUBMITTED,

 /s/ Andrew M. Troop
ANDREW M. TROOP (BBO#547179)
CHRISTOPHER R. MIRICK (BBO#645116)
Attorney for Proposed *amici curiae*
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

USActive 9539287.2