UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  -against-<br><br>CITY OF BOSTON, MASSACHUSETTS, et al.,<br><br>         Defendants. | Civil Action No. 05-11598 WGY<br><br>THREE-JUDGE PANEL: WGY, SL, PS |

## ORDER

It is hereby **ORDERED, ADJUDGED, AND DECREED** that:

  The motion by Chinese Progressive Association, Chinatown Resident Association, New England Chapter of Organization of Chinese Americans, Inc., Siu Tsang, Qiu Quing Yu, Yung Lau and Tse Ngar Cho for leave of court to file brief *amicus curiae* is ALLOWED.

ENTERED and ORDERED this _____ day of July 2007.


_____
THE HONORABLE WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE



_____
THE HONORABLE SANDRA L. LYNCH
UNITED STATES CIRCUIT JUDGE



_____
THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE