UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA,

                              Plaintiff,

-against-

CITY OF BOSTON, MASSACHUSETTS, et al.,

                              Defendants.

---

FILED
IN CLERKS OFFICE

2007 JUL 25 P 4: 24

Civil Action No. 05-11598 WGY
U.S. DISTRICT COURT
DISTRICT OF MASS.
THREE-JUDGE PANEL: WGY, SL, PS

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Glenn D. Magpantay of the Asian American Legal Defense and Education Fund, hereby appears as the attorney of record for proposed *amici curiae* Chinese Progressive Association, Chinatown Resident Association, New England Chapter of Organization of Chinese Americans, Inc., Siu Tsang, Qiu Quing Yu, Yung Lau and Tse Ngar Cho in this Action.

Dated:    July 25, 2007

                                            RESPECTFULLY SUBMITTED,

                                            _____
                                            GLENN D. MAGPANTAY
                                            Admitted *pro haec vice*
                                            Attorney for Proposed *amici curiae*
                                            Asian American Legal Defense and Education Fund
                                            99 Hudson Street, 12 floor
                                            New York, NY 10013
                                            Telephone: (212) 966-5932
                                            Facsimile: (212) 966-4303
                                            gmagpantay@aaldef.org

<u>CERTIFICATE OF SERVICE</u>

I, Glenn D. Magpantay, certify that I served a copy of the foregoing document on the attorneys of record for plaintiff, defendant, and defendant-intervenor, by hand or by first class mail (if attorney was not present), on this 25th day of July, 2007.

_____
Glenn D. Magpantay
Attorney for Proposed amici curiae

FILED
IN CLERKS OFFICE
2007 JUL 25 P 4 24
U.S. DISTRICT COURT
DISTRICT OF MASS.