UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF BOSTON, MASSACHUSETTS, et al.,<br><br>Defendants. | Civil Action No. 05-11598 WGY<br><br>THREE-JUDGE PANEL: WGY, SL, PS<br><br>Leave to file granted on July 25, 2007 |

**BRIEF OF CHINESE PROGRESSIVE ASSOCIATION,
CHINATOWN RESIDENT ASSOCIATION, NEW ENGLAND
CHAPTER OF ORGANIZATION OF CHINESE AMERICANS, INC., SIU TSANG,
QIU QING YU, YUNG LAU AND TSE NGAR CHO AS *AMICI CURIAE***

Chinese Progressive Association, Chinatown Resident Association, New England

Chapter of Organization of Chinese Americans, Inc., Siu Tsang, Qiu Qing Yu, Yung Lau, and

Tse Ngar Cho (collectively, the "Chinese American Organizations and Voters") respectfully

submit this *amicus* brief.

## PRELIMINARY STATEMENT

The right to vote is fundamental to our democratic system, and the commitment to

protecting that right should extend to each and every American citizen eligible to vote, including

Chinese American citizens.

Chinese Americans are a growing segment of the Massachusetts electorate, but

many are limited-English proficient ("LEP") and need assistance in order to exercise their right

to vote. Fortunately, the federal Voting Rights Act mandates exactly the assistance that these

voters in Boston need, particularly including the translation of all voting materials into Chinese.

It is crucial that candidates' names be translated/transliterated[1] into Chinese on the ballots if the LEP Chinese American voters in Boston are to be able to participate in the elections. The United States Department of Justice, the City of Boston, and the Chinese American Organizations and Voters all recognize this need, and accordingly the settlement approved by this Court nearly two years ago creates a framework to help ensure that LEP Chinese American voters receive a ballot that they can read and understand.

The Secretary of the Commonwealth of Massachusetts (the "Secretary") opposes printing ballots for upcoming federal and state elections that are fully translated into Chinese, on the basis of unfounded concerns that translation/transliteration of English names into Chinese is inherently imprecise and may confuse and/or unfairly influence voters. Implicit in the Secretary's argument is a view that LEP voters either lack the commitment to the electoral process to know who the candidates are, or lack the intelligence to understand that the Chinese characters represent English names and are not describing the qualities of the candidates – that these voters are either lazy, or gullible. The Secretary's position was raised – and rejected – more than a decade ago in other states.[2]  It should meet the same fate here.

---

[1] When a document is translated from English into Chinese, proper nouns (such as names) that do not have a meaning in English are translated into Chinese by the process of "transliteration," in which the sounds that compose the English word are represented by Chinese characters

[2] For example, the New York City Board of Elections first opposed transliterating names on ballots in the early 1990's. *The New York Times* delivered an editorial rebuke of the Board of Elections' inaction under the Voting Rights Act, saying "That sounds like the foot-dragging bureaucratic arguments that have been raised all over America at one time or another against giving minorities their rights. It is no excuse for not obeying the law." Minority Rights in the Voting Booth, N.Y. Times, Aug. 19, 1994, at A26. Eventually, the Board of Elections agreed to provide fully translated ballots in voting machines with candidate names in Chinese, and has continued to do so in every election for the past thirteen years without controversy.

## BACKGROUND

Chinese Progressive Association ("CPA") is a representative, non-partisan, community-based, membership organization located in the City of Boston. Among other activities, CPA has promoted the involvement of limited-English-proficient citizens in the electoral process and has provided services to limited-English-proficient citizens. CPA aims to protect the rights of its constituents under the Voting Rights Act of 1965.

Chinatown Resident Association ("CRA") is a representative, non-partisan Chinese American community organization located in the City of Boston. CRA organizes and advocates on behalf of the residents of Boston's Chinatown. It desires to protect the rights of its constituents under the Voting Rights Act of 1965.

The Organization of Chinese Americans ("OCA") is a national member-based organization dedicated to advancing the social, political and economic well-being of Asian Pacific Americans in the United States. OCA was founded in 1973 and is based in Washington, D.C. The New England Chapter of OCA was founded in 1981 and is based in Belmont, Massachusetts. The New England Chapter of OCA ("OCA New England") represents and advances the goals of OCA in the New England region.

Mr. Tsang, Ms. Yu, Mr. Lau and Mr. Cho are naturalized citizens of the United States and registered voters residing in the City of Boston. Each have experienced difficulties voting in elections due to their limited proficiency in the English language, and have found the availability of translated/transliterated ballots in elections run by the City of Boston greatly enhances their ability to vote. They desire to participate fully in the electoral process equally with other citizens, and to exercise their voting rights by the use of voting materials and ballots written in a language that they can understand.

CPA, CRA and Mr. Tsang, among others, sought to intervene in this case shortly after it was filed in July, 2005, and were involved in the events leading up to the negotiation and approval of the Memorandum of Agreement and Settlement, dated September 15, 2005, as amended by an order of the Court dated October 18, 2005 (the "Settlement Agreement") between the City of Boston (the "City") and the United States Department of Justice (the "DOJ"). This involvement included assisting in the development of the factual record to support the relief sought in this lawsuit by providing declarations regarding difficulties in exercising the right to vote, as well as discussions with the parties to the lawsuit regarding the structure and scope of the Settlement Agreement. The Ms. Yu, Mr. Lau, Mr. Cho and OCA New England join with CPA, CRA and Mr. Tsang in filing this *amicus* brief to continue the effort of advancing language equality in the voting process, as provided for under federal law.

Further background as to the procedural posture of this case and the intervention of the Secretary in the present motion is contained in the pleadings filed by the DOJ and the Secretary. The Chinese American Organizations and Voters generally refer to that background information to the extent necessary.

## DISCUSSION

### Translation/Transliteration of Candidate Names Is Required Under the Settlement Agreement

There can be no doubt that the Settlement Agreement requires the translation/transliteration of candidate names into Chinese. Not only do the parties to the Settlement Agreement – the DOJ and the City – agree that this is required,[3] but the course of conduct since the approval of the Settlement Agreement unequivocally demonstrates that this was the intention of the parties.

---

[3] See Motion to Clarify at 2.

The Chinese American Organizations and Voters are uniquely positioned to comment on the meaning of the Settlement Agreement. All of them have personal and/or organizational experience with the issues that are addressed by the Settlement Agreement.

Further, the CPA and CRA sought to intervene in the lawsuit to make sure any settlement adequately protected their rights, as demonstrated by their proposed complaint in intervention. They supported the Settlement Agreement precisely because it provided for a fully bilingual ballot, as their counsel was informed by the DOJ that, among other things, the Chinese translation/transliteration of candidates' names would be required. And, they have assisted the City and the DOJ in the effort to achieve a full implementation of the Settlement Agreement.

Indeed, it is the events since the approval of the Settlement Agreement that provide the clearest evidence of what the Settlement Agreement requires:

- The November 8, 2005 City elections were the first elections to be held after the approval of the Settlement Agreement. In a letter to the City's Election Department dated January 5, 2006 regarding observations of the November 8 elections, the Asian American Legal Defense and Education Fund ("AALDEF"), co-counsel to the Chinese American Organizations and Voters, noted that the ballots did not include transliterations of candidates' names in Chinese, but recognized that the City had had a short time frame in which to prepare for that election. <u>See</u> Letter dated January 5, 2006, a copy of which is annexed hereto as Exhibit "A." AALDEF noted the expectation that future ballots would contain transliterated names. <u>Id.</u> at 4.

- In a letter dated October 10, 2006, AALDEF submitted to the Election Department its observations of the September 19, 2006 primary elections, and again noted that the ballots at those elections did not contain transliterated candidates' names in Chinese. <u>See</u> Letter dated October 10, 2006, to Election Department, a copy of which is annexed hereto as Exhibit "B." Specifically, AALDEF reported to the Election Department that "[w]ithout the transliterated names, voters had difficulty identifying their candidates of choice," and that the omission "represents a major concern for our community and must be rectified." <u>Id.</u> at 2.

- In another letter, also dated October 10, 2006, AALDEF reported to the Elections Division of the office of the Secretary that ballots at the September 19, 2006 Massachusetts primary elections did not contain transliterated candidates' names

in Chinese. See Letter dated October 10, 2006, to Elections Division of Secretary of the Commonwealth, a copy of which is annexed hereto as Exhibit "C." In that letter, AALDEF noted that in a conversation with John Tanner, the Chief of the Voting Section of the U.S. Department of Justice on or around September 15, 2005, AALDEF and its clients were assured that the Settlement Agreement required the transliteration of the candidates' names. Id. at 2.

- In a letter dated January 12, 2007, AALDEF again submitted to the Election Department its observations of the November 7, 2006 general elections, including the absence of translated/transliterated candidate names in Chinese. See Letter dated January 12, 2007, a copy of which is annexed hereto as Exhibit "D."

- Finally, in the April 17, 2007 special preliminary election for Boston City Councilor District 2, the City provided translated/transliterated candidate names on the ballots. AALDEF has commended the City for its compliance with the Settlement Agreement. See Letter dated May 29, 2007, a copy of which is annexed hereto as Exhibit "E." Candidate names were again translated/transliterated into Chinese at the subsequent May 15, 2007 special final municipal election.

The Settlement Agreement requires the translation of ballots into Chinese – which means the transliteration of candidates names – as demonstrated by the efforts of the City since the approval of the Settlement Agreement.

**Translation/Transliteration of Candidate Names Will Not
Cause Confusion or Unfairly Influence LEP Chinese American Voters**

The Secretary's concerns about the potential negative effects of the translation/transliteration of English names into Chinese are unfounded. The inclusion of translated/transliterated candidate names on the ballot will not confuse or unfairly influence LEP Chinese American voters. Just the opposite is true: it is the lack of these translated/transliterated names that poses challenges to the fairness of the electoral process.

LEP Chinese American voters typically know the candidates by their translated/transliterated names, and not by their English names. These names appear in Chinese-language media outlets, advertising, public notices, and campaign literature. AALDEF's exit poll in 2004 found that more than half (54%) of all Massachusetts Asian American voters turned

to ethnic media outlets, rather than mainstream media outlets, for their main source of news about politics and community issues. More than a third (35%) of voters got their news from ethnic media sources in Asian languages.[4]  The Chinese-language newspaper *World Journal*, for example, has a Boston-area circulation of 30,000 readers, and regularly translates/transliterates names from English to Chinese. The process by which the *World Journal* translates candidates' names is discussed in detail in the declaration of Joe Wei, the National Desk Editor of the *World Journal*, which has been filed contemporaneously with this brief (annexed hereto as Attachment "A"). Because of the manner in which Asian Americans receive political and candidate information, the translation/transliterations of candidate names on ballots is critical to ensure LEP Chinese American voters can identify on the ballot the candidates for whom they wish to vote.

The Secretary's concerns about the "meaning" that is conveyed by a candidate's translated/transliterated name evidence a lack of understanding of the practice of translation/transliteration. Although each character used to develop a translated/transliterated name individually has a meaning, together the characters of a translated/transliterated name *do not* convey meanings and are certainly not understood to be characteristics of a particular person. Just as an English-speaking voter would not believe that Mr. Green is a green man and therefore undeserving of his/her vote, a Chinese-speaking person would not think that Mitt Romney (transliterated as Rice Clear Nun) is a nun who eats clear rice and thus undeserving of his/her vote. Chinese is read contextually and each character is read in light of other characters surrounding it. A string of words that have no meaning when read together, followed by an

---

[4] Indeed, Congress recognized the significance of Asian-language media outlets in requiring language assistance to the vote through the Voting Right Act. S. REP. NO. 94-295, at 33 (1975). 28 C.F.R. § 55.18 (e) (2006).

English name in parenthesis, would be read by a Chinese-speaking individual to be just that—a name. Issues associated with the translation/transliteration of names are discussed in more detail in the Declaration of Yilu Ma, a professional interpreter with over 20 years experience, which is filed contemporaneously with this brief (annexed hereto as Attachment "B").

Both the importance of the translation/transliteration of candidate names, and the lack of any credible concern regarding confusion, is amply demonstrated by looking at other jurisdictions that are covered under Section 203 of the Voting Rights Act for Chinese. Election officials in Alameda, Los Angeles, Orange, San Francisco and Santa Clara counties in California, and New York, Kings and Queens counties in New York, all provide translation/transliteration of candidate names, and have done so for many election cycles with no meaningful controversy or dispute.

**Proposed Methodology for**
**Translation/Transliteration of Candidate Names**

Any concerns by the Secretary regarding the process of the translation/transliteration of candidate names into Chinese may be addressed by the adoption of commonly-used methods for translating/transliterating candidate names on ballots for state and federal elections.

AALDEF recommended this methodology to the Boston Election Department in a letter on January 12, 2007, and the City used this methodology for its Special Preliminary Election on April 17, 2007. A similar methodology is also employed by the New York City Board of Elections for its compliance with Section 203 of the Voting Rights Act for Chinese language assistance. The methodology is as follows:

- First, standard translations of candidates' first names and common last names are applied. Many common English names (such as John, Patrick, William, Michelle, and Christine), common last names, and last names which are derivatives of common first names (such as Johnson, Jones, Smith, and Williams) already have

widely accepted translations. These can be found in many English-to-Chinese dictionaries.

- Second, uncommon surnames, such as "Romney" or "Dukakis," are transliterated. Standard phonetic transliterations of vowels and consonants are used to devise the Chinese characters. The sets of characters approximate the sounds of the names. Proposed transliterations should be developed in consultation with Chinese-language newspapers and/or members of an advisory group. This ensures consistency, such that names that have already been transliterated and are in the public are selected for use on the ballot. Additionally, it guards against the possibility of awkward transliterations.

- Third, candidates have the right to select or alter the translations/transliterations of their names. Once translated/transliterated names are developed, candidates should be notified that their names will appear on the ballot in Chinese characters alongside their names in Roman letters, and are also notified of the proposed translations/transliterations that will be used. Asian candidates with Chinese names, and candidates with particular names that they use in their own campaign literature, typically take advantage of this opportunity to change the names recommended for them. In New York City, the candidates have seven days to respond to the notice with alternative translations/ transliterations. After this period, if the candidates do not respond, the Board of Elections proceeds to use the translated/transliterated names that it assigned to the candidates.

- Fourth, the final list of all candidates' translated/transliterated names are publicized to Chinese-language newspapers, advisory group members, and other interested parties. This publicity also serves to resolve any remaining inconsistencies among Chinese-language media outlets that may have been using different translations/transliterations of the same name.

This methodology can and should be adapted and implemented by the Secretary so that LEP Chinese American voters in Boston may fully participate in the election process. Experience in other jurisdictions – and in the elections run by the City since the approval of the Settlement Agreement – show that this methodology works.

## CONCLUSION

The Settlement Agreement requires, among other things, the translation/transliteration of voting materials into Chinese – including the names of the candidates on the ballot. Asian American voters are familiar with translation/transliteration of candidates' names from media and other sources, and LEP Chinese American voters will not be

confused or mislead by the use of these names.   Other jurisdictions have developed and implemented a common methodology to translate/transliterate candidates' names into Chinese, and this process can and should be adopted in Massachusetts.   The Secretary's opposition to the translation/transliteration of candidates' names rests on an imagined parade of horribles that lacks any foundation, and this Court should direct the Secretary to comply with the Settlement Agreement.

RESPECTFULLY SUBMITTED,

Dated:  July 24, 2007

  /s/ Glenn D. Magpantay

GLENN D. MAGPANTAY
(admitted *pro hac vice* in this case)

Attorney for *Amici Curiae*

Staff Attorney
Asian American Legal Defense and Education Fund
99 Hudson Street, 12th Floor
New York, New York 10013-2815
Telephone: (212) 966-5932


  /s/ Cynthia Mark

CYNTHIA MARK (BBO#567487)

Attorney for *Amici Curiae*

Asian Outreach Unit
Greater Boston Legal Services
197 Friend Street
Boston, MA 02114
Telephone: (617) 603-1720
Facsimile: (617) 371-1222



  /s/ Andrew M. Troop

ANDREW M. TROOP (BBO#547179)
CHRISTOPHER R. MIRICK (BBO#639683)

Attorneys for *Amici Curiae*

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

**Table of Exhibits**

Exhibit A – Letter to Boston Election Department, Geraldine Cuddyer, Chairwoman, January 5, 2006.

Exhibit B – Letter to Boston Election Department, Geraldine Cuddyer, Chairwoman, October 10, 2006.

Exhibit C – Letter to Massachusetts Elections Division, Michelle K. Tassinari, Legal Counsel, October 10, 2006.

Exhibit D – Letter to Boston Election Department, Geraldine Cuddyer, Chairwoman, January 12, 2007.

Exhibit E – Letter to Boston Election Department, Geraldine Cuddyer, Chairwoman, May 29, 2007 .

Exhibit F – Letter to Boston Election Commission, Nancy Lo, Chairperson, October 17, 2003.

Exhibit G – Official Ballot for the General Election, City of New York, County of Queens, November 2, 2004, Translated into Chinese and Korean.

Exhibit H – Excerpts from Oxford Advanced Learner's English-Chinese Dictionary, 6th Ed., Oxford University Press (2004).

Exhibit I – A Dictionary of English Surnames and Christian Names, Foreign Language Teaching and Research Press (2001).

**<u>Attachments</u>**

Note: In addition to the Exhibits listed above, the following two declarations and one affirmation have been contemporaneously filed with this brief.

A.    Declaration of Joe Wei.

B.    Declaration of Yilu Ma.

C.    Affirmation of Glenn D. Magpantay.

# ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
*99 HUDSON STREET, 12th FL, NEW YORK, NY 10013-2815 212 966-5932 FAX 212 966-4303*

January 5, 2006

Geraldine Cuddyer, Chairwoman
Election Department
Boston City Hall
1 City Hall Plaza, Room 241
Boston, Massachusetts 02201

**Re:    Observations of November 8, 2005 Elections**

Dear Chairwoman Cuddyer:

We are writing to summarize our observations from monitoring the November 8, 2005 Elections for compliance with the federal Voting Rights Act, the Help America Vote Act ("HAVA"), and the Memorandum of Agreement and Settlement ("Agreement") entered on September 15, 2005 in the United States District Court for the District of Massachusetts, and to document other barriers encountered by Asian American and Latino voters. · We thank you once again for allowing us to conduct these activities, and hope to continue to work with your office to improve voting procedures for all Boston voters.

As you know, the Asian American Legal Defense and Education Fund is a nonpartisan civil rights organization that protects and promotes the voting rights of Asian Americans. We collaborated with Greater Boston Legal Services/Asian Outreach Unit, Lawyers' Committee for Civil Rights of the Boston Bar Association, Chinese Progressive Association, Vietnamese American Initiative for Development, and the law firm of Weil, Gotshal & Manges in this effort. We limited our activities on Election Day to conducting a nonpartisan, anonymous exit poll and interviewing voters after they voted or were denied the opportunity to vote.

On November 8, 2005, we observed 29 poll sites in Boston with large percentages of Chinese Vietnamese, and Latino voters. Attachment A lists the poll sites and subsequent Attachments provide details about the individual poll sites. At the outset, we commend the City on its efforts to make Elections accessible to limited English proficient Asian American and Latino voters.

## 1.    Voter Survey Results

In our multilingual, nonpartisan exit poll, we surveyed 148 Asian American voters, of which 78% were Chinese, 10% Southeast Asian (primarily Vietnamese), 3% Korean, and 2% Other Asian. Voters spoke Cantonese (65%), English (14%), Vietnamese (9%), Mandarin (1%), Korean (1%), and various other languages (5%).

First-time voters comprised 17% of those surveyed, while 72% indicated they had cast votes in prior Elections. Nevertheless, 68% of voters were limited English proficient, and 32% of voters indicated they used an interpreter provided by the city or brought a friend or family member to translate. Another 9% of voters said they used translated voting materials.

2. <u>Multilingual signs and translated voting materials</u>

We observed that poll sites generally complied with state and federal requirements for notifying voters about where and how to vote, that interpreters were available, and their voting rights under Massachusetts law. Still, several poll sites were missing multilingual signs and Chinese, Vietnamese, and Spanish voter assistance materials as required under Paragraphs 1, 19, 20, and 21 of the Agreement.

Paragraph 1 of the Agreement requires the city to provide "'registration or voting notices, forms, instructions, assistance or other materials or information relating to the electoral process, including ballots'" in Chinese, Vietnamese, and Spanish.

Nevertheless, we observed that the poll sites below did not provide some of the required voting materials. We ask that you confirm whether poll wardens at these poll sites documented similar observations in a checklist made available to the public, as required under Paragraph 17 of the Agreement, and, if absent, to append these incidents to the lists based on our observations below.

**<u>Dorchester</u>**

- VietAID Community Center (Ward 15, Precincts 7/8)
  *Vietnamese provisional/escrow ballots and envelopes remained unopened.*

- National Guard Armory (Ward 16, Precinct 2)
  *Vietnamese provisional/escrow ballots and envelopes, and voter registration forms, remained unopened.*

- Richard J. Murphy School (Ward 16, Precinct 5)
  *Vietnamese provisional/escrow ballots and envelopes, and voter registration forms, remained unopened.*

- Savin Hill Apartments (Ward 15, Precinct 6)
  *Poll workers stored Chinese and Vietnamese voting materials behind the interpreters' table. An interpreter explained that because Vietnamese voters were particularly self-conscious about notifying workers about voting problems, the interpreters would privately address their problems away from the crowded check-in tables when those problems arose. Please confirm that the poll warden documented this procedure. Finally, Spanish-language materials were generally missing from the table.*

- Dorchester House (Ward 15, Precinct 9)
  *Chinese and Vietnamese voter assistance materials were not provided unless explicitly requested. Poll workers claimed the tables were too small. Meanwhile, Spanish voter assistance materials were placed on a side table.*

3.
W
H
ab

- Pasciucco Apartments (Ward 15, Precinct 4)
  *Chinese and Vietnamese voter assistance materials were not provided unless
  explicitly requested. Poll workers claimed the tables were too small. Meanwhile,
  Spanish voter assistance materials were placed on a side table.*

- Edward Everett School (Ward 13, Precinct 9)
  *All Chinese, Vietnamese, and Spanish voter assistance materials were missing.*

- St. Williams School (Ward 13, Precinct 10)
  *All Chinese, Vietnamese, and Spanish voter assistance materials were missing.*

- Early Learning Center (Ward 15, Precinct 1)
  *Chinese, Vietnamese, and Spanish voter assistance materials were available only '
  upon request.*

### Fenway

- Morville House (Ward 4, Precincts 6/7)
  *Chinese and Vietnamese provisional/escrow ballots and envelopes, and voter
  registration forms, remained unopened. Our observer spoke with the poll warden
  who said that poll workers provided these materials upon a voter's request.*

- YWCA (Ward 4, Precincts 5/8)
  *Chinese and Vietnamese provisional/escrow ballots and envelopes, and voter
  registration forms, remained unopened. The poll warden explained that most of
  the non-English speaking voters in the precincts were Russian. Finally, Spanish
  voter assistance materials were available only upon request.*

- Blackstone School (Ward 8, Precinct 2)
  *Although this precinct provided almost all Chinese voting materials, Vietnamese
  provisional/escrow ballots and envelopes, and voter registration forms, remained
  unopened.*

### Mission Hill

- Simmons College (Ward 4, Precinct 10)
  *Chinese provisional/escrow ballots and envelopes, and voter registration forms,
  remained unopened.*

### Rude and hostile poll workers

While poll site operations generally remained transparent, the poll warden at the Alexander
Hamilton School (Ward 21, Precinct 16) blocked our observer's access to view and/or inquire
about translated voting materials.

Our observers also documented barriers that voters encountered while trying to vote. Specific complaints made by Asian American voters included:

- A voter at the Franklin Institute (Ward 5, Precinct 1) in Chinatown was given a Spanish-translated ballot even though she was of Asian descent. The voter further complained that Asian translators were not visible.

- Another voter at the Josiah Quincy School (Ward 3, Precinct 8) in Chinatown reported that her name was not on the voter roll even though she had previously registered through "motor-voter." The voter also reported that poll workers failed to provide her with a provisional ("escrow") ballot.

Despite these incidents, our observers generally found poll workers knowledgeable, courteous to voters, and quick to respond to voting problems. This contrasts sharply to reports of impatient and hostile poll workers in the March 14, 2005 Primary Elections, and we are glad to continue working with your department to ensure that poll worker training continues to improve.

4.   Language assistance, interpreters, and mistranslated materials

Paragraphs 6, 8, and 9 of the Agreement further provide for the recruitment and training of bilingual Election officers (Spanish, Chinese, and Vietnamese), and Paragraph 10 provides for on-call interpreters in any polling place without bilingual Election officers and meets a pre-determined formula by the U.S. Department of Justice. Our observers, however, reported that there were no interpreters at the following poll sites even though they fell under the Justice Department's formula:

- Chinese Interpreters
  Tent City (Ward 4, Precinct 2)
  Simmons College (Ward 4, Precinct 10)

- Vietnamese Interpreters
  Richard J. Murphy School (Ward 16, Precinct 5)
  National Guard Armory (Ward 16, Precinct 2)
  Franklin Institute (Ward 5, Precinct 1)

- Spanish Interpreters
  Viet Aid Community Center (Ward 15, Precincts 7/8)
  YWCA of Boston (Ward 3, Precinct 7)
  Pasciucco Apartments (Ward 15, Precinct 4)
  Franklin Institute (Ward 5, Precinct 1)
  Dorchester House (Ward 15, Precinct 9)

Relatedly, we found that ballots did not include transliterations of candidates' names. We understood this to be specifically part of the agreement with the Justice Department. We are sensitive to the short time frame in which the Commission had to prepare for this Election. We look forward to seeing the transliterations of candidates' names in future ballots.

## ATTACHMENT A
### Sites Monitored by AALDEF for Compliance with
### Section 203, HAVA, and September 15, 2005 Settlement Agreement

**Back Bay**

| | | |
|---|---|---|
| BU – Myles Standish Hall | 30 Bay State Rd. | Ward 5, Precinct 10 |

**Brighton**

| | | |
|---|---|---|
| Academy Hill Library | 40 Academy Hill Rd. | Ward 22, Precinct 3 |
| JCC for the Elderly | 30 Wallingford Rd. | Ward 21, Precinct 13 |
| Alexander Hamilton School | 198 Strathmore Rd. | Ward 21, Precinct 16 |
| Thomas A. Edison School | 60 Glenmont Rd. | Ward 22, Precinct 8 |

**Chinatown**

| | | |
|---|---|---|
| Josiah Quincy School | 885 Washington St. | Ward 3, Precinct 8 |
| YWCA of Boston | 40 Berkeley St. | Ward 3, Precinct 7 |
| Franklin Institute | 465 Tremont St. | Ward 5, Precinct 1 |

**Dorchester**

| | | |
|---|---|---|
| St. Mark's School | 197 Centre | Ward 16, Precincts 3/6 |
| Patrick O'Hearn School | 1669 Dorchester Ave. | Ward 16, Precincts 1/4 |
| Branch Library | 690 Adams St. | Ward 16, Precinct 8 |
| Viet Aid Community Ctr. | 42 Charles St. | Ward 15, Precincts 7/8 |
| National Guard Armory | 70 Victory Rd. | Ward 16, Precinct 2 |
| Richard J. Murphy School | 1 Worrell St. | Ward 16, Precinct 5 |
| Savin Hill Apartments | 130 Auckland St. | Ward 15, Precinct 6 |
| Edward Everett School | 71 Pleasant St. | Ward 13, Precinct 9 |
| St. Williams School | 100 Savin Hill Ave. | Ward 13, Precinct 10 |
| Dorchester House | 1353 Dorchester Ave. | Ward 15, Precinct 9 |
| Pasciucco Apartments | 330 Bowdoin St. | Ward 15, Precinct 4 |
| Early Learning Center | 370 Columbia Rd. | Ward 15, Precinct 1 |

**Downtown**

| | | |
|---|---|---|
| City Hall | 1 City Hall Plaza | Ward 3, Precinct 6 |
| Christopher Columbus Elderly Housing | 145 Commercial St. | Ward 3, Precinct 1 |

**Fenway**

| | | |
|---|---|---|
| Morville House | 100 Norway St. | Ward 4, Precincts 6/7 |
| YWCA | 316 Huntington Ave. | Ward 4, Precincts 5/8 |

**Mission Hill**

| | | |
|---|---|---|
| Robert and Theresa Parks Community Center | 2 New Whitney St. | Ward 10, Precinct 4 |
| Simmons College | Ave. Louis Pasteur | Ward 4, Precinct 10 |

**South End**

| | | |
|---|---|---|
| Tent City Community Room | 130 Dartmouth St. | Ward 4, Precinct 2 |
| Blackstone School | 380 Shawmut Ave. | Ward 8, Precinct 2 |

**ATTACHMENT B – Language Assistance: Multilingual Signs and Chinese, Vietnamese, and Spanish Voting Materials**

Key:
√ - Present    U - Under table    R - Provided upon request
X - Missing    S - Side table

| Poll Site and Ward Precinct | Multilingual Signs (outside and/or at entrance) | | | | | | | Chinese Materials at Check-in Table | | | | | | Vietnamese Materials at Check-in Table | | | | | | Spanish Materials at Check-in Table | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vote Here (outside) | Voter Instructions | Interpretation Available | Voter Bill of Rights | Fill-in-the-Oval | Complaints and Feedback | Other Signs | Voter registration forms | Chinese voter registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve | Voter registration forms | Vietnamese registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve | Voter registration forms | Spanish voter registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve |
| **Back Bay** | | | | | | | | | | | | | | | | | | | | | | | | | |
| BU – Myles Standish Hall | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ | √ | √ | | | | | | | √ | √ | √ | √ | | √ |
| **Brighton** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Academy Hill Library | √ | √ | √ | X | √ | X | | √ | √ | √ | √ | X | √ | | | | | | | | | | | | |
| JCC for the Elderly | √ | √ | √ | √ | √ | √ | | X | X | X | X | X | √ | | | | | | | | | | | | |
| Alexander Hamilton School | X | √ | √ | √ | √ | √ | | U | U | U | U | X | √ | | | | | | | | | | | | |
| Thomas A. Edison School | √ | √ | √ | √ | √ | √ | | | | X | X | | | | | | | | | | | | | | |
| **Chinatown** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Josiah Quincy School | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ | √ | √ | | | | | | | | | | | | |
| YWCA of Boston | √ | √ | √ | √ | √ | | | √ | √ | √ | √ | √ | √ | | | | | | | | | | | | |
| Franklin Institute | √ | | √ | | | | | √ | √ | √ | √ | √ | √ | | | | | | | | | | | | |
| **Dorchester** | | | | | | | | | | | | | | | | | | | | | | | | | |
| St. Mark's School | √ | √ | √ | √ | √ | √ | | X | S | X | X | X | X | S | S | X | X | X | X | S | S | √ | √ | √ | √ |
| Patrick O'Hearn School | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Branch Library | X | √ | √ | √ | √ | X | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Viet Aid Community Center | √ | √ | √ | √ | X | X | | | | | | | | √ | √ | √ | √ | √ | √ | | | | | | |

**AALDEF to Boston Election Department**
*Attachment B: Multilingual Signs / Chinese, Vietnamese, and Spanish Voting Materials*

| Poll Site and Ward Precinct | Multilingual Signs (outside and/or at entrance) | | | | | | | Chinese Materials at Check-in Table | | | | | | Vietnamese Materials at Check-in Table | | | | | | Spanish Materials at Check-in Table | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vote Here (outside) | Voter Instructions | Interpretation Available | Voter Bill of Rights | Fill-in-the-Oval | Complaints and Feedback | Other Signs | Voter registration forms | Chinese voter registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve | Voter registration forms | Vietnamese registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve | Voter registration forms | Spanish voter registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve |
| National Guard Armory | √ | √ | √ | √ | √ | √ | | | | | | | | √ | √ | √ | √ | √ | | | | | | | |
| Richard J. Murphy School | √ | √ | √ | √ | √ | X | | | | | | | | √ | √ | √ | √ | √ | | | | | | | |
| Savin Hill Apartments | √ | √ | √ | √ | √ | X | | √ | X | X | X | X | X | √ | X | X | X | X | X | √ | X | X | X | X | X |
| Edward Everett School | √ | √ | √ | √ | √ | √ | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| St. Williams School | √ | √ | √ | X | √ | √ | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Dorchester House | √ | √ | √ | √ | √ | √ | | R | R | R | R | R | √ | R | R | R | R | R | √ | S | S | S | S | S | √ |
| Pasciucco Apartments | √ | √ | √ | √ | √ | √ | | R | R | R | R | R | √ | R | R | R | R | R | √ | | | | | | |
| Early Learning Center | √ | √ | √ | √ | √ | √ | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R |
| **Downtown** | | | | | | | | | | | | | | | | | | | | | | | | | |
| City Hall | √ | √ | √ | √ | √ | | | √ | √ | | √ | √ | √ | | | | | | | | | | | | |
| Christopher Columbus Elderly Housing | √ | √ | √ | √ | √ | | | √ | √ | | √ | √ | √ | | | | | | | | | | | | |
| **Fenway** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Morville House | √ | √ | √ | √ | √ | √ | | U | U | U | U | √ | √ | U | U | U | U | √ | √ | √ | √ | √ | √ | √ | √ |
| YWCA | √ | √ | √ | √ | √ | | | U | U | U | U | √ | √ | U | U | U | U | √ | √ | √ | R | R | R | √ | √ |
| **Mission Hill** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Robert & Theresa Parks Comm. Ctr. | √ | √ | √ | √ | √ | | | √ | √ | √ | √ | √ | | | | | | | | | | | | | |
| Simmons College | √ | √ | √ | √ | √ | √ | | √ | X | X | √ | √ | | | | | | | | √ | | | | | |
| **South End** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tent City | X | √ | √ | √ | √ | √ | | √ | √ | √ | √ | √ | | | | | | | | √ | √ | √ | √ | | √ |
| Blackstone School | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ | U | √ | U | √ | √ | U | U | √ | √ | √ | √ | | R | √ |

ATTACHMENT C - INTERPRETERS

## ATTACHMENT C - INTERPRETERS

| Poll Site and Ward Precinct | Chinese Interpreters | Vietnamese Interpreters | Spanish Interpreters |
|---|---|---|---|
| **Back Bay** | | | |
| BU – Myles Standish Hall | 1 | 0 | 1 |
| **Brighton** | | | |
| Academy Hill Library | 1 | | |
| JCC for the Elderly | 2-3 | | |
| Alexander Hamilton School | 2 | | |
| Thomas A. Edison School | 1 | | |
| **Chinatown** | | | |
| Josiah Quincy School | 4 | 1 | 1 |
| YWCA of Boston | 3 | | |
| Franklin Institute | 3 | | |
| **Dorchester** | | | |
| St. Mark's School | 1 | 3 | 1 |
| Patrick O'Hearn School | 1 | 2 | 1 |
| Branch Library | | 1 | |
| VietAID Community Center | | 2 | |
| National Guard Armory | | | |
| Richard J. Murphy School | | | |
| Savin Hill Apartments | | 1 | |
| Edward Everett School | 1 | 1 | |
| St. Williams School | 1 | 1 | |
| Dorchester House | | 1 | |
| Pasciucco Apartments | | 1 | |
| Early Learning Center | | | 1 |
| **Downtown** | | | |
| City Hall | 1 | | |
| Christopher Columbus Elderly Housing | 1 | | |
| **Fenway** | | | |
| Morville House | 1 | | 1 |
| YWCA | 1 | | 1 |
| **Mission Hill** | | | |
| Robert & Theresa Parks Comm. Ctr. | 2 | | 2 |
| Simmons College | | | |
| **South End** | | | |

Case 1:05-cv-11598-WGY-PBS-SLL    Document 26-2    Filed 03/23/2006    Page 9 of 9

| Poll Site and Ward Precinct | Chinese Interpreters | Vietnamese Interpreters | Spanish Interpreters |
|---|---|---|---|
| Tent City | | | |
| Blackstone School | 1 | | 4 |
| | | | |

**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 HUDSON STREET, 12th FL, NEW YORK, NY 10013-2815  212 966-5932  FAX 212 966-4303

October 10, 2006

Geraldine Cuddyer, Chairwoman
Election Department
1 City Hall Plaza, Room 241
Boston, Massachusetts 02201
Facsimile: 617-635-4483

    **RE:**    **Observations of Primary Elections on Sept. 19, 2006**

Dear Chairwoman Cuddyer:

We are writing to summarize our observations from monitoring the September 19, 2006
Primary Elections for compliance with the federal Voting Rights Act, Help America Vote
Act, Memorandum of Agreement and Settlement entered on September 15, 2005 in the
United States District Court for the District of Massachusetts, and state statute. We also
documented other barriers encountered by Asian American and Latino voters.

