UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

                                    Plaintiff,

            -against-

CITY OF BOSTON, MASSACHUSETTS, et al.,

                                    Defendants.

Civil Action No. 05-11598 WGY

THREE-JUDGE PANEL: WGY, SL, PS

## CERTIFICATE OF SERVICE

I, Cynthia Mark, hereby certify that the Brief of Amicus Curiae, along with attachments, filed by leave of the court through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those individuals indicated as non-registered participants on July 26, 2007.

                              _/s/ Cynthia Mark_____
                              CYNTHIA MARK (BBO#567487)
                              Attorney for *amici curiae*
                              Greater Boston Legal Services
                              197 Friend Street
                              Boston, MA 02114
                              Telephone: (617) 603-1720
                              Facsimile: (617) 371-1222
                              CMark@GBLS.org

DATED:  July 26, 2007