

**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 HUDSON STREET, 12th FL, NEW YORK, NY 10013-2815  212 966-5932  FAX 212 966-4303

January 5, 2006

Geraldine Cuddyer, Chairwoman
Election Department
Boston City Hall
1 City Hall Plaza, Room 241
Boston, Massachusetts 02201

Re:    Observations of November 8, 2005 Elections

Dear Chairwoman Cuddyer:

We are writing to summarize our observations from monitoring the November 8, 2005 Elections for compliance with the federal Voting Rights Act, the Help America Vote Act ("HAVA"), and the Memorandum of Agreement and Settlement ("Agreement") entered on September 15, 2005 in the United States District Court for the District of Massachusetts, and to document other barriers encountered by Asian American and Latino voters. We thank you once again for allowing us to conduct these activities, and hope to continue to work with your office to improve voting procedures for all Boston voters.

As you know, the Asian American Legal Defense and Education Fund is a nonpartisan civil rights organization that protects and promotes the voting rights of Asian Americans. We collaborated with Greater Boston Legal Services/Asian Outreach Unit, Lawyers' Committee for Civil Rights of the Boston Bar Association, Chinese Progressive Association, Vietnamese American Initiative for Development, and the law firm of Weil, Gotshal & Manges in this effort. We limited our activities on Election Day to conducting a nonpartisan, anonymous exit poll and interviewing voters after they voted or were denied the opportunity to vote.

On November 8, 2005, we observed 29 poll sites in Boston with large percentages of Chinese Vietnamese, and Latino voters. Attachment A lists the poll sites and subsequent Attachments provide details about the individual poll sites. At the outset, we commend the City on its efforts to make Elections accessible to limited English proficient Asian American and Latino voters.

I.    Voter Survey Results

In our multilingual, nonpartisan exit poll, we surveyed 148 Asian American voters, of which 78% were Chinese, 10% Southeast Asian (primarily Vietnamese), 3% Korean, and 2% Other Asian. Voters spoke Cantonese (65%), English (14%), Vietnamese (9%), Mandarin (1%), Korean (1%), and various other languages (5%).

First-time voters comprised 17% of those surveyed, while 72% indicated they had cast votes in prior Elections. Nevertheless, 68% of voters were limited English proficient, and 32% of voters indicated they used an interpreter provided by the city or brought a friend or family member to translate. Another 9% of voters said they used translated voting materials.

**Exhibit A**

2. Multilingual signs and translated voting materials

We observed that poll sites generally complied with state and federal requirements for notifying voters about where and how to vote, that interpreters were available, and their voting rights under Massachusetts law. Still, several poll sites were missing multilingual signs and Chinese, Vietnamese, and Spanish voter assistance materials as required under Paragraphs 1, 19, 20, and 21 of the Agreement.

Paragraph 1 of the Agreement requires the city to provide "'registration or voting notices, forms, instructions, assistance or other materials or information relating to the electoral process, including ballots'" in Chinese, Vietnamese, and Spanish.

Nevertheless, we observed that the poll sites below did not provide some of the required voting materials. We ask that you confirm whether poll wardens at these poll sites documented similar observations in a checklist made available to the public, as required under Paragraph 17 of the Agreement, and, if absent, to append these incidents to the lists based on our observations below.

**Dorchester**

- VietAID Community Center (Ward 15, Precincts 7/8)
  *Vietnamese provisional/escrow ballots and envelopes remained unopened.*

- National Guard Armory (Ward 16, Precinct 2)
  *Vietnamese provisional/escrow ballots and envelopes, and voter registration forms, remained unopened.*

- Richard J. Murphy School (Ward 16, Precinct 5)
  *Vietnamese provisional/escrow ballots and envelopes, and voter registration forms, remained unopened.*

- Savin Hill Apartments (Ward 15, Precinct 6)
  *Poll workers stored Chinese and Vietnamese voting materials behind the interpreters' table. An interpreter explained that because Vietnamese voters were particularly self-conscious about notifying workers about voting problems, the interpreters would privately address their problems away from the crowded check-in tables when those problems arose. Please confirm that the poll warden documented this procedure. Finally, Spanish-language materials were generally missing from the table.*

- Dorchester House (Ward 15, Precinct 9)
  *Chinese and Vietnamese voter assistance materials were not provided unless explicitly requested. Poll workers claimed the tables were too small. Meanwhile, Spanish voter assistance materials were placed on a side table.*

3.
W
H
ab

- Pasciucco Apartments (Ward 15, Precinct 4)
  *Chinese and Vietnamese voter assistance materials were not provided unless explicitly requested. Poll workers claimed the tables were too small. Meanwhile, Spanish voter assistance materials were placed on a side table.*

- Edward Everett School (Ward 13, Precinct 9)
  *All Chinese, Vietnamese, and Spanish voter assistance materials were missing.*

- St. Williams School (Ward 13, Precinct 10)
  *All Chinese, Vietnamese, and Spanish voter assistance materials were missing.*

- Early Learning Center (Ward 15, Precinct 1)
  *Chinese, Vietnamese, and Spanish voter assistance materials were available only upon request.*

**Fenway**

- Morville House (Ward 4, Precincts 6/7)
  *Chinese and Vietnamese provisional/escrow ballots and envelopes, and voter registration forms, remained unopened. Our observer spoke with the poll warden who said that poll workers provided these materials upon a voter's request.*

- YWCA (Ward 4, Precincts 5/8)
  *Chinese and Vietnamese provisional/escrow ballots and envelopes, and voter registration forms, remained unopened. The poll warden explained that most of the non-English speaking voters in the precincts were Russian. Finally, Spanish voter assistance materials were available only upon request.*

- Blackstone School (Ward 8, Precinct 2)
  *Although this precinct provided almost all Chinese voting materials, Vietnamese provisional/escrow ballots and envelopes, and voter registration forms, remained unopened.*

**Mission Hill**

- Simmons College (Ward 4, Precinct 10)
  *Chinese provisional/escrow ballots and envelopes, and voter registration forms, remained unopened.*

3. Rude and hostile poll workers

While poll site operations generally remained transparent, the poll warden at the Alexander Hamilton School (Ward 21, Precinct 16) blocked our observer's access to view and/or inquire about translated voting materials.

*AALDEF to Election Department*  
*Election Observations*

January 5, 2006  
Page 4 of 5

Our observers also documented barriers that voters encountered while trying to vote. Specific complaints made by Asian American voters included:

- A voter at the Franklin Institute (Ward 5, Precinct 1) in Chinatown was given a Spanish-translated ballot even though she was of Asian descent. The voter further complained that Asian translators were not visible.

- Another voter at the Josiah Quincy School (Ward 3, Precinct 8) in Chinatown reported that her name was not on the voter roll even though she had previously registered through "motor-voter." The voter also reported that poll workers failed to provide her with a provisional ("escrow") ballot.

Despite these incidents, our observers generally found poll workers knowledgeable, courteous to voters, and quick to respond to voting problems. This contrasts sharply to reports of impatient and hostile poll workers in the March 14, 2005 Primary Elections, and we are glad to continue working with your department to ensure that poll worker training continues to improve.

4.   <u>Language assistance, interpreters, and mistranslated materials</u>

Paragraphs 6, 8, and 9 of the Agreement further provide for the recruitment and training of bilingual Election officers (Spanish, Chinese, and Vietnamese), and Paragraph 10 provides for on-call interpreters in any polling place without bilingual Election officers and meets a pre-determined formula by the U.S. Department of Justice. Our observers, however, reported that there were no interpreters at the following poll sites even though they fell under the Justice Department's formula:

- Chinese Interpreters  
  Tent City (Ward 4, Precinct 2)  
  Simmons College (Ward 4, Precinct 10)

- Vietnamese Interpreters  
  Richard J. Murphy School (Ward 16, Precinct 5)  
  National Guard Armory (Ward 16, Precinct 2)  
  Franklin Institute (Ward 5, Precinct 1)

- Spanish Interpreters  
  Viet Aid Community Center (Ward 15, Precincts 7/8)  
  YWCA of Boston (Ward 3, Precinct 7)  
  Pasciucco Apartments (Ward 15, Precinct 4)  
  Franklin Institute (Ward 5, Precinct 1)  
  Dorchester House (Ward 15, Precinct 9)

Relatedly, we found that ballots did not include transliterations of candidates' names. We understood this to be specifically part of the agreement with the Justice Department. We are sensitive to the short time frame in which the Commission had to prepare for this Election. We look forward to seeing the transliterations of candidates' names in future ballots.

MALDEF to Election Department                                                January 5, 2006
Election Observations                                                         Page 5 of 5

Finally, as you know, Paragraphs 21 and 28(g) of the Agreement provide for sample or facsimile ballots in Chinese, Vietnamese, and Spanish. The Chinese Progressive Association, however, reported to us that three translation errors existed on the Chinese specimen ballot, including:

- "specimen ballot" was translated as "candidate public announcement";

- "district" was translated as "administrative district" rather than "electoral district";

- "at-large" was translated as "the entire council" rather than "at-large" (all-city);

Finally, CPA also expressed concern that translations and transliterations need to be proofread by someone not only fluent in Chinese and English, but also knowledgeable about the community and Elections.

5.   Recommendations

In summary, we recommend that poll worker trainings emphasize that translated voting materials should be highly visible and readily available to limited English proficient voters. As CPA also suggested, we hope you work with knowledgeable community groups to verify the accuracy of translated voting materials and transliterations of candidates' names.

We hope you will consider our concerns and recommendations for improvement. Indeed, the past Election demonstrates that a committed effort between your office and the Asian American and Latino communities of Boston can help meet our common goal to ensure access to the vote among those populations. We look forward to helping you in this effort. If you have any questions, please do not hesitate to contact us at (212) 966-5932. Thank you.

Sincerely,

Glenn D. Magpantay
Staff Attorney

Phillip A. Olaya, Esq.
Voting Rights Public Education Coordinator

cc:   Merita A. Hopkins, Office of the Mayor
      Kate Cook, City of Boston Law Department
      Michelle K. Tassinari, Secretary of the Commonwealth of Massachusetts
      Chris Coates, James Walsh, U.S. Department of Justice

Attachments

## ATTACHMENT A
### Sites Monitored by AALDEF for Compliance with
### Section 203, HAVA, and September 15, 2005 Settlement Agreement

**Back Bay**
| | | |
|---|---|---|
| BU – Myles Standish Hall | 30 Bay State Rd. | Ward 5, Precinct 10 |

**Brighton**
| | | |
|---|---|---|
| Academy Hill Library | 40 Academy Hill Rd. | Ward 22, Precinct 3 |
| JCC for the Elderly | 30 Wallingford Rd. | Ward 21, Precinct 13 |
| Alexander Hamilton School | 198 Strathmore Rd. | Ward 21, Precinct 16 |
| Thomas A. Edison School | 60 Glenmont Rd. | Ward 22, Precinct 8 |

**Chinatown**
| | | |
|---|---|---|
| Josiah Quincy School | 885 Washington St. | Ward 3, Precinct 8 |
| YWCA of Boston | 40 Berkeley St. | Ward 3, Precinct 7 |
| Franklin Institute | 465 Tremont St. | Ward 5, Precinct 1 |

**Dorchester**
| | | |
|---|---|---|
| St. Mark's School | 197 Centre | Ward 16, Precincts 3/6 |
| Patrick O'Hearn School | 1669 Dorchester Ave. | Ward 16, Precincts 1/4 |
| Branch Library | 690 Adams St. | Ward 16, Precinct 8 |
| Viet Aid Community Ctr. | 42 Charles St. | Ward 15, Precincts 7/8 |
| National Guard Armory | 70 Victory Rd. | Ward 16, Precinct 2 |
| Richard J. Murphy School | 1 Worrell St. | Ward 16, Precinct 5 |
| Savin Hill Apartments | 130 Auckland St. | Ward 15, Precinct 6 |
| Edward Everett School | 71 Pleasant St. | Ward 13, Precinct 9 |
| St. Williams School | 100 Savin Hill Ave. | Ward 13, Precinct 10 |
| Dorchester House | 1353 Dorchester Ave. | Ward 15, Precinct 9 |
| Pasciucco Apartments | 330 Bowdoin St. | Ward 15, Precinct 4 |
| Early Learning Center | 370 Columbia Rd. | Ward 15, Precinct 1 |

**Downtown**
| | | |
|---|---|---|
| City Hall | 1 City Hall Plaza | Ward 3, Precinct 6 |
| Christopher Columbus Elderly Housing | 145 Commercial St. | Ward 3, Precinct 1 |

**Fenway**
| | | |
|---|---|---|
| Morville House | 100 Norway St. | Ward 4, Precincts 6/7 |
| YWCA | 316 Huntington Ave. | Ward 4, Precincts 5/8 |

**Mission Hill**
| | | |
|---|---|---|
| Robert and Theresa Parks Community Center | 2 New Whitney St. | Ward 10, Precinct 4 |
| Simmons College | Ave. Louis Pasteur | Ward 4, Precinct 10 |

**South End**
| | | |
|---|---|---|
| Tent City Community Room | 130 Dartmouth St. | Ward 4, Precinct 2 |
| Blackstone School | 380 Shawmut Ave. | Ward 8, Precinct 2 |

**ATTACHMENT B – Language Assistance: Multilingual Signs and Chinese, Vietnamese, and Spanish Voting Materials**

Key:
√ - Present   U - Under table   R - Provided upon request
X - Missing   S - Side table

| Poll Site and Ward Precinct | Multilingual Signs (outside and/or at entrance) | | | | | | | Chinese Materials at Check-in Table | | | | | | Vietnamese Materials at Check-in Table | | | | | | Spanish Materials at Check-in Table | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vote Here (outside) | Voter Instructions | Interpretation Available | Voter Bill of Rights | Fill-in-the-Oval | Complaints and Feedback | Other Signs | Voter registration forms | Chinese voter registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve | Voter registration forms | Vietnamese registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve | Voter registration forms | Spanish voter registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve |
| **Back Bay** | | | | | | | | | | | | | | | | | | | | | | | | | |
| BU – Myles Standish Hall | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ | √ | √ | | | | | | | √ | √ | √ | √ | √ | √ |
| **Brighton** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Academy Hill Library | √ | √ | √ | X | √ | X | | √ | √ | √ | √ | X | √ | | | | | | | | | | | | |
| JCC for the Elderly | √ | √ | √ | √ | √ | √ | | X | X | X | X | X | √ | | | | | | | | | | | | |
| Alexander Hamilton School | X | √ | √ | √ | √ | √ | | U | U | U | U | X | √ | | | | | | | | | | | | |
| Thomas A. Edison School | √ | √ | √ | √ | √ | √ | | √ | √ | X | X | √ | √ | | | | | | | | | | | | |
| **Chinatown** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Josiah Quincey School | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | | | | | | |
| YWCA of Boston | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ | √ | √ | | | | | | | | | | | | |
| Franklin Institute | √ | √ | √ | √ | √ | | | √ | √ | √ | √ | √ | √ | | | | | | | | | | | | |
| **Dorchester** | | | | | | | | | | | | | | | | | | | | | | | | | |
| St. Mark's School | √ | √ | √ | √ | √ | √ | | X | S | X | X | X | X | S | S | X | X | X | X | | | | | | |
| Patrick O'Hearn School | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | S | S | √ | √ | √ | √ |
| Branch Library | X | √ | √ | √ | √ | X | | | | | | | | √ | √ | √ | √ | -√ | √ | √ | √ | √ | √ | √ | √ |
| Viet Aid Community Center | √ | √ | √ | √ | X | X | | | | | | | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |

AALDEF to Boston Election Department
Attachment B: Multilingual Signs / Chinese, Vietnamese, and Spanish Voting Materials

January 5, 2006
Page 2

| Poll Site and Ward Precinct | Multilingual Signs (outside and/or at entrance) | | | | | | | Chinese Materials at Check-in Table | | | | | | Vietnamese Materials at Check-in Table | | | | | | Spanish Materials at Check-in Table | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vote Here (outside) | Voter Instructions | Interpretation Available | Voter Bill of Rights | Fill-in-the-Oval | Complaints and Feedback | Other Signs | Voter registration forms | Chinese voter registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve | Voter registration forms | Vietnamese registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve | Voter registration forms | Spanish voter registration | Provisional ballots | Provisional envelopes | Magnifying aid | Privacy sleeve |
| National Guard Armory | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | |
| Richard J. Murphy School | ✓ | ✓ | ✓ | ✓ | ✓ | X | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | |
| Savin Hill Apartments | ✓ | ✓ | ✓ | ✓ | ✓ | X | | ✓ | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | X | X |
| Edward Everett School | ✓ | ✓ | ✓ | X | ✓ | ✓ | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| St. Williams School | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | X | X | X | X | X | ✓ | X | X | R | R | R | ✓ | X | X | X | X | X | X |
| Dorchester House | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | R | R | R | R | R | R | R | R | R | R | R | R | S | S | S | S | S | ✓ |
| Pasciucco Apartments | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | |
| Early Learning Center | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R |
| Downtown | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | |
| City Hall | ✓ | | | | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | |
| Christopher Columbus Elderly Housing | | | | | | | | | | | | | | U | U | U | U | ✓ | ✓ | | | | | | |
| Fenway | | | | | | | | U | U | U | U | ✓ | ✓ | U | U | U | U | ✓ | ✓ | ✓ | | | | | |
| Morville House | ✓ | | | | | ✓ | | U | U | U | U | ✓ | ✓ | U | U | U | U | ✓ | ✓ | ✓ | ✓ | ✓ | R | ✓ | ✓ |
| YWCA | ✓ | | | | | ✓ | | | | | | ✓ | ✓ | | | | | | | | | R | R | ✓ | ✓ |
| Mission Hill | | | | | | | | | | | | | | | | | | | | ✓ | | | | | |
| Robert & Theresa Parks Comm. Ctr. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | ✓ | | | | | | | | | | | | |
| Simmons College | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | X | | | ✓ | | | | | | | | | | | | |
| South End | | | | | | | | | | | | | | | | | | | | | | | | | |
| Test City | X | | | | | | | | | | | | | | | | | U | | | | | | | |
| Blackstone School | | | | | | | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | R | ✓ |

ATTACHMENT C

## ATTACHMENT C – INTERPRETERS

| Poll Site and Ward Precinct | Chinese Interpreters | Vietnamese Interpreters | Spanish Interpreters |
|---|---|---|---|
| **Back Bay** | | | |
| BU – Myles Standish Hall | 1 | 0 | 1 |
| **Brighton** | | | |
| Academy Hill Library | 1 | | |
| JCC for the Elderly | 2-3 | | |
| Alexander Hamilton School | 2 | | |
| Thomas A. Edison School | 1 | | |
| **Chinatown** | | | |
| Josiah Quincy School | 4 | 1 | 1 |
| YWCA of Boston | 3 | | |
| Franklin Institute | 3 | | |
| **Dorchester** | | | |
| St. Mark's School | 1 | 3 | 1 |
| Patrick O'Hearn School | 1 | 2 | 1 |
| Branch Library | | 1 | |
| VietAID Community Center | | 2 | |
| National Guard Armory | | | |
| Richard J. Murphy School | | 1 | |
| Savin Hill Apartments | 1 | 1 | |
| Edward Everett School | 1 | 1 | |
| St. Williams School | | 1 | |
| Dorchester House | | | |
| Pasciucco Apartments | | | |
| Early Learning Center | | | 1 |
| **Downtown** | | | |
| City Hall | 1 | | |
| Christopher Columbus Elderly Housing | 1 | | |
| **Fenway** | | | |
| Morville House | 1 | | 1 |
| YWCA | 1 | | 1 |
| **Mission Hill** | | | |
| Robert & Theresa Parks Comm. Ctr. | 2 | | 2 |
| Simmons College | | | |
| **South End** | | | |

AALDEF to Boston Election Department
Attachment C: Interpreters

January 5, 2006
Page 2

| Poll Site and Ward Precinct | Chinese Interpreters | Vietnamese Interpreters | Spanish Interpreters |
|---|---|---|---|
| Tent City | | | |
| Blackstone School | 1 | | 4 |