UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>               v.<br><br>CITY OF BOSTON, MASSACHUSETTS, et al.,<br>            Defendants. | Civil Action No. 05-11598 WGY |

Secretary of the Commonwealth's Report to the Court

In light of the Court's Order dated August 3, 2007, no rebuttal arguments or other response to the United States' filings on August 1, 2007, appear necessary or appropriate. However, the Secretary reports to the Court as follows:

1.      As suggested by the Court at the hearing on July 25, 2007, the parties met to discuss whether there were any outstanding issues regarding poll worker conduct involving Chinese-speaking voters in the City of Boston.  At the meeting, held on August 2, 2007, the parties discussed matters contained in the affidavits filed by the United States.  The parties agreed that the allegations of misconduct related to the pre-Settlement period and had not been repeated in the post-Settlement period.  Also, without any party waiving any position it has taken to date, the parties discussed whether additional steps, other than transliteration, could further assist such Chinese-speaking voters, and the parties agreed to continue these discussions.

2.      To assist Chinese-speaking voters in the covered precincts, at the upcoming special state primaries and elections, the Secretary intends to implement certain additional procedures as described in his previous filings with this Court.  These include (1) the expanded use of AutoMARK Voter Assist Terminals that provide an

audio ballot, which will include the Mandarin dialect in addition to Cantonese; (2) advertising the availability of the AutoMARK Voter Assist Terminals in Chinese-language newspapers; and (3) additional signage (translated) at the polls regarding the availability of the AutoMARK Voter Assist Terminals. As indicated in a prior filing, the Secretary will submit a report to the Court on or about August 24, 2007, as to the status of these measures.

    Respectfully submitted,

    SECRETARY OF THE
    COMMONWEALTH OF
    MASSACHUSETTS
    By his attorney,

    MARTHA COAKLEY
    ATTORNEY GENERAL


    /s/ Peter Sacks
    Peter Sacks, BBO No. 548548
    Assistant Attorney General
    One Ashburton Place
    Boston, Massachusetts 02108-1698
    (617) 727-2200, ext. 2064
    Peter.Sacks@state.ma.us

    H. Reed Witherby  BBO #531600
    Special Assistant Attorney General
    Smith & Duggan LLP
    Two Center Plaza
    Boston, MA 02108
    (617) 228-4400
    rwitherby@smithduggan.com

August 8, 2007

Certificate of Service

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent this day to those who are indicated on the NEF as non-registered participants and who are not represented by counsel.

    /s/ Peter Sacks