### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO.** 05-11598-WGY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CITY OF BOSTON, MASSACHUSETTS; THOMAS M. MENINO, in his official capacity as Mayor of the City of Boston; BOSTON CITY COUNCIL; MICHAEL F. FLAHERTY, PAUL J. SCAPICCHIO, JAMES M. KELLY, MAUREEN E. FEENEY, CHARLES C. YANCY, ROB CONSALVO, JOHN TOBIN, CHUCK TURNER, MICHAEL P. ROSS, JERRY P. MCDERMOTT, FELIX D. ARROYO, MAURA HENNIGAN, STEPHEN J. MURPHY; BOSTON ELECTION DEPARTMENT; GERALDINE CUDDYER, in her official capacity as Chair of the Boston Election Department; SECRETARY OF THE COMMONWEALTH OF MASSACHUSETTS,

    Defendants.

## CITY OF BOSTON DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that on September 12, 2007, as counsel for the Defendants, City of Boston, I communicated with Peter Saks, counsel for the Secretary of the Commonwealth, in an attempt to resolve or narrow the issues presented in *City of Boston Defendants' Motion to Dismiss Intervenor Defendant Secretary of the Commonwealth's Cross-claims* but counsel have been unable to reach agreement.

/s/ Mark Sweeney
Mark Sweeney

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON AND
THOMAS M. MENINO

By their attorneys:

William F. Sinnott
Corporation Counsel

/s/ Sean P. Nehill
Sean P. Nehill, BBO #665738
Assistant Corporation Counsel
Mark Sweeney, BBO #490160
First Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4049 (Nehill)
(617) 635-4040 (Sweeney)

DATE:      September 12, 2007