As you know, the Asian American Legal Defense and Education Fund is a non-partisan
civil rights organization that protects and promotes the voting rights of Asian Americans.
We observed nineteen polling sites throughout Boston and have summarized our
observations and recommendations below. We provide more details by poll site in the
attachments.

**A. More Interpreters and Bilingual Poll Workers Should be Hired:**
We commend the city for its efforts in appointing bilingual poll workers and interpreters,
but more must be done to increase interpreter turnout on the day of the elections. Out of
all the polling locations we visited, we found:
- 2 out of 8 total Chinese language interpreters assigned were missing;
- 1 out of 10 Vietnamese language interpreters assigned was missing;
- and 4 out of 7 Spanish language interpreters assigned were missing.

At McKinley School (Ward 4 - Precincts 1& 3), a voter had difficulty voting because
there was no Chinese language interpreter although one was assigned. Poll workers were
unable to effectively explain to her the purpose of voting in a primary election. It was
also not until after she cast her vote that they explained her right to bring her own
translator. At Edward Everett School (13-9), we documented that the one Vietnamese
language interpreter left while the polls were still open. At Myles Standish (5-10),
although a Spanish interpreter sign was present, the actual interpreter was not.

**B. Interpreters Should Proactively Assist Voters:**
We are concerned about the helpfulness of the interpreters during the primary election.
At the Saint William School (13-10), we observed that when two Asian American voters
arrived at the table, the Vietnamese language interpreter walked away instead of offering
assistance. At Josiah Quincy School (3-8), Vietnamese and Spanish language interpreters

were not proactive in approaching and assisting voters.   At Viet-AID Community
Center (15-7, 15-8), a Vietnamese American voter had trouble understanding poll
workers, and the interpreters were preoccupied talking to voters outside and did not assist
this voter immediately.

Interpreters also need to wear prominent nametags and be stationed at the entrance of the
polling site so they can be identified easily.  At Franklin Institute (5-1), it was difficult to
identify the interpreters because their nametags were not visible.  It was also difficult to
distinguish immediately between the Chinese and Vietnamese language interpreters.
Interpreters should wear nametags written in the language(s) they can speak.

We urge the Election Department to instruct interpreters to be more proactive in
approaching voters and offering assistance.  In addition, prominently placed nametags
and signs should be used to make interpreters clearly identifiable.

## C. Translated Materials Need Improvement:
The "Election Law Violations" sign reads in Vietnamese "A fine of twenty dollars…"
instead of "A fine of not more than one hundred dollars…"  This sign should be revised
and all others reviewed for further errors.

The most serious infraction was that ballots did not present transliterated candidates'
names in Chinese or Vietnamese.  Without the transliterated names, voters had difficulty
identifying their candidates of choice.  These transliterated names are the way candidates
are known within the community.  In Asian-language media, candidates are referred to by
their transliterated names.  Candidate campaign literature and voter guides use these
transliterated names as well.  This omission forced members of the Chinese Progressive
Association to stand outside at least two poll sites with large blow-ups of the ballot with
hand-written names transliterated for voters.  We called in this complaint at 11:30AM on
election day.  This represents a major concern for our community and must be rectified.

## D. All Translated Materials Must Be Visibly Available:
We found many translated materials and signs to be either hidden, unopened, or simply
missing altogether.  The multilingual "Voters' Bill of Rights" and "Instructions to
Voters" signs were frequently missing from poll sites.  Very often translated provisional
ballot affirmations and information sheets were missing as well.  In numerous instances,
the magnifying aid, needed to read the translated materials because the print is too small,
was not provided at all.  Wardens complained to us that they had not received these signs
and other materials from the Election Department.

In other cases, we found that poll workers often had the materials listed above but failed
to remove them from their packaging, cast them off to the side, or misplaced them at
another table.
- At Patrick O'Hearn School (16-1, 16-4), materials translated in Vietnamese were
  hidden in an envelope rather than resting on the table in plain view.
- At St. Mark's School Hall (16-3, 16-6), the warden said that he was unaware of
  what materials needed to be in plain view.

- At Richard J. Murphy School (16-5), three missing signs were found sitting inside an interpreter's folder rather than hung up on a wall.
- At the National Guard Armory (16-2), poll workers did not present Vietnamese language materials because they had never bothered to look through their envelope of Vietnamese materials in the first place.

The poor presentation of translated voting materials undermines their utility and prevents language minority voters from exercising their right. We urge you to better train poll workers to make translated signs and materials visibly available.

### E. Improper Poll Worker Conduct and Comments:

At the YWCA of Boston (3-7), a clerk commented about missing translated materials, "If they [Asian Americans] really want to vote, they'll figure it out." He completely disregarded the need to have multilingual materials available.

At Savin Hill Apartments (15-6), a police officer rudely interrupted a Vietnamese language interpreter while speaking to a voter. The interpreter was trying to explain to the voter that only those affiliated with a political party can vote in the primary election. Without giving a reason, the police officer abruptly ended the conversation and sent the voter to the check-in table where poll workers only spoke English.

Lastly, the warden at the National Guard Armory (16-2) demonstrated insensitivity and ignorance towards our observer. He presented her the Vietnamese ballot saying, "Here's the one in your language." He assumed our representative spoke Vietnamese based on her appearance. She is of Chinese descent and speaks Chinese and English. When politely corrected, he showed blatant disregard for the distinction by responding, "Oh whatever, you know…Asian, it's all the same."

We urge the Election Department to train all their poll workers on proper and improper conduct with specific attention towards language minorities and racial and ethnic minorities.

### F. Poll Worker Training:

We also attended a Poll Worker Training on September 19 at Boston City Hall. The trainer was Martin Cain. About 50 people attended, of whom six we identified as Asian American. However, four of them arrived late, some 45 minutes late, and missed a great deal of material.

Overall the training was comprehensive. The trainer reviewed relevant election laws, translated signs, differences between interpreters and bilingual elections officials (page 10), independent observers and monitors (page 12), and Language Assistance and Section 208 of the Voting Rights Act (page 20). Unfortunately, the trainer skipped the section on being courteous to voters and sensitive to racial and ethnic minorities (page 5).

The training was long and could be more effective by offering a break period in the middle. The Election Department should also obligate poll workers to complete trainings

in their entirety.  Third, trainers should stress sensitivity towards racial and ethnic minorities.

## G. Other Concerns

At Thomas A. Edison School (22-8), a federal observer reported that two Chinese American voters were not listed in the voter book.  We received similar complaints in prior elections.  Undoubtedly, there are errors and omissions in the database of registered voters and the accuracy of voter lists needs to be improved.

Voters whose names are missing from voter lists are allowed to vote by provisional ballot.  But if there are discrepancies or if voters' original voter registration forms were lost, they are not registered and their ballots are not counted.  We believe that provisional ballots, or their envelopes, should be used to correct voter registration errors and omissions.  A number of other states, such as Maryland, Michigan, New Mexico, Colorado, Georgia, and California, have adopted such a practice.  HAVA's legislative intent also requires this remedial measure.  We believe that when voters have taken all the necessary steps to register to vote, but some error may have prevented them from being registered or from having their votes counted, corrective measures must be put into place.  We hope you will consider this recommendation to use provisional ballot to update, correct information, and register new voters.

Overall, we commend the Election Department in its efforts to comply with the settlement in U.S. v. Boston, but more work still needs to be done.  We hope you will consider our concerns and recommendations for improvement.  If you have any questions, please do not hesitate to contact us at (212) 966-5932.  Thank you.

Sincerely,

Glenn D. Magpantay
Staff Attorney

Brian Redondo
Voting Rights Public Education Coordinator

Enclosed:

    Attachment A.    Poll Sites Monitored by AALDEF

    Attachment B.    Detailed Observations by Poll Site

**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 HUDSON STREET, 12th FL, NEW YORK, NY 10013-2815  212 966-5932  FAX 212 966-4303

October 10, 2006

Michelle K. Tassinari
Legal Counsel
Elections Division
Secretary of the Commonwealth
McCormack Building, Room 1705
One Ashburton Place
Boston, MA 02108
FAX: (617) 742-3238
EMAIL: elections@sec.state.ma.us

Re:    **Observations of Massachusetts Primary Elections, September 19, 2006**

Dear Ms. Tassinari:

The Asian American Legal Defense and Education Fund (AALDEF) is a nonpartisan
civil rights organization that protects and promotes the voting rights of Asian Americans.

We monitored the Massachusetts Primary Election in Boston, Lowell, and Quincy on
Tuesday, September 19, 2006.  We also received complaints of voting problems from
Asian American voters.  We monitored for compliance with the Voting Rights Act, Help
America Vote Act (HAVA), the Memorandum of Agreement and Settlement that was
reached between the City of Boston and U.S. Department of Justice in *U.S. v. Boston*,
Civ. No. 05-11598 (D. Mass. entered on Sept. 15, 2005), and the recently adopted State
House Bill No. 4942, which amended Massachusetts General Laws, chapter 54, section
40 to conform with the settlement and provide for language assistance in state and federal
elections.

We have monitored prior elections in Boston, Lowell, and Quincy since 2002.  After each
election we shared our findings with local elections officials and you to seek
improvements.  On September 19, 2006, we monitored twenty-eight poll sites in
Massachusetts.  Enclosed please find two letters that we sent to local elections officials in
Boston and Lowell which highlight our observations.  A summary of our observations is
provided below.

**A. Boston**
We observed several problems in Boston.  Seven out of the twenty-five interpreters
assigned at poll sites we monitored were not present.  Many interpreters did not wear
nametags.  Some interpreters did not proactively approach voters.  Poll sites did not have
signs indicating the availability of interpreters.

Translated voting materials had problems.  Vietnamese interpreters complained that the
"Election Law Violations" sign was not translated correctly.  Translated voting materials

were often missing. Some workers claimed they had not received such items while others overlooked the need to make these materials available. We also documented three instances of poll worker ignorance and insensitivity towards Asian Americans.

The most serious infraction was that ballots did not present transliterated candidates' names in Chinese or Vietnamese. Without the transliterated names, voters had difficulty identifying their candidates of choice. These transliterated names are the way candidates are known within the community. In Asian-language media, candidates are referred to by their transliterated names. Candidate campaign literature and voter guides use these transliterated names as well. This omission forced members of the Chinese Progressive Association to stand outside at least two poll sites with large blow-ups of the ballot with hand-written names transliterated for voters.

We called in this complaint to you on election day at 11:30AM. We informed you that our understanding of the settlement is that it requires fully translated ballots in the city of Boston in Chinese and Vietnamese. This includes the transliterations of candidates' names. Other jurisdictions covered under the Voting Rights Act for bilingual ballots also transliterate candidates names.

AALDEF had a conversation with John Tanner, the Chief of the Voting Section of the U.S. Department of Justice on or around Sept. 15, 2005 and asked if the settlement included fully translated ballots. Mr. Tanner assured us that the settlement required transliterations of candidates' names. We therefore urge you to transliterate candidates' names on ballots for the upcoming general elections in November.

### B. Lowell
Lowell now voluntarily offers voting materials translated in Khmer for it's growing Cambodian American population. We believe this will remedy the efforts of past voter disenfranchisement. However, at almost every poll site in Lowell we visited, nearly all the translated materials were missing, hidden, or unavailable to voters. At one site, all the translated materials were still in their original packaging sitting in a box. At the others, poll workers claimed they had not received these materials. Poll sites also had inadequate, inconsistent signage. We urge the Elections Division to translate the "Vote Here," "Instructions to Voters," "Interpreter Available," and Directional Arrow signs in Khmer and Spanish to assist voters.

### C. Quincy
Quincy now voluntarily offers language assistance, including interpreters and some translated voting materials. We were pleased to find that all three poll sites visited had Chinese and Vietnamese Voters' Bill of Rights signs. We suggest that poll sites post translated signs at their front entrances to help new voters locate them. We also urge that the city translate the "Election Law Violations" (blue) and "Instructions to Voters" (orange) signs. Because these signs are already provided by the Massachusetts Secretary of State, Quincy can carry out this recommendation.

## D. Woburn - Discourteous Poll Workers

We received a complaint from a Vietnamese American voter in Woburn, Kimberly Truong of 295 Salem Street, #88. Ms. Truong was very discouraged by the unhelpfulness of the poll workers at the Goodyear School Gymnasium at 41 Orange Street, Ward 5, Precinct 1. She said, "some of them looked at me like I didn't belong there." When her first arrived, her address could not be found and she was told she could not vote there. After she insisted that she was at the correct poll site, she was directed to another table where her address was listed. However, the poll workers did little to assist her in casting her ballot even after she had asked for instruction. She believes that she might have miscast her ballot. We urge you to investigate the matter and ensure her vote is counted.

## E. Provisional Ballots

As we have reported to you that voters in prior election complained that their names were missing or information was incorrect in lists of registered voters. This year, at Thomas A. Edison School in Boston, a federal observer reported that two Chinese American voters were not listed in the voter book. Undoubtedly, there are errors and omissions in the database of registered voters and the accuracy of voter lists needs to be improved.

Voters whose names are missing from voter lists are allowed to vote by provisional ballot. But if there are discrepancies or if voters' original voter registration forms were lost, they are not registered and their ballots are not counted. We believe that provisional ballots, or their envelopes, should be used to correct voter registration errors and omissions. A number of other states, such as Maryland, Michigan, New Mexico, Colorado, Georgia, and California, have adopted such a practice. HAVA's legislative intent also requires this remedial measure. We believe that when voters have taken all the necessary steps to register to vote, but some error may have prevented them from being registered or from having their votes counted, corrective measures must be put into place.

Massachusetts General Laws, chapter 54, section 76 empowers the Secretary of State to "promulgate regulations to achieve and maintain accuracy, uniformity and security ... in the procedures for casting provisional ballots." Mass. Gen. Laws Ch. 54 § 76C(k). We hope you will consider this recommendation to use provisional ballot to update, correct information, and register new voters.

A number of changes are required to improve the administration of elections in Massachusetts. More must be done at the state and local levels to meet the needs of Massachusetts' growing Asian American electorate, a large percentage of which is limited English proficient. Poll workers must better understand how to properly administer the elections and abide by voters rights under state and federal law. We urge you to investigate these issues and to consider recommendations for improvement. If you have any questions, please feel free to call us at 212-966-5932, ext. 206.

Sincerely,

Glenn D. Magpantay
Staff Attorney

Brian Redondo
Voting Rights Public Education Coordinator

List of Attachments:

A. Poll Sites Monitored by the Asian American Legal Defense and Education Fund

B. Letter to Boston Election Department
   Geraldine Cuddyer, Chairwoman
   October 10, 2006

C. Letter to Lowell Elections Commissioners
   Gail Cenik, Office Manager
   October 10, 2006

D. Voter Information

## Poll Sites Monitored by the Asian American Legal Defense and Education Fund during the Primary Elections on September 19, 2006

### A. Boston Poll Sites:

| | | | |
|---|---|---|---|
| YWCA Boston | 40 Berkeley Street | Ward 3 | Precinct 7 |
| Metropolitan Community Room | 38 Oak Street | Ward 3 | Precinct 8 |
| McKinley School | 90 Warren Avenue | Ward 4 | Precincts 1,3 |
| Franklin Institute | 465 Tremont Street | Ward 5 | Precinct 1 |
| Myles Standish Hall | 30 Bay State Road | Ward 5 | Precinct 10 |
| Robert & Theresa Parks Community Building | 2 New Whitney Street | Ward 10 | Precinct 4 |
| Edward Everett School | 71 Pleasant Street | Ward 13 | Precinct 9 |
| Saint William School | 100 Savin Hill | Ward 13 | Precinct 10 |
| Savin Hill Apartments | 130 Auckland Street | Ward 15 | Precinct 6 |
| Viet-AID Community Center | 42 Charles Street | Ward 15 | Precincts 7,8 |
| Patrick O'Hearn School | 1669 Dorchester Avenue | Ward 16 | Precincts 1,4 |
| National Guard Armory | 70 Victory Road | Ward 16 | Precinct 2 |
| St. Mark's School Hall | Samoset Street | Ward 16 | Precincts 3,6 |
| Richard J. Murphy School | 1 Worrell Street | Ward 16 | Precinct 5 |
| Branch Library | 690 Adams Street | Ward 16 | Precinct 8 |
| Jewish Community Housing for the Elderly | 30 Wallingford Road | Ward 21 | Precinct 13 |
| Academy Hill Library | 40 Academy Hill Road | Ward 22 | Precinct 3 |
| Thomas A. Edison School | 60 Glenmont Road | Ward 22 | Precinct 8 |
| Alexander Hamilton School | 198 Strathmore Road | Ward 22 | Precinct 16 |

### B. Lowell Poll Sites:

| | | | |
|---|---|---|---|
| Bailey School | 175 Campbell Drive | Ward 3 | Precincts 1,2 |
| Morey School | 114 Pine Street | Ward 4 | Precinct 1 |
| Veterans of Foreign Wars | 190 Plain Street | Ward 4 | Precinct 2 |
| Rogers School | 43 Highland Street | Ward 4 | Precinct 3 |
| Senior Center | 276 Broadway Street | Ward 7 | Precincts 1,2,3 |
| James Daley School | 150 Fleming Street | Ward 8 | Precinct 2,3 |

### C. Quincy Poll Sites:

| | | | |
|---|---|---|---|
| North Quincy High School | 318 Hancock Street | Ward 5 | Precincts 1 |
| Sacred Heart School | 370 Hancock Street | Ward 6 | Precinct 2 |
| Atlantic Middle School | 86 Hollis Avenue | Ward 6 | Precinct 4 |

**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 HUDSON STREET, 12th FL, NEW YORK, NY 10013-2815  212 966-5932  FAX 212 966-4303

January 12, 2007

Geraldine Cuddyer, Chairwoman
Election Department
Boston City Hall
1 City Hall Plaza, Room 241
Boston, Massachusetts 02201

**Re:    Observations from the 2006 General Elections**

Dear Chairwoman Cuddyer:

This letter summarizes our observations from monitoring the November 7, 2006 elections for compliance with the Voting Rights Act, the Help America Vote Act ("HAVA"), and the Memorandum of Agreement and Settlement ("Agreement") entered on September 15, 2005, in the United States District Court for the District of Massachusetts. In addition, this letter summarizes barriers encountered by Asian American and Latino voters. We thank you once again for allowing us to conduct these activities, and hope to continue to work with your office to improve voting procedures for all Boston voters.

As you know, the Asian American Legal Defense and Education Fund is a nonpartisan civil rights organization that protects and promotes the voting rights of Asian Americans. For our efforts during the General Elections, we collaborated with Asian American Lawyers Association of Massachusetts, Greater Boston Legal Services/Asian Outreach Unit, Vietnamese American Initiative for Development, and the law firm of Weil, Gotshal & Manges.

On November 7, 2006, we observed 55 precincts at 47 poll sites targeted for Chinese, Vietnamese, or Spanish language assistance. The poll sites we monitored are listed in Attachment A. Attachment A also indicates the poll sites at which we conducted nonpartisan, anonymous surveys after voters had voted or were unable to vote.

We appreciate the City of Boston's efforts to make the elections accessible to limited English proficient voters. Several of our observers remarked that voters were treated more respectfully during this election than in previous elections. However, some issues continue to linger, particularly at poll sites that were problematic in past years as well. We highlight the main issues below; specific observations of each of the 47 poll sites are contained in Attachment B.

## A. Voter Survey Results

We surveyed 305 voters at five poll sites in our multilingual nonpartisan exit poll. The largest Asian ethnic groups surveyed were Chinese (61%) and Vietnamese (34%). Voters' native languages were mostly Cantonese (45%), Vietnamese (34%), and Mandarin (3%). Only 10% identified English as their native language.

The following is an overview of our survey respondents:

- 82% were naturalized citizens.
- 12% were first-time voters.
- 28% first registered to vote after January 1, 2003.
- 65% were limited English proficient.
- 62% used an interpreter provided by the City or brought their own interpreter.
- 65% used translated written materials provided by the City or by a community group.

These statistics confirm that a large number of Asian American voters are limited English proficient. Consequently, many of Boston's Asian American voters prefer voting with the assistance of an interpreter or translated written materials, topics discussed in Sections B through D below.

In addition, our voter survey reveals the most common complaints of Asian American voters:

- 41 voters were required to show identification.
- 8 were required to vote by provisional ballot.
- 7 could not be found on the list of registered voters.
- 5 complained that voting machines were broken.

We discuss the most common complaints in Sections E through G.

## B. Multilingual Signs and Translated Voting Materials

Paragraph 1 of the Agreement requires the City to provide translations of "registration or voting notices, forms, instructions, assistance or other materials or information relating to the electoral process, including ballots," yet nearly every poll site we observed lacked several of the required multilingual signs. The items most notably absent were the "Election Law Violations" signs, missing from at least 38 sites (or 81% of all sites monitored), and the "Tell Us About Your Voting Experience" flyers, missing from at least 34 sites (or 72% of all sites monitored). These multilingual signs appeared to be missing from the poll sites altogether, not merely misplaced. We encourage the City to reassess its method of delivery and ensure that all multilingual signs are properly distributed to the targeted poll sites.

A number of poll sites did not have the translated voting materials displayed at the check-in tables. Paragraph 12 of the Agreement requires the City to train poll workers to make translated materials available to voters in an appropriate manner, yet many poll workers did not know how to properly make these materials available. In general, poll workers immediately displayed the translated voting materials as soon as our observers inquired about them, which suggests that better compliance could be achieved easily with improved poll worker trainings.

In a few instances poll workers were both uninformed and unwilling to display the translated voting materials properly. For example, the warden at Christopher Columbus Elderly Housing

(3-1) [1] insisted that the translated materials did not need to be displayed until a voter requested them. At the Vine Street Community Center (8-7), poll workers considered Spanish ballots placed in a black box behind the check-in table "easily accessible." The warden at Richard J. Murphy School (16-5) went so far as to instruct poll workers to place the translated materials back into the box after our observer left.

We were troubled that so many poll workers believed that it was acceptable merely to have translated materials available upon request, since a limited English proficient voter would not know to request translated materials if he or she did not even know of their existence. This was the case at the Patrick O'Hearn School (16-4), where a Vietnamese voter complained that ballots were available only in English and Spanish. In fact Vietnamese ballots were available, but they had been placed on a back table. In light of these incidents, we urge the City to make explicitly clear to poll workers that the translated materials must be displayed *on the check-in tables*, regardless of the poll worker's opinion of what location is easily accessible to voters.

The following list indicates poll sites where poll workers had misplaced or left unopened at least half of the required translated voting materials:

- City Hall (3-6)
- Tent City Community Room (4-2)
- YWCA (4-5, 4-8)
- Morville House (4-6, 4-7)
- Copley Square Library (5-9)
- Boston University, Myles Standish Hall (5-10)
- Blackstone School (8-2)
- Vine Street Community Center (8-7)
- ETC Building (9-1)
- Fire Station (9-2)
- Edward Everett School (13-9)
- Saint William School (13-10)
- Patrick O'Hearn School (16-4)
- John D. Philbrick School (18-7)
- Woodbourne Apartments (19-7)
- Boston Arts Academy (21-1)
- Boston University, Lab (21-2)
- Harvard-owned building (22-2)

In addition, it appears that translated materials were entirely missing from the sites listed below. The absence of these materials may have been due to no fault of the fault of the poll workers, but rather due to serious problems with the City's system of distributing translated materials.

- Morville House (4-6)
  *Chinese supply envelope contained provisional ballots in English only.*

---

[1] The wards and precincts of poll sites are indicated as (ward # - precinct #).

- YWCA (4-8)
  *Entire poll site was missing Spanish materials.*

- Boston University, Myles Standish Hall (5-10)
  *Entire poll site was missing Spanish materials.*

- Viet-AID Community Center (15-7, 15-8)
  *Entire poll site was missing Vietnamese and Spanish materials.*

- National Guard Armory (16-2)
  *Entire poll site was missing Vietnamese provisional ballot materials. A poll worker stated that these materials were missing during a previous election as well.*

- Lower Mills Library (17-13)
  *Entire poll site was missing Vietnamese materials.*

## C. Translation and Transliteration of Candidates' Names on Ballots

A major concern of the Asian American community is the translation/transliteration of candidates' names into Chinese and Vietnamese. Limited English proficient voters typically know their candidates by their translated/transliterated names, appearing in Asian-language media outlets, advertising, public notices, and campaign literature. Without properly transliterated names, voters have difficulty identifying their candidates of choice. In our conversations with attorneys at the U.S. Department of Justice, we understand that the Agreement requires the translation and transliteration of candidates' names. To achieve this, we recommend the following method:

First, standard translations/transliterations of candidates' first names and common last names should be employed. Many common English names (such as John, George, William, Mary, and Christine) and common last names and last names which are derivatives of common first names (such as Johnson, Johnston, and Williams) already have widely accepted translations/transliterations. These can be found in many English-to-Chinese dictionaries. Attachment C provides two examples.[2]

Second, when transliterating uncommon names, the City should use standard phonetic transliterations of vowels and consonants in consultation with Chinese- and Vietnamese-language newspapers and/or Advisory Task Force members. When certain transliterated names are already in public use, the City should use these names on ballots.

Finally, candidates should have the right to select or alter the translations/transliterations of their names that will appear on ballots.

---

[2] Oxford University Press, *Oxford Advanced Learners' English-Chinese Dictionary* (6th ed. 2004) (Appendix: Common First Names), and Foreign Language Teaching and Research Press, *Dictionary of English Surnames and Christian Names* (2001) (first pages of sections "A," "B," and "C").

We hope that you will consider this process for translating and transliterating candidate names, which will enable voters to vote independently and privately, regardless of English language proficiency.

## D. Oral Language Assistance

Paragraphs 6, 8, and 9 of the Agreement further provide for the recruitment and training of bilingual election officers, yet our observers reported that there were no interpreters at several poll sites, even though they fell under the U.S. Department of Justice's targeting formula. Of the sites we monitored,

- Five out of 24 (or 21%) Chinese interpreters were absent;
- Three out of 18 (or 17%) Vietnamese interpreters were absent; and
- Four out of 26 (or 15%) Spanish interpreters were absent.

According to our voter survey, 38% of voters who wished to receive oral language assistance could not find interpreters who spoke their language or dialect. The absence of a Chinese interpreter created a problem at Boston University's Myles Standish Hall (5-10), where poll workers were unprepared for the arrival of Chinese-speaking voters. Poll workers had difficulty explaining that they needed the voters' addresses.

We support the City's efforts to broaden the pool of poll workers by offering split shifts. Nevertheless, some interpreters still arrived late to their assigned poll sites or were not available for their entire shifts. This presented an obstacle for a Vietnamese-speaking voter at the Catherine F. Clark Apartments (13-7), who was illiterate in both English and Vietnamese. Because she voted without the assistance of an interpreter, she was not certain whether she had cast votes for her desired candidates.

The sites that were staffed with interpreters were not always readily accessible to limited English proficient voters due to the failure of poll workers to post signs, wear name tags, or actively approach voters. The "Spanish Interpreter Available" sign was not posted at St. Mark's School Hall (16-3, 16-6), and our observer was unable to locate the interpreter until he asked other poll workers to identify her. In addition, we observed that interpreters at the Franklin Institute (5-1) and Annapolis Apartments (13-6) were wearing generic name tags or inspector name tags, while interpreters at City Hall (3-6), Vine Street Community Center (8-7), and Viet-AID Community Center (15-7, 15-8) wore no name tags at all.

Finally, our observer noted that St. Mark's School Hall (16-3, 16-6) needed an additional interpreter because the site's only Vietnamese interpreter was overworked.

## E. Poorly Trained Poll Workers

<u>1. Inadequate Knowledge of Election Procedures</u>

The majority of poll workers were knowledgeable and courteous to voters. Indeed, we had observed a poll worker training at City Hall in August and found it to be quite comprehensive.

On Election Day, however, many voters still complained that poll workers were poorly trained. Forty-one of our survey respondents complained that they were required to present ID. HAVA requires ID only of first-time voters who registered by mail after January 1, 2003, yet several of the complaining voters were not first-time voters.

- The Chinese interpreter at the ETC Building (9-1) asked each Chinese-speaking voter for his or her ID. Because the other poll workers at the site properly asked non-Chinese voters for their addresses, the result was that only Chinese voters were made to show ID.

- A poll worker at Catherine F. Clark Apartments (13-7) asked Nhia Thi Le for her ID although she had registered to vote prior to 2003.

The improper ID requests must be corrected immediately, and we strongly urge the City to ensure that poll workers know when they may ask voters to produce ID.

Aside from the improper ID requests, we received complaints regarding an assortment of other problems:

- At the Savin Hill Apartments (15-6), Vietnamese voters were not provided with Vietnamese ballots. Rather, the voters had to carefully align specimen ballots with the English ballots that they had to fill out.

- After an elderly Vietnamese woman voted at the Viet-AID Community Center (15-7, 15-8), poll workers informed the voter that her vote did not go through and did not offer any explanation as to why or if there was any remedy.

- The Vietnamese interpreter at Florian Hall (16-12) was unfamiliar with technical terms such as "provisional ballot."

- The Chinese interpreter at the ETC Building (9-1) did not offer a magnifying aid (which was available) to any elderly voter who struggled to read the ballot.

We ask you to investigate whether poll workers at these sites were poorly trained and, if necessary, to take remedial measures.

2.  Lack of Cooperation with Monitoring Efforts

To achieve the legal requirement that elections be held in public view, Massachusetts General Law Chapter 54, Section 35, and 950 CMR 53.03(18) authorize election observers inside poll sites. Most poll wardens were cooperative with our observers. The exceptions included the wardens at Boston Arts Academy (5-2) and Boston University's Myles Standish Hall (5-10), where they initially refused to allow our observers to stay inside the poll sites. At the John D. Philbrick School (18-7), the observer was not permitted near the precinct table. In addition, at the Boston Latin Academy (12-2), the warden behaved strangely and announced loudly that she couldn't believe that AALDEF, an organization defending the rights of Asian Americans, wished to see the poll site's Spanish-language materials. This warden also refused to allow the observer

to verify whether provisional ballot materials were present. We hope that in future elections poll workers are notified of our planned presence so that the monitoring process will run more smoothly.

## F. Inadequate Notice and Poll Site Confusion

As in prior years, voters complained of inadequate notice of their assigned poll sites. Changes were extremely disruptive and disenfranchised voters. For example, at the Catherine F. Clark Apartments (13-7), poll workers were unable to find Mau Bui (of 998 Dorchester Avenue) in the voter roll book and told her to visit another poll site. Ms. Bui left without voting, and it seemed that she was so discouraged that she would not go on to the other poll site.

Voters also complained about misdirection within correct poll sites. At the Catherine F. Clark Apartments (13-7), George Lee (of 32 Harbor View Street) was misdirected to an incorrect check-in table, where his name was not listed in the roll book. A poll worker was about to provide Mr. Lee with a provisional ballot when the voter recognized the error on his own and checked in at the correct table.

We encourage the City to make a more concerted effort to address notice and poll site confusion. If poll site changes are made, then separate and unique notices must be mailed to clearly inform affected voters that their poll sites have changed. Such notices should be in the voters' languages, which can be determined by looking at the languages in which they complete their voter registration forms. In addition, poll workers should receive training on how to direct voters within poll sites in a more effective manner.

## G. Provisional Ballots

Every year Asian Americans complain that their names are missing from or misspelled on registration lists, or that their addresses are incorrect. In this election, seven voters complained to us in our survey that their names were missing from lists of registered voters. HAVA requires that voters whose names are missing from voter lists be allowed to vote by provisional ballot. When this occurs, their registrations are confirmed and their ballots are counted. But we have found that sometimes voters' original voter registration forms were lost or inputted incorrectly, and thus their ballots were not counted. Voters' provisional ballot envelopes already contain identical information as contained in their original voter registration forms. We urge the Election Department to adopt an easier approach, and use provisional ballots to correct voter registration errors and omissions. When voters have taken all the necessary steps to register to vote, but some error prevented them from being registered or from having their votes counted, corrective measures must be put into place. This will ensure that voters can vote in future elections.

## H. Recommendations

In conclusion, we recommend that the City make the following improvements:

- Reassess the method of delivering multilingual signs and translated written materials and ensure that they are properly distributed to the targeted poll sites.
- Provide translations or transliterations of candidates' names, using a standard method such as the one described above.
- Mail conspicuous notices clearly informing voters in their preferred language that their poll sites have changed.
- Use provisional ballots to correct voter registration errors and omissions from registration lists.

With respect to poll worker trainings, we recommend clarifying the most common points of confusion:

- Poll workers should learn when they may legally ask voters for identification.
- Interpreters need better instruction on election procedures and how to assist voters more proactively.
- All multilingual signs and translated materials must be displayed in the appropriate places, regardless of whether poll workers believe the voters need them.
- Poll workers should be advised that our monitors are authorized to be inside poll sites.

Overall, we commend the Election Department in its efforts to comply with the Agreement. We hope you will consider our concerns and recommendations for improvement. If you have any questions, please do not hesitate to contact us at (212) 966-5932. Thank you.

Sincerely,

Glenn D. Magpantay
Staff Attorney

cc:
William F. Sinnott, Kate Cook, City of Boston Law Department
Michelle K. Tassinari, Office of Legal Counsel of the Commonwealth of Massachusetts
Chris Coates, James Walsh, U.S. Department of Justice
David King, John F. Kennedy School of Government

Enclosures:
Attachment A – Poll sites monitored by AALDEF
Attachment B – Detailed observations by poll site
Attachment C – Chinese translations of common English names

## Attachment A

**Poll Sites Monitored by the Asian American Legal Defense and Education Fund
During the General Elections on November 7, 2006**

| Poll Site | Address | Ward | Precinct |
|---|---|---|---|
| Paris Street Community Center | 112 Paris Street | Ward 1 | Precinct 5 |
| Little Folks Day Care Center | 65-67 Trenton Street | Ward 1 | Precinct 8 |
| Christopher Columbus Elderly Housing | 145 Commercial Street | Ward 3 | Precinct 1 |
| City Hall | 1 City Hall Plaza | Ward 3 | Precinct 6 |
| YWCA Boston * | 40 Berkeley Street | Ward 3 | Precinct 7 |
| Metropolitan Community Room * | 38 Oak Street | Ward 3 | Precinct 8 |
| McKinley School | 90 Warren Avenue | Ward 4 | Precincts 1, 3 |
| Tent City Community Room | 130 Dartmouth Street | Ward 4 | Precinct 2 |
| YWCA | 316 Huntington Avenue | Ward 4 | Precincts 5, 8 |
| Morville House | 100 Norway Street | Ward 4 | Precincts 6, 7 |
| Simmons College, Park Science Building | Avenue Louis Pasteur | Ward 4 | Precinct 10 |
| Franklin Institute * | 465 Tremont Street | Ward 5 | Precinct 1 |
| Boston Arts Academy | 174 Ipswich Street | Ward 5 | Precinct 2 |
| | | Ward 21 | Precinct 1 |
| Copley Square Library | 700 Boylston Street | Ward 5 | Precinct 9 |
| Boston University, Myles Standish Hall | 30 Bay State Road | Ward 5 | Precinct 10 |
| Blackstone School | 380 Shawmut Avenue | Ward 8 | Precinct 2 |
| Orchard Gardens Elementary School | 906 Albany Street | Ward 8 | Precinct 3 |
| Vine Street Community Center | 339 Dudley Street | Ward 8 | Precinct 7 |
| ETC Building | 80 West Dedham Street | Ward 9 | Precinct 1 |
| Fire Station | 700 Tremont Street | Ward 9 | Precinct 2 |
| Madison Park Complex, Haynes House | 735 Shawmut Avenue | Ward 9 | Precinct 4 |
| Robert & Theresa Parks Community Building | 2 New Whitney Street | Ward 10 | Precinct 4 |
| David E. Ellis School | 302 Walnut Avenue | Ward 11 | Precinct 3 |
| Boston Latin Academy | 35 Townsend Street | Ward 12 | Precinct 2 |

*\* Monitored poll sites where voter surveys were conducted*

*AALDEF to Boston Election Department*
*Election Observations, General 2006 – Attachment A*

| | | | |
|---|---|---|---|
| Annapolis Apartments | 8 Annapolis Street | Ward 13 | Precinct 6 |
| Catherine F. Clark Apartments * | 915 Dorchester Avenue | Ward 13 | Precinct 7 |
| Edward Everett School | 71 Pleasant Street | Ward 13 | Precinct 9 |
| Saint William School | 100 Savin Hill | Ward 13 | Precinct 10 |
| Savin Hill Apartments | 130 Auckland Street | Ward 15 | Precinct 6 |
| Viet-AID Community Center | 42 Charles Street | Ward 15 | Precincts 7, 8 |
| Patrick O'Hearn School * | 1669 Dorchester Avenue | Ward 16 | Precincts 1, 4 |
| National Guard Armory | 70 Victory Road | Ward 16 | Precinct 2 |
| St. Mark's School Hall | Samoset Street | Ward 16 | Precincts 3, 6 |
| Richard J. Murphy School | 1 Worrell Street | Ward 16 | Precinct 5 |
| Branch Library | 690 Adams Street | Ward 16 | Precinct 8 |
| Florian Hall | 55 Hallet Street | Ward 16 | Precinct 12 |
| Woodrow Wilson School | 18 Croftland Avenue | Ward 17 | Precinct 4 |
| Codman Square Branch Library | 690 Washington Street | Ward 17 | Precinct 5 |
| Codman Square Apartments | 784 Washington Street | Ward 17 | Precinct 9 |
| Lower Mills Library | 27 Richmond Street | Ward 17 | Precinct 13 |
| John D. Philbrick School | 40 Philbrick Road | Ward 18 | Precinct 7 |
| Woodbourne Apartments | 6 Southbourne Road | Ward 19 | Precinct 7 |
| Boston University, Lab | 111 Cummington Street | Ward 21 | Precinct 2 |
| Washington Street Elderly Development | 91-95 Washington Street | Ward 21 | Precincts 10, 11 |
| Patricia White Apartments | 20 Washington Street | Ward 21 | Precinct 12 |
| Jewish Community Housing for the Elderly | 30 Wallingford Road | Ward 21 | Precinct 13 |
| Alexander Hamilton School | 198 Strathmore Road | Ward 21 | Precinct 16 |
| Honan-Allston Branch Library | 300 North Harvard Street | Ward 22 | Precinct 1 |
| Harvard-owned building | 184 Everett Street | Ward 22 | Precinct 2 |
| Academy Hill Library | 40 Academy Hill Road | Ward 22 | Precinct 3 |
| Thomas A. Edison School | 60 Glenmont Road | Ward 22 | Precinct 8 |

* Monitored poll sites where voter surveys were conducted

# ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
99 HUDSON STREET, 12th FL, NEW YORK, NY 10013-2815  212 966-5932  FAX 212 966-4303

May 29, 2007

Geraldine Cuddyer
Chairwoman
Election Department
Boston City Hall, Room 241
Boston, Massachusetts 02201

**Re:  Observations of Special Preliminary Election
      City Councilor District 2, April 17, 2007**

Dear Ms. Cuddyer:

We are writing to review the Asian American Legal Defense and Education Fund's (AALDEF) findings from observing the Special Preliminary Election for Boston City Councilor District 2 on Tuesday, April 17, 2007. We observed the elections for compliance with the Voting Rights Act, the Help America Vote Act, and settlement reached in U.S. v. Boston, entered on September 15, 2005 in the U.S. District Court for the District of Massachusetts. AALDEF worked with Mass VOTE, Chinese Progressive Association, and Greater Boston Legal Services, Asian Outreach Unit to make these observations.

On Election Day, we inspected poll sites and observed the vote at five (5) poll sites and seven (7) precincts in Boston with large percentages of Chinese and Vietnamese voters. Those sites were:

| | | |
|---|---|---|
| Chinatown | | |
| Metropolitan Community Room | 38 Oak St. | 3-8 |
| Franklin Institute | 41 Berkeley St. | 5-1 |
| | | |
| South End | | |
| Cathedral High School | 1336 Washington St. | 9-1, 3-7 |
| | | |
| Dorchester/South Boston | | |
| Mary Ellen McCormack Office | 345 Old Colony Ave | 7-7 |
| Bellflower Apartments | 24 Bellflower St. | 7-8, 7-9 |

We observed a number of improvements, as well as a few barriers, that Asian American voters encountered while exercising their right to vote.

## A. Language Assistance at Poll Sites
We commend the City for fully translating ballots. We observed ballots that had transliterations of candidates' names. The transliteration of candidates names is required under the settlement reached in U.S. v. Boston. We commend the City for finally fully complying with the settlement.

We observed that particular interpreters were needed at specific poll sites. At the Mary Ellen McCormack Office in South Boston, the interpreter spoke Mandarin and Taiwanese, but noted that a number of Cantonese-speaking voters came to the poll site. A Cantonese-speaking interpreter should be assigned to this poll site.

At the Franklin Institute, the Warden noted that about four visually impaired limited English proficient Chinese voters came to vote. They used the ballot marking device and commented that they enjoyed the experience since they were able to see all the items on the ballot and could vote totally independently without the assistance of an interpreter.

Translated signs were sometimes unavailable. At the Bellflower Apartments, the Massachusetts Voter Bill of Rights sign was missing. At both Cathedral High School and Mary Ellen McCormack Office, the Election Law Violations signs were missing. We hope that you can remind poll workers at these sites of their obligation to post all translated signs.

## B. Poll Site Changes and Confusion
A number of changes to poll sites led to voter confusion on election day.

### 1. Cathedral High School
Cathedral High School absorbed ward-precinct 9-1 which was formerly at the ETC Building and 3-7 formerly at the YWCA of Boston. Cathedral High School was a large improvement from the ETC building which we observed from prior elections was very small, dimply lit, and cramped.

Although we applaud the change, many voters did not know to come to Cathedral High School from their former poll sites. We observed one Asian American voter who was supposed to vote at Cathedral High School but went to his original poll site, the YWCA. He was not given any directions to the High School in Chinese and so he went to the Franklin Institute. He was then redirected to the High School. At least five voters were redirected in this way.

We visited the YWCA and the staff confirmed that a number of voters came to the YWCA looking to vote. There were no formal directions or signs by the Election Department redirecting voters.

One particular poll worker at Cathedral High School said that signs were posted at the former poll sites directing voters to come to the High School but that the wind and the rain knocked them down. Midday the poll worker went to the other sites to repost the signs. We commend her effort.

We also note that the entrance to the Franklin Institute moved from 465 Tremont St. to 41 Berkeley St. This new entrance is around the block and not visible from the old entrance. We suggest that a sign be posted directing voters to the entrance.

Poll site changes often lead to voter confusion. By comparison, when the Election Department moved 3-8 from the Josiah Quincy School to the Metropolitan Community Room, there were

translated signs at the Quincy School informing voters that the poll sites had moved and directing them the Metropolitan Community Room. In addition to signs, there should be printed directions or a map and bilingual staff at the former poll sites directing voters to the new poll site locations.

2. Bus Transportation

Apparently a large bus was available to transport voters from the ETC building to Cathedral HS. While we commend this effort there were a few problems. No one at the ETC building directed voters to the other poll site or to the bus. No signs were posted or printed directions were available. The bus was identified with a small sign, posted upside-down, saying "Secretary of the Commonwealth, Bus to the Cathedral High School Gym for the District 2 Special Election." The sign was only in English and should have been translated. Again, we commend the effort but we are concerned that, in effect, only English-speaking voters and no Spanish- or Chinese-speaking voters were afforded this opportunity to get to their poll sites. Voting opportunities and assistance must be made available on an equal basis to all voters.

3. High School Student Assistors

We observed that the Mayor's Office assigned high school students to Cathedral High School who were supposed to assist voters who needed to go to other poll sites. Like the bus, we commend this effort but found that it had shortcomings as well. First, mid-afternoon, the students where huddled in a corner all eating lunch at the same time. During this time no one was available to assist voters. Second, some students refused to accompany voters to the other poll sites once it began to rain. And third, they should have been placed at the former poll sites. Voters were coming from other poll sites to Cathedral High School, not from Cathedral to other locations. By the time voters needed the assistance that the students were providing, it was too late in the process. While a positive effort, the students were, unfortunately, of little use.

**C. Provisional Ballots**

Like last year, Asian American voters complained that their names were missing from lists of registered voters at poll sites. These voters were allowed to vote by provisional ballots, as required by HAVA.

At the Metropolitan Community Room, about seven provisional ballots were cast, all by Chinese voters. Six were because the voters were marked as "Inactive" and one because the voters was not on the list. At the Franklin Institute, the Warden noted that during the November 2006 General Election, about twenty provisional votes were cast at the poll site. Voters whose names were not listed were called in. Even though their registration could not be verified they were allowed to vote by provisional ballots. However, we are concerned that some of these voters were never registered because their original voter registration forms may have been lost or inputted incorrectly.

Voters' provisional ballot envelopes already contain identical information as contained in their original voter registration forms. We urge the Election Department to adopt an easier approach, and use provisional ballots to correct voter registration errors and omissions. We believe that when voters have taken all the necessary steps to register to vote, but some error prevented them

from being registered or from having their votes counted, corrective measures must be put into place. This will ensure that voters can vote in future elections.

Overall, we found many improvements in this election. The Election Department still needs to take a number of steps to fully comply with the settlement in U.S. v. Boston and to ensure equal access to the vote. We hope the recommendations herein will assist the Election Department in meeting these goals. If you have any questions, please feel free to contact me at gmagpantay@aaldef.org or 212-966-5932, ext. 206.

Sincerely,

Glenn D. Magpantay
Staff Attorney

cc: Michelle K. Tassinari, Office of the Secretary of the Commonwealth of Massachusetts
William F. Sinnott, City of Boston Law Department

# ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
99 HUDSON STREET, 12th FL, NEW YORK, NY 10013-2815  212 966-5932  FAX 212 966-4303

October 17, 2003

Nancy Lo
Chairperson
Election Commission
Boston City Hall, Room 241
Boston, Massachusetts  02201
Facsimile: 617-635-2244

**RE:**    **Observations of Boston Preliminary Election on Sept. 23, 2003**

Dear Ms. Lo:

I am writing to highlight the Asian American Legal Defense and Education Fund's (AALDEF) findings from observing Boston's Preliminary Elections on Tuesday, September 23, 2003.

AALDEF is a non-partisan civil rights organization that protects and promotes the voting rights of Asian Americans.  Our activities on election day were strictly limited to observing the voting process.  We have done this in other jurisdictions in Massachusetts and across the nation.  We were particularly interested in observing the elections because Boston was one of the first cities in the country to overhaul its voting system to comply with the new federal election reform law, the Help America Vote Act.

On election day, we visited seven polling sites with large numbers of Chinese and Vietnamese voters; three were in the Chinatown area and four were in Dorchester.  Those sites were:

| Chinatown Area | | | |
|---|---|---|---|
| Josiah Quincy School | 885 Washington Ave. | Ward 3 | Precinct 8 |
| Franklin Institute | 465 Tremont St. | Ward 5 | Precinct 1 |
| YWCA | 40 Berkeley St. | Ward 3 | Precinct 7 |
| | | | |
| Dorchester | | | |
| Dorchester House | 1353 Dorchester Ave. | Ward 15 | Precinct 9 |
| Savin Hill Apartments | Dewar St. at Auckland | Ward 13 | Precinct 10 |
| | | Ward 15 | Precinct 6 |
| St. Mark's School | Samoset St. | Ward 16 | Precinct 3 |
| | | Ward 16 | Precinct 6 |
| Patrick O'Hearn School | 1669 Dorchester Ave. | Ward 16 | Precinct 1 |
| | | Ward 16 | Precinct 4 |

We observed first-hand a number of problems and also received complaints from Asian American voters, other poll workers, and community groups.  We also observed that representatives of community groups, as well as candidates themselves, were inside polling areas

watching out for problems. We commend this transparency in the voting process. Below are our recommendations.

- <u>Voting materials should be translated.</u>

We commend the Commission on implementing its new voting system without significant problems. We observed, however, that polling sites were rather inaccessible to limited English proficient Asian American voters. Although interpreters were on hand to assist voters, translated voting materials in Chinese and Vietnamese were not available.

Asian American voters had difficulty in understanding how to cast their votes. We observed that two polling sites in Dorchester had posted signs with voting instructions in Vietnamese, but this was not consistent among all four polling sites we visited. No polling sites in Chinatown had any voting instructions in Chinese to post.

We observed that some Chinese voters spoiled their ballots because they incorrectly circled instead of filled in the oval. The voters were given another ballot, but had there been instructions in Chinese, then this problem may not have occurred. We stress this problem because HAVA requires that voters be allowed to change their selections before casting their ballots. Boston allows voters a maximum of three attempts to make their selections. If voters incorrectly complete their ballots, they have fewer opportunities to change their selections.

Advance voter education about the new voting system was important. We understood that Boston's educational leaflets on the new voting system, "Boston is Making Voting Easier with Optical Scanners," would be available in languages other than English. Community groups in Chinatown and Dorchester which serve many limited English proficient Chinese and Vietnamese Americans, only had the English leaflets to distribute in advance of the election, which was of little use. We stopped by the Elections Commission to pick up translated copies of the leaflet the day before the election. We were told that there were none.

Finally, voters should also be informed about their rights on election day. There were many signs stating voters' rights in English at all polling sites. None, however, were in Chinese or Vietnamese.

We urge the Commission to translate into Chinese and Vietnamese (1) voting instructions, (2) the educational leaflets on the new optical scanners, and (3) statements of voters' rights. These should be delivered to all polling sites where they are needed.

Under HAVA, Congress has authorized funding for states to expand access to vote for limited English proficient voters. The State of Massachusetts can provide voting materials in Chinese and Vietnamese if the state seeks funding for these translations. We urge the Commission to work with the state to make voting more accessible to Chinese- and Vietnamese-speaking voters.

- <u>Translated voter registration forms should be available at polling sites where needed.</u>

Boston already translates voter registration forms into Chinese and Vietnamese. But, we

observed that all polling sites in Chinatown and Dorchester only had voter registration forms in English and Spanish.

Poll workers at the Quincy School suggested that there should be Chinese voter registration forms. Poll workers at St. Mark's noted the same for Vietnamese. At the Quincy School, we observed that when limited English proficient Chinese Americans arrived, poll workers completed English voter registration forms for them. Had Chinese voter registration forms been available, the voters could have completed the forms on their own.

- <u>Poll workers should understand and follow proper procedures.</u>
We observed at the Quincy School that a number of individuals were not allowed to vote and were directed to complete voter registration forms. One elderly woman was particularly disturbed that she could not vote.

Upon observing this, we asked one of the poll workers what would happen if voters were not listed in the book of registered voters. We were clear that we were not asking about procedures if the individuals were not registered, but only if their names were inadvertently missing. The poll worker told us that they were given voter registration forms.

Massachusetts provides escrow ballots. HAVA requires provisional ballots for voters whose names were not on the list of registered voters or if poll workers could not find their names. It was a good safeguard to have voters complete voter registration forms, but they should also have been provided escrow or provisional ballots to preserve their votes. If the voters who completed voter registration forms were, in fact, registered, then they were denied the right to vote.

- <u>Improper candidate electioneering must be investigated and curtailed.</u>
When we arrived at Savin Hill Apartments, we found that poll workers displayed campaign literature for Stephen Murphy on the table. Poll workers said the literature was there to demonstrate the new voting system. The literature, however, not only showed a sample of the new scannable ballot, but it was also completed for that particular candidate. Poll workers said that it was fair to display the partisan literature because, "all the voters received it in the mail."

AALDEF received complaints after the elections that poll workers, designated as interpreters, were instructing voters in Chinese to vote for particular candidates. Limited English proficient voters needed oral assistance because the ballot was not translated into Chinese. Language assistance is essential but the Commission should curtail the potential for abuse. At the Quincy School, we observed interpreters hovering over voters while they were completing their ballots.

Ideally, the ballots should be translated into Chinese. This will give the voters the ability to cast their vote free from improper influence and in private. Interpreters who are accused of electioneering should be investigated and, if necessary, removed for their posts. Nonpartisan community groups and advocates should also be allowed to listen in on translations to ensure that the translation is nonpartisan and provides the voters with all their options in voting. Lastly, we suggest that interpreters be trained to assist voters only if voters *expressly* request their

*AALDEF to Election Commission*
*October 17, 2003*
*Page 4*

assistance.

- <u>More nonpartisan voter education is needed in Asian American communities.</u>
Two poll workers at Dorchester House, one of whom served as a Vietnamese interpreter, commented that sometimes Vietnamese Americans came to vote, but did not know for whom to vote. The poll workers knew that they could not influence the voters. They suggested expanded voter education efforts in language. We recommend the City translate nonpartisan voter guides into Chinese and Vietnamese.


We hope you will consider these recommendations for improvement. Our goals are to expand access to the vote for Boston's growing Asian American population. We hope to return to Boston to observe the General Elections in November. If you have any questions, please feel free to call us at 212-966-5932, ext. 206.

Sincerely,

Glenn D. Magpantay
Staff Attorney

# OFFICIAL BALLOT FOR THE GENERAL ELECTION

普選正式選票　　본선거 공식 투표용지

City of New York - **County of Queens** - November 2, 2004

紐約市 - 皇后郡 - 2004 年 11 月 2 日　　2004년 11월 2일 뉴욕시 퀸즈 카운티

| | A Republican 共和黨 공화당 | B★ Democratic 民主黨 민주당 | C Independence 獨立黨 독립당 | D Conservative 保守黨 보수당 | E WF Working Families 勞動家庭黨 근로가정당 | F Peace and Justice 和平與正義 평화와정의당 | G SWP Socialist Workers 社會工人人黨 사회주의노동당 | H Libertarian 自由志願黨 자유의지당 | WRITE-IN |
|---|---|---|---|---|---|---|---|---|---|
| **1** Electors for President and Vice President of the United States Vote ONCE | For President Para Presidente George W. Bush 喬治 W. 布希 조지 W. 부시 Dick Cheney 迪克 錢尼 딕 체이니 ○ 1A Republican | For President Para Presidente John F. Kerry 約翰 F. 克里 존 F. 케리 John Edwards 愛德華茲 에드워즈 ○ 1B Democratic | For President Para Presidente Ralph Nader 雷夫 納德 랄프 네이더 Peter Miguel Camejo 彼特 米高 卡美荷 피터 미겔 카메호 ○ 1C Independence | For President Para Presidente George W. Bush 喬治 W. 布希 조지 W. 부시 Dick Cheney 迪克 錢尼 딕 체이니 ○ 1D Conservative | For President Para Presidente John F. Kerry 約翰 F. 克里 존 F. 케리 John Edwards 愛德華茲 에드워즈 ○ 1E Working Families | For President Para Presidente Ralph Nader 雷夫 納德 랄프 네이더 Peter Miguel Camejo 彼特 米高 卡美荷 피터 미겔 카메호 ○ 1F Peace and Justice | For President Para Presidente Roger Calero 若哲 柯來菜 로저 칼레로 Arrin Hawkins 艾凱 郝肯斯 아린 호킨스 ○ 1G Socialist Workers | For President Para Presidente Michael Badnarik 麥寇 白德納瑞克 마이클 배드나릭 Richard V. Campagna 理查茲 V. 坎潘尼 리차드 V. 캄파냐 ○ 1H Libertarian | WRITE-IN ○ |

1. BEFORE VOTING THIS BALLOT, PLEASE READ THE INSTRUCTIONS ON THE OTHER SIDE OF THIS BALLOT.

1. ANTES DE EMITIR SU VOTO CON ESTA BALOTA, SÍRVASE LEER LAS INSTRUCCIONES EN EL DORSO DE ESTA BALOTA.

1. 投本選票之前, 請參閱本選票背頁的 說明。

1. 투표용지에본선거용지뒷면의설명사항 읽어보시오.

| | A Republican 共和黨 공화당 | B★ Democratic 民主黨 민주당 | C Independence 獨立黨 독립당 | D Conservative 保守黨 보수당 | E WF Working Families 勞動家庭黨 근로가정당 | G SWP Socialist Workers 社會工人人黨 사회주의노동당 | H Libertarian 自由志願黨 자유의지당 | |
|---|---|---|---|---|---|---|---|---|
| **3** United States Senator Senador de los Estados Unidos Vote for ONE - Vote por UNO 美國聯邦參議員 任選一名 연방 상원의원 선택 | Howard Mills 何浩 莫路士 하워드 밀스 ○ 3A Republican | Charles E. Schumer 查爾斯 E. 舒默 찰스 E. 슈머 ★ 3B Democratic | Charles E. Schumer 查爾斯 E. 舒默 찰스 E. 슈머 ○ 3C Independence | Marilyn F. O'Grady 瑪麗蓮 F. 歐葛蒂 마릴린 F. 오그레디 ○ 3D Conservative | Charles E. Schumer 查爾斯 E. 舒默 찰스 E. 슈머 ○ 3E Working Families | Martin Koppel 馬莫 寇培 마틴 코펠 ○ SWP Socialist Workers | Donald Silberger 多諾 白伯格 도널드 실버거 ○ 3H Libertarian | WRITE-IN ○ |
| | | | | | | J Builders 建設者黨 건설당 Abraham Hirschfeld 艾伯瑞翰 赫施菲 에이브러햄 허쉬펠드 ○ 3J Builders | JG Green 綠色黨 녹색당 David E. McReynolds 大衛 E. 麥瑞諾茲 데이비드 E. 맥레이놀즈 ○ 3I Green | | |

MARKING INSTRUCTIONS: INSTRUCCIONES DE MARCADO: 投選記號說明 표시 방법

Correct Mark: Marca correcta: 正確標記 올바른 표시

●

| | A Republican 共和黨 공화당 | B★ Democratic 民主黨 민주당 | | D Conservative 保守黨 보수당 | | | | |
|---|---|---|---|---|---|---|---|---|
| **8** | James M. McGuire 懋蓋爾 E. 馬奎爾 제임스 M. 맥과이어 ○ 8A Republican | James M. McGuire 懋蓋爾 E. 馬奎爾 제임스 M. 맥과이어 ★ 8B Democratic | | James M. McGuire 懋蓋爾 E. 馬奎爾 제임스 M. 맥과이어 ○ 8D Conservative | | | | WRITE-IN ○ |
| **9** Justices of the Supreme Court Vote for any SIX | Augustus C. Agate 奧高斯特 C. 艾嘉 어거스터스 C. 아게 ○ 9A Republican | Augustus C. Agate 奧高斯特 C. 艾嘉 어거스터스 C. 아게 ○ 9B Democratic | | Augustus C. Agate 奧高斯特 C. 艾嘉 어거스터스 C. 아게 ○ 9D Conservative | | | | WRITE-IN ○ |
| **10** Jueces de la Corte Supremo Vote por cualesquier SEIS | Randall T. Eng 伍元天 랜달 T. 엥 ○ 10A Republican | Randall T. Eng 伍元天 랜달 T. 엥 ○ 10B Democratic | | Randall T. Eng 伍元天 랜달 T. 엥 ○ 10D Conservative | | | | WRITE-IN ○ |
| **11** 最高法院法官 任選六名 | William M. Erlbaum 威廉 M. 鄂保姆 윌리암 M. 얼바움 ○ 11A Republican | William M. Erlbaum 威廉 M. 鄂保姆 윌리암 M. 얼바움 ★ 11B Democratic | | | | | | WRITE-IN ○ |
| **12** 뉴욕주 지방법원 판사 여섯명 선택 | Valerie Brathwaite Nelson 薇麗瑞 布瑞斯維特 納森 밸러리 브래스웨이트 넬슨 ○ 12A Republican | Valerie Brathwaite Nelson 薇麗瑞 布瑞斯維特 納森 밸러리 브래스웨이트 넬슨 ★ 12B Democratic | | Valerie Brathwaite Nelson 薇麗瑞 布瑞斯維特 納森 밸러리 브래스웨이트 넬슨 ○ 12D Conservative | | | | WRITE-IN ○ |
| **13** | James J. Golia 懋蓋爾 J. 高力亞 제임스 J. 골리아 ○ 13A Republican | James J. Golia 懋蓋爾 J. 高力亞 제임스 J. 골리아 ★ 13B Democratic | | James J. Golia 懋蓋爾 J. 高力亞 제임스 J. 골리아 ○ 13D Conservative | | | | WRITE-IN ○ |
| **14** Judge of the Civil Court - County Juez de la Corte Civil - Condado 民事法庭 郡法官 - 퀸즈카운티 민사법원 판사 - 카운티 | Peter F. Lane 皮特 霍恩 피터 F. 레인 ○ 14A Republican | Lee A. Mayersohn 力 A. 梅葉桑 리 A. 메이어슨 ★ 14B Democratic | | Peter F. Lane 皮特 霍恩 피터 F. 레인 ○ 14D Conservative | | | | WRITE-IN ○ |

| | A Republican 共和黨 공화당 | B★ Democratic 民主黨 민주당 | C Independence 獨立黨 독립당 | D Conservative 保守黨 보수당 | E WF Working Families 근로가정당 | | L FAIR Fair Immigration 公平移民法 공정이민법 | |
|---|---|---|---|---|---|---|---|---|
| **18** Representative in Congress Representante en el Congreso Vote for ONE - Vote por UNO 國會眾議員 任選一名 연방 하원의원 | Stephen Graves 史帝文 古瑞斯 스티븐 그레이브스 ○ 18A Republican | Gary L. Ackerman 蓋瑞 L. 艾克曼 개리 L. 에커만 ★ 18B Democratic | Gary L. Ackerman 蓋瑞 L. 艾克曼 개리 L. 에커만 ○ 18C Independence | Stephen Graves 史帝文 古瑞斯 스티븐 그레이브스 ○ 18D Conservative | Gary L. Ackerman 蓋瑞 L. 艾克曼 개리 L. 에커만 ○ 18E Working Families | | Gonzalo Policarpio 岡薩路 頗利卡波文 곤잘로 폴리카피오 ○ 18L Fair Immigration | WRITE-IN ○ |
| **20** State Senator Senador Estatal Vote for ONE - Vote por UNO 州參議員 任選一名 주상원의원 선택 | Frank Padavan 富阮克 柏達萬 프랭크 파다반 ○ 20A Republican | Frank Padavan 富阮克 柏達萬 프랭크 파다반 ○ 20C Independence | | Frank Padavan 富阮克 柏達萬 프랭크 파다반 ○ 20D Conservative | | | | WRITE-IN ○ |
| **21** Member of Assembly Miembro de la Asamblea Vote for ONE - Vote por UNO 州眾議員 任選一名 하원 의원선택 | | Brian M. McLaughlin 博光星 麥克勞林 브라이언 M. 맥러플린 ★ 21B Democratic | | | Brian M. McLaughlin 博光星 麥克勞林 브라이언 M. 맥러플린 ○ 21E Working Families | | | WRITE-IN ○ |

DO NOT MARK IN THIS AREA

# 牛津高阶
# 英汉双解词典
# Oxford
# Advanced Learner's
# English-Chinese
# Dictionary

## Sixth edition
## 第六版

英语原文版

原著：A S Hornby（霍恩比）
主编：Sally Wehmeier
语音编辑：Michael Ashby

英汉双解版

总顾问：陆谷孙
审订：庄绎传等
翻译：石孝殊
　　　王玉章
　　　赵翠莲等

商务印书馆
THE COMMERCIAL PRESS

OXFORD
UNIVERSITY PRESS
牛津大学出版社

# OXFORD
UNIVERSITY PRESS

牛津大学出版社隶属牛津大学，出版业务遍布全球，致力弘扬牛津
大学推动优质研究、学术和教育的宗旨。

牛津　纽约
奥克兰　曼谷　布宜诺斯艾利斯　开普敦　马德拉斯
达累斯萨拉姆　德里　香港　伊斯坦布尔　卡拉奇　加尔各答
吉隆坡　马德里　墨尔本　墨西哥城　孟买　内罗毕
圣保罗　上海　台北　东京　多伦多

OXFORD 是牛津大学出版社的商标
牛津高阶英汉双解词典 （第六版）
英汉版（繁体字本）© Oxford University Press 1970, 1984, 1994, 2004
英汉版（简体字本）© Oxford University Press 1988, 1997, 2004
英语原版 Oxford Advanced Learner's Dictionary of Current English (Sixth edition)
© Oxford University Press 1948, 1963, 1974, 1989, 1995, 2000

本书版权为牛津大学出版社所有。若非获得本社书面允许，或能援
引清晰的法律条文为据，或取得适当的复印版权机构认可，不得用
任何方式复制、在检索系统中保存及传播本书任何部分的文字和图
片。如需翻印本书作其他用途，须事先致函下址向牛津大学出版社
版权部查询。

本词典由商务印书馆和牛津大学出版社联合出版，其中商务印书馆
负责中国大陆地区的出版发行，牛津大学出版社负责香港、澳门、
台湾以及其他地区的出版发行。

ISBN 7-100-04157-0/H•1030

此扉页用含有商务印书馆注册商标 ⬚ 的水印防伪纸印制，有这
种扉页的《牛津高阶英汉双解词典》（第六版）是正版图书。请注
意识别。

出版：商务印书馆
　　　北京王府井大街36号（邮政编码100710）
　　　牛津大学出版社（中国）有限公司
　　　香港鲗鱼涌英皇道979号太古坊和域大厦东翼18楼
印刷：中国
国内总发行：商务印书馆
国外以及香港、澳门、台湾地区总发行：牛津大学出版社（中国）有限公司

# Advisory Board and Editorial Team
# 顾问及编辑人员名单

## English Edition 英语原文版

**Advisory Board** 顾问小组

Dr Keith Brown
Dr Norman Whitney
Prof Gabriele Stein

Ms Moira Runcie
Dr Alan Cruse
Prof Henry Widdowson

**Chief Editor** 主编 — Sally Wehmeier
**Senior Editor** 高级编辑 — Diana Lea
**Editors** 编辑 — Joanna Florio — Dilys Parkinson
**Phonetics Editor** 语音编辑 — Michael Ashby

## English-Chinese Edition 英汉双解版

**Publishers** 出版人 — Simon Li 李庆生 — Yang Deyan 杨德炎（简体汉字本）
**General Adviser** 总顾问 — Lu Gusun 陆谷孙

**Reviewers** 审订

Zhuang Yichuan 庄绎传
Fu Yichin 傅一勤

Xu Shigu 徐式谷
Serena Jin 金圣华

**Revisers** 修订

Shi Xiaoshu 石孝殊
Wang Yuzhang 王玉章
Zhao Cuilian 赵翠莲

**Translators** 翻译

Shi Xiaoshu 石孝殊
Zhao Cuilian 赵翠莲
Xiang Xiaolin 向小林
Wang Shengyin 王升印

Wang Yuzhang 王玉章
Zou Xiaoling 邹晓玲
Zhang Yaoping 张耀平
Ma Hongqi 马红旗

**Consultant Editors** 特约编辑

Hsieh Yauling 谢瑶玲
Qian Housheng 钱厚生

**New Words Supplement Reviewer** 新词补编审订 — Lu Gusun 陆谷孙
**New Words Supplement Translator** 新词补编翻译 — Gao Yongwei 高永伟

| | **Oxford University Press (Hong Kong)** 牛津大学出版社（香港） | **The Commercial Press (Beijing)** 商务印书馆（北京） |
| --- | --- | --- |
| **Managing Editors** 策划编辑 | Lau Yung Keung 刘勇强 | Zhou Xin 周欣 |
| **Executive Editors** 责任编辑 | Alice Wong 黄勉之 | Hu Longbiao 胡龙彪<br>Zhou Zhihuai 周治淮 |
| **Editors** 编辑 | Windy Wong 黄雪孟<br>Regina Yu 余洁珊<br>Franky Lau 刘浩贤 | |
| **Proofreaders** 校对 | Louisa Yuen 袁妙仪<br>John Wong 黄伟豪<br>Patience Zhou 周颖 | Zhang Yuezhong 张月中<br>Wang Xiaosu 王小甦 |

Appendix 6 附录6

# Common first names 常见人名表

Note 说明：Pet names and short forms (which may sometimes be used as names in their own right) follow the name from which they are formed. 昵称和简称（其本身有时可作名字）列于其正式名字之后。

## *Female Names* 女子名

**Abigail** /ˈæbɪgeɪl ‖ ˈæbɪˌgel/ 阿比盖尔
**Ada** /ˈeɪdə ‖ ˈedə/ 埃达
**Agatha** /ˈægəθə‖ ˈægəθə/ 阿加莎; Aggie /ˈægi ‖ ˈægi/阿吉
**Agnes** /ˈægnɪs ‖ ˈægnɪs/ 阿格尼丝; Aggie /ˈægi ‖ ˈægi/阿吉
**Aileen** ⇨ Eileen
**Alexandra** /ˌælɪgˈzɑːndrə; AmE -ˈzæn- ‖ ˌælɪgˈzændrə/ 亚历山德拉; Alex /ˈælɪks ‖ ˈælɪks/ 亚历克斯
**Alexis** /əˈleksɪs ‖ əˈleksɪs/ 亚历克西斯
**Alice** /ˈælɪs ‖ ˈælɪs/ 艾丽斯
**Alison** /ˈælɪsən ‖ ˈælɪsən/ 艾利森
**Amanda** /əˈmændə ‖ əˈmændə/ 阿曼达; Mandy /ˈmændi ‖ ˈmændi/ 曼迪
**Amy** /ˈeɪmi ‖ ˈemi/ 埃米
**Angela** /ˈændʒələ ‖ ˈændʒələ/ 安杰拉; Angie /ˈændʒi ‖ ˈændʒi/安吉
**Anita** /əˈniːtə ‖ əˈnitə/ 阿妮塔
**Ann, Anne** /æn ‖ æn/ 安; Annie /ˈæni ‖ ˈæni/ 安妮
**Anna** /ˈænə ‖ ˈænə/ 安娜
**Annabel, Annabelle** /ˈænəbel ‖ ˈænəˌbel/ 安纳贝尔
**Anne, Annie** ⇨ Ann
**Annette** /æˈnet ‖ æˈnet/ 安妮特
**Anthea** /ˈænθiə ‖ ˈænˈθiə/ 安西娅
**Antonia** /ænˈtəʊniə ‖ ænˈtoniə/ 安东尼娅
**Audrey** /ˈɔːdri ‖ ˈɔdri/ 奥德丽
**Ava** /ˈeɪvə ‖ ˈevə/ 埃娃
**Barbara, Barbra** /ˈbɑːbrə ‖ ˈbɑrbrə/ 巴巴拉; Babs /bæbz ‖ bæbz/ 巴布斯
**Beatrice** /ˈbɪətrɪs ‖ ˈbɪətrɪs/ 比阿特丽斯
**Becky** ⇨ Rebecca
**Belinda** /bəˈlɪndə ‖ bəˈlɪndə/ 比琳达
**Bernadette** /ˌbɜːnəˈdet ‖ ˌbɝnəˈdet/ 伯纳黛特
**Beryl** /ˈberəl ‖ ˈberəl/ 贝里尔
**Bess, Bessie, Beth, Betsy, Bett, Betty** ⇨ Elizabeth
**Brenda** /ˈbrendə ‖ ˈbrendə/ 布伦达
**Bridget, Bridgit, Brigid** /ˈbrɪdʒɪt ‖ ˈbrɪdʒɪt/ 布里奇特; Bid /bɪd ‖ bɪd/ 比德
**Candice** /ˈkændɪs ‖ ˈkændɪs/ 坎迪斯
**Carla** /ˈkɑːlə ‖ ˈkɑrlə/ 卡拉
**Carol, Carole** /ˈkærəl ‖ ˈkærəl/ 卡罗尔
**Caroline** /ˈkærəlaɪn ‖ ˈkærəˌlaɪn/ ; Carolyn /ˈkærəlɪn ‖ ˈkærəlɪn/ 卡罗琳; Carrie /ˈkæri ‖ ˈkæri/ 卡丽
**Catherine, Cathy** ⇨ Katherine
**Cecilia** /sɪˈsiːliə ‖ sɪˈsɪliə/ 塞西莉亚
**Cecily** /ˈsesəli ‖ ˈsesli/; Cicely /ˈsɪsəli ‖ ˈsɪsli/ 塞西莉
**Celia** /ˈsiːliə ‖ ˈsiliə/ 西莉亚
**Charlene** /ˈʃɑːliːn ‖ ˈʃɑrlin/ 查伦
**Charlotte** /ˈʃɑːlət ‖ ˈʃɑrlət/ 夏洛特
**Cheryl** /ˈtʃerəl ‖ ˈtʃerəl/ 谢里尔
**Chloe** /ˈkləʊi ‖ ˈkloˑi/ 克洛伊
**Christina** /krɪˈstiːnə ‖ krɪsˈtinə/ 克里斯蒂娜; Tina /ˈtiːnə ‖ ˈtinə/ 蒂娜
**Christine** /krɪˈstiːn ‖ krɪsˈtin/ 克里斯廷; Chris /krɪs ‖ krɪs/ 克里斯; Chrissie /ˈkrɪsi ‖ ˈkrɪsi/ 克里西
**Cindy** ⇨ Cynthia, Lucinda
**Clare, Claire** /kleə(r) ‖ kler/ 克莱尔
**Claudia** /ˈklɔːdiə ‖ ˈklɔdiə/ 克劳迪娅
**Cleo, Clio** /ˈkliːəʊ ‖ ˈklio/ 克利奥

**Constance** /ˈkɒnstəns ‖ ˈkɑnstəns/ 康斯坦斯; Connie /ˈkɒni ‖ ˈkɑni/ 康尼
**Cynthia** /ˈsɪnθiə ‖ ˈsɪnθiə/ 辛西娅; Cindy /ˈsɪndi ‖ ˈsɪndi/ 辛迪
**Daisy** /ˈdeɪzi ‖ ˈdezi/ 戴茜
**Daphne** /ˈdæfni ‖ ˈdæfni/ 达夫妮
**Dawn** /dɔːn ‖ dɔn/ 唐
**Deborah** /ˈdebərə ‖ ˈdebərə/ 德博拉; Debbie, Debby /ˈdebi ‖ ˈdebi/ 戴比; Deb /deb ‖ deb/ 黛布
**Deirdre** /ˈdɪədri ‖ ˈdɪrdri/ 迪尔德丽
**Delia** /ˈdiːliə ‖ ˈdiliə/ 迪莉娅
**Della** /ˈdelə ‖ ˈdelə/ 黛拉
**Denise** /dəˈniːz ‖ dəˈniz/ 丹尼斯
**Diana** /daɪˈænə ‖ daɪˈænə/ 黛安娜; Diane /daɪˈæn ‖ daɪˈæn/ 黛安; Di /daɪ ‖ daɪ/ 黛
**Dolly** /ˈdɒli ‖ ˈdɑli/ 多利
**Dora** /ˈdɔːrə ‖ ˈdɔrə/ 多拉
**Doreen, Dorene** /ˈdɔːriːn ‖ ˈdɔrin/ 多琳
**Doris** /ˈdɒrɪs ‖ ˈdɔrɪs/ 多丽丝
**Dorothy** /ˈdɒrəθi ‖ ˈdɔrəθi/ 多罗西, Dot /dɒt ‖ dɑt/ 多特; Dottie /ˈdɒti ‖ ˈdɑti/ 多蒂
**Edith** /ˈiːdɪθ ‖ ˈidɪθ/ 伊迪丝
**Edna** /ˈednə ‖ ˈednə/ 埃德娜
**Eileen** /ˈaɪliːn ‖ aɪˈlin/; Aileen /ˈeɪliːn ‖ ˈelin/ 艾琳
**Elaine** /ɪˈleɪn ‖ ɪˈlen/ 伊莱恩
**Eleanor** /ˈelənə ‖ ˈelənɚ/ 埃莉诺; Eleanora /ˌelɪˈnɔːrə ‖ ˌelɪˈnorə/ 埃莉诺拉; Ellie /ˈeli ‖ ˈeli/ 埃利
**Eliza** /ɪˈlaɪzə ‖ ɪˈlaɪzə/ 伊莱扎; Liza /ˈlaɪzə ‖ ˈlaɪzə/ 莉莎; Lisa /ˈliːsə ‖ ˈlisə/ 莉萨
**Elizabeth, Elisabeth** /ɪˈlɪzəbəθ ‖ ɪˈlɪzəbəθ/ 伊丽莎白; Liz /lɪz ‖ lɪz/ 利兹; Lizzie, Lizzy /ˈlɪzi ‖ ˈlɪzi/ 利齐; Libby /ˈlɪbi ‖ ˈlɪbi/ 利比; Beth /beθ ‖ beθ/ 贝思; Betsy /ˈbetsi ‖ ˈbetsi/ 贝齐; Bett /bet ‖ bet/ 贝特; Betty /ˈbeti ‖ ˈbeti/ 贝蒂; Bess /bes ‖ bes/ 贝丝; Bessie /ˈbesi ‖ ˈbesi/ 贝西
**Ella** /ˈelə ‖ ˈelə/ 埃拉
**Ellen** /ˈelən ‖ ˈelən/ 埃伦
**Ellie** ⇨ Eleanor
**Elsie** /ˈelsi ‖ ˈelsi/ 埃尔西
**Elspeth** /ˈelspəθ ‖ ˈelspəθ/ 埃尔斯佩思 (*ScotE* 苏格兰英语)
**Emily** /ˈeməli ‖ ˈemli/ 埃米莉
**Emma** /ˈemə ‖ ˈemə/ 埃玛
**Erica** /ˈerɪkə ‖ ˈerɪkə/ 埃里卡
**Ethel** /ˈeθl ‖ ˈeθəl/ 埃塞尔
**Eunice** /ˈjuːnɪs ‖ ˈjunɪs/ 尤妮斯
**Eve** /iːv ‖ iv/ 伊夫; Eva /ˈiːvə ‖ ˈivə/ 伊娃
**Evelyn** /ˈiːvlɪn ‖ ˈivlɪn/ 伊夫林
**Fay** /feɪ ‖ fe/ 费伊
**Felicity** /fəˈlɪsəti ‖ fəˈlɪsəti/ 费利西蒂
**Fiona** /fɪˈəʊnə ‖ fɪˈonə/ 菲奥纳
**Flora** /ˈflɔːrə ‖ ˈflɔrə/ 弗洛拉
**Florence** /ˈflɒrəns; AmE ˈflɔːr- ‖ ˈflɔrəns/ 弗洛伦斯; Flo /fləʊ ‖ flo/ 弗洛; Florrie /ˈflɒri ‖ ˈflɑri/ 弗洛里
**Frances** /ˈfrɑːnsɪs; AmE ˈfræn- ‖ ˈfrænsɪs/ 弗朗西丝; Fran /fræn ‖ fræn/ 弗朗; Frankie /ˈfræŋki ‖ ˈfræŋki/ 弗朗基
**Freda** /ˈfriːdə ‖ ˈfridə/ 弗雷达
**Georgia** /ˈdʒɔːdʒə ‖ ˈdʒɔrdʒə/ 乔治亚; Georgie /ˈdʒɔːdʒi ‖ ˈdʒɔrdʒi/ 乔治; Georgina /dʒɔːˈdʒiːnə ‖ dʒɔrˈdʒinə/ 乔治娜

**Geraldine** /ˈdʒerəldiːn || ˈdʒerəl.dɪn/ 杰拉尔丁
**Germaine** /dʒɜːˈmeɪn || dʒɜːˈmeɪn/ 杰曼
**Gertrude** /ˈɡɜːtruːd || ˈɡɜːtruːd/ 格特鲁登德; Gertie /ˈɡɜːti || ˈɡɜːti/ 格蒂
**Gillian** /ˈdʒɪliən || ˈdʒɪliən/ 吉利恩; Jill, Gill /dʒɪl || dʒɪl/ 吉尔; Jilly /ˈdʒɪli || ˈdʒɪli/ 吉莉
**Ginny** ⇨ Virginia
**Gladys** /ˈɡlædɪs || ˈɡlædɪs/ 格拉迪斯
**Glenda** /ˈɡlendə || ˈɡlendə/ 格伦达
**Gloria** /ˈɡlɔːriə || ˈɡlɔːriə/ 格洛丽亚
**Grace** /ɡreɪs || ɡreɪs/ 格雷斯; Gracie /ˈɡreɪsi || ˈɡreɪsi/ 格雷西
**Gwendoline** /ˈɡwendəlɪn || ˈɡwendl̩ɪn/ 格温德林; Gwen /ɡwen || ɡwen/ 格温
**Hannah** /ˈhænə || ˈhænə/ 汉纳
**Harriet** /ˈhæriət || ˈhæriət/ 哈丽雅特
**Hazel** /ˈheɪzl || ˈhezl/ 黑兹尔
**Heather** /ˈheðə(r) || ˈheðər/ 希瑟
**Helen** /ˈhelɪn || ˈheln/ 海伦
**Henrietta** /ˌhenriˈetə || ˌhenriˈetə/ 亨里埃塔
**Hilary** /ˈhɪləri || ˈhɪləri/ 希拉里
**Hilda** /ˈhɪldə || ˈhɪldə/ 希尔达
**Ida** /ˈaɪdə || ˈaɪdə/ 艾达
**Ingrid** /ˈɪŋɡrɪd || ˈɪŋɡrɪd/ 英格里德
**Irene** /aɪˈriːn || aɪˈriːn/ 艾琳
**Iris** /ˈaɪrɪs || ˈaɪrɪs/ 艾丽斯
**Isabel** (esp ScotE 尤用于苏格兰英语) Isobel /ˈɪzəbel || ˈɪzə,bel/ 伊莎贝尔
**Isabella** /ˌɪzəˈbelə || ˌɪzəˈbelə/ 伊莎贝拉
**Ivy** /ˈaɪvi || ˈaɪvi/ 艾维
**Jackie** ⇨ Jacqueline
**Jacqueline** /ˈdʒækəlɪn || ˈdʒækəlɪn/ 杰奎琳; Jackie /ˈdʒæki || ˈdʒæki/ 杰基
**Jan** ⇨ Janet, Janice
**Jane** /dʒeɪn || dʒeɪn/ 简; Janey /ˈdʒeɪni || ˈdʒeɪni/ 珍妮
**Janet** /ˈdʒænɪt || ˈdʒænɪt/ 珍妮特; Janette /dʒəˈnet || dʒəˈnet/ 珍妮特; Jan /dʒæn || dʒæn/ 简
**Janice, Janis** /ˈdʒænɪs || ˈdʒænɪs/ 贾尼丝; Jan /dʒæn || dʒæn/ 简
**Jean** /dʒiːn || dʒiːn/ 琼; Jeanie /ˈdʒiːni || ˈdʒiːni/ 珍妮
**Jennifer** /ˈdʒenɪfə(r) || ˈdʒenɪfər/ 珍妮弗; Jenny, Jennie /ˈdʒeni || ˈdʒeni/ 珍妮
**Jessica** /ˈdʒesɪkə || ˈdʒesɪkə/ 杰西卡; Jess /dʒes || dʒes/ 杰斯; Jessie /ˈdʒesi || ˈdʒesi/ 杰西
**Jill, Jilly** ⇨ Gillian
**Jo** ⇨ Joanna, Josephine
**Joan** /dʒəʊn || dʒoʊn/ 琼
**Joanna** /dʒəʊˈænə || dʒoʊˈænə/ 乔安娜; Joanne /dʒəʊˈæn || dʒoʊˈæn/ 乔安妮; Jo /dʒəʊ || dʒoʊ/ 乔
**Jocelyn** /ˈdʒɒslɪn || ˈdʒɑːslɪn/ 乔斯林
**Jody** /ˈdʒəʊdi || ˈdʒoʊdi/ 乔迪
**Josephine** /ˈdʒəʊzəfiːn || ˈdʒoʊzə,fiːn/ 约瑟芬; Jo /dʒəʊ || dʒoʊ/ 乔; Josie /ˈdʒəʊzi || ˈdʒoʊzi/ 乔西
**Joyce** /dʒɔɪs || dʒɔɪs/ 乔伊斯
**Judith** /ˈdʒuːdɪθ || ˈdʒuːdɪθ/ 朱迪思; Judy /ˈdʒuːdi || ˈdʒuːdi/ 朱迪
**Julia** /ˈdʒuːliə || ˈdʒuːljə/ 朱莉娅; Julie /ˈdʒuːli || ˈdʒuːli/ 朱莉
**Juliet** /ˈdʒuːliət || ˈdʒuːliət/ 朱丽叶
**June** /dʒuːn || dʒuːn/ 琼
**Karen, Karin** /ˈkærən || ˈkærən/ 卡伦
**Katherine, Catherine,** (esp AmE) **-arine** /ˈkæθrɪn || ˈkæθrɪn/ 凯瑟琳; Kathy, Cathy /ˈkæθi || ˈkæθi/ 凯西; Kate /keɪt || keɪt/ 凯特; Katie, Katy /ˈkeɪti || ˈkeɪti/ 凯蒂; Kay /keɪ || keɪ/ 凯; Kitty /ˈkɪti || ˈkɪti/ 基蒂
**Kim** /kɪm || kɪm/ 金
**Kirsten** /ˈkɜːstɪn || ˈkɜːstɪn/ 柯尔斯滕
**Kitty** ⇨ Katherine
**Laura** /ˈlɔːrə || ˈlɔːrə/ 劳拉
**Lauretta, Loretta** /ləˈretə || ləˈretə/ 莱雷塔
**Lesley** /ˈlezli || ˈlezli/ 莱斯利

**Libby** ⇨ Elizabeth
**Lilian, Lillian** /ˈlɪliən || ˈlɪliən/ 莉莲
**Lily** /ˈlɪli || ˈlɪli/ 莉莉
**Linda** /ˈlɪndə || ˈlɪndə/ 琳达
**Lisa, Liza** ⇨ Eliza
**Livia** /ˈlɪviə || ˈlɪviə/ 利维亚
**Liz, Lizzie, Lizzy** ⇨ Elizabeth
**Lois** /ˈləʊɪs || ˈloʊɪs/ 洛伊丝
**Lorna** /ˈlɔːnə || ˈlɔːnə/ 洛娜
**Louise** /luːˈiːz || luːˈiːz/ 路易丝; Louisa /luːˈiːzə || luːˈiːzə/ 路易莎
**Lucia** /ˈluːsiə; also luːˈʃə || ˈluːʃə/ 露西亚
**Lucinda** /luːˈsɪndə || luːˈsɪndə/ 露辛达; Cindy /ˈsɪndi || ˈsɪndi/ 辛迪
**Lucy** /ˈluːsi || ˈluːsi/ 露西
**Lydia** /ˈlɪdiə || ˈlɪdiə/ 莉迪亚
**Lyn(n)** /lɪn || lɪn/ 林恩
**Mabel** /ˈmeɪbl || ˈmeɪbl/ 梅布尔
**Madeleine** /ˈmædəlɪn || ˈmædl̩ɪn/ 马德琳
**Madge, Maggie** ⇨ Margaret
**Maisie** /ˈmeɪzi || ˈmeɪzi/ 梅西
**Mandy** ⇨ Amanda
**Marcia** /ˈmɑːsiə; also ˈmɑːʃə || ˈmɑːrʃə/ 马西娅; Marcie /ˈmɑːsi || ˈmɑːrsi/ 马西
**Margaret** /ˈmɑːɡrɪt || ˈmɑːrɡrɪt/ 马格丽特特; Madge /mædʒ || mædʒ/ 马奇; Maggie /ˈmæɡi || ˈmæɡi/ 玛吉, (esp ScotE 尤用于苏格兰英语) Meg /meɡ || meɡ/ 梅格; Peg /peɡ || peɡ/ 佩格; Peggie, Peggy /ˈpeɡi || ˈpeɡi/ 佩吉
**Margery, Marjorie** /ˈmɑːdʒəri || ˈmɑːrdʒəri/ 马杰里; Margie /ˈmɑːdʒi || ˈmɑːrdʒi/ 玛吉
**Maria** /məˈriːə; also məˈraɪə || məˈriə, məˈraɪə/ 玛丽亚
**Marian, Marion** /ˈmæriən || ˈmæriən/ 玛丽安（马里恩）
**Marie** /məˈriː; also ˈmɑːri || məˈri, ˈmɑːri/ 玛丽
**Marilyn** /ˈmærəlɪn || ˈmærəlɪn/ 玛里琳
**Marion** ⇨ Marian
**Marjorie** ⇨ Margery
**Marlene** /ˈmɑːliːn || ˈmɑːrliːn/ 马林
**Martha** /ˈmɑːθə || ˈmɑːrθə/ 马莎
**Martina** /mɑːˈtiːnə || mɑːrˈtiːnə/ 马丁娜
**Mary** /ˈmeəri || ˈmeri/ 玛丽
**Maud** /mɔːd || mɑːd/ 莫德
**Maureen** /ˈmɔːriːn || mɔːˈriːn/ 莫林
**Mavis** /ˈmeɪvɪs || ˈmeɪvɪs/ 梅维斯
**Meg** ⇨ Margaret
**Melanie** /ˈmeləni || ˈmeləni/ 梅拉尼
**Melinda** /məˈlɪndə || məˈlɪndə/ 梅林达
**Michelle** /miˈʃel || miˈʃel/ 米歇尔
**Mildred** /ˈmɪldrɪd || ˈmɪldrɪd/ 米尔德里德
**Millicent** /ˈmɪlɪsnt || ˈmɪlɪsnt/ 米利森特; Millie, Milly /ˈmɪli || ˈmɪli/ 米利
**Miranda** /mɪˈrændə || məˈrændə/ 米兰达
**Miriam** /ˈmɪriəm || ˈmɪriəm/ 米里亚姆
**Moira** /ˈmɔɪrə || ˈmɔɪrə/ 莫伊拉
**Molly** /ˈmɒli || ˈmɑːli/ 莫利
**Monica** /ˈmɒnɪkə || ˈmɑːnɪkə/ 莫妮卡
**Muriel** /ˈmjʊəriəl || ˈmjʊriəl/ 缪里尔
**Nadia** /ˈnɑːdiə || ˈnɑːdiə/ 纳迪亚
**Nancy** /ˈnænsi || ˈnænsi/ 南希; Nan /næn || næn/ 南
**Naomi** /ˈneɪəmi || ˈneəmi/ 内奥米
**Natalie** /ˈnætəli || ˈnætl̩i/ 纳塔利
**Natasha** /nəˈtæʃə || nəˈtæʃə/ 纳塔莎
**Nell** /nel || nel/ 内尔; Nellie, Nelly /ˈneli || ˈneli/ 内利
**Nicola** /ˈnɪkələ || ˈnɪklə/ 尼古拉; Nicky /ˈnɪki || ˈnɪki/ 尼基
**Nora** /ˈnɔːrə || ˈnɔːrə/ 诺拉
**Norma** /ˈnɔːmə || ˈnɔːrmə/ 诺尔马
**Olive** /ˈɒlɪv || ˈɑːlɪv/ 奥利夫
**Olivia** /əˈlɪviə || əˈlɪviə/ 奥利维亚
**Pamela** /ˈpæmələ || ˈpæmələ/ 帕梅拉; Pam /pæm || pæm/ 帕姆
**Pat** ⇨ Patricia

**Patience** /'peɪʃns || 'peʃəns/ 佩欣斯

**Patricia** /pə'trɪʃə || pə'trɪʃə/ 帕特里夏; Pat /pæt || pæt/ 帕特; Patti, Pattie, Patty /'pæti || 'pæti/ 帕蒂; Tricia /'trɪʃə || 'trɪʃə/ 特里西娅

**Paula** /'pɔːlə || 'pɔlə/ 葆拉

**Pauline** /'pɔːliːn || 'pɔ'liːn/ 波林

**Peg, Peggie, Peggy** ⇨ Margaret

**Penelope** /pə'neləpi || pə'neləpi/ 佩内洛普; Penny /'peni || 'peni/ 彭尼

**Philippa** /'fɪlɪpə || 'fɪlɪpə/ 菲利帕

**Phoebe** /'fiːbi || 'fibi/ 菲比

**Phyllis** /'fɪlɪs || 'fɪlɪs/ 菲利斯

**Polly** /'pɒli || 'pɑli/ 波利; Poll /pɒl || pɑl/ 波尔

**Priscilla** /prɪ'sɪlə || prɪ'sɪlə/ 普里西拉; Cilla /'sɪlə || 'sɪlə/ 西拉

**Prudence** /'pruːdns || 'prudns/ 普鲁登斯; Pru, Prue /pruː || pru/ 普鲁

**Rachel** /'reɪtʃl || 'retʃəl/ 雷切尔

**Rebecca** /rɪ'bekə || rɪ'bekə/ 丽贝卡; Becky /'beki || 'beki/ 贝基

**Rhoda** /'rəʊdə || 'rodə/ 罗达

**Rita** /'riːtə || 'ritə/ 丽塔

**Roberta** /rə'bɜːtə || rə'bɜtə/ 罗伯塔

**Robin** /'rɒbɪn || 'rɑbɪn/ 罗宾

**Rosalie** /'rəʊzəli; also 'rɒzəli || 'rozəli/ 罗莎莉

**Rosalind** /'rɒzəlɪnd || 'rɑzlɪnd/ 罗莎琳德; Rosalyn /'rɒzəlɪn || 'rɑzlɪn/ 罗莎琳

**Rose** /rəʊz || roz/ 罗兹; Rosie /'rəʊzi || 'rozi/ 罗西

**Rosemary** /'rəʊzməri || 'roz,meri/ 罗斯玛丽; Rosie /'rəʊzi || 'rozi/ 鲁思

**Ruth** /ruːθ || ruθ/ 鲁思

**Sadie** ⇨ Sarah

**Sally** /'sæli || 'sæli/ 萨莉; Sal /sæl || sæl/ 萨尔

**Samantha** /sə'mænθə || sə'mænθə/ 萨曼莎; Sam /sæm || sæm/ 萨姆

**Sandra** /'sɑːndrə; AmE 'sæn- || 'sændrə/ 桑德拉; Sandy /'sændi || 'sændi/ 桑迪

**Sandy** ⇨ Alexandra, Sandra

**Sarah, Sara** /'seərə || 'serə/ 萨拉; Sadie /'seɪdi || 'sedi/ 塞迪

**Sharon** /'ʃærən || 'ʃærən/ 沙伦

**Sheila, Shelagh** /'ʃiːlə || 'ʃilə/ 希拉

**Shirley** /'ʃɜːli || 'ʃɜli/ 雪莉

**Sibyl** ⇨ Sybil

**Silvia, Sylvia** /'sɪlviə || 'sɪlviə/ 西尔维亚; Sylvie /'sɪlvi || 'sɪlvi/ 西尔维

**Sonia** /'sɒniə; also 'səʊniə || 'sɑnjə, 'sɒnjə/ 索尼亚

**Sophia** /sə'faɪə || sə'faɪə/ 索菲娅

**Sophie, Sophy** /'səʊfi || 'sofi/ 索菲

**Stella** /'stelə || 'stelə/ 斯特拉

**Stephanie** /'stefəni || 'stefəni/ 斯蒂法妮

**Susan** /'suːzn || 'suzn/ 苏珊; Sue /suː || su/ 休; Susie, Suzy /'suːzi || 'suzi/ 苏西

**Susanna, Susannah** /suː'zænə || su'zænə/ 苏珊娜; Suzanne /suː'zæn || su'zæn/ 苏珊; Susie, Suzy /'suːzi || 'suzi/ 苏西

**Sybil, Sibyl** /'sɪbl || 'sɪbl/ 西比尔

**Sylvia, Sylvie** ⇨ Silvia

**Teresa, Theresa** /tə'riːzə || tə'rizə/ 特里萨; Tess /tes || tes/ 特斯; Tessa /'tesə || 'tesə/ 特莎; (AmE) Terri /'teri || 'tɛri/ 特里

**Thelma** /'θelmə || 'θelmə/ 塞尔马

**Tina** ⇨ Christina

**Toni** /'təʊni || 'toni/ 托妮 (esp AmE)

**Tracy, Tracey** /'treɪsi || 'tresi/ 特雷西

**Tricia** ⇨ Patricia

**Trudie, Trudy** /'truːdi || 'trudi/ 特鲁迪

**Ursula** /'ɜːsjʊlə || 'ɜsjʊlə/ 厄休拉

**Valerie** /'væləri || 'væləri/ 瓦莱丽; Val /væl || væl/ 瓦尔

**Vanessa** /və'nesə || və'nesə/ 瓦内莎

**Vera** /'vɪərə || 'vɪrə/ 薇拉

**Veronica** /və'rɒnɪkə || və'rɑnɪkə/ 维朗妮卡

**Victoria** /vɪk'tɔːriə || vɪk'tɔriə/ 维多利亚; Vicki, Vickie, Vicky, Vikki /'vɪki || 'vɪki/ 维基

**Viola** /'vaɪələ || 'vaɪələ/ 维奥拉

**Violet** /'vaɪələt || 'vaɪələt/ 瓦奥莱特

**Virginia** /və'dʒɪniə || və'dʒɪnjə/ 弗吉尼亚; Ginny /'dʒɪni || 'dʒɪni/ 吉尼

**Vivien, Vivienne** /'vɪviən || 'vɪviən/ 维维恩; Viv /vɪv || vɪv/ 维维

**Wendy** /'wendi || 'wendi/ 温迪

**Winifred** /'wɪnɪfrɪd || 'wɪnɪfrɪd/ 威尼弗雷德; Winnie /'wɪni || 'wɪni/ 威尼

**Yvonne** /ɪ'vɒn || ɪ'vɑn/ 伊冯娜

**Zoe** /'zəʊi || 'zo·i/ 佐伊

## Male Names 男子名

**Abraham** /'eɪbrəhæm || 'ebrə,hæm/ 亚伯拉罕; Abe /eɪb || eb/ 阿贝

**Adam** /'ædəm || 'ædəm/ 亚当

**Adrian** /'eɪdriən || 'edriən/ 阿德里安

**Alan, Allan, Allen** /'ælən || 'ælən/ 艾伦; Al /æl || æl/ 阿尔

**Albert** /'ælbət || 'ælbət/ 艾伯特; Al /æl || æl/ 阿尔; Bert /bɜːt || bɜt/ 伯特

**Alexander** /,ælɪg'zɑːndə(r); AmE -'zæn- || ,ælɪg'zændə/ 亚历山大; Alec /'ælɪk || 'ælɪk/ 亚历克; Alex /'ælɪks || 'ælɪks/ 亚历克斯; Sandy /'sændi || 'sændi/ 桑迪

**Alfred** /'ælfrɪd || 'ælfrɪd/ 艾尔弗雷德; Alf /ælf || ælf/ 阿尔夫; Alfie /'ælfi || 'ælfi/ 阿尔菲

**Alistair, Alisdair, Alas-** /'ælɪstə(r) || 'ælɪstə/ 阿利斯泰尔 (ScotE 苏格兰英语)

**Allan, Allen** ⇨ Alan

**Alvin** /'ælvɪn || 'ælvɪn/ 阿尔文

**Andrew** /'ændruː || 'ændru/ 安德鲁; Andy /'ændi || 'ændi/ 安迪

**Angus** /'æŋgəs || 'æŋgəs/ 安格斯 (ScotE 苏格兰英语)

**Anthony, Antony** /'æntəni || 'æntəni/ 安东尼; Tony /'təʊni || 'toni/ 托尼

**Archibald** /'ɑːtʃɪbɔːld || 'ɑrtʃə,bɔld/ 阿奇博尔德; Archie, Archy /'ɑːtʃi || 'ɑrtʃi/ 阿奇

**Arnold** /'ɑːnəld || 'ɑrnld/ 阿诺德

**Arthur** /'ɑːθə(r) || 'ɑrθə/ 阿瑟

**Auberon** /'ɔːbərɒn || 'ɔbə,rɑn/ 奥伯伦

**Aubrey** /'ɔːbri || 'ɔbri/ 奥布里

**Barnaby** /'bɑːnəbi || 'bɑrnəbi/ 巴纳比

**Barry** /'bæri || 'bæri/ 巴里

**Bartholomew** /bɑː'θɒləmjuː || bɑr'θɑlə,mju/ 巴塞洛缪

**Basil** /'bæzl || 'bæzl/ 巴兹尔

**Benjamin** /'bendʒəmɪn || 'bendʒəmən/ 本杰明; Ben /ben || ben/ 本

**Bernard** /'bɜːnəd || 'bɜnəd/ 伯纳德; Bernie /'bɜːni || 'bɜni/ 伯尼

**Bert** ⇨ Albert, Gilbert, Herbert, Hubert

**Bill, Billy** ⇨ William

**Bob, Bobby** ⇨ Robert

**Boris** /'bɒrɪs || 'bɔrɪs/ 鲍里斯

**Bradford** /'brædfəd || 'brædfəd/ 布拉德福德; Brad /bræd || bræd/ 布拉德 (esp AmE)

**Brendan** /'brendən || 'brendən/ 布伦丹 (IrishE 爱尔兰英语)

**Brian, Bryan** /'braɪən || 'braɪən/ 布赖恩

**Bruce** /bruːs || brus/ 布鲁斯

**Bud** /bʌd || bʌd/ 巴德 (AmE)

**Carl** /kɑːl || kɑrl/ 卡尔

**Cecil** /'sesl; AmE 'siːsl || 'sisl/ 塞西尔

**Cedric** /'sedrɪk || 'sedrɪk/ 锡德里克

**Charles** /tʃɑːlz ‖ tʃɑrlz/ 查尔斯; Charlie /ˈtʃɑːli ‖ ˈtʃɑrli/ 查利; Chas /tʃæz ‖ tʃæz/ 查斯; Chuck /tʃʌk ‖ tʃʌk/ 查克 (AmE)

**Christopher** /ˈkrɪstəfə(r) ‖ ˈkrɪstəfər/ 克里斯托弗; Chris /krɪs ‖ krɪs/ 克里斯; Kit /kɪt ‖ kɪt/ 基特

**Chuck** ⇨ Charles

**Clarence** /ˈklærəns ‖ ˈklærəns/ 克拉伦斯

**Clark** /klɑːk ‖ klɑrk/ 克拉克 (esp AmE)

**Claude, Claud** /klɔːd ‖ klɔd/ 克劳德

**Clement** /ˈklemənt ‖ ˈklemənt/ 克莱门特

**Clifford** /ˈklɪfəd ‖ ˈklɪfərd/ 克利福德; Cliff /klɪf ‖ klɪf/ 克利夫

**Clint** /klɪnt ‖ klɪnt/ 克林特 (esp AmE)

**Clive** /klaɪv ‖ klaɪv/ 克莱夫

**Clyde** /klaɪd ‖ klaɪd/ 克莱德 (esp AmE)

**Colin** /ˈkɒlɪn ‖ ˈkɑlɪn/ 科林

**Craig** /kreɪg ‖ kreɪg/ 克雷格

**Curt** /kɜːt ‖ kɜːt/ 柯特

**Cyril** /ˈsɪrəl ‖ ˈsɪrəl/ 西里尔

**Dale** /deɪl ‖ del/ 戴尔 (esp AmE)

**Daniel** /ˈdænɪəl ‖ ˈdænjəl/ 丹尼尔; Dan /dæn ‖ dæn/ 丹; Danny /ˈdæni ‖ ˈdæni/ 丹尼

**Darrell** /ˈdærəl ‖ ˈdærəl/ 达雷尔

**Darren** /ˈdærən ‖ ˈdærən/ 达伦 (esp AmE)

**David** /ˈdeɪvɪd ‖ ˈdevɪd/ 戴维; Dave /deɪv ‖ dev/ 戴夫

**Dean** /diːn ‖ diːn/ 迪安

**Dennis, Denis** /ˈdenɪs ‖ ˈdenɪs/ 丹尼斯

**Derek** /ˈderɪk ‖ ˈderɪk/ 德里克

**Dermot** /ˈdɜːmət ‖ ˈdɜːmət/ 德莫特 (IrishE 爱尔兰英语)

**Desmond** /ˈdezmənd ‖ ˈdezmənd/ 德斯蒙德; Des /dez ‖ dez/ 德斯

**Dick, Dickie, Dicky** ⇨ Richard

**Dirk** /dɜːk ‖ dɜːk/ 德克

**Dominic** /ˈdɒmɪnɪk ‖ ˈdɑmənɪk/ 多米尼克

**Donald** /ˈdɒnəld ‖ ˈdɑnld/ 唐纳德; Don /dɒn ‖ dɑn/ 唐

**Douglas** /ˈdʌɡləs ‖ ˈdʌɡləs/ 道格拉斯; Doug /dʌg ‖ dag/ 道格

**Duane** /duːˈeɪn ‖ du'en/; Dwane /dweɪn ‖ dwen/ 杜安 (esp AmE)

**Dudley** /ˈdʌdli ‖ ˈdʌdli/ 达德利; Dud /dʌd ‖ dʌd/ 达德

**Duncan** /ˈdʌŋkən ‖ ˈdʌŋkən/ 邓肯

**Dustin** /ˈdʌstɪn ‖ ˈdʌstɪn/ 达斯廷

**Dwight** /dwaɪt ‖ dwaɪt/ 德怀特 (esp AmE)

**Eamonn, Eamon** /ˈeɪmən ‖ ˈemən/ 埃蒙 (IrishE 爱尔兰英语)

**Ed, Eddie, Eddy** ⇨ Edward

**Edgar** /ˈedgə(r) ‖ ˈedgər/ 埃德加

**Edmund, Edmond** /ˈedmənd ‖ ˈedmənd/ 埃德蒙

**Edward** /ˈedwəd ‖ ˈedwərd/ 爱德华; Ed /ed ‖ ed/ 埃德; Eddie, Eddy /ˈedi ‖ ˈedi/ 埃迪; Ted /ted ‖ ted/ 特德; Teddy /ˈtedi ‖ ˈtedi/ 特迪; Ned /ned ‖ ned/ 内德; Neddy /ˈnedi ‖ ˈnedi/ 内迪

**Edwin** /ˈedwɪn ‖ ˈedwɪn/ 埃德温

**Elmer** /ˈelmə(r) ‖ ˈelmər/ 埃尔默 (AmE)

**Elroy** /ˈelrɔɪ ‖ ˈelrɔɪ/ 埃尔罗伊 (AmE)

**Emlyn** /ˈemlɪn ‖ ˈemlɪn/ 埃姆林 (WelshE 威尔士英语)

**Enoch** /ˈiːnɒk ‖ ˈinɑk/ 伊诺克

**Eric** /ˈerɪk ‖ ˈerɪk/ 埃里克

**Ernest** /ˈɜːnɪst ‖ ˈɜːnɪst/ 欧内斯特

**Errol** /ˈerəl ‖ ˈerəl/ 埃罗尔

**Eugene** /juːˈdʒiːn ‖ juˈdʒin/ 尤金; Gene /dʒiːn ‖ dʒin/ 吉恩 (AmE)

**Felix** /ˈfiːlɪks ‖ ˈfiliks/ 费利克斯

**Ferdinand** /ˈfɜːdɪnænd ‖ ˈfɜːdə,nænd/ 费迪南德

**Fergus** /ˈfɜːgəs ‖ ˈfɜːgəs/ 弗格斯 (ScotE or IrishE 苏格兰英语或爱尔兰英语)

**Floyd** /flɔɪd ‖ flɔɪd/ 弗洛伊德

**Francis** /ˈfrɑːnsɪs; AmE ˈfræn- ‖ ˈfrænsɪs/ 弗朗西斯; Frank /fræŋk ‖ fræŋk/ 弗兰克

**Frank** /fræŋk ‖ fræŋk/ 弗兰克; Frankie /ˈfræŋki ‖ ˈfræŋki/ 弗兰基

**Frederick** /ˈfredrɪk ‖ ˈfredrɪk/ 弗雷德里克; Fred /fred ‖ fred/ 弗雷德; Freddie, Freddy /ˈfredi ‖ ˈfredi/ 弗雷迪

**Gabriel** /ˈgeɪbrɪəl ‖ ˈgebrɪəl/ 加布里埃尔

**Gareth** /ˈgærəθ ‖ ˈgærəθ/ 加雷思 (esp WelshE 尤用于威尔士英语)

**Gary** /ˈgæri ‖ ˈgæri/ 加里

**Gavin** /ˈgævɪn ‖ ˈgævɪn/ 加文

**Gene** ⇨ Eugene

**Geoffrey, Jeffrey** /ˈdʒefri ‖ ˈdʒefri/ 杰弗里; Geoff, Jeff /dʒef ‖ dʒef/ 杰夫

**George** /dʒɔːdʒ ‖ dʒɔrdʒ/ 乔治

**Geraint** /geraɪnt ‖ ˈdʒeraɪnt/ 杰伦特 (WelshE 威尔士英语)

**Gerald** /ˈdʒerəld ‖ ˈdʒerəld/ 杰拉尔德; Gerry, Jerry /ˈdʒeri ‖ ˈdʒeri/ 格里; 杰里

**Gerard** /ˈdʒerɑːd ‖ dʒəˈrɑrd/ 杰勒德

**Gilbert** /ˈgɪlbət ‖ ˈgɪlbərt/ 吉尔伯特; Bert /bɜːt ‖ bɜːt/ 伯特

**Giles** /dʒaɪlz ‖ dʒaɪlz/ 贾尔斯

**Glen** /glen ‖ glen/ 格伦

**Godfrey** /ˈgɒdfri ‖ ˈgɑdfri/ 戈弗雷

**Gordon** /ˈgɔːdn ‖ ˈgɔrdn/ 戈登

**Graham, Grahame, Graeme** /ˈgreɪəm ‖ ˈgreəm/ 格雷厄姆; 格雷姆

**Gregory** /ˈgregəri ‖ ˈgregəri/ 格雷戈里; Greg /greg ‖ greg/ 格雷格

**Guy** /gaɪ ‖ gaɪ/ 盖伊

**Hal, Hank** ⇨ Henry

**Harold** /ˈhærəld ‖ ˈhærəld/ 哈罗德

**Henry** /ˈhenri ‖ ˈhenri/ 亨利; Harry /ˈhæri ‖ ˈhæri/ 哈里; Hal /hæl ‖ hæl/ 哈尔; Hank /hæŋk ‖ hæŋk/ 汉克 (AmE)

**Herbert** /ˈhɜːbət ‖ ˈhɜːbərt/ 赫伯特; Bert /bɜːt ‖ bɜːt/ 伯特; Herb /hɜːb ‖ hɜːb/ 赫布

**Horace** /ˈhɒrɪs; AmE ˈhɔːrəs ‖ ˈhɔrəs/ 霍勒斯; 霍拉斯

**Howard** /ˈhaʊəd ‖ ˈhaʊərd/ 霍华德

**Hubert** /ˈhjuːbət ‖ ˈhjubərt/ 休伯特; Bert /bɜːt ‖ bɜːt/ 伯特

**Hugh** /hjuː ‖ hju/ 休

**Hugo** /ˈhjuːgəʊ ‖ ˈhjugo/ 雨果

**Humphrey** /ˈhʌmfri ‖ ˈhʌmfri/ 汉弗莱

**Ian** /ˈiːən ‖ ˈiən/ 伊恩

**Isaac** /ˈaɪzək ‖ ˈaɪzək/ 艾萨克

**Ivan** /ˈaɪvən ‖ ˈaɪvən/ 伊凡

**Ivor** /ˈaɪvə(r) ‖ ˈaɪvə/ 艾弗

**Jack** ⇨ John

**Jacob** /ˈdʒeɪkəb ‖ ˈdʒeɪkəb/ 雅各布; Jake /dʒeɪk ‖ dʒek/ 杰克

**Jake** ⇨ Jacob, John

**James** /dʒeɪmz ‖ dʒeɪmz/ 詹姆斯; Jim /dʒɪm ‖ dʒɪm/ 吉姆; Jimmy /ˈdʒɪmi ‖ ˈdʒɪmi/ 吉米; 吉米; Jamie /ˈdʒeɪmi ‖ ˈdʒeɪmi/ 杰米 (ScotE 苏格兰英语)

**Jason** /ˈdʒeɪsn ‖ ˈdʒeɪsn/ 贾森

**Jasper** /ˈdʒæspə(r) ‖ ˈdʒæspər/ 贾斯珀

**Jed** /dʒed ‖ dʒed/ 杰德 (esp AmE)

**Jeff, Jeffrey** ⇨ Geoffrey

**Jeremy** /ˈdʒerəmi ‖ ˈdʒerəmi/ 杰里米; Jerry /ˈdʒeri ‖ ˈdʒeri/ 杰里

**Jerome** /dʒəˈrəʊm ‖ dʒəˈrom/ 杰罗姆

**Jerry** ⇨ Gerald, Jeremy

**Jesse** /ˈdʒesi ‖ ˈdʒesi/ 杰西 (esp AmE)

**Jim, Jimmy** ⇨ James

**Jock** ⇨ John

**Joe** ⇨ Joseph

**John** /dʒɒn ‖ dʒɑn/ 约翰; Johnny /ˈdʒɒni ‖ ˈdʒɑni/ 约翰尼; Jack /dʒæk ‖ dʒæk/ 杰克; Jake /dʒeɪk ‖ dʒek/ 杰克; Jock /dʒɒk ‖ dʒɑk/ 乔克 (ScotE 苏格兰英语)

**Jonathan** /ˈdʒɒnəθən ‖ ˈdʒɑnəθən/ 乔纳森; Jon /dʒɒn ‖ dʒɑn/ 乔恩

**Joseph** /ˈdʒəʊzɪf ‖ ˈdʒozəf/ 约瑟夫; Joe /dʒəʊ ‖ dʒo/ 乔

**Julian** /ˈdʒuːliən ‖ ˈdʒuliən/ 朱利安

**Justin** /ˈdʒʌstɪn ‖ ˈdʒʌstɪn/ 贾斯廷

**Keith** /kiːθ ‖ kiθ/ 基思

**Kenneth** /ˈkenɪθ/ ‖ ˈkenɪθ/ 肯尼思; Ken /ken ‖ ken/ 肯; Kenny /ˈkeni ‖ ˈkeni/ 肯尼

**Kevin** /ˈkevɪn ‖ ˈkevɪn/ 凯文; Kev /kev ‖ kev/ 凯夫

**Kirk** /kɜːk ‖ kɜːk/ 柯克

**Kit** ⇨ Christopher

**Lance** /lɑːns; AmE læns ‖ læns/ 兰斯

**Laurence, Lawrence** /ˈlɒrəns; AmE ˈlɔːr- ‖ ˈlɒrəns/ 劳伦斯; Larry /ˈlæri ‖ ˈlæri/ 拉里; Laurie /ˈlɒri; AmE ˈlɔːri ‖ ˈlɒri/ 劳里

**Len, Lenny** ⇨ Leonard

**Leo** /ˈliːəʊ ‖ ˈliːo/ 利奥

**Leonard** /ˈlenəd ‖ ˈlenəd/ 伦纳德; Len /len ‖ len/ 莱恩; Lenny /ˈleni ‖ ˈleni/ 伦尼

**Leslie** /ˈlezli ‖ ˈlɪzli/ 莱斯利; Les /lez ‖ les/ 莱斯

**Lester** /ˈlestə(r) ‖ ˈlestə/ 莱斯特

**Lewis** /ˈluːɪs ‖ ˈluːɪs/ 刘易斯; Lew /luː ‖ lu/ 卢

**Liam** /ˈliːəm ‖ ˈliəm/ 利亚姆 (IrishE 爱尔兰英语)

**Lionel** /ˈlaɪənl ‖ ˈlaɪənl/ 莱昂内尔

**Louis** /ˈluːi; AmE ˈluːɪs ‖ ˈluːɪs/ 路易斯; Lou /luː ‖ lu/ 卢 (esp AmE)

**Luke** /luːk ‖ luk/ 卢克

**Malcolm** /ˈmælkəm ‖ ˈmælkəm/ 马尔科姆

**Mark** /mɑːk ‖ mɑrk/ 马克

**Martin** /ˈmɑːtɪn; AmE ˈmɑːrtn ‖ ˈmɑːrtn/ 马丁; Marty /ˈmɑːti ‖ ˈmɑːrti/ 马蒂

**Matthew** /ˈmæθjuː ‖ ˈmæθju/ 马修; Matt /mæt ‖ mæt/ 马特

**Maurice, Morris** /ˈmɒrɪs; AmE ˈmɔːr- ‖ ˈmɔːrɪs/ 莫里斯

**Max** /mæks ‖ mæks/ 马克斯

**Mervyn** /ˈmɜːvɪn ‖ ˈmɜːvɪn/ 默文

**Michael** /ˈmaɪkl ‖ ˈmaɪkl/ 迈克尔; Mike /maɪk ‖ maɪk/ 迈克; Mick /mɪk ‖ mɪk/ 米克; Micky, Mickey /ˈmɪki ‖ ˈmɪki/ 米基

**Miles, Myles** /maɪlz ‖ maɪlz/ 迈尔斯

**Mitchell** /ˈmɪtʃl ‖ ˈmɪtʃəl/ 米切尔; Mitch /mɪtʃ ‖ mɪtʃ/ 米奇

**Morris** ⇨ Maurice

**Mort** /mɔːt ‖ mɔrt/ 莫特 (AmE)

**Murray** /ˈmʌri ‖ ˈmʌri/ 默里 (esp ScotE 尤用于苏格兰英语)

**Myles** ⇨ Miles

**Nathan** /ˈneɪθən ‖ ˈneθən/ 内森; Nat /næt ‖ næt/ 纳特

**Nathaniel** /nəˈθænɪəl ‖ nəˈθænjəl/ 纳撒尼尔; Nat /næt ‖ næt/ 纳特

**Neal** ⇨ Neil

**Ned, Neddy** ⇨ Edward

**Neil, Neal** /niːl ‖ nil/ 尼尔

**Nicholas, Nicolas** /ˈnɪkələs; AmE ˈnɪkləs ‖ ˈnɪkləs/ 尼古拉斯; Nick /nɪk ‖ nɪk/ 尼克; Nicky /ˈnɪki ‖ ˈnɪki/ 尼基

**Nigel** /ˈnaɪdʒl ‖ ˈnaɪdʒəl/ 奈杰尔

**Noel** /ˈnəʊəl ‖ ˈnoəl/ 诺埃尔

**Norman** /ˈnɔːmən ‖ ˈnɔːmən/ 诺曼; Norm /nɔːm ‖ nɔːrm/ 诺姆

**Oliver** /ˈɒlɪvə(r) ‖ ˈɑləvə/ 奥利弗; Ollie /ˈɒli ‖ ˈɑli/ 奥利

**Oscar** /ˈɒskə(r) ‖ ˈɑskə/ 奥斯卡

**Oswald** /ˈɒzwəld ‖ ˈɑzwəld/ 奥斯瓦尔德; Oz /ɒz ‖ ɑz/ 奥兹; Ozzie /ˈɒzi ‖ ˈɑzi/ 奥齐

**Owen** /ˈəʊɪn ‖ ˈo·ɪn/ 欧文 (WelshE 威尔士英语)

**Oz, Ozzie** ⇨ Oswald

**Patrick** /ˈpætrɪk ‖ ˈpætrɪk/ 帕特里克 (esp IrishE 尤用于爱尔兰英语); Pat /pæt ‖ pæt/ 帕特; Paddy /ˈpædi ‖ ˈpædi/ 帕迪

**Paul** /pɔːl ‖ pɔl/ 保罗

**Percy** /ˈpɜːsi ‖ ˈpɜːsi/ 珀西

**Peter** /ˈpiːtə(r) ‖ ˈpitə/ 彼得; Pete /piːt ‖ pit/ 皮特

**Philip** /ˈfɪlɪp ‖ ˈfɪlɪp/ 菲利普; Phil /fɪl ‖ fɪl/ 菲尔

**Quentin** /ˈkwentɪn; AmE -tn ‖ ˈkwentn/; Quintin /ˈkwɪntɪn; AmE -tn ‖ ˈkwɪntn/ 昆廷

**Ralph** /rælf; Brit also reɪf ‖ rælf/ 拉尔夫

**Randolph, Randolf** /ˈrændɒlf ‖ ˈrændɑlf/ 伦道夫; Randy /ˈrændi ‖ ˈrændi/ 兰迪 (esp AmE)

**Raphael** /ˈræfeɪəl ‖ ˈræfiəl/ 拉斐尔

**Raymond** /ˈreɪmənd ‖ ˈremənd/ 雷蒙德; Ray /reɪ ‖ re/ 雷

**Reginald** /ˈredʒɪnəld ‖ ˈredʒɪnld/ 雷金纳德; Reg /redʒ ‖ redʒ/ 雷吉; Reggie /ˈredʒi ‖ ˈredʒi/ 雷吉

**Rex** /reks ‖ reks/ 雷克斯

**Richard** /ˈrɪtʃəd ‖ ˈrɪtʃərd/ 理查德; Dick /dɪk ‖ dɪk/ 迪克; Dickie, Dicky /ˈdɪki ‖ ˈdɪki/ 迪基; Rick /rɪk ‖ rɪk/ 里克; Ricky /ˈrɪki ‖ ˈrɪki/ 里基; Richie, Ritchie /ˈrɪtʃi ‖ ˈrɪtʃi/ 里奇

**Robert** /ˈrɒbət ‖ ˈrɑbət/ 罗伯特; Rob /rɒb ‖ rɑb/ 罗布; Robbie /ˈrɒbi ‖ ˈrɑbi/ 罗比; Bob /bɒb ‖ bɑb/ 鲍勃; Bobby /ˈbɒbi ‖ ˈbɑbi/ 博比

**Robin** /ˈrɒbɪn ‖ ˈrɑbɪn/ 罗宾

**Roderick** /ˈrɒdrɪk ‖ ˈrɑdrɪk/ 罗德里克; Rod /rɒd ‖ rɑd/ 罗德

**Rodge** ⇨ Roger

**Rodney** /ˈrɒdni ‖ ˈrɑdni/ 罗德尼; Rod /rɒd ‖ rɑd/ 罗德

**Roger** /ˈrɒdʒə(r) ‖ ˈrɑdʒə/ 罗杰; Rodge /rɒdʒ ‖ rɑdʒ/ 罗吉

**Ronald** /ˈrɒnəld ‖ ˈrɑnld/ 罗纳德; Ron /rɒn ‖ rɑn/ 罗恩; Ronnie /ˈrɒni ‖ ˈrɑni/ 龙尼

**Rory** /ˈrɔːri ‖ ˈrɔri/ 罗里 (ScotE or IrishE 苏格兰英语或爱尔兰英语)

**Roy** /rɔɪ ‖ rɔɪ/ 罗伊

**Rudolph, Rudolf** /ˈruːdɒlf ‖ ˈrudɑlf/ 鲁道夫

**Rufus** /ˈruːfəs ‖ ˈrufəs/ 鲁弗斯

**Rupert** /ˈruːpət ‖ ˈrupət/ 鲁珀特

**Russell** /ˈrʌsl ‖ ˈrʌsl/ 拉塞尔; Russ /rʌs ‖ rʌs/ 拉斯

**Samuel** /ˈsæmjuəl ‖ ˈsæmjuəl/ 塞缪尔; Sam /sæm ‖ sæm/ 萨姆; Sammy /ˈsæmi ‖ ˈsæmi/ 萨米

**Sandy** ⇨ Alexander

**Scott** /skɒt ‖ skɑt/ 斯科特

**Seamas, Seamus** /ˈʃeɪməs ‖ ˈʃeməs/ 谢默斯 (IrishE 爱尔兰英语)

**Sean** /ʃɔːn ‖ ʃɑn/ 肖恩 (IrishE or ScotE 爱尔兰英语或苏格兰英语)

**Sebastian** /sɪˈbæstiən ‖ sɪˈbæstʃən/ 塞巴斯蒂安; Seb /seb ‖ seb/ 塞布

**Sidney, Sydney** /ˈsɪdni ‖ ˈsɪdni/ 悉尼; Sid /sɪd ‖ sɪd/ 锡德

**Simon** /ˈsaɪmən ‖ ˈsaɪmən/ 西蒙

**Stanley** /ˈstænli ‖ ˈstænli/ 斯坦利; Stan /stæn ‖ stæn/ 斯坦

**Stephen, Steven** /ˈstiːvn ‖ ˈstivən/ 斯蒂芬; Steve /stiːv ‖ stiv/ 史蒂夫

**Stewart, Stuart** /ˈstjuːət; AmE ˈstuːərt ‖ ˈstuət/ 斯图尔特

**Ted, Teddy** ⇨ Edward

**Terence** /ˈterəns ‖ ˈterəns/ 特伦斯; Terry /ˈteri ‖ ˈteri/ 特里; Tel /tel ‖ tel/ 特尔

**Theodore** /ˈθiːədɔː(r) ‖ ˈθiə,dɔr/ 西奥多; Theo /ˈθiːəʊ ‖ ˈθio/ 西奥

**Thomas** /ˈtɒməs ‖ ˈtɑməs/ 托马斯; Tom /tɒm ‖ tɑm/ 汤姆; Tommy /ˈtɒmi ‖ ˈtɑmi/ 汤米

**Timothy** /ˈtɪməθi ‖ ˈtɪməθi/ 蒂莫西; Tim /tɪm ‖ tɪm/ 蒂姆; Timmy /ˈtɪmi ‖ ˈtɪmi/ 蒂米

**Toby** /ˈtəʊbi ‖ ˈtobi/ 托比

**Tom, Tommy** ⇨ Thomas

**Tony** ⇨ Anthony

**Trevor** /ˈtrevə(r) ‖ ˈtrɛvə/ 特雷弗

**Troy** /trɔɪ ‖ trɔɪ/ 特洛伊

**Victor** /ˈvɪktə(r) ‖ ˈvɪktə/ 维克托; Vic /vɪk ‖ vɪk/ 维克

**Vincent** /ˈvɪnsnt ‖ ˈvɪnsnt/ 文森特; Vince /vɪns ‖ vɪns/ 文斯

**Vivian** /ˈvɪvɪən ‖ ˈvɪvɪən/ 维维安; Viv /vɪv ‖ vɪv/ 维夫

**Walter** /ˈwɔːltə(r); also ˈwɒltə(r) ‖ ˈwɔltə, ˈwɑltə/ 沃尔特; Wally /ˈwɒli ‖ ˈwɑli/ 沃利

**Warren** /ˈwɒrən; AmE ˈwɔːr- ‖ ˈwɔrən/ 沃伦

**Wayne** /weɪn ‖ wen/ 韦恩

**Wilbur** /ˈwɪlbə(r) ‖ ˈwɪlbə/ 威尔伯 (esp AmE)

**Wilfrid, Wilfred** /ˈwɪlfrɪd ‖ ˈwɪlfrɪd/ 威尔弗里德

**William** /ˈwɪljəm ‖ ˈwɪljəm/ 威廉; Bill /bɪl ‖ bɪl/ 比尔; Billy /ˈbɪli ‖ ˈbɪli/ 比利; Will /wɪl ‖ wɪl/ 威尔; Willy /ˈwɪli ‖ ˈwɪli/ 威利



# 英语姓名词典

# A Dictionary of English Surnames and Christian Names

李东明　高玉华　高莉
马培霖　阮圣华　　　编著

FOREIGN LANGUAGE TEACHING AND RESEARCH PRESS

外语教学与研究出版社

## A

**Aaron** /'ɛərən/ 艾伦: 源自希伯来语, 含义"力量之山"(mountain of strength), 男子名。

**Abadam** /ə'beɪdæm/ 阿巴达姆: 自 ab + Adam, 含义"亚当之子"(son of Adam), 女子名。

**Abbe** /'æbi/ 阿比: Abbey 的异体, 男子名。

**Abbet** /'æbət/ 阿比特: Abbott 的异体, 英格兰人姓氏。

**Abbey** /'æbɪ/ 阿贝: 地貌名称, 修道院; 或源自 Abbot; 源自中世纪英语, 英格兰人姓氏。

**Abbot** /'æbət/ 阿博特: Abbott 的异体, 英格兰人姓氏。

**Abbott** /'æbət/ 阿博特: 职业名称, 在男修道院院长任职, 或修道院长缩减的人; 源自阿拉姆语, 含义"父"(father), 英格兰人姓氏。

**Abbs** /'æbz/ 阿布斯: 昵称名字, 源自 Abel, 英格兰人姓氏。

**Abdie** /'æbdi/ 阿布迪: Abbey 的异体, 英格兰人姓氏。

**Abdy** /'æbdi/ 阿布迪: 女子名 1 Abbey 的异体, 英格兰人姓氏。2 Abigail 的昵称, 女子名, 英格兰人姓氏。

**Abe** /eib/ 艾贝: Abraham 的昵称, 男子名。

**Abel** /'eibl/ 艾贝尔: 源自希伯来语, 含义"气息, 虚荣"(breath, vigour, vanity), 英格兰人姓氏, 男子名。

**Abell** /'eibl/ 艾贝尔: Abel 的异体, 英格兰人姓氏。

**Abelson** /'eiblsən/ 艾贝尔森: 取自父名, 含义"Abel之子"(son of Abel), 英格兰人姓氏。

**Abernathy** /'æbənæθi/ 阿伯纳西: Abernethy 的异体, 苏格兰人姓氏。

**Abernethy** /'æbə'neθi/ 阿伯内西: 住所名称, 源自古苏格兰语, 含义"虹泉+水流"(confluence + water sprite), 苏格兰人姓氏。

**Abigail** /'æbɪgeɪl/ 阿比盖尔: 源自希伯来语, 含义"欢父之喜"(father rejoiced), 女子名, 昵称 Abby, Gail, Nabby。

**Able** /'eɪbl/ 埃布尔: Abel 的异体, 英格兰人姓氏。

**Ablett** /'æblət/ 阿布利特: Abel 的昵称, 英格兰人姓氏。

**Ablitt** /'æblət/ 阿布利特: Abel 的昵称, 英格兰人姓氏。

**Ablewhite** /'eiblhwait/ 埃布尔怀特: Applethwaite 的异体, 英格兰人姓氏。

**Abner** /'æbnə/ 阿布纳: 源自希伯来语, 含义"圣父是明灯"(the father is light), 男子名。

**Abraham** /'eɪbrəhæm/ 亚伯拉罕: 含义"众民族之父"(father of a multitude of nations), 英格兰人姓氏, 男子名。昵称 Abe, Aby, Bram。

**Abrahams** /'eibrəhæmz/ 亚伯拉罕斯: 取自父名 Abraham, 含义"亚伯拉罕之子"(father of Abraham), 英格兰人姓氏。

**Abram** /'eibrəm/ 艾布拉姆: Abraham 的异体, 英格兰人姓氏, 男子名。

**Abrams** /'eibrəmz/ 艾布拉姆斯: 取自父名 Abram, 含义"亚伯拉姆之子"(son of Abram), 英格兰人姓氏。

**Abramson** /'eibrəmsən/ 艾布拉姆森: 取自父名 Abram, 含义"亚伯拉姆之子"(son of Abram), 英格兰人姓氏。

**Absolom** /'æbsələm/ 阿布萨洛姆: Absalom 的异体, 英格兰人姓氏。

**Absalom** /'æbsələm/ 阿布萨洛姆: 含义"圣父+和平"(father + peace), 男子名, 源自希伯来语, 英格兰人姓氏。Absalom 的异

**Absolon** /ˈæbsələn/ 同阿布索伦。Absalon 的异体。英格兰人姓氏。

**Aby** /ˈeibi/ (昵) Abraham 的昵称。男子名。

**Achard** /ˈækəd/ (法) 取自古日耳曼语人名，含义"严苛的"（hard）。英格兰人姓氏。

**Acheson** /ˈætʃisn/ 含义"亚当之子"（son of Adam）。英格兰人姓氏。

**Ackary** /ˈækəri/ 同阿克。Acker 的异体。英格兰人姓氏。

**Acke** /ˈæki/ 同阿克。取自父名，源自 Acker 的昵称。英格兰人姓氏。

**Ackerman** /ˈækəmən/ 同阿克曼。Ackerman 的异体。英格兰人姓氏。

**Ackers** /ˈækəz/ 取自地名，英格兰人姓氏。

**Ackery** /ˈækəri/ 取自父名，英格兰人姓氏。

**Acket** /ˈækit/ 阿克特。英格兰人姓氏。

**Ackland** /ˈæklənd/ 含义"橡树林"（oak + land）。英格兰人姓氏。

**Ackroyd** /ˈækrɔid/ 含义"橡树林开阔地"（oak + clearing）。英格兰人姓氏。

**Acres** /ˈeikəz/ 埃克斯。Acker 的异体，英格兰人姓氏。

**Acreman** /ˈeikəmən/ 同阿克曼。Ackerman 的异体。英格兰人姓氏。

**Acres** /ˈeikəz/ 埃克斯。Acker 的异体，英格兰人姓氏。

**Acton** /ˈæktən/ 阿克顿。取自地名，含义"橡树林住所"（oak + enclosure, settlement）。英格兰人姓氏。

**Ada** /ˈeidə/ 艾达；Ada 的异体。女子名。

**Adair** /əˈdeə/ 含义"亚当之子"（son of Adam）。英格兰人姓氏。

**Adam** /ˈædəm/ 亚当；取自古希伯来语人名，含义"人；红土"（man, earth, red earth）。英格兰人姓氏。男子名，昵称 Edie, Yiddie。

**Adams** /ˈædəmz/ 含义"亚当之子"（son of Adam）。英格兰人姓氏。

**Adamson** /ˈædəmsn/ 含义"亚当之子"（son of Adam）。英格兰人姓氏。

**Adcocks** /ˈædkɒks/ 阿德科克斯。Adam 的昵称。英格兰人姓氏。

**Addie** /ˈædi/ 含义"亚当之子"（son of Adam）。英格兰人姓氏。

**Addiley** /ˈædili/ 阿德利。英格兰人姓氏。

**Addams** /ˈædəmz/ 含义"亚当之子"（son of Adam）。英格兰人姓氏。

**Addis** /ˈædis/ 阿迪斯。取自父名，含义"亚当之子"（son of Adam）。英格兰人姓氏。

**Addington** /ˈædiŋtən/ 阿丁顿。取自地名，含义"Adda 家族的居住地"（settlement）。英格兰人姓氏。

**Addison** /ˈædisn/ 阿迪森。含义"Addie 之子"（son of Adam）。英格兰人姓氏。

**Acroyd** /ˈækrɔid/ 同阿克罗伊德。Ackroyd 的异体。英格兰人姓氏。

**Acton** (见上) 阿克顿。取自地名。英格兰人姓氏。

**Ada** /ˈeidə/ 艾达；Ada 的异体，源自古日耳曼语，含义"装饰"（ornament）。女子名。

**Adeane** /əˈdiːn/ 同阿迪恩。Adeane 的异体，含义"高贵的"（noble）。英格兰人姓氏。

**Adah** /ˈeidə/ 艾达。取自希伯来语女子名 Edgar 的异体。女子名。

**Adai** /əˈdei/ 阿代。Edgar 的昵称。英格兰人姓氏。

**Adela** /ˈeidilə/ 阿德拉。Ada 的异体。女子名，含义"高贵的"（noble）。

**Adelaide** /ˈædəleid/ 阿德莱德。取自古日耳曼语女子名，含义"高贵"（noble + kind）。女子名。

**Adeline** /ˈædilain/ 阿德琳。Adela 的异体。女子名，昵称 Addie, Addy。

**Ad鉴** ...

**Adela** /ˈeidilə/ 同阿德拉。

**Adira** ...

**Adkins** /ˈædkinz/ 含义"亚当之子"（son of Adam）。英格兰人姓氏。

**Adlard** /ˈædləd/ 阿德拉德。英格兰人姓氏。

**Adler** /ˈædlə/ 阿德勒。英格兰人姓氏。

取自 Adam，含义"亚当之子"（son of Adam）。英格兰人姓氏。

**Addy** /ˈædi/ 阿迪。含义"亚当之子"（son of Adam）。英格兰人姓氏。

**Addyman** /ˈædimən/ 含义"Addy 的仆人"（servant of Addy）。英格兰人姓氏。

**Adrian** /ˈeidriən/ 阿德里安。取自古城名，含义"亚得里亚海城市亚得里亚的"（of the Adriatic Sea）。男子名。

**Adriana** /eidriˈænə/ 阿德里亚娜。Adrian 的阴性，女子名。

**Adrienne** /eidriˈen/ 阿德里安娜。女子名。

**Adshead** /ˈædʃed/ 阿德斯黑德。取自地名，英格兰人姓氏。

**Ady** /ˈeidi/ 阿迪。Adam 的昵称。英格兰人姓氏。

**Aenas** /iˈniːəs/ 埃涅阿斯。取自希腊语，含义"受赞扬的"（commended）。男子名。

**Affleck** /ˈæflek/ 阿弗莱克。取自地名，英格兰人姓氏。

**Afra** /ˈæfrə/ 阿弗拉。女子名。

**Ag** /æg/ 阿格。Agnes 的昵称。女子名。

**Agar** /ˈeigə/ 阿加尔。Edgar 的异体。英格兰人姓氏。

**Ager** /ˈeigə/ 阿杰。Edgar 的异体。英格兰人姓氏。

**Agatha** /ˈægəθə/ 阿加莎。取自希腊语，含义"好的"（good）。女子名。

**Agave** /əˈgeiv/ 阿加弗。女子名。

**Aggie** /ˈægi/ 阿吉。Agnes 的昵称。女子名。

**Aggis** /ˈægis/ 阿吉斯。Agnes 的异体。英格兰人姓氏。

**Aggy** /ˈægi/ 阿吉。Agnes 的昵称。女子名。

**Agnes** /ˈægnis/ 阿格尼丝。1 取自希腊语，含义"贞洁的"（good）。2 取自希腊语，含义"纯洁的"。女子名。

**Adolph** /ˈeidɒlf/ 阿道夫。Adolphus 的异体。男子名。

**Adolphus** /əˈdɒlfəs/ 阿道夫斯。取自古日耳曼语，含义"高贵的狼"（noble + wolf）。男子名。

Case 1:05-cv-11598-WGY-RBS SLL   Document 96-10   Filed 07/26/2007   Page 3 of 5

**B**

**Babb** /bæb/ 巴布：Barbara 的昵称，女子名，又不详。

**Babbington** /'bæbɪŋtən/ 巴宾顿：地籍名称，住所名称，源自古英语人名 Babba + 后缀 -ing（settlement）+ tun（settlement），英格兰义人姓氏。

**Babbitt** /'bæbɪt/ 巴比特：Babb 的昵称，英格兰义人姓氏。

**Babble** /'bæbl/ 巴布尔：Barbara 的昵称，女子名，又不详。

**Babette** /bæ'bet/ 巴贝特（女教名）：Elizabeth 的法语昵称，女子名。

**Babbs** /bæbz/ 巴布斯：取自父名，源自 Babb，英格兰义人姓氏。

**Bacchus** /'bækəs/ 巴克斯：Barbara 的别称，女子名，又不详。

**Back** /bæk/ 巴克：1 住所名称，身份名称，源自中世纪英语人名 bæk（back），英格兰义人姓；2 地籍名称，住所名称，源自古英语 bæc（back），英格兰义人姓氏。

**Bacheller** /'bætʃələ/ 巴彻勒：Bachelor 的异体，英格兰义人姓氏。

**Bachelor** /'bætʃələ/ 巴彻勒：1 头衔名称（book）；2 地籍名称，身份名称，骑士的属员或中世纪英格兰义不详，英格兰义人姓氏。

**Bache** /beɪ/ 巴奇：地籍名称，住所名称，源自古英语 bæch（stream），英格兰义人姓氏。

**Backer** /'bækə/ 巴克：Bachelor 的异体，英格兰义人姓氏。

**Backman** /'bækmən/ 巴克曼：Back 2 的异体，英格兰义人姓氏。

**Backs** /bæks/ 巴克斯：Back 2 的异体，英格兰义人姓氏。

**Backus** /'bækəs/ 巴克斯：取自父名，源自 Back，英格兰义人姓氏。

**Backhouse** /'bækhaʊs/ 巴克豪斯：地籍名称，住所名称，源自中世纪英语 bæc（to bake）+ house（to bake house），英格兰义人姓氏。

**Bacon** /'beɪkən/ 培根：1 职业名称，源自中世纪英语及古法语 bacon（bacon, ham）；2 取自父名，英格兰义人姓氏。

**Bacstair** /'bæksteə/ 巴克斯特：可能源自古英语 Bealda，英格兰义人姓氏。

**Bade** /beɪd/ 贝德：可能源自古英语人名 Beald，英格兰义人姓氏。

**Baddeley** /'bædlɪ/ 巴德利：地籍名称，源自古英语人名 Badda + lēah（wood, clearing），英格兰义人姓氏。

**Baddams** /'bædəmz/ 巴达姆斯：取自父名，源自 Adam，英格兰义人姓氏。

**Badger** /'bædʒə/ 巴杰：1 职业名称（碰贩）；2 地籍名称，源自古英语人名 Bæcga，英格兰义人姓氏。

**Badgers** /'bædʒəz/ 巴杰斯：取自父名，源自 Badger 2，英格兰义人姓氏。

**Bagshewe** /'bægʃoʊ/ 巴格肖：Bagshaw 的异体，英格兰义人姓氏。

**Baffin** /'bæfɪn/ 巴芬：Baughan 的异体，英格兰义人姓氏。

**Badman** /'bædmən/ 巴德曼：职业名称，住所名称（homestead），英格兰义人姓氏。

**Bagnold** /'bægnoʊld/ 巴格诺德：Bagnall 的异体，英格兰义人姓氏。

**Bagnall** /'bægnɔːl/ 巴格诺：住所名称，源自古英语 clearing，英格兰义人姓氏。

**Bagley** /'bæglɪ/ 巴格利：住所名称，源自古英语 clearing，英格兰义人姓氏。

**Bagge** /bæg/ 巴格：1 职业名称，绰号名称，源自古英语 bagge（bag）；2 取自父名，英格兰义人姓氏。

**Bagott** /'bægət/ 巴戈特：Bagot 的异体，英格兰义人姓氏。

**Bagot** /'bægət/ 巴戈特：Bagot 2 的异体，英格兰义人姓氏。

**Bagshaw** /'bægʃɔː/ 巴格肖：地籍名称，源自古英语人名 Bacga + sceaga（copse），英格兰义人姓氏。

**Bailey** /'beɪlɪ/ 贝利：1 职业名称（carrier, porter）；2 地籍名称，源自中世纪英语，义为"围城地"（enclosure）；3 住所名称，英格兰义人姓氏。

**Bailie** /'beɪlɪ/ 贝利：Bailey 2 的异体，英格兰义人姓氏。

**Baillie** /'beɪlɪ/ 贝利：Bailey 1 的异体，英格兰义人姓氏。

**Bailiff** /'beɪlɪf/ 贝利夫：Bailey 1 的异体，英格兰义人姓氏。

**Bailiff** /'beɪlɪf/ 贝利夫：Bailey 1 的异体，英格兰义人姓氏。

**Baily** /'beɪlɪ/ 贝利：Bailey 的异体，英格兰义人姓氏。

**Bains** /beɪnz/ 贝恩斯：Baines 的异体，英格兰义人姓氏。

**Baines** /beɪnz/ 贝恩斯：1 绰号名称（bath），源自古法语 bain（bath）；2 取自父名，英格兰义人姓氏。

**Bainbridge** /'beɪnbrɪdʒ/ 贝恩布里奇：住所名称，源自古英语（bridge），英格兰义人姓氏。

**Baird** /beəd/ 贝尔德：取自父名，义为"吟游诗人"（bard），苏格兰义人姓氏。

**Bairnsfather** /'beənzfɑːðə/ 贝恩斯法瑟：绰号名称，义为"父子"（child + father），英格兰义人姓氏。

**Baitson** /'beɪtsən/ 贝特森：取自父名，义为"Bate 之子"（son of Bate），英格兰义人姓氏。

**Baish** /beɪʃ/ 贝什：住所名称，英格兰义人姓氏。

**Baistow** /'beɪstoʊ/ 贝斯托：Bairstow 的异体，英格兰义人姓氏。

**Bakehouse** /'beɪkhaʊs/ 贝克豪斯：Backhouse 的异体，源自中世纪英语，面包师的属员（to bake），英格兰义人姓氏。

**Baker** /'beɪkə/ 贝克：职业名称，面包师（baker），英格兰义人姓氏。

**Bakewell** /'beɪkwɛl/ 贝克韦尔：住所名称，源自古英语（stream），英格兰义人姓氏。

**Balaam** /'beɪləm/ 贝拉姆：住所名称（homestead），英格兰义人姓氏。

C

**Cable** /ˈkeɪbl/ 凯布尔：职业名称，意思是作"绳、索"之类缆绳的人。英格兰三人姓氏。

**Cadbury** /ˈkædbəri/ 卡德伯里：住所名称，源自英格兰一地名 Cada，意思是"Cada 的城堡"（fortress, town）。英格兰三人姓氏。

**Cadd** /kæd/ 卡德：Cade 的异体。英格兰三人姓氏。

**Caddell** /ˈkædl/ 卡德尔：Cadell 的异体。英格兰三人姓氏。

**Caddock** /ˈkædək/ 卡多克：Caddock 1 的异体。英格兰三人姓氏。

**Cade** /keɪd/ 凯德：1 源自中世纪英语 cade，意思是"圆、肥、温顺的动物，宠物"（domestic animal, pet）。英格兰三人姓氏。

**Cadell** /ˈkædl/ 卡德尔：源自古威尔士语人名 Cadell，英格兰三人姓氏。

**Cadge** /kædʒ/ 卡奇：Cage 的异体。英格兰三人姓氏。

**Cadie** 卡迪：Caid 的异体。英格兰三人姓氏。

**Cadle** /ˈkædl/ 卡德尔：Cadell 的异体。英格兰三人姓氏。

**Cafferky** /ˈkæfəki/ 卡弗基：McCafferty 的异体。英格兰三人姓氏。

**Cafferty** /ˈkæfəti/ 卡弗蒂：McCafferty 的异体。英格兰三人姓氏。

**Caffyn** /ˈkæfɪn/ 卡芬：Kyffin 的异体。英格兰三人姓氏。

**Caffin** /ˈkæfɪn/ 卡芬：Coffin 的异体。英格兰三人姓氏。

**Cager** /ˈkeɪdʒə/ 凯杰：Cage 的异体。英格兰三人姓氏。

**Cage** /keɪdʒ/ 凯奇：职业名称，意思是看守牢笼、鸟笼者（cage, enclosure），源自中世纪英语 cage，英格兰三人姓氏。

**Cagney** /ˈkæɡni/ 卡格尼：爱尔兰语姓氏。英格兰三人姓氏。

**Cahill** /ˈkeɪhɪl/ 卡希尔：爱尔兰语姓氏。英格兰三人姓氏。

**Cain** /keɪn/ 凯恩：1 源自中世纪英语 cane, reed，意思是"茎、苇"（cane, reed）。2 辩护人（pleader）。英格兰三人姓氏。

**Caine** /keɪn/ 凯恩：Cain 的异体。英格兰三人姓氏。

**Caines** /keɪnz/ 凯恩斯：Keynes 的异体。英格兰三人姓氏。

**Caird** /keəd/ 凯尔德：职业名称，源自盖尔语（craftsman, tinker）。英格兰三人姓氏。

**Cairns** /keənz/ 凯恩斯：地名，苏格兰三人姓氏。

**Cairnduff** 凯恩达夫：住所名称，含义"黑的"（cairn + black）。苏格兰三人姓氏。

**Caldecott** /ˈkɔːldɪkət/ 考尔德科特：考尔德科特 的异体。英格兰三人姓氏。

**Calcott** /ˈkælkət/ 考尔科特：考尔科特 的异体。英格兰三人姓氏。

**Calcutt** /ˈkælkʌt/ 考尔卡特：住所名称，含义"冷屋"（cold + cottage, dwelling）。英格兰三人姓氏。

**Calder** /ˈkɔːldə/ 考尔德：住所名称，苏格兰三人姓氏。

**Caldwell** /ˈkɔːldwel/ 考尔德韦尔：住所名称，含义"冷泉"（cold + spring, stream）。苏格兰三人姓氏。

**Calderwood** /ˈkɔːldəwʊd/ 考尔德伍德：住所名称，苏格兰三人姓氏。

**Calderon** /ˈkɔːldərən/ 考尔德龙：住所名称，西班牙语姓氏。英格兰三人姓氏。

**Caleb** /ˈkeɪleb/ 凯莱布：源自希伯来语人名 Caleb。英格兰三人姓氏。

**Calf** /kɑːf/ 卡夫：绰号，含义"牛犊"（calf）。英格兰三人姓氏。

**Callan** /ˈkælən/ 卡伦：爱尔兰语姓氏。英格兰三人姓氏。

**Callaghan** /ˈkæləhæn/ 卡拉汉：爱尔兰语姓氏。英格兰三人姓氏。

**Callaway** /ˈkæləweɪ/ 卡拉韦：Calloway 的异体。英格兰三人姓氏。

**Callcott** /ˈkɔːlkət/ 考尔科特：Caldicott 的异体。英格兰三人姓氏。

**Callen** /ˈkælən/ 卡伦：Callan 的异体。英格兰三人姓氏。

**Callander** /ˈkæləndə/ 卡兰德：Callander 的异体。英格兰三人姓氏。

**Caley** /ˈkeɪli/ 凯利：Cayley 的异体。英格兰三人姓氏。

**Callis** /ˈkælɪs/ 卡利斯：英格兰三人姓氏。

**Callister** /ˈkælɪstə/ 卡利斯特：McAllister 的异体。英格兰三人姓氏。

**Callow** /ˈkæləʊ/ 卡洛：住所名称。英格兰三人姓氏。

**Calloway** /ˈkæləweɪ/ 卡洛韦：住所名称，含义"卵石"（pebble）。英格兰三人姓氏。

**Callum** /ˈkæləm/ 卡勒姆：Coleman 1 的异体。苏格兰三人姓氏。

**Calne** /kɑːn/ 卡恩：地名。英格兰三人姓氏。

**Caloe** /ˈkæləʊ/ 卡洛：Callow 的异体。英格兰三人姓氏。

**Calvert** /ˈkælvət/ 卡尔弗特：职业名称，含义"养牛犊者"（calf + herdsman）。英格兰三人姓氏。

**Calveley** /ˈkælvli/ 卡尔夫利：住所名称，含义"牛犊草地"（calf + wood, clearing）。英格兰三人姓氏。

**Calvin** /ˈkælvɪn/ 卡尔文：绰号，含义"秃"（bare + nock）。英格兰三人姓氏。

**Calwell** /ˈkɔːlwel/ 考尔韦尔：Caldwell 的异体。英格兰三人姓氏。

**Camber** /ˈkæmbə/ 坎伯：英格兰三人姓氏。

**Camden** /ˈkæmdən/ 坎登：住所名称，含义"围地"（enclosure + valley）。英格兰三人姓氏。

**Camel** /ˈkæməl/ 卡梅尔：绰号，含义"骆驼"（camel）。英格兰三人姓氏。

**Camelia** /kəˈmiːljə/ 卡梅利亚：女子名。

（京）新登字 155 号

图书在版编目（CIP）数据

英语姓名词典／李翀廉编著. — 北京：外语教学与研究出版社，2001
ISBN 7—5600—2250—2

Ⅰ.英… Ⅱ.李… Ⅲ.英语—姓名—词典—英汉 Ⅳ.K811—61

中国版本图书馆 CIP 数据核字(2001)第 03368 号

＊　＊　＊

英语姓名词典
编著：李翀廉

责任编辑：霍庆文　杨镇明
出版发行：外语教学与研究出版社
社　　址：北京市西三环北路 19 号 (100089)
网　　址：http://www.fltrp.com.cn
印　　刷：北京外国语大学印刷厂
开　　本：850×1168　1/32
印　　张：15.75
字　　数：769 千字
版　　次：2002 年 1 月第 1 版　2002 年 10 月第 2 次印刷
书　　号：ISBN 7—5600—2250—2/H·1200
定　　价：21.90 元

＊　＊　＊

如有印刷、装订质量问题出版社负责调换
制售盗版必究 举报查实奖励
版权保护办公室举报电话：(010)68917826
(010)68917519

# 目　录

前言 ……………………………………………… ⅰ
英语姓名的历史演变 …………………………… ⅲ
英语姓氏的类型 ………………………………… ⅸ
词典正文 ………………………………………… 1—484
主要参考书目 …………………………………… 485

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION No. |
| v. | ) | 05-11598-WGY |
| | ) | |
| CITY OF BOSTON, MASSACHUSETTS, | ) | DECLARATION |
| ET AL., | ) | THREE-JUDGE COURT |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF YILU MA

I, Yilu Ma, make the following declaration based on personal knowledge:

1.      I am the manager of interpreter services at Boston Medical Center, and have been a professional interpreter for over 20 years. I have taught courses at Boston University and Cambridge College in translation and medical interpretation. From 1991 to 1993, I worked in the protocol section of the Chinese embassy in Moscow, and concurrently acted as interpreter for the Chinese ambassador. I hold a Bachelor of Arts degree in British and American literature, a post-graduate degree in linguistics, a Master of Arts degree in international relations from the Fletcher School of Law and Diplomacy, Tufts University and Master of Science degree in computer science from Rivier College. I co-authored the New-Age Chinese-English Dictionary in 2000 and the Concise English-Chinese Encyclopedia in 1997.

2.      I am originally from Beijing, China, and my native language is Mandarin Chinese; I am also fluent in English.

3.      I have been asked to provide my professional opinion on the methodology of translating/transliterating English names into Chinese. I am doing this voluntarily, without financial compensation.

4.      As a professional translator, I have translated/transliterated English names for over 20 years. Transliteration of English names has been routinely done in Chinese daily newspapers and publications for decades.

5.      There are standard practices to transliterating names that are followed by Chinese newspapers and translators. First, one should choose a Chinese character in close proximity to sound to the English syllables of a name. Second, choose a Chinese character that is normally used in Chinese names and is gender appropriate. Third, choose Chinese characters that have no

meaning , are neutral sounding, or when placed together, have no meaning. The transliterated name is sometimes followed by the English name in parenthesis to make sure that no confusion occurs, particularly for names that sound siimilar. For example, Sam Yoon would appear as 尹常賢 (Sam Yoon). If these rules are followed, the Chinese reader will know that the Chinese characters represent a name.

6.      An English syllable can have any number of Chinese characters that can represent it, but there is also a set of generally established characters representing certain syllables. For example, 'ton' as in Clinton, Boston, Lexington, translators would automatically use a particular Chinese character that is already well known to the community to represent that syllable sound. Additionally, there are some common names, such as William, Robertson, Clinton, Romney, that already have generally accepted Chinese equivalents.

7.      When translating, one should think of one's audience. It is important to look at what is already out in the public domain, e.g., newspapers and publications in circulation in the target community. In Boston, there are generally two accepted systems of translation for names, proper names, geographic locations:
        a. based on the Chinese Pinyin system, which is a Romanization pronunciation system for transliterating Chinese characters. Employing the Pinyin system, the English name is translated based on the Mandarin sound.
        b. based on the Cantonese sound (publications like the Singtao Daily have roots in Hong Kong, thus Hong Kong journalists).

8.      If a public figure has been written about in Chinese newspapers, s/he ordinarily will already have a transliterated name. A transliterated name in the public domain will ordinarily be followed in usage by other newspapers, publications, and translators. However, there are times when the names of public figures or government officials are transliterated differently into Chinese, reflecting the geographic location of the translator, be it from mainland China, Hong Kong, or Taiwan. In my opinion, these different translations are neutral, carrying no personal bias or political agendas.

9.      I have reviewed the affidavits of Kai Lau and Guang Yang, and their transliterations of the names: Deval Patrick, Tommy Thompson, and Bill Richardson, Barack Obama, Mitt Romney, and Fred Thompson. In my opinion, their translations basically followed the standards of translating English names into Chinese, even if in a few cases, they used different Chinese characters, reflecting the translators' country of origin or the dialect they speak. A Chinese reader would know that this is a transliterated name and would give no meaning to the individual words,

10. I would like to make one more point. Experienced translators would never let his or her political opinion influence the translation work, favoring one person, showing bias against another, especially in such highly sensitive situations. On the other hand, one needs to trust the political wisdom of the voters; they will not simply vote someone just because his or her name sounds better; they pay attention to the candidate's platform and views on the issues that most concern them.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, recollection, and belief.  I have reviewed this declaration and believe that it accurately reflects my statements, opinion, and experience.

Dated: July 23, 2007

Yilu Ma

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

                                   Plaintiff,

          -against-

CITY OF BOSTON, MASSACHUSETTS, et al.,

                                   Defendants.

Civil Action No. 05-11598WGY

<u>THREE-JUDGE COURT</u>

## <u>DECLARATION OF JOE WEI</u>

I, Joe Wei, a/k/a Bi Chou Wei, declare under penalty of perjury that the following is true and

correct:

1.      I am employed by the *World Journal*, the largest read Chinese-language

newspaper in North America, but I am providing this declaration voluntarily and not as a part of

my official duties and responsibilities.

2.      I have been the National Desk Editor since June 2003.  Before I was promoted to

National Desk Editor, I was a Metro Desk Editor for six years and a reporter on the U.S. Political

beat and the U.S. Court beat.  I have worked at *World Journal* for the last nineteen years.

3.      I am bilingual in speaking, reading, and writing in English and Chinese.  I write

and edit articles in Chinese for *World Journal*.  I immigrated to the U.S. from Taiwan twenty-six

years ago.

4.      *World Journal* was founded in 1976 and is distributed daily throughout the United

States and Canada. *World Journal* publishes six editions on the East Coast, including the Boston

Edition, two editions on the North West Coast, three editions on the South West Coast and two editions in Canada.

5.    *World Journal's* circulation in the United States approaches 400,000 copies per day, with approximately 100,000 copies per day circulated in the Northeastern part of the United States.    Circulation in the Boston, Massachusetts area is close to 30,000 copies per day. Approximately up to one-quarter of the Chinese individuals living in the United States who read Chinese-language daily newspapers read the *World Journal*.

6.    During my nineteen years at *World Journal*, I have had extensive experience with the translation of English names into Chinese.    And in particular, from my nineteen years as a reporter and an editor on the subject of the U.S. Political beat, I am very familiar with the process by which candidate names are translated in the Chinese media from English into Chinese.

7.    *World Journal* takes the translation of candidate names very seriously.    In the first instance, if a candidate seeks public office, the candidate should have a Chinese name for our readers. Accordingly, *World Journal* encourages political candidates to translate their own names for use in the newspaper.

8.    When a candidate does not supply *World Journal* with a translation, the newspaper consults other media sources to determine if a translation for the candidate's name already exists, or else translates the name itself.

9.    *World Journal* applies a common methodology used throughout Chinese language news media for the translation of non-Chinese names.

10.    Put simply, each part of the name (i.e., first name, middle name, surname) is rendered in Chinese characters which represent sounds existing in the Chinese language that

closely approximate, when placed together, the sound of that part of the name when spoken in English. This process results in the selection of Chinese characters that sound like the English name, rather than a selection of Chinese characters with the same meaning as the English words, this process is sometimes referred to as transliteration, which is an inherent part of translating English into Chinese.

11.     In our transliteration process, we break the English names into several parts in accordance with the phonetic sounds. We assign a meaningful Chinese character to each sound. We would prefer the names of candidates to be represented in three Chinese characters, which is how most Chinese names are represented. However, we will use more characters if the candidates' names have more than three syllables.

12.     The person translating the name has some discretion when choosing characters, because different characters may have similar phonetic qualities. This discretion is limited by the accepted practice of assigning characters whose meanings are common and neutral, as well as making sure the characters chosen have the correct gender for the person whose name is being translated.

13.     Well-known candidates may already have a widely-used translation assigned to their name. Similarly, common English first names (such as Paul, Christopher, William, and Joe) and surnames (such as Smith and Jones) have standard translations used throughout the Chinese community. These translations may be found in English-to-Chinese dictionaries.

14.     Uncommon names or new names to our readers may require new translations. A reporter who is the first to encounter a name usually assigns a translation when s/he filed the story. The process of assigning a translation may take as few as ten minutes or as much as one hour. An editor must then discuss and approve the reporter's proposed translation.

15.    It is my understanding that other Chinese language media organizations use a similar process for translating English names into Chinese.

16.    Newspapers in China and Taiwan translate the names of well-known Western leaders on a daily basis.  For example, the names of politicians such as George Bush and Bill Clinton are standardized in Chinese communities worldwide, with minor differences that demonstrate the level of skill of transliteration of the translator, yet the names are widely recognizable to all Chinese.

17.    Once a translated name is introduced in a newspaper or other Chinese language media source, the candidate becomes known by that translated name in the Chinese community. The Chinese community associates the candidate with his or her translated Chinese name.

I declare under the penalty of perjury and pursuant to Title 28 of the United States Code, Section 1746, that the foregoing is true and correct to the best of my knowledge, recollection, and belief.

Dated: _July 23, 2007_

_Joe Wei_
Joe Wei

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    -against-<br><br>CITY OF BOSTON, MASSACHUSETTS, et al.,<br><br>               Defendants. | Civil Action No. 05-11598WGY<br><br><u>THREE-JUDGE COURT</u> |

## <u>AFFIRMATION OF GLENN D. MAGPANTAY</u>

I, Glenn D. Magpantay, affirm that:

1.      I am a staff attorney at the Asian American Legal Defense and Education Fund ("AALDEF") where I coordinate AALDEF's voting rights program.

2.      I have overseen AALDEF's annual multilingual nonpartisan exit polls of Asian American voters since 1998.  AALDEF has conducted multilingual nonpartisan exit polls in Massachusetts in 2002, 2004, and 2006.

3.      Collectively attached to this affirmation as Exhibit 1 are true copies of the national reports (the "Reports") summarizing the exit poll findings from 2004 and 2006, *The Asian American Vote 2004: A Report on the Multilingual Exit Poll in the 2004 Presidential Election* and *The Asian American Vote in the 2006 Midterm Elections*.  The methodology used in these exit polls is described in the Reports.

4.      Collectively attached to this Affirmation as Exhibit 2 are two-page narratives and power point slides that summarize the findings in the Reports for Massachusetts in 2004 and 2006.

I declare under the penalty of perjury and pursuant to Title 28 of the United States Code, Section 1746, that the foregoing is true and correct to the best of my knowledge, recollection, and belief.

Dated: __7/23/07__

Glenn D. Magpantay

## **Table of Exhibits**

Exhibit 1 – *The Asian American Vote 2004: A Report on the Multilingual Exit Poll in the 2004 Presidential Election*, Asian American Legal Defense and Education Fund (2005); *The Asian American Vote in the 2006 Midterm Elections*, Asian American Legal Defense and Education Fund (2007).

Exhibit 2 - *The Asian American Vote 2004: The Massachusetts Asian American Vote*, Asian American Legal Defense and Education Fund (2005); *The Asian American Vote 2004: A Report on the Multilingual Exit Poll in the 2004 Presidential Election*, Presentation, Asian American Legal Defense and Education Fund (2005); *The Asian American Vote in Massachusetts*, Asian American Legal Defense and Education Fund (2007); *The Asian American Vote: A Report on the Multilingual Exit Poll in the 2006 Midterm Elections: Massachusetts*, Presentation, Asian American Legal Defense and Education Fund (2007).



# THE ASIAN AMERICAN VOTE

## 2004

### A REPORT ON THE MULTILINGUAL EXIT POLL IN THE 2004 PRESIDENTIAL ELECTION

A SPECIAL PROJECT OF THE ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND

The Asian American Legal Defense and Education Fund (AALDEF), founded in 1974, protects and promotes the civil rights of Asian Americans through litigation, legal advocacy and community education in the areas of immigrant rights, civic participation and voting rights, economic justice for workers, racially-motivated violence and police misconduct, youth rights and educational equity, affirmative action, and language rights.

This report was written by AALDEF Policy Analyst Nancy W. Yu, with the assistance of Glenn D. Magpantay, Margaret Fung, and Lillian Ling.  AALDEF also acknowledges Judy Pisnanont, Jennvine Wong, Yaejin Kim, Juvaria Khan, Sang Joon Kim, Jin Ren Zhang, Daphne Hsu, and Stephanie Chang.

**Asian American Legal Defense and Education Fund**
99 Hudson Street, 12th floor, New York, New York 10013-2815
Phone: 212.966.5932 • Fax: 212.966.4303  • Email: info@aaldef.org  • Website: www.aaldef.org

©AALDEF 2005

# The Asian American Vote

**A Report on the AALDEF Multilingual Exit Poll
in the 2004 Presidential Election**

## TABLE OF CONTENTS

Executive Summary ........................................................1

Methodology ..............................................................3

I.    Profile of Survey Respondents ........................................4

II.   Asian Americans and the Presidential Vote ............................8

      Most Important Factor in Vote for President .........................9

      Crossover Voting ....................................................9

III.  The Vote by Other Characteristics ..................................10

      First-Time Voters ..................................................10

      Foreign Born Voters ................................................10

      Young Voters .......................................................11

IV.   News Sources and Civil Rights Issues ...............................12

V.    Access to the Vote .................................................14

      Language Assistance ................................................14

      Voting Barriers ....................................................15

Appendix ...............................................................16

# EXECUTIVE SUMMARY

On November 2, 2004, the Asian American Legal Defense and Education Fund (AALDEF), with the help of several co-sponsoring organizations and 1,200 attorneys, law students, and volunteers, conducted the nation's largest nonpartisan, multilingual exit poll of almost 11,000 Asian American voters.  The questionnaire was written in 8 languages, and Asian Americans were surveyed in 23 cities in 8 states: New York, New Jersey, Massachusetts, Rhode Island, Michigan, Illinois, Pennsylvania, and Virginia.[1]

The five largest Asian groups surveyed in 2004 were Chinese (46%), South Asian (25%), Korean (14%), Southeast Asian (6%), and Filipino (5%).[2]  82% were foreign born.  29% had no formal U.S. education.  More than a third (38%) were first-time voters.

• *Asian Americans were largely Democratic voters.*
  Almost 60% of Asian Americans were registered Democrats, over a quarter were not enrolled in any political party, and only 1 in 7 Asian Americans were registered Republicans.   By a 3 to 1 margin, Asian Americans favored Senator John Kerry over President George W. Bush, 74% to 24%, with 2% voting for other candidates. Among first-time Asian American voters, 78% voted for Kerry, 20% voted for Bush, and 2% voted for other candidates.

• *Party crossover voting favored Democrats.*
  18% of all Asian Republicans crossed party lines to vote for Kerry.  By contrast, 7% of Asian Democrats voted for Bush.  Among Asian voters not enrolled in any political party, more than two thirds (70%) voted for Kerry, while 26% voted for Bush.

• *Economy/jobs was the most important issue to Asian Americans in voting for President.*

Overall, the most important issues for voters were Economy/Jobs (26%), followed by the War in Iraq (16%), Terrorism/Security (16%) and Health Care (14%).  Asian Americans who voted for Kerry were most influenced by the Economy/Jobs (29%), followed by the War in Iraq (18%) and Health Care (15%).  Among Bush supporters, the most important factors influencing their vote for President were Terrorism/Security (33%), Economy/Jobs (18%), and the War in Iraq (11%).

• *Asian Americans share common political interests, even across ethnic lines.*
  Though Asian Americans are diverse, coming from different countries and speaking different languages and dialects, in the political arena there is a fair amount of political unity.  Regardless of ethnicity, almost all Asian ethnic groups voted as a bloc for the same candidates and identified common reasons for their vote.  Voters were asked to select the most important civil rights/immigrants rights issue from the following choices: Affirmative Action, Civil Liberties, Deportation/Detention, Hate Crimes, Immigration Backlogs, Language Barriers to Services, Legalization of Immigrants, Racial Profiling, Voting/Political

---

[1] AALDEF has conducted exit polls of Asian American voters in every major election since 1988.  Over 5,000 Asian New Yorkers and 3,000 Asian voters in 4 states (NY, NJ, MA, MI) were surveyed in AALDEF's 2000 and 2002 exit polls, respectively.
[2] All percentages are based on total correct responses to survey questions.  Questions left blank or incorrectly answered were not included in calculating percentages.



Photo by Joseph Hsu, *World Journal*

Representation, and Workers' Rights. Civil Liberties was the top choice for each ethnic group.

- *Asian Americans turned to ethnic media outlets for their main source of news.* More than half (51%) of all respondents got their news about politics and community issues from the ethnic press, rather than from mainstream media outlets. The ethnic newspaper was the most common source used among those using ethnic sources. 36% of voters got their news from ethnic media sources in Asian languages.

- *Language assistance and bilingual ballots are needed to preserve access to the vote.* 41% of Asian Americans expressed that they were limited English proficient. 14% identified English as their native language. A number of poll sites were mandated to provide bilingual ballots and interpreters under the federal Voting Rights Act; other jurisdictions voluntarily provided language assistance. In the 2004 elections, almost a third of all respondents needed some form of language assistance to vote. The greatest beneficiaries of language assistance (46%) were first-time voters.

- *Asian Americans faced many voting barriers.* Hundreds of voters were directed to the wrong poll site and complained of hostile, rude or poorly trained poll workers. In one instance, 66% of voters who did not have to show identification were required to provide identification. AALDEF poll monitors and pollsters received more than 600 complaints of voting problems.

Community exit polls paint a different picture of the electorate. Different results are found when exit polls are taken in numerous Asian languages and pollsters resemble the populations they are polling. For example, only 11% of respondents in the poll conducted by the National Election Pool were first-time voters, whereas over a third (38%) of those surveyed in AALDEF's multilingual exit poll were first-time voters. Moreover, although the National Election Pool reported that 54% of Asian Americans voted for Kerry, AALDEF's exit poll found that 74% of Asian Americans voted for Kerry. Multilingual exit polls reveal vital information about Asian American voting patterns that are regularly overlooked or very different from mainstream voter surveys.

Copies of the report can be obtained online at www.aaldef.org or by calling the Asian American Legal Defense and Education Fund at 212.966.5932.

2

# METHODOLOGY

In November 2004, 1,197 volunteers surveyed 10,789 Asian American voters at 87 poll sites in 23 cities in 8 states (New York, New Jersey, Massachusetts, Rhode Island, Michigan, Illinois, Pennsylvania, and Virginia).[3]

Seven of the eight states selected were among the states with the largest Asian American populations in the nation.[4] Cities and poll sites with large concentrations of Asian American voters were selected based on census data and interviews with local elections officials and community leaders. Sites with a history of voting problems were also selected.

Poll sites were covered throughout the day, from open to close, usually 7:00 AM to 8:00 PM. Volunteers were provided by the co-sponsoring organizations, Asian Pacific American Law Student Associations, community-based organizations, and faculty at universities. All volunteers were trained in conducting the exit poll. All were nonpartisan. Volunteers were instructed to approach all Asian voters as they were leaving poll sites and to ask them to complete a questionnaire.[5]

10,789 surveys were collected.[6] The survey questionnaire was written in 7 Asian languages: Chinese, Korean, Bengali, Arabic, Vietnamese, Khmer, and Lao, in addition to English. Volunteers were conversant in 23 Asian languages and dialects: South Asian languages (Hindi, Bengali, Punjabi, Malayalam, Gujarati, Tamil, Urdu, Kannada, Nepali, Telegu, Marathi), Southeast Asian languages (Vietnamese, Khmer, Thai), Chinese dialects (Cantonese, Mandarin, Taiwanese, Fukienese, Toisan), Tagalog, Japanese, Korean, and Arabic. About 1 in 3 respondents (32%) completed the translated questionnaire. 5% of voters needed assistance in completing the survey. Assistance included volunteers reading questionnaires aloud to voters or providing translation in another language.



Photo by Jenjamin Yuh

---

[3] A full list of the poll site locations can be found at Appendix A.

[4] U.S. Census Bureau; Census 2000 Summary File 1 (SF1) 100-Percent Data. Rhode Island was the only state selected that has a comparatively small Asian American population. The inclusion and exclusion of states depended on the capacity and interest of local groups to co-sponsor the exit poll and mobilize the requisite number of volunteers.

[5] Purposive sampling methodology was employed in this exit poll. Purposive sampling is a non-random sampling method that involves choosing respondents with certain characteristics.

[6] One hundred non-Asians also voluntarily responded to the exit poll. These surveys, however, were not included in the total sample or the calculation of percentages for this report.

3

# I. Profile of Survey Respondents

**Ethnicity.** Survey respondents were predominantly Chinese (46%), South Asian (25%), Korean (14%), Southeast Asian (6%) and Filipino (5%). South Asian includes respondents of Asian Indian, Bangladeshi, Pakistani, Indo-Caribbean[7], Sri Lankan, and Nepalese heritage. Southeast Asian includes Vietnamese, Cambodians, Laotians, Hmong, Thai, Indonesians, Burmese, and Malaysians. The remaining 4% of respondents were of other Asian ethnicities, including Japanese, Arab[8], and multiracial Asians.

**Language.** While 14% of respondents identified English as their native language, more than 41% identified one or more Chinese dialects as their native language, 20% identified one or more South Asian languages, 13% identified Korean, 5% identified one or more Southeast Asian languages, 4% identified Tagalog, 1% identified Arabic, and 2% identified some other language.

Among Chinese voters, 54% selected Cantonese as their native dialect, 28% chose Mandarin, and 7% chose another Chinese dialect, including Fukienese, Shanghainese, Toisan, Taiwanese and Hakka. 10% selected English as their native language, and 1% spoke another language.

Among South Asian voters, 19% selected Bengali as their native language, 15% chose Gujarati, 14% chose Urdu, 10% chose Hindi, 6% chose Malayalam, and 5% chose Punjabi. 11% spoke multiple South Asian languages. The remaining 19% selected English as their native language, and 1% spoke another language.

Among Korean voters, nearly 89% selected Korean as their native language. 10% selected

| Percentage of Voters | Asian Respondents |
|---|---|
| 100% | Total |
| 51 | Women |
| 49 | Men |
| 46 | Chinese |
| 25 | South Asian |
| 14 | Korean |
| 6 | Southeast Asian |
| 5 | Filipino |
| 4 | Other Asian |
| 25 | 18 to 29 years old |
| 18 | 30 to 39 years old |
| 20 | 40 to 49 years old |
| 18 | 50 to 59 years old |
| 11 | 60 to 69 years old |
| 8 | 70 and over |
| 18 | Born in the U.S. |
| 82 | Foreign born, naturalized citizen: |
| | ..... 14% 0-2 years ago |
| | ..... 17% 3-5 years ago |
| | ..... 22% 6-10 years ago |
| | ..... 47% More than 10 years ago |
| 57 | Democrat |
| 15 | Republican |
| 26 | Not enrolled in any party |
| 2 | Other party |
| 38 | First-time voter |
| 62 | Has voted before |
| 29 | No formal education in the U.S. |
| | Educated in the U.S., highest level: |
| 1 | ..... Elementary school |
| 2 | ..... Less than high school |
| 6 | ..... High school degree or equivalent |
| 4 | ..... Trade school degree |
| 42 | ..... College or university degree |
| 16 | ..... Advanced degree |

---

[7] Indo-Caribbeans are ethnic Asian Indians who were brought to Caribbean nations, such as Guyana, Surinam, Trinidad, and Jamaica, as indentured servants over a century ago. Beginning in 1980 and throughout the 1990s, they have been migrating to the United States, specifically to New York.

[8] Although the U.S. Census Bureau designates Arabs as White, Arabs were included as Asian for this survey, since South Asians and Arabs faced similar problems of discrimination and racial profiling after September 11.

Figure 1. Ethnicity by Reading Proficiency.



English as their native language, and 1% spoke another language.

Among Southeast Asian voters, 57% selected Vietnamese as their native language, 25% chose Khmer, and 6% chose Laotian. Another 4% spoke Cantonese and/or Mandarin as their native language. 6% selected English as their native language, and 2% spoke another language.

Among Filipino voters, over three-quarters (77%) selected Tagalog as their native language. 22% selected English as their native language, and 1% spoke another language.

**Limited English Proficiency.** 41% of all respondents were limited English proficient.[9] Korean Americans were the most limited English proficient of all Asian ethnic groups, with 59% indicating that they have at least some difficulty reading English. Similarly, 59% of Vietnamese and 52% of Chinese voters also read English less than "very well." Among Southeast Asian voters as a whole, 48% were limited English proficient. Among the South Asians polled, Asian Indians were largely proficient in English, while

Bangladeshi and Pakistani voters exhibited higher levels of limited English proficiency, 38% and 26% respectively.

Over a third (37%) of limited English proficient respondents were first-time voters.

**Foreign Born.** 82% of all respondents were foreign born naturalized citizens, of which almost half (49%) were limited English proficient. 14% of these foreign born voters became U.S. citizens within the last two years, 17% 3 to 5 years ago, and 22% 6 to 10 years ago. 47% of those foreign born were naturalized more than 10 years ago.

Figure 2. Foreign Born.

| | |
|---|---|
| South Asian | 88% |
| Korean | 87% |
| Southeast Asian | 85% |
| All respondents | 82% |
| Chinese | 79% |
| Filipino | 75% |

---

[9] Limited English proficiency is determined by one's ability to read English less than "very well."

Figure 3. Age by Nativity.



**Age.** The age distribution of voters polled was fairly even across all groups, with Asian youth 18 to 29 years old and middle aged Asians 40 to 49 years old as the two largest age groups surveyed, 25 % and 20 % respectively. Voters over 60 years old were 19 % of the total respondent pool, in addition to those aged 30 to 39 and 50 to 59, each 18 % respectively. More than 95 % of Asian voters above the age of 40 were foreign born, while over half of the Asian youth (52 %) were native U.S. born.

**Educational Attainment.** 29 % of all respondents had no formal education in the United States. 3 % had less than a high school education, 10 % attained high school or trade school degrees from a U.S. school, 42 % attended college or university in the U.S., and 16 % held advanced graduate degrees.[10] Moreover, 38 % of limited English proficient voters had no formal education in the U.S.

[10] Other surveys, such as the census, often phrase questions on educational attainment without making distinctions between the education completed abroad and the education acquired in the U.S. The percentages presented in this report reflect education attainment only in the U.S.

Figure 4. Ethnicity by Party Affiliation.



**Party Affiliation.** A majority of Asian Americans (57%) were registered Democrats, 15% were registered as Republicans, and only 2% were enrolled in other parties. 26% of all Asian American respondents were not enrolled in any political party.

While Democratic Party enrollment was the choice of each Asian ethnic group, there were some variations. By and large, South Asians, particularly Bangladeshi (84%) and Indo-Caribbean voters (81%), were registered as Democrats. A majority of Southeast Asian voters of Laotian and Cambodian descent were also enrolled as Democrats, 63% and 66% respectively. But nearly half (48%) of the Vietnamese voters who were surveyed were registered as Republicans. The Chinese respondents had the highest percentage among all Asian ethnic groups of those not enrolled in any party (32%).

**First Time Voting.** More than a third (38%) of all those surveyed stated that the November 2004 elections were the first U.S. elections in which they had voted. More than half of the Cambodian (57%), Arab (51%), and Bangladeshi (51%) respondents were first-time voters. 46% of Southeast Asians as a whole were voting for the first time. Among South Asians, there were also many first-time voters (42%), notably among the Bangladeshi and Pakistani communities.

Figure 5. First Time Voting.

| Southeast Asian | 46% |
|---|---|
| South Asian | 42% |
| All respondents | 38% |
| Chinese | 37% |
| Korean | 35% |
| Filipino | 27% |

## II. Asian Americans and the Presidential Vote

Asian Americans favored Senator John Kerry over President George W. Bush, 74% to 24%, with 2% voting for other candidates.  Exit polls conducted by the National Election Pool (ABC, Associated Press, CBS, CNN, Fox and NBC) and the *Los Angeles Times* likewise found that Asian American voters favored Kerry over Bush, but those polls had much smaller samples of Asian American voters.[11]

Among first-time Asian American voters, 78% voted for Kerry, 20% voted for Bush, and 2% voted for other candidates.

Among Asian ethnic groups, South Asians were the strongest supporters for Kerry (90%).

Compared to other racial groups, Asian Americans voted for Presidential candidates at about the same percentage as Latinos, who voted 53% for Kerry and 44% for Bush.[12]

**Figure 7. Vote for President by Racial Group.**



**Figure 6. Vote for President.**



[11] Asians made up only 2% of the total sample in the exit poll conducted by the National Election Pool and 3% of the total sample in the exit poll conducted by the *Los Angeles Times*.  These surveys were administered in English and Spanish.
[12] Exit poll data for the National Election Pool was collected by Edison Media Research and Mitofsky International.  Their national poll sampled 13,660 voters, either exiting the polling place or telephone interviews of absentee/early voters.  77% were White, 11% African Americans, 8% Latino, 2% Asian, and 2% other.  More results from this exit poll are available at http://www.msnbc.msn.com/id/5297138/.

Figure 8. Most Important Factors Influencing Their Vote for President.



## A. Most Important Factor in Vote for President

The most important issues influencing Asian Americans in their vote for president were: Economy/Jobs (26%); War in Iraq (16%); Terrorism/Security (16%); Health Care (14%); Civil Rights/Immigrant Rights (13%); Education (8%); Other (4%); and Crime in Neighborhoods (3%). Other issues included the candidate's character, gay rights, reproductive rights, stem cell research and international affairs/foreign policy.

Among Bush supporters, the factors influencing the vote were Terrorism/Security (33%), Economy/Jobs (18%), and the War in Iraq (11%). Among Kerry supporters, the factors influencing the vote were Economy/Jobs (29%), the War in Iraq (18%), and Health Care (15%).

## B. Crossover Voting

In the presidential race, 18% of all Asian Republicans crossed party lines to vote to Kerry, while only 7% of Asian Democrats crossed over to vote for Bush. Kerry was also

the choice of Asian American voters who were not enrolled in any political party.

Figure 9. Vote for President by Party Affiliation.

| Voted For | Asian Democrats | Asian Republicans | Asians Not Enrolled |
|---|---|---|---|
| Bush | 7% | 81% | 26% |
| Kerry | 91% | 18% | 70% |

Crossover voting for Kerry was stronger among Asian Americans when compared to the nation's voters. The National Election Pool reported that only 6% of all Republicans voted for Kerry, while 11% of all Democrats voted for Bush.[13]

South Asian voters showed overwhelming support for Kerry, with more than 32% of South Asian Republicans crossing party lines to vote for a Democrat. Only 2% of South Asian Democrats voted for Bush. 1 in 5 Chinese Republicans also crossed party lines to vote for Kerry, while almost 1 voter for every 10 Chinese Democrats voted for Bush.

---

[13] 37% of this sample were registered Democrats, 37% were Republican, and 26% were Independent.

## III. The Vote by Other Characteristics

### A. First-Time Voters

39% of first-time voters were limited English proficient compared to 41% overall.

Nearly half (46%) of those who used some form of language assistance were first-time voters.

Figure 10. Limited English Proficiency.



57% of first-time voters were Democrats. By contrast, 13% were Republicans and 28% were not enrolled in any party. Only 2% were enrolled in another political party.

Among these new Asian American voters, 78% voted for Kerry, 20% voted for Bush, and 2% voted for other candidates. The most important factors influencing their vote mirrored that of all voters, Economy/Jobs (27%), the War in Iraq (17%), and Terrorism/Security (14%).

### B. Foreign Born Voters

82% of the Asian Americans surveyed on Election Day were foreign born voters.[14]

Of the survey respondents who were native born, 45% voted for the first time. By contrast, 86% of those who became U.S. citizens in the last 2 years voted for the first time. Close to half (49%) of the Asian Americans who became U.S. citizens 3 to 5 years ago were also new voters.

Over half (52%) of the foreign born voters who became U.S. citizens in the last 5 years were limited English proficient. However, Asian Americans who had been naturalized 6-10 years or more than 10 years also expressed difficulty with English, 47% and 48% respectively.

Figure 11. Citizenship Tenure by First Time Voting.



[14] Foreign born voters became U.S. citizens through naturalization.

Figure 12. Citizenship Tenure by Vote for President.



There was an inverse relationship between the vote for the presidential candidates and the citizenship tenure of Asian American voters. Kerry's greatest support came from U.S. born Asian Americans and Asian Americans who became citizens within five years of the election. Conversely, Bush's greatest support came from those who had been naturalized for more than 10 years.

Foreign born voters, regardless of when they naturalized, identified Economy/Jobs as the most important factor influencing their vote for president. However, they were more likely to rank Civil Rights or Health Care as motivating factors influencing their vote than U.S. born voters, who ranked the War in Iraq second and Terrorism/Security third.

**C. Young Voters**

Close to half (48%) of Asian Americans aged 18 to 29 years old were foreign born. 63% of them voted for the first time.

Across all age groups, young people favored Kerry the most, with 84% voting for Kerry, 14% voting for Bush and 2% for other candidates. Though 9% of these Asian youth were registered in the Republican Party, 25% of them crossed party lines to vote for Kerry. By contrast, 4% of young Democrats voted for Bush.



Photo by Jenjamin Yuh

# IV. News Sources and Civil Rights Issues

## A. Source of News

Nearly 46% of Asians responded that they watched television as their main source of news about politics and community issues. Another third (33%) said that their main source of news came from the newspaper, 11% got their information from the Internet, 8% from the radio, and 2% from other sources.

More than half (51%) of all respondents got their news from the ethnic press, rather than from mainstream English media outlets.

The ethnic newspaper was the most common source (43%) among those using ethnic sources. Very few (6%), however, used the Internet, as opposed to the 19% of those using mainstream English news sources.

Korean and Chinese voters received their news about politics and community issues primarily from ethnic media outlets, most of which were translated in Asian languages.

Figure 13. Source of News.



Figure 14. Type of Media.



Figure 15. Ethnicity by Type of Media.

|  | Ethnic media in Asian language | Ethnic media in English | Mainstream English language media |
|---|---|---|---|
| Chinese | 47% | 12% | 41% |
| South Asian | 16% | 22% | 62% |
| Korean | 57% | 9% | 34% |
| Southeast Asian | 26% | 22% | 52% |
| Filipino | 6% | 16% | 78% |

**B. Immigrant Rights/Civil Rights Issues**

When asked what immigrant rights/civil rights issue was most important to them, Asian Americans overwhelmingly chose Civil Liberties as their top issue.  This issue was followed by Affirmative Action, Racial Profiling and Workers' Rights.  Each Asian ethnic group shared similar issues of importance, although there was some variation in their second and third issues.

Among first-time voters, the most important issues included Civil Liberties (28%), Workers' Rights (10%) and Racial Profiling (10%).  Likewise, foreign born Asians responded with Civil Liberties (29%) as their top immigrant rights issue, followed by Affirmative Action (10%) and Racial Profiling (10%).

Figure 16. Most Important Civil Rights Issue.













13



Photo by Joseph Hsu, *World Journal*

# V. Access to the Vote

The federal Voting Rights Act protects racial, ethnic and language minority voters. Section 2 of the Voting Rights Act guards against racial discrimination. Section 203 affirmatively requires jurisdictions with large numbers of limited English proficient voting age citizens to provide translated ballots and interpreters at poll sites. Congress also enacted the federal Help American Vote Act (HAVA) to remedy many voting problems highlighted in Florida in the 2000 elections. Several state laws and local election procedures also protect Asian American and other minority voters.

## A. Language Assistance

The 2004 exit poll covered jurisdictions that were either legally required to provide or voluntarily provided language assistance to the vote.

Section 203 of the Voting Rights Act covers jurisdictions in New York and Illinois for Asian language assistance.[15] In New York, Chinese language assistance is required in Kings County (Brooklyn) and New York County (Manhattan), and both Chinese and Korean are required in Queens County. In Illinois, Cook County is covered for Chinese language assistance. These jurisdictions must provide translated ballots, instructions, and other voting materials and interpreters at poll sites with large numbers of limited English proficient voters.

In Michigan, pursuant to a consent decree by the U. S. Department of Justice for past voting discrimination and racial profiling at the polls in violation of Section 2 of the Voting Rights Act, the City of Hamtramck provided Arabic and Bengali language assistance.[16]

Other jurisdictions in New Jersey, Massachusetts, Illinois and Pennsylvania voluntarily provide language assistance, most often in the form of interpreters at selected poll sites for particular Asian language minority voters.

Figure 17. Required Language Assistance by Language Minority Group.

| Language Minority Group[17] | Limited English Proficient | Needed an Interpreter | Needed Translated Written Materials |
|---|---|---|---|
| Chinese in Manhattan, Brooklyn, & Queens, NY | 56% | 37% | 36% |
| Korean in Queens, NY | 67% | 34% | 49% |
| Bangladeshi in Hamtramck, MI | 59% | 26% | 33% |
| Arab in Hamtramck, MI | 38% | 30% | 24% |

[15] A political subdivision is covered if more than 5% or 10,000 of its voting age citizens are members of a single language minority group and are limited English proficient, and the illiteracy rate of such language minority citizens is higher than the national illiteracy rate. A complete list of the 296 jurisdictions that are required to provide minority language assistance can be found at http://www.usdoj.gov/crt/voting/sec_203/203_notice.pdf.

[16] U.S. v. City of Hamtramck, (E.D.Mich.) Aug. 2000.

[17] Chinese voters were not surveyed at Section 203 covered poll sites in Chicago, Illinois. Consequently, the corresponding numbers for limited English proficiency and use of language assistance are not offered in this report.

Figure 18. Voluntary Language Assistance by Language Minority Group.

| Language Minority Group | Limited English Proficient | Needed an Interpreter | Needed Translated Written Materials |
|---|---|---|---|
| Korean in Palisades Park & Fort Lee, NJ | 55% | 21% | 33% |
| Chinese in Boston, MA | 65% | 43% | 52% |
| Vietnamese in Dorchester, MA | 74% | 60% | 55% |
| Cambodian in Lowell, MA | 39% | 35% | 32% |
| Korean in Greater Chicago Area, IL | 59% | 22% | 37% |
| Chinese in Philadelphia, PA | 44% | 25% | 31% |
| Vietnamese in Falls Church, VA | 55% | 29% | 24% |

All voters have a right to be assisted by a person of their choice, and these individuals (most often a friend or family member) may enter voting booths to translate the ballot for the voter. In jurisdictions where Asian American voters were growing in numbers but language assistance was not already provided, voters were allowed to bring their own interpreters. This particularly involved Southeast Asian voters (Cambodian, Laotian, Vietnamese) in Providence, RI; Chinese voters in Quincy, MA; South Asians in Edison and Jersey City, NJ; and South Asian and Vietnamese voters in Falls Church, VA.

Language assistance has expanded access to the vote for many Asian Americans. The greatest beneficiaries of language assistance (46%) were first-time voters.

**B. Voting Barriers**

Asian Americans had to overcome a number of barriers to exercise their right to vote. For example, in most jurisdictions identification was not a prerequisite to voting. HAVA now requires that certain first-time voters must provide identification.[18] Other voters were generally exempt from these new federal voting requirements. However, two thirds (66%) of New York and New Jersey voters who had registered prior to January 1, 2003 were required to show identification, even though it was not legally required under HAVA. In total, 2,789 voters reported that they were required to show some form of identification.

A number of Asian American voters polled also reported various other voting problems.

- The names of 371 voters were not on the lists of registered voters.
- 126 voters complained that poll workers were discourteous or hostile.
- 239 voters said that poll workers were poorly trained.
- 185 voters were directed to the wrong poll site or election district.
- 385 voters encountered other voting problems.

More than 600 voters called AALDEF's election hotline or complained to poll monitors to report voting problems. More must be done to ensure that Asian Americans can fully exercise their right to vote.

---

[18] HAVA's identification provisions only apply to first time voters who registered after January 1, 2003, registered by mail, and who did not provide a driver's license number or last four digits of social security numbers or the numbers did not match.

## APPENDIX

### A. Poll Site Locations

**New York**
    Manhattan (Chinatown, Lower East Side)
    Queens (Flushing, Jackson Heights,
        Elmhurst, Richmond Hill, Floral Park,
        Jamaica, Bayside)
    Brooklyn (Sunset Park, Williamsburg,
        Midwood, Kensington)

**New Jersey**
    Palisades Park
    Fort Lee
    Jersey City
    Edison
    East Brunswick

**Massachusetts**
    Boston (Chinatown, Dorchester, Mission Hill)
    Lowell
    Quincy

**Rhode Island**
    Providence

**Michigan**
    Detroit
    Hamtramck
    Dearborn
    Ann Arbor

**Illinois**
    Chicago (Nortown, Devon, Albany Park)
    Evanston
    Lincolnwood
    Glenview
    North Brook

**Pennsylvania**
    Philadelphia (Chinatown, North
        Philadelphia)

**Virginia**
    Annandale
    Falls Church
    Arlington

### B. Co-Sponsors of the Asian American Exit Poll

Asian American Bar Association of New York
Asian Pacific American Agenda Coalition
Asian Pacific American Legal Resource Center
Boston Asian Students Alliance
Chinatown Voter Education Alliance
Chinese Progressive Association
Harry H. Dow Memorial Legal Assistance Fund
Korean American Resource and Cultural Center
Korean American Voters Council of NY/NJ
Lawyers Committee for Civil Rights – Boston
National Asian American Student Convention
National Korean American Service and Education Consortium
Providence Youth and Student Movement
Organization of Chinese Americans – Detroit Chapter
South Asian American Leaders for Tomorrow
South Asian American Voting Youth
Vietnamese American Initiative for Development
Young Korean American Service and Education Center

## C. Acknowledgments

The following groups helped mobilize 1,200 volunteers to conduct the exit poll and monitor poll sites:

*Academic Institutions*

Asian American Studies Program, Hunter College/ City University of New York (CUNY)

Asian/American Center, Queens College/ City University of New York (CUNY)

Asian/Pacific/American Studies Program & Institute, New York University

Center for the Study of Race & Ethnicity, Columbia University

College of Public and Community Service, University of Massachusetts at Boston

Eagleton Institute of Politics, Rutgers University

*Asian Pacific American Law Student Associations (APALSA)*

Brooklyn Law School
Cardozo School of Law
Columbia Law School[19]
CUNY School of Law at Queens College
Fordham University School of Law
Harvard Law School
Hofstra University School of Law
New York University School of Law[19]
Northeastern University School of Law
Rutgers University School of Law
Suffolk University Law School
Southern New England School of Law
University of Chicago Law School
University of Michigan School of Law

*Community-Based Organizations*

Asian Pacific Islander American Corporate Leadership Network

Asian Americans Raise Your Voice

Coalition of Asian, African, European and Latino Immigrants of Illinois

Collaborative Opportunities for Raising Awareness

Gay Asian and Pacific Islander Men of New York

Korean American League for Civic Action
Project Impact for South Asian Americans
South Asian Youth Action!
Young Korean American Network

*Undergraduate Student Clubs and Organizations*

ACLU Chapter at University of Chicago

Arab Student Association at the University of Michigan at Ann Arbor

Asian American Alliance at Columbia University

Asian American Students Association at Brown University

Asian American Women's Alliance at New York University

United Asian American Organizations at the University of Michigan at Ann Arbor

AALDEF also acknowledges the support and assistance of the NAACP Legal Defense and Educational Fund, Puerto Rican Legal Defense and Education Fund, New Jersey Appleseed Foundation, New York Voting Rights Consortium, People for the American Way, National Asian Pacific American Bar Association, and the Asian Pacific Islander American Vote.  This report was made possible with the generous support of the Ford Foundation.

---

[18] At Columbia and NYU, both the APALSA and South Asian American Law Student Association assisted in the exit poll.



ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND

99 HUDSON STREET
NEW YORK, NY 10013
212-966-5932 TEL
212-966-4303 FAX
WWW.AALDEF.ORG

REPRINT DESIGN BY DARREN COX. ART & DESIGN



2006

# THE ASIAN AMERICAN VOTE

## IN THE 2006 MIDTERM ELECTIONS

**NY, NJ, MA, MI, PA, MD, VA, IL, WA, DC**

**A REPORT OF THE ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**

# EXECUTIVE SUMMARY

On Election Day, November 7, 2006, the Asian American Legal Defense and Education Fund (AALDEF), with the help of several co-sponsoring organizations and more than 600 attorneys, law students, and volunteers, conducted a nonpartisan, multilingual exit poll of over 4,700 Asian American voters. The questionnaire was available in English and nine Asian languages. Voters were surveyed in 23 cities across nine states—New York, New Jersey, Massachusetts, Michigan, Pennsylvania, Maryland, Virginia, Illinois, Washington—as well as Washington, D.C. AALDEF has coordinated exit polls in every major election since 1988.[1]

Multilingual exit polls give a fuller and more accurate portrait of Asian American voters than polls conducted only in English. AALDEF's exit poll often finds different results than mainstream exit polls and reveals more detailed characteristics about the Asian American community.

The five largest groups surveyed in 2006 were Chinese (38%), South Asian (27%), Korean (14%), Southeast Asian (8%), and Filipino (7%).[2] Approximately four out of five (83%) respondents were foreign born. Twenty-nine percent (29%) had no formal education in the U.S. Thirteen percent (13%) were voting for the first time.

### Asian Americans shared common political interests, even across ethnic lines.

Though Asian Americans are diverse, coming from different countries and speaking different languages and dialects, in the political arena they exhibit political unity. During the midterm elections, each Asian ethnic group voted as a bloc for the same top-ballot candidates. Every ethnic group selected Economy/Jobs as the most important issue for the 2008 Presidential candidates to address. On questions of immigration, nearly every major ethnic group shared similar opinions on specific immigration reform issues.

### For Asian Americans, Economy/Jobs was the most important issue to be addressed by 2008 Presidential candidates.

Overall, the most important issues that Asian Americans wanted the 2008 Presidential candidates to address were Economy/Jobs (28%), followed by Health Care (19%), the War in Iraq (15%), and Education (15%). Other issues identified by Asian American voters included Immigration (9%), Terrorism/Security (9%), and Moral Issues (4%).

### Asian Americans were largely Democratic voters.

Four out of every five (80%) Asian American voters supported the Democratic candidates in the top-ballot races for their respective states.[3] In all but one of those races, the Democratic candidates emerged victorious with the overwhelming support of the Asian American vote. Most notably, in the Virginia Senate race, three out of four Asian Americans (76%) voted for Democrat Jim Webb, who unseated Republican incumbent George Allen by 0.3% of the total vote. Webb's victory gave the Democrats a majority in the Senate.

*Party crossover voting heavily favored Democrats.*

Significantly more Asian American Republicans crossed party lines to vote for Democratic candidates than did Asian American Democrats voting for Republican candidates. Moreover, the majority of Asian Americans not enrolled in a party threw their support to the Democrats.

*Asian Americans supported legalization of undocumented immigrants and reducing immigration backlogs, while they opposed making being undocumented a crime.*

Of those who expressed an opinion, 75% of Asian Americans said they supported creating a way for undocumented immigrants to gain legal status. Nearly nine out of ten (89%) respondents said they favored reducing the amount of time the government takes to process paperwork for immigrants waiting to enter the country. Seventy-two percent (72%) of Asian Americans opposed making being undocumented a crime.

*Language assistance and bilingual ballots are needed to preserve access to the vote.*

Forty-three percent (43%) of Asian Americans expressed that they were limited English proficient, and 13% identified English as their native language. A number of poll sites were mandated to provide bilingual ballots and interpreters under the federal Voting Rights Act; other jurisdictions voluntarily provided language assistance. In the 2006 elections, nearly half of all voters surveyed (46%) needed interpreters to vote, and 38% used translated written materials. The greatest beneficiaries of language assistance were first-time voters, 47% of whom were limited English proficient.

*Asian Americans faced many voting barriers.*

AALDEF poll monitors and pollsters received more than 200 complaints of voting problems. Asian American voters were unlawfully required to provide identification to vote, mistreated by hostile, rude or poorly trained poll workers, directed to the wrong poll sites, and did not receive adequate notification of their poll site assignments.

Copies of this report can be obtained online at www.aaldef.org or by contacting the Asian American Legal Defense and Education Fund at 212.966.5932 or info@aaldef.org.

# Methodology

In November 2006, 593 volunteers, along with AALDEF staff and interns, surveyed 4,726 Asian American voters at 68 poll sites in 23 cities across nine states—New York, New Jersey, Massachusetts, Michigan, Pennsylvania, Maryland, Virginia, Illinois, Washington—and Washington, D.C.

The states selected for the exit poll were among those with the largest Asian American populations in the nation. Cities and poll sites with large concentrations of Asian American voters were selected based on interviews with local elections officials and community leaders. Sites with a history of voting problems were also selected.

It is important to note that jurisdictions covered by the exit poll had large Asian American communities according to the U.S. Census. While Asian Americans constitute 4.3% of the total U.S. population, they comprise:

- 12% of New York City,
- 7% of New Jersey,
- 9% of Boston, MA,
- 17% of Quincy, MA,
- 21% of Lowell, MA,
- 5% of Philadelphia, PA,
- 7% of Upper Darby, PA,
- 15% of Ann Arbor, MI,
- 10% of Hamtramck, MI,
- 15% of Rockville, MD,
- 9% of Silver Spring, MD,
- 14% of Seattle, WA,
- 5% of Chicago, IL,
- 19% of Annandale, VA, and
- 3% of the District of Columbia.[4]

Volunteer exit pollsters were stationed at poll sites throughout the day, usually 7:00AM to 8:00PM. Volunteers were recruited by the co-sponsoring organizations, Asian Pacific American Law Student Association chapters, community-based organizations, law firms, and undergraduate associations and classes. All volunteers were trained in conducting the exit poll. All were nonpartisan. Volunteers were instructed to approach all Asian voters as they were leaving poll sites to ask them to complete an anonymous questionnaire.[5]

4,726 surveys were collected. Survey questionnaires were written in nine Asian languages: Arabic, Bengali, Chinese, Gujurati, Khmer, Korean, Punjabi, Urdu, and Vietnamese, in addition to English. Volunteers were conversant in 27 Asian languages and dialects: South Asian

languages (Assamese, Bengali, Gujarati, Hindi, Konkani, Malayalam, Nepali, Punjabi, Tamil, Telegu, Urdu), Southeast Asian languages (Indonesian, Khmer, Lao, Thai, Vietnamese), Chinese dialects (Cantonese, Mandarin, Shanghainese, Taiwanese, Toisan), Arabic, Farsi, Korean, Japanese, Tagalog, and Tongan. One in three respondents (35%) completed Asian language questionnaires, while 65% completed the English version. Some voters needed assistance and had the questionnaires read aloud to them.

## I.  Profile of Survey Respondents

### Ethnicity

Survey respondents were predominantly Chinese (38%), South Asian (27%), Korean (14%), Southeast Asian (8%), Filipino (7%), and West Asian (3%). South Asian includes Asian Indians, Bangladeshis, Indo-Caribbeans[6], Pakistanis, and Sri Lankans.  Southeast Asian includes Cambodians, Laotians, Thais, and Vietnamese.  West Asian includes Arabs, Lebanese, and Yemeni.[7] The remaining respondents were of other Asian ethnicities and multiracial Asians.

### Language

While 13% of respondents identified English as their native language, 32% identified one or more Chinese dialects as their native language (including Cantonese, Mandarin, etc.), 23% spoke one or more South Asian languages (including Hindi, Urdu, Gujarati, Bengali, Punjabi, etc.), 12% spoke Korean, 7% spoke one or more Southeast Asian languages (including Vietnamese, Khmer, Lao, etc.), 5% spoke Tagalog, 3% spoke Arabic, and 2% identified some other Asian language as their native language.

Among Chinese voters, 45% selected Cantonese as their native dialect, and 32% chose Mandarin.   Eleven percent (11%) said they spoke multiple Chinese dialects and/or other Chinese dialects, including Fujianese, Hakka, Shanghainese, Taiwanese, and Toisan.  Twelve percent (12%) identified English as their native language.

Among Korean voters, 87% selected Korean as their native language, while 12% identified English as their native language.

| Percentage of Voters | Asian American respondents |
|---|---|
| 100% | 4,726 Total Surveyed |
| 48 | Women |
| 52 | Men |
| 38 | Chinese |
| 27 | South Asian |
| 14 | Korean |
| 8 | Southeast Asian |
| 7 | Filipino |
| 6 | Other Asian |
| 19 | 18 to 29 years old |
| 17 | 30 to 39 years old |
| 16.5 | 40 to 49 years old |
| 20 | 50 to 59 years old |
| 14 | 60 to 69 years old |
| 13.5 | 70 and over |
| 17 | Born in the U.S. |
| 83 | Foreign born, naturalized citizen: |
| … 8 | ….. 0-2 years ago |
| … 12 | ….. 3-5 years ago |
| … 20 | ….. 6-10 years ago |
| … 43 | ….. More than 10 years ago |
| 29 | No formal education in the U.S. |
|  | Educated in the U.S., highest level: |
| 2 | ….. Elementary school |
| 2 | ….. Less than high school |
| 8 | ….. High school degree or equivalent |
| 3 | ….. Trade school degree |
| 36 | ….. College or university degree |
| 20 | ….. Advanced degree |

Among South Asian voters, 22% selected Bengali as their native language, 16% selected Gujarati, 15% selected Urdu, 9% selected Hindi, and 6% selected Punjabi.  Meanwhile, 19% of South Asian voters spoke multiple South Asian languages and/or other South Asian languages, including Tamil, Telegu, Malayalam, and Marathi.  Twelve percent (12%) identified English as their native language.


Photo by Jenjamin Yuh

Among Southeast Asian voters, 64% selected Vietnamese as their native language, 17% selected Khmer, and 4% selected English.  Another 13% spoke multiple languages and/or other Southeast Asian languages, including Thai, Lao, Indonesian, and Burmese.

Among Filipino voters, 82% selected Tagalog as their native dialect.  Sixteen percent (16%) selected English as their native language, and 2% spoke other Filipino dialects.

## Limited English Proficiency

Forty-three percent (43%) of Asian voters surveyed said they read English less than "very well."  According to the U.S. Census, reading less than "very well" constitutes "limited English proficiency."[8]  Therefore, over two-fifths of respondents were limited English proficient.  Furthermore, almost half (47%) of all first-time voters were limited English proficient.

Of all ethnic groups, Korean voters exhibited the highest rate of limited English proficiency, with 69% indicating that they have at least some difficulty reading English.  Similarly, 55% of Southeast Asian voters and 54% of Chinese voters expressed at least some difficulty reading English.  Among South Asians, although Asian Indian voters were largely proficient in English, 40% of Bangladeshi voters and 34% of Pakistani voters read English less than "very well."

In certain neighborhoods, even higher rates of limited English proficiency were revealed.  In the Boston area, 63% of Chinatown respondents were limited English proficient, and 80% of Vietnamese voters in Dorchester were limited English proficient.  In Chicago, 88% of Korean respondents expressed difficulty reading English.

Nearly a quarter (24%) of respondents reported that they preferred voting with the help of an interpreter or translated voting materials.  Yet, 46% actually used an interpreter, either provided by the city or brought by the voter, to help them vote.  Thirty-eight percent (38%) used translated voting materials.

The three groups with the highest rates of limited English proficiency also exhibited high propensity towards the use of an interpreter or translated voting materials. Over a third (35%) of Korean voters, 34% of Chinese voters, and 31% of Southeast Asian voters said that they preferred some form of language assistance while voting.

**Foreign Born**

Eighty-three percent (83%) of all respondents were foreign born naturalized citizens. Eight percent (8%) of voters surveyed became U.S. citizens within the last two years, 12% three to five years ago, 20% six to ten years ago, and 43% more than ten years ago. The groups with the highest rates of foreign born naturalized citizens were Southeast Asians (91%) and Koreans (89%). The groups with the most native born citizens were Chinese (20%) and Asian Indians (17%). Almost all respondents over the age of 40 were foreign born naturalized citizens, while a majority (53%) of those under 30 were native born citizens.

**Age**

The age distribution of voters polled was fairly even across all groups. Asians 50 to 59 years old and Asian youth 18 to 29 years old were the two largest age groups surveyed at 20% and 19% respectively. Voters 30 to 39 years old and age 40 to 49 years old comprised the third and fourth largest groups at 17% and 16.5% respectively. Fourteen percent (14%) of voters were between the ages 60 and 69, and 13.5% were over the age of 70.

**Gender**

Out of those surveyed, 52% were male and 48% were female. There was some variation of this gender ratio among specific ethnic groups. Among South Asians, 61% were male and 39% were female. However, among Filipinos, Koreans, and Chinese, the majority of respondents were female. Sixty-five percent (65%) of Filipino respondents, 54% of Koreans, and 52% of Chinese were female.

**Educational Attainment**

Over a quarter (29%) of all respondents had no formal education in the United States. Four percent (4%) had less than a high school education, 11% attained high school or trade school degrees from a U.S. school, 36% attended college or university in the U.S., and 20% held advanced graduate degrees. Some ethnic groups had even lower rates of formal U.S. education. Over half (56%) of Korean respondents and 30% of Chinese respondents had no formal education in the U.S.

**First Time Voting**

Thirteen percent (13%) of those surveyed stated that they voted for the first time in the November 2006 elections. The groups with the highest rates of first-time voters were Cambodians (25%), Pakistanis (24%), and Bangladeshis (18%). In comparison,

| | |
|---|---|
| South Asian | 17% |
| Southeast Asian | 15% |
| ALL ASIANS | 13% |
| Chinese | 11% |
| Filipino | 10% |
| Korean | 10% |

AALDEF's exit poll of the November 2004 elections showed that 38% of all Asian Americans surveyed were voting for the first time, and that more than half of all Cambodian, Arab, and Bangladeshi respondents were first-time voters.

**Party Affiliation**

A majority of Asian Americans surveyed (59%) were registered Democrats, 12% were registered Republicans, and 3% were enrolled in other parties. Twenty-seven percent (27%) of all Asian American respondents were not enrolled in any political party.



Even though Asian Americans tended to be registered Democrats, the exit poll revealed some variations across ethnic lines. South Asian voters were enrolled in the Democratic Party at higher rates than all other Asian ethnic groups. Overall, 73% of South Asians were registered Democrats, including 70% of Asian Indians, 72% of Pakistanis, 80% of Bangladeshis, and 80% of Indo-Caribbeans.

Conversely, Southeast Asians had much lower rates of enrollment in the Democratic Party with 39% registered Democrats, 28% registered Republican, and 29% not enrolled in any party. Moreover, 31% of Vietnamese voters were registered Democrats, 33% were registered Republicans, and 32% were not enrolled.

Filipino voters also exhibited higher rates of Republican Party enrollment with 22% registered Republicans. More than half (52%) of all Filipino respondents were registered Democrats and 24% were not enrolled in any party.

## II. The Asian American Vote

In the November 2006 midterm elections, Democrats seized control of both houses of Congress for the first time in 12 years. They won a majority in the Senate with 51 of 100 seats,[9] and a majority in the House of Representatives with 233 of 435 seats.[10]

In the midst of this historical shift in power, Asian American voters heavily favored Democratic candidates in key races. Four out of every five (80%) Asian Americans voted for the Democratic candidates in the top-ballot races, and 17% voted for the Republican candidates. Asian Americans also demonstrated robust support for Democratic candidates in other state races for Governor and Attorney General.

Additionally, Asian Americans took a firm stance in supporting affirmative action in Michigan by voting against Proposal 2. Despite the myth that affirmative action policies put Asian Americans at a disadvantage relative to other racial minority groups, Asian Americans voted in a bloc to continue those policies.

### U.S. Senate Races

In the *New Jersey Senate race*, 77% of Asian Americans voted for Democratic incumbent Sen. Bob Menendez, while 20% voted for Republican challenger Thomas Kean, Jr. Among all New Jersey voters, Menendez retained his seat by an 8-point margin (53% to 45%).[11]

In the *Pennsylvania Senate race*, 70% of Asian Americans supported Democratic candidate Bob Casey, Jr., while 28% voted for incumbent Republican Sen. Rick Santorum. Among the general electorate, Casey carried 59% of the total vote and Santorum held 41%.[12]



In the *Virginia Senate race*, 76% of Asian Americans voted for Democratic challenger Jim Webb, while 22% voted for Republican incumbent Sen. George Allen.  Among all Virginia voters, Webb defeated Allen by less than 8,000 votes, a 0.3% margin of victory.[13]

In the *Maryland Senate race*, 72% of Asian Americans voted for Democrat Ben Cardin to fill the open Senate seat, while 25% voted for Republican Michael Steele.  Among the general electorate, 54% voted Cardin and 44% voted for Steele.[14]

**Governor Races**

In the *Massachusetts Gubernatorial race*, 75% of Asian Americans voted for Democratic candidate Deval Patrick, while 21% voted for Republican candidate Kerry Healey. Additionally, although most Vietnamese American respondents were not registered Democrats, a majority (53%) of Vietnamese Americans voted for Patrick.  Among all voters, Patrick defeated Healey 56% to 35% and became the first African American governor of Massachusetts and the second elected in U.S. history.[16]

In the *Illinois Gubernatorial race*, 92% of Asian Americans supported Democratic incumbent Gov. Rod Blagojevich, while 7% supported Republican challenger Judy Baar Topinka.  Among the general electorate, Gov. Blagojevich retained the governorship by a 10-point margin (50% to 40%).[15]



**Illinois U.S. House of Representatives Races**

In the race for the *Illinois 6th Congressional District*, 80% of Asian Americans voted for Democratic candidate Tammy Duckworth, an Asian American, while 20% voted for Republican candidate Peter Roskam.  In the general electorate, Roskam won the open seat by less than 5,000 votes, a 2-point margin.[17]

**New York Attorney General's Race**

In the *New York State Attorney General's race*, 82% of Asian Americans voted for Democratic candidate Andrew Cuomo, while 14% voted for Republican contender Jeanine Pirro and 4% voted for other candidates.  Among all voters, 57% voted for Cuomo and 40%

voted for Pirro.[18]

**Affirmative Action**

In Michigan, 77% of Asian American voters voted "No" to Proposal 2, which sought to end race- and gender-based affirmative action programs in education, hiring, contracting, and health initiatives. Similarly, according to the National Election Pool (NEP), 86% of African American voters also voted "No" on Proposal 2. However, the NEP exit polls did not have significant numbers of Asian or Latino respondents in Michigan and did not report how those communities voted.[19] Among all Michigan voters, 58% approved of the ban on affirmative action and 42% voted "No."[20] According to the NEP, 64% of all white voters voted "Yes" to Proposal 2.[21]

**Crossover Voting**

Party crossover voting largely benefited Democratic candidates. In some races, significantly more Asian Republicans broke party lines to vote for Democratic candidates. Additionally, most Asian Americans not enrolled in any party gave their support to the Democratic candidates as well.

In the New Jersey Senate race, 4% of Asian Democrats crossed party lines to vote for Republican candidate Thomas Kean, Jr. Meanwhile, 18% of Asian Republicans and 70% of those not enrolled in a party voted for Democratic candidate Bob Menendez.

In the Pennsylvania Senate race, 7% of Asian Democrats crossed party lines to vote for Republican candidate Rick Santorum. Meanwhile, 12% of Asian Republicans and 78% of those not enrolled in a party voted for Democratic candidate Bob Casey.

In the Virginia Senate race, 3% of Asian Democrats crossed party lines to vote for Republican candidate George Allen. Meanwhile, 18% of Asian Republicans and 74% of those not enrolled in a party voted for Democratic candidate Jim Webb.

In the Maryland Senate race, 5% of Asian Democrats crossed party lines to vote for Republican candidate Michael Steele. Meanwhile, 9% of Asian Republicans and 68% of those not enrolled in a party voted for Democratic candidate Ben Cardin.

In the Massachusetts Gubernatorial race, 8% of Asian Democrats crossed party lines to vote for Republican candidate Kerry Healey. Meanwhile, 26% of Asian Republicans and 73% of those note enrolled in a party voted for Democratic candidate Deval Patrick.

In the Illinois Gubernatorial race, 2% of Asian Democrats crossed party lines to vote for

Republican candidate Judy Baar Topinka.  Meanwhile, 39% of Asian Republicans and a solid 100% of those not enrolled in a party voted for Democratic candidate Rod Blagojevich.

In the race for the Illinois 6th District, 5% of Asian Democrats crossed party lines to vote for Republican candidate Peter Roskam.  Meanwhile, 22% of Asian Republicans and 85% of those not enrolled in a party voted for Democratic candidate Tammy Duckworth.

In New York's Attorney General race, 6% of Asian Democrats crossed party lines to vote for Republican candidate Jeanine Pirro.  Meanwhile, 42% of Asian Republicans and 77% of those not enrolled in a party voted for Democratic candidate Andrew Cuomo.

In Michigan, 27% of Asian Democrats voted "Yes" to Proposal 2 in ending affirmative action programs.  However, more than two of every three (67%) Asian Republicans voted "No" on

Proposal 2 in firm support of affirmative action.  Ninety percent (90%) of those not enrolled in a party voted against Proposal 2.

## III.  Immigrant Rights

In the spring of 2006, millions of immigrants and supporters marched in cities throughout the country demanding fair, humane immigration reform.  These massive demonstrations thrust immigrant rights into the national consciousness and ignited contentious political debates.  At issue was the Border Protection, Antiterrorism, and Illegal Immigration Control Act (H.R. 4437) passed by the House in December 2005.  This immigration bill would criminalize undocumented immigrants based on their status for the first time in U.S. history and subject them to deportation and imprisonment.

In late May of 2006, the Senate passed the Comprehensive Immigration Reform Act (S. 2611) that would create a temporary guest worker program for immigrants and provide a path to legal status and possibly citizenship for some undocumented immigrants.  The bill would also provide resources to clear immigration backlogs (some of which have a waiting list of 20 years) and promote family reunification.

Ensuing debates among politicians and mainstream news media focused around undocumented immigrants from Mexico, overlooking the Asian American stake in the issue.  Indeed,

|  | ALL ASIAN | |
|---|---|---|
|  | **Favor** | **Oppose** |
| **Creating a way for undocumented immigrants to legalize their status** | **75%** | **25%** |
| **Making being undocumented a crime** | **28%** | **72%** |
| **Reducing the backlog in processing paperwork for immigrants waiting to enter the country** | **89%** | **11%** |

AALDEF exit polls revealed that Asian American voters have strong opinions on key elements of immigration reform: legalization for undocumented immigrants, opposing the criminalization of undocumented immigrants, and the reduction of immigration backlogs.

### Creating a Way for Undocumented Immigrants to Legalize Their Status

Of those who expressed an opinion, three out of four (75%) Asian American voters said they supported a way for undocumented immigrants to gain legal status, while a quarter (25%) opposed such a measure.[22]  In addition, 78% of Asian Democrats favored legalization while

22% opposed it.  Meanwhile, 62% of Asian Republicans favored legalization and 38% opposed it.

**Making Being Undocumented a Crime**

Of those who expressed an opinion, 72% of Asian American voters opposed making being an undocumented immigrant a crime, while 28% favored making it a crime.[23]  Furthermore, 74% of Asian Democrats opposed the criminalization of undocumented immigrants and 26% favored it.  Meanwhile, 56% of Asian Republicans opposed it and 44% favored making undocumented immigration status a crime.

**Reducing Immigration Backlogs**

Of those who expressed an opinion, nearly nine out of ten (89%) Asian American voters said they favored reducing the amount of time the government takes to process paperwork for immigrants waiting to enter the country.  Eleven percent (11%) opposed a reduction in the amount of time to process immigrants.[24]  Both Asian Democrats and Republicans overwhelmingly supported reducing the amount of time for immigrants waiting to enter the country.  Eighty-eight percent (88%) of Asian Democrats and 88% of Asian Republicans were in favor of reducing immigration backlogs.

**Anti-immigrant Sentiment**

National debates on immigration reform provoked a wave of anti-immigrant sentiment as many groups vocalized staunch opposition to all immigrants and demanded harsher border enforcement.  Although "border enforcement" often meant the border between Mexico and the U.S., this backlash of xenophobia reached Asian American communities.

AALDEF asked voters to what extent they or their family had been affected by anti-immigrant attitudes.  Of those who had an opinion, 30% of Asian American voters said they had been directly affected by anti-immigrant sentiment.   Of those, nearly half (48%) said they had been



affected in public locations, 32% said they had been affected at work, and 20% said they had been affected at school.

Asian American respondents in certain states were affected by anti-immigrant sentiment at an even higher rate.  In Michigan, over half of all voters surveyed (51%) said they had been

affected by anti-immigrant sentiment. In Virginia, 39% of those surveyed had been affected. Over a third of Cambodian voters in all states (37%) were affected by anti-immigrant sentiment as well.



## IV.    Most Important Issues to be Addressed by 2008 Presidential Candidates

For the two major political parties, there will be open races for the 2008 presidential candidates. AALDEF asked voters to identify three issues they wanted addressed by future presidential hopefuls. The most important issues Asian Americans wanted addressed by 2008 presidential candidates were: Economy/ Jobs (28%); Health Care (19%); War in Iraq (15%); Education (15%); Immigration (9%); Terrorism/Security (9%); Moral Issues (4%); and Other Issues (1%).

In every state, Asian Americans of all ethnic backgrounds cited Economy/Jobs as the most



important issue to be addressed by future presidential candidates. Southeast Asians cited the issue at a rate of 33%, while South Asians cited it at 28%. Koreans, Chinese, and Filipinos each cited it at 27%.

Regardless of political party, Economy/Jobs was the number one issue for Asian Democrats (28%), for Asian Republicans (27%), and for those not enrolled in any party at (28%). Furthermore, for all three groups, Health Care was ranked as a second priority (19%, 16%, and 20%, respectively). Democrats and Republicans differed in their third top priority issue. Asian Republicans ranked Terrorism/Security as their third priority (14%). Asian Democrats, on the other hand, felt that the War in Iraq needed to be addressed much more than the issue of

## V.  Access to the Vote

The federal Voting Rights Act (VRA) protects racial, ethnic and language minority voters.  Section 2 of the Voting Rights Act guards against racial discrimination.  Section 203 requires jurisdictions with large numbers of limited English proficient voting age citizens to provide translated ballots and interpreters at poll sites.  Congress also enacted the federal Help America Vote Act (HAVA) to remedy many voting problems highlighted in Florida in the 2000 elections.  Additionally, several state laws and local election procedures protect Asian American and other minority voters.

**Language Assistance**

The 2006 exit poll covered jurisdictions that were either legally required to provide or voluntarily provided language assistance to limited English proficient voters.

Section 203 of the Voting Rights Act covers jurisdictions in Alaska, California, Hawaii, Illinois, New York, Texas, and Washington for Asian language assistance.  These jurisdictions must provide translated ballots, instructions, and other voting materials and interpreters at poll sites with large numbers of limited English proficient voters.

Only some jurisdictions covered by AALDEF's exit poll survey are required by the VRA to provide Asian language assistance.  In New York City, Chinese language assistance is required in Kings County (Brooklyn) and New York County (Manhattan), and both Chinese and Korean are required in Queens County.  In Seattle and Chicago, Chinese language assistance is required under the VRA.

In Boston, Massachusetts, Chinese and Vietnamese language assistance is required by the settlement reached in *U.S. v. City of Boston*, a lawsuit under Section 2 of the VRA.[25]  Other jurisdictions in New Jersey, Illinois, Pennsylvania, and Michigan (formerly under court order) voluntarily provide language assistance, most often in the form of interpreters at selected poll sites for particular Asian language minority voters.

Furthermore, under Section 208 of the Voting Rights Act, all voters have a right to be assisted by persons of their choice, and these individuals (most often a friend or family member) may enter voting booths to translate the ballot for voters.  In jurisdictions where Asian American voters are growing in numbers but language assistance is not already provided, the Voting Rights Act allows them to bring their own interpreters.

Nearly a quarter (24%) of respondents reported that they preferred voting with the help of an interpreter or translated voting materials.  Yet, 46% actually used an interpreter, either provided by the city or brought by the voter, to help them vote.  Thirty-eight percent (38%) used translated voting materials.

| Ethnic Group | Limited English Proficient | Prefers Voting with Assistance | Used Interpreter | Used Translated Materials |
|---|---|---|---|---|
| **New York** | | | | |
| • **Chinese** | 61% | 38% | 56% | 48% |
| • **Korean** | 76% | 37% | 79% | 60% |
| • **Bangladeshi** | 38% | 13% | 18% | 10% |
| • **Pakistani** | 40% | 17% | 43% | 13% |
| **New Jersey** | | | | |
| • **Korean** | 75% | 28% | 38% | 35% |
| • **Asian Indian** | 15% | 8% | 12% | 9% |
| **Massachusetts** | | | | |
| • **Chinese** | 60% | 42% | 42% | 59% |
| • **Vietnamese** | 75% | 53% | 79% | 69% |
| **Michigan** | | | | |
| • **Arab** | 34% | 16% | 47% | 35% |
| **Pennsylvania** | | | | |
| • **Chinese** | 30% | 17% | 30% | 9% |
| **Maryland** | | | | |
| • **Chinese** | 33% | 18% | 29% | 10% |
| **Illinois** | | | | |
| • **Korean** | 88% | 63% | 61% | 49% |

In New York City, 79% of Korean American respondents and 56% of Chinese American respondents used an interpreter to help them vote. A majority of Korean American voters (60%) and nearly half of all Chinese American voters (48%) also used translated materials on Election Day. In Massachusetts, over half of all respondents (55%) used an interpreter to help them vote, including 42% of Chinese American voters and 79% of Vietnamese American voters. Overall, 63% of all Korean American voters, 51% of all Southeast Asian American voters, and 50% of all Chinese American voters needed the help of an interpreter on Election Day.

**Voting Barriers**

Like other racial minorities, Asian Americans had to overcome a number of obstacles to exercise their right to vote.  Among the numerous voting barriers they faced, many Asian Americans were required to present identification in order to vote, even though the Help America Vote Act only requires that certain first-time voters provide identification.  However, nearly four out of five (78%) Asian American voters who were asked to present identification were not legally required to do so under HAVA.  These voters were exempt from such requirements because they had either registered before 2003 (the year in which HAVA identification requirements came into effect) or had voted in a previous election.  In New Jersey, 88% of voters asked for identification were not legally required to do so.  In Illinois and New York, of those required to present identification, 84% and 83%, respectively, had registered before 2003 or were not first-time voters. In Massachusetts, 55% of those required to show identification were not legally required to do so.

Particular Asian ethnic groups were also unlawfully required to present identification before voting at higher rates than other Asian ethnic groups.  Eighty-seven percent (87%) of Korean American voters and 89% of Filipino American voters who were required to show identification had either registered before 2003 or had voted in a previous election.

Asian Americans voters also reported a host of other voting problems:

- 148 voters did not cast a regular ballot and instead voted by provisional ballot.
- The names of 133 voters were not on the lists of registered voters.
- 100 voters complained that there were no interpreters or translations available to them.
- 59 voters complained of hostile or discourteous poll workers.
- 51 voters were directed to the wrong poll site or election district.
- 148 voters encountered other voting problems.

Overall, more than 200 individual voters filed official complaints with exit pollsters or via AALDEF's election hotline to report voting problems.

## Conclusion

The AALDEF multilingual exit poll showed Asian Americans to be a crucial political force in the 2006 midterm elections.  Though diverse, the Asian American community agreed on important political issues including immigration reform, affirmative action, and the economy.  The growing Asian American electorate has great potential to exert its political power in future elections.  Elected officials and presidential candidates can no longer overlook the Asian American vote and must now recognize this growing voice in the American electorate.

# Acknowledgments

The following groups helped mobilize over 600 volunteers to conduct the exit poll and monitor poll sites:

*National Co-Sponsors*

Asian Pacific Islander American Vote
Lawyers' Committee for Civil Rights Under Law
National Asian Pacific American Bar Association
National Korean American Service & Education Consortium
Organization of Chinese Americans
People For the American Way Foundation
South Asian American Leaders of Tomorrow
Shearman & Sterling LLP
Weil Gotshal & Manges LLP

*Local Co-Sponsors*

Asian American Bar Association of New York
Asian American Bar Association of the Delaware Valley
Asian American Lawyers Association of Massachusetts
Asian Bar Association of Washington
Asian Pacific American Bar Association of the Greater Washington, DC Area
Asian Pacific American Lawyers Association of New Jersey
Asian Pacific American Legal Resource Center – DC
Cambodian Association of Greater Philadelphia
Chinatown Voter Education Alliance – NY
Coalition of Asian Pacific Americans of Virginia
Conference on Asian Pacific American Leadership – DC
Filipino American Human Services, Inc. – NY
Greater Boston Legal Services, Asian Outreach Unit
Korean American League for Civic Action – NY
Korean American Resource & Cultural Center – IL
Korean American Voters' Council of NY & NJ
ONE Lowell – MA
Pennsylvania Immigration and Citizenship Coalition
Philadelphia Chinatown Development Corporation
Providence Youth and Student Movement – RI
YKASEC–Empowering the Korean American Community – NY
The Sikh Coalition – NY
South Asian Youth Action! – NY
Vietnamese American Initiative for Development – MA
and Asian Pacific American Law Students Association chapters across the country.

# Endnotes

[1] AALDEF surveyed nearly 11,000 Asian American voters in 8 states (NY, NJ, MA, MI, IL, PA, RI, VA) in 2004, 3,000 Asian voters in 4 states (NY, NJ, MA, MI) in 2002, and over 5,000 Asian New Yorkers in 2000.

[2] All percentages are based on total correct responses to survey questions. Questions left blank or incorrectly answered were not included in calculating percentages.

[3] Survey results based on "top-ballot races" only include Senate races in MD, NJ, PA, VA, and WA, Gubernatorial races in IL and MA, the NY state Attorney General race, and the DC Mayoral race. They do not include Congressional races in IL or Proposal 2 in MI.

[4] Source: U.S. Census Bureau, 2005 American Community Survey; U.S. Census Bureau, 2000 Census.

[5] Purposive sampling methodology was employed in this exit poll rather than random sampling. Purposive sampling is a non-random sampling method that involves choosing respondents with certain characteristics.

[6] Indo-Caribbeans are ethnic Asian Indians who were brought to Caribbean nations, such as Guyana, Surinam, Trinidad, and Jamaica, as indentured servants over a century ago. Beginning in 1980 and throughout the 1990s, they have been migrating to the United States, specifically to New York.

[7] Although the U.S. Census Bureau designates Arabs as White, Arabs and other West Asians were included for this survey since South Asians and Arabs faced similar problems of discrimination and racial profiling, especially after September 11.

[8] Source: http://www.census.gov/prod/2003pubs/c2kbr-29.pdf

[9] Source: http://www.cnn.com/ELECTION/2006/pages/results/senate/

[10] Source: http://www.cnn.com/ELECTION/2006/pages/results/house/

[11] Source: http://www.cnn.com/ELECTION/2006/pages/results/states/NJ/S/01/index.html

[12] Source: http://www.cnn.com/ELECTION/2006/pages/results/states/PA/S/01/index.html

[13] Source: http://www.cnn.com/ELECTION/2006/pages/results/states/VA/S/01/index.html

[14] Source: http://www.cnn.com/ELECTION/2006/pages/results/states/MD/S/01/index.html

[15] Source: http://www.cnn.com/ELECTION/2006/pages/results/states/IL/G/00/index.html

[16] Source: http://www.cnn.com/ELECTION/2006/pages/results/states/MA/G/00/index.html

[17] Source: http://www.cnn.com/ELECTION/2006/pages/results/states/IL/H/06/

[18] Source: http://www.ny1.com/ny/Election/2006election/index.html?page_name=statewide

[19] Source: http://www.cnn.com/ELECTION/2006//pages/results/states/MI/I/01/epolls.0.html

[20] Source: http://www.cnn.com/ELECTION/2006//pages/results/ballot.measures/

[21] Source: http://www.cnn.com/ELECTION/2006//pages/results/states/MI/I/01/epolls.0.html

[22] Percentages for immigration questions exclude those responding "Not sure." Twenty-seven percent (27%) of respondents were unsure about their opinion on creating a way for undocumented immigrants to legalize their status.

[23] Thirty-four percent (34%) of respondents were unsure about their opinion on making being undocumented a crime.

[24] Twenty percent (20%) of respondents were unsure about their opinion on reducing immigration backlogs.

[25] Source: http://www.usdoj.gov/crt/voting/sec_203/documents/boston_cd2.htm

Founded in 1974, the Asian American Legal Defense and Education Fund (AALDEF) is a national organization that protects and promotes the civil rights of Asian Americans. By combining litigation, advocacy, education, and organizing, AALDEF works with Asian American communities across the country to secure human rights for all.

AALDEF focuses on critical issues affecting Asian Americans, including immigrant rights, civic participation and voting rights, economic justice for workers, language access to services, Census policy, affirmative action, youth rights and educational equity, and the elimination of anti-Asian violence, police misconduct, and human trafficking.

This report was written by Brian Redondo, AALDEF's Voting Rights Public Education Coordinator, with the assistance of Staff Attorney Glenn D. Magpantay and Executive Director Margaret Fung and data analysis by Nancy W. Yu.

**Asian American Legal Defense and Education Fund**
99 Hudson Street, 12th floor, New York, New York 10013-2815
Phone: 212.966.5932 • Fax: 212.966.4303 • Email: info@aaldef.org • Website: www.aaldef.org

AALDEF © 2007



# The Asian American Vote

*A Report on the Multilingual Exit Poll*

*in the 2006 Midterm Elections*

## *MASSACHUSETTS*

# Profile of Asian American Survey Respondents

| Percentage of Voters | Asian American respondents |
|---|---|
| 100% | 427 Total Surveyed |
| 49 | Women |
| 51 | Men |
| 56 | Chinese |
| 27 | Vietnamese |
| 10 | Cambodian |
| 7 | Other Asian |
| 21 | 18 to 29 years old |
| 17 | 30 to 39 years old |
| 13 | 40 to 49 years old |
| 19 | 50 to 59 years old |
| 15 | 60 to 69 years old |
| 15 | 70 and over |
| 17 | Born in the U.S. |
| 83 | Foreign born, naturalized citizen: |
| 7 | ….. 0-2 years ago |
| 13 | ….. 3-5 years ago |
| 25 | ….. 6-10 years ago |
| 38 | ….. More than 10 years ago |
| 29 | No formal education in the U.S. |
|  | Educated in the U.S., highest level: |
| 5 | ….. Elementary school |
| 3 | ….. Less than high school |
| 14 | ….. High school degree or equivalent |
| 5 | ….. Trade school degree |
| 32 | ….. College or university degree |
| 12 | ….. Advanced degree |

- **Boston (44%)**

- **Dorchester (28%)**

- **Quincy (16%)**

- **Lowell (12%)**

# First Time Voting by Ethnicity

| | |
|---|---|
| Cambodian | 29% |
| Vietnamese | 14% |
| ALL ASIANS | 14% |
| Chinese | 12% |

14% of Asian Americans voters said that they voted for the first time in the November 2006 midterm elections.

# First Time Voting by City/Neighborhood



# Party Enrollment by Ethnicity



ALL ASIAN: Democrat 42%, Republican 11%, Not Enrolled in a Party 43%

Chinese: Democrat 45%, Republican 3%, Not Enrolled in a Party 47%

Vietnamese: Democrat 31%, Republican 24%, Not Enrolled in a Party 44%

Cambodian: Democrat 50%, Republican 17%, Not Enrolled in a Party 28%

☐ Democrat ■ Republican ■ Not Enrolled in a Party ■ Other

# Vote for Governor by Ethnicity



# Vote for Governor by Party Affiliation

| Party Affiliation | Patrick (D) | Healey (R) | Other Candidate |
|---|---|---|---|
| Democrat | 90% | 8% | 2% |
| Republican | 26% | 66% | 8% |
| Not enrolled in any party | 73% | 23% | 4% |

# Vote for Governor by City/Neighborhood

| Neighborhood | Patrick (D) | Healey (R) | Other Candidate |
|---|---|---|---|
| Boston's Chinatown | 91% | 7% | 2% |
| Dorchester | 55% | 40% | 5% |
| Quincy | 76% | 21% | 3% |
| Lowell | 63% | 33% | 4% |

## Most Important Issues to be Addressed by 2008 Presidential Candidates



# Attitudes on Immigration Reform

| | ALL ASIAN | |
| --- | --- | --- |
| | **Favor** | **Oppose** |
| **Creating a way for undocumented immigrants to legalize their status** | **66%** | **34%** |
| **Making being undocumented a crime** | **37%** | **63%** |
| **Reducing the backlog in processing paperwork for immigrants waiting to enter the country** | **86%** | **14%** |

*Percentages exclude those responding with "Not Sure."

# Affected by Anti-Immigrant Sentiment



# Limited English Proficiency

- More than three out of every five (61%) Asian American respondents expressed that they were limited English proficient.

- Only 9% identified English as their native language.

- 75% of Vietnamese voters were limited English proficient.

- 50% of Cambodian voters were also limited English proficient.



Photo by Joseph Hsu, *World Journal*

- 60% of Chinese voters also expressed some difficulty with reading English.

# Need for Language Assistance by Language

| Poll Sites | Limited English Proficient | Prefers Voting with Assistance | Used an Interpreter | Used Translated Written Materials |
|---|---|---|---|---|
| **Boston Chinatown (Chinese Only)** | **63%** | **50%** | **45%** | **69%** |
| **Dorchester (Vietnamese Only)** | **80%** | **58%** | **85%** | **73%** |
| **Lowell (Cambodian Only)** | **50%** | **32%** | **64%** | **42%** |

# Voting Barriers

- ☐ Identification is generally **not** a prerequisite to voting.

- ☐ HAVA requires that certain first-time voters must provide identification.  Other voters were **generally exempt** from these voting requirements.

- ☐ However, 55% of Asian voters asked to show identification were not legally required to do so.

- ☐ The interpreter at a poll site in the South End in Boston asked each Chinese-speaking voter for his or her ID.

# Other Voting Problems

☐ **Voters' names were not on the lists of registered voters.**

- Four voters in Quincy complained that they had to vote by provisional ballots because their names were missing from lists of voters at their poll site.

☐ **Voters complained that poll workers were poorly trained.**

- After an elder Vietnamese woman voted at a poll site in Dorchester, poll workers informed the voter that her vote did not go through and did not offer any explanations as why or if there was any remedy.

- The Vietnamese interpreter at one poll site in Boston was unfamiliar with technical terms such as "provisional ballot."

☐ **Voters did not receive adequate notification of their poll site assignments prior to the election.**

- One voter in Lowell said he did not receive adequate notice of his poll site, and he was redirected to another, more distant poll site.

## Co-Sponsors of the Asian American Exit Poll:

Asian Pacific Islander American Vote
Lawyers' Committee for Civil Rights Under Law
National Asian Pacific American Bar Association
Nat'l Korean American Service & Educ. Consortium
Organization of Chinese Americans
People For the American Way Foundation
South Asian American Leaders of Tomorrow
Shearman & Sterling LLP
Weil Gotshal & Manges LLP

Asian American Bar Association of New York
Asian American Bar Association of the Delaware Valley
Asian American Lawyers Association of Massachusetts
Asian Bar Association of Washington
Asian Pacific American Bar Assoc. of the Greater Washington, DC Area
Asian Pacific American Lawyers Association of New Jersey
Asian Pacific American Legal Resource Center — DC
Cambodian Association of Greater Philadelphia
Chinatown Voter Education Alliance — NY
Coalition of Asian Pacific Americans of Virginia
Conference on Asian Pacific American Leadership - DC
Filipino American Human Services, Inc. — NY
Greater Boston Legal Services, Asian Outreach Unit
Korean American League for Civic Action — NY
Korean American Resource & Cultural Center — IL
Korean American Voters' Council of NY & NJ
ONE Lowell — MA
Pennsylvania Immigration and Citizenship Coalition
Philadelphia Chinatown Development Corporation
Providence Youth and Student Movement — RI
YKASEC—Empowering the Korean American Community — NY
The Sikh Coalition — NY
South Asian Youth Action! — NY
Vietnamese American Initiative for Development — MA
and Asian Pacific American Law Students Association chapters across the country



For more information about these findings, contact AALDEF at

99 Hudson Street, 12F
New York, NY 10013
Phone: 212.966.5932
Fax: 212.966.4303
Email: info@aaldef.org
Website: www.aaldef.org

©AALDEF 2007

### The Asian American Vote in Massachusetts

On Election Day, November 7, 2006, the Asian American Legal Defense and Education Fund (AALDEF), with the help of several co-sponsoring organizations and more than 600 attorneys, law students, and volunteers, conducted a nonpartisan, multilingual exit poll of over 4,700 Asian American voters.  The questionnaire was available in English and nine Asian languages.  Voters were surveyed in 23 cities across nine states—New York, New Jersey, Massachusetts, Michigan, Pennsylvania, Maryland, Virginia, Illinois, Washington—as well as Washington, D.C.

AALDEF surveyed a total of 427 Massachusetts Asian American voters.  Respondents were surveyed in Boston's Chinatown, Dorchester, Quincy and Lowell.  Highlights of the findings include:

• **Profile of respondents**.
The three largest ethnic groups surveyed in Massachusetts were Chinese (56%), Vietnamese (27%), and Cambodian (10%).  Eighty-three percent (83%) were foreign-born citizens.  Over a third (37%) of respondents had either no formal U.S. education or less than a high school education.  Fourteen percent (14%) were first-time voters.

• **The majority of Asian Americans voted for Democratic candidate Deval Patrick for Massachusetts governor.**
Three out of four (75%) Asian American voters supported Democratic candidate Deval Patrick in his bid for governor.  Twenty-one percent (21%) voted for Republican candidate Kerry Healey, and four percent (4%) voted for other candidates.  Among the total electorate, Patrick won 56% of the vote, while Healey won 35%.

• "**Economy/Jobs**" **was the most important issue Asian Americans identified for 2008 Presidential candidates to address**.
The three most important issues for 2008 presidential candidates to address were: Economy/Jobs (30%), Health Care (22%), and Education (20%).

• **Most Asian Americans were either registered Democrats or not enrolled in any political party**.
Forty-two percent (42%) of Massachusetts Asian Americans were registered Democrats, and 43% were not enrolled in any political party.  In contrast, 11% were registered Republicans.  Forty-five percent (45%) of Chinese voters were registered Democrats, 3% were Republicans, and nearly half (47%) were not enrolled in any political party.  A third (31%) of Vietnamese voters were registered Democrats, a quarter (24%) were Republicans, and 44% were not affiliated with any party.  Half (50%) of all Cambodian voters were registered Democrats, 17% were Republicans, and 29% were not enrolled in any political party.

• **Asian Americans supported legalization of undocumented immigrants and reducing immigration backlogs, while they opposed making being undocumented a crime.**
Of those who gave an opinion, 66% of respondents said they favored creating a way for undocumented immigrants to legalize their status.  Additionally, 86% of respondents said they favored reducing the amount of time the government takes to process paperwork for immigrants waiting to enter the country.  Three in five (63%) respondents also said they opposed making being undocumented a crime.

• **Many Asian Americans have been affected by anti-immigrant sentiment.**
Twenty-seven percent (27%) of respondents said they had been affected by anti-immigrant sentiment in at least one of the following locations: at work, at school, or in a public location.  Of those, half (50%) said they had been affected by anti-immigrant sentiment in public locations.

• **Language assistance and translated ballots are needed to preserve access to the vote.**
Seventy-five percent (75%) of Vietnamese American voters, sixty percent (60%) of Chinese American voters, and half (50%) of all Cambodian American voters were limited English proficient.  Less than 10% of all respondents identified English as their native language.  Over half (55%) of respondents used interpreters to vote, and 55% used translated written materials.

• **Asian American voters encountered unlawful ID requirements**.
The Help America Vote Act of 2002 requires that only certain first-time voters provide identification to vote.  Yet 55% of those asked to show identification in order to vote were not required to do so under this federal law.

**AALDEF Exit Polls**

AALDEF has conducted exit polls of Asian American voters in every major election since 1988. Nearly 11,000 Asian American voters in eight states (NY, NJ, MA, MI, IL, PA, RI, VA) were surveyed in AALDEF's 2004 exit poll. Over 3,000 Asian American voters in four states (NY, NJ, MA, MI) were surveyed in 2002, and over 5,000 Asian New Yorkers were surveyed in 2000.

**National Co-Sponsors of the Asian American Exit Poll 2006:**
Asian Pacific Islander American Vote
Lawyers' Committee for Civil Rights Under Law
National Asian Pacific American Bar Association
National Korean American Service & Education Consortium
Organization of Chinese Americans
People For the American Way Foundation
South Asian American Leaders of Tomorrow
Shearman & Sterling LLP
Weil, Gotshal & Manges LLP

**Local Co-Sponsors of the Asian American Exit Poll 2006:**
Asian American Bar Association of New York
Asian American Bar Association of the Delaware Valley
Asian American Lawyers Association of Massachusetts
Asian Bar Association of Washington
Asian Pacific American Bar Association of the Greater Washington, DC Area
Asian Pacific American Lawyers Association of New Jersey
Asian Pacific American Legal Resource Center – DC
Cambodian Association of Greater Philadelphia
Chinatown Voter Education Alliance – NY
Coalition of Asian Pacific Americans of Virginia
Conference on Asian Pacific American Leadership – DC
Filipino American Human Services, Inc. – NY
Greater Boston Legal Services, Asian Outreach Unit
Korean American League for Civic Action – NY
Korean American Resource & Cultural Center – IL
Korean American Voters' Council of NY & NJ
ONE Lowell – MA
Pennsylvania Immigration and Citizenship Coalition
Philadelphia Chinatown Development Corporation
YKASEC–Empowering the Korean American Community – NY
The Sikh Coalition – NY
South Asian Youth Action! – NY
Vietnamese American Initiative for Development – MA
and Asian Pacific American Law Students Association chapters across the country.

**For More Information, Contact:**
Glenn D. Magpantay, Staff Attorney, gmagpantay@aaldef.org
Brian Redondo, Voting Rights Public Education Coordinator, bredondo@aaldef.org
Asian American Legal Defense and Education Fund (AALDEF)
99 Hudson Street, 12th floor
New York, NY 10013
info@aaldef.org
www.aaldef.org
212-966-5932

*    *    *

The Asian American Legal Defense and Education Fund (AALDEF), founded in 1974, is a national organization that protects and promotes the civil rights of Asian Americans. By combining litigation, advocacy, education, and organizing, AALDEF works with Asian American communities across the country to secure human rights for all.