IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil Action No. 05-11598-WGY |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF ELECTRONIC FILING OF** |
| | ) | **FEDERAL OBSERVER REPORTS** |
| CITY OF BOSTON, | ) | **FOR THE SEPTEMBER 25, 2007, SPECIAL** |
| MASSACHUSETTS, et al., | ) | **PRELIMINARY STATE ELECTION FOR** |
| | ) | **THE 1ST SUFFOLK REPRESENTATIVE** |
| Defendants. | ) | **DISTRICT AND THE PRELIMINARY** |
| | ) | **MUNICIPAL ELECTION FOR DISTRICTS 7** |
| _____ | ) | **AND 9** |

Pursuant to Section 8 of the Voting Rights Act of 1965, 42 U.S.C. § 1973f ("Section 8"), as amended Pub. Law 109-246, 120 Stat. 577 (2006), counsel for Plaintiff hereby files the reports created by federal observers who were present at polling sites in the City of Boston, Massachusetts for the September 25, 2007, Special Preliminary State Election for the 1st Suffolk Representative District, and the Preliminary Municipal Election for Districts 7 and 9. Federal observer presence at these elections was authorized by this Court's October 18, 2005 Order in the instant case, granting relief under Section 3(a) of the Voting Rights Act, as amended, 42 U.S.C. § 973a(a) ("Section 3(a)").

Section 8 requires federal observers whose presence is authorized pursuant to Section 3(a) to report to the Attorney General and the Court. The United States is filing these reports to satisfy this statutory requirement. See 42 U.S.C. § 1973f, as amended.

For purposes of this public filing, the United States has protected the privacy of certain information contained in the reports, including but not limited to, the identity and address of persons voting or attempting to vote and the identity of persons other than poll officials and poll watchers who provided assistance to individual voters. The United States has therefore redacted

that information.

The reports have been submitted as attachments to this electronic filing.  Additionally,

we are sending electronic copies of the reports on a compact disk to counsel for Defendants.

The original federal observer reports shall be maintained in the offices of the United

States Department of Justice, Civil Rights Division, Voting Section.


Respectfully Submitted,


RENA J. COMISAC
Acting Assistant Attorney General
Civil Rights Division


*/s/ Jared M. Slade*
JOHN TANNER
SUSANA LORENZO-GIGUERE
T. RUSSELL NOBILE
JARED M. SLADE
jared.slade@usdoj.gov
Attorneys, Voting Section
Civil Rights Division
United States Department of Justice
Room 7247 NWB
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
(202) 305-4733 (phone)
(202) 307-3961 (fax)

Date: 25th day of October, 2007

## <u>CERTIFICATE OF SERVICE</u>

I, Jared M. Slade, hereby certify that the foregoing Notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 25, 2007.


*/s/ Jared M. Slade*
JARED M. SLADE
Trial Attorney, Voting Section
United States Department of Justice



United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO  80225-0167

In Reply Refer to:          Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC  20530

RE:  Election of _Sep 25, 2007_
(Date)

_MASSAchusetts_
(State)

_Suffolk_
(County)

_Boston_
(Municipality)

_AcAdemy Hill Library_
(Name of Polling Place)

_3_
(Precinct #)

_22/3_
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above.  Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

The Time Observers:

Arrived at Polls _1:50 pm_

Departed Polls _7:50 pm_

Observer(s):

Print _Valentine Castaneda_
(Name)

Sign _[signature]_

Print _Holly Chou_
(Name)

Sign _Holly Chou_

Print _Michael Tran_
(Name)

Sign _[signature]_

Instructions to Observers:  Complete this report in BLACK INK *ONLY*.  Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.

# 1.    VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | ~~Indian~~ C | Hispanic | ~~Asian~~ V | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | | | | N/A | | | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 4 | 3 | ~~1~~0 | 0 | 0 | 1 | 0 |
| TOTAL of 1, 2, and 3 | 5~~6~~ | 3 | ~~1~~0 | 0 | 0 | 2 | 0 |

| B. Number of Persons Receiving Any Language Assistance.  Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | Indian C | Spanish | Asian V | Other |
|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 |
| **Section 1B is Not Applicable to this Coverage ☐** | | | | | |

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |
| **Section 1C is Not Applicable to this Coverage ☐** | | | | |

| D. Number of Persons Receiving Any Assistance *OTHER* than Language Assistance (See Chart A2, page 25) | Total | ~~Indian~~ Chinese | Hispanic | ~~Asian~~ Vietnamese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| **Section 1D is Not Applicable to this Coverage ☐** | | | | | | | |

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | N/A |
| 2. Challenged | |
| **Section 1E is Not Applicable to this Coverage ☒** | |

NOTE: C = Chinese
V = Vietnamese

Initials:

2

C   Chinese
V   Vietnamese

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1.  Ballots accepted | |
| 2.  Ballots partially rejected | |
| 3.  Ballots totally rejected | |
| 4.  Spoiled ballots | |
| 5.  Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |

| Section 1F is Not Applicable to this Election ☐ |
|---|

**G.  If *voting machines* are used:**

1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| Section 1G (including Question 2 below) is Not Applicable to this Election ☐ |
|---|

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?     ☐ Yes     ☐ No

   If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**
Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| Section 1H is Not Applicable to this Election ☐ |
|---|

Initials:

*HR*
*JC*
*MT*

3

## 2. DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A. *Draw a diagram of the polling place which shows the following items*:
   1. Location of voting machines or booths
   2. Location of tables for election officials
   3. Location of any officially-designated interpreters
   4. Location of voting instruction signs or cards
   5. Location of sample ballots, if any
   6. Location of telephone, if any
   7. Location of Federal observers

Note:
VB = Voting Booth



Initials: Enter

4

B.1. Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a. Setting campaigning limits? | ☐Yes ☒No | | ☐Yes ☐No | | ☐Yes ☐No |
| b. Directing voters to the polling place (e.g., "vote here")? | ☒Yes ☐No | C/V/E Entrance door | ☒Yes ☐No | C/V/E | ☐Yes ☐No |
| c. Stating assistance is available to voters? | ☒Yes ☐No | Entrance door | ☒Yes ☐No | C/E | ☐Yes ☐No |
| d. Indicating Election date? | ☒Yes ☐No | Entrance door | ☒Yes ☐No | C/E | ☐Yes ☐No |
| e. Indicating Election hours? | ☒Yes ☐No | Entrance door | ☒Yes ☐No | E | ☐Yes ☐No |
| f. Sample ballot? | ☒Yes ☐No | Entrance walls | ☒Yes ☐No | C/E | ☐Yes ☐No |
| g. Instructions for casting a regular ballot? | ☒Yes ☐No | Entrance walls | ☒Yes ☐No | C/V/S/E | ☐Yes ☐No |
| h. Instructions for casting a provisional ballot? | ☒Yes ☐No | Entrance walls | ☒Yes ☐No | C/V/E/S | ☐Yes ☐No |
| i. Instructions for mail registrants and first time voters? | ☒Yes ☐No | Entrance walls | ☒Yes ☐No | C/V/E/S | ☐Yes ☐No |
| j. Information on who to contact if voters have problems? | ☒Yes ☐No | Entrance walls | ☒Yes ☐No | C/V/E/S | ☐Yes ☐No |
| k. General voting rights information? | ☒Yes ☐No | Entrance walls | ☒Yes ☐No | S/E/C | ☐Yes ☐No |
| l. Right to cast a provisional ballot? | ☒Yes ☐No | Entrance walls | ☒Yes ☐No | C/V/S/E | ☐Yes ☐No |
| m. Laws on voting fraud and misrepresentation? | ☒Yes ☐No | Entrance walls | ☒Yes ☐No | S/E/C | ☐Yes ☐No |

2. If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

NONe observed

NoTe:
C = chinese
V = Vietnamese
S = Spanish
E = English

Initials: NP AC MT

5

C.  Phones

1.  Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place? _Yes_ ☒ Yes  ☐ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

_Library's phone_

Provide the telephone number: _Same as (2) below_

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances. _Yes_ MT
1) To check on a voter whose name is not on the list to see if the voter is allow to vote a provisional ballot. She was allow to cast a provisional ballot.
2) To check w/ city hall on another voter whose name was thought to be not on the list and was later found to be on the list.

2.  If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used _mobile phone_ and under what circumstances the officials used this phone.

617-635-3767  Voter info              617-635-4491  ⎫ Poll Worker
617-635-2212  Scanner problem         617-635-3830  ⎬ Issue
617-635-2358  Interpreter assistance  617-635-3972  ⎭

## 3. ELECTION OFFICIALS

A. List each polling official on duty. *Do NOT include special interpreters.*

WD/AD/ED, if applicable: _22 / 3_

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| Karen Sarao | White | Warren | English |
| ~~Bitty Franks~~ | ~~White~~ | | |
| Chong Liu | Chinese | Inspector/Interpreter | English, Chinese |
| Gersh Furman | Russian | Inspector/Interpreter | English, Russian |
| Patricia Courtney | Black American | Inspe Clerk MT | English, Reads a little Spanish |
| William Feegbeh | Black American | Inspector | English, a little bit of French |
| Thomas Lembo | W | Police Officers | ← left at 4:00 pm |
| Daniel McCarty | W | Police officer | ← started at 4:00 pm |
| | | | |
| | | | |

MT

Initials:

6

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable: _____

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| Patricia Courtney | | 2:30pm | | | | | | |
| William Feegben | | 2:05pm | 5:00pm (leave) | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.    If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐    WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| Chong Liu | Inspector | Mandarin interpreter |
| Gersch Furman | Inspector | interprete Russian |
| | | |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?    ☒ Yes    ☐ No

If so, who? _Warden, Karen Sarao and ~~Police Officer~~ Thomas Jembo_

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?

☐ Yes    ☒ No

If so, who? _____N/A_____

Initials:
_VC_
_HC_
_MT_

7

D. MASTER BOARD WORKER NOTES

☒ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|----------|------------------------------|--------------------------------------|---------------------------|
|          |                              |                                      |                           |
|          |                              |                                      |                           |
|          |                              |                                      |                           |
|          |                              |                                      |                           |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master Board Worker.**

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|----------|---------------------|--------------------------------------------|--------------------------------|----------------------------------------------------|
|          |                     |                                            |                                |                                                    |
|          |                     |                                            |                                |                                                    |
|          |                     |                                            |                                |                                                    |
|          |                     |                                            |                                |                                                    |
|          |                     |                                            |                                |                                                    |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:

VØ
HC
MT

8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?    ☐ Yes    ☒ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☐

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

ℛ
ℋℭ
MT

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                    WD/AD/ED, if applicable: *w/prec.* 22/3

1. What time did the election officials arrive at the polling place? _5:30 AM_
   Indicate how this information was obtained:

   ☐ Observation     ☑ Questioning election officials

2. Were the election officials given an oath of office?          ☐ Yes     ☑ No

   If so, by whom? _Karen Sarao, Warden, stated she'd received_
   Indicate how this information was obtained: _training on Wed, Sep 19, 2007,_

   ☐ Observation     ☑ Questioning election officials   _and they (poll workers) had been_
   _~~sworn into~~ given oath_

3. List the items such as envelopes, forms, notices, cards, sample ballots, challenged/affidavit/provisional ballots, etc. that were provided to the polling site. *Do not include signs identified on page 5.* Identify any items printed in a language other than English and specify the additional language(s).

   — Voters' Comment Card is S/E/C/V/
   — City of Boston, "List of Registered Voters."
   — Mail in voter Registration — Magnifying glass (reader)
   — ballots V/C/S — Clerk's Book — Secrecy Sleeves

4. If observed, describe any other activities regarding the preparation of the polling place prior to the opening of the polls.

   NOT Observed

   NOTE:
   S = Spanish
   E = English
   C = Chinese
   V = Vietnamese

Initials: *Ye*
*Jc*
*MT*

10

B. Poll Watchers                                    WD/AD/ED, if applicable: _22/3_

    1.  Were any poll watchers present?        ☒ Yes        ☐ No

    2.  If so, obtain the following information.  *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| Williams Frankes | W | Mark Ciommas |
|  |  |  |
|  |  |  |

    3.  Did the election officials require the poll watchers to present any type of authorization?

      ☒ Yes    ☐ No    If so, what?  _Letter from Election department_

      If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

    _not allow to speak to voters ._

    4.  Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?        ☒ Yes        ☐ No

      Explain any activities poll watchers were not permitted to observe.

    _None Observed_

C.  While the Polls Were Open                       WD/AD/ED, if applicable: _22/3_

    1.  What time did the polls open?  _7:00 am_

      Indicate how this information was obtained:

      ☐ Observation        ☒ Questioning election officials

☒ 2.  Were the names of the absentee voters marked on the poll list?   ☐ Yes    ☐ No

☒ 3.  Were the absentee ballots delivered to the polls?  ☐ Yes    ☐ No

      If so, by whom? _____

      *If "no", proceed to question 5 of this section.*

☒ 4.  Were the absentee ballots counted at the polls?

      ☐ Yes        ☐ No        ☐ Not Observed

Initials:

11

5. What voting system(s) for regular ballots was used in the polling place?

  a. Direct recording electronic machines (DRE)?    ☐ Yes    ☐ No
     If yes, was the machine set to zero before voting began?

     ☐ Yes    ☐ No      ☐ Not Observed

     Was there an activator card (a device that the voter inserts into the machine to begin voting) given to the voter?      ☐ Yes    ☐ No

     If yes, who programmed the activator card? _____

  b. Lever machines?      ☐ Yes    ☐ No
     If yes, were the keys delivered in a sealed envelope on the outside of which was written the machine number and the protective counter number?

     ☐ Yes    ☐ No      ☐ Not Observed

     Did the public counter register zero before voting began?

     ☐ Yes    ☐ No      ☒ Not Observed

     If not, what number did the counter show? _____

     Was the machine locked before voting began?

     ☐ Yes    ☐ No      ☐ Not Observed

  c. Punch cards?      ☐ Yes    ☐ No
     If yes, where were voted ballots deposited by the voter?

     ☐ Ballot box

     ☐ Scanner

     ☐ Poll Official

     ☐ Other (explain)

     If there was a scanner:

     Did it reject any ballots voters inserted? ☐ Yes ☐ No    ☐ Not Observed

     Was it set to zero before voting began? ☐ Yes ☐ No    ☐ Not Observed

     Were privacy sleeves used to keep ballot choices secret?

     ☐ Yes    ☐ No      ☐ Not Observed

Initials:

d. Optical scan cards ?  ☒ Yes  ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☒ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?  ☒ Yes  ☐ No  ☐ Not Observed

Was it set to zero before voting began?  ☐ Yes  ☐ No  ☒ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☒ Yes  ☐ No  ☐ Not Observed

Paper ballots?  ☐ Yes  ☐ No

If yes, was the ballot box emptied?  ☐ Yes  ☐ No

Were the blank ballots counted/numbered?

☐ Yes  ☐ No  ☐ Not Observed

How many ballots were provided to the polling place?  _____

Was the ballot box locked prior to the start of voting?

☐ Yes  ☐ No  ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

Initials:

13

6. If **DRE** or lever **voting machines** were used:

☒ Not applicable to this election

   a. Did the voter receive any form from the poll official
      indicating he/she was permitted to vote?         ☐ Yes ☐ No
      If so, from whom? _____

   b. Was there any time limitation imposed on voters?    ☐ Yes ☐ No
      If so, how long? _____

   c. Did any voter attempt to use a marked sample ballot?  ☐ Yes ☐ No

      If so, was the voter allowed to do so?        ☐ Yes ☐ No
      If not, who prevented its usage? _____

---

7. If **paper ballots, punch cards, or optical scan cards**
   were used:                                ☐ Not applicable to this election

   a. From whom did the voter receive the ballot? _from Inspector Williams_

   b. Where did the voter go to mark the ballot? _Private area (voting Booth)._

   c. Was any time limitation imposed on voters?     ☐ Yes ☒ No
      If so, how long? _N/A_

   d. Did any voter attempt to use a marked sample ballot?  ☐ Yes ☒ No

      If so, was the voter allowed to do so?     ☐ Yes ☐ No
      If not, who prevented its usage? _N/A_

   e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

_At about 4:05pm, Federal observers witnessed a_   ☒ Yes ☐ No
_voter who marked more than one candidate, thus, the_
_ballot was rejected by the optical Scanner -- Accu-Vote._

D. Determining a Person's Eligibility to Vote

   *Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted*
   *to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the*
   *following questions:*

   1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the
      polling place or at the check-in table to determine the voter's registration status.

_City of Boston's "List of Registered_
_voters."_

Initials:

_VE_
_DC_
_MT_

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☒ Yes   ☐ No        Explain. *Federal observers saw warden-raven calls city hall to inquiry about voters' Registration status.*

3. If a person was registered in another precinct, what instruction, if any, was the voter given?

   *Voter was instructed to go to the proper Precinct -- Turned Away*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?

   *Not Observed*

5. Were any officials available at or near the polling place to register persons to vote?

   ☐ Yes   ☒ No

   If so, provide the following information:

   | Name | Title | Location |
   |------|-------|----------|
   |      |       |          |
   |      | *N/A* |          |
   |      |       |          |

   Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?        ☐ Yes   ☒ No        Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

   *Poll workers contacted City Hall for verification.*

Initials:

*RC*
*AC*
*MT*

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place.

   NoT observed

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?

      NoT observed

   b. Were there any minority voters who were unable to sign their names?

      ☐ Yes    ☑ No

      If so, were they offered assistance in the minority language in casting their ballots?

      ☐ Yes    ☐ No        If not, explain.

      N/A

Initials:

✗
✗
MT

16

c.  Did any voter who requested minority language assistance fail to receive such

assistance?        ☐ Yes    ☑ No        If so, explain the circumstances.

NOT observed

3. a.  Did any poll official or interpreters provide instruction *in a minority language*
on how to cast the ballot (e.g., how to use the machine, how to mark or punch the
ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is

allowed, how many votes may be cast for a given office, etc.)?  ☐ Yes    ☑ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and
one C1 Chart (page 27) for each voter assisted by that official during the time the
Observer is recording the interpretation of the instructions. Observe as many instances
of assistance by that official as necessary to accurately and completely record in
English the instructions given in the minority language. Enclose in quotation marks
(" words") all words, if any, spoken in English by the official. Include in the
"Explanation" part of the C1 Chart any additional information. As an example, if the
instructions given by the official varied during the day, describe when it varied and
how it varied for that official.*

b.  Where was the instruction given?

☐ Inside the booth (or while voter is voting)        N/A

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____N/A_____

If instruction was given in the minority language on how to cast a ballot and was done so
*outside* of the voting booth (or before the voter began to vote), generally how much time
elapsed between the completion of the instruction and the time the voter entered the booth
(or began to vote)? _____N/A_____

4. a.  Was an interpretation of the ballot provided in the minority language to voters?

☐ Yes    ☑ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for
each official who gave such interpretation and one C1 Chart (page 27) for each voter
assisted by that official during the time the Observer is recording the interpretation of
the ballot. Observe as many instances of assistance by that official as necessary to
accurately and completely record in English the interpretation given in the minority
language (typically, at least 5 instances, if possible). Enclose in quotation marks
(" words") all words, if any, spoken in English by the official. Include in the
"Explanation" part of the C1 Chart any additional information. As an example, if the
interpretation given by the official varied during the day, describe when it varied and
how it varied for that official.*

Initials: VR MI
☆☆☆

✱ See chart C1 (Pg 27) for additional information.

b. Where was the interpretation given?    N/A

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____N/A_____

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____N/A_____

## F. Delays in Voting

1. What was the average number of voters waiting in line to vote during the day? ___2.___

2. What was the average length of time voters had to wait to vote? __2-3 minutes__

3. Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes    ☒ No    If so, provide the following information:

a. The time the line formed __N/A__ and the number of voters in line __N/A__

b. What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

N/A

c. What action, if any, did poll officials take to alleviate the delay?

N/A

## G. Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1. Were challenged, affidavit, or other provisional-type ballots used?

☒ Yes    ☐ No    ☐ Not Observed

Initials:
NK
Xe
MT

18

On what basis did the poll worker give the provisional ballot(s)?

*voters name is not on the registration book, and after poll worker (warden) contacted City Hall.*

What language(s) were the ballots in? *English*

2. What voting system is used for provisional ballots?

   ☐ DRE?  ☐ Lever?  ☐ Optical Scan Card?  ☐ Punch Card?  ☒ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☒ Yes  ☐ No
   What languages were the form/envelope in? *English*

4. According to poll workers, under what circumstances are these provisional ballots used?

   *If voter is not found on the City of Boston's "List of Registered Voters," then poll workers would use a provisional ballot*

5. Did the poll worker provide written information to the provisional voter?

   ☒ Yes  ☐ No
   In what language(s)? *English*
   What did the document say?
   *Provisional Ballot information sheet*

6. Did the document include information on how a voter can determine if his or her provisional ballot has been counted? ☒ Yes  ☐ No

7. Were these provisional ballots kept separate from other ballots?

   ☒ Yes  ☐ No  ☐ Not Observed

8. Were these provisional ballots counted at the polls?

   ☐ Yes  ☐ No  ☒ Not Observed

Initials: *AC  MJ*

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? *If voters show up on List of Registered voters and are "flagged," then poll workers would ask for ID.*

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?          ☑ Yes          ☐ No
   If so, what were they taught in that training? *They basically told us to look out for "flagged" first time voters." Warden Sarao stated that,*

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?
   ☑ Yes          ☐ No          If so, describe. *"They have the letters "ID" next to their name," stated Warden.*

4. Did you observe any voters being asked for identification? ☑ Yes     ☐ No
   On what grounds were they asked? *When voter's name did not appear on "List of Registered voters."*
   What form(s) of ID were the poll workers willing to accept? *"Just about anything that has the voter's name and address on it," Warden Sarao stated.*
   If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot? *Warden, Karen Sarao,* ☐ Yes     ☐ No ~~Not observed~~ *We*
   Please describe what occurred. *stated that, "she'd let people vote provisional."*

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:

20

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on ***how to translate the contents of the ballot or how to provide procedural instructions in the minority language***?          ☐ Yes     ☒ No

   Did they receive notice that such a training session was scheduled? ☒ Yes     ☐ No
   Explain.

   ***If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".***

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training ***specifically on how to translate the ballot or how to provide procedural instructions in the minority language***, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. ***Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.***

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| Chang Liu (C) | Y | 09/07 | City Hall | 2 hours | Marty HC |
| Gerald Fursman | Y | 9/07 | City Hall | 2.5 hrs | do not remember |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. Was part or all of the training conducted in the minority language?  ☐ Yes     ☒ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)?  ☐ Yes     ☒ No          If so, specify: ___N/A___
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes     ☒ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes     ☒ No

   Did they find the audio-visual aid(s) helpful?  ☐ Yes     ☒ No
   Describe any comments about the audio-visual aid(s).

Initials:
HC   HC
MT

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.   *NONE*

---

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials.  Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

Federal observers interviewed poll workers to obtain DATA/information needed to complete report.

B. Provide information on the presence of any law enforcement officials and any of their activities you observed.

There was a police officer at the polling site; he (police officer) was assisting by checking out voters as they exited the polling place.

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed.  Identify media names and/or call letters.

NOT observed

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

NOT observed

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

Warden SARAO, stated to Federal Observer (VAL Castaneda) that, "handling provisional ballots is time consuming and the toughest thing to do during the voting process."

Initials:
VxC
MT

22

☐ None Observed
☑ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET       WD/AD/ED, if applicable: _____

| PERSONS PERMITTED TO VOTE | | | | |
|---|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | | Totals |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Subtotal | | |
| | | Grand Total (if last page of tally sheet) | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

23

| ☒ None Observed |
| ☐ Not applicable to this coverage |

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | |
| | | | | Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials: RL AC MT

C   Chinese
V   Vietnamese

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: 22/3

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 5:30 TO 6:45pm | KAReN SARAO WARDEN | | | | | | ✓ | 1 |
| | Family/Friend | | | | | | | |
| | NOTE: Prior to this time slot, Federal observers did not witness any voter getting Non-language Assistance. Family/Friend | | | | | | | |
| | See pg 27 (chart c) for details. | | | | | | | |
| | Family/Friend | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 1 |
| | | | | | | | Grand Total (if last page of tally sheet) | 1 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

MT

25

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE    22/3

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ████████ | Chinese | 5:35pm | ████████ | C | 6:05 pm |

| **Address** | **Address** |
|-------------|-------------|
| ████████ Brighton, MA 02135 | Netting Hill phone #: |

| **Federal Certificate of Eligibility Number, if any** | **Federal Certificate of Eligibility Number, if any** |
|---|---|
| — | — |

| **Language Spoken** *(if other than English)* | **Language Spoken** *(if other than English)* |
|---|---|
| Mandarin | Cantonese |

| **Name/Title of Official Not Permitting Vote** | **Race** | **Name/Title of Official Not Permitting Vote** Warren - Karen | **Race** |
|---|---|---|---|
| Patricia Courtney | African American | | W |

| **Reason for Not Permitting Vote** | **Reason for Not Permitting Vote** |
|---|---|
| In wrong precinct. | Voter name is not on the registration book. |

| **Specify what the official did or suggested that the voter do in order to vote.** | **Specify what the official did or suggested that the voter do in order to vote.** |
|---|---|
| The official looked in a booklet and told her the correct precinct to go and vote. | Warren called City Hall, direct voter to vote at ward 21, precinct 11 |

| **Reason Voter Believes He/She Should Be Permitted to Vote** | **Reason Voter Believes He/She Should Be Permitted to Vote** |
|---|---|
| Interviewer didn't ask this question. | Voter refuses to provide name and address, and any question. |

| **Information obtained from:** | **Information obtained from:** |
|---|---|
| ☒ Observation | ☒ Observation |
| ☒ Questioning Voter | ☒ Questioning Voter |

Initials: JL DC
MT

26

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable: 22/3

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ██████████ | C | 6:05 pm | ████████████ | White | 6:26 pm |

| Address | Address |
|---|---|
| Notting Hill | Brighton, MA 02135  617-306-9225 |

| Federal Certificate of Eligibility Number, if any | Federal Certificate of Eligibility Number, if any |
|---|---|
| — | |

| Language Spoken *(if other than English)* | Language Spoken *(if other than English)* |
|---|---|
| Cantonese | English |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|
| Warden Karen | W | Chang Liu | Chinese |

| Reason for Not Permitting Vote | Reason for Not Permitting Vote |
|---|---|
| Voter name is not on the registration book. | Wrong precinct |

| Specify what the official did or suggested that the voter do in order to vote. | Specify what the official did or suggested that the voter do in order to vote. |
|---|---|
| Warden called City Hall and direct voter to ward 21, precint 11 | Mapped his address to the correct precinct. |

| Reason Voter Believes He/She Should Be Permitted to Vote | Reason Voter Believes He/She Should Be Permitted to Vote |
|---|---|
| Voter refuses to answer question. | |

| Information obtained from: | Information obtained from: |
|---|---|
| ☒ Observation | ☒ Observation |
| ☒ Questioning Voter | ☒ Questioning Voter |

Initials:
VL  HC
MT

26  a

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: 22 w/ prec. 2 3 ve

Voter: ⬛⬛⬛    Race: O    Begin Time: 5:48 PM    End Time: 5:50 PM

Interpreter or Election Official? _Karen Sarao (Warden)_ Observer: _Val Castaneda_

Assistance Occurred:  ☑ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Voter was Unable to see the areas where she was supposed to mark her ballot._

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

_NOTE: If the answer is not 100% "YES", mark "NO"_

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | ✓ | | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | NO |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation: _Voter stated that she did not have her glasses; Warden pointed to her where she should mark the ballot & showed voter sample ballot. Voter then proceeded to properly mark her ballot and completed the voting process._

Initials: _VC_ _MT_

27

☐ None Observed
☒ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|--------|------------------------------------------------------------------|
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |

Initials:

28

☐ None Observed
☒ Not applicable to this coverage

# CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____     Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Initials:

ve
*SC*
MT

29

☒ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)    WD/AD/ED, if applicable: _____

Interpreter/Official: _____ Observer: _____

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

Ye
Ac
MT

30

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☒ BALLOTS

w/ prec. 3

WD/AD/ED, if applicable: *12*

| Name *Voter* | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ▉▉▉▉▉▉▉▉▉ | W | 3:30 pm | | | |

| **Address** ▉▉▉▉▉▉▉ | **Address** |
|---|---|
| Brighton, MA 02135 ▉▉▉ | |

| **Language Spoken** *(if other than English)* | **Language Spoken** *(if other than English)* |
|---|---|
| English | |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---|---|---|---|
| Karen – Warren called City Hall | W | | |

| **Reason** Voter moved from North Carolina on 9/18/04 received voter registration receipt. Voter name is not on the registration book | **Reason** |
|---|---|

| **Voter's Response** Voter marks the provisional ballot and gave it to the inspector Patricia | **Voter's Response** |
|---|---|

**Information obtained from:**

☒ Observation

☒ Questioning Voter

**Information obtained from:**

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials? ☒ Yes  ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes  ☒ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes  ☒ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☒ Yes  ☐ No

---

1. Did the election official check with voter registration officials? ☐ Yes  ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes  ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes  ☐ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes  ☐ No

Initials:
JC
AC
MT

31

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? *NOT OBSERVED*   ☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes    ☐ No    *NOT observed*

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes    ☐ No    *not observed*

   If not, who would not permit them to vote and what reason(s), if any, was given?

   *N/A*

*The following questions (on pages 32 – 41) concern the counting of ballots.  If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☒ **The Observer Team was not present for any procedures related to the counting of ballots.**

4. If *paper ballots* were used and counted at the polls:
   a. Were additional workers used to assist in the
      count?    ☐ Yes    ☐ No    ☒ Not applicable to this election

      If so, were these persons administered an oath?    ☐ Yes    ☐ No

   b. Was the table cleared before the ballot box was emptied?    ☐ Yes    ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?    ☐ Yes    ☐ No

      If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

      If so, who? _____

   g. Was each ballot read as marked?    ☐ Yes    ☐ No
      If not, how many were not properly read? _____
      How were they misread?

Initials:
*VR*
*JC*
*MT*

32

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

N/A

Initials:


MT

33

j.  How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

34

k. Tallying of Ballots
  1. Names of officials who kept each tally (it may be that only one tally sheet is kept). If more than one person kept the single tally sheet, note the period of time each person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l. Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?  ☐ Yes    ☐ No        If not, explain.

m. List the items placed in the ballot box.

n. List the items not placed in the ballot box and indicate where they were placed.

o. What time did the ballot box leave the polling place? _____

  Who took it?    _____

  Was it locked?  ☐ Yes    ☒ No        Was it sealed?  ☐ Yes    ☐ No

p. What time did the Observer Team leave the polling place? _____    Did an Observer accompany the ballot box?  ☐ Yes    ☐ No

5. If **DRE** or lever **voting machines** were used:

  ☒ Not applicable to this election

  a. Were the machines locked and sealed against further voting?  ☐ Yes    ☐ No

    If so, by whom? _____

  b. Who read the count from the machine? _____



c. Was the count verified by another official?   ☐ Yes   ☐ No      If so, by whom?

_____

d. Was it read correctly?                        ☐ Yes   ☐ No
e. Who recorded the vote on the official return sheets? _____

f. Was the vote recorded accurately?             ☐ Yes   ☐ No
g. List the serial numbers of the machines and record the public counter of each machine
   at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|---------------|---------|---------------|---------|---------------|
|         |               |         |               |         |               |
|         |               |         |               |         |               |

h. Was the vote announced by the poll officials?      ☐ Yes   ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with
   the figure on the counter?                         ☐ Yes   ☐ No
j. Were the absentee votes counted and tabulated with the votes shown on the machines?
   ☐ Yes   ☐ No
k. Was the statement of results signed and certified by the poll officials?
   ☐ Yes   ☐ No
l. Was the statement delivered to the election officials?   ☐ Yes   ☐ No
   By whom? _____
m. As soon as the count was completed and the results announced, was the counter
   compartment locked?   ☐ Yes   ☐ No   By whom? _____
n. Describe what was done with the election supplies such as poll lists, challenged
   ballots, etc.



o. What time did the Observer Team leave the polling place? _____

Initials:

36

6. If **punch cards or optical scan cards** were used:
   a. Was a duplicate report of the number of persons

   voting prepared?   ☐ Yes   ☐ No

   | ☒ Not applicable to this election |

   By whom?  _____
   b. What was done with the election supplies such as ballot stubs, etc.?

   c. Was the ballot box sealed?   ☐ Yes   ☐ No   By whom?  _____

   d. If appropriate, who took the ballot box to the counting center?  _____

   Did an observer accompany the ballot box?   ☐ Yes   ☐ No
   e. What time did the Observer Team leave the polling place?  _____

7. Absentee Ballots
   a. Were the absentee ballots opened and stacked?

   ☐ Yes   ☐ No

   | ☒ Not applicable to this election |

   By whom?  _____

   b. Who read the absentee ballots?  _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes   ☐ No

   If so, who?  _____

   d. Was each ballot read as marked?   ☐ Yes   ☐ No   If not, how many were not
   properly read?  _____   How were they misread?

   e. What was done with the ballots after they were read?

Initials:

37

f.  How many absentee ballots were totally rejected? _____  Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____  Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
|  | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:



38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Not applicable to this election

   ☐ Yes     ☐ No     By whom? _____

   _____

   b. Who read the ballots? _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes     ☐ No

   If so, who? _____

   d. Was each ballot read as marked?   ☐ Yes     ☐ No     If not, how many were not properly read? _____   How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?

   _____

   Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

Initials:

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE   WD/AD/ED, if applicable: ____

| | Name | Race | | Name | Race |
|---|---|---|---|---|---|
| 1 | | | 28 | | |
| 2 | | | 29 | | |
| 3 | | | 30 | | |
| 4 | | | 31 | | |
| 5 | | | 32 | | |
| 6 | | | 33 | | |
| 7 | | | 34 | | |
| 8 | | | 35 | | |
| 9 | | | 36 | | |
| 10 | | | 37 | | |
| 11 | | | 38 | | |
| 12 | | | 39 | | |
| 13 | | | 40 | | |
| 14 | | | 41 | | |
| 15 | | | 42 | | |
| 16 | | | 43 | | |
| 17 | | | 44 | | |
| 18 | | | 45 | | |
| 19 | | | 46 | | |
| 20 | | | 47 | | |
| 21 | | | 48 | | |
| 22 | | | 49 | | |
| 23 | | | 50 | | |
| 24 | | | 51 | | |
| 25 | | | 52 | | |
| 26 | | | 53 | | |
| 27 | | | 54 | | |
| Subtotals By Race | | | | | | Subtotals By Race | | | | | | |

Initials:

42



United States
# Office of
## Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:          Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of *Sept. 25, 2007*
_____
(Date)

*Mass*
_____
(State)

*Suffolk*
_____
(County)

*Boston*
_____
(Municipality)

*Brighton YMCA*
_____
(Name of Polling Place)

*4 / 7 / 13*
_____
(Precinct #)

*Ward 22*
_____
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

The Time Observers:

Arrived at Polls *6:20 AM*

Departed Polls *1:00 PM*

Instructions to Observers: Complete this report in BLACK INK *ONLY*. Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.

Respectfully yours,

Observer(s):

Print *Vannesa Martinez*
(Name)

Sign *Vanna Mat—*

Print *Alexander Chan*
(Name)

Sign *Alexander Chan*

Print *Carol Avery*
(Name)

Sign *Carol Avery*

# 1.   VOTING STATISTICS

| A.  Number of Persons Attempting to Vote at the Polls | Total | Indian Chinese | Hispanic | Asian Vietnamese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1.  Persons voting unchallenged (See Chart A, page 23) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2.  Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.  Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL of 1, 2, and 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

*AC*

| B.  Number of Persons Receiving Any Language Assistance.  Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | Indian Chinese | Spanish | Asian Vietnamese | Other |
|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 |
| **Section 1B is Not Applicable to this Coverage ☐** | | | | | |

| C.  Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 0 | | | |
| **Section 1C is Not Applicable to this Coverage ☐** | | | | |

| D.  Number of Persons Receiving Any Assistance *OTHER* than Language Assistance  (See Chart A2, page 25) | Total | Indian Chinese | Hispanic | Asian Vietnamese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 2 | 1 | | | | 1 | |
| **Section 1D is Not Applicable to this Coverage ☒** | | | | | | | |

| E.  Absentee Ballots | Total |
|---|---|
| 1.  Unchallenged | |
| 2.  Challenged | |
| **Section 1E is Not Applicable to this Coverage ☐** | |

Initials:
VM
CA
AC

2

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1.  Ballots accepted | |
| 2.  Ballots partially rejected | |
| 3.  Ballots totally rejected | |
| 4.  Spoiled ballots | |
| 5.  Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |
| **Section 1F is Not Applicable to this Election  ☐** | |

**G.  If *voting machines* are used:**

1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| **Section 1G (including Question 2 below) is Not Applicable to this Election  ☐** | | | | | |

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?    ☐ Yes    ☐ No
If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**

Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| **Section 1H is Not Applicable to this Election  ☐** | | | | | |

Initials:

UM
UA
AC

3

## 2.    DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items*:
   1.  Location of voting machines or booths
   2.  Location of tables for election officials
   3.  Location of any officially-designated interpreters
   4.  Location of voting instruction signs or cards
   5.  Location of sample ballots, if any
   6.  Location of telephone, if any
   7.  Location of Federal observers



Initials:
vM
CA
AC

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a.  Setting campaigning limits? | ☐Yes ☑No | | ☐Yes ☑No | | ☐Yes ☐No |
| b.  Directing voters to the polling place (e.g., "vote here")? | ☑Yes ☐No | ENTRY DOOR TO YMCA AND TO VOTING ROOM | ☑Yes ☐No | ENGLISH, SP, VIET, CHINESE | ☐Yes ☐No |
| c.  Stating assistance is available to voters? | ☐Yes (a) ☑No | | ☐Yes (a) ☑No | | ☐Yes ☐No |
| d.  Indicating Election date? | ☐Yes ☑No | | ☐Yes ☑No | | ☐Yes ☐No |
| e.  Indicating Election hours? | ☑Yes ☐No | ENTRY DOOR TO VOTING RM | ☑Yes ☐No | ENG. | ☐Yes ☐No |
| f.  Sample ballot? | ☑Yes ☐No | ON WALL OF VOTING RM | ☑Yes ☐No | ENG. VIET SP. | ☐Yes ☐No |
| g.  Instructions for casting a regular ballot? | ☑Yes ☐No | IN THE WALL OF VOTING ROOM | ☑Yes ☐No | ENG. SP. CH. VIET. RUSS. HAITIAN CAPE VERDEAN | ☐Yes ☐No |
| h.  Instructions for casting a provisional ballot? | ☐Yes ☑No | | ☐Yes ☑No | | ☐Yes ☐No |
| i.  Instructions for mail registrants and first time voters? | ☐Yes ☑No | | ☐Yes ☑No | | ☐Yes ☐No |
| j.  Information on who to contact if voters have problems? | ☐Yes ☑No | | ☐Yes ☑No | | ☐Yes ☐No |
| k.  General voting rights information? | ☑Yes ☐No | ON WALL OF VOTING RM | ☑Yes ☐No | ENG. SP. CH. VIET. RUSS. HAITIAN CAPE VERDEAU | ☐Yes ☐No |
| l.  Right to cast a provisional ballot? | ☐Yes ☑No | | ☐Yes ☑No | | ☐Yes ☐No |
| m. Laws on voting fraud and misrepresentation? | ☐Yes ☑No | | ☐Yes ☑No | | ☐Yes ☐No |

2.  If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

(a) SIGN INDICATING CHINESE INTERPRETER AVAILABLE IF NEEDED
(b) SIGN INDICATING CHINESE BALLOTS ARE AVAILABLE
(c) MASS. BILL OF RIGHTS (ENG/SP)
(d) NOTICE TO VOTERS

Initials:


VM
CA
AC

C.  Phones
1.  Was a land line (telephone other than a mobile phone) available for use by the election
officials in the polling place?                                 ☐ Yes    ☒ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):
_____

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state
election officials, indicate under what circumstances.

2.  If any other phone (e.g., mobile phone, radio remote, etc.) was used by election
officials, indicate the type of telephone used  *Cell phone*  and under what
circumstances the officials used this phone.
*Couldn't find the voter's name, poll workers problems*
*Problems with voting machine etc. to call the*
*County Board of Election or City Hall.*

## 3. ELECTION OFFICIALS

**A.** List each polling official on duty. *Do NOT include special interpreters.*

WD/AD/ED, if applicable: 22  Prec. 7

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| Eleanor De Luca | W | Warden | English |
| Louise Mc Carthy | W | Clerk | English |
| Lauren Vogel | W | Inspector | English |
| Geroldin Gathry | B | Inspector | English |
| Dana Grant | B | Officer | English |
| AVI GREEN | W | WARDEN | ENG./SP - ½ |
| ELLEN VOGEL | W | INSPECTOR | ENG. |
| NANCY O'HARA | W | INSPECTOR | ENG |
| MIRIAM RODRIQUEZ | HISP. | INSPECTOR | ENG./SP. |
| CONSTANTINE CHONARIS | W | INSPECTOR | ENG. |
| Initials: DET. GEORGE FOLEY | W | BOSTON POLICE | ENG. |

PRECINCT 4

VM
CA
AC

6

C.    Phones

1.  Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?    ☐ Yes    ☑ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

_____

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

2.  If any other phone (e.g. mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used _Cell phone_ and under what circumstances the officials used this phone.

Couldn't find the voter's name, Poll worker problems Voting machine problems + Interpreter problems. The election officials would call City Hall in the board of election.

## 3. ELECTION OFFICIALS

A.  List each polling official on duty. *Do NOT include special interpreters.*

WD/AD/ED, if applicable: 22 Prec. 13

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| Louise Bonar | W | Warden | English |
| Jeremiah Donahue | W | Clerk | English |
| Rose McFeters | W | Inspector | English |
| John Stenson | W | Inspector | English |
| Francis Cordia | W | Inspector | English |
| Angela Tang | A | Inspector | English/Chinese |
| Michael Coyne | W | Officer | English |
| | | | |
| | | | |
| | | | |

Initial:
VM
CA
AC

6 A

Note times each polling official was absent from the polls:  WD/AD/ED, if applicable: 22 Prec. 4

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| Mariam Rodriguez | 9:20 AM | 10:20 AM | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.  If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: X          WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?          ☑ Yes          ☐ No

If so, who?  The Wardens: Louise Bonar, Prec. 13, Eleanor De Luce, Prec. 7, Avi Green, Prec. 4.

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?          ☐ Yes          ☑ No

If so, who? _____

Initials:
VM
CA
AC

7

D. MASTER BOARD WORKER NOTES

☑ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:


8

E. **Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.**

1. Were there interpreters assigned to this polling place?  ☐ Yes  ☒ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty.  Include the time each interpreter arrived at the polls.  For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed.  If "none", check here:  ☐

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

**Initials:**

*VM*
*CA*

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                          WD/AD/ED, if applicable: _____

1. What time did the election officials arrive at the polling place? _6:00 AM_
   Indicate how this information was obtained:

   ☐ Observation     ☑ Questioning election officials

2. Were the election officials given an oath of office?          ☑ Yes     ☐ No

   If so, by whom? _ELECTION OFFICIAL_

   Indicate how this information was obtained:

   ☐ Observation     ☑ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. **Do
   not include signs identified on page 5.** Identify any items printed in a language other
   than English and specify the additional language(s).

   X CHART ON EACH TABLE LISTING 7 LANGUAGES
   ENG, SPAN, CHIN, VIET, HAITIAN, RUSSIAN, CAPE VERDEAN.

   SIGN INDICATING WARD AND PRECINCT

   SIGN: ATTN: ELECTION OFFICERS. IF TRANSLATION
   ASSISTANCE IS NEEDED CALL (617) 635-2358.
   BLUE REGISTRATION / CHECK IN BOOK

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.

   POLLS WORKERS WERE COMPLETING SETUP
   OF MATERIALS

**Initials:**
VM
CA
AC

10

B. Poll Watchers

WD/AD/ED, if applicable: _32_
PRECINCT 4, 7, 13

1. Were any poll watchers present?    ☑ Yes    ☐ No

2. If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| DAVID SHRAG | W | TIM SCHOFIELD |
| ANNE LA ROSEE | W | GREG GLENNON |
| MARK GROMADA | W | MARK CIOMMO |
| LAURIE SUTHERLAND) | | |

3. Did the election officials require the poll watchers to present any type of authorization?

☑ Yes    ☐ No    If so, what? LETTER OF AUTHORIZATION FROM THE CANDIDATE

If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

NONE

4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?    ☑ Yes    ☐ No

Explain any activities poll watchers were not permitted to observe.

C. While the Polls Were Open    WD/AD/ED, if applicable: _____

1. What time did the polls open? 7:00 AM
   Indicate how this information was obtained:

   ☑ Observation    ☐ Questioning election officials

2. Were the names of the absentee voters marked on the poll list? ☐ Yes    ☐ No

3. Were the absentee ballots delivered to the polls?    ☐ Yes    ☐ No
   If so, by whom? _____
   *If "no", proceed to question 5 of this section.*

4. Were the absentee ballots counted at the polls?

   ☐ Yes    ☐ No    ☑ Not Observed

Initials:
CA
UM
AC

11

B. Poll Watchers        WD/AD/ED, if applicable: _22_

1. Were any poll watchers present?    ☑ Yes    ☐ No    Precint 4/7/13

2. If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| Kenneth Bryant | B | Mark Ciammo |
| Carol Caro | W | Tim Schofield |
| Joe Mulligan | W | Greg Glennon |

3. Did the election officials require the poll watchers to present any type of authorization?

☑ Yes   ☐ No    If so, what? Letter of authorization from the Candidates

If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

None

4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?    ☑ Yes    ☐ No

Explain any activities poll watchers were not permitted to observe.

---

C. While the Polls Were Open        WD/AD/ED, if applicable: _____

1. What time did the polls open? ___7 am___

Indicate how this information was obtained:

☑ Observation    ☐ Questioning election officials

2. Were the names of the absentee voters marked on the poll list? ☐ Yes ☐ No

3. Were the absentee ballots delivered to the polls? ☐ Yes ☐ No

If so, by whom? _____

*If "no", proceed to question 5 of this section.*

4. Were the absentee ballots counted at the polls?

☐ Yes    ☐ No    ☐ Not Observed

**Initials:**
VM
CR
AC

11–A

5.   What voting system(s) for regular ballots was used in the polling place?

   a.   Direct recording electronic machines (DRE)?     ☐ Yes     ☐ No
      If yes, was the machine set to zero before voting began?

      ☐ Yes     ☐ No     ☐ Not Observed

      Was there an activator card (a device that the voter inserts into the machine to begin

      voting) given to the voter?     ☐ Yes     ☐ No

      If yes, who programmed the activator card? _____

   b.   Lever machines?     ☐ Yes     ☐ No
      If yes, were the keys delivered in a sealed envelope on the outside of which was
      written the machine number and the protective counter number?

      ☐ Yes     ☐ No     ☐ Not Observed

      Did the public counter register zero before voting began?

      ☐ Yes     ☐ No     ☐ Not Observed

      If not, what number did the counter show? _____

      Was the machine locked before voting began?

      ☐ Yes     ☐ No     ☐ Not Observed

   c.   Punch cards?     ☐ Yes     ☐ No
      If yes, where were voted ballots deposited by the voter?

      ☐ Ballot box

      ☐ Scanner

      ☐ Poll Official

      ☐ Other (explain)

      If there was a scanner:

      Did it reject any ballots voters inserted? ☐ Yes ☐ No     ☐ Not Observed

      Was it set to zero before voting began? ☐ Yes ☐ No     ☐ Not Observed

      Were privacy sleeves used to keep ballot choices secret?

      ☐ Yes     ☐ No     ☐ Not Observed

Initials:
VM
GA
AC

12

d.  Optical scan cards ?                                       ☑ Yes        ☐ No
    If yes, where were voted ballots deposited by the voter?

    ☐ Ballot box

    ☑ Scanner

    ☐ Poll Official

    ☐ Other (explain)

    If there was a scanner:

    Did it reject any ballots voters inserted?  ☐ Yes  ☑ No        ☐ Not Observed

    Was it set to zero before voting began?  ☑ Yes  ☐ No        ☐ Not Observed

    Were privacy sleeves used to keep the ballot choices secret?
    ☑ Yes        ☐ No            ☐ Not Observed

e.  Paper ballots?                                             ☐ Yes        ☐ No
    If yes, was the ballot box emptied?                        ☐ Yes        ☐ No

    Were the blank ballots counted/numbered?
    ☐ Yes        ☐ No            ☐ Not Observed

    How many ballots were provided to the polling place?    _____

    Was the ballot box locked prior to the start of voting?
    ☐ Yes        ☐ No            ☐ Not Observed

    Where were voted ballots deposited by the voter?
    ☐ Ballot box

    ☐ Scanner

    ☐ Poll Official

    ☐ Other (explain)

Initials:
VM
CA
KC

13

6. If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

a. Did the voter receive any form from the poll official indicating he/she was permitted to vote?     ☐ Yes  ☐ No
If so, from whom? _____

b. Was there any time limitation imposed on voters?     ☐ Yes  ☐ No
If so, how long? _____

c. Did any voter attempt to use a marked sample ballot?     ☐ Yes  ☐ No

If so, was the voter allowed to do so?     ☐ Yes  ☐ No
If not, who prevented its usage? _____

7. If **paper ballots, punch cards, or optical scan cards** were used:

☐ Not applicable to this election

a. From whom did the voter receive the ballot? *All the polling officials at the check in table.*

b. Where did the voter go to mark the ballot? *at the voting booths*

c. Was any time limitation imposed on voters?     ☐ Yes  ☑ No
If so, how long? _____

d. Did any voter attempt to use a marked sample ballot?     ☐ Yes  ☑ No

If so, was the voter allowed to do so?     ☐ Yes  ☐ No
If not, who prevented its usage? _____

e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

☑ Yes  ☐ No

---

D. Determining a Person's Eligibility to Vote

*Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the following questions:*

1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine the voter's registration status.

*When a voter comes in, he/she has to give his/her name to the official at the check-in table. The officials at the check-in table have to verify the voters' name in the voters' registration book to determine the person's eligibility.*

Initials:
VM
CA
DC

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☑ Yes  ☐ No        Explain.

*If a person's name was not found in the registration book, the polling officials would call the county/city election officials to verify or determine the voter's registration status.*

3. If a person was registered in another precinct, what instruction, if any, was the voter given? *If a person was registered in another precinct he/she will be directed to that precinct in which he/she resides. If he/she insists to vote in this precinct, he/she would be provided a provisional ballot.*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do? *If a person was told he or she was not registered, in any event, if the person insists, he/she is registered, he/she will be allowed to cast a provisional ballot & offer a registration form.*

5. Were any officials available at or near the polling place to register persons to vote?

☐ Yes  ☑ No

If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
|      |       |          |
|      |       |          |
|      |       |          |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?     *N/A*     ☐ Yes    ☐ No        Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

*1. If the voter's registration not found, the following steps would follow:*

*a. The poll officials usually the warden of the precinct would call the county board of election.*

*b. If the voter insists he/she is registered, he/she will be allowed to ~~provide~~ cast a provisional ballot.*

Initials:
VM
CA
AC

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place.

   ~~Not observed~~ *c̶* There was no
   minority language greetings generally.

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?

      Not observed

   b. Were there any minority voters who were unable to sign their names?
      ☐ Yes    ☒ No
      If so, were they offered assistance in the minority language in casting their ballots?
      ☐ Yes    ☐ No        If not, explain.

Initials:

vM
CA
Ac

16

   c.  Did any voter who requested minority language assistance fail to receive such

      assistance?       ☐ Yes     ☒ No        If so, explain the circumstances.

3. a.  Did any poll official or interpreters provide instruction *in a minority language*
on how to cast the ballot (e.g., how to use the machine, how to mark or punch the
ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is

     allowed, how many votes may be cast for a given office, etc.)? ☐ Yes    ☒ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and
one C1 Chart (page 27) for each voter assisted by that official during the time the
Observer is recording the interpretation of the instructions.  Observe as many instances
of assistance by that official as necessary to accurately and completely record in
English the instructions given in the minority language.  Enclose in quotation marks
(" words") all words, if any, spoken in English by the official.  Include in the
"Explanation" part of the C1 Chart any additional information.  As an example, if the
instructions given by the official varied during the day, describe when it varied and
how it varied for that official.*

  b.  Where was the instruction given?

      ☐ Inside the booth (or while voter is voting)

      ☐ Outside the booth (or before the voter began to vote)

     If *outside* the booth, specify where: _____

     If instruction was given in the minority language on how to cast a ballot and was done so
*outside* of the voting booth (or before the voter began to vote), generally how much time
elapsed between the completion of the instruction and the time the voter entered the booth
(or began to vote)?     _____

4. a.  Was an interpretation of the ballot provided in the minority language to voters?

      ☐ Yes    ☒ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for
each official who gave such interpretation and one C1 Chart (page 27) for each voter
assisted by that official during the time the Observer is recording the interpretation of
the ballot.  Observe as many instances of assistance by that official as necessary to
accurately and completely record in English the interpretation given in the minority
language (typically, at least 5 instances, if possible).  Enclose in quotation marks
(" words") all words, if any, spoken in English by the official.  Include in the
"Explanation" part of the C1 Chart any additional information.  As an example, if the
interpretation given by the official varied during the day, describe when it varied and
how it varied for that official.*

Initials:
vM
CA

17

b. Where was the interpretation given?

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

## F.  Delays in Voting

1. What was the average number of voters waiting in line to vote during the day? ___None___

2. What was the average length of time voters had to wait to vote? ___None___

3. Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes    ☑ No    If so, provide the following information:

a. The time the line formed _____ and the number of voters in line _____

b. What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

c. What action, if any, did poll officials take to alleviate the delay?

## G.  Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1. Were challenged, affidavit, or other provisional-type ballots used?

☐ Yes    ☐ No    ☑ Not Observed

Initials:
VM
CA
JC

18

On what basis did the poll worker give the provisional ballot(s)?

What language(s) were the ballots in?   _____

2.  What voting system is used for provisional ballots?

☐ DRE?   ☐ Lever?   ☐ Optical Scan Card?   ☐ Punch Card?   ☑ Paper Ballot?

3.  Is there an affirmation form/envelope that the voter must complete? ☑ Yes   ☐ No
    What languages were the form/envelope in?   _English_____

4.  According to poll workers, under what circumstances are these provisional ballots used?

    According to the poll workers, if the voter insist
    he/she is registered, even the voter's name is not
    in both registration books in the City Hall &
    the polling place. He/she will be allowed to
    cast a provisional ballot.

5.  Did the poll worker provide written information to the provisional voter?

    ☐ Yes   ☑ No   _He not observed._
    In what language(s)?   _____
    What did the document say?

6.  Did the document include information on how a voter can determine if his or her

    provisional ballot has been counted?   ☐ Yes   ☑ No   _Not observed_

7.  Were these provisional ballots kept separate from other ballots?

    ☐ Yes   ☐ No   ☑ Not Observed

8.  Were these provisional ballots counted at the polls?

    ☐ Yes   ☐ No   ☑ Not Observed

Initials:
VM
CA
AC

19

### H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? *A) if the letters ID is indicated beside the person's name b) AV - Absentee Voter or I - INACTIVE IS BESIDE NAME*

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?   ☐ Yes   ☑ No
   If so, what were they taught in that training?

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?
   ☑ Yes   ☐ No   If so, describe.
   *The letters ID, AV, or I is indicated beside the VOTER'S NAME.*

4. Did you observe any voters being asked for identification?   ☐ Yes   ☑ No
   On what grounds were they asked?

   What form(s) of ID were the poll workers willing to accept?
   *DRIVER'S LICENSE, MILITARY, BANK or UTILITY STATEMENT, PAYSTUB ACCORDING TO POLL WORKER.*
   If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot?   ☐ Yes   ☑ No
   Please describe what occurred.

### I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:
VM
CH

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on ***how to translate the contents of the ballot or how to provide procedural instructions in the minority language***?   ☐ Yes   ☒ No

   Did they receive notice that such a training session was scheduled?   ☐ Yes   ☒ No
   Explain.

   ***If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".***

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training ***specifically on how to translate the ballot or how to provide procedural instructions in the minority language***, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. ***Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.***

   *N/A*

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

*N/A* 3. Was part or all of the training conducted in the minority language?   ☐ Yes   ☐ No

*N/A* 4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)?   ☐ Yes   ☐ No   If so, specify: _____

*N/A* 5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes   ☐ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes   ☐ No

   Did they find the audio-visual aid(s) helpful?   ☐ Yes   ☐ No
   Describe any comments about the audio-visual aid(s).

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process. Mrs. Rodriguez (Bi Lingual Poll Worker 4) found the training very Helpful to her. General Poll worker Training

---

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

No DIFFICULTIES WERE ENCOUNTERED BY OBSERVERS.

B. Provide information on the presence of any law enforcement officials and any of their activities you observed.

The was one law enforcement for each precint and they were given instruction on where to place the ballot.

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

CHANNEL 9 WAS PRESENT OUTSIDE OF THE YMCA.

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

NoT Observed

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

NoT Observed

Initials:
VM
CA
AC

22

8:15 am  Voter. ███████████████ WHITE FEMALE
USED DISABILITY MACHINE. OBSERVER. CAROL AVERY
SPOKE WITH MS. ████████████ AND WAS TOLD
THAT ███████████ DOES NOT HAVE A DISABILITY.
SHE WAS ASKED BY POLL WORKERS TO TEST
TECHNOLOGY.

8:55 am  AS REPORTED ON PG. 27, █████████████████
████████████████ BRIGHTON MA 02135,
PHONE IS ██████████████ USED DISABILITY
MACHINE.

* CONT'D FR. PG. 10: MATERIALS  ON TABLE
TRAINING MANUAL
PROVISIONAL BALLOTS - ENGLISH/SPANISH
VOTING BALLOTS - ENGLISH, SPANISH, CHINESE AVAILABLE
IF NEEDED.

Initials:
VM
CA
AC

22 a

☐ None Observed
☐ Not applicable to this coverage

# CHART A – VOTING TALLY SHEET     WD/AD/ED, if applicable: _____

| | | PERSONS PERMITTED TO VOTE | | |
|---|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | Totals | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **Subtotal** | | |
| | | **Grand Total** (if last page of tally sheet) | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

*VM*
*CA*
*AC*

23

☑ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Number of Voters | | | | | | |
| | | CN | | V | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | 0 |
| | | | | | Grand Total (if last page of tally sheet) | | | 0 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:
VM
CA
CAC

24

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | ~~Indian~~ CHIN | Hisp. | ~~Asian~~ VIEI | Black | White | Other | |
| 8:55 am 7-8 | | | | | | | | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 8-9⁰⁰ | | | | | ⸍ | | | ⸍ |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend WIFE | | | | | | | |
| 9-10⁰⁰ | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 10-11⁰⁰ | | ⸍ | | | | | | ⸍ |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 2 |
| | | | | | | | Grand Total (if last page of tally sheet) | 2 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

VM
CA
Ac

25-

| ☒ None Observed |
| ☐ Not applicable to this coverage |

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | | Race | Time | Name | | Race | Time |
|---|---|---|---|---|---|---|---|
| **Address** | | | | **Address** | | | |
| **Federal Certificate of Eligibility Number, if any** *N/A* | | | | **Federal Certificate of Eligibility Number, if any** *N/A* | | | |
| **Language Spoken** *(if other than English)* | | | | **Language Spoken** *(if other than English)* | | | |
| **Name/Title of Official Not Permitting Vote** | Race | | | **Name/Title of Official Not Permitting Vote** | Race | | |
| **Reason for Not Permitting Vote** | | | | **Reason for Not Permitting Vote** | | | |
| **Specify what the official did or suggested that the voter do in order to vote.** | | | | **Specify what the official did or suggested that the voter do in order to vote.** | | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** | | | | **Reason Voter Believes He/She Should Be Permitted to Vote** | | | |
| **Information obtained from:** | | | | **Information obtained from:** | | | |
| ☐ **Observation** | | | | ☐ **Observation** | | | |
| ☐ **Questioning Voter** | | | | ☐ **Questioning Voter** | | | |

Initials:

26

☐ None Observed
☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

(WD)/AD/ED, if applicable: ~~ Pr. 4

Voter: ███████████    Race: W    Begin Time: 855    End Time: 900

Interpreter or Election Official: Nancy O'hara    Observer: Carol Avery

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): LEGALLY BLIND

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**

_NOTE: If the answer is not 100% "YES", mark "NO"_

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | ✓ | | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | ✓ | | | |
| Name each candidate on the ballot | | ✓ | ✓ | |
| Name the political parties for each candidate on the ballot | | ✓ | ✓ | |
| Name each office on the ballot | | ✓ | ✓ | |
| Explain each proposition on the ballot | | ✓ | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | ✓ | |
| Allow the voter to mark the ballot | ✓ | ✗ ca | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

<u>Explanation:</u> The voter was (in his own words) LEGALLY blind and was assisted by his wife in using the 'DISABILITY VOTING MACHINE'.

Initials: vM
cA
Ac

27

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _22 Prc 4_

Voter: ██████████     Race: _Ch_     Begin Time: _10:40_  End Time: _10:45_

Interpreter or Election Official: _Ellen Vogel, Nancy Chen_  Observer: _Alex Chan_

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _hearing problem_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

_NOTE: If the answer is not 100% "YES", mark "NO"_

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | ✓ N/A | |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | | | ✓ | |

Explanation: _Voter has hearing problem, The election official has to speak louder than normal to assist the voter. The Voter speaks fluent English. Took the Voter to the machine & explained to the voter._

Initials: _VM_ _CA_ _AC_

27 _A_

☐ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____     Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:
VM
CA
AC

28

☐ None Observed
☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____     Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Initials:
VM
QA
CAC

29

☒ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)   WD/AD/ED, if applicable: _____

Interpreter/Official: _____   Observer: _____

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:
rM
CA
AC

30

☒ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable: _____

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| Address | | | Address | | |
| Language Spoken *(if other than English)* | | | Language Spoken *(if other than English)* | | |
| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | |
| Reason | | | Reason | | |
| Voter's Response | | | Voter's Response | | |

Information obtained from:

☐ Observation

☐ Questioning Voter

Information obtained from:

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials? ☐ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes ☐ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No

1. Did the election official check with voter registration officials? ☐ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes ☐ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No

Initials:

vM
CA
AC

31

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? _N\A_
   _Observers left 1: 00 PM_

   ☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes        ☐ No

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes        ☐ No

   If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots.  If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4. If *paper ballots* were used and counted at the polls:
   a. Were additional workers used to assist in the count?   ☐ Yes    ☐ No

      ☐ Not applicable to this election

      If so, were these persons administered an oath?    ☐ Yes     ☐ No

   b. Was the table cleared before the ballot box was emptied?   ☐ Yes     ☐ No

   c. Who removed the ballots?  _____

   d. Were the ballots opened and stacked?   ☐ Yes     ☐ No

      If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes     ☐ No

      If so, who? _____

   g. Was each ballot read as marked?   ☐ Yes      ☐ No
      If not, how many were not properly read? _____
      How were they misread?

Initials:
VM
CA
AC

32

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:


33

j.  How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:
VM
CA
AC

34

k.  Tallying of Ballots
1.  Names of officials who kept each tally (it may be that only one tally sheet is kept). If more than one person kept the single tally sheet, note the period of time each person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| **Name** | **From – To** | **Name** | **From – To** |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l.  Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?  ☐ Yes    ☐ No        If not, explain.

m.  List the items placed in the ballot box.

n.  List the items not placed in the ballot box and indicate where they were placed.

o.  What time did the ballot box leave the polling place? _____

Who took it?  _____

Was it locked?  ☐ Yes    ☐ No        Was it sealed?  ☐ Yes    ☐ No
p.  What time did the Observer Team leave the polling place? _____    Did an

Observer accompany the ballot box?  ☐ Yes    ☐ No

5.  If **DRE** or lever **voting machines** were used:

> ☐ Not applicable to this election

a.  Were the machines locked and sealed against further voting?  ☐ Yes    ☐ No

If so, by whom? _____

b.  Who read the count from the machine?  _____

**Initials:**


35

c. Was the count verified by another official?  ☐ Yes  ☐ No      If so, by whom?

_____

d. Was it read correctly?                    ☐ Yes  ☐ No
e. Who recorded the vote on the official return sheets?  _____

f. Was the vote recorded accurately?         ☐ Yes  ☐ No
g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h. Was the vote announced by the poll officials?  ☐ Yes  ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?                    ☐ Yes  ☐ No
j. Were the absentee votes counted and tabulated with the votes shown on the machines?
    ☐ Yes  ☐ No
k. Was the statement of results signed and certified by the poll officials?
    ☐ Yes  ☐ No

l. Was the statement delivered to the election officials?  ☐ Yes  ☐ No

   By whom?  _____
m. As soon as the count was completed and the results announced, was the counter compartment locked?  ☐ Yes  ☐ No   By whom?  _____
n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.



o. What time did the Observer Team leave the polling place?  _____

_____

Initials:
VM
CH
AC

36

6. If **punch cards or optical scan cards** were used:

   a. Was a duplicate report of the number of persons

   voting prepared?    ☐ Yes    ☐ No

   By whom? _____

   b. What was done with the election supplies such as ballot stubs, etc.?




   c. Was the ballot box sealed?    ☐ Yes    ☐ No    By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

   Did an observer accompany the ballot box?    ☐ Yes    ☐ No

   e. What time did the Observer Team leave the polling place? _____

<div style="border:1px solid;">☐ Not applicable to this election</div>

7. Absentee Ballots

   a. Were the absentee ballots opened and stacked?

   ☐ Yes    ☐ No

   By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?    ☐ Yes    ☐ No    If not, how many were not

   properly read? _____    How were they misread?




   e. What was done with the ballots after they were read?

<div style="border:1px solid;">☐ Not applicable to this election</div>

Initials:
VM
CA
AC

37

f. How many absentee ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

g. How many absentee ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

VM
CA
AC

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Not applicable to this election

   ☐ Yes    ☐ No    By whom? _____

   _____

   b. Who read the ballots? _____

   c. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?    ☐ Yes    ☐ No    If not, how many were
   not properly read? _____    How were they misread?

   e. What was done with the ballots after they were read?

   f.   How many challenged/affidavit/provisional ballots were totally rejected?
   _____

   Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:
VM
CA
AC

39

g.  How many challenged/affidavit/provisional ballots were partially rejected?  _____
    Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9.  Election Results

    a.  *Provide election results in the following table. Compare Observer count with official count.  If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:

VM
CA
AC

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

    b.  Provide any additional comments regarding activities while the votes were being counted.

**Initials:**
VM
CA
AC

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE  WD/AD/ED, if applicable: ____

| | Name | Race | | Name | Race |
|---|---|---|---|---|---|
| 1 | | | 28 | | |
| 2 | | | 29 | | |
| 3 | | | 30 | | |
| 4 | | | 31 | | |
| 5 | | | 32 | | |
| 6 | | | 33 | | |
| 7 | | | 34 | | |
| 8 | | | 35 | | |
| 9 | | | 36 | | |
| 10 | | | 37 | | |
| 11 | | | 38 | | |
| 12 | | | 39 | | |
| 13 | | | 40 | | |
| 14 | | | 41 | | |
| 15 | | | 42 | | |
| 16 | | | 43 | | |
| 17 | | | 44 | | |
| 18 | | | 45 | | |
| 19 | | | 46 | | |
| 20 | | | 47 | | |
| 21 | | | 48 | | |
| 22 | | | 49 | | |
| 23 | | | 50 | | |
| 24 | | | 51 | | |
| 25 | | | 52 | | |
| 26 | | | 53 | | |
| 27 | | | 54 | | |
| Subtotals By Race | | | | | | Subtotals By Race | | | | | |

Initials:



42



United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:        Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of _____9/25/07_____
(Date)

_____MA_____
(State)

_____Suffolk_____
(County)

_____Boston_____
(Municipality)

_____BHA Heritage Apt_____
(Name of Polling Place)

_____# 3_____
(Precinct #)

_____# 1_____
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

The Time Observers: 5:35 AM

Arrived at Polls 8:30 AM NH

Departed Polls 8:00 PM

Print _____BEE LING ANG-YIN_____
(Name)

Sign _____Bee Ling Ang-Yin_____

Print _____Maria Gomez_____
(Name)

Sign _____Maria Gomez_____

Instructions to Observers: Complete this report in BLACK INK ONLY. Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.

Print _____Nicholas Huynh_____
(Name)

Sign _____Nicholas Huynh_____

✗ FROM HERE ON IN:
C = CHINESE,   V = VIETNAMESE
S = SPANISH.

## 1.    VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | Indian *Chinese* C | Hispanic | Asian *Vietnamese* V | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | | | | | | | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 2 | | 1 | | | 1 | |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 8 | 5 *NH* | | | 1 | 2 *NH* | |
| TOTAL of 1, 2, and 3 | 10 | 6 *NH* | | | 1 | 3 *NH* | |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | Indian *Chinese* C | Spanish | Asian *Vietnamese* V | Other |
|---|---|---|---|---|---|
| | 14 | | 9 | 5 | |
| **Section 1B is Not Applicable to this Coverage ☐** | | | | | |

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 14 | | 14 | |
| **Section 1C is Not Applicable to this Coverage ☐** | | | | |

*M.G. Friends*

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | Indian *Chinese* | Hispanic | Asian *Vietnamese* | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 4 | | | | | 4 | |
| **Section 1D is Not Applicable to this Coverage ☐** | | | | | | | |

*Disabled*

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |
| **Section 1E is Not Applicable to this Coverage ☐** | |

Initials: NH  M.G.

2

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1. Ballots accepted | |
| 2. Ballots partially rejected | |
| 3. Ballots totally rejected | |
| 4. Spoiled ballots | |
| 5. Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |

<div align="center">

**Section 1F is Not Applicable to this Election** ☐

</div>

**G.  If *voting machines* are used:**

1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

<div align="center">

**Section 1G (including Question 2 below) is Not Applicable to this Election** ☐

</div>

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?     ☐ Yes     ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**
  Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

<div align="center">

**Section 1H is Not Applicable to this Election** ☐

</div>

Initials: *PB NH MG*

3

*Ward   Precinct   Western In-charge*

## 2.   DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A.   *Draw a diagram of the polling place which shows the following items:*
1. Location of voting machines or booths
2. Location of tables for election officials
3. Location of any officially-designated interpreters
4. Location of voting instruction signs or cards
5. Location of sample ballots, if any
6. Location of telephone, if any *(No landline; only Cell)* *w/ Leo Smith* 617-635-4635 or 4636
7. Location of Federal observers



BHA Heritage Apartments   209 Summer Street

Apartment Complex

Empty Table

Empty Table

Instructions posted

Voting Booths

Voting Booth

Voting machine

Check-In table
Poll workers
(1) Spanish Interpreter
(2) Creole Interpreter
(3) Vietnamese Interpreter
Election Officials
(1) Inspector point-out the ballot & the voters

(4) Policeman (3) Poll workers
w/ Leo Smith
Check-out table

Federal Come in here

Fed. observers

Door
Entrance

Apartment Complex

In   Out

Initials: NH, M.G.

(5) Sample ballots & all signs are posted outside "The Entrance"

4

Door
Entrance

Summer Street

Summer Street   Summer Street

B.1. Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a. Setting campaigning limits? | ☑Yes ☐No | 100' FROM FRONT ENTENCE | ☑Yes ☐No | English. | ☐Yes ☐No |
| b. Directing voters to the polling place (e.g., "vote here")? | ☑Yes ☐No | AT FRONT ENTENCE | ☑Yes ☐No | SPANISH CHINESE VIETNAMESE | ☐Yes ☐No |
| c. Stating assistance is available to voters? | ☑Yes ☐No | ENTENCE DOOR | ☑Yes ☐No | C V | ☐Yes ☐No |
| d. Indicating Election date? | ☑Yes ☐No | ENTENCE DOOR | ☑Yes ☐No | English | ☐Yes ☐No |
| e. Indicating Election hours? | ☑Yes ☐No | ENTENCE DOOR | ☑Yes ☐No | English | ☐Yes ☐No |
| f. Sample ballot? | ☑Yes ☐No | ENTENCE DOOR | ☑Yes ☐No | S, C, V | ☐Yes ☐No |
| g. Instructions for casting a regular ballot? | ☑Yes ☐No | "  " | ☑Yes ☐No | S, C, V | ☐Yes ☐No |
| h. Instructions for casting a provisional ballot? | ☑Yes ☐No | "  " | ☑Yes ☐No | S, C, V | ☐Yes ☐No |
| i. Instructions for mail registrants and first time voters? | ☑Yes ☐No | "  " | ☑Yes ☐No | S, C, V | ☐Yes ☐No |
| j. Information on who to contact if voters have problems? | ☑Yes ☐No | "  " | ☑Yes ☐No | S, C | ☐Yes ☐No |
| k. General voting rights information? | ☑Yes ☐No | "  " | ☑Yes ☐No | S, C | ☐Yes ☐No |
| l. Right to cast a provisional ballot? | ☑Yes ☐No | "  " | ☑Yes ☐No | S, C, V | ☐Yes ☐No |
| m. Laws on voting fraud and misrepresentation? | ☑Yes ☐No | "  " | ☑Yes ☐No | S, C | ☐Yes ☐No |

2. If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

NO OTHER SIGN VISABLE AROUND THE FRONT ENTENCE.

Initials: NH M.G

5

C.  Phones

1.  Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?                    ☐ Yes    ☑ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

_____

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.


2.  If any other phone (e.g., (mobile phone,) radio remote, etc.) was used by election officials, indicate the type of telephone used _(617) 635- 4636_ and under what circumstances the officials used this phone.

*Central office CAll to tAke Counts of How MANY had Voted. WARden CAll Central office to VErify Registor*

## 3. ELECTION OFFICIALS

**A.** List each polling official on duty. ***Do NOT include special interpreters.***

WD/AD/ED, if applicable: _____

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| MARiANNE PARdi | White | Clerk | English |
| GRACE ZUCCANO | White | Clerk | English |
| Leo GAtti | White | WARden | English |
| Edward PARou | White | Inspector | English |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Initials: *A, N4, M.G*

6

Note times each polling official was "absent from" the polls:    WD/AD/ED, if applicable: *WD-1  Prect-3*

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.    If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below. *Summary a chart*

If "none", check here: ☐                    WD/AD/ED, if applicable: *WD-1  Prect-3*

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

C.    Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?    ☑ Yes    ☐ No

If so, who?  *LEO Gatti (WARDEN)*

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?    ☑ Yes    ☐ No

If so, who? *MARiANNE PARdi ANd GRACE ZuccARO SEE CHARt #B (PAge 26-C) PiNERoS MyRioN.*

Initials: *NB NH, M.G.*

7

D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials: NH MG

8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?    ☑ Yes    ☐ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: *Wd-1 Prect ~3*

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| Vicente Carrasco | Spanish | Spanish | 6:30 | |
| Carie Lin | Chinese | Manderan | 6:30 | |
| Lim Nguyen NH | Vietnamese | Vietnamese | 7:00 | |
| Brian Obrien Spanish Irish NH | | Spanish | 7:00 | |

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable: *Wd-1 Prect ~3*

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| Brian Obrien | 12:00 | 1:00 | | | | | | |
| Lim Nguyen | 12:00 | 1:00 | | | | | | |
| Carie Lin | 12:00 | 1:00 | | | | | | |
| Vicente Carrasco | 1:00 | 2:00 | 3:30 | 3:45 | 6:00 NH | | | |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☐

WD/AD/ED, if applicable: *Wd-1 Prect ~3*

| Interpreter | Duties Performed |
|---|---|
| Vicente Carrasco | handing out Spanish ballots |
| Carie Lin | handing out Chinese ballots |
| Lim Nguyen NH | handing out Vietnamese ballots |
| Brian Obrien | Assist voter (Spanish) to checkout |

Initials: ABe NH MG

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                         WD/AD/ED, if applicable: _Wd-1  Precinct-3_

1. What time did the election officials arrive at the polling place? ___6:15 AM___
   Indicate how this information was obtained:

   ☐ Observation     ☑ Questioning election officials

2. Were the election officials given an oath of office?          ☑ Yes     ☐ No

   If so, by whom? ___LEO GATTI (WARDEN)___
   Indicate how this information was obtained:

   ☐ Observation     ☑ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. *Do
   not include signs identified on page 5.*  Identify any items printed in a language other
   than English and specify the additional language(s).
   "Mail-in Voter Registration FoRM" VietNAMESE,
   ChiNESE.

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.
   Setup Signs in front of EntRANCE DooR.
   NH

Initials: _NH M.G._

10

B. Poll Watchers                                    WD/AD/ED, if applicable: _WD1 Prect 3_

1. Were any poll watchers present?          ☑ Yes      ☐ No

2. If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| Chris Antolick | white | Basile |
| Alexandra Kleyman | white | Gloribell Mota |
| Lee Kouyoumdjian | white | Drago |
| Ellen Marcus | white | Mota |

3. Did the election officials require the poll watchers to present any type of authorization?

   ☑ Yes    ☐ No    If so, what? _Leo Gratt with a letter signed by the candidate represented. Each poll watcher presented warden_

   If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

   N/A

4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?          ☑ Yes      ☐ No

   Explain any activities poll watchers were not permitted to observe.

   N/A

---

C. While the Polls Were Open          WD/AD/ED, if applicable: _WD1 Prect 3_

1. What time did the polls open? _7:00 AM_
   Indicate how this information was obtained:

   ☑ Observation      ☐ Questioning election officials

2. Were the names of the absentee voters marked on the poll list?  ☐ Yes      ☐ No

3. Were the absentee ballots delivered to the polls?  ☐ Yes      ☐ No
   If so, by whom? _____
   *If "no", proceed to question 5 of this section.*

4. Were the absentee ballots counted at the polls?

   ☐ Yes          ☐ No          ☐ Not Observed

Initials: _NH MG_

11

5.  What voting system(s) for regular ballots was used in the polling place?

a.  Direct recording electronic machines (DRE)?　　　☐ Yes　　☐ No
If yes, was the machine set to zero before voting began?

☐ Yes　　☐ No　　☐ Not Observed

Was there an activator card (a device that the voter inserts into the machine to begin

voting) given to the voter?　　　　　　　　　☐ Yes　　☐ No

If yes, who programmed the activator card? _____

b.  Lever machines?　　　　　　　　　　　　☐ Yes　　☐ No
If yes, were the keys delivered in a sealed envelope on the outside of which was
written the machine number and the protective counter number?

☐ Yes　　☐ No　　☐ Not Observed

Did the public counter register zero before voting began?

☐ Yes　　☐ No　　☐ Not Observed

If not, what number did the counter show? _____

Was the machine locked before voting began?

☐ Yes　　☐ No　　☐ Not Observed

c.  Punch cards?　　　　　　　　　　　　　☐ Yes　　☐ No
If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted? ☐ Yes ☐ No　☐ Not Observed

Was it set to zero before voting began? ☐ Yes ☐ No　☐ Not Observed

Were privacy sleeves used to keep ballot choices secret?

☐ Yes　　☐ No　　☐ Not Observed

Initials: *NH MG*

12

d. Optical scan cards ?    ☑ Yes    ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☑ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?    ☐ Yes    ☑ No    ☐ Not Observed

Was it set to zero before voting began?    ☑ Yes    ☐ No    ☐ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☑ Yes    ☐ No    ☐ Not Observed

e. Paper ballots?    ☐ Yes    ☐ No

If yes, was the ballot box emptied?    ☐ Yes    ☐ No

Were the blank ballots counted/numbered?

☐ Yes    ☐ No    ☑ Not Observed

How many ballots were provided to the polling place?    _____

Was the ballot box locked prior to the start of voting?

☐ Yes    ☐ No    ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

Initials: *JB NH MG*

13

6. If *DRE* or lever *voting machines* were used:

☐ Not applicable to this election

a. Did the voter receive any form from the poll official
indicating he/she was permitted to vote?    ☐ Yes  ☐ No
If so, from whom? _____

b. Was there any time limitation imposed on voters?    ☐ Yes  ☐ No
If so, how long? _____

c. Did any voter attempt to use a marked sample ballot?    ☐ Yes  ☐ No

If so, was the voter allowed to do so?    ☐ Yes  ☐ No
If not, who prevented its usage? _____

---

7. If *paper ballots, punch cards, or optical scan cards*
were used:

☐ Not applicable to this election

a. From whom did the voter receive the ballot?  *Election official or Inspector*

b. Where did the voter go to mark the ballot?  *Voting booth*

c. Was any time limitation imposed on voters?    ☐ Yes  ☒ No
If so, how long? _____

d. Did any voter attempt to use a marked sample ballot?    ☐ Yes  ☒ No

If so, was the voter allowed to do so?    ☐ Yes  ☐ No
If not, who prevented its usage?  *Not observed*

e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

☒ Yes  ☐ No

---

D. Determining a Person's Eligibility to Vote

*Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted
to Vote" (page 26).  At the end of the day, use Chart B to generalize a response to the
following questions:*

1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the
polling place or at the check-in table to determine the voter's registration status.
*As soon as voter enter the door, election official (Ms. Mary Ann) ask
the voter their name & she looks it up in the voter's Registration book or
lists according to voter's address then name (listed alphabetically).*

Initials: *ABr NH MG*

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☒ Yes   ☐ No    Explain. *County election officials will give the status of the voter & instruct the poll worker what to do. Poll worker will give instruction to voters.*

3. If a person was registered in another precinct, what instruction, if any, was the voter given? *The poll worker will instruct the voter where to go if voter was registered in another precinct.*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do? *The voter can do a provisional ballot & send by the warden (Leo Gatti) to the election board.*

5. Were any officials available at or near the polling place to register persons to vote?

   ☒ Yes   ☐ No

   If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
| *Leo Gatti* | ~~Election~~ *Warden* | *Ward 1 Prect. 3* |
|  |  |  |
|  |  |  |

   Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections? ☒ Yes   ☐ No    Explain. *Warden Leo Gatti explains to the voter that their name is not on the list & give the voter a mail-in voter registration form (if not register) & a affirmation of current & continuous residence for inactive voters.*

6. Describe any other actions, not included above, that were taken to determine a voter's registration status. *None.*

Initials: *NH MG*

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place. Interpreter Vicente Carrasco
   greeted voter ████████ and
   asked the voter if she was Colombian.
   Vicente Carrasco told the voter he recognized
   her accent because he has a Colombian
   friend.

*Language assistance is any conversation in the minority language concerning the election* General
*process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of* greetings in
*language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the* C, V + S.
*end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?

      *See attached P. 22A*

   b. Were there any minority voters who were unable to sign their names?

      ☐ Yes    ☒ No

      If so, were they offered assistance in the minority language in casting their ballots?

      ☐ Yes    ☐ No        If not, explain.

Initials: NH MG

16

c. Did any voter who requested minority language assistance fail to receive such

assistance?　　　☐ Yes　　☑ No　　　　If so, explain the circumstances.

3. a. Did any poll official or interpreters provide instruction *in a minority language* on how to cast the ballot (e.g., how to use the machine, how to mark or punch the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes may be cast for a given office, etc.)?　☑ Yes　　☐ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the instructions. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the instructions given in the minority language. Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the instructions given by the official varied during the day, describe when it varied and how it varied for that official.*

b. Where was the instruction given?

☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: On the side tables and by voting machine

If instruction was given in the minority language on how to cast a ballot and was done so *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the instruction and the time the voter entered the booth (or began to vote)?　Five minutes

4. a. Was an interpretation of the ballot provided in the minority language to voters?

☑ Yes　　☐ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for each official who gave such interpretation and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the ballot. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the interpretation given in the minority language (typically, at least 5 instances, if possible). Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the interpretation given by the official varied during the day, describe when it varied and how it varied for that official.*

Initials:
AB NH MG

b.  Where was the interpretation given?

☐ Inside the booth (or while voter is voting)

☒ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _Table near the voting booth_ .
If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? ___5 Mins___

F.  Delays in Voting

1.  What was the average number of voters waiting in line to vote during the day? __N/A__

2.  What was the average length of time voters had to wait to vote? ___N/A___

3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes   ☒ No   If so, provide the following information:

a.  The time the line formed __N/A__ and the number of voters in line __N/A__

b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

N/A

c.  What action, if any, did poll officials take to alleviate the delay?

N/A

G.  Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1.  Were challenged, affidavit, or other provisional-type ballots used?

☒ Yes   ☐ No   ☐ Not Observed

Initials: _PL. NH M.G_

18

On what basis did the poll worker give the provisional ballot(s)?

1) NAME NOT on list, AND, CANNOT BE VERIFIED At PRECINCT.
2) NAME determined ineligible.
3) REQUIRED to PROVIDE ID but does NOT.
4) Voter is Voting AS REsult of Couet order Extending hours

What language(s) were the ballots in? _Spanish, Vietnamese, Chinese, English_

2. What voting system is used for provisional ballots?

   ☐ DRE?   ☐ Lever?   ☐ Optical Scan Card?   ☐ Punch Card?   ☑ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☑ Yes   ☐ No  NH
   What languages were the form/envelope in? _Spanish, Chinese & Vietnamese,_

4. According to poll workers, under what circumstances are these provisional ballots used?

   When Voter NAME is not listed AND CANNOT bE VERIFIED At PRECINCT. WHEN NAME deteRmined ineligible AND when Voter RequiRed to PRoVide Indentification but does not.

5. Did the poll worker provide written information to the provisional voter?

   ☑ Yes   ☐ No
   In what language(s)? _Spanish, Chinese & Vietnamese_
   What did the document say?
   You have CAst A PRoVisionAl bAllot bEcAuse youR eligibility to vote WAS not Able to bE detERmined At the Polling LocAtion on the dAy of AN election.

6. Did the document include information on how a voter can determine if his or her provisional ballot has been counted?   ☑ Yes   ☐ No

7. Were these provisional ballots kept separate from other ballots?
   ☑ Yes   ☐ No   ☐ Not Observed

8. Were these provisional ballots counted at the polls?
   ☐ Yes   ☑ No   ☐ Not Observed

Initials: _PS NH MG._

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? According to Clerk, Grace Zuccaro voters will be asked for ID if they are not known.

2. Did the poll workers receive training about first-time voters who register by mail who are

   covered by ID requirements?    ☑ Yes    ☐ No

   If so, what were they taught in that training?

   Clerk, Grace Zuccaro said she received two trainings on how to handle the voters.

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?

   ☑ Yes    ☐ No    If so, describe.

   Voters are flagged on the Voters Registration poll book (blue color). The blue book has different codes which require ID to be shown.

4. Did you observe any voters being asked for identification? ☑ Yes    ☐ No
   On what grounds were they asked?

   The blue book required ID to be shown by voter.

   What form(s) of ID were the poll workers willing to accept?

   Poll workers are willing to accept Food Stamp cards, Driver licenses and any photo IDs.

   If first-time voters who registered by mail did not have required ID, were they allowed to

   vote by provisional ballot?    ☑ Yes    ☐ No

   Please describe what occurred.

   Voter is given a provisional ballot. According to warden Leo Gatti if voter is on the book ID should not be asked for.

I. Training of Interpreters or Bilingual Poll Officials

   ☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials: AB NH M.G

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on *how to translate the contents of the ballot or how to provide procedural instructions in the minority language*?     ☑ Yes     ☐ No

   Did they receive notice that such a training session was scheduled? ☑ Yes     ☐ No
   Explain. Interpreters received a schedule with dates and times of training availability.
   *If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".*

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training *specifically on how to translate the ballot or how to provide procedural instructions in the minority language*, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. *Do NOT include training for anything other than translation of the ballot or other procedural instructions in the minority language.*

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| Lim Nguyen | Yes | week before election | City Hall | 2-2½ hrs | Bridget + Marty |
| Carie Lin | Yes | week before election | City Hall | 2-2½ hrs | Bridget + Marty |
| Vicente Carrasco | Yes | week before election | Duckley Library | 2 hrs. | Maryanne |
| Brian O'brien | No | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. Was part or all of the training conducted in the minority language?     ☑ Yes     ☐ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)? ☑ Yes     ☐ No     If so, specify: audio + video tapes
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes     ☑ No

   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes     ☑ No

   Did they find the audio-visual aid(s) helpful? ☑ Yes     ☐ No
   Describe any comments about the audio-visual aid(s).
   According to interpreter, Vicente Carrasco the audio-visual aids' are very helpful and educational. These videos provide Vicente Carrasco with step by step method on using the optical scan card.

Initials:
MG.

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

"The TRAINING WERE EXCELLENT" Vicente, CARIE
Any Improvement Would REALLy Spoile He AND LiM Nguyen
ENTERPITERS

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

Warden Leo Gatti is very helpful to answer our questions & is very professional.

B. Provide information on the presence of any law enforcement officials and any of their activities you observed.

Police Captain come to check if everything was okay.

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

None Observed.

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

None Observed.

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

See attached p. 22A

Initials: NH MG

22

Leo Gatte (Warden) & poll worker (Dolly) automatically give the Chinese & Vietnamese to the respective interpreter. In order to speed up the process and cut short of waiting line in the voter's check-in line due to accent in English that the poll workers have hard time understand the voters. Lots of this voters can read & write English, but the pronunciation is hard to understand due to the fact they elderly voters or new immigrants.

Warden said Eight (8) register Republican voters voted for Democratic ballot. register Republican can't vote for Democratic Candidates unless they write-in. Leo Gatti (Warden) pulls out the name of the seven (8) register Republican voters. He called the election board and let them handle the situation.

Diana Ingemi who managed eight building in the housing project around this area. She tolde the tenants in the apartment building, if they want to see improvement in their apartment, they have to vote for Jeff Drago (Democratic Candidate). Leo Gatti (Warden) called the Board of Election. They came & stop her (Diana) activity of solicitating for the candidate Jeff Drago. She stops for a while then come back again to start the solicitating again around 2pm.

Initials: NH MG

22 A

Building POWER went down At 6:05 PM
And CAME back on At 7:45 PM. During
the POWER out, the Optical SCANNER And
the AutoMARK Machine Continue to
OPERAte using backup bATTERIES.
the Offical Cell Phone WAS NOT opeRAtionAl
during the POWER out.

The ballot was translated in Chinese but the name
of the Candidates is not in Chinese.

☐ None Observed
☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET     WD/AD/ED, if applicable: _____

| PERSONS PERMITTED TO VOTE | | | |
|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | Totals |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Subtotal | |
| | | Grand Total (if last page of tally sheet) | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials: _____ _____ _____

23

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: _WD-1 Prect-3_

Cummen Data

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance | |
|---|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | | |
| | | ~~Indian~~ | Hisp. | ~~Asian~~ | Black | White | Other | | |
| 7:00 AM ... 8:00 AM | Family/Friend | | | | | | | | ∅ |
| 8:00 AM ... 9:00 AM | Family/Friend | | | | | | | | ∅ |
| 9:00 AM ... 10:00 AM | Family/Friend | | | | | | | | ∅ |
| 10:00 AM ... 11:10 AM | Family/Friend | | | | | | | | ∅ |
| | | | | | | | Subtotal | | |
| | | | | | Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)
Initials: _AB NH MG_

24 _A_

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: _WD-1  Prect-3_

_Cumber Data_

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance — Number of Voters | | | | | | Total Language Assistance | |
|---|---|---|---|---|---|---|---|---|---|
| | | Indian C | Hisp. | Asian ✓ | Black | White | Other | | |
| 11:10 AM ⌇ 11:50 AM | Vicente Carrasco | | 11 | | | | | 2 | 2 |
| | | | | | | | | | |
| | | | | | | | | | |
| | Family/Friend | | | | | | | | |
| 11:50 AM ⌇ 1:10 PM | Brian O'Brien | | 11 | | | | | 2 | 6 |
| | | | | | | | | | |
| | | | | | | | | | |
| | Family/Friend | | 11 | | | | | 2 | |
| 1:10 PM ⌇ 2:00 PM | | | | | | | | | 6 |
| | | | | | | | | | |
| | | | | | | | | | |
| | Family/Friend | | | | | | | | |
| 2:00 PM ⌇ 3:00 PM | Lim Nguyen | | | 1 | | | | 1 | 7 |
| | | | | | | | | | |
| | | | | | | | | | |
| | Family/Friend | | | | | | | | |
| **Subtotal** | | | | | | | | | |
| **Grand Total (if last page of tally sheet)** | | | | | | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m.; 7 a.m.- 8 a.m.)

Initials: NY, MG.

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: _WD-1 Prect. -3_

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance | Cumm Data |
|---|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | | |
| | | ~~Indian~~ | Hisp. | ~~Asian~~ | Black | White | Other | | |
| 3:00pm | BRIAN O'BRIEN | | 1 | | | | | 1 | 8 |
| ⎮ | | | | | | | | | |
| | | | | | | | | | |
| 4:00pm | Family/Friend | | | | | | | | |
| 4:00pm | VICENTE CARRASCO | | 11 | | | | | 2 | 10 |
| ⎮ | | | | | | | | | |
| 5:00pm | Family/Friend | | | | | | | | |
| 5:00pm | Lim Nguyen | | | 1 | | | | 1 | 11 |
| ⎮ | | | | | | | | | |
| 6:00pm | Family/Friend | | | | | | | | |
| 6:00pm | Lim Nguyen | | | 11 | | | | 2 | 13 |
| ⎮ | | | | | | | | | |
| 6:45 | Family/Friend | | | | | | | | |
| | | | | | | | Subtotal | | |
| | | | | | Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m.; 7 a.m.- 8 a.m.)

Initials: _NY MG_

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: WD-1  PRECT-3

CUMMER DATA

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters C ✓ | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 6:45 pm \| 7:20 pm | Lim Nguyen | | | 1 | | | | 1 |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 7:20 pm \| 8:00 pm | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | Subtotal |
| | | | | | | | Grand Total (if last page of tally sheet) | 14 |

14

14

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m.; 7 a.m.- 8 a.m.)

Initials: NH  MG

24

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: _WD-1 PREC-3_

_Summer Data_

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
| | | Number of Voters | | | | | | |
| | | Indian C | Hisp. | Asian ✓ | Black | White | Other | |
|---|---|---|---|---|---|---|---|---|
| 7:00 AM ⌇ 8:00 AM | Family/Friend | | | | | | | Ø |
| 8:00 AM ⌇ 9:00 AM | Family/Friend | | | | | | | Ø |
| 9:00 AM ⌇ 10:00 AM | BRIAN O'BRIEN | | | | 11 | | | 2 |
| | GRACE ZUCCANO | | | | 1 | | | 1 |
| | Family/Friend | | | | | | | 3 |
| 10:00 AM ⌇ 11:10 AM | | | | | | | | 3 |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | |
| | | | | | | | Grand Total (if last page of tally sheet) | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials: _AM_ _NH_ _MG_

25 _A_

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: _WD-1 PRECT-3_

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance | |
|---|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | | SUMMER DATA |
| 11:10 Am ⎫⎬⎭ 11:50 Am | GRACE ZULLANO ... Family/Friend | | | | | 1 | | 1 | 4 |
| 11:50 Am ⎫⎬⎭ 1:10 Pm | Family/Friend | | | | | | | | Ø NH |
| 1:10 Pm ⎫⎬⎭ 2:00 Pm | Family/Friend | | | | | | | | Ø NH |
| 2:00 Pm ⎫⎬⎭ 3:00 Pm | Family/Friend | | | | | | | | Ø NH |
| | | | | | | | Subtotal | | |
| | | | | | | Grand Total (if last page of tally sheet) | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials: AJ NH, MG

25- B

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: _WD-1 Prec-3_

_Summer Data_

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance | |
|---|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | | |
| 3:00 pm ) 4:00 pm | Family/Friend | | | | | | | | 4 |
| 4:00 pm ) 5:00 pm | Family/Friend | | | | | | | | 4 |
| 5:00 pm ) 6:00 pm | Family/Friend | | | | | | | | 4 |
| 6:00 pm ) 6:45 pm | Family/Friend | | | | | | | | 4 |
| | | | | | | | Subtotal | | |
| | | | | | Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials: NH, MG

25 C

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable *ND-1   PRET-3*

*CUMMER DATE*

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 6:45pm | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | 4 |
| 7:20pm | Family/Friend | | | | | | | |
| 7:20pm | | | | | | | | |
| | | | | | | | | 4 |
| | | | | | | | | |
| 8:00pm | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | |
| | | | Grand Total (if last page of tally sheet) | | | | | 4 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials: *NH, MG*

25  *D*

☐ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable: *WD-1 Prct.-3*

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ███████ | *Black* | *9:35 am* | | | |

| **Address** | **Address** |
|---|---|
| ███████ | |

| **Federal Certificate of Eligibility Number, if any** | **Federal Certificate of Eligibility Number, if any** |
|---|---|
| | |

| **Language Spoken** *(if other than English)* | **Language Spoken** *(if other than English)* |
|---|---|
| *N/A* | |

| **Name/Title of Official Not Permitting Vote** | **Race** | **Name/Title of Official Not Permitting Vote** | **Race** |
|---|---|---|---|
| *LEO GATTI* | *White* | | |

| **Reason for Not Permitting Vote** | **Reason for Not Permitting Vote** |
|---|---|
| *NAME AND ADDRESS CANNOT be located on Registor.* | |

| **Specify what the official did or suggested that the voter do in order to vote.** | **Specify what the official did or suggested that the voter do in order to vote.** |
|---|---|
| *BRING BACK SOME Kind of Identification with NAME And Address. Official did NOT Offer Provisional ballot* | |

| **Reason Voter Believes He/She Should Be Permitted to Vote** | **Reason Voter Believes He/She Should Be Permitted to Vote** |
|---|---|
| *SHE hAS Voted hERE BEfoRE.* | |

| **Information obtained from:** | **Information obtained from:** |
|---|---|
| ☑ **Observation** | ☐ **Observation** |
| ☑ **Questioning Voter** | ☐ **Questioning Voter** |

**Initials** *AB³⁰ N4, MG*

26 *A*

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable: *WD-1 Prect-3*

| Name | Race | Time |
|------|------|------|
| ███████████ | W | 10:00 10:30 AM |

**Address**
███████████

**Federal Certificate of Eligibility Number, if any**

**Language Spoken** *(if other than English)*
English

| Name/Title of Official Not Permitting Vote | Race |
|------|------|
| Leo Gatti, warden | W |

**Reason for Not Permitting Vote**
Voter ███████ moved from ███████ to ███████ stand Voter is not on the books.

**Specify what the official did or suggested that the voter do in order to vote.** At 10:00AM warden, Leo Gatti asked for ID, but Voter ██████ didn't supply warden with one. Voter █████ at 10:30 supplied warden Leo with ID warden called City Hall and was told Voter had to vote at last place she lived.

**Reason Voter Believes He/She Should Be Permitted to Vote**
Voter █████ believes She should be able to vote because she is a registered voter.

**Information obtained from:**
☑ Observation
☑ Questioning Voter

---

| Name | Race | Time |
|------|------|------|
| ███████████ | H | 11:35 - 11:50 AM |

**Address**
███████████

**Federal Certificate of Eligibility Number, if any**

**Language Spoken** *(if other than English)*
Spanish

| Name/Title of Official Not Permitting Vote | Race |
|------|------|
| Leo Gatti, warden | W |

**Reason for Not Permitting Vote**
Voter ███████ moved from ███████ to ███████ is not in the Voter book. Also, warden Leo Gatti told the Voter if he had Voted five years ago, he was not on the books.

**Specify what the official did or suggested that the voter do in order to vote.** warden Leo Gatti called city hall to ask where █████ was registered, █████ was registered at ████████ Voter █████ was sent to this place to but warden, Leo Gatti.

**Reason Voter Believes He/She Should Be Permitted to Vote**
According to Voter █████ he had voted at BHH Heritage Apartments before, so he should be allowed to vote.

**Information obtained from:**
☑ Observation
☑ Questioning Voter

---

**Initials:** JPS NY MG

✳ W=White

26 B

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable: _Wd-1 Prest. -3_

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| [redacted] | H | 1:00 1:34 PM | [redacted] | H | 1:30 PM |

**Address**
[redacted]

**Address**
[redacted]

**Federal Certificate of Eligibility Number, if any**

**Federal Certificate of Eligibility Number, if any**

**Language Spoken** *(if other than English)*
Spanish

**Language Spoken** *(if other than English)*
Spanish

**Name/Title of Official Not Permitting Vote**
Clerks
Marianne Pardi, Grace Zuccaro

**Race**
White

**Name/Title of Official Not Permitting Vote**
Warden
Leo Gatti

**Race**
White

**Reason for Not Permitting Vote**
According to the clerks
Marianne + Grace voter
[redacted] was not
on the books the first
time. Voter [redacted]
was found the second time

**Reason for [redacted]**
Voter, [redacted]
was not registered to vote
at BAH Heritage Apartments.
Also Voter [redacted]
was suppose to go to trenton
[redacted]

**Specify what the official did or suggested that the voter do in order to vote.**
Voter [redacted] was
first turned away [redacted] at
1:00 pm and was sent to
Donna McKate. At Donna
McKate Voter [redacted]
was sent back to BAH Heritage
where she was found on the books

**Specify what the official did or suggested that the voter do in order to vote.**
Warden, Leo Gatti called
City Hall to find out where
Voter [redacted] should
vote. Warden, Leo Gatti
gave voter, [redacted]
[redacted] registration to fill out.

**Reason Voter Believes He/She Should Be Permitted to Vote** [redacted]
Voter [redacted]
believes she should be
allowed to vote because
she is registered

**Reason Voter Believes He/She Should Be Permitted to [redacted]**
Voter [redacted]
believes he should cast
his vote because he
is a registered Voter.

**Information obtained from:**
☑ **Observation**
☑ **Questioning Voter**

Voter did cast
her vote when
she came
back.

**Information obtained from:**
☑ **Observation**
☑ **Questioning Voter**

**Initials:** AP, NH, MG

* H=Hispanic.

26 C

☐ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable: _WD 1 Prect 3_

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ▆▆▆▆ | Hispanic | 4:45 pm | ▆▆▆▆ | Hispanic | 5:55 pm |

| Address | Address |
|---|---|
| ▆▆▆▆ | ▆▆▆▆ |

| Federal Certificate of Eligibility Number, if any | Federal Certificate of Eligibility Number, if any |
|---|---|
| | |

| Language Spoken *(if other than English)* | Language Spoken *(if other than English)* |
|---|---|
| Spanish | Spanish |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|
| Warden Leo Gatti | White | Warden Leo Gatti | White |

| Reason for Not Permitting Vote | Reason for Not Permitting Vote |
|---|---|
| Warden, Leo Gatti told Voter, ▆▆▆▆ that he could not vote becaus the Voter was republican and this was a Democrate election | Warden, Leo Gatti called City Hall and asked where Voter, ▆▆▆▆ was suppose to vote based on where he was registered |

| Specify what the official did or suggested that the voter do in order to vote. | Specify what the official did or suggested that the voter do in order to vote. |
|---|---|
| Warden, Leo Gatti explained to Voter, ▆▆▆▆ that he was a Republican and this is a Democratic election. Warden, Leo Gatti told the Voter he could have | Warden, Leo Gatti, called City Hall and was told that Voter ▆▆▆▆ in the O'Donald school should go to vote |

| Reason Voter Believes He/She Should Be Permitted to Vote | Reason Voter Believes He/She Should Be Permitted to Vote |
|---|---|
| a write in. Voter, ▆▆▆▆ ▆▆▆▆ believes that this is an important race and he should be allowed to vote. | Voter, ▆▆▆▆ believes he should be allowed to vote because he is a registered Voter. |

| Information obtained from: | Information obtained from: |
|---|---|
| ☑ Observation | ☑ Observation |
| ☑ Questioning Voter | ☑ Questioning Voter |

| Initials: NH MG | 26 D |
|---|---|

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable: WD 1 Prect 3

| Name ████████████ | Race White | Time 6:50 P.M. | Name | Race | Time |
|---|---|---|---|---|---|
| Address ████████████ | | | Address | | |
| Federal Certificate of Eligibility Number, if any | | | Federal Certificate of Eligibility Number, if any | | |
| Language Spoken *(if other than English)* English | | | Language Spoken *(if other than English)* | | |
| Name/Title of Official Not Permitting Vote Warden Leo Gatti | Race White | | Name/Title of Official Not Permitting Vote | Race | |
| Reason for Not Permitting Vote Warden, Leo Gatti suggested to voter, ████████ to cast a provisional ballot. Voter decided to go vote where he voted the last time. | | | Reason for Not Permitting Vote | | |
| Specify what the official did or suggested that the voter do in order to vote. Warden, Leo Gatti called City Hall and told voter ████ to vote provisional. ██████ Voter, decided to go back to where he voted 5 years ago. | | | Specify what the official did or suggested that the voter do in order to vote. | | |
| Reason Voter Believes He/She Should Be Permitted to Vote Voter, ████████ believes he should be able to vote because he is registered. | | | Reason Voter Believes He/She Should Be Permitted to Vote | | |
| Information obtained from: ☑ Observation ☑ Questioning Voter | | | Information obtained from: ☐ Observation ☐ Questioning Voter | | |

Initials: M.G. NH MG

26 E

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _Wd-1, Prect-3_

Voter: _[redacted]_    Race: _White_    Begin Time: _9:23_ AM    End Time: _9:28_ AM

Interpreter or Election Official: _BRIAN OBRIEN_    Observer: _Nick Huynh_

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Blind_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

_NOTE: If the answer is not 100% "YES", mark "NO"_

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | NH ✗ | | ✗ | |
| Name the political parties for each candidate on the ballot | NH ✗ | | ✓ | |
| Name each office on the ballot | NH ✗ | | ✓ | |
| Explain each proposition on the ballot | | | NH ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | NH ✗ | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | |

Explanation: _MR. [redacted] is Blind And Cowld not SEE the Ballot. BRIAN OBRIEN (interpreter) Read the NAMES on the ballot and let MR. [redacted] chose the CANdidAte NH NH And fill in the OVAl. NH NM MG_

Initials:

27 _A_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _WD-1  Prect. -3_

Voter [redacted]      Race: _Italian_  Begin Time: _9:44_ AM  End Time: _9:50_ AM

Interpreter or
Election Official: _GRACE ZUCCANO_    Observer: _MARIA GOMEZ_

Assistance Occurred:  ☐  Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _VOTER Could not SEE_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | ✓ | | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | ✓ | | ✓ NH | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | | ✓ | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | |

Explanation: _The clerk read and fill out the Ballot with Voter Consent._

Initials: _AB  NH  MG_

27 _B_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: *WD-1 Prect.-3*

Voter: ▮▮▮▮▮▮▮    Race: *White*    Begin Time: *9:50 AM*    End Time: *9:55 AM*

Interpreter or
Election Official: *GRACE ZUCCANO*    Observer: *Nick Huynh*

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): *Blind.*

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | ✓ | | ✗ *NH* | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | ✗ *NH* | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | |

Explanation: *GRACE ZUCCANO (Poll official) READ the NAMES of the CANDIDATES AND Let MS. ▮▮▮▮▮ Select the CANDIDATE by filling the OVAL NEXT to the CANDIDATE NAME.*

Initials: *NH*
*MG*

27 *C*

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _WD-1 Prect.-3_

Voter: _[redacted]_    Race: _White_    Begin Time: _11:00 AM_    End Time: _11:10 AM_

Interpreter or Election Official: _Leo Gatti_    Observer: _Bee Ling Ang-Yin_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Legally Blind_

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**

NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | ✓ | | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | ✓ | | ~~✗~~ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ~~✗~~ | ✓ | | |
| Mark the ballot contrary to the voter's wishes | ✓ | | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | |

Explanation: _MR [redacted] is Legally Blind. Leo Gatti (Warden) Read the Ballot and ask MR [redacted] if he would like MR [redacted] to fill in the oval based on MR [redacted] wishes._

Initials: _AP_   Phone: _[redacted]_

_NH, MG_   21-D   _AP_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _WD-1 PRCT-3_

Voter: ⬛⬛⬛⬛⬛    Race: _VIETNAMese_  Begin Time: _____  End Time: _____

Interpreter or Election Official: _Lim Nguyen_    Observer: _Nick Huynh_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☒ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Literacy impaire_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | ✓ |
| Ask voter for choice of assistor | | ✓ | | ✓ |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | ✓ | | ✗ NH | ✓ |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | ✓ |
| Mark the ballot contrary to the voter's wishes | | ✓ | | ✓ |
| Attempt to rush the voter through the ballot | | ✓ | | ✓ |
| Explain write-in procedures | ✓ | | | ✓ |

Explanation: _Lim Nguyen Rend the Name of the Candidates to MR. ⬛⬛ And show MR. ⬛⬛ where to insert the Ballot._

Initials: _AJ2L_

_NH/MG_

27 _E_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _WA-1 Prect-3_

Voter: ████████████    Race: _Vietnamese_  Begin Time: _____  End Time: _____

Interpreter or
Election Official: _Lim Nguyen_    Observer: _Nick Huynh_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Literacy Impaired_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Vietnamese |
| Ask voter for choice of assistor | | ✓ | | ✓ |
| Permit the voter's choice of assistor | ✗ NH | | ✗ NH | ✗ NH |
| Name each candidate on the ballot | ✓ | | ✗ NH | ✓ |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | ✓ |
| Mark the ballot contrary to the voter's wishes | | ✓ | | ✓ |
| Attempt to rush the voter through the ballot | | ✓ | | ✓ |
| Explain write-in procedures | ✓ | | | ✓ |

Explanation: _Lim Nguyen told_ ████████ _the name of the candidates. Show voter where to insert the ballot._

Initials: _NH, MG._

27 _F_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: WD1 Prect 3

Voter: ███████████    Race: Hispanic    Begin Time: 4:00    End Time: 4:05

Interpreter or Election Official: Vicente Carrasco    Observer: Maria Gomez

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): How to fill in the ballot and how to put it in the machine

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Spanish |
| Ask voter for choice of assistor | MG ✗ | ✓ | | Spanish |
| Permit the voter's choice of assistor | MG ✗ | | ✓ | Spanish |
| Name each candidate on the ballot | ✓ | | | Spanish |
| Name the political parties for each candidate on the ballot | ✓ | | | Spanish |
| Name each office on the ballot | ✓ | | | Spanish |
| Explain each proposition on the ballot | MG ✗ | | ✓ | Spanish |
| Explain when the voter can vote for more than one candidate for an office | ✓ | | | Spanish |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation:

Initials: MG NH / APS

27 G

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: WD1 Prect 3

Voter: ███████████  Race: Hispanic  Begin Time: 3:15  End Time: 3:20

Interpreter or Election Official: Brian O'Brien  Observer: Maria Gomez

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): How to fill out the ballot

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Spanish |
| Ask voter for choice of assistor | MG ✓ | ✓ | | Spanish |
| Permit the voter's choice of assistor | MG ✓ | | ✓ | Spanish |
| Name each candidate on the ballot | ✓ | | | Spanish |
| Name the political parties for each candidate on the ballot | ✓ | | | Spanish |
| Name each office on the ballot | ✓ | | | Spanish |
| Explain each proposition on the ballot | MG ✓ | | ✓ | Spanish |
| Explain when the voter can vote for more than one candidate for an office | ✓ | | | Spanish |
| Allow the voter to mark the ballot | ✓ | | | Spanish |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | ✓ | |
| Explain write-in procedures | | | ✓ | |

Explanation:

Initials: MG  NH
AB

27 H

☐ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _wd-1  Prect-3_

Interpreter/Official: _____    Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|--------|--------------------------------------------------------------------|
|        |                                                                    |
|        |                                                                    |
|        |                                                                    |
|        |                                                                    |
|        |                                                                    |
|        |                                                                    |
|        |                                                                    |
|        |                                                                    |

Initials: _PB NH, MG_

28____

☐ None Observed
☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _Wd-1 Prect.-3_

Interpreter/Official: _____    Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Initials: _NH, MG_

29

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)    WD/AD/ED, if applicable WD1 Prect 3

Interpreter/Official: _Brian O'Brien_    Observer: _Maria Gomez_

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| How to fill out registration Mail in. | Interpreter Brian O'Birien told voter ███████ to write his old address and new address on the registration form |
| Directed voter to another poll site to vote. | Interpreter Brian O'Brien directed voter █████ to go to Donna/McKate to vote. |
| How to fill in the ballot and put the ballot in the machine | Interpreter Brian O'Brien assisted voter ███████ in explaining how to fill in the ballot. |
| | |
| | |
| | |
| | |
| | |
| | |

Initials: _BP, NH, M.G_

30 A

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)     WD/AD/ED, if applicable: WD1 Prct 3

Interpreter/Official: Vicente Carrasco Observer: Maria Gomez

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| How to fill in the ballot and put it the ballot inside the machine. | Interpreter Vicente Carrasco told Voter ████████ to vote for candidate of her choice. Interpreter explained how to bubble in the oval to vote for favorite candidate |
| How to fill out, registration mail in. | Interpreter Vicente Carrasco asked Voter ████████ ████████ where he voted before and asked where he lived now. |
| How to fill in the ballot and put it inside the machine | Interpreter Vicente Carrasco told the Voter ████████ how to bubble the oval and put the ballot in the machine |
| How to fill in the ballot and put it in the machine | Interpreter Vicente Carrasco told the Voter ████████ where to put the ballot after its filled out. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials: ___ NH, M-6.

30 B

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)

WD/AD/ED, if applicable: WD1 Prect. 3

Interpreter/Official: _____    Observer: Maria Gomez

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| Friend ██████ assisted Voter ██ on █████ how to fill in the ballot. | ██████ told Voter, to bubble in the circle to pick favorite candidate. Then, ██████ told to put ballot |
| Friend 3 assisted Voter two, ████████ | Voter ████ in the machine. ██████ assisted Voter on filling out the ballot. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials: ██ NH, M.G.

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)     WD/AD/ED, if applicable: WD1 Prect 3

Interpreter/Official: _Lim Nguyen_          Observer: _Nick Huynh_

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| How to fill in the ballot And Put the ballot inside the Machine. | INTERPRETER is Lim Nguyen Told Voter ███████ the Name of CANdidAte And Let her choice. |
| How to fill in the ballot And Put the ballot inside the Machine. | Lim Nguyen told Voter ███████ ███████ the NAME of the CANdidAte And Let him choice |
| How to fill in the ballot And Put the ballot through the Scanner | Lim Nguyen Assist ███████ with the CANdidAte NAMES And let him choice the CANdidAte. |
| How to fill in the ballot And Put the ballot through the SCANNER | Lim Nguyen Assist ███████ with the CANdidAte NAMES And let her choice the CANdidAte. |
| How to fill out the Ballot And Put the Ballot through the SCANNER | Lim Nguyen Assist ███████ with the CANdidAte NAME And let her choice the CANdidAte |
|  |  |
|  |  |
|  |  |
|  |  |

Initials: _AB NH, MG_

30 _D_

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☑ BALLOTS

WD/AD/ED, if applicable: *Wd-1 Prcd. 3*

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ████ | White | 3:40 ᴾᴹ | | | |
| Address ████ | | | Address | | |
| Language Spoken *(if other than English)* N/A | | | Language Spoken *(if other than English)* | | |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---|---|---|---|
| LEO GATTi (WARDEN) | White | | |

| Reason | Reason |
|---|---|
| You have Not Voted in 13 years. | |

| Voter's Response | Voter's Response |
|---|---|
| I Voted here when John Kerry Ran For President. | |

| Information obtained from: | Information obtained from: |
|---|---|
| ☑ Observation | ☐ Observation |
| ☑ Questioning Voter | ☐ Questioning Voter |

| 1. Did the election official check with voter registration officials? ☑ Yes ☐ No | 1. Did the election official check with voter registration officials? ☐ Yes ☐ No |
|---|---|
| 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☑ No | 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No |
| 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☑ No   If so, where? | 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☐ No   If so, where? |
| 4. Was the ballot kept separate from the unchallenged ballots? ☑ Yes ☐ No | 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No |

Initials: NH, MG

31 A

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☒ BALLOTS

WD/AD/ED, if applicable: _Wd-1 Prect-13_

| Name | Race _Spanish_ | Time _7:10 p_ | Name | Race | Time |
|------|------|------|------|------|------|
| **Address** ▬▬▬ _East Boston, MA 02128_ | | | **Address** | | |
| **Language Spoken** *(if other than English)* _Spanish_ | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** _Leo Gatti (Warden)_ | **Race** _White_ | | **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | **Race** | |
| **Reason** _Register in Boston (Beason Hill) for Beacon —Told voter to go to Beacon Hill_ | | | **Reason** | | |
| **Voter's Response** _She requests to vote on Provisional ballot._ | | | **Voter's Response** | | |

Information obtained from:

☐ Observation

☒ Questioning Voter

Information obtained from:

☐ Observation

☐ Questioning Voter

| 1. Did the election official check with voter registration officials? ☒ Yes ☐ No | 1. Did the election official check with voter registration officials? ☐ Yes ☐ No |
|------|------|
| 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☒ No | 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No |
| 3. Did the election officials tell the voter he/she was registered elsewhere?<br>☒ Yes ☐ No    If so, where? _Boston_ | 3. Did the election officials tell the voter he/she was registered elsewhere?<br>☐ Yes ☐ No    If so, where? |
| 4. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No | 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No |

Initials: _RDd NH MG_

31 _B_

## CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _WD-1  Plect-3_

1. What time did the polls close?  _8:03 PM_    ☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes    ☑ No

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?    _N/A_

   ☐ Yes    ☐ No    _THERE WAR NO ONE in LinE At the time the_
   If not, who would not permit them to vote and what reason(s), if any, was given? _Polls close._

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4. If ***paper ballots*** were used and counted at the polls:
   a. Were additional workers used to assist in the

      count?    ☐ Yes    ☐ No    ☐ Not applicable to this election

      If so, were these persons administered an oath?    ☐ Yes    ☐ No

   b. Was the table cleared before the ballot box was emptied?    ☐ Yes    ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?    ☐ Yes    ☑ No

      If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

      If so, who? _____

   g. Was each ballot read as marked?    ☐ Yes    ☐ No
      If not, how many were not properly read? _____
      How were they misread?

Initials: _NH, MG_

32

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials: *Bi*

*NH , MG*

33

j.  How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials: NH, MG

34

k. Tallying of Ballots
   1. Names of officials who kept each tally (it may be that only one tally sheet is kept).
      If more than one person kept the single tally sheet, note the period of time each
      person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l. Were the poll watchers and all other interested persons allowed the opportunity to view
   the counting process?   ☐ Yes    ☐ No        If not, explain.

m. List the items placed in the ballot box.

n. List the items not placed in the ballot box and indicate where they were placed.

o. What time did the ballot box leave the polling place? _____

   Who took it?    _____

   Was it locked?   ☐ Yes    ☐ No        Was it sealed?   ☐ Yes    ☐ No

p. What time did the Observer Team leave the polling place? _____    Did an

   Observer accompany the ballot box?   ☐ Yes    ☐ No

5. If **DRE** or lever **voting machines** were used:

   ┌─────────────────────────────────────┐
   │ ☐ Not applicable to this election    │
   └─────────────────────────────────────┘

   a. Were the machines locked and sealed against

      further voting?   ☐ Yes    ☐ No

      If so, by whom?  _____

   b. Who read the count from the machine?  _____

Initials:
*JH, MG*

35

c.  Was the count verified by another official?   ☐ Yes    ☐ No     If so, by whom?

_____

d.  Was it read correctly?                    ☐ Yes    ☐ No
e.  Who recorded the vote on the official return sheets? _____

f.  Was the vote recorded accurately?          ☐ Yes    ☐ No
g.  List the serial numbers of the machines and record the public counter of each machine
     at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h.  Was the vote announced by the poll officials?    ☐ Yes    ☐ No
i.  Were the poll watchers provided an opportunity to compare the announced results with
     the figure on the counter?                  ☐ Yes    ☐ No
j.  Were the absentee votes counted and tabulated with the votes shown on the machines?
     ☐ Yes    ☐ No
k.  Was the statement of results signed and certified by the poll officials?
     ☐ Yes    ☐ No
l.  Was the statement delivered to the election officials?   ☐ Yes    ☐ No

     By whom? _____
m.  As soon as the count was completed and the results announced, was the counter
     compartment locked?    ☐ Yes    ☐ No    By whom? _____
n.  Describe what was done with the election supplies such as poll lists, challenged
     ballots, etc.

o.  What time did the Observer Team leave the polling place? _____

6. If **punch cards or optical scan cards** were used:
   a. Was a duplicate report of the number of persons
      voting prepared?    ☐ Yes    ☐ No

      <div style="border:1px solid"> ☐ Not applicable to this election </div>

      By whom? _____
   b. What was done with the election supplies such as ballot stubs, etc.?

   c. Was the ballot box sealed?    ☐ Yes    ☐ No    By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

      Did an observer accompany the ballot box?    ☐ Yes    ☐ No
   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots
   a. Were the absentee ballots opened and stacked?

      <div style="border:1px solid"> ☐ Not applicable to this election </div>

      ☐ Yes    ☐ No
      By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

      If so, who? _____

   d. Was each ballot read as marked?    ☐ Yes    ☐ No    If not, how many were not
      properly read? _____    How were they misread?

   e. What was done with the ballots after they were read?

**Initials:**

*NH, MG*

37

f.  How many absentee ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____  Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
|  | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:
*NH, MG*

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Yes     ☐ No    By whom?

   _____

   b. Who read the ballots?     _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes     ☐ No

   If so, who? _____

   d. Was each ballot read as marked?   ☐ Yes     ☐ No     If not, how many were
   not properly read? _____     How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?

   _____

   Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

☐ Not applicable to this election

Initials:

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials: *NH, MG*

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b. Provide any additional comments regarding activities while the votes were being counted.

Initials: _NH, MG_

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE  WD/AD/ED, if applicable: ____

| Name | Race | Name | Race |
|---|---|---|---|
| 1 | | 28 | |
| 2 | | 29 | |
| 3 | | 30 | |
| 4 | | 31 | |
| 5 | | 32 | |
| 6 | | 33 | |
| 7 | | 34 | |
| 8 | | 35 | |
| 9 | | 36 | |
| 10 | | 37 | |
| 11 | | 38 | |
| 12 | | 39 | |
| 13 | | 40 | |
| 14 | | 41 | |
| 15 | | 42 | |
| 16 | | 43 | |
| 17 | | 44 | |
| 18 | | 45 | |
| 19 | | 46 | |
| 20 | | 47 | |
| 21 | | 48 | |
| 22 | | 49 | |
| 23 | | 50 | |
| 24 | | 51 | |
| 25 | | 52 | |
| 26 | | 53 | |
| 27 | | 54 | |
| Subtotals By Race | | | | | Subtotals By Race | | | | | |

Initials:

*NH, MG*

42



United States
# Office of
## Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:      Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of  _September 25, 2007_
                              (Date)

_Massachussetts_
                              (State)

_Suffolk_
                              (County)

_Boston_
                              (Municipality)

_Cardinal Medeiros manor_
(Name of Polling Place)

_1 and 2_
                              (Precinct #)

_13_
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

| The Time Observers: |
| --- |
| Arrived at Polls _6:25 Am_ |
| Departed Polls _1:10 PM_ |

Print _Miosotis González_
        (Name)

Sign _____

Print _Keith Jean_
        (Name)

Sign _____

Print _____
        (Name)

Sign _____

| Instructions to Observers: Complete this report in BLACK INK ONLY. Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner. |
| --- |

VN = Viet Namese

# 1.   VOTING STATISTICS

| A.  Number of Persons Attempting to Vote at the Polls | Total | Indian Chinese | Hispanic | Asian Vietnamese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1.  Persons voting unchallenged (See Chart A, page 23) | ∅ | ∅ | ∅ | ∅ | | | |
| 2.  Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | ∅ | ∅ | ∅ | ∅ | | | |
| 3.  Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | ∅ | ∅ | ∅ | ∅ | | | |
| TOTAL of 1, 2, and 3 | ∅ | ∅ | ∅ | ∅ | | | |

| B.  Number of Persons Receiving Any Language Assistance.  Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | ~~Indian~~ Chinese | Spanish | ~~Asian~~ Vietnamese | Other |
|---|---|---|---|---|---|
| | | ∅ | ∅ | ∅ | |
| Section 1B is Not Applicable to this Coverage ☐ | | | | | |

| C.  Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | ∅ | ∅ | | |
| Section 1C is Not Applicable to this Coverage ☐ | | | | |

| D.  Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | Indian Chinese | Hispanic | Asian Vietnamese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | | ∅ | ∅ | ∅ | | | |
| Section 1D is Not Applicable to this Coverage ☐ | | | | | | | |

| E.  Absentee Ballots | Total |
|---|---|
| 1.  Unchallenged | |
| 2.  Challenged | |
| Section 1E is Not Applicable to this Coverage ☐ | |

Initials: 

2

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1.  Ballots accepted | |
| 2.  Ballots partially rejected | |
| 3.  Ballots totally rejected | |
| 4.  Spoiled ballots | |
| 5.  Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |

**Section 1F is Not Applicable to this Election ☐**

**G.  If *voting machines* are used:**

1.  List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Section 1G (including Question 2 below) is Not Applicable to this Election ☐**

2.  Did the seal numbers on each machine match the number of the seal on the envelope

containing the keys to the machine?                    ☐ Yes        ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**
Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Section 1H is Not Applicable to this Election  ☐**

Initials:

3

**2.   DESCRIPTION OF POLLING PLACE**

☐ Not applicable to this coverage

A.   *Draw a diagram of the polling place which shows the following items*:
1.   Location of voting machines or booths
2.   Location of tables for election officials
3.   Location of any officially-designated interpreters
4.   Location of voting instruction signs or cards
5.   Location of sample ballots, if any
6.   Location of telephone, if any
7.   Location of Federal observers



Initials:

*VN = Vietnamese*

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a.  Setting campaigning limits? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |
| b.  Directing voters to the polling place (e.g., "vote here")? | ☑Yes ☐No | Front window | ☑Yes ☐No | English Spanish Chinese Vietnamese | ☐Yes ☐No |
| c.  Stating assistance is available to voters? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |
| d.  Indicating Election date? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |
| e.  Indicating Election hours? | ☑Yes ☐No | Front window | ☑Yes ☐No | English Spanish Chinese & VN | ☐Yes ☐No |
| f.  Sample ballot? | ☑Yes ☐No | Front window | ☑Yes ☐No | English Spanish | ☐Yes ☐No |
| g.  Instructions for casting a regular ballot? | ☑Yes ☐No | on Table and wall | ☑Yes ☐No | English Spanish VN | ☐Yes ☐No |
| h.  Instructions for casting a provisional ballot? | ☑Yes ☐No | Side window on Table | ☑Yes ☐No | English Spanish Chinese VN | ☐Yes ☐No |
| i.  Instructions for mail registrants and first time voters? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |
| j.  Information on who to contact if voters have problems? | ☑Yes ☐No | Side window | ☑Yes ☐No | English Spanish Chinese VN | ☐Yes ☐No |
| k.  General voting rights information? | ☑Yes ☑No | Side window | ☑Yes ☐No | English Spanish VN Chinese | ☐Yes ☐No |
| l.  Right to cast a provisional ballot? | ☑Yes ☐No | Side window | ☑Yes ☐No | English Spanish Chinese Vietnamese | ☐Yes ☐No |
| m.  Laws on voting fraud and misrepresentation? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |

2.  If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

N/O

Initials: *[signature]*

5

C.    Phones
1.   Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?                                      ☑ Yes      ☐ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

*District 1: Cell phone; wardin does not know the number.*
*District 2: Cell phone; does not have the number (wardin)*

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

*NO contacts were made*

2.   If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used _____ and under what circumstances the officials used this phone.    *NO other phone was used.*

---

## 3. ELECTION OFFICIALS

**A.**  List each polling official on duty.  ***Do NOT include special interpreters.***

WD/AD/ED, if applicable: _____

|  | Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|---|
| **District 1** | Dennis Johnson | African-Amer. Black | Wardin | English |
| | Phillip Mayo II Dist. | African Amer. Black | wardin | English |
| | Janice Deseu | African-Amer Black | Inspector | English |
| | Corine Deseu | African-Amer. Black | Inspector | English |
| | Peter O'Sullivne | White | Clerk | English |
| | Johany Montes | Hisp. | Inspector | Spanish/English |
| **District II** | Oscar Bullrd | African Am Black | Poll officer | English |
| | Warren Toon | African Am. Black | Inspector | English |
| | Tracey Smith | African Amer. Black | Clerk | English |
| | Frances C. Harris | African-Am Black | Inspector | English |
| Initials: | Yessenia Montes | Hispanic | Inspector | Spanish/English |

6

Note times each polling official was absent from the polls:     WD/AD/ED, if applicable:

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| Johnny Montes | 11:45 | } | At departing time | | | | 1:10 pm | |
| Yessenia Montes | 11:45 | } | observers were noticed | | | | | |
| | | | these two polling workers | | | | | |
| | | | were not returned from | | | | | |
| | | | lunch. | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.  If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☑     WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?   Ward 13   District 1   District 2   ☑ Yes   ☐ No

If so, who? ___Dennis Johnson___ ___Phillip Mayo___
                    (Wardin)           (Wardin)

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?

☐ Yes   ☑ No

If so, who? _____

Initials:

D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:

8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?          ☐ Yes    ☑ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Note times each interpreter was absent from the polls:      WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☐

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                                    WD/AD/ED, if applicable: _____

1. What time did the election officials arrive at the polling place? ___6:45 am___
   Indicate how this information was obtained:
   ☒ Observation        ☐ Questioning election officials                    *were observed*

2. Were the election officials given an oath of office?              ☐ Yes      ☒ No

   If so, by whom? _____
   Indicate how this information was obtained:
   ☒ Observation        ☐ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. **Do
   not include signs identified on page 5.** Identify any items printed in a language other
   than English and specify the additional language(s).

   ① Provisional Envelopes + On Table Ballot
   ② Spoiled Envelopes
   ③ City of Boston used Ballots Envelopes
   ④ Writing Ballot Envelopes

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.

   None observed

Initials:

10

B. Poll Watchers                                      WD/AD/ED, if applicable: _____

   1.  Were any poll watchers present?            ☐ Yes        ☑ No

   2.  If so, obtain the following information.  *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

   3.  Did the election officials require the poll watchers to present any type of authorization?

      ☐ Yes   ☐ No    If so, what? _____

      If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

N/A

   4.  Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?                          ☐ Yes        ☐ No
      Explain any activities poll watchers were not permitted to observe.

C.  While the Polls Were Open                          WD/AD/ED, if applicable: _____

   1.  What time did the polls open? _____
      Indicate how this information was obtained:

      ☐ Observation      ☐ Questioning election officials

   2.  Were the names of the absentee voters marked on the poll list?  ☐ Yes        ☐ No

   3.  Were the absentee ballots delivered to the polls?  ☐ Yes    ☐ No
      If so, by whom? _____
      *If "no", proceed to question 5 of this section.*
   4.  Were the absentee ballots counted at the polls?

      ☐ Yes        ☐ No        ☐ Not Observed

**Initials:**

11

5. What voting system(s) for regular ballots was used in the polling place?

   a. Direct recording electronic machines (DRE)?     ☐ Yes    ☑ No

     If yes, was the machine set to zero before voting began?

     ☐ Yes    ☐ No     ☐ Not Observed

     Was there an activator card (a device that the voter inserts into the machine to begin voting) given to the voter?     ☐ Yes    ☐ No

     If yes, who programmed the activator card? _____

   b. Lever machines?       ☐ Yes     ☐ No

     If yes, were the keys delivered in a sealed envelope on the outside of which was written the machine number and the protective counter number?

     ☐ Yes    ☐ No     ☐ Not Observed

     Did the public counter register zero before voting began?

     ☐ Yes    ☐ No     ☐ Not Observed

     If not, what number did the counter show? _____

     Was the machine locked before voting began?

     ☐ Yes    ☐ No     ☐ Not Observed

   c. Punch cards?       ☐ Yes    ☐ No

     If yes, where were voted ballots deposited by the voter?

     ☐ Ballot box

     ☐ Scanner

     ☐ Poll Official

     ☐ Other (explain)

     If there was a scanner:

     Did it reject any ballots voters inserted? ☐ Yes ☐ No    ☐ Not Observed

     Was it set to zero before voting began? ☐ Yes ☐ No    ☐ Not Observed

     Were privacy sleeves used to keep ballot choices secret?

     ☐ Yes    ☐ No     ☐ Not Observed

**Initials:**

d.  Optical scan cards ?                          ☑ Yes        ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☑ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?  ☐ Yes  ☑ No        ☐ Not Observed

Was it set to zero before voting began?  ☑ Yes  ☐ No        ☐ Not Observed

Were privacy sleeves used to keep the ballot choices secret?
☑ Yes        ☐ No           ☐ Not Observed

e.  Paper ballots?                               ☐ Yes        ☐ No

If yes, was the ballot box emptied?              ☐ Yes        ☐ No

Were the blank ballots counted/numbered?

☐ Yes        ☐ No           ☐ Not Observed

How many ballots were provided to the polling place?        _____

Was the ballot box locked prior to the start of voting?

☐ Yes        ☐ No           ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

**Initials:**

13

6. If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

   a. Did the voter receive any form from the poll official
      indicating he/she was permitted to vote?    ☐ Yes  ☐ No
      If so, from whom? _____

   b. Was there any time limitation imposed on voters?  ☐ Yes  ☐ No
      If so, how long? _____

   c. Did any voter attempt to use a marked sample ballot?  ☐ Yes  ☐ No

      If so, was the voter allowed to do so?  ☐ Yes  ☐ No
      If not, who prevented its usage? _____

7. If **paper ballots, punch cards, or optical scan cards**
were used:

☐ Not applicable to this election

   a. From whom did the voter receive the ballot? _Janice Desseiu (Inspector (B) Ward 13 Dist. 1)_

   b. Where did the voter go to mark the ballot? _The Booth._ Phillip Mayo - Wardin Ward-13 Dist-2

   c. Was any time limitation imposed on voters?  ☐ Yes  ☑ No
      If so, how long? _____

   d. Did any voter attempt to use a marked sample ballot?  ☐ Yes  ☑ No

      If so, was the voter allowed to do so?  ☐ Yes  ☐ No
      If not, who prevented its usage? _____

   e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

        ☐ Yes  ☑ No

D. Determining a Person's Eligibility to Vote

*Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted
to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the
following questions:*

1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the
polling place or at the check-in table to determine the voter's registration status.

Voters give out their name and address to
poll wks to check if his/her the list poll
wks hand out Ballot, voter go to Booth and
vote. If not on the list and voter request
Initials: _____ my to vote then voter will fill out the
registration and vote as provisional Ballot.

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☐ Yes  ☑ No  , Explain. *none observed*

*Dennith if voters request none observed.IT Johnson said to voter, poll worker will hand out provisional ballot to vote.*

3. If a person was registered in another precinct, what instruction, if any, was the voter given? *If poll wks know what precinct the voters Dennith belongs to, pollwks will direct he/she to vote there Johnson said if voters prericted to vote at this location he/she will vote as provisional ballot.*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?

*- he/she can fill out registration for the future voting.*

5. Were any officials available at or near the polling place to register persons to vote?

☐ Yes  ☑ No

If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
|      |       |          |
|      |       |          |
|      |       |          |
|      |       |          |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?  ☐ Yes  ☑ No  Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

*N/A*

Initials:

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters *None observed*

   ☐ Not applicable to this coverage

   1. If a minority language (one other than English) was spoken by polling
      officials/interpreters for general greetings or general conversation with voters, but no
      conversation regarding the specific election process took place in the minority language,
      indicate the general activity and conversation that took place, including the language(s)
      used, as the voter entered the polling site and throughout the time the voter was present in
      the polling place.

      *none observed*

   *Language assistance is any conversation in the minority language concerning the election
   process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
   language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
   end of the day, answer the following general questions about language assistance:*

   2. General

      a. How was it determined who received minority language assistance (e.g., was each
         minority voter automatically given such assistance, or was help given only at the
         request of the voter, or did officials offer this help to only certain minority voters)?

         *no minority language was assistance ~~observed~~ observed.*

      b. Were there any minority voters who were unable to sign their names?

         ☐ Yes   ☑ No

         If so, were they offered assistance in the minority language in casting their ballots?

         ☐ Yes   ☐ No          If not, explain.

         *N/A*

Initials:

16

c. Did any voter who requested minority language assistance fail to receive such assistance?     ☐ Yes     ☒ No     If so, explain the circumstances.

3. a. Did any poll official or interpreters provide instruction *in a minority language* on how to cast the ballot (e.g., how to use the machine, how to mark or punch the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes may be cast for a given office, etc.)?  ☐ Yes     ☒ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the instructions. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the instructions given in the minority language. Enclose in quotation marks ("words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the instructions given by the official varied during the day, describe when it varied and how it varied for that official.*

b. Where was the instruction given?

☐ Inside the booth (or while voter is voting)     *N/A*

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If instruction was given in the minority language on how to cast a ballot and was done so *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the instruction and the time the voter entered the booth (or began to vote)?     _____

4. a. Was an interpretation of the ballot provided in the minority language to voters?

☐ Yes     ☒ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for each official who gave such interpretation and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the ballot. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the interpretation given in the minority language (typically, at least 5 instances, if possible). Enclose in quotation marks ("words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the interpretation given by the official varied during the day, describe when it varied and how it varied for that official.*

Initials:

17

b.  Where was the interpretation given?

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

F.  Delays in Voting

1.  What was the average number of voters waiting in line to vote during the day? _1 or less_

2.  What was the average length of time voters had to wait to vote? _less than 10 seconds_

3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes    ☑ No    If so, provide the following information:

a.  The time the line formed _N/A_ and the number of voters in line _N/A_

b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

~~Not the case~~ mg
N/A

c.  What action, if any, did poll officials take to alleviate the delay?

~~No actions were needed~~ mg
N/A

G.  Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1.  Were challenged, affidavit, or other provisional-type ballots used?

☐ Yes    ☐ No    ☑ Not Observed

Initials:

18

On what basis did the poll worker give the provisional ballot(s)?

*none observed*

What language(s) were the ballots in? _____

2. What voting system is used for provisional ballots?
   ☐ DRE?  ☐ Lever?  ☐ Optical Scan Card?  ☐ Punch Card?  ☑ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☐ Yes  ☑ No
   What languages were the form/envelope in? _____

4. According to poll workers, under what circumstances are these provisional ballots used?

   *Voters not on the list, moving from different address, from different precinct want to vote at new location.*

5. Did the poll worker provide written information to the provisional voter?
   ☑ Yes   ☑ No   *none observed*
   In what language(s)? ~~Provisional ballot envelope with both~~
   What did the document say? ~~English and Spanish.~~ *~~Name and address.~~*

6. Did the document include information on how a voter can determine if his or her
   provisional ballot has been counted?  ☑ Yes   ☑ No   *none observed*

7. Were these provisional ballots kept separate from other ballots?
   ☑ Yes   ☐ No   ☑ Not Observed

8. Were these provisional ballots counted at the polls?
   ☐ Yes   ☑ No   ☑ Not Observed   *none observed*

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? *"I" on register list as inactive, need to prove ID or bill if voter is still live there o.*
*ID on the register list: will ask for ID or bill because 1st time voter o.*

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?    ☐ Yes    ☑ No
If so, what were they taught in that training?

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?
☑ Yes    ☐ No    If so, describe.

First-time voter

4. Did you observe any voters being asked for identification? ☐ Yes    ☑ No
On what grounds were they asked?

What form(s) of ID were the poll workers willing to accept?

Any ID with name and address OR bills with name and address.

If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot?    ☑ Yes    ☐ No
Please describe what occurred. poll worker gives provisional ballot
if voter request to voter and fillout the registration.

I. Training of Interpreters or Bilingual Poll Officials

☑ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:

A. May

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on **_how to translate the contents of the ballot or how to provide procedural instructions in the minority language_**?  ☑ Yes    ☐ No

   Did they receive notice that such a training session was scheduled? ☑ Yes    ☐ No
   Explain.

   **_If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General"._**

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training **_specifically on how to translate the ballot or how to provide procedural instructions in the minority language_**, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. **_Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language._**

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| Johnny Montes | Yes | Around 1 month ago | City Hall | 2 hours | not remember name |
| Yessenia Montes | Yes | " " | City Hall | 2 hours | not remember name |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(handwritten left margin: District 1)

3. Was part or all of the training conducted in the minority language? ☑ Yes    ☐ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)? ☑ Yes    ☐ No        If so, specify: _____
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?
   ☐ Yes    ☑ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?
   ☐ Yes    ☑ No

   Did they find the audio-visual aid(s) helpful? ☐ Yes        ☐ No  N/A
   Describe any comments about the audio-visual aid(s).

Initials: [signature]

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

*no comments were made*

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

*Poll workers were cordial and able to provide us the information needed. Observers only talked with poll workers when needed.*

B. Provide information on the presence of any law enforcement officials and any of their activities you observed.

*There were two Black Women Police Officers. They were there all the time inside the voting room. One served as check-in main entrance officer and the second one was located at the check-out Table. Officer's name: Gaines and Carter.*

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

*No media at voting facilities.*

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

*up to noontime (12:00 p.m. most minorities voters come into vote. We observed only black voters.*

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

*None observed.*

Initials:

22

☐ None Observed
☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET     WD/AD/ED, if applicable: _____

| | | PERSONS PERMITTED TO VOTE | | | | | |
|---|---|---|---|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | | Totals | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | Subtotal | | | | |
| | | | Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

23

☑ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian *chinese* | Hisp. | ~~Asian~~ *vietnames* | Black | White | Other | |
| 7-8 | | 0 | 0 | 0 | | | | 6 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 8-9 | | 0 | 0 | 0 | | | | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 9-10 | | 0 | 0 | 0 | | | | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 10-11 | | 0 | 0 | 0 | | | | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | **Subtotal** | 0 |
| | | | | | | | **Grand Total (if last page of tally sheet)** | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)
Initials:

☑ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 11-12 | | Ø | Ø | Ø | | | | Ø |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 12-1 | | Ø | Ø | Ø | | | | Ø |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | Ø |
| | | | | | Grand Total (if last page of tally sheet) | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m.; 7 a.m.- 8 a.m.)
**Initials:**

24 A

☑ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | |
| | | | | | Grand Total (if last page of tally sheet) | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

☑ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| **Address** | | | **Address** | | |
| **Federal Certificate of Eligibility Number, if any** | | | **Federal Certificate of Eligibility Number, if any** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|--------------------------------------------|------|--------------------------------------------|------|
| **Reason for Not Permitting Vote** | | **Reason for Not Permitting Vote** | |
| **Specify what the official did or suggested that the voter do in order to vote.** | | **Specify what the official did or suggested that the voter do in order to vote.** | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** | | **Reason Voter Believes He/She Should Be Permitted to Vote** | |
| **Information obtained from:** | | **Information obtained from:** | |
| ☐ **Observation** | | ☐ **Observation** | |
| ☐ **Questioning Voter** | | ☐ **Questioning Voter** | |

Initials:

26

☑ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _____  Race: _____  Begin Time: _____  End Time: _____

Interpreter or
Election Official: _____  Observer: _____

Assistance Occurred:  ☐  Inside the booth (or while voter is voting)

☐  Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | | |
| Ask voter for choice of assistor | | | | |
| Permit the voter's choice of assistor | | | | |
| Name each candidate on the ballot | | | | |
| Name the political parties for each candidate on the ballot | | | | |
| Name each office on the ballot | | | | |
| Explain each proposition on the ballot | | | | |
| Explain when the voter can vote for more than one candidate for an office | | | | |
| Allow the voter to mark the ballot | | | | |
| Mark the ballot contrary to the voter's wishes | | | | |
| Attempt to rush the voter through the ballot | | | | |
| Explain write-in procedures | | | | |

Explanation:

Initials:

☐ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

28

☐ None Observed
☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____     Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Initials:

☑ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)    WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Initials:**

30

☑ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| **Address** | | | **Address** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---|---|---|---|
| **Reason** | | **Reason** | |

| Voter's Response | Voter's Response |
|---|---|
| Information obtained from: | Information obtained from: |
| ☐  Observation | ☐  Observation |
| ☐  Questioning Voter | ☐  Questioning Voter |

| 1.  Did the election official check with voter registration officials?  ☐ Yes   ☐ No | 1.  Did the election official check with voter registration officials?  ☐ Yes   ☐ No |
|---|---|
| 2.  Was the voter advised to check with the voter registration officials? ☐ Yes   ☐ No | 2.  Was the voter advised to check with the voter registration officials? ☐ Yes   ☐ No |
| 3.  Did the election officials tell the voter he/she was registered elsewhere?  ☐ Yes   ☐ No      If so, where? | 3.  Did the election officials tell the voter he/she was registered elsewhere?  ☐ Yes   ☐ No      If so, where? |
| 4.  Was the ballot kept separate from the unchallenged ballots?  ☐ Yes   ☐ No | 4.  Was the ballot kept separate from the unchallenged ballots?  ☐ Yes   ☐ No |

Initials:

31

## CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? *none observed. Left the poll center at 1:10pm*

☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes    ☒ None

   If so, how many? _____ *none observed*

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes    ☐ No    *none observed*

   If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4. If **paper ballots** were used and counted at the polls:

   a. Were additional workers used to assist in the count?    ☐ Yes    ☐ No

   ☐ Not applicable to this election

   If so, were these persons administered an oath?    ☐ Yes    ☐ No

   b. Was the table cleared before the ballot box was emptied?    ☐ Yes    ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?    ☐ Yes    ☐ No

   If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

   If so, who? _____

   g. Was each ballot read as marked?    ☐ Yes    ☐ No
   If not, how many were not properly read? _____
   How were they misread?

Initials:

32

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:

j.  How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

34

k.  Tallying of Ballots
   1. Names of officials who kept each tally (it may be that only one tally sheet is kept).
      If more than one person kept the single tally sheet, note the period of time each
      person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l.  Were the poll watchers and all other interested persons allowed the opportunity to view
    the counting process?  ☐ Yes    ☐ No        If not, explain.



m.  List the items placed in the ballot box.




n.  List the items not placed in the ballot box and indicate where they were placed.




o.  What time did the ballot box leave the polling place? _____

    Who took it?  _____

    Was it locked?  ☐ Yes    ☐ No        Was it sealed?  ☐ Yes    ☐ No
p.  What time did the Observer Team leave the polling place?  _____    Did an

    Observer accompany the ballot box?  ☐ Yes    ☐ No

5.  If *DRE* or *lever voting machines* were used:    NO        | ☐ Not applicable to this election |

    a.  Were the machines locked and sealed against
        further voting?  ☐ Yes    ☑ No

        If so, by whom?  _____

    b.  Who read the count from the machine?  _____

Initials:

35

c. Was the count verified by another official?    ☐ Yes    ☐ No    If so, by whom?

_____

d. Was it read correctly?    ☐ Yes    ☐ No

e. Who recorded the vote on the official return sheets?    _____

f. Was the vote recorded accurately?    ☐ Yes    ☐ No

g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|---------------|---------|---------------|---------|---------------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

h. Was the vote announced by the poll officials?    ☐ Yes    ☐ No

i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?    ☐ Yes    ☐ No

j. Were the absentee votes counted and tabulated with the votes shown on the machines?

☐ Yes    ☐ No

k. Was the statement of results signed and certified by the poll officials?

☐ Yes    ☐ No

l. Was the statement delivered to the election officials?    ☐ Yes    ☐ No

By whom?    _____

m. As soon as the count was completed and the results announced, was the counter compartment locked?    ☐ Yes    ☐ No    By whom?    _____

n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.




o. What time did the Observer Team leave the polling place?    _____

Initials:

6. If **punch cards or optical scan cards** were used:

   a. Was a duplicate report of the number of persons

   voting prepared?    ☐ Yes    ☐ No

   By whom? _____

   b. What was done with the election supplies such as ballot stubs, etc.?

   | ☐ Not applicable to this election |

   c. Was the ballot box sealed?    ☐ Yes    ☐ No    By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

   Did an observer accompany the ballot box?    ☐ Yes    ☐ No

   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots

   a. Were the absentee ballots opened and stacked?

   | ☐ Not applicable to this election |

   ☐ Yes    ☐ No

   By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?    ☐ Yes    ☐ No    If not, how many were not

   properly read? _____    How were they misread?

   e. What was done with the ballots after they were read?

Initials:

37

f.  How many absentee ballots were totally rejected?  _____  Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected?  _____  Provide complete information below:

| Office Voted For | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Reason for Rejection

Initials:

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Not applicable to this election

   ☐ Yes    ☐ No    By whom?
   _____

   b. Who read the ballots?  _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?   ☐ Yes    ☐ No        If not, how many were
   not properly read?  _____    How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?
   _____

   Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

39

g.  How many challenged/affidavit/provisional ballots were partially rejected?  _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9.  Election Results

a.  *Provide election results in the following table. Compare Observer count with official count.  If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

Initials:

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE   WD/AD/ED, if applicable: ___

| Name | Race | Name | Race |
|------|------|------|------|
| 1 | | 28 | |
| 2 | | 29 | |
| 3 | | 30 | |
| 4 | | 31 | |
| 5 | | 32 | |
| 6 | | 33 | |
| 7 | | 34 | |
| 8 | | 35 | |
| 9 | | 36 | |
| 10 | | 37 | |
| 11 | | 38 | |
| 12 | | 39 | |
| 13 | | 40 | |
| 14 | | 41 | |
| 15 | | 42 | |
| 16 | | 43 | |
| 17 | | 44 | |
| 18 | | 45 | |
| 19 | | 46 | |
| 20 | | 47 | |
| 21 | | 48 | |
| 22 | | 49 | |
| 23 | | 50 | |
| 24 | | 51 | |
| 25 | | 52 | |
| 26 | | 53 | |
| 27 | | 54 | |
| Subtotals By Race | | | | Subtotals By Race | | | |

Initials: 

42



United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:        Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of _SEPT. 25, 2007_
                              (Date)

_MASSACHUSETTS_
                              (State)

_SUFFOLK_
                              (County)

_BOSTON_
                              (Municipality)

_COLUMBUS ELDERLY_
                              (Name of Polling Place)

_WD 11 - PCT 5_
                              (Precinct #)

_____
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

The Time Observers:

Arrived at Polls _6:14 am_

Departed Polls _1:30 pm_

Print _Diane Peoples_
       (Name)

Sign _Diane Peoples_

Print _CAMILLE HARRIS_
       (Name)

Sign _Camille Harris_

Print _TIFFANY YUEN_
       (Name)

Sign _____

Instructions to Observers: Complete this
report in BLACK INK ONLY. Each
team member must sign coversheet and
initial all subsequent pages of report,
including charts, in lower left corner.

CH - Chinese   V - Vietnamese  -  S = Spanish

# 1. VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | ~~Indian~~ CH | Hispanic | ~~Asian~~ | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL of 1, 2, and 3 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | ~~Indian~~ CH | Spanish | ~~Asian~~ | Other |
|---|---|---|---|---|---|
| | 10 | 0 | 10 | 0 | 0 |
| **Section 1B is Not Applicable to this Coverage □** | | | | | |

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 10 | — | 3 | 7 |
| **Section 1C is Not Applicable to this Coverage □** | | | | |

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | ~~Indian~~ CH | Hispanic | ~~Asian~~ | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 1 | | | | 1 | | |
| ~~Section 1D is Not Applicable to this Coverage □~~ | | | | | | | |

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |
| **Section 1E is Not Applicable to this Coverage □** | |

Initials:

2

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1.  Ballots accepted | |
| 2.  Ballots partially rejected | |
| 3.  Ballots totally rejected | |
| 4.  Spoiled ballots | |
| 5.  Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |
| **Section 1F is Not Applicable to this Election  ☐** | |

**G.  If *voting machines* are used:**

1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| **Section 1G (including Question 2 below) is Not Applicable to this Election  ☐** | | | | | |

2. Did the seal numbers on each machine match the number of the seal on the envelope

containing the keys to the machine?                                    ☐ Yes        ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**
   Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| **Section 1H is Not Applicable to this Election  ☐** | | | | | |

Initials:

*PP*
*CM*
*1U*

3

## 2.    DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items*:
1. Location of voting machines or booths
2. Location of tables for election officials
3. Location of any officially-designated interpreters
4. Location of voting instruction signs or cards
5. Location of sample ballots, if any
6. Location of telephone, if any
7. Location of Federal observers



Initials:

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a. Setting campaigning limits? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |
| b. Directing voters to the polling place (e.g., "vote here")? | ☑Yes ☐No | ENTRANCE | ☑Yes ☐No | SPANISH VIETNAMESE CHINESE | ☐Yes ☐No |
| c. Stating assistance is available to voters? | ☑Yes ☐No | AT CHECKIN TABLE | ☑Yes ☐No | * 7 LANGUAGES | ☐Yes ☐No |
| d. Indicating Election date? | ☑Yes ☐No | ENTRANCE WALL | ☑Yes ☐No | SPANISH | ☐Yes ☐No |
| e. Indicating Election hours? | ☑Yes ☐No | ENTRANCE | ☐Yes ☐No | SPANISH VIETNAMESE CHINESE | ☐Yes ☐No |
| f. Sample ballot? | ☑Yes ☐No | ENTRANCE WALL | ☑Yes ☐No | ENGLISH SPANISH | ☐Yes ☐No |
| g. Instructions for casting a regular ballot? | ☑Yes ☐No | ENTRANCE WALL | ☑Yes ☐No | * 7 LANGUAGES | ☐Yes ☐No |
| h. Instructions for casting a provisional ballot? | ☑Yes ☐No | ENTRANCE WALL | ☑Yes ☐No | * 7 LANGUAGES | ☐Yes ☐No |
| i. Instructions for mail registrants and first time voters? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |
| j. Information on who to contact if voters have problems? | ☑Yes ☐No | ENTRANCE WALL | ☑Yes ☐No | * 7 LANGUAGES | ☐Yes ☐No |
| k. General voting rights information? | ☑Yes ☐No | ENTRANCE WALL | ☑Yes ☐No | * 7 LANGUAGES | ☐Yes ☐No |
| l. Right to cast a provisional ballot? | ☑Yes ☐No | ENTRANCE WALL | ☑Yes ☐No | * 7 LANGUAGES | ☐Yes ☐No |
| m. Laws on voting fraud and misrepresentation? | ☑Yes ☐No | ENTRANCE WALL | ☑Yes ☐No | ENGLISH SPANISH | ☐Yes ☐No |

2.  If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

THERE IS A SIGN BY THE ENTRANCE DOOR STATING SPANISH INTERPRETER IS AVALIABLE

* 7 LANGUAGES INCLUDES : ENGLISH, SPANISH, CHINESE, VIETNAMESE RUSSIAN, HAITIAN CREOLE & CAPE VERDEAN

Initials:

DP

OH

TM

5

C.    Phones
1. Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?    ☐ Yes    ☑ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

_____

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

2. If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used ___Cell___ and under what circumstances the officials used this phone.
WHEN the OFFICIals have QUESTIONS RElated to voting pRocedures or EQUIPMENT PROBLEMS

## 3. ELECTION OFFICIALS

A. List each polling official on duty. *Do NOT include special interpreters.*

WD/AD/ED, if applicable: WD 11-5

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| DIANE BOARD (WARDEN) | B | WARDEN | ENGlish |
| SheiLa JohNSON | B | CLERK | English |
| SheRRi GRiFFiN | B | INspector | English |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Initials:

6

Note times each polling official was absent from the polls:     WD/AD/ED, if applicable: _____

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

B.    If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐                    WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?                    ☑ Yes        ☐ No

If so, who?  _Diane Board - Warden_

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?

☐ Yes        ☑ No

If so, who?  _____

**Initials:**

7

## D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:

8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?    ☑ Yes    ☐ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _Vo 11-5_

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| PROVIDENCIA SAEZ | H/F | SPANISH | 6:00A | |
| | | | | |
| | | | | |

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable:

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| PROVEDENCIA SAEZ | 12Pm | 1Pm | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☐

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
| | |
| | |
| | |
| | |

IN This REPORT F= female ; M= male ; H= Hispanic

Initials:

9

## 4. VOTING PROCEDURES

A.  Prior to Opening the Polls:                          WD/AD/ED, if applicable: _WD11 PcT 5_

1.  What time did the election officials arrive at the polling place? _6 Am_
    Indicate how this information was obtained:

    ☐ Observation        ☑ Questioning election officials

2.  Were the election officials given an oath of office?            ☑ Yes        ☐ No

    If so, by whom? _MARTIN KANE_
    Indicate how this information was obtained:

    ☐ Observation        ☑ Questioning election officials

3.  List the items such as envelopes, forms, notices, cards, sample ballots,
    challenged/affidavit/provisional ballots, etc. that were provided to the polling site. *Do
    not include signs identified on page 5.*  Identify any items printed in a language other
    than English and specify the additional language(s).
    _BALLOTS Ty SPANISH Ty Clerk's Book, ACCU-VOTE PROCEDURES,
    CONTACTS & Instruction print out for emergency,
    VOTER TRAINING MANUAL, ENVELOPES (PRIVACY SLIP)
    SPANISH Ty_

4.  If observed, describe any other activities regarding the preparation of the polling place
    prior to the opening of the polls.

    _THE OFFICIALS POSTED SIGNS, VOTER'S INSTRUCTION
    AND ALL MATERIALS RELATED TO THE VOTE: The
    WARDEN, Diane (B)oard SET up & TESTED the
    AutomARK._

Initials:

_JP_
_JH_
_M_

10

B. Poll Watchers                                   WD/AD/ED, if applicable: _WD 11-5_

  1. Were any poll watchers present?           ☐ Yes      ☑ No
  2. If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

  3. Did the election officials require the poll watchers to present any type of authorization?

     ☐ Yes   ☐ No    If so, what? _____

     If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

  4. Were poll watchers permitted to observe all aspects of the voting process, other than the

     actual marking of the ballots?                      ☐ Yes        ☐ No
     Explain any activities poll watchers were not permitted to observe.

C. While the Polls Were Open                       WD/AD/ED, if applicable: _WD 11-5_

  1. What time did the polls open? _7 AM_
     Indicate how this information was obtained:

        ☐ Observation      ☐ Questioning election officials

  2. Were the names of the absentee voters marked on the poll list?   ☐ Yes      ☐ No

  3. Were the absentee ballots delivered to the polls?   ☐ Yes    ☐ No
     If so, by whom? _____
     *If "no", proceed to question 5 of this section.*
  4. Were the absentee ballots counted at the polls?
        ☐ Yes          ☐ No          ☐ Not Observed

Initials:

11

5. What voting system(s) for regular ballots was used in the polling place?

   a. Direct recording electronic machines (DRE)?    ☐ Yes    ☐ No

     If yes, was the machine set to zero before voting began?

     ☒ Yes   ☐ No    ☐ Not Observed

     Was there an activator card (a device that the voter inserts into the machine to begin

     voting) given to the voter?     ☐ Yes    ☐ No

     If yes, who programmed the activator card? _____

   b. Lever machines?     ☐ Yes    ☐ No

     If yes, were the keys delivered in a sealed envelope on the outside of which was

     written the machine number and the protective counter number?

     ☐ Yes   ☐ No    ☐ Not Observed

     Did the public counter register zero before voting began?

     ☐ Yes   ☐ No    ☒ Not Observed

     If not, what number did the counter show? _____

     Was the machine locked before voting began?

     ☐ Yes   ☐ No    ☐ Not Observed

   c. Punch cards?     ☐ Yes    ☐ No

     If yes, where were voted ballots deposited by the voter?

     ☐ Ballot box

     ☐ Scanner

     ☐ Poll Official

     ☐ Other (explain)

     If there was a scanner:

     Did it reject any ballots voters inserted? ☐ Yes ☐ No   ☐ Not Observed

     Was it set to zero before voting began? ☐ Yes ☐ No   ☐ Not Observed

     Were privacy sleeves used to keep ballot choices secret?

     ☐ Yes   ☐ No    ☐ Not Observed

Initials:

d. Optical scan cards ? ☑ Yes ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☑ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted? ☑ Yes ☐ No ☐ Not Observed

Was it set to zero before voting began? ☑ Yes ☐ No ☐ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☑ Yes ☐ No ☐ Not Observed

e. Paper ballots? ☐ Yes ☐ No

If yes, was the ballot box emptied? ☐ Yes ☐ No

Were the blank ballots counted/numbered?

☐ Yes ☐ No ☐ Not Observed

How many ballots were provided to the polling place? _____

Was the ballot box locked prior to the start of voting?

☐ Yes ☐ No ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

Initials:

13

6. If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

   a. Did the voter receive any form from the poll official

     indicating he/she was permitted to vote?      ☐ Yes  ☐ No
     If so, from whom? _____

   b. Was there any time limitation imposed on voters?  ☐ Yes  ☐ No
     If so, how long? _____

   c. Did any voter attempt to use a marked sample ballot?  ☐ Yes  ☐ No

     If so, was the voter allowed to do so?       ☐ Yes  ☐ No
     If not, who prevented its usage? _____

7. If **paper ballots, punch cards, or optical scan cards**
were used:

☐ Not applicable to this election

   a. From whom did the voter receive the ballot? _*CLERK*_ .

   b. Where did the voter go to mark the ballot? _*VOTER'S BOOTH*_

   c. Was any time limitation imposed on voters?  ☐ Yes  ☑ No
     If so, how long? _____

   d. Did any voter attempt to use a marked sample ballot?  ☐ Yes  ☑ No

     If so, was the voter allowed to do so?       ☐ Yes  ☐ No
     If not, who prevented its usage? _____
   e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

                                        ☑ Yes  ☐ No

D. Determining a Person's Eligibility to Vote

   *Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted
   to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the
   following questions:*

   1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the
     polling place or at the check-in table to determine the voter's registration status.

      LIST OF REGISTERED VOTERS Contains
      NAME & ADDRESS

**Initials:**



14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☑ Yes   ☐ No          Explain.

*N/A.*

3. If a person was registered in another precinct, what instruction, if any, was the voter given?

*N/A*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do? *SHEILA JOHNSON WHO IS THE CLERK INSTRUCTED TO FILL OUT THE REGISTRATION FORM and the official WAS GIVEN CONTACT INFO IN CASE ANY QUESTION OR THEY DID NOT GET IT BY NEXT VOTE WHICH IS NOV. 07.*

5. Were any officials available at or near the polling place to register persons to vote? *See p26.*

☑ Yes   ☐ No

If so, provide the following information:

| Name | Title | Location |
|---|---|---|
| *DIANE BOARD* | *WARRDEN* | *AT THE CHECK IN TABLE* |
| *SHEILA JOHNSON* | *CLERK* | *=* |
|  |  |  |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections? ☑ Yes   ☐ No          Explain.

*THE OFFICIAL INSTRUCTED A PERSON B/E TO FILL OUT THE REGISTRATION FORM & GIVEN INFORMATION TO CHECK STATUS OF REGISTRATION*

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

E.  Use of Minority Language(s) at Polling Site and
    Minority Language Assistance from Poll Officials
    and Interpreters

☐ Not applicable to this coverage

1.  If a minority language (one other than English) was spoken by polling
    officials/interpreters for general greetings or general conversation with voters, but no
    conversation regarding the specific election process took place in the minority language,
    indicate the general activity and conversation that took place, including the language(s)
    used, as the voter entered the polling site and throughout the time the voter was present in
    the polling place. *The general SPEETING was "Good Morning" in Spanish + asked if the voter needed help.*

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.)  Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30).  At the
end of the day, answer the following general questions about language assistance:*

2.  General

    a.  How was it determined who received minority language assistance (e.g., was each
        minority voter automatically given such assistance, or was help given only at the
        request of the voter, or did officials offer this help to only certain minority voters)?
        *Most Often, the voter was asked if he needed assistance, sometimes only the voter requested assistance.*

    b.  Were there any minority voters who were unable to sign their names?

        ☐ Yes    ☑ No

        If so, were they offered assistance in the minority language in casting their ballots?

            ☐ Yes    ☐ No        If not, explain.

Initials:

16

   c.  Did any voter who requested minority language assistance fail to receive such

      assistance?      ☐ Yes   ☑ No      If so, explain the circumstances.

3. a. Did any poll official or interpreters provide instruction *in a minority language* on how to cast the ballot (e.g., how to use the machine, how to mark or punch the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is

     allowed, how many votes may be cast for a given office, etc.)?  ☑ Yes   ☐ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the instructions. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the instructions given in the minority language. Enclose in quotation marks ("words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the instructions given by the official varied during the day, describe when it varied and how it varied for that official.*

 b.  Where was the instruction given?

     ☒ Inside the booth (or while voter is voting)

     ☐ Outside the booth (or before the voter began to vote)

     If *outside* the booth, specify where: _____

     If instruction was given in the minority language on how to cast a ballot and was done so *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the instruction and the time the voter entered the booth (or began to vote)? _____

4. a. Was an interpretation of the ballot provided in the minority language to voters?

     ☐ Yes   ☒ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for each official who gave such interpretation and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the ballot. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the interpretation given in the minority language (typically, at least 5 instances, if possible). Enclose in quotation marks ("words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the interpretation given by the official varied during the day, describe when it varied and how it varied for that official.*

Initials:



17

b. Where was the interpretation given?    *N/A*

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

F.  Delays in Voting

1. What was the average number of voters waiting in line to vote during the day?    *0*

2. What was the average length of time voters had to wait to vote?    *0*

3. Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes    ☑ No    If so, provide the following information:

a. The time the line formed    *N/A*    and the number of voters in line    *N/A*

b. What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

*N/A*

c. What action, if any, did poll officials take to alleviate the delay?

*N/A*

G.  Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1. Were challenged, affidavit, or other provisional-type ballots used?

☑ Yes    ☐ No    ☐ Not Observed

Initials:

*JP*

*CM*

*M*

18

On what basis did the poll worker give the provisional ballot(s)?
VOTER H/M WAS NOT REGISTER, SO HE WAS REGISTERED AT THIS SITE.
THE OFFICIAL CALLED THE ELECTION COMMISSION & ASKED IF THE VOTER
COULD VOTE PROVISIONAL BALLOT. THE CLERK B/E WAS TOLD TO HAVE
THE VOTER TO COMPLET AFFIRMATION FORM & GIVE THE VOTER A PROVISIONAL
What language(s) were the ballots in? _____ SPANISH _____                    BALLOT.

2. What voting system is used for provisional ballots?

    ☐ DRE?    ☐ Lever?    ☐ Optical Scan Card?    ☐ Punch Card?    ☑ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☑ Yes    ☐ No
    What languages were the form/envelope in? _ENGLISH & SPANISH_

4. According to poll workers, under what circumstances are these provisional ballots used?
    · IF A PERSON'S NAME WAS NOT FOUND IN THE REGISTRATION LIST

    IF A PERSON WAS REGISTERED IN ANOTHER PRECINCT BUT
    THE VOTER WAS UNABLE TO VOTE OVER THERE

    IF A PERSON WAS TOLD NOT REGISTERED TO VOTE, THEY WILL
    REGISTERED THEM WITH PHOTO ID & GIVE PROVISIONAL BALLOTS & AFFIRMATION
5. Did the poll worker provide written information to the provisional voter?                    FORM.
    ☑ Yes    ☐ No
    In what language(s)? _____ ENGLISH & SPANISH _____
    What did the document say?
    THE PROVISIONAL INFORMATION SHEET CONTAINS VOTER'S RIGHTS
    AND CONTACT INFORMATION FOR THE VOTER TO CHECK THE
    STATUS.

6. Did the document include information on how a voter can determine if his or her
    provisional ballot has been counted?    ☑ Yes    ☐ No

7. Were these provisional ballots kept separate from other ballots?
    ☑ Yes    ☐ No    ☐ Not Observed

8. Were these provisional ballots counted at the polls?
    ☐ Yes    ☑ No    ☐ Not Observed

Initials:
JP
CD
M

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? *① Spelling of Name ② New Voter ③ Inactive but need to show 2 ID's*

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?    ☒ Yes    ☐ No
If so, what were they taught in that training? *① Need to see identification if indicated in the voter registration book. ② How to properly fill out a ballot ③ How to use scanner machine*

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?
☒ Yes    ☐ No    If so, describe. *ID is flagged next to the voters name in the book*

4. Did you observe any voters being asked for identification? ☒ Yes    ☐ No
On what grounds were they asked? *to verify their names are spelled correctly.*

What form(s) of ID were the poll workers willing to accept? *picture ID or passports {State ID Drivers license utility bills*

If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot?    ☒ Yes    ☐ No
Please describe what occurred. *1) Call election department they will indicate what type of ballot to use.*

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials: *OP CD M*

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on *how to translate the contents of the ballot or how to provide procedural instructions in the minority language*? ☐ Yes ☑ No

Did they receive notice that such a training session was scheduled? ☑ Yes ☐ No
Explain. *The interpreter received notice by phone 3 weeks before the training session.*
*If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".*

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training *specifically on how to translate the ballot or how to provide procedural instructions in the minority language*, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. *Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.*

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| Providencia Snel | Y | 9/22/07 | City Hall | 2 1/2 hrs. | Don't Remember — NA/pp |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Not Applicable /pp*

3. Was part or all of the training conducted in the minority language? ☐ Yes ☑ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)? ☐ Yes ☑ No    If so, specify: _____
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

☐ Yes ☑ No
If so, did each of the interpreters use the audio-visual aid(s) after the training session?

☐ Yes ☐ No

Did they find the audio-visual aid(s) helpful? ☐ Yes ☐ No
Describe any comments about the audio-visual aid(s).

Initials:

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

---

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

*The Poll officials Were Courteous to us and Answered our questions.*

B. Provide information on the presence of any law enforcement officials and any of their activities you observed.

*Patrolman, William Jones was checking off the Name of The voters, AFTER They voted.*

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

*While Observers were present at this Site, There was No Appearance of Media.*

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

*Observers Did Not See Any Signs of Rude conduct to voters or Fellow officials.*

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

*See 22a*

Initials:

22

9:11 AM.

██████████████ B/M ask the Warden. Diane Board B/F who he should vote for. The warden told the voter she could not tell him who to vote for, but he could go outside and ask the people outside and come back. He returned at 9:20 and voted.

9:21am. Voter ██████████████ B/F said she had never voted before and ask Diane Board (WARDEN) B/F to help her. The warden took her to the Automark and told her to put the headphones on and listen, it will walk her thru. The voter told the warden I want you to stay here and watch me. The warden told her I'm not suppose to watch. The voter insisted that she stay, so the warden ask Sherry Griffen, Inspector B/F to be a witness. The voting procedure was completed

9:40   completed.

Initials:

22 _a_

☐ None Observed
☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET    WD/AD/ED, if applicable: _____

| Time[1] | Race or Ethnicity | Number of Voters | Totals | | | |
|---|---|---|---|---|---|---|
| | | PERSONS PERMITTED TO VOTE | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | **Subtotal** | | | |
| | | | **Grand Total** (if last page of tally sheet) | | | |

[1] Note hour intervals (e.g., 6 a.m.– 7 a.m., 7 a.m.– 8 a.m.)

Initials:



☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: *Accum*

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance | |
|---|---|---|---|---|---|---|---|---|---|
| | | Number of Voters *CH* ✓ | | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | | |
| 7 AM to 8 AM | | 0 | ⊬ | 0 | 0 | 0 | | 1 ⅌ | |
| | | | | | | | | | |
| | Family/Friend | | 1 | | | | | 1 | 1 |
| 8 AM to 9 am | | | ⊬ | | | | | 0 | |
| | | | - | | | | | | |
| | Family/Friend | | 11 | | | | | 2 | 3 |
| 9 am to 10 am | | 0 | | 0 | 0 | 0 | | | |
| | | | | | | | | | |
| | Family/Friend | | 111 | | | | | 3 | 6 |
| 10 am to 11 am | P. INTERPRETER PROVEDENCIA | 1 | | | | | | 1 | 8 ⅌ |
| | PROVISIONAL ⅌ | + ⅌ | | | | | | ⅌ + | |
| | Family/Friend | | 1 | | | | | 1 | |
| | | | | | | Subtotal | | 3 ⅌ | |
| | | | | | | Grand Total (if last page of tally sheet) | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

24

☐ None Observed
☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: _WD 11-5_

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance — Number of Voters | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | ~~Indian~~ C.H. | Hisp. | ~~Asian~~ | Black | White | Other | |
| 11 AM TO 12 PM | Interpreter | | 11 | 0 | 0 | 0 | | 2 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | |
| | | | | | | Grand Total (if last page of tally sheet) | | 10 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m.; 7 a.m.- 8 a.m.)

Initials:



24 _A_

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | ~~Indian~~ *CH* | Hisp. | ~~Asian~~ | Black | White | Other | |
| 11am to 12pm | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | 1 | | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | 1 |
| | | | | | Grand Total (if last page of tally sheet) | | | 1 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:



25____

☐ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| UNKNOWN | | | | | |

| Address | Address |
|---|---|
| UNKNOWN . <br> TELEPhone : | |

| Federal Certificate of Eligibility Number, if any | Federal Certificate of Eligibility Number, if any |
|---|---|
| N A | |

| Language Spoken  *(if other than English)* | Language Spoken  *(if other than English)* |
|---|---|
| | |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|
| SHEILA JOHNSON | B | | |

| Reason for Not Permitting Vote | Reason for Not Permitting Vote |
|---|---|
| SHE WASN'T ON THE LIST | |

| Specify what the official did or suggested that the voter do in order to vote. | Specify what the official did or suggested that the voter do in order to vote. |
|---|---|
| OFFICIAL REGISTERED HER <br> OFFICIAL TOLD HER SHE CAN <br> VOTE FOR NEXT ELECTION <br> IN NOV, 2007 | |

| Reason Voter Believes He/She Should Be Permitted to Vote | Reason Voter Believes He/She Should Be Permitted to Vote |
|---|---|
| THE VOTER DID NOT REMEMBER <br> WHEN WAS THE LAST TIME SHE <br> VOTED & SHE KNEW SHE WASN'T <br> REGISTER | |

| Information obtained from: | Information obtained from: |
|---|---|
| ☐ Observation | ☐ Observation |
| ☐ Questioning Voter | ☐ Questioning Voter |

Initials:



26

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ▮▮▮▮▮▮▮▮ Race: _H_ Begin Time: _10 am_ End Time: _10 03 am._

Interpreter or Election Official: _FRIEND_____ Observer: _Diane Peoples_

Assistance Occurred: ☑ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | ✓ | | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | ✓ | | | |
| Name each candidate on the ballot | ✓ | | | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | ✓ | | | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | DP | |

Explanation: _F/H FRIEND accompained voter, M/H, gave his Name + address to the Clerk. The assistor went to the voting both + Explained to the voter how to Fill in the space to mark the ballot._

Initials: _DP_

_CH_

27 _A_

☐ None Observed
☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: *WD /1-5*

Voter ▮▮▮▮▮▮▮▮▮▮   Race: *H*   Begin Time: *8 am*   End Time: *845 am*

Interpreter or Election Official: *FRIEND*   Observer: *Diane Peoples*

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☐✓ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

### Did the election official providing assistance perform any of the actions listed in the table below for the voter?
**NOTE: If the answer is not 100% "YES", mark "NO"**

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | ✓ | | | |
| Name each candidate on the ballot | ✓ | | | |
| Name the political parties for each candidate on the ballot | ✓ | | | |
| Name each office on the ballot | ✓ | | | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | ✓ | | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation: *Voter H/M asked RESIDENT H/F to explain the MARKING procedure of the ballot. Assistor told voter to vote for only one candidate.*

Initials: *DP CW M*

27 *B*

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████    Race: _H_    Begin Time: _11 15 om_    End Time: _11 18 om_

Interpreter or Election Official: _PROVENDENCIa SAEZ_    Observer: _Diane PeoPLES_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | p̄ | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | ✓ | | | |
| Name each candidate on the ballot | ✓ | | | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation: VOTER, M/H told The official interpreter that he was sent from the North Huntington Precinct to vote at This Location. He Spoke a Little English but spoke to the interpreter in SPANish.

Initials: DP
CW
M

27 C

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████     Race: _H_     Begin Time: _11_²³_ am_   End Time: _11_²⁶ am_

Interpreter or Election Official: _PROVENDICIN SAEZ_     Observer: _Diane Peoples_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, **(if other than language):** _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | ✓ | | | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | ✓ | | | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation: _Voter M/H was asked by interpreter if he Needed help + the Interpreter F/H asked for his Name + address. The voter then said "I Don't Know Anything" + the Interpreter showed the voter the Sample ballot_

Initials: _+ told him to vote for one Candidate._

_DP_
_CH_ _M_

27 _D_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter ███████████  Race: _Hispanic_  Begin Time: _7:30A_  End Time: _7:36A_

Interpreter or Election Official: ████████████ _(FRIEND)_  Observer: _CAMILLE HARRIS_

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☒ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _TRACEOTOMY_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | | | ✓ | |
| Mark the ballot contrary to the voter's wishes | | ✗ | ✓ | |
| Attempt to rush the voter through the ballot | | ✗ | ✓ | |
| Explain write-in procedures | | ✗ | ✓ | |

Explanation: ██████████████ _#/m_ _came in with_ ████████ _#/F_
_who spoke for him. Mr. Pizarro couldn't speak due to a tracotomy._ ████████ _asked could she go to the booth to help him "vote". The inspector B/F Sheila Johnson said "she could."_

Initials: [signatures]

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _____   Race: _BLACK_   Begin Time: _11:35_   End Time: _11:40_

Interpreter or Election Official: _____FRIEND_____   Observer: _CAMILLE HARRIS_

Assistance Occurred:  ☑ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _VOTER WAS BLIND_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | X | | |
| Ask voter for choice of assistor | | X | | |
| Permit the voter's choice of assistor | X | ~~CO~~ | | |
| Name each candidate on the ballot | | X | | |
| Name the political parties for each candidate on the ballot | | X | | |
| Name each office on the ballot | | X | | |
| Explain each proposition on the ballot | | X | | |
| Explain when the voter can vote for more than one candidate for an office | | X | | |
| Allow the voter to mark the ballot | X | | | |
| Mark the ballot contrary to the voter's wishes | | X | | |
| Attempt to rush the voter through the ballot | | X | | |
| Explain write-in procedures | | X | | |

Explanation: _Sheila Johnson -Clerk B/F offered the automark to _____ B/F "The voter said she didn't read Braille. The voter said she had called the Voting Comm. a year ago to learn how to use the automark, but[27] they never called back"_

Initials: _____

☐ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:



28

☐ None Observed
☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____     Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Initials:

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)     WD/AD/ED, if applicable: WD 11-5

Interpreter/Official: PROVENDonan SAEZ     Observer: Diane PEOPLES

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| The INTERPreter showed the VOTER the SAMPle Ballot & told him to vote For one Candidate | The VOTER said, "iN SPANish" "I Don't KNOW Nothing". |
| The INTERPreter told him to go to the booth & vote For one Condidate | VOTER said iN SPANish That he was SENT FRom another precinct to vote at This Location". op |
| FRIENd AccompanieD VOTER & gAve his NAme & address. SHe AccompanieD | FRIENd, asked VOTER IF he wanted HER To assist him. |
| him to the booth & show him how to Fill iN The SpAce on the ballot. | |
| Assistor EXPlaineD The how to Fill iN the Space & vote FoR 1 candidate | VOTER told assistor, he could NOT READ oR write, iN SPANish. |
| | |
| | |
| | |
| | |

Initials:

30

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, (OR PROVISIONAL)☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| | H | 10 am 2nd | | | |

| Address | | | Address | | |
|---|---|---|---|---|---|
| BOSTON, MA. O 21C9 | | | | | |
| TELEPHONE | | | | | |

| Language Spoken (*if other than English*) | Language Spoken (*if other than English*) |
|---|---|
| SPANISH | |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot SHEILA JOHNSON CLERK- | Race B/F | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---|---|---|---|

| Reason The VOTER told the Clerk "that he had NOT REGIS-TERED to vote" | Reason |
|---|---|

| Voter's Response "I have NOT REGISTERED." | Voter's Response |
|---|---|

Information obtained from:

☑ Observation

☐ Questioning Voter

Information obtained from:

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials? ☑ Yes   ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes   ☑ No

3. Did the election officials tell the voter he/she was registered elsewhere?

   ☐ Yes   ☑ No   If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☑ Yes   ☐ No

1. Did the election official check with voter registration officials? ☐ Yes   ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes   ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?

   ☐ Yes   ☐ No   If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes   ☐ No

Initials:

31

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? *N A*

   ☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes    ☐ No    *N A   @ N*

   If so, how many? *N A ~~observers~~ left at 1:30 pm.*
   *@ N*

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes    ☐ No    *N A*

   If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

---

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4. If *paper ballots* were used and counted at the polls:

   a. Were additional workers used to assist in the count?    ☐ Yes    ☐ No

      ☐ Not applicable to this election

      If so, were these persons administered an oath?    ☐ Yes    ☐ No

   b. Was the table cleared before the ballot box was emptied?    ☐ Yes    ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?    ☐ Yes    ☐ No

      If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

      If so, who? _____

   g. Was each ballot read as marked?    ☐ Yes    ☐ No
      If not, how many were not properly read? _____
      How were they misread?

Initials:

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____     Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |




j.   How many paper ballots were partially rejected?  _____ Provide complete
     information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

34

k.  Tallying of Ballots
1. Names of officials who kept each tally (it may be that only one tally sheet is kept). If more than one person kept the single tally sheet, note the period of time each person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l.  Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?   ☐ Yes      ☐ No          If not, explain.

m.  List the items placed in the ballot box.

n.  List the items not placed in the ballot box and indicate where they were placed.

o.  What time did the ballot box leave the polling place? _____

Who took it?   _____

Was it locked?   ☐ Yes      ☐ No       Was it sealed?   ☒ Yes      ☐ No

p.  What time did the Observer Team leave the polling place? _____   Did an Observer accompany the ballot box?   ☐ Yes      ☐ No

5.  If **DRE** or lever **voting machines** were used:

| ☐ Not applicable to this election |
|---|

a.  Were the machines locked and sealed against further voting?   ☐ Yes      ☐ No

If so, by whom?   _____

b.  Who read the count from the machine?   _____

Initials:

35

c.  Was the count verified by another official?    ☐ Yes    ☐ No    If so, by whom?

_____

d.  Was it read correctly?                    ☐ Yes    ☐ No
e.  Who recorded the vote on the official return sheets? _____

f.  Was the vote recorded accurately?        ☐ Yes    ☐ No
g.  List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h.  Was the vote announced by the poll officials?    ☐ Yes    ☐ No
i.  Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?                    ☐ Yes    ☐ No
j.  Were the absentee votes counted and tabulated with the votes shown on the machines?
    ☐ Yes    ☐ No
k.  Was the statement of results signed and certified by the poll officials?
    ☐ Yes    ☐ No
l.  Was the statement delivered to the election officials?    ☐ Yes    ☐ No
    By whom?    _____
m.  As soon as the count was completed and the results announced, was the counter compartment locked?    ☐ Yes    ☐ No    By whom? _____
n.  Describe what was done with the election supplies such as poll lists, challenged ballots, etc.



o.  What time did the Observer Team leave the polling place? _____

6. If **punch cards or optical scan cards** were used:
   a. Was a duplicate report of the number of persons

   $\boxed{\square \text{ Not applicable to this election}}$

   voting prepared?    □ Yes    □ No

   By whom? _____
   b. What was done with the election supplies such as ballot stubs, etc.?




   c. Was the ballot box sealed?    □ Yes    □ No    By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

   Did an observer accompany the ballot box?    □ Yes    □ No
   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots
   a. Were the absentee ballots opened and stacked?

   $\boxed{\square \text{ Not applicable to this election}}$

   □ Yes    □ No
   By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?    □ Yes    □ No

   If so, who? _____

   d. Was each ballot read as marked?    □ Yes    □ No    If not, how many were not
   properly read? _____    How were they misread?




   e. What was done with the ballots after they were read?

Initials:

37

f.  How many absentee ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
|  | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Not applicable to this election

   ☐ Yes    ☐ No    By whom?

   _____

   b. Who read the ballots?    _____

   c. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?    ☐ Yes    ☐ No    If not, how many were not properly read? _____    How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?

   _____

   Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Initials:**

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
   Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

   a. ***Provide election results in the following
      table. Compare Observer count with***
      ***official count. If challenged and/or absentee ballots were not counted by officials***
      ***with the rest of the votes, note in separate columns.***

   ☐ Not applicable to this election

Initials:



40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

Initials:



41

☐ Not applicable to this coverage

**CHART F – NAMES OF PERSONS PERMITTED TO VOTE** WD/AD/ED, if applicable: ____

| Name | Race | | Name | Race |
|------|------|---|------|------|
| 1 | | 28 | | |
| 2 | | 29 | | |
| 3 | | 30 | | |
| 4 | | 31 | | |
| 5 | | 32 | | |
| 6 | | 33 | | |
| 7 | | 34 | | |
| 8 | | 35 | | |
| 9 | | 36 | | |
| 10 | | 37 | | |
| 11 | | 38 | | |
| 12 | | 39 | | |
| 13 | | 40 | | |
| 14 | | 41 | | |
| 15 | | 42 | | |
| 16 | | 43 | | |
| 17 | | 44 | | |
| 18 | | 45 | | |
| 19 | | 46 | | |
| 20 | | 47 | | |
| 21 | | 48 | | |
| 22 | | 49 | | |
| 23 | | 50 | | |
| 24 | | 51 | | |
| 25 | | 52 | | |
| 26 | | 53 | | |
| 27 | | 54 | | |
| Subtotals By Race | | | Subtotals By Race | | | |

Initials:



42



United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO  80225-0167

In Reply Refer to:          Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC  20530

RE:  Election of   __9/25/2007__
                                      (Date)

__MASSACHUSETTS__
                        (State)

__SUFFOLK__
                      (County)

__BRAINTREE__
                    (Municipality)

__CURTIS GUILD SCH__
            (Name of Polling Place)

__13__
                        (Precinct #)

__1__
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above.  Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

The Time Observers:

Arrived at Polls  __2:20  PM__

Departed Polls  __7:15  PM__

Print  __WARREN SEARS__
              (Name)

Sign  _Warren Sears_

Print  __Jessica Martinez__
              (Name)

Sign  _Jessica Mtz_

Print  _____
              (Name)

Sign  _____

**Instructions to Observers:  Complete this report in BLACK INK *ONLY*.  Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.**

# 1.  VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | ~~Indian~~ Chinese | Hispanic | ~~Asian~~ Vietnamese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | 0 | | | | | | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 1 | | | | | 1 | |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 0 | | | | | | |
| TOTAL of 1, 2, and 3 | 1 | | | | | | |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | ~~Indian~~ Chinese | Spanish | ~~Asian~~ Vietnamese | Other |
|---|---|---|---|---|---|
| | 0 | | | | |
| Section 1B is Not Applicable to this Coverage ☐ | | | | | |

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 0 | | | |
| Section 1C is Not Applicable to this Coverage ☐ | | | | |

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | ~~Indian~~ Chinese | Hispanic | ~~Asian~~ Vietnamese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 0 | | | | | | |
| Section 1D is Not Applicable to this Coverage ☐ | | | | | | | |

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |
| Section 1E is Not Applicable to this Coverage ☒ | |

Initials:
*MA*
*PW*

2

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1.  Ballots accepted | |
| 2.  Ballots partially rejected | |
| 3.  Ballots totally rejected | |
| 4.  Spoiled ballots | |
| 5.  Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |
| Section 1F is Not Applicable to this Election ☐ | |

**G.  If *voting machines* are used:**
1.  List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Section 1G (including Question 2 below) is Not Applicable to this Election ☐**

2.  Did the seal numbers on each machine match the number of the seal on the envelope

containing the keys to the machine?                    ☐ Yes        ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.



**H.  If *electronic vote recorders* or *tabulators* are used:**
Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Section 1H is Not Applicable to this Election ☐**

Initials:

*MAS*

*JAM*

3

## 2.   DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A.   *Draw a diagram of the polling place which shows the following items*:
1. Location of voting machines or booths
2. Location of tables for election officials
3. Location of any officially-designated interpreters *(No Interpreter at site)*
4. Location of voting instruction signs or cards
5. Location of sample ballots, if any
6. Location of telephone, if any
7. Location of Federal observers





B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a.  Setting campaigning limits? | ☐Yes ☒No | ——— | ☐Yes ☐No | ——— | ☐Yes ☐No |
| b.  Directing voters to the polling place (e.g., "vote here")? | ☒Yes ☐No | Outside school ground | ☒Yes ☐No | E, S, C, V | ☐Yes ☐No |
| c.  Stating assistance is available to voters? | ☒Yes ☐No | Cardboard at Check In Table | ☒Yes ☐No | E, S, C, V, R, H, CH | ☐Yes ☐No |
| d.  Indicating Election date? | ☐Yes ☒No | ——— | ☐Yes ☒No | ——— | ☐Yes ☐No |
| e.  Indicating Election hours? | ☒Yes ☐No | Door outside poll | ☒Yes ☐No | E, S, C, V | ☐Yes ☐No |
| f.  Sample ballot? | ☒Yes ☐No | Wall | ☒Yes ☐No | E, S | ☐Yes ☐No |
| g.  Instructions for casting a regular ballot? | ☒Yes ☐No | Wall | ☒Yes ☐No | E, S, C, V, R, H, CV | ☐Yes ☐No |
| h.  Instructions for casting a provisional ballot? Information sheet | ☐Yes ☒No | ——— | ☐Yes ☐No | ——— | ☐Yes ☐No |
| i.  Instructions for mail registrants and first time voters? | ☐Yes ☒No | ——— | ☐Yes ☐No | | ☐Yes ☐No |
| j.  Information on who to contact if voters have problems? | ☒Yes ☐No | On Check In Table | ☒Yes ☐No | E | ☐Yes ☐No |
| k.  General voting rights information? | ☒Yes ☐No | Wall | ☒Yes ☐No | E, S, C, V, R, H, CV | ☐Yes ☐No |
| l.  Right to cast a provisional ballot? Orange signs | ☒Yes ☐No | Wall | ☒Yes ☐No | E, S, C, V, R, H, CV | ☐Yes ☐No |
| m.  Laws on voting fraud and misrepresentation? | ☒Yes ☐No | Wall | ☒Yes ☐No | E, S | ☐Yes ☐No |

E = English, S = Spanish, C = Chinese, V = Vietnamese, R = Russian, H = Haitian, CV = Cape Verdean

2.  If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

No other signs were observed.

Initial


5

C.   Phones
   1.   Was a land line (telephone other than a mobile phone) available for use by the election

officials in the polling place?                                              ☐ Yes      ☒ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

_____

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

   2.   If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used _____ *mobile* ___ and under what circumstances the officials used this phone.   *mobile*

## 3. ELECTION OFFICIALS

**A.** List each polling official on duty. *Do NOT include special interpreters.*

WD/AD/ED, if applicable: W1 . P13

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| JACK MAJENSKI | W | CLERK | ENGLISH |
| MARY POLSOM | W | INSPECTER | ENGLISH |
| GLORIA LEE | W | INSPECTER | ENGLISH |
| DAMIAN MOYE | B | INSPECTER | EnGlish |
| JOSEPH SAMMORTANO | W | INSPECTER | ENGLISH |
| MARTIN VELEZ | W | POLICE | ENGLISH |
| PATRICK CADOGAN | W | POLICE | ENGLISH |
| JOE CHAISSON | W | WARDEN | ENGLISH |
|  |  |  |  |
|  |  |  |  |

Initials:

6

BILINGUAL

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable: WI PI3

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.    If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐    WD/AD/ED, if applicable: WI PI3

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

C.    Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?    ☐ Yes    ☑ No

If so, who? _NO DISPUTE RESOLUTION OCCURRED DURING OUR VISIT_

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?    ☐ Yes    ☐ No

If so, who? _NO OBSERVED_

Initials:

7

D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master Board Worker.**

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:

8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?  ☒ Yes   ☐ No   *see bottom of page.

   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: *WI P13*

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note times each interpreter was absent from the polls:       WD/AD/ED, if applicable:

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☐

WD/AD/ED, if applicable: *WI P13*

| Interpreter | Duties Performed |
|---|---|
| | |
| | |
| | |
| Spanish | |

* There were 2 interpreters assigned to W1-PR13 but not one of them show up at polling site. This is what Mary folsom told observer, And also the warden Joe Chaisson confirmed it.

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                    WD/AD/ED, if applicable: _W1-R13_

1. What time did the election officials arrive at the polling place? _6:00 AM_
   Indicate how this information was obtained:

   ☐ Observation     ☑ Questioning election officials

2. Were the election officials given an oath of office?     ☑ Yes     ☐ No

   If so, by whom? _Marty CAIN_
   Indicate how this information was obtained:

   ☐ Observation     ☑ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. **Do
   not include signs identified on page 5.** Identify any items printed in a language other
   than English and specify the additional language(s).

   Suggestions, Compliments or concern Form (E, S, C, V, R, H, CV)*
   Provisional Ballot Info SHEET   E/S
   Provisional Ballot Affirmation   E/S

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.
   Observers were not present at site opening of the site.

   _NONE OBSERVED_

   * E=English, S=Spanish, C=chinese, V=Vietnamese, R=Russian, H=Haitian
     CV=Cape Verdian.

Initials: _WCS_
         _JAM_

10

B. Poll Watchers                                      WD/AD/ED, if applicable: W I P l 3

1. Were any poll watchers present?              ☒ Yes        ☐ No
2. If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| Pauline Sulprizio | W | Carlos |
| Patricia Powers | W | Drago |
| Gail Miller | W | Gloribel Motta |

3. Did the election officials require the poll watchers to present any type of authorization?

   ☒ Yes   ☐ No   If so, what?  Letter

   If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

   Observers did not see any limitation imposed to the Poll watchers. Pollwatchers sat on table close to the check in table and mark on their list the names of voters.

4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?              ☒ Yes        ☐ No

   Explain any activities poll watchers were not permitted to observe.

   N/A

---

C. While the Polls Were Open                          WD/AD/ED, if applicable: W I P l 3

1. What time did the polls open?  7:00 AM
   Indicate how this information was obtained:

   ☐ Observation        ☒ Questioning election officials

2. Were the names of the absentee voters marked on the poll list?   ☒ Yes        ☐ No

3. Were the absentee ballots delivered to the polls?   ☒ Yes        ☐ No
   If so, by whom?  MICHAEL CHINETTI
   *If "no", proceed to question 5 of this section.*

4. Were the absentee ballots counted at the polls?

   ☒ Yes        ☐ No        ☐ Not Observed

Initials:

11

5. What voting system(s) for regular ballots was used in the polling place?

   a. Direct recording electronic machines (DRE)? ☐ Yes ☐ No

      If yes, was the machine set to zero before voting began?

      ☐ Yes ☐ No ☐ Not Observed

      Was there an activator card (a device that the voter inserts into the machine to begin

      voting) given to the voter? ☐ Yes ☐ No

      If yes, who programmed the activator card? _____

   b. Lever machines? ☐ Yes ☐ No

      If yes, were the keys delivered in a sealed envelope on the outside of which was
written the machine number and the protective counter number?

      ☐ Yes ☐ No ☐ Not Observed

      Did the public counter register zero before voting began?

      ☐ Yes ☐ No ☐ Not Observed

      If not, what number did the counter show? _____

      Was the machine locked before voting began?

      ☐ Yes ☐ No ☐ Not Observed

   c. Punch cards? ☐ Yes ☐ No

      If yes, where were voted ballots deposited by the voter?

      ☐ Ballot box

      ☐ Scanner

      ☐ Poll Official

      ☐ Other (explain)

      If there was a scanner:

      Did it reject any ballots voters inserted? ☐ Yes ☐ No ☐ Not Observed

      Was it set to zero before voting began? ☐ Yes ☐ No ☐ Not Observed

      Were privacy sleeves used to keep ballot choices secret?

      ☐ Yes ☐ No ☐ Not Observed

Initials

d. Optical scan cards ?   ☒ Yes   ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☒ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?  ☒ Yes  ☐ No     ☐ Not Observed

Was it set to zero before voting began?  ☐ Yes  ☐ No     ☒ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☒ Yes     ☐ No     ☐ Not Observed

e. Paper ballots?   ☐ Yes   ☐ No

If yes, was the ballot box emptied?   ☐ Yes   ☐ No

Were the blank ballots counted/numbered?

☐ Yes     ☐ No     ☐ Not Observed

How many ballots were provided to the polling place?   _____

Was the ballot box locked prior to the start of voting?

☐ Yes     ☐ No     ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

Initials:

13

6. If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

  a. Did the voter receive any form from the poll official indicating he/she was permitted to vote?    ☐ Yes ☐ No
     If so, from whom? _____

  b. Was there any time limitation imposed on voters?    ☐ Yes ☐ No
     If so, how long? _____

  c. Did any voter attempt to use a marked sample ballot?    ☐ Yes ☐ No

     If so, was the voter allowed to do so?    ☐ Yes ☐ No
     If not, who prevented its usage? _____

7. If **paper ballots, punch cards, or optical scan cards** were used:

☐ Not applicable to this election

  a. From whom did the voter receive the ballot? <u>INSPECTOR /CLERK</u>

  b. Where did the voter go to mark the ballot? <u>TO THE BOOTH</u>

  c. Was any time limitation imposed on voters?    ☐ Yes ☑ No
     If so, how long? _____

  d. Did any voter attempt to use a marked sample ballot?    ☐ Yes ☑ No

     If so, was the voter allowed to do so?  *N/A*    ☐ Yes ☐ No
     If not, who prevented its usage? _____

  e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

                                     ☑ Yes ☐ No

D. Determining a Person's Eligibility to Vote

**Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the following questions:**

  1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine the voter's registration status.
     BOOK IS CALLED LIST OF REGISTERED VOTERS

Initials:

*[handwritten initials]*

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☑ Yes    ☐ No        Explain.

*POLL OFFICIALS CONTACTED ELECTION OFFICIALS AND DETERMINED THAT THE VOTER WAS IN FACT ELIGIBLE TO USE A PROVISIONAL BALLOT*

3. If a person was registered in another precinct, what instruction, if any, was the voter given?

*N/A*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?

*N/A*

5. Were any officials available at or near the polling place to register persons to vote?

☐ Yes    ☑ No

If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
|      |       |          |
|      |       |          |
|      |       |          |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?        ☐ Yes    ☐ No        Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

*NONE OBSERVED*

Initials:

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place. *No other language than English was spoken at polling place.*

   *N/A*

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?
      *No minority language Assistance/was observed*

      *N/A*

   b. Were there any minority voters who were unable to sign their names?

      ☐ Yes    ☐ No    *None Observed*

      If so, were they offered assistance in the minority language in casting their ballots?

      ☐ Yes    ☐ No         If not, explain.

      *N/A*

      *THERE WERE NO BILINGUAL POLL WORKERS
      ON SITE, SEE PAGE NINE*

Initials:

16

c.  Did any voter who requested minority language assistance fail to receive such

assistance?        ☐ Yes    ☑ No        If so, explain the circumstances.

*THERE WERE NO REQUESTS FOR MINORITY ASSISTANCE, While observers were at Polling site.*

3. a.  Did any poll official or interpreters provide instruction *in a minority language* on how to cast the ballot (e.g., how to use the machine, how to mark or punch the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is

allowed, how many votes may be cast for a given office, etc.)?  ☐ Yes    ☑ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the instructions. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the instructions given in the minority language. Enclose in quotation marks ("words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the instructions given by the official varied during the day, describe when it varied and how it varied for that official.*

b.  Where was the instruction given?    *N/A*

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If instruction was given in the minority language on how to cast a ballot and was done so *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the instruction and the time the voter entered the booth (or began to vote)?    _____

4. a.  Was an interpretation of the ballot provided in the minority language to voters?

☐ Yes    ☑ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for each official who gave such interpretation and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the ballot. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the interpretation given in the minority language (typically, at least 5 instances, if possible). Enclose in quotation marks ("words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the interpretation given by the official varied during the day, describe when it varied and how it varied for that official.*

Initials:

17

b. Where was the interpretation given?    *Not observed*

*N/A*

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

---

F.  Delays in Voting

1.  What was the average number of voters waiting in line to vote during the day?   *1 to 2*

2.  What was the average length of time voters had to wait to vote?   *1 MINUTE*

3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes   ☑ No    If so, provide the following information:

a.  The time the line formed _____ and the number of voters in line _____

b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):   *N/A*

c.  What action, if any, did poll officials take to alleviate the delay?

*N/A*

---

G.  Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1.  Were challenged, affidavit, or other provisional-type ballots used?

☒ Yes    ☐ No    ☐ Not Observed

Initials:

18

On what basis did the poll worker give the provisional ballot(s)?

~~Observers did not observed voters~~ *Any moment the* Observers were not present at the provisional ballot was given.

What language(s) were the ballots in?    ENGLISH/SPANISH

2.  What voting system is used for provisional ballots?

    ☐ DRE?    ☐ Lever?    ☐ Optical Scan Card?    ☐ Punch Card?    ☑ Paper Ballot?

3.  Is there an affirmation form/envelope that the voter must complete? ☑ Yes    ☐ No
    What languages were the form/envelope in?   ENGLISH/SPANISH

4.  According to poll workers, under what circumstances are these provisional ballots used?

    THE PROVISIONAL BALLOTS ARE USED IF THE VOTERS
    NAME IS NOT ON THE VOTER LOG.
    WHENEVER THE VOTER IS ADAMANT THE
    PROVISIONAL BALLOT MY BE UTILIZED

5.  Did the poll worker provide written information to the provisional voter?

    ☑ Yes    ☐ No
    In what language(s)?   ENGLISH
    What did the document say?
    AN AFFIRMATION FORM IS INCLUDED ALSO
    HOW THE VOTER CAN DETERMINE
    THE OUTCOME OF HIS OR HER BALLOT
    PHONE NUMBERS

6.  Did the document include information on how a voter can determine if his or her

    provisional ballot has been counted?   ☑ Yes    ☐ No

7.  Were these provisional ballots kept separate from other ballots?

    ☑ Yes    ☐ No    ☐ Not Observed

8.  Were these provisional ballots counted at the polls?

    ☐ Yes    ☐ No    ☑ Not Observed

Initials:


19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? ID IS REQUESTED WHEN FLAGGED IN VOTERS LOG

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?    ☑ Yes    ☐ No
If so, what were they taught in that training?
THE WARDEN WAS NOT SURE OF ~~RESULTS OF~~ WHAT THEY POLL WORKERS WERE TAUGHT,

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?

☑ Yes    ☐ No    If so, describe.
THE LETTER "I" IS LISTED BESIDE THE NAME OF THOSE VOTERS FROM WHOM ID IS REQUIRED.

4. Did you observe any voters being asked for identification? ☐ Yes    ☑ No
On what grounds were they asked?

What form(s) of ID were the poll workers willing to accept?
THE CLERK SAYS " FORMAL ID CARD OR UTILITY BILL SHOWING ADDRESS IS ACCEPTABLE
If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot?    ☐ Yes    ☐ No
Please describe what occurred.    NOT OBSERVED

I. Training of Interpreters or Bilingual Poll Officials
THERE ARE NO INTERPRETERS OR BILINGUAL POLL OFFICIALS ON SITE,

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*
SEE PAGE NINE

Initials

20

NO INTERPRETERS ON SITE SEE PAGE 9

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on ***how to translate the contents of the ballot or how to provide procedural instructions in the minority language***?    ☐ Yes    ☐ No

   Did they receive notice that such a training session was scheduled? ☐ Yes    ☐ No
   Explain.

   ***If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".***

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training ***specifically on how to translate the ballot or how to provide procedural instructions in the minority language***, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. ***Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.***

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. Was part or all of the training conducted in the minority language? ☐ Yes    ☐ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)? ☐ Yes    ☐ No    If so, specify: _____
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes    ☐ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes    ☐ No

   Did they find the audio-visual aid(s) helpful? ☐ Yes    ☐ No
   Describe any comments about the audio-visual aid(s).

Initials

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

*N/A*

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

*THE OBSERVERS WERE ABLE INTERACT WITH ALL POLLWORKERS WITH THE EXCEPTION OF THE CLERK(JACK MAJENSKI) AND (WARDEN) JOE CHRSSON SEE 22 A*

B. Provide information on the presence of any law enforcement officials and any of their activities you observed.

*THE ONLY LAW PRESENCE NOTED WAS THE OFFICER ON DUTY AT CHECKOUT*

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

*NO MEDIA PRESENT DURING THE P.M. OBSERVATION PERIOD.*

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

*THE OBSERVERS SAW NO INSTANCES WHERE VOTERS WERE SUBJECTED TO RUDE TREATMENT. THERE WERE NO "PLEASE, HELLO, THANKYOO" USED. HOWEVER, TONE AND MANNER WAS SATISFACTORY. VOTER RESPONSE INDICATED SUCH*

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

*SEE 22 A*

Initials 

22

The physical setup at precinct 3 had the clerk in table and the poll watchers' table just about touching forming a 90° angle

When I (Warren Sears) entered the building along with my team member (Jessica Martinez) proceeded over to the tables and said "Hello are you the warden?". At which time I introduced myself to all of the people present (1 at one table and 3 at the other table) Mary the inspector said "The Warden is not here at this time. Jack is the person you may want to speak to." At that point Jack (clerk) came over to the table. I said "Hello my name is Warren Sears and this is Jessica Martinez my team member". Where upon I presented my identification to him for viewing. Jack attempted to take the document. I said "I'm not allowed to let it out of my hand".

Jack's comment was "I don't know about this. I assumed that he wasn't informed of our comming. I removed the letter to allow him to see it and he snatched it from me ripping it.

Initials:

22 A

At that point the police officer intervened
I again offered my credentials including the
letter which I finally retrieved from Jack
I indicated that this was my second stop
my first being precinct 7. Martin the
police officer called precinct 7 and spoke
to the police officer. He appeared satisfied
that we had indeed just arrived from
precinct 7 and returned to his station.
I moved to a table in the rear to prepare
for the observation. At that point Michelle
(Co-Captain) arrived. I related the incident
to her. She proceeded to the clerk. I'm not
sure what transpired between them.
She did return however and indicated
that I should document the situation
in my report. She was concerned that
I appeared upset. I indicated that I
was "alright". She was apparently
satisfied that the situation was neutralized
and left. A short time later the Warden
Chaisson
returned.

Initials
22 B

For a time he (warden) was involved with a voter concerning a non functioning ballot. He did in fact provide another ballot for that voter and returned to his table. I met him en route and managed to repeat my name before he responded "Not now I'm busy" without making any eye contact. His tone was "curt" and "rude".

Just about that time Russ (DOJ) arrived at the table and offered his identification He was rudely rebuffed. I'm not sure what the comment was.

Russ came to the table and I reiterated the situation where upon I was directed to make a complete report documenting the it

Several minutes the warden came over and asked "Why did you refuse to provide identification and cause considerable trouble for everyone in my precinct".

Initials:

22 C

I responded by asking if it might help to hear what I had to say instead of accusing me based on his clerk's report. The warden said that he did not care what I had to say.

At this point Russ attempted to intervene. The warden responded by saying "You came in here flashing your badge in a threating manner". "All of you federal people do that". There was a brief exchange between them and Russ suggested that he (warden) call . . . . .

Just prior to the above statement the warden said "This is my precinct and I'll have the police officer remove you" Then Russ made the above suggestion. The warden said that that person was too busy. Russ responded by offering to make the call rather than attempt to defuse the situation any further. At some point the warden did in fact calm down and provide the necessary assistance. Perhaps, Russ is able to elaborate further

Initials:

22

JAM

After myself,
Joe Chaisson talked a bit more, we were able to resolve our issues. He did prove to become helpful. I was able to accomplish my assigned task with mr chaisson's help.

Initials

22 *E*

Tally of Voters that Identified Themselves as Republican and not allowed to vote.

| Hour | Amount | | Total |
|------|--------|--|-------|
| 4:30PM | | | |
| 5:30 | | | |
| 5:30 | I | | |
| 6:30 | | | |
| 6:30 - 7:30 | | | |
| | | | |

As voter Identify themselves as a Republican its explain that this election are only for Democrats and the only way he can vote Republican is if He does a write in. The Warden Joe Chaisson tell voter to go and look at the sample ballots. Voter proceed to wall where sample ballots are posted. The Warden, Joe Chasson, approached federal Observer J. Martinez and talked about How He thought it was "stupid" to have the other Ballots at the table when there was nothing written on the ballots By the time Warden, Joe Chasson, Finish talking the Voter was gone. Observer does not Know if Voter voted or Left the polling site.

Initials:



22

WI P13

☐ None Observed
☒ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET     WD/AD/ED, if applicable: _WI P13_

| | | PERSONS PERMITTED TO VOTE | | |
|---|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | Totals | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Subtotal | | |
| | | Grand Total (if last page of tally sheet) | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials

23

☒ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: W1 P13

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | |
| | | | | Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:





24

☒ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: _W1 P13_

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | **Subtotal** | |
| | | | | | | **Grand Total (if last page of tally sheet)** | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

25_____

☒ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable: W1 P13

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| **Address** | | | **Address** | | |
| **Federal Certificate of Eligibility Number, if any** | | | **Federal Certificate of Eligibility Number, if any** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Official Not Permitting Vote** | Race | | **Name/Title of Official Not Permitting Vote** | Race | |
| **Reason for Not Permitting Vote** | | | **Reason for Not Permitting Vote** | | |
| **Specify what the official did or suggested that the voter do in order to vote.** | | | **Specify what the official did or suggested that the voter do in order to vote.** | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** | | | **Reason Voter Believes He/She Should Be Permitted to Vote** | | |

Information obtained from:

☐ **Observation**

☐ **Questioning Voter**

Information obtained from:

☐ **Observation**

☐ **Questioning Voter**

Initials



26

☒ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: W1-P13

Voter: _____  Race: _____  Begin Time: _____  End Time: _____

Interpreter or
Election Official: _____  Observer: _____

Assistance Occurred:  ☐  Inside the booth (or while voter is voting)

☐  Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

*NOTE:  If the answer is not 100% "YES", mark "NO"*

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | | |
| Ask voter for choice of assistor | | | | |
| Permit the voter's choice of assistor | | | | |
| Name each candidate on the ballot | | | | |
| Name the political parties for each candidate on the ballot | | | | |
| Name each office on the ballot | | | | |
| Explain each proposition on the ballot | | | | |
| Explain when the voter can vote for more than one candidate for an office | | | | |
| Allow the voter to mark the ballot | | | | |
| Mark the ballot contrary to the voter's wishes | | | | |
| Attempt to rush the voter through the ballot | | | | |
| Explain write-in procedures | | | | |

Explanation:

Initials:
*MW*
*JAM*

27_____

☐ None Observed
☒ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _WI RL3_

Interpreter/Official: _____     Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|--------|------------------------------------------------------------------|
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |

**Initials:**



28

☐ None Observed
☒ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _W1 P13_

Interpreter/Official: _____    Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Initials:**

29

☑ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)     WD/AD/ED, if applicable: WI P 13

Interpreter/Official: _____     Observer: _____

| Procedure | Translation (Include words spoken in English in quotation marks) |
|-----------|------------------------------------------------------------------|
| There were no minority language assistance to obtained information. | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:

30_____

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable: *W I P13*

| Name | Race W | Time PRIOR TO MY ARRIVAL | Name | Race | Time |
|---|---|---|---|---|---|

| Address *E Boston* | Address |
|---|---|

| Language Spoken *(if other than English)* | Language Spoken *(if other than English)* |
|---|---|

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot *JOE CHAISSON* | Race *W* | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---|---|---|---|

| Reason *MOUEP* | Reason |
|---|---|

| Voter's Response *G L c 51 §1 Name be removed from* ▓▓▓▓ | Voter's Response |
|---|---|

Information obtained from:

☐ Observation

☒ Questioning ~~Voter~~ *OFFICIAL*

| 1. Did the election official check with voter registration officials? ☒ Yes ☐ No | 1. Did the election official check with voter registration officials? ☐ Yes ☐ No |
|---|---|
| 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☒ No | 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No |
| 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☒ No    If so, where? | 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☐ No    If so, where? |
| 4. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No | 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No |

Information obtained from:

☐ Observation

☐ Questioning Voter

Initials: *MAS*    *This information was not observed. It was provided by the warden Mr. Chaisson.*

*JAM*

31

## CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _W I P13_

1. What time did the polls close? _NA_
   Not present at closing time.
   Observers left polling site at 7:20pm.

   ☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes        ☐ No        _N/A_

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes        ☐ No        _N/A_

   If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☑ **The Observer Team was not present for any procedures related to the counting of ballots.**

4. If **paper ballots** were used and counted at the polls:
   a. Were additional workers used to assist in the

      count?    ☐ Yes    ☐ No

      ☐ Not applicable to this election

      If so, were these persons administered an oath?    ☐ Yes    ☐ No

   b. Was the table cleared before the ballot box was emptied?    ☐ Yes    ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?    ☐ Yes    ☐ No

      If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

      If so, who? _____

   g. Was each ballot read as marked?    ☐ Yes    ☐ No
      If not, how many were not properly read? _____
      How were they misread?

Initials:

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |



Initials

33

j.  How many paper ballots were partially rejected? _____ Provide complete
    information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials

34

k.  Tallying of Ballots
1. Names of officials who kept each tally (it may be that only one tally sheet is kept). If more than one person kept the single tally sheet, note the period of time each person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l.  Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?  ☐ Yes    ☐ No        If not, explain.

m.  List the items placed in the ballot box.

n.  List the items not placed in the ballot box and indicate where they were placed.

o.  What time did the ballot box leave the polling place? _____

Who took it? _____

Was it locked?  ☐ Yes    ☐ No        Was it sealed?  ☐ Yes    ☐ No

p.  What time did the Observer Team leave the polling place?  _____    Did an Observer accompany the ballot box?  ☐ Yes    ☐ No

5.  If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

a.  Were the machines locked and sealed against further voting?  ☐ Yes    ☐ No

If so, by whom? _____

b.  Who read the count from the machine? _____

**Initials:**

35

c. Was the count verified by another official?    ☐ Yes    ☐ No    If so, by whom?

_____

d. Was it read correctly?    ☐ Yes    ☐ No
e. Who recorded the vote on the official return sheets? _____

f. Was the vote recorded accurately?    ☐ Yes    ☐ No
g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|---------------|---------|---------------|---------|---------------|
|         |               |         |               |         |               |
|         |               |         |               |         |               |

h. Was the vote announced by the poll officials?    ☐ Yes    ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?    ☐ Yes    ☑ No

j. Were the absentee votes counted and tabulated with the votes shown on the machines?    ☐ Yes    ☐ No

k. Was the statement of results signed and certified by the poll officials?    ☐ Yes    ☐ No

l. Was the statement delivered to the election officials?    ☐ Yes    ☐ No

By whom? _____
m. As soon as the count was completed and the results announced, was the counter compartment locked?    ☐ Yes    ☑ No    By whom? _____

n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.

o. What time did the Observer Team leave the polling place? _____

6. If **punch cards or optical scan cards** were used:

a. Was a duplicate report of the number of persons voting prepared?  ☐ Yes  ☐ No

☐ Not applicable to this election

By whom? _____

b. What was done with the election supplies such as ballot stubs, etc.?

c. Was the ballot box sealed?  ☐ Yes  ☐ No  By whom? _____

d. If appropriate, who took the ballot box to the counting center? _____

Did an observer accompany the ballot box?  ☐ Yes  ☐ No

e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots

a. Were the absentee ballots opened and stacked?

☐ Not applicable to this election

☐ Yes  ☐ No

By whom? _____

b. Who read the absentee ballots? _____

c. Did anyone hand the ballots to the reader?  ☐ Yes  ☐ No

If so, who? _____

d. Was each ballot read as marked?  ☐ Yes  ☐ No  If not, how many were not properly read? _____  How were they misread?

e. What was done with the ballots after they were read?

Initials

37

f.  How many absentee ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____    Provide complete information below:

| Office Voted For | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

The "Reason for Rejection" spans the three columns: More Names Marked than Persons to be Elected (Double Vote), Fewer Names Marked than Persons to be Elected, No Clear Choice, Other (Specify).

Initials:

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Not applicable to this election

   ☐ Yes    ☐ No   By whom?

   _____

   b. Who read the ballots?   _____

   c. Did anyone hand the ballots to the reader?  ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?  ☐ Yes    ☐ No    If not, how many were not properly read?  _____   How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?

   _____

   Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

Initials

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE  WD/AD/ED, if applicable: W1 P13

| Name | Race | Name | Race |
|---|---|---|---|
| 1 | | 28 | |
| 2 | | 29 | |
| 3 | | 30 | |
| 4 | | 31 | |
| 5 | | 32 | |
| 6 | | 33 | |
| 7 | | 34 | |
| 8 | | 35 | |
| 9 | | 36 | |
| 10 | | 37 | |
| 11 | | 38 | |
| 12 | | 39 | |
| 13 | | 40 | |
| 14 | | 41 | |
| 15 | | 42 | |
| 16 | | 43 | |
| 17 | | 44 | |
| 18 | | 45 | |
| 19 | | 46 | |
| 20 | | 47 | |
| 21 | | 48 | |
| 22 | | 49 | |
| 23 | | 50 | |
| 24 | | 51 | |
| 25 | | 52 | |
| 26 | | 53 | |
| 27 | | 54 | |
| Subtotals By Race | | | | | | Subtotals By Race | | | | | |

Initials:



42



United States
## Office of
## Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:          Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of _September 25, 2007_
                              (Date)

_Massachusetts_
                              (State)

_Sulfalk_
                              (County)

_Boston_
                              (Municipality)

_Honna Allston Library_
                       (Name of Polling Place)

_I_
                              (Precinct #)

_22_
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

The Time Observers:

Arrived at Polls _2:30 pm_

Departed Polls _____

Print _Bao Chu Chang_
        (Name)

Sign _Bao Chu Chang_

Print _Ivonne Santiago_
        (Name)

Sign _Ivonne Santiago_

Print _____
        (Name)

Sign _____

Instructions to Observers: Complete this report in BLACK INK ONLY. Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.

## 1.    VOTING STATISTICS

c=Chinese
V=Vietnamese

| A. Number of Persons Attempting to Vote at the Polls | Total | Indian C | Hispanic | Asian V | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | 8 | O | O | O | O | O | O |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 8 | 0 | O | O | O | O | O |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 8 | 0 | O | O | O | O | O |
| TOTAL of 1, 2, and 3 | 8 | 0 | O | O | O | O | 6 |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | Indian C | Spanish | Asian V | Other |
|---|---|---|---|---|---|
| | 1 | 1 | O | O | O |

Section 1B is Not Applicable to this Coverage ☐

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 1 | ✓ | | |

Section 1C is Not Applicable to this Coverage ☐

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | Indian | Hispanic | Asian | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 0 | O | O | O | O | O | O |

Section 1D is Not Applicable to this Coverage ☐

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |

Section 1E is Not Applicable to this Coverage ☐

Initials:

BC
JM

2

| F. If *paper ballots* are used: | Total |
|---|---|
| 1. Ballots accepted | |
| 2. Ballots partially rejected | |
| 3. Ballots totally rejected | |
| 4. Spoiled ballots | |
| 5. Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |
| Section 1F is Not Applicable to this Election ☐ | |

**G. If *voting machines* are used:**

1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Section 1G (including Question 2 below) is Not Applicable to this Election ☐

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?     ☐ Yes    ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H. If *electronic vote recorders* or *tabulators* are used:**

Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Section 1H is Not Applicable to this Election ☐

Initials:

3

## 2. DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A. *Draw a diagram of the polling place which shows the following items*:
   1. Location of voting machines or booths
   2. Location of tables for election officials
   3. Location of any officially-designated interpreters
   4. Location of voting instruction signs or cards
   5. Location of sample ballots, if any
   6. Location of telephone, if any
   7. Location of Federal observers



Initials:

BC

4

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a. Setting campaigning limits? | ☐Yes ☒No | | ☒Yes ☐No | | ☐Yes ☐No |
| b. Directing voters to the polling place (e.g., "vote here")? | ☒Yes ☐No | Brick wall at building entrance pole closer to pole site & glass wall at pole site | ☒Yes ☐No | E/S/Ch/V | ☐Yes ☐No |
| c. Stating assistance is available to voters? | ☒Yes ☐No | check-in table | ☒Yes ☐No | E/S/Ch/V/R HC/CV | ☐Yes ☐No |
| d. Indicating Election date? | ☒Yes ☐No | Right hall wall | ☒Yes ☐No | E/S | ☐Yes ☐No |
| e. Indicating Election hours? | ☒Yes ☐No | Glass window in front of the bldg. | ☒Yes ☐No | E/S/Ch/V | ☐Yes ☐No |
| f. Sample ballot? | ☒Yes ☐No | Right hall wall | ☒Yes ☐No | E/S | ☐Yes ☐No |
| g. Instructions for casting a regular ballot? | ☒Yes ☐No | Left and right walls on the hall | ☒Yes ☐No | E/S/Ch/V/R HC/CV | ☐Yes ☐No |
| h. Instructions for casting a provisional ballot? | ☒Yes ☐No | Right hall wall | ☒Yes ☐No | E/S/Ch/V/R HC/CV | ☐Yes ☐No |
| i. Instructions for mail registrants and first time voters? | ☐Yes ☒No | | ☐Yes ☐No | | ☐Yes ☐No |
| j. Information on who to contact if voters have problems? | ☒Yes ☐No | Left and right walls in the hall | ☒Yes ☐No | E/S | ☐Yes ☐No |
| k. General voting rights information? | ☒Yes ☐No | Left and right walls on the hall | ☒Yes ☐No | E/S | ☐Yes ☐No |
| l. Right to cast a provisional ballot? | ☒Yes ☐No | Left and right walls on the hall | ☒Yes ☐No | E/S | ☐Yes ☐No |
| m. Laws on voting fraud and misrepresentation? | ☒Yes ☐No | Left and right walls on the hall | ☒Yes ☐No | E/S | ☐Yes ☐No |

2.  If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

Check-in-table sign - posted at polling officials check-in-table E/S/Ch/V

Check-out-table sign - posted at polling officials check-out-table E/S/Ch/V

bilingual assistance sign - standing at polling officials check-in-table letting voters know if needed language assistance, poll officials can obtain it via phone. E/S/Ch/V/R/HC/CH

Initials: BC Qy

E = English /S = Spanish /Ch = Chinese /V = Vietnamese /R = Russian /
HC = Haitian Criole /CV = Cape Verdean

5

C.    Phones
1. Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?          ☐ Yes    ☑ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.): _____

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

2. If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used _cell phone_ and under what circumstances the officials used this phone.
   The City-assigned cell phone was used to report problems and to verify voter eligibility.

## 3. ELECTION OFFICIALS

**A.** List each polling official on duty.  *Do NOT include special interpreters.*

WD/AD/ED, if applicable: _____

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| Digesse, Rita | White | Warden | English |
| Dussault, Carol | White | Clerk | English |
| Ace, Marie | Black | Inspector | English |
| Alves-Rocha, Nair | Hispanic | Inspector | Spanish, Portuguese, English |
| Strother, Barbara | Black | Inspector | English |
| Bradshow-Brown, Christine | Black | Inspector | English |
| | | | |
| | | | |
| | | | |
| | | | |

Initials:
BC
JA

6

Note times each polling official was absent from the polls:     WD/AD/ED, if applicable:

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|------------------|-----|----|-----|----|-----|----|-----|----|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

*none observed* (handwritten across table)

B.   If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☑      WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|------------------|-------|-----------------------------|
| Alves-Rocha, Nair | Inspector | Check-In, casting ballot |
| | | |
| | | |
| | | |
| | | |

C. Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?     ☑ Yes     ☐ No

If so, who? *Warden Digesse*

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?     ☐ Yes     ☑ No

If so, who? _____

**Initials:**

*BC*
*Qu*

7

D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master Board Worker.**

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:

BL

8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?    ☑ Yes    ☐ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| Wang, Jun | Asian | Chinese (Mandarin) | 7:30 am * | * according to the Warden |
| | | | | |
| | | | | |

*according to Interpreter Wang, she started at 6:30 am

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☑

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
| | |
| | |
| | |
| | |

Initials:

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                    WD/AD/ED, if applicable: _____

1. What time did the election officials arrive at the polling place? _6=00am_
   Indicate how this information was obtained:

   ☐ Observation    ☑ Questioning election officials ( Warden )

2. Were the election officials given an oath of office?    ☑ Yes    ☐ No

   If so, by whom? By Warden Digesse, except Interpreter Wang
   Indicate how this information was obtained:

   ☐ Observation    ☑ Questioning election officials ( Warden )

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. *Do
   not include signs identified on page 5.* Identify any items printed in a language other
   than English and specify the additional language(s).

   Provisional Ballot Information Sheet and Affirmation Form (E/S)
   Affirmation of Current and Continuous Residents Inactive Voters (E/S)
   Survey of Voting Experience (E/S/Ch/V/R/HC/CV)
   Mail-In Registration Form (E)
   Regular Ballot in English; Regular Ballot in Chinese
   Privacy Sleeves (E)
   Boston's Streets - Clerk's Book; List of Registered Voters
   Provisional Ballot Envelope; Spoiled Ballot Envelope;
   Absentee Ballot Envelopes

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.

   None observed (this was our pm site)

   E = English              HC = Haitian Creole
   S = Spanish              CV = Cape Verdean
   Ch = Chinese
   V = Vietnamese
   R = Russian

Initials:
BC
JY

10

B. Poll Watchers                                    WD/AD/ED, if applicable: _____

   1. Were any poll watchers present?    ☑ Yes      ☐ No

   2. If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| Kristy Avino | White | Tim Schofield |
| Leslie Cummings | White | Mark Ciommo |
| Nathaniel Stinnett | White | Tim Schofield |

   3. Did the election officials require the poll watchers to present any type of authorization?

     ☑ Yes  ☐ No    If so, what?  letter of credential

     See Page 22A

     If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.  None observed

   4. Were poll watchers permitted to observe all aspects of the voting process, other than the

     actual marking of the ballots?                    ☑ Yes      ☐ No

     Explain any activities poll watchers were not permitted to observe.

---

C. While the Polls Were Open                        WD/AD/ED, if applicable: _____

   1. What time did the polls open? _____

     Indicate how this information was obtained:

     ☐ Observation        ☐ Questioning election officials

   2. Were the names of the absentee voters marked on the poll list?  ☐ Yes    ☐ No

   3. Were the absentee ballots delivered to the polls?  ☐ Yes      ☐ No

     If so, by whom? _____

     *If "no", proceed to question 5 of this section.*

   4. Were the absentee ballots counted at the polls?

     ☑ Yes          ☐ No        ☐ Not Observed

**Initials:**

11

5. What voting system(s) for regular ballots was used in the polling place?

   a. Direct recording electronic machines (DRE)?   ☐ Yes   ☐ No

   If yes, was the machine set to zero before voting began?

   ☐ Yes   ☐ No   ☐ Not Observed

   Was there an activator card (a device that the voter inserts into the machine to begin

   voting) given to the voter?   ☐ Yes   ☐ No

   If yes, who programmed the activator card? _____

   b. Lever machines?   ☑ Yes   ☐ No

   If yes, were the keys delivered in a sealed envelope on the outside of which was
   written the machine number and the protective counter number?

   ☐ Yes   ☐ No   ☐ Not Observed

   Did the public counter register zero before voting began?

   ☐ Yes   ☐ No   ☐ Not Observed

   If not, what number did the counter show? _____

   Was the machine locked before voting began?

   ☐ Yes   ☐ No   ☐ Not Observed

   c. Punch cards?   ☐ Yes   ☐ No

   If yes, where were voted ballots deposited by the voter?

   ☐ Ballot box

   ☐ Scanner

   ☐ Poll Official

   ☐ Other (explain)

   If there was a scanner:

   Did it reject any ballots voters inserted?  ☐ Yes ☐ No   ☐ Not Observed

   Was it set to zero before voting began?  ☐ Yes ☐ No   ☐ Not Observed

   Were privacy sleeves used to keep ballot choices secret?

   ☑ Yes   ☐ No   ☐ Not Observed

Initials:

BC

Q

d. Optical scan cards ?                    ☑ Yes        ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☑ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted? ☑ Yes ☐ No        ☐ Not Observed

Was it set to zero before voting began? ☑ Yes ☐ No        ☐ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

*(according to the zero reported posted at the door)*

☑ Yes        ☐ No        ☐ Not Observed

e. Paper ballots?                              ☐ Yes        ☑ No

If yes, was the ballot box emptied?           ☐ Yes        ☐ No

Were the blank ballots counted/numbered?

☐ Yes        ☐ No        ☐ Not Observed

How many ballots were provided to the polling place?    _____

Was the ballot box locked prior to the start of voting?

☐ Yes        ☐ No        ☑ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☑ Other (explain)

Initials:

13

6. If *DRE* or lever *voting machines* were used:

☐ Not applicable to this election

a. Did the voter receive any form from the poll official indicating he/she was permitted to vote?    ☐ Yes  ☐ No
   If so, from whom? _____

b. Was there any time limitation imposed on voters?    ☐ Yes  ☐ No
   If so, how long? _____

c. Did any voter attempt to use a marked sample ballot?    ☐ Yes  ☐ No
   If so, was the voter allowed to do so?    ☐ Yes  ☐ No
   If not, who prevented its usage? _____

7. If *paper ballots, punch cards, or optical scan cards* were used:

☐ Not applicable to this election

a. From whom did the voter receive the ballot? *Poll officials at the check-in table*

b. Where did the voter go to mark the ballot? *Voting booth or the Automark machine*

c. Was any time limitation imposed on voters?    ☐ Yes  ☑ No
   If so, how long? _____

d. Did any voter attempt to use a marked sample ballot?    ☐ Yes  ☑ No

   If so, was the voter allowed to do so?    ☐ Yes  ☐ No
   If not, who prevented its usage? _____

e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?
   ☑ Yes  ☐ No

D. Determining a Person's Eligibility to Vote

*Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the following questions:*

1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine the voter's registration status.

   The List of Registered Voters.

Initials:
BC
Qu

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☑ Yes    ☐ No    Explain.

*Warden called City Hall to confirm voter eligibility, according to the Warden*

3. If a person was registered in another precinct, what instruction, if any, was the voter given?

*The name and location of the polling site where the voter should go, according to the Warden*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?

*The voter would be given a mail-in registration form, according to the Warden.*

5. Were any officials available at or near the polling place to register persons to vote?

☐ Yes    ☑ No

If so, provide the following information:

| Name | Title | Location |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?    ☐ Yes    ☐ No    Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

*None observed.*

Initials:

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place.

   NON-OBSERVED

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?

      NON-OBSERVED

   b. Were there any minority voters who were unable to sign their names?

      ☐ Yes    ☒ No

      If so, were they offered assistance in the minority language in casting their ballots?

      ☐ Yes    ☐ No        If not, explain.

Initials:

16

   c.  Did any voter who requested minority language assistance fail to receive such

assistance?    ☐ Yes   ☐ No      If so, explain the circumstances.

NON - OBSERVED

3. a.  Did any poll official or interpreters provide instruction *in a minority language* on how to cast the ballot (e.g., how to use the machine, how to mark or punch the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes may be cast for a given office, etc.)?  ☐ Yes     ☐ No

NON - OBSERVED

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the instructions. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the instructions given in the minority language. Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the instructions given by the official varied during the day, describe when it varied and how it varied for that official.*

   b.  Where was the instruction given?

      ☐ Inside the booth (or while voter is voting)

      ☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If instruction was given in the minority language on how to cast a ballot and was done so *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the instruction and the time the voter entered the booth (or began to vote)?   _____

4. a.  Was an interpretation of the ballot provided in the minority language to voters?

     ☐ Yes   ☐ No     NON OBSERVED

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for each official who gave such interpretation and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the ballot. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the interpretation given in the minority language (typically, at least 5 instances, if possible). Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the interpretation given by the official varied during the day, describe when it varied and how it varied for that official.*

Initials:

BC

Qy

17

b.  Where was the interpretation given?  *not observed*

☐ Inside the booth (or while voter is voting)

*BC* ☒ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____
If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

---

F.  Delays in Voting

1.  What was the average number of voters waiting in line to vote during the day?  1 or 2

2.  What was the average length of time voters had to wait to vote?  less than 1 min.

3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes    ☒ No    If so, provide the following information:

a.  The time the line formed _____ and the number of voters in line _____.

b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

c.  What action, if any, did poll officials take to alleviate the delay?

---

G.  Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1.  Were challenged, affidavit, or other provisional-type ballots used?

☐ Yes    ☐ No    ☒ Not Observed

Initials:

18

On what basis did the poll worker give the provisional ballot(s)?

Voter's name not found on List of Registered Voters but is verified in City Hall database after the Warden calls in to the City Hall.

What language(s) were the ballots in? English, Chinese

*Note, Regular ballot is given but kept in a separate envelope (information provided by the Warden)

2.  What voting system is used for provisional ballots?

☐ DRE?    ☐ Lever?    ☐ Optical Scan Card?    ☐ Punch Card?    ☑ Paper Ballot?

3.  Is there an affirmation form/envelope that the voter must complete? ☑ Yes    ☐ No
    What languages were the form/envelope in? English and Spanish

4.  According to poll workers, under what circumstances are these provisional ballots used?

When the voter's name is not found in List of Registered Voters but the voter's name is verified in the City Hall database by telephone. The voter is given the Provisional Ballot Information Sheet and Affirmation Form to fill out. After that, a regular ballot is given to the voter to cast the vote, and put in a separate envelope.

5.  Did the poll worker provide written information to the provisional voter?

☑ Yes    ☐ No
In what language(s)? English and Spanish
What did the document say?

It explains that the voter just casted a provisional ballot and the reason for it. It informs the voter how the provisional ballot will be handled. It gives information on how to find out if the voter's ballot is counted and when.

6.  Did the document include information on how a voter can determine if his or her provisional ballot has been counted? ☑ Yes    ☐ No

7.  Were these provisional ballots kept separate from other ballots?
    ☑ Yes    ☐ No    ☐ Not Observed

8.  Were these provisional ballots counted at the polls?
    ☐ Yes    ☐ No    ☑ Not Observed

Initials:

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? The poll workers Barbara Stroher and Carol Dyssault told observer they ask for voter's ID, when the *I* signs shows on the voter's registration list.

2. Did the poll workers receive training about first-time voters who register by mail who are

   covered by ID requirements?     ☑ Yes     ☐ No

   If so, what were they taught in that training? Per poll workers Ms. Stroher & Ms. Dyssault they were told to require ID, for first time voters if name did/show on voter's registration list flagged" with *I* symbol.

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?

   ☑ Yes     ☐ No     If so, describe.

   They show on voter's registration book with *I* which requires the poll officials to ask for ID.

4. Did you observe any voters being asked for identification? ☐ Yes     ☑ No
   On what grounds were they asked?




   What form(s) of ID were the poll workers willing to accept?




   If first-time voters who registered by mail did not have required ID, were they allowed to

   vote by provisional ballot?     ☐ Yes     ☐ No
   Please describe what occurred.


---

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:
BC
Ld

20

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on ***how to translate the contents of the ballot or how to provide procedural instructions in the minority language***?          ☐ Yes          ☑ No

   Did they receive notice that such a training session was scheduled? ☐ Yes     ☐ No
   Explain.

   ***If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".***

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training ***specifically on how to translate the ballot or how to provide procedural instructions in the minority language***, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. ***Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.***

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| Wang Jun BC | Yes BC | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. Was part or all of the training conducted in the minority language? ☐ Yes     ☐ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)? ☐ Yes     ☐ No          If so, specify: _____
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes     ☐ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes     ☐ No

   Did they find the audio-visual aid(s) helpful? ☐ Yes     ☐ No
   Describe any comments about the audio-visual aid(s).

Initials:
BC
Qu

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

---

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.). Observers contacted poll officials periodically to obtain Observer Report Information and to clarify any questions. Observers had no difficulties with poll officials or interpreters in performing the federal Observer duties. Poll officials were courteous and friendly at all times.

B. Provide information on the presence of any law enforcement officials and any of their activities you observed. PM site - One policeman was working at the check-out-table, checking name and address of voters who had completed their ballots, before ballots were fed into the scanner. There was a switch of policeman at 4:00 pm.

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters. PM site - There was no media present while observers at this location.

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken). Observers did not see any voter being treated rudely by poll officials, to the contrary, poll officials were courteous and polite.

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.* There were campaign workers outside the polling site securing signatures to petition for Al Gore to run for President.

Initials:

BL
La

22

PM site. According with Poll Watcher, Kristy Avino, poll officials requested her letter of credential, when she started to work in the morning. (This was not observed by federal Observers.

Nathaniel Stinnett substituted Kristy Avino at 4:00 pm. Observers did notice no letter of credential was requested from Poll Watcher Nathaniel Stinnett.

Poll Watchers left poll site at 5:00 pm.

Warden asked voter if wanted to use the Auto Mark Voter Assist Terminal, voter refused, Warden then tested the Auto Mark machine himself, since required to test it once in the morning and once in the afternoon, so pm test was completed.

**Initials:**

BC
Ly

22 A

Ms. ███ a Chinese female voter who speaks only Cantonese, started at the site ~~that~~ next ~~to third~~ door to ~~the~~ site for Ward #22 Precinct #1. She was accompanied by Ms. Bik, the Chinese Language Liason from City Hall to our site. The Chinese-speaking Interpreter on site speaks only Mandarin, and was not able to assist Ms. ███. Ms. Bik stayed to assist Ms. ███ Complete her vote. After Ms. ███ voted, Ms. Bik went back to her site next door.

☐ None Observed
☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET    WD/AD/ED, if applicable: _____

| Time[1] | Race or Ethnicity | Number of Voters | Totals | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | **Subtotal** | | | | |
| | | **Grand Total** (if last page of tally sheet) | | | | |

PERSONS PERMITTED TO VOTE

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

**Initials:** 

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | ~~Indian~~ Chinese | Hisp. | ~~Asian~~ Vietnamese | Black | White | Other | |
| 4:00 p.m. | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | 1 |
| | * Family/Friend *Interpreter from polling site next door | 1 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| Subtotal | | | | | | | | 1 |
| Grand Total (if last page of tally sheet) | | | | | | | | 1 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

**Initials:**

☑ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| **Subtotal** | | | | | | | | |
| **Grand Total (if last page of tally sheet)** | | | | | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)
Initials:



25____

☑ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| **Address** | | | **Address** | | |
| **Federal Certificate of Eligibility Number, if any** | | | **Federal Certificate of Eligibility Number, if any** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Official Not Permitting Vote** | Race | | **Name/Title of Official Not Permitting Vote** | Race | |
| **Reason for Not Permitting Vote** | | | **Reason for Not Permitting Vote** | | |
| **Specify what the official did or suggested that the voter do in order to vote.** | | | **Specify what the official did or suggested that the voter do in order to vote.** | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** | | | **Reason Voter Believes He/She Should Be Permitted to Vote** | | |
| **Information obtained from:** <br> ☐ **Observation** <br> ☐ **Questioning Voter** | | | **Information obtained from:** <br> ☐ **Observation** <br> ☐ **Questioning Voter** | | |

Initials:



26

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ████████ _____    Race: _Chinese_    Begin Time: 4:10 pm    End Time: 4:15 pm

Interpreter or Election Official: Bik (from City Hall)    Observer: Bao Chu Chang

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Voter only speaks Cantonese._

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Cantonese |
| Ask voter for choice of assistor | | | | |
| Permit the voter's choice of assistor | ✓ | | | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | ✓ | | | |
| Explain write-in procedures | | | ✓ | |

Explanation: Voter came in with Bik (from City Hall) who started BC helping the voter in the polling site next door. Bik found out the voter was in the wrong site and accompanied the voter to the right site. She stayed to assist the voter when she realized that the on-site interpreter only speaks Madarin and the voter only speaks Cantonese. Voter completed casting the ballot. See p.22 B for explanation

Initials: BC Be

27

☑ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|--------|------------------------------------------------------------------|
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |

Initials:



28____

☑ None Observed
☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____     Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Initials:

BC
Ra

☑ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)     WD/AD/ED, if applicable: _____

Interpreter/Official: _____     Observer: _____

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Initials:**

30____

☑ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| Address | | | Address | | |
| Language Spoken (if other than English) | | | Language Spoken (if other than English) | | |
| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | |
| Reason | | | Reason | | |
| Voter's Response | | | Voter's Response | | |

Information obtained from:

☐ Observation

☐ Questioning Voter

Information obtained from:

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials?  ☐ Yes  ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes  ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?

   ☐ Yes    ☐ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots?  ☐ Yes    ☐ No

1. Did the election official check with voter registration officials?  ☐ Yes  ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes  ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?

   ☐ Yes    ☐ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots?  ☐ Yes    ☐ No

Initials:

31____

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? *Not observed.*
*Observers required to leave site before closing time.*

☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

☐ Yes          ☐ No

If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

☐ Yes          ☐ No

If not, who would not permit them to vote and what reason(s), if any, was given?

*The following questions (on pages 32 – 41) concern the counting of ballots.  If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

4. If **paper ballots** were used and counted at the polls:
   a. Were additional workers used to assist in the

   count?  ☐ Yes    ☐ No

   ☐ Not applicable to this election

   If so, were these persons administered an oath?    ☐ Yes    ☐ No

   b. Was the table cleared before the ballot box was emptied?   ☐ Yes    ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?   ☐ Yes    ☒ No

   If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

   If so, who? _____

   g. Was each ballot read as marked?  ☐ Yes    ☐ No
   If not, how many were not properly read? _____
   How were they misread?

Initials:

*BC*
*Qu*

32

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:



33

j.  How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

34

k.  Tallying of Ballots
1.  Names of officials who kept each tally (it may be that only one tally sheet is kept). If more than one person kept the single tally sheet, note the period of time each person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l.  Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?  ☐ Yes    ☐ No        If not, explain.

m.  List the items placed in the ballot box.

n.  List the items not placed in the ballot box and indicate where they were placed.

o.  What time did the ballot box leave the polling place? _____

Who took it? _____

Was it locked?  ☐ Yes    ☐ No        Was it sealed?  ☐ Yes    ☐ No

p.  What time did the Observer Team leave the polling place? _____ Did an

Observer accompany the ballot box?  ☐ Yes    ☐ No

5.  If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

a.  Were the machines locked and sealed against further voting?  ☐ Yes    ☐ No

If so, by whom? _____

b.  Who read the count from the machine? _____

Initials:

35

c. Was the count verified by another official?  ☐ Yes  ☐ No    If so, by whom?

_____

d. Was it read correctly?                ☐ Yes  ☐ No
e. Who recorded the vote on the official return sheets?  _____

f. Was the vote recorded accurately?     ☐ Yes  ☐ No
g. List the serial numbers of the machines and record the public counter of each machine
   at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h. Was the vote announced by the poll officials?     ☐ Yes  ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with

   the figure on the counter?                        ☐ Yes  ☐ No

j. Were the absentee votes counted and tabulated with the votes shown on the machines?

   ☐ Yes  ☐ No

k. Was the statement of results signed and certified by the poll officials?

   ☐ Yes  ☐ No

l. Was the statement delivered to the election officials?  ☐ Yes     ☐ No

   By whom?  _____

m. As soon as the count was completed and the results announced, was the counter

   compartment locked?  ☐ Yes  ☐ No   By whom?  _____

n. Describe what was done with the election supplies such as poll lists, challenged
   ballots, etc.



o. What time did the Observer Team leave the polling place?  _____

6. If **punch cards or optical scan cards** were used:
   a. Was a duplicate report of the number of persons
      voting prepared?    ☐ Yes    ☐ No

      By whom? _____

   b. What was done with the election supplies such as ballot stubs, etc.?

   ☐ Not applicable to this election

   c. Was the ballot box sealed?    ☐ Yes    ☐ No    By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

      Did an observer accompany the ballot box?    ☑ Yes    ☐ No

   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots
   a. Were the absentee ballots opened and stacked?

      ☐ Yes    ☐ No

      By whom? _____

   ☐ Not applicable to this election

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

      If so, who? _____

   d. Was each ballot read as marked?    ☐ Yes    ☐ No    If not, how many were not
      properly read? _____    How were they misread?

   e. What was done with the ballots after they were read?

Initials:

BC

Ley

37

f.  How many absentee ballots were totally rejected?  _____  Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected?  _____  Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
|  | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:

BL

lu

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Not applicable to this election

   ☐ Yes    ☐ No   By whom?

   _____

   b. Who read the ballots? _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?   ☐ Yes    ☐ No    If not, how many were not properly read? _____   How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?

   _____

   Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

BL

bl

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
   Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:

BC

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

Initials:

*BC*

*[signature]*

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE   WD/AD/ED, if applicable: ____

| # | Name | Race | # | Name | Race |
|---|------|------|---|------|------|
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
|   |      |      |   |      |      |
| Subtotals By Race | | | | Subtotals By Race | |

Initials:

42____



United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:          Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of _9/25/07_
(Date)

_MA_
(State)

_Suffolk_
(County)

_Boston_
(Municipality)

_Haynes House_
(Name of Polling Place)

_Wd 9 - Pct. 4_
(Precinct #)

_____
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

The Time Observers:

Arrived at Polls _3:30 pm_

Departed Polls _7:23 pm_

Print _Diane Peoples_
(Name)

Sign _Diane Peoples_

Print _Camille Harris_
(Name)

Sign _Camille Harris_

Print _Tiffany Yuen_
(Name)

Sign _____

Instructions to Observers: Complete this report in BLACK INK *ONLY.* Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.

_DP_
_TY_
_CH_

*CHINESE = C*
*VIETNAMESE = V*

## 1. VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | Indian *(CHINES)* | Hispanic | Asian *(VIETNAMESE)* | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | | | | | | | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | | | | | | | |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | | | | 1 | | 1 | |
| TOTAL of 1, 2, and 3 | 2 | | 1 | | | 1 | |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | Indian *(CHINESE)* | Spanish | Asian *(VIETNAMESE)* | Other |
|---|---|---|---|---|---|
| | 0 | | | | |

**Section 1B is Not Applicable to this Coverage ☐**

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 0 | | | |

**Section 1C is Not Applicable to this Coverage ☐**

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | Indian | Hispanic *(CHINESE)* | Asian *(VIETNAMESE)* | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 0 | | | | | | |

**Section 1D is Not Applicable to this Coverage ☐**

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |

**Section 1E is Not Applicable to this Coverage ☐**

Initials:

2

| F.  If *paper ballots* are used: | Total |
|---|---|
| **1.  Ballots accepted** | |
| **2.  Ballots partially rejected** | |
| **3.  Ballots totally rejected** | |
| **4.  Spoiled ballots** | |
| **5.  Unused ballots** | |
| **Total of 1, 2, 3, 4, and 5** | |
| **Section 1F is Not Applicable to this Election** ☑ | |

**G.  If *voting machines* are used:**
1.  List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| **Section 1G (including Question 2 below) is Not Applicable to this Election** ☑ | | | | | |

2.  Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?          ☐ Yes          ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**
Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| **Section 1H is Not Applicable to this Election** ☑ | | | | | |

Initials:

3

**2.   DESCRIPTION OF POLLING PLACE**

☐ Not applicable to this coverage

A.   *Draw a diagram of the polling place which shows the following items*:
1.   Location of voting machines or booths
2.   Location of tables for election officials
3.   Location of any officially-designated interpreters
4.   Location of voting instruction signs or cards
5.   Location of sample ballots, if any
6.   Location of telephone, if any
7.   Location of Federal observers



Initials:

4

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a.  Setting campaigning limits? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |
| b.  Directing voters to the polling place (e.g., "vote here")? | ☑Yes ☐No | ENTRANCE WALL | ☑Yes ☐No | ENGLISH. SPANISH VIETNAMESE CHINESE. | ☐Yes ☐No |
| c.  Stating assistance is available to voters? | ☑Yes ☐No | CHECK IN TABLE | ☑Yes ☐No | 7 LANGUAGES. | ☐Yes ☐No |
| d.  Indicating Election date? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |
| e.  Indicating Election hours? | ☑Yes ☐No | ENTRANCE WALL | ☑Yes ☐No | ENGLISH SPANISH VIETNAMESE CHINESE. | ☐Yes ☐No |
| f.  Sample ballot? | ☑Yes ☐No | ENTRANCE WALL | ☑Yes ☐No | ENGLISH SPANISH. | ☐Yes ☐No |
| g.  Instructions for casting a regular ballot? | ☑Yes ☐No | ENTRANCE WALL | ☑Yes ☐No | 7 LANGUAGES. | ☐Yes ☐No |
| h.  Instructions for casting a provisional ballot? | ☑Yes ☐No | ENTRANCE WALL | ☑Yes ☐No | 7 LANGUAGES | ☐Yes ☐No |
| i.  Instructions for mail registrants and first time voters? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |
| j.  Information on who to contact if voters have problems? | ☑Yes ☐No | ENTRANCE WALL | ☑Yes ☐No | 7 LANGUAGES | ☐Yes ☐No |
| k.  General voting rights information? | ☑Yes ☐No | ENTRANCE WALL | ☑Yes ☐No | 7 LANGUAGES | ☐Yes ☐No |
| l.  Right to cast a provisional ballot? | ☑Yes ☐No | ENTRANCE WALL. | ☑Yes ☐No | 7 LANGUAGES | ☐Yes ☐No |
| m.  Laws on voting fraud and misrepresentation? | ☑Yes ☐No | ENTRANCE WALL. | ☑Yes ☐No | ENGLISH SPANISH. | ☐Yes ☐No |

2.   If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

THERE IS A SIGN STATING SPANISH INTERPRETER BY ENTRANCE DOOR.

7 LANGUAGES INCLUDES: ENGLISH, SPANISH, CHINESE, VIETNAMESE, RUSSIAN, HAITIAN CREOLE & CAPE VERDEAN

Initials:

5

C.  Phones

1.  Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?    ☐ Yes    ☒ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

_____

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

2.  If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used __Cell__ and under what circumstances the officials used this phone.

The WARDEN B/F told the OBSERVER That she Called this a.m to INQUIRE About The SPANISH TRANS-LATOR.

## 3. ELECTION OFFICIALS

**A.** List each polling official on duty. *Do NOT include special interpreters.*

B = BLACK.    WD/AD/ED, if applicable: WD 9-Pct 4

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| MARY GASKINS | B | WARDEN | English. |
| MAC BURGESS | B | INSPECTOR | ENGLISH |
| MAC RIGGS | B | INSPECTOR | ENGLISH |
| PAULINE SHERIDAN | B | INSPECTOR | ENGLISH |
| RUTH JOHNSON | B | CLERK | ENGLISH |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Initials:

Bi-Lingual

Note times each polling official was absent from the polls:      WD/AD/ED, if applicable: _____

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

B.  If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐                    WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes?                                                      ☑ Yes        ☐ No

If so, who?  _MARY GASKINS_____

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?

                                                      ☐ Yes        ☑ No

If so, who? _____

Initials:

7

D. MASTER BOARD WORKER NOTES

☑ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:

8

E. **Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.**

1. Were there interpreters assigned to this polling place?    ☐ Yes    ☒ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☐

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

*oSP*

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                    WD/AD/ED, if applicable: *WD 9-Pct.4*

1. What time did the election officials arrive at the polling place? *6 Am*
   Indicate how this information was obtained:

   ☐ Observation    ☑ Questioning election officials

2. Were the election officials given an oath of office?    ☑ Yes    ☐ No

   If so, by whom? *MARTY KANE at the TRAINING SESSION*
   Indicate how this information was obtained:

   ☐ Observation    ☑ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. **Do
   not include signs identified on page 5.** Identify any items printed in a language other
   than English and specify the additional language(s).

   *English: Election Day phone #'s, Check list,
   Ballot Sleeve, Ballot, Provisional Ballot Sheet Information,
   pencils, pens, magnifying glass, List of Registered Voters,
   Interpreter Board, City of Boston Election Dept 2007 Polling Location,
   accu-vote Procedure, ES&S Auto mark Assist Terminal
   Spanish: Ballot, Provisional Ballot Sheet Information, Interpreter Board,*

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls. *observers not present at this
   site at opening.*

Initials:
*DP*
*M*
*CA*

10

B. Poll Watchers                                    WD/AD/ED, if applicable: _WD 9 pCT4_

   1. Were any poll watchers present?    ☑ Yes    ☐ No

   2. If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*    _B = BLACK ._

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| KERRICK JOHNSON | B | Chuck Turner |
| | | |
| | | |

   3. Did the election officials require the poll watchers to present any type of authorization?

     ☐ Yes    ☑ No    If so, what? _____

     If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

     *At 6pm, The Poll watcher come in to check the DP count + said that he would Return at DP close. He left at 6:05 pm — DP*

   4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?    ☐ Yes    ☑ No

     Explain any activities poll watchers were not permitted to observe.

     *according to the clerk, Ruth Johnson told observer that Poll watchers are not allowed in the actual voting area.*

C. While the Polls Were Open                        WD/AD/ED, if applicable: _WD 9-PcT4_

   1. What time did the polls open?    _7am_
     Indicate how this information was obtained:

     ☐ Observation    ☑ Questioning election officials

   2. Were the names of the absentee voters marked on the poll list?    ☐ Yes    ☐ No

   3. Were the absentee ballots delivered to the polls?    ☐ Yes    ☐ No
     If so, by whom? _____
     *If "no", proceed to question 5 of this section.*
   4. Were the absentee ballots counted at the polls?

     ☐ Yes    ☐ No    ☐ Not Observed

Initials:
*DP*
*[signature]*

11

5.  What voting system(s) for regular ballots was used in the polling place?

a.  Direct recording electronic machines (DRE)?         ☐ Yes        ☐ No
    If yes, was the machine set to zero before voting began?

    ☐ Yes        ☐ No        ☐ Not Observed

    Was there an activator card (a device that the voter inserts into the machine to begin

    voting) given to the voter?         ☐ Yes        ☐ No

    If yes, who programmed the activator card?    _____

b.  Lever machines?         ☐ Yes        ☐ No
    If yes, were the keys delivered in a sealed envelope on the outside of which was
    written the machine number and the protective counter number?

    ☐ Yes        ☐ No        ☐ Not Observed

    Did the public counter register zero before voting began?

    ☐ Yes        ☐ No        ☐ Not Observed

    If not, what number did the counter show?    _____

    Was the machine locked before voting began?

    ☐ Yes        ☐ No        ☐ Not Observed

c.  Punch cards?         ☐ Yes        ☐ No
    If yes, where were voted ballots deposited by the voter?

    ☐ Ballot box

    ☐ Scanner

    ☐ Poll Official

    ☐ Other (explain)

    If there was a scanner:

    Did it reject any ballots voters inserted?  ☐ Yes  ☐ No        ☐ Not Observed

    Was it set to zero before voting began?  ☐ Yes  ☐ No        ☐ Not Observed

    Were privacy sleeves used to keep ballot choices secret?

    ☐ Yes        ☐ No        ☐ Not Observed

Initials:

12

   d.  Optical scan cards ?     ☑ Yes   ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☑ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?  ☐ Yes  ☑ No    ☐ Not Observed

Was it set to zero before voting began?  ☐ Yes  ☐ No    ☑ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☑ Yes    ☐ No    ☐ Not Observed

   e.  Paper ballots?     ☐ Yes   ☐ No

If yes, was the ballot box emptied?     ☐ Yes   ☐ No

Were the blank ballots counted/numbered?

☐ Yes    ☐ No    ☐ Not Observed

How many ballots were provided to the polling place?  _____

Was the ballot box locked prior to the start of voting?

☐ Yes    ☐ No    ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

**Initials:**

13

6. If **DRE** or lever **voting machines** were used:

☑ Not applicable to this election

a. Did the voter receive any form from the poll official
indicating he/she was permitted to vote?                     ☐ Yes   ☐ No
If so, from whom? _____

b. Was there any time limitation imposed on voters?          ☐ Yes   ☐ No
If so, how long? _____

c. Did any voter attempt to use a marked sample ballot?      ☐ Yes   ☐ No

If so, was the voter allowed to do so?                       ☐ Yes   ☐ No
If not, who prevented its usage? _____

7. If **paper ballots, punch cards, or optical scan cards**
were used:

☒ Not applicable to this election

a. From whom did the voter receive the ballot? *Pauline Shearton (Inspector)*

b. Where did the voter go to mark the ballot? *Voting Booth*

c. Was any time limitation imposed on voters?               ☐ Yes   ☒ No
If so, how long? _____

d. Did any voter attempt to use a marked sample ballot?     ☐ Yes   ☒ No

If so, was the voter allowed to do so?                      ☐ Yes   ☒ No
If not, who prevented its usage? _____*N/A*_____

e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?
*N/A*                                                       ☐ Yes   ☐ No

D. Determining a Person's Eligibility to Vote

*Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted
to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the
following questions:*

1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the
polling place or at the check-in table to determine the voter's registration status.

*VOTER'S REGISTRATION BOOK*

Initials:

14

*ISH/E = BLACK SPANISH FEMALE*

*BH/E M W ISH/E M W*

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☐ Yes ☒ No    Explain.

*THE VOTER REGISTERED IN DIFFERENT LOCATION; MAE RISSS WHO IS the INSPECTOR TOLD HER TO GET THE ADDRESS CHANGE FORM FROM RUTH JOHNSON WHO IS THE CLERK AND SHE LEFT WITHOUT VOTING. Voter Name ██ (See P22a)*

3. If a person was registered in another precinct, what instruction, if any, was the voter given? *(W/E)*

*THE OFFICIAL CHECKED WHERE THE VOTER REGISTERED & GAVE HER THE ADDRESS WHERE SHE SHOULD VOTE. & GAVE HER THE CHANGE OF ADDRESS FORM, SO SHE CAN VOTE AT THIS SITE IN THE FUTURE.*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do? ~~NOT OBSERVE WHILE OBSERVER DP WERE AT THIS SITE. DP~~

*N/A*

5. Were any officials available at or near the polling place to register persons to vote?

☒ Yes    ☐ No

If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
| MARY GASKINS | WARDON | OFFICIAL TABLE |
| RUTH JOHNSON | CLERK ~~JSH~~ | = |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?    ☐ Yes    ☐ No    Explain.

*N/A*

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

Initials:

*DP*
*M*
*RJ*

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place.

   N/A

   *Language assistance is any conversation in the minority language concerning the election
   process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
   language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
   end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?

      N/A

   b. Were there any minority voters who were unable to sign their names?

      ☐ Yes    ☑ No

      If so, were they offered assistance in the minority language in casting their ballots?

      ☐ Yes    ☐ No        If not, explain.

Initials:

16

   c.  Did any voter who requested minority language assistance fail to receive such assistance?   ☐ Yes  ☐ No     If so, explain the circumstances.

*N/A*

3. a.  Did any poll official or interpreters provide instruction *in a minority language* on how to cast the ballot (e.g., how to use the machine, how to mark or punch the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes may be cast for a given office, etc.)?  ☐ Yes   ☑ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the instructions. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the instructions given in the minority language. Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the instructions given by the official varied during the day, describe when it varied and how it varied for that official.*

  b.  Where was the instruction given?

    ☐ Inside the booth (or while voter is voting)

    ☐ Outside the booth (or before the voter began to vote)

    If *outside* the booth, specify where: _____

    If instruction was given in the minority language on how to cast a ballot and was done so *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the instruction and the time the voter entered the booth (or began to vote)?   _____

4. a.  Was an interpretation of the ballot provided in the minority language to voters?

    ☐ Yes   ☑ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for each official who gave such interpretation and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the ballot. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the interpretation given in the minority language (typically, at least 5 instances, if possible). Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the interpretation given by the official varied during the day, describe when it varied and how it varied for that official.*

Initials:

17

b.  Where was the interpretation given?

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

---

F.  Delays in Voting

1.  What was the average number of voters waiting in line to vote during the day? ___∅___

2.  What was the average length of time voters had to wait to vote? ___∅_____

3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes    ☑ No    If so, provide the following information:

a.  The time the line formed _____ and the number of voters in line _____

b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

c.  What action, if any, did poll officials take to alleviate the delay?

---

G.  Challenged, Affidavit, or Provisional Ballots

| ☐ Not applicable to this coverage |
| --- |

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1.  Were challenged, affidavit, or other provisional-type ballots used?

☐ Yes    ☑ No    ☐ Not Observed

**Initials:**

On what basis did the poll worker give the provisional ballot(s)?

*There were No provisional ballots issued while the Observers were present at this site*

What language(s) were the ballots in? _____

2. What voting system is used for provisional ballots?

☐ DRE?    ☐ Lever?    ☐Optical Scan Card?    ☐Punch Card?    ☐Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☐ Yes    ☐ No
   What languages were the form/envelope in? _____

4. According to poll workers, under what circumstances are these provisional ballots used?

① *If the voter is not in the registration book*
② *If the voter ID is not consistent with the registration book*
③ *If the voter is challenge*

5. Did the poll worker provide written information to the provisional voter?

☐ Yes    ☐ No    *NA*
In what language(s)? _____
What did the document say?

6. Did the document include information on how a voter can determine if his or her provisional ballot has been counted? ☐ Yes    ☐ No

7. Were these provisional ballots kept separate from other ballots?

☐ Yes    ☐ No    ☑ Not Observed

8. Were these provisional ballots counted at the polls?

☐ Yes    ☐ No    ☑ Not Observed

Initials: *SP*
*M*
*CD*

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? *ID next to voters name in registion Book; New first time voter.*

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?        ☐ Yes        ☑ No
   If so, what were they taught in that training?

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?
   ☑ Yes        ☐ No            If so, describe. *"ID" next to voters name in the Book*

4. Did you observe any voters being asked for identification? ☐ Yes        ☑ No
   On what grounds were they asked?

*Learn this from those people Pauline Sprinder Mae Riggs*

What form(s) of ID were the poll workers willing to accept? *Drivers License, Utility Bills, Personal Check, passport or picture ID with name & address*

If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot?            ☑ Yes        ☐ No
Please describe what occurred. *Voter fills out provisional ballot, take to Warden, Warden fills out ID*

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:

1.  Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on *how to translate the contents of the ballot or how to provide procedural instructions in the minority language*?    ☐ Yes    ☑ No

    Did they receive notice that such a training session was scheduled?    ☐ Yes    ☐ No
    Explain.    *N/A*

    *If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".*

2.  For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training *specifically on how to translate the ballot or how to provide procedural instructions in the minority language*, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. *Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.*

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3.  Was part or all of the training conducted in the minority language?    ☐ Yes    ☐ No
4.  Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)?    ☐ Yes    ☐ No    If so, specify: _____
5.  Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

    ☐ Yes    ☐ No
    If so, did each of the interpreters use the audio-visual aid(s) after the training session?

    ☐ Yes    ☐ No

    Did they find the audio-visual aid(s) helpful?    ☐ Yes    ☐ No
    Describe any comments about the audio-visual aid(s).

Initials:

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

---

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

*The Poll officials were courteous to the observers and answered all of our questions*

B. Provide information on the presence of any law enforcement officials and any of their activities you observed.

*Boston Police officer sitting at the check-out table checking off the voter after he/she voted, and keeping the peace. There were 2 officers, but only one at a time.*

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

*There was no media presence while the observers were at this site.*

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

*No rude treatment was observed by the observers*

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

*See 22a*

Initials:

22

B H F = Black Hispanic Female

Refer to pg. 15, item 2.

████████████ B/H/F was turned away. Voter moved 10 months ago and never changed her address. She thought it would be changed automatically by voter registration. Warden Mary Gaskins offered a change of address form to the voter. The voter asked her if she sent it tomorrow would she be able to vote in November. The Warden told her it usually took about 3 months to get into the system.

THE NAMES OF THE CANIDATS WERE NOT TRANSLATED IN CHINESE IN THE BALLOTS ONLY ENGLISH & SPANISH.

Initials:

22 a

☐ None Observed
☐ Not applicable to this coverage

# CHART A – VOTING TALLY SHEET    WD/AD/ED, if applicable: _____

| Time[1] | Race or Ethnicity | Number of Voters | Totals | | | |
|---|---|---|---|---|---|---|
| PERSONS PERMITTED TO VOTE | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Subtotal | | | | | | |
| Grand Total (if last page of tally sheet) | | | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

23____

☐ None Observed
☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: WD 9-11

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 3 30 pm to 5 pm | | | | | | | | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 5 pm to 6 pm | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 6 pm to 7 pm | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 0 |
| | | | | | | | Grand Total (if last page of tally sheet) | 0 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

24____

☑ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---------|------|------|------|------|------|------|------|------|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | |
| | | | | Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:



25

☐ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name ███████████████ | Race H | Time 5:30pm | Name ██████████████ | Race W | Time 6:05pm |
|---|---|---|---|---|---|
| **Address** ███████████████ Boston MA 02119 | | | **Address** BOSTON MA 02120 Phone: ██████████ | | |
| **Federal Certificate of Eligibility Number, if any** N/A | | | **Federal Certificate of Eligibility Number, if any** N/A | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Official Not Permitting Vote** Mae Riggs | Race B | | **Name/Title of Official Not Permitting Vote** MAE RIGGS | Race B | |
| **Reason for Not Permitting Vote** Turn Away - Moved 10 months ago - never changed address at voter registration. | | | **Reason for Not Permitting Vote** REGISTERED IN DIFFERENT LOCATION - TURN AWAY. | | |
| **Specify what the official did or suggested that the voter do in order to vote.** Gave the voter a change of address form. | | | **Specify what the official did or suggested that the voter do in order to vote.** GAVE THE VOTER A CHANGE OF ADDRESS FORM & GAVE ADDRESS FOR WHERE SHE REGISTERED FOR VOTE. | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** thought the voter registration would have automatically changed | | | **Reason Voter Believes He/She Should Be Permitted to Vote** SHE HAS BEEN MOVED FOR 2YRS IN CURRENT ADDRESS. | | |
| **Information obtained from:** ☑ Observation ☐ Questioning Voter | | | **Information obtained from:** ☑ Observation ☐ Questioning Voter | | |

Initials:
DP
MM
QCD

26____

☑ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _____  Race: _____  Begin Time: _____  End Time: _____

Interpreter or
Election Official: _____  Observer: _____

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (**if other than language**): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### *NOTE: If the answer is not 100% "YES", mark "NO"*

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | | |
| Ask voter for choice of assistor | | | | |
| Permit the voter's choice of assistor | | | | |
| Name each candidate on the ballot | | | | |
| Name the political parties for each candidate on the ballot | | | | |
| Name each office on the ballot | | | | |
| Explain each proposition on the ballot | | | | |
| Explain when the voter can vote for more than one candidate for an office | | | | |
| Allow the voter to mark the ballot | | | | |
| Mark the ballot contrary to the voter's wishes | | | | |
| Attempt to rush the voter through the ballot | | | | |
| Explain write-in procedures | | | | |

<u>Explanation:</u>

Initials:

☐ None Observed
☑ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Initials:**

28

☑ None Observed
☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____ Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Initials:

29_____

☑ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)    WD/AD/ED, if applicable: _____

Interpreter/Official: _____ Observer: _____

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

30

☑ None Observed
☐ Not applicable to this coverage

# CHART D – VOTERS CASTING CHALLENGED-☐,
## AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| **Address** | | | **Address** | | |
| *Phone:* | | | *Phone:* | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | **Race** | | **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | **Race** | |
| **Reason** | | | **Reason** | | |
| **Voter's Response** | | | **Voter's Response** | | |

Information obtained from:

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials?  ☐ Yes  ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes  ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes   ☐ No     If so, where?

4. Was the ballot kept separate from the unchallenged ballots?  ☐ Yes  ☐ No

Information obtained from:

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials?  ☐ Yes  ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes  ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes   ☐ No     If so, where?

4. Was the ballot kept separate from the unchallenged ballots?  ☐ Yes  ☐ No

Initials:

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close?  ~~8pm~~ *NA*  7u    ☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes      ☐ No-  *NA*

   If so, how many?  *NA    OBSERVER LEFT AT 7:23 pm*

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes      ☐ No    *NA*

   If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☑ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4. If *paper ballots* were used and counted at the polls:
   a. Were additional workers used to assist in the
      count?    ☐ Yes    ☐ No          ☑ Not applicable to this election

      If so, were these persons administered an oath?    ☐ Yes    ☐ No

   b. Was the table cleared before the ballot box was emptied?    ☐ Yes    ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?    ☐ Yes    ☐ No

      If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

      If so, who? _____

   g. Was each ballot read as marked?    ☐ Yes    ☐ No
      If not, how many were not properly read? _____
      How were they misread?

Initials:

*DP*
*M*
*DN*

32

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

j.  How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

34

k. Tallying of Ballots
   1. Names of officials who kept each tally (it may be that only one tally sheet is kept).
      If more than one person kept the single tally sheet, note the period of time each
      person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l. Were the poll watchers and all other interested persons allowed the opportunity to view
the counting process?  ☐ Yes    ☐ No        If not, explain.

m. List the items placed in the ballot box.

n. List the items not placed in the ballot box and indicate where they were placed.

o. What time did the ballot box leave the polling place? _____

   Who took it?    _____

   Was it locked?  ☐ Yes    ☐ No    Was it sealed?  ☐ Yes    ☐ No
p. What time did the Observer Team leave the polling place?  _____    Did an

   Observer accompany the ballot box?    ☐ Yes    ☐ No

5. If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

   a. Were the machines locked and sealed against

     further voting?    ☐ Yes    ☐ No

     If so, by whom?  _____

   b. Who read the count from the machine?  _____

Initials:

35

c. Was the count verified by another official?    ☐ Yes    ☐ No    If so, by whom?

_____

d. Was it read correctly?    ☐ Yes    ☐ No
e. Who recorded the vote on the official return sheets? _____

f. Was the vote recorded accurately?    ☐ Yes    ☐ No
g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h. Was the vote announced by the poll officials?    ☐ Yes    ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?    ☐ Yes    ☐ No
j. Were the absentee votes counted and tabulated with the votes shown on the machines?
   ☐ Yes    ☐ No
k. Was the statement of results signed and certified by the poll officials?
   ☐ Yes    ☐ No
l. Was the statement delivered to the election officials?    ☐ Yes    ☐ No

   By whom? _____
m. As soon as the count was completed and the results announced, was the counter compartment locked?    ☐ Yes    ☐ No    By whom? _____
n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.




o. What time did the Observer Team leave the polling place? _____

_____

Initials:

36

6. If **punch cards or optical scan cards** were used:

   a. Was a duplicate report of the number of persons

   | ☐ Not applicable to this election |
   |---|

   voting prepared?    ☐ Yes    ☐ No

   By whom? _____

   b. What was done with the election supplies such as ballot stubs, etc.?

   c. Was the ballot box sealed?    ☐ Yes    ☐ No    By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

   Did an observer accompany the ballot box?    ☐ Yes    ☐ No

   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots

   a. Were the absentee ballots opened and stacked?

   | ☐ Not applicable to this election |
   |---|

   ☐ Yes    ☐ No

   By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?    ☐ Yes    ☐ No    If not, how many were not
   properly read? _____    How were they misread?

   e. What was done with the ballots after they were read?

Initials:

37

6. If **punch cards or optical scan cards** were used:

   a. Was a duplicate report of the number of persons

   voting prepared?  ☐ Yes    ☐ No

   | ☐ Not applicable to this election |

   By whom? _____

   b. What was done with the election supplies such as ballot stubs, etc.?

   c. Was the ballot box sealed?  ☐ Yes    ☐ No    By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

   Did an observer accompany the ballot box?  ☐ Yes    ☐ No

   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots

   a. Were the absentee ballots opened and stacked?

   ☐ Yes    ☐ No

   | ☐ Not applicable to this election |

   By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?  ☒ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?  ☐ Yes    ☐ No    If not, how many were not

   properly read? _____    How were they misread?

   e. What was done with the ballots after they were read?

Initials:

*[handwritten initials]*

37

*[handwritten initials]*

f.  How many absentee ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____    Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
|  | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:

38

8.  Challenged, Affidavit, or Provisional Ballots
    a.  Were the challenged/affidavit/provisional ballots
        opened and stacked?

        ┌────────────────────────────────┐
        │  ☐  Not applicable to this election │
        └────────────────────────────────┘

        ☐ Yes    ☐ No   By whom?

        _____

    b.  Who read the ballots?    _____

    c.  Did anyone hand the ballots to the reader?   ☐ Yes      ☐ No

        If so, who? _____

    d.  Was each ballot read as marked?   ☐ Yes      ☐ No       If not, how many were
        not properly read?  _____      How were they misread?

    e.  What was done with the ballots after they were read?

    f.   How many challenged/affidavit/provisional ballots were totally rejected?

        _____

        Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

**Initials:**

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE  WD/AD/ED, if applicable: ____

| Name | Race | Name | Race |
|---|---|---|---|
| 1 | | 28 | |
| 2 | | 29 | |
| 3 | | 30 | |
| 4 | | 31 | |
| 5 | | 32 | |
| 6 | | 33 | |
| 7 | | 34 | |
| 8 | | 35 | |
| 9 | | 36 | |
| 10 | | 37 | |
| 11 | | 38 | |
| 12 | | 39 | |
| 13 | | 40 | |
| 14 | | 41 | |
| 15 | | 42 | |
| 16 | | 43 | |
| 17 | | 44 | |
| 18 | | 45 | |
| 19 | | 46 | |
| 20 | | 47 | |
| 21 | | 48 | |
| 22 | | 49 | |
| 23 | | 50 | |
| 24 | | 51 | |
| 25 | | 52 | |
| 26 | | 53 | |
| 27 | | 54 | |
| Subtotals By Race | | Subtotals By Race | |

Initials:

42



United States
## Office of
## Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:        Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of  9/25/07
                                    (Date)

Ma$$
                                    (State)

Suffolk
                                    (County)

Boston
                                    (Municipality)

JACKSON MANN
                            (Name of Polling Place)

3/4/5/6/7
                                    (Precinct #)

WARD 21
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

The Time Observers:
Arrived at Polls  1 30 PM
Departed Polls  8 00 PM

Observer(s):

Print  VANESSA MARTINEZ
        (Name)

Sign  Vanessa Martinez

Print  ALEXANDER CHAN
        (Name)

Sign  Alexander Chen

Print  CAROL AVERY
        (Name)

Sign  Carol Avery

Instructions to Observers: Complete this report in BLACK INK *ONLY*. Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.

# 1.    VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | ~~Indian~~ Chinese | Hispanic | ~~Asian~~ VIET | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | | | | | | | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | / | | / | | | | |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | | | | | | | |
| TOTAL of 1, 2, and 3 | / | | / | | | | |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | ~~Indian~~ Chinese | Spanish | ~~Asian~~ Viet | Other |
|---|---|---|---|---|---|
| | 2 | 2 | | | |

**Section 1B is Not Applicable to this Coverage** ☐

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 2 | | 2 | |

**Section 1C is Not Applicable to this Coverage** ☐

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | ~~Indian~~ Chinese | Hispanic | ~~Asian~~ VIET | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 2 | | | | | 2 | |

**Section 1D is Not Applicable to this Coverage** ☐

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |

**Section 1E is Not Applicable to this Coverage** ☐

SP = Spanish
CH = CHINESE
2 VIET = Vietnamese

Initials:
VM
AC
Cla

| F. If *paper ballots* are used: | Total |
|---|---|
| 1. Ballots accepted | |
| 2. Ballots partially rejected | |
| 3. Ballots totally rejected | |
| 4. Spoiled ballots | |
| 5. Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |
| **Section 1F is Not Applicable to this Election ☐** | |

**G. If *voting machines* are used:**

1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| **Section 1G (including Question 2 below) is Not Applicable to this Election ☐** | | | | | |

2. Did the seal numbers on each machine match the number of the seal on the envelope

containing the keys to the machine?              ☐ Yes          ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H. If *electronic vote recorders* or *tabulators* are used:**
Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| **Section 1H is Not Applicable to this Election ☐** | | | | | |

Initials:
*VM*
*AC*
*Ca*

3

## 2. DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A. *Draw a diagram of the polling place which shows the following items*:
1. Location of voting machines or booths
2. Location of tables for election officials
3. Location of any officially-designated interpreters
4. Location of voting instruction signs or cards
5. Location of sample ballots, if any
6. Location of telephone, if any
7. Location of Federal observers



**Initials:**
VM

4

B.1. Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a. Setting campaigning limits? | ☐Yes ☑No | | ☐Yes ☑No | | ☐Yes ☐No |
| b. Directing voters to the polling place (e.g., "vote here")? | ☑Yes ☐No | ON WALL ON DOOR TO VOTING AREA | ☑Yes ☐No | ENG. SP. CHIN. VIET | ☐Yes ☐No |
| c. Stating assistance is available to voters? | ☑Yes ☐No | On the Wall | ☑Yes ☐No | Eng., Sp. Chin + Viet | ☐Yes ☐No |
| d. Indicating Election date? | ☐Yes ☑No | | ☐Yes ☑No | | ☐Yes ☐No |
| e. Indicating Election hours? | ☑Yes ☐No | On Wall, FRONT DOORS | ☑Yes ☐No | ENG. SP CHN VIET | ☐Yes ☐No |
| f. Sample ballot? | ☑Yes ☐No | On the Wall | ☐Yes ☐No | Eng, Sp. CHN Viet | ☐Yes ☐No |
| g. Instructions for casting a regular ballot? | ☑Yes ☐No | On the Wall | ☑Yes ☐No | Eng, Sp. Chn Viet | ☐Yes ☐No |
| h. Instructions for casting a provisional ballot? | ☑Yes ☐No | On the tables | ☑Yes ☐No | Eng, Sp. Chn Viet | ☐Yes ☐No |
| i. Instructions for mail registrants and first time voters? | ☑Yes ☐No | On the poll tables | ☑Yes ☐No | Eng. Chn Sp. + Viet | ☐Yes ☐No |
| j. Information on who to contact if voters have problems? | ☑Yes ☐No | On wall | ☑Yes ☐No | Eng, Chn, Hai Sp. Rus, Cap Ver | ☐Yes ☐No |
| k. General voting rights information? Mass Bill of Rights | ☑Yes ☐No | on Wall To Waiting Rm | ☑Yes ☐No | Eng, Sp, | ☐Yes ☐No |
| l. Right to cast a provisional ballot? | ☑Yes ☐No | On the Check-in table | ☑Yes ☐No | Eng. Chn + Haitian Ch. Viet. Rus. Cap Ver | ☐Yes ☐No |
| m. Laws on voting fraud and misrepresentation? Voter Bill of Rights | ☑Yes ☐No | on wall waiting area | ☑Yes ☐No | Eng. Sp. | ☐Yes ☐No |

2. If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

Initials;


5

C. Phones

1. Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?  ☐ Yes  ☑ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

_____

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

2. If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used _CELL_____ and under what circumstances the officials used this phone.
NOT OBSERVED.

## 3. ELECTION OFFICIALS

A. List each polling official on duty. **Do NOT include special interpreters.**

WD/AD/ED, if applicable: _____ PRECINCT 3

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| Lois Bailey | W | Warden | English |
| Dorothy Summer | W | Clerk | English |
| Herbie Wilkey | W | Inspector | English |
| Etheldredah Volk | W | Inspector | English |
| Judi Rodger | W | Inspector | English |
| Tien Nguyen | A | Inspector | Eng/Viet |
| Joel Briero | H | Interpreter | Eng/Sp |
| Eddie DeJesus | N | BOSTON POLICE | |
| | | | |
| | | | |

Initials:
WM
CQ
AC

SEE PG-22a and b for ADDITIONAL ELECTION OFFICIALS

6

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable:

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.    If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐                    WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?                    ☑ Yes        ☐ No

If so, who?  _WARDENS OF PRECINCTS 3, 4, 5, 6, and 7_

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?
                    ☐ Yes        ☑ No

If so, who?  _____

Initials:
_vM_
_ta_
_de_

7

D. MASTER BOARD WORKER NOTES

☒ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master Board Worker.**

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:
VM
AC
la

8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

   1. Were there interpreters assigned to this polling place?   ☒ Yes   ☐ No
      *If "no", skip the remaining questions on this page and proceed to Section 4.*

   2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| Alex Matos | Hispanic | Spanish | 6 am | |
| Tien Nguyen | Vietnamese | Vietnamese | 6 am | |
| Wendy Law | Chinese | Chinese | 6 am | |
| Sandra Wong | Chinese | Chinese | 6 am | |

Note times each interpreter was absent from the polls:   WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

   3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☒

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
| | |
| | |
| | |
| | |

Initials:
VM



9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                              WD/AD/ED, if applicable: _____

1.  What time did the election officials arrive at the polling place? ___6:00 AM___
    Indicate how this information was obtained:

    ☐ Observation        ☑ Questioning election officials

2.  Were the election officials given an oath of office?        ☑ Yes        ☐ No

    If so, by whom? __ELECTION OFFICIALS_____
    Indicate how this information was obtained:

    ☐ Observation        ☑ Questioning election officials

3.  List the items such as envelopes, forms, notices, cards, sample ballots,
    challenged/affidavit/provisional ballots, etc. that were provided to the polling site. *Do
    not include signs identified on page 5.* Identify any items printed in a language other
    than English and specify the additional language(s).

    a. CHART ON EACH TABLE LISTING 7 LANGUAGES
       ENG. SPAN. CHIN. VIET. HAITIAN. RUSSIAN. CAPE VERDEAN
    b. INSTRUCTIONS FOR MARKING BALLOT - 7 LANG.
    c. SIGN INDICATING WARD AND PRECINCT - 4 LANG. ENG SP, CHIN
       VIET.
    d. SIGN IN BOOK/BLUE REGISTRATION
    e. BALLOTS - 4 LANG. ENG, SP, CHIN, VIET

4.  If observed, describe any other activities regarding the preparation of the polling place
    prior to the opening of the polls.

    NOT OBSERVED

**Initials:**
VM
AC
CW

10

B. Poll Watchers                                          WD/AD/ED, if applicable: _____

   1.  Were any poll watchers present?          ☐ Yes     ☑ No

   2.  If so, obtain the following information.  *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

   3.  Did the election officials require the poll watchers to present any type of authorization?

     ☐ Yes    ☑ No    If so, what? _____

     If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

   4.  Were poll watchers permitted to observe all aspects of the voting process, other than the

     actual marking of the ballots?                    ☐ Yes    ☑ No

     Explain any activities poll watchers were not permitted to observe.

---

C.  While the Polls Were Open                          WD/AD/ED, if applicable: _____

   1.  What time did the polls open? _7:00 AM_

     Indicate how this information was obtained:

     ☐ Observation        ☑ Questioning election officials

   2.  Were the names of the absentee voters marked on the poll list?    ☑ Yes      ☐ No

   3.  Were the absentee ballots delivered to the polls?   ☐ Yes    ☐ No

     If so, by whom? _NOT OBSERVED_

     *If "no", proceed to question 5 of this section.*

   4.  Were the absentee ballots counted at the polls?

     ☐ Yes        ☐ No        ☐ Not Observed

Initials:

11

5.  What voting system(s) for regular ballots was used in the polling place?

    a.  Direct recording electronic machines (DRE)?      ☐ Yes      ☐ No

        If yes, was the machine set to zero before voting began?

        ☐ Yes      ☐ No      ☐ Not Observed

        Was there an activator card (a device that the voter inserts into the machine to begin

        voting) given to the voter?      ☐ Yes      ☐ No

        If yes, who programmed the activator card? _____

    b.  Lever machines?      ☐ Yes      ☐ No

        If yes, were the keys delivered in a sealed envelope on the outside of which was
        written the machine number and the protective counter number?

        ☐ Yes      ☐ No      ☐ Not Observed

        Did the public counter register zero before voting began?

        ☐ Yes      ☐ No      ☐ Not Observed

        If not, what number did the counter show? _____

        Was the machine locked before voting began?

        ☐ Yes      ☐ No      ☐ Not Observed

    c.  Punch cards?      ☐ Yes      ☐ No

        If yes, where were voted ballots deposited by the voter?

        ☐ Ballot box

        ☐ Scanner

        ☐ Poll Official

        ☐ Other (explain)

        If there was a scanner:

        Did it reject any ballots voters inserted? ☐ Yes ☐ No      ☐ Not Observed

        Was it set to zero before voting began? ☐ Yes ☐ No      ☐ Not Observed

        Were privacy sleeves used to keep ballot choices secret?

        ☐ Yes      ☐ No      ☐ Not Observed

Initials:
VM

d. Optical scan cards ?       ☑ Yes     ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☑ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted? ☐ Yes ☐ No    ☑ Not Observed

Was it set to zero before voting began? ☐ Yes ☐ No    ☑ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☑ Yes    ☐ No     ☐ Not Observed

e. Paper ballots?           ☐ Yes     ☐ No

If yes, was the ballot box emptied?     ☐ Yes     ☐ No

Were the blank ballots counted/numbered?

☐ Yes    ☐ No     ☐ Not Observed

How many ballots were provided to the polling place?     _____

Was the ballot box locked prior to the start of voting?

☐ Yes    ☐ No     ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

Initials:

VM

13

6. If **DRE** or lever *voting machines* were used:

☑ Not applicable to this election

   a. Did the voter receive any form from the poll official
      indicating he/she was permitted to vote?     ☐ Yes  ☐ No
      If so, from whom? _____

   b. Was there any time limitation imposed on voters?     ☐ Yes  ☐ No
      If so, how long? _____

   c. Did any voter attempt to use a marked sample ballot?     ☐ Yes  ☐ No

      If so, was the voter allowed to do so?     ☐ Yes  ☐ No
      If not, who prevented its usage? _____

7. If *paper ballots, punch cards, or optical scan cards*
   were used:

☐ Not applicable to this election

   a. From whom did the voter receive the ballot? _ANY POLL OFFICIAL AT CHECK IN TABLE_

   b. Where did the voter go to mark the ballot? _VOTING BOOTH_

   c. Was any time limitation imposed on voters?     ☐ Yes  ☑ No
      If so, how long? _____

   d. Did any voter attempt to use a marked sample ballot?     ☐ Yes  ☑ No

      If so, was the voter allowed to do so?     ☐ Yes  ☐ No
      If not, who prevented its usage? _____

   e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

      ☑ Yes  ☐ No

D. Determining a Person's Eligibility to Vote

   *Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted*
   *to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the*
   *following questions:*

   1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the
      polling place or at the check-in table to determine the voter's registration status.

   _BLUE REGISTRATION IS USED TO LOCATE_
   _THE NAME OF VOTER._

Initials:
vM
AC
CW

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☒ Yes    ☐ No    Explain. *If the voter's name is not found in the registration book. The poll official will call and check with the County Board of Elections officials to verify or determine the voter's registration status.*

3. If a person was registered in another precinct, what instruction, if any, was the voter given? *If a person was registered in another precinct he/she will be directed to that precinct in which he/she resides. If the voter insists to vote in this precinct, he/she would be offered a provisional ballot.*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do? *If the person insists, he/she is registered he/she will be allowed to cast a provisional ballot.*

5. Were any officials available at or near the polling place to register persons to vote?
   ☐ Yes    ☒ No
   If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
|      |       |          |
|      |       |          |
|      |       |          |

   Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?    ☐ Yes    ☐ No    Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status. *The above actions are ~~the~~ all the actions taken to determine a voter's registration status.*

Initials:
VM

15

E.  Use of Minority Language(s) at Polling Site and
    Minority Language Assistance from Poll Officials
    and Interpreters

    ☐ Not applicable to this coverage

1.  If a minority language (one other than English) was spoken by polling
    officials/interpreters for general greetings or general conversation with voters, but no
    conversation regarding the specific election process took place in the minority language,
    indicate the general activity and conversation that took place, including the language(s)
    used, as the voter entered the polling site and throughout the time the voter was present in
    the polling place.

    *Not observed. There was no general greeting in Chinese.*

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.)  Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30).  At the
end of the day, answer the following general questions about language assistance:*

2.  General

    a.  How was it determined who received minority language assistance (e.g., was each
        minority voter automatically given such assistance, or was help given only at the
        request of the voter, or did officials offer this help to only certain minority voters)?

        *The minority voters needed help was given
        help at the request of the voters.*

    b.  Were there any minority voters who were unable to sign their names?

        ☐ Yes    ☒ No

        If so, were they offered assistance in the minority language in casting their ballots?

        ☐ Yes    ☐ No        If not, explain.

Initials:
VM
AC
CL

16

   c. Did any voter who requested minority language assistance fail to receive such

      assistance?     ☐ Yes    ☑ No      If so, explain the circumstances.

3. a. Did any poll official or interpreters provide instruction *in a minority language*
     on how to cast the ballot (e.g., how to use the machine, how to mark or punch the
     ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is

     allowed, how many votes may be cast for a given office, etc.)?  ☑ Yes  ☒ No *AC*

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and
one C1 Chart (page 27) for each voter assisted by that official during the time the
Observer is recording the interpretation of the instructions. Observe as many instances
of assistance by that official as necessary to accurately and completely record in
English the instructions given in the minority language. Enclose in quotation marks
("words") all words, if any, spoken in English by the official. Include in the
"Explanation" part of the C1 Chart any additional information. As an example, if the
instructions given by the official varied during the day, describe when it varied and
how it varied for that official.*

   b. Where was the instruction given?

     ☐ Inside the booth (or while voter is voting)

     ☑ Outside the booth (or before the voter began to vote)

     If *outside* the booth, specify where: <u>between the check-in table + the booth</u>.

     If instruction was given in the minority language on how to cast a ballot and was done so
     *outside* of the voting booth (or before the voter began to vote), generally how much time
     elapsed between the completion of the instruction and the time the voter entered the booth
     (or began to vote)?  <u>5 minutes</u>

4. a. Was an interpretation of the ballot provided in the minority language to voters?

     ☑ Yes   ☐ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for
each official who gave such interpretation and one C1 Chart (page 27) for each voter
assisted by that official during the time the Observer is recording the interpretation of
the ballot. Observe as many instances of assistance by that official as necessary to
accurately and completely record in English the interpretation given in the minority
language (typically, at least 5 instances, if possible). Enclose in quotation marks
("words") all words, if any, spoken in English by the official. Include in the
"Explanation" part of the C1 Chart any additional information. As an example, if the
interpretation given by the official varied during the day, describe when it varied and
how it varied for that official.*

Initials:
VM
*AC*
*CA*

17

b.  Where was the interpretation given?

☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _between the check-in table + the booth._

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _2 minutes_

F.  Delays in Voting

1.  What was the average number of voters waiting in line to vote during the day? _0_

2.  What was the average length of time voters had to wait to vote? _0_

3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes     ☑ No     If so, provide the following information:

a.  The time the line formed _____ and the number of voters in line _____

b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

NOT APPLICABLE

c.  What action, if any, did poll officials take to alleviate the delay?

NOT APPLICABLE

G.  Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1.  Were challenged, affidavit, or other provisional-type ballots used?

☐ Yes     ☑ No     ☐ Not Observed

Initials:
VM
AC
CA

18

On what basis did the poll worker give the provisional ballot(s)?

~~NOT OBSERVED~~ VM        NA

What language(s) were the ballots in? BALLOTS AVAIL 4 LANG. ENG. SP. CHIN. VIET.

2.  What voting system is used for provisional ballots?
    ☐ DRE?   ☐ Lever?   ☑ Optical Scan Card?   ☐ Punch Card?   ☐ Paper Ballot?

3.  Is there an affirmation form/envelope that the voter must complete? ☑ Yes   ☐ No
    What languages were the form/envelope in? _____English_____

4.  According to poll workers, under what circumstances are these provisional ballots used?
    IF the VOTER'S NAME IS NOT IN REGISTRATION BOOK AT VOTING SITE OR CTH HALL AND VOTER STATES HE/SHE IS REGISTERED, VOTER IS ALLOWED TO CAST A PROVISIONAL BALLOT.

5.  Did the poll worker provide written information to the provisional voter?
    ☐ Yes   ☐ No   NOT OBSERVED
    In what language(s)?   _____
    What did the document say?

6.  Did the document include information on how a voter can determine if his or her
    provisional ballot has been counted?   ☐ Yes   ☑ No   NOT OBSERVED

7.  Were these provisional ballots kept separate from other ballots?
    ☐ Yes   ☐ No   ☑ Not Observed

8.  Were these provisional ballots counted at the polls?
    ☐ Yes   ☐ No   ☑ Not Observed

**Initials:**
VM
Ae
Cr

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? *IF A VOTER HAS THE LETTERS 'ID' AV, or I next to name*

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?    ☐ Yes    ☑ No
If so, what were they taught in that training?

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?
☑ Yes       ☐ No            If so, describe.
*VOTERS WHO ARE REQUIRED TO PRESENT ID ARE FLAGGED IN POLL BOOK. THERE ARE THE LETTERS 'ID', AV, OR I*

4. Did you observe any voters being asked for identification? ☐ Yes   ☑ No   *NEXT TO NAME*
On what grounds were they asked?

What form(s) of ID were the poll workers willing to accept?
*DRIVER'S LICENCE, MILITARY, UTILITY BILL ACCORDING TO POLL WORKERS.*
If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot? *NOT OBSERVED*     ☐ Yes    ☐ No
Please describe what occurred.

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:
VM
AC
CA

20

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on ***how to translate the contents of the ballot or how to provide procedural instructions in the minority language***?     ☐ Yes     ☒ No

   Did they receive notice that such a training session was scheduled?     ☐ Yes     ☒ No
   Explain.

   *If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".*

N/A 2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training *specifically on how to translate the ballot or how to provide procedural instructions in the minority language*, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. ***Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.***

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

N/A 3. Was part or all of the training conducted in the minority language?     ☐ Yes     ☐ No

N/A 4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)?     ☐ Yes     ☐ No          If so, specify: _____

N/A 5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes     ☐ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes     ☐ No

   Did they find the audio-visual aid(s) helpful?     ☐ Yes     ☐ No
   Describe any comments about the audio-visual aid(s).

Initials:
VM
Ca
AC

21

6.  Record any comments (good or bad) or suggestions from the interpreters about improving the training process. *The Interpreter's and Bi lingual poll workers thought that the training was good, but it should be a little longer or have two session where the trainer can provide them with more Information on the General Poll worker Training.*

## 5. GENERAL

A.  Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

*POLL WORKERS WERE ACCOMMODATING TO FEDERAL OBSERVERS AND VOTERS*

B.  Provide information on the presence of any law enforcement officials and any of their activities you observed. *The was one law enforcement for each precint, they were given instruction on where to place the ballot.* ~~Not observed~~

C.  Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

*Not observed*

D.  Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

*Not observed*

E.  Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. ***Use blank continuation sheets for additional items, as needed.***

*None observed*

Initials:

22

# ELECTION OFFICIALS

## PRECINCT 4

| ALVIN SHIGGS | WARDEN | BLACK | ENG. |
| EO DEMERS | INSPECTOR | WHITE | ENG. |
| MARIA MOURINO | INSPECTOR | HISP | ENG. SP. |
| HOWARD GOLICK | INSPECTOR | WHITE | ENG. |
| REBECCA FONT | INSPECTOR | WHITE | ENG. |
| DARRYL TRAN | BOSTON POLICE | | |

## PRECINCT 5

BENJAMIN POPE. WARDEN        BLACK        ENG.
DENISE BOGART. INSPECTOR      WHITE        ENG.
WENDY LAW - CHINESE INTERPRETER  CHIN.     CHIN./ENG
- ALEX MATOS - INSPECTOR/SP. INTERPRETER  HISP.  ENG./SP.
BENJAMIN PEREZ - INSPECTOR       HISP.     ENG/SP.
BRIAN FITZGIBBON - BOSTON POLICE  WHITE

## PRECINCT 6

| PAUL MCAULIFFE - | WARDEN | WHITE | ENG. |
| CAROL THOMPSON | CLERK | BLACK | ENG. |
| LAUREN ROSS | INSPECTOR | WHITE | ENG. |
| IVONNE DAARANJO | INSPECTOR/ | HISP. | ENG./SP. |
| SHELDON MORGAN — | INTERPRETER BOSTON POLICE | | |

Initials:
VM
AC
Ca

22 a

PRECINCT 7

MARGARET FLYNN - WARDEN          WHITE    ENG.
~~FLOY CO~~
JOSE BRICENO  - INTERPRETER       ~~WHITECO ENG CO~~
                                  X/SP    ENG./SP.
JENNIFER CONNOLLY - BOSTON POLICE OFFICER

☐ None Observed
☑ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET    WD/AD/ED, if applicable: _____

| PERSONS PERMITTED TO VOTE | | | | |
|---|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | | Totals |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Subtotal | |
| | | Grand Total (if last page of tally sheet) | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:
VM
AC
Ca

23

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 6:15 Pm | Chinese | 1 | | | | | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| 6:30 | Family/Friend | | | | | | | |
| 6:30 Pm | Chinese | 1 | | | | | | 1 |
| | | | | | | | | |
| 7:30 Pm | Family/Friend | | | | | | | |
| 7:3 Pm | | 0 | | | | | | 0 |
| | | | | | | | | |
| 8:00 Pm | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 2 |
| | | | | | | Grand Total (if last page of tally sheet) | | 2 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m.; 7 a.m.- 8 a.m.)

Initials:

VM
AC
Ca

24____

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 3 ⁰⁰ Pm ↓ 4 ⁰⁰ Pm | | | | | | 1 | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 4 ⁰⁰ Pm ↓ 5 ⁰⁰ Pm | | | | | | 1 | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | **Subtotal** | | | | | | 2 |
| | | **Grand Total (if last page of tally sheet)** | | | | | | 2 |

} 2

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:



25

☑ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| **Address** | | | **Address** | | |
| **Federal Certificate of Eligibility Number, if any** | | | **Federal Certificate of Eligibility Number, if any** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|
| **Reason for Not Permitting Vote** | | **Reason for Not Permitting Vote** | |
| **Specify what the official did or suggested that the voter do in order to vote.** | | **Specify what the official did or suggested that the voter do in order to vote.** | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** | | **Reason Voter Believes He/She Should Be Permitted to Vote** | |

Information obtained from:

☐ **Observation**

☐ **Questioning Voter**

Information obtained from:

☐ **Observation**

☐ **Questioning Voter**

Initials:

26

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: 21 Pr. 5

Voter: ███████████  Race: Chinese  Begin Time: 7:00  End Time: 7:05

Interpreter or Election Official: Wendy Law  Observer: Alex Chen

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): Use the Automax Machine

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | ✓ | | | |
| Permit the voter's choice of assistor | ✓ AC | | ✓ | |
| Name each candidate on the ballot | | ✓ | ✓ | |
| Name the political parties for each candidate on the ballot | | ✓ | ✓ | |
| Name each office on the ballot | | ✓ | ✓ | |
| Explain each proposition on the ballot | | AC ✓ | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | | ✓ AC ✓ | ✓ | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation: Used Automax machine to test the accuracy of the Chinese interpretation.

Initials: VM

27

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

(WD)/AD/ED, if applicable: 21

Vote ██████████    Race: W    Begin Time: 3:05p    End Time: 3:22p

Interpreter or Election Official: ED DeMers    Observer: Vanessa Martinez

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): Vision problem

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | ✓ | | ✓ | |
| Permit the voter's choice of assistor | ✓ | | | |
| Name each candidate on the ballot | | ✓ | ✓ | |
| Name the political parties for each candidate on the ballot | | ✓ | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | ✓ | |
| Allow the voter to mark the ballot | ✓ | ✓ | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation: Voter needed assistance casting the ballot, because his vision disability.

Initials:
VM
AC
CB

27 a

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _2/ Pr. 6_

Voter: _not disclosed_    Race: _W_    Begin Time: _4:45_    End Time: _4:55 pm_

Interpreter or Election Official: _Carol Fernandes Thompson_    Observer: _Alep Ohan_

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Legally Blind_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | ✓ | | | |
| Permit the voter's choice of assistor | ✓ | | | |
| Name each candidate on the ballot | ✓ | ✓ AC | ✓ AC | |
| Name the political parties for each candidate on the ballot | | ✓ | ✓ | |
| Name each office on the ballot | | ✓ | ✓ | |
| Explain each proposition on the ballot | | ✓ AC | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | | ✓ AC | ✓ | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation: _Voter was blind, assistance was provided to him to cast a regular ballot. The voter did not want to use the Automar machine. So,_

Initials: _VM_ _AC_ _Ca_

27 _b_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _21 Pr. 5_

Voter: ██████████  Race: _Asian (Chinese)_  Begin Time: _6:15_  End Time: _6:20 pm_

Interpreter or Election Official: _Wendy Law_  Observer: _Alex Chan_

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, **(if other than language):** _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | ✓ |
| Ask voter for choice of assistor | ✓ | | | ✓ |
| Permit the voter's choice of assistor | ✓ | | | ✓ |
| Name each candidate on the ballot | ✓ | ✓ | | ✓ |
| Name the political parties for each candidate on the ballot | ✓ | ✓ AC | | ✓ |
| Name each office on the ballot | | ✓ | ✓ | |
| Explain each proposition on the ballot | | ✓ | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | ✓ AC | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation: _The voter needed language assistance. She needs language assistance every time she votes. She said the language assistance is good for her._

Initials: [signature]

27 _C_

☐ None Observed
☒ Not applicable to this coverage

# CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

Interpreter/Official: _Wendy Law_          Observer: _Ellen Chan_

(WD/AD/ED, if applicable)

| Office | Translation (Include words spoken in English in quotation marks) |
|---|---|
| 市議員 | "City Councilman" 市議員. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:
VM
AC
Ca

28____

☐ None Observed
☒ Not applicable to this coverage

# CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Initials:
VM
AC
CR

29_____

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)  WD/AD/ED, if applicable: _____

Interpreter/Official: _____  Observer: _____

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:
*VM*

30_____

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☑, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ████████████ | *Hisp* | *4:40 pm* | | | |
| *Allston, MA 02134* ████ | | | **Address** | | |

| Language Spoken (*if other than English*) | Language Spoken (*if other than English*) |
|------|------|
| *English* | |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|------|------|------|------|
| *Margaret Flynn* | *W* | | |

| Reason | Reason |
|------|------|
| *Inactive voter* | |

| Voter's Response | Voter's Response |
|------|------|
| *Voter agreed to fill out an affirmation form with ID and she was allowed to cast* | |

Information obtained from: *a regular ballot*    Information obtained from:

☐ Observation                ☐ Observation

☑ Questioning Voter          ☐ Questioning Voter

| | |
|------|------|
| 1. Did the election official check with voter registration officials? ☑ Yes  ☐ No | 1. Did the election official check with voter registration officials? ☐ Yes  ☐ No |
| 2. Was the voter advised to check with the voter registration officials? ☑ Yes ☑ No  *AC* | 2. Was the voter advised to check with the voter registration officials? ☐ Yes  ☐ No |
| 3. Did the election officials tell the voter he/she was registered elsewhere?  ☐ Yes  ☑ No   If so, where? | 3. Did the election officials tell the voter he/she was registered elsewhere?  ☐ Yes  ☐ No   If so, where? |
| 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes  ☑ No | 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes  ☐ No |

Initials:
*rM*
*AC*
*CA*

31_____

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? _____ *8:00 PM* _____

☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes    ☑ No

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes      ☐ No
   If not, who would not permit them to vote and what reason(s), if any, was given?

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

4. If ***paper ballots*** were used and counted at the polls:
   a. Were additional workers used to assist in the

      count?    ☐ Yes    ☐ No

      ☐ Not applicable to this election

      If so, were these persons administered an oath?    ☐ Yes    ☐ No
   b. Was the table cleared before the ballot box was emptied?    ☐ Yes    ☐ No
   c. Who removed the ballots? _____
   d. Were the ballots opened and stacked?    ☐ Yes    ☐ No

      If so, by whom? _____

   e. Who read the ballots? _____
   f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

      If so, who? _____

   g. Was each ballot read as marked?    ☐ Yes    ☐ No
      If not, how many were not properly read? _____
      How were they misread?

Initials:
VM
AC
Ca

32

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |



j.  How many paper ballots were partially rejected? _____ Provide complete
information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:
VM


34

k. Tallying of Ballots
    1. Names of officials who kept each tally (it may be that only one tally sheet is kept).
       If more than one person kept the single tally sheet, note the period of time each
       person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| **Name** | **From – To** | **Name** | **From – To** |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l. Were the poll watchers and all other interested persons allowed the opportunity to view
the counting process? ☐ Yes   ☐ No     If not, explain.

m. List the items placed in the ballot box.

n. List the items not placed in the ballot box and indicate where they were placed.

o. What time did the ballot box leave the polling place? _____
   Who took it? _____
   Was it locked? ☐ Yes   ☐ No    Was it sealed? ☐ Yes   ☐ No
p. What time did the Observer Team leave the polling place? _____ Did an
   Observer accompany the ballot box? ☐ Yes   ☐ No

5. If **DRE** or lever **voting machines** were used:

                                                      ☐ Not applicable to this election

   a. Were the machines locked and sealed against
      further voting? ☐ Yes   ☐ No
      If so, by whom? _____

   b. Who read the count from the machine? _____



c. Was the count verified by another official?   ☐ Yes    ☐ No        If so, by whom?

_____

d. Was it read correctly?                    ☐ Yes    ☐ No

e. Who recorded the vote on the official return sheets? _____

f. Was the vote recorded accurately?         ☐ Yes    ☐ No

g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h. Was the vote announced by the poll officials?    ☐ Yes    ☐ No

i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?              ☐ Yes    ☐ No

j. Were the absentee votes counted and tabulated with the votes shown on the machines?

☐ Yes    ☐ No

k. Was the statement of results signed and certified by the poll officials?

☐ Yes    ☐ No

l. Was the statement delivered to the election officials?   ☐ Yes      ☐ No

By whom? _____

m. As soon as the count was completed and the results announced, was the counter compartment locked?   ☐ Yes    ☐ No    By whom? _____

n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.

o. What time did the Observer Team leave the polling place? _____

Initials:

36

6. If **punch cards or optical scan cards** were used:
   a. Was a duplicate report of the number of persons

   ☐ Not applicable to this election

   voting prepared?   ☐ Yes   ☐ No

   By whom? _____
   b. What was done with the election supplies such as ballot stubs, etc.?




   c. Was the ballot box sealed?   ☐ Yes   ☐ No   By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

   Did an observer accompany the ballot box?   ☐ Yes   ☐ No
   e. What time did the Observer/Team leave the polling place?   _____

7. Absentee Ballots
   a. Were the absentee ballots opened and stacked?

   ☐ Not applicable to this election

   ☐ Yes   ☐ No
   By whom? _____

   b. Who read the absentee ballots?   _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes   ☐ No

   If so, who?   _____

   d. Was each ballot read as marked?   ☐ Yes   ☐ No   If not, how many were not
   properly read? _____   How were they misread?




   e. What was done with the ballots after they were read?

Initials:


37

f.  How many absentee ballots were totally rejected? _____  Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____  Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
|  | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:
VM

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Yes  ☐ No  By whom?

   _____

   b. Who read the ballots? _____

   c. Did anyone hand the ballots to the reader?  ☐ Yes  ☐ No

   If so, who? _____

   d. Was each ballot read as marked?  ☐ Yes  ☐ No    If not, how many were
   not properly read? _____  How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?
      _____

      Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

☐ Not applicable to this election

Initials:
VM

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:
vM

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b. Provide any additional comments regarding activities while the votes were being counted.

Initials:

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE   WD/AD/ED, if applicable: ____

| Name | Race | Name | Race |
|------|------|------|------|
| 1 | | 28 | |
| 2 | | 29 | |
| 3 | | 30 | |
| 4 | | 31 | |
| 5 | | 32 | |
| 6 | | 33 | |
| 7 | | 34 | |
| 8 | | 35 | |
| 9 | | 36 | |
| 10 | | 37 | |
| 11 | | 38 | |
| 12 | | 39 | |
| 13 | | 40 | |
| 14 | | 41 | |
| 15 | | 42 | |
| 16 | | 43 | |
| 17 | | 44 | |
| 18 | | 45 | |
| 19 | | 46 | |
| 20 | | 47 | |
| 21 | | 48 | |
| 22 | | 49 | |
| 23 | | 50 | |
| 24 | | 51 | |
| 25 | | 52 | |
| 26 | | 53 | |
| 27 | | 54 | |
| Subtotals By Race | | | | | Subtotals By Race | | | | | |

Initials:



42

# CITY OF BOSTON / 波士頓市
## PRELIMINARY MUNICIPAL ELECTION / 市級初選
## OFFICIAL BALLOT / 正式選票
### TUESDAY, SEPTEMBER 25, 2007 / 2007 年 9 月 25 日、星期二

**DISTRICT 9 / 第 9 行政區**

| Ward/選區 | Precincts/分區 |
|---|---|
| 21 | 3 – 16 |
| 22 | 1 – 13 |



*Board of Election Commissioners*
選舉委員會

---

## INSTRUCTIONS TO VOTER / 投票說明

TO VOTE, completely fill in the OVAL to the RIGHT of your choice: ●

To vote for a person not on the ballot, write that person's name and residence in the blank space provided and fill in the oval.

投票時，請將你要選的候選人右邊的橢圓形格子塗滿：●
如果要投票給沒有列在選票上的人士，請在空白處寫上該人士的姓名與住址，
然後塗滿橢圓形格子。

---

**THERE IS NO PRELIMINARY MUNICIPAL ELECTION FOR CANDIDATES FOR CITY COUNCILLOR AT LARGE IN THE CITY OF BOSTON**

波士頓不分區市議員候選人不設初選。

---

### CITY COUNCILLOR DISTRICT 9
### 第 9 行政區市議員

**(For Two Year Term) / (兩年任期)**

**VOTE FOR ONE / 請選一位**

**MARK S. CIOMMO** / 馬克。斯奧模
10 Oliva Road       District 9 / 第 9 行政區      ◯

**ALESSANDRO ALEX SELVIG** /
阿里山祖。艾力士。蕭域
70 Lake Street       District 9 / 第 9 行政區      ◯

**ROSIE HANLON** / 露詩。韓龍
172 Chiswick Road   District 9 / 第 9 行政區      ◯

**JAMES JOSEPH JENNER** / 占士。若瑟。贊拿
187 Kenrick Street   District 9 / 第 9 行政區      ◯

**GREGORY J. GLENNON** / 葛哥里。格蘭龍
32 Easton Street     District 9 / 第 9 行政區      ◯

**TIMOTHY N. SCHOFIELD** / 添慕德。斯各非特
120 A Sutherland Road   District 9 / 第 9 行政區   ◯

(Write-in) / (投票給未列在選票上的人士)      ◯



22



United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:          Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of _SEPTEMBER 25, 2007_
(Date)

_MASSACHUSETTS_
(State)

_v.S. E. BOSTON Suffolk_
(County)

_BOSTON_
(Municipality)

_LITTIE FOLKS DAY CARE_
(Name of Polling Place)

_6#8_
(Precinct #)

_1_
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

The Time Observers:

Arrived at Polls  _0630  5:45AM  U.S._

Departed Polls  _1910 HRS_

Observer(s):

Print  _MIKE MAYKIN_
(Name)

Sign  _Mike_

Print  _VERONICA GUERRERO_
(Name)

Sign  _Veronica Guerrero_

Print _____
(Name)

Sign _____

Instructions to Observers: Complete this report in BLACK INK ONLY. Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.

# 1. VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | ~~Indian~~ CHINESE | Hispanic | ~~Asian~~ VIETNAMESE | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | | | | | | | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 0̸ | | | | | | |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 2 | 0̸ | '1 | 0̸ | 0̸ | 0̸ | 0̸ |
| TOTAL of 1, 2, and 3 | 2 | | | | | | |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | ~~Indian~~ CHINESE | Spanish | ~~Asian~~ VIETNAMESE | Other |
|---|---|---|---|---|---|
| | 7 | 0̸ | 4 | 3 | 0̸ |
| Section 1B is Not Applicable to this Coverage ☐ | | | | | |

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 7 | 7 | 0̸ | 0̸ |
| Section 1C is Not Applicable to this Coverage ☐ | | | | |

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | Indian | Hispanic | Asian | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 2 | 0̸ | 0̸ | 0̸ | 0̸ | 2 | 0̸ |
| Section 1D is Not Applicable to this Coverage ☐ | | | | | | | |

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |
| Section 1E is Not Applicable to this Coverage ☑ | |

Initials:



2

| F. If *paper ballots* are used: | Total |
|---|---|
| 1. Ballots accepted | |
| 2. Ballots partially rejected | |
| 3. Ballots totally rejected | |
| 4. Spoiled ballots | |
| 5. Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |
| Section 1F is Not Applicable to this Election ☐ | |

**G. If *voting machines* are used:**
1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

<div align="center">Section 1G (including Question 2 below) is Not Applicable to this Election ☐</div>

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?                    ☐ Yes     ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H. If *electronic vote recorders* or *tabulators* are used:**
Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

<div align="center">Section 1H is Not Applicable to this Election ☐</div>

Initials:
U. B.

MM

3

## 2.    DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items*:
1.   Location of voting machines or booths
2.   Location of tables for election officials
3.   Location of any officially-designated interpreters
4.   Location of voting instruction signs or cards
5.   Location of sample ballots, if any
6.   Location of telephone, if any
7.   Location of Federal observers



Initials:
*V.B.*
MM

4

B.1. Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a. Setting campaigning limits? | ☐Yes ☐No | | ☒Yes ☑ ☐No | | ☐Yes ☐No |
| b. Directing voters to the polling place (e.g., "vote here")? | ☑Yes ☐No | outside wall to the left of entrance | ☑Yes ☐No | English, Spanish | ☐Yes ☐No |
| c. Stating assistance is available to voters? | ☑Yes ☐No | Precinct 8 to the left of registration table. Precinct 6 to | ☑Yes ☐No right of registration table | English, Spanish, Vietnamese. | ☐Yes ☐No |
| d. Indicating Election date? | ☑Yes ☐No | @ entrance along hallway left & right side | ☑Yes ☐No | English, Spanish, | ☐Yes ☐No |
| e. Indicating Election hours? | ☑Yes ☐No | Outside wall to the left of entrance. | ☑Yes ☐No | English, Spanish, Vietnamese, Chinese | ☐Yes ☐No |
| f. Sample ballot? | ☑Yes ☐No | @ entrance, along right & left sides of hall way | ☑Yes ☐No | English, Spanish, Chinese, | ☐Yes ☐No |
| g. Instructions for casting a regular ballot? | ☑Yes ☐No | @ entrance along right side of hall way | ☑Yes ☐No | English, Spanish | ☐Yes ☐No |
| h. Instructions for casting a provisional ballot? | ☐Yes ☒No | | ☐Yes ☐No | | ☐Yes ☒No |
| i. Instructions for mail registrants and first time voters? | ☐Yes ☒No | | ☐Yes ☒No | | ☐Yes ☐No |
| j. Information on who to contact if voters have problems? | ☑Yes ☐No | On entrance door before voter walks into voting area. | ☑Yes ☐No | English, Spanish, Chinese, Vietnamese | ☐Yes ☐No |
| k. General voting rights information? | ☑Yes ☐No | @ entrance, along left & right hallway | ☑Yes ☐No | English, Spanish | ☐Yes ☐No |
| l. Right to cast a provisional ballot? | ☐Yes ☒No | | ☐Yes ☒No | | ☐Yes ☐No |
| m. Laws on voting fraud and misrepresentation? | ☑Yes ☐No | @entrance & to the right of machine for visn. impaired or physically challenged | ☑Yes ☐No | English, Spanish | ☐Yes ☐No |

2. If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly? language:

Signs listed above were the only ones observed, in the languages noted.

Initials:

V.B.

MM

5

C. Phones

1. Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?　　　　　☐ Yes　　☑ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):
N/A

Provide the telephone number:　N/A

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

2. If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used ___MOBILE PHONE___ and under what circumstances the officials used this phone.

# 3. ELECTION OFFICIALS

**A.** List each polling official on duty. *Do NOT include special interpreters.*

WD/AD/ED, if applicable: WARD #1

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| JOSEPH PANZINI | W | CLERK | ENGLISH |
| ANETTE RAMSEY | W | INSPECTOR | ENGLISH |
| DORIS HUNTER | W | INSPECTOR | ENGLISH |
| MAGALLY ODOARDI | H | INSPECTOR | SPANISH |
| CELESTE SOLOMON | AA | WARDEN | ENGLISH |
| JOHN O. SCANNELL | W | INSPECTOR | ENGLISH |
| LARRY SIMONSON | W | CLERK | ENGLISH |
| WANETTA SAFFO | W | INSPECTOR | ENGLISH |
| TRACY NGUYEN-LONG | A | INSPECTOR | VIETNAMESE |
| MAYRA CANETTI | H | WARDEN | SPANISH |

Initials:
| | | | |
|---|---|---|---|
| SERGIO CANON | H | INSPECTOR | SPANISH |
| DIANA RICE | W | INSPECTOR | ENGLISH |

P # 6

P # 8

U.M.

MM

6

AA = AFRICAN AMERICAN
A = ASIAN

(bilingual only)

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable: 1  Pct 8  WD

(P-8)

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| TRACY NGUYEN-LONG | 1200p | 1250p | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.    If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐    WD/AD/ED, if applicable: 1

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| (P8) TRACY NGUYEN | Inspector | assisted vietnamese speaking voters with ballot or inserting in ballot scanner. |
| (P-6) MAGALLY | Inspector | assisted with giving name to clerk & helping voter with ballot & scanner. |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes?    (P-6)          (P-8) ☑ Yes     ☐ No
If so, who?  Celeste (warden - AA) & Larry (clerk-P8)

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?

☐ Yes     ☑ No

If so, who?  n-a

Initials:

V. D.

MM

7

D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master Board Worker.**

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:

V.B

MM

8

**E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.***

1. Were there interpreters assigned to this polling place?  ☐ Yes   ☑ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty.  Include the time each interpreter arrived at the polls.  For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| n - a | | | | |
| | | | | |
| | | | | |

Note times each interpreter was absent from the polls:   WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| n - a | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed.  If "none", check here:  ☑

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
| | |
| n - a | |
| | |
| | |

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:       WD/AD/ED, if applicable: _Pct 8 & 6_

1. What time did the election officials arrive at the polling place? _6:10 AM_
   Indicate how this information was obtained:

   ☐ Observation     ☑ Questioning election officials

2. Were the election officials given an oath of office? ~~not observed~~ _MM_ ☑ Yes     ☐ No

   If so, by whom? _CITY HALL → ELECTION OFFICE_
   Indicate how this information was obtained:

   ☐ Observation     ☑ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots, challenged/affidavit/provisional ballots, etc. that were provided to the polling site. **Do not include signs identified on page 5.** Identify any items printed in a language other than English and specify the additional language(s).

   observer (Mike-Vietnamese) asked Warden (Mayra-H) about provisional ballots & warden demonstrated an english provisional ballot & mentioned that it was also in vietnamese & spanish.
   BALLOTS WERE CONFIRMED BY MAYRN MM

4. If observed, describe any other activities regarding the preparation of the polling place prior to the opening of the polls.

   not observed.



Initials:
V.D.
MM

10

Ward 1

B. Poll Watchers                                    WD/AD/ED, if applicable: _pct 6 & 8_

1. Were any poll watchers present?          ☑ Yes        ☐ No
2. If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| Maria Conti | W | Bizille MM |
| Caivin Feijcciano | H | Mota |
| Shuya Ohno | A | Mota |

3. Did the election officials require the poll watchers to present any type of authorization?  MM

   ☑ Yes  ☐ No    If so, what?  CREDENTIAL at precinct to a passport was presented MM

   If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

   OFFICIALS RESTRICTE POLL WATCHERS FROM VOTING AREA.

4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?          ☑ Yes        ☐ No
   Explain any activities poll watchers were not permitted to observe.
   Poll watchers were permitted to observe from their seat the name given by voter to the clerk.

C. While the Polls Were Open                       WD/AD/ED, if applicable: _Ward 1 pct. 6 & 8_

1. What time did the polls open?  _0650 HRS_
   Indicate how this information was obtained:

   ☑ Observation        ☐ Questioning election officials

2. ~~Were the names of the absentee voters marked on the poll list?~~ ☐ Yes        ☐ No

3. ~~Were the absentee ballots delivered to the polls?~~ ☐ Yes        ☐ No
   If so, by whom? _____
   *If "no", proceed to question 5 of this section.*

4. ~~Were the absentee ballots counted at the polls?~~

        ☐ Yes          ☐ No          ☐ Not Observed

**Initials:**

V.B.

MM

11

5.  What voting system(s) for regular ballots was used in the polling place?

a.  Direct recording electronic machines (DRE)?          ☐ Yes          ☐ No
If yes, was the machine set to zero before voting began?

☐ Yes      ☐ No          ☐ Not Observed

Was there an activator card (a device that the voter inserts into the machine to begin

voting) given to the voter?                              ☐ Yes          ☐ No

If yes, who programmed the activator card?  _____

b.  Lever machines?                                      ☐ Yes          ☐ No
If yes, were the keys delivered in a sealed envelope on the outside of which was
written the machine number and the protective counter number?

☐ Yes      ☐ No          ☐ Not Observed

Did the public counter register zero before voting began?

☐ Yes      ☐ No          ☐ Not Observed

If not, what number did the counter show?  _____

Was the machine locked before voting began?

☐ Yes      ☐ No          ☐ Not Observed

c.  Punch cards?                                         ☐ Yes          ☐ No
If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?  ☐ Yes  ☐ No      ☐ Not Observed

Was it set to zero before voting began?  ☐ Yes  ☐ No      ☐ Not Observed

Were privacy sleeves used to keep ballot choices secret?

☐ Yes      ☐ No          ☐ Not Observed

**Initials:**

J.D.

MM

12

d. Optical scan cards ?          ☑ Yes          ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☑ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?  ☐ Yes  ☐ No          ☑ Not Observed

Was it set to zero before voting began?  ☑ Yes  ☐ No          ☐ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☑ Yes          ☐ No          ☐ Not Observed

e. Paper ballots?                    ☐ Yes          ☐ No

If yes, was the ballot box emptied?          ☐ Yes          ☐ No

Were the blank ballots counted/numbered?

☐ Yes          ☐ No          ☐ Not Observed

How many ballots were provided to the polling place?          _____

Was the ballot box locked prior to the start of voting?

☐ Yes          ☐ No          ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

Initials:

J.D

MM

13

6. If *DRE* or lever *voting machines* were used:

☐ Not applicable to this election

a. Did the voter receive any form from the poll official
   indicating he/she was permitted to vote?                    ☐ Yes  ☐ No
   If so, from whom? _____

b. Was there any time limitation imposed on voters?           ☐ Yes  ☐ No
   If so, how long? _____

c. Did any voter attempt to use a marked sample ballot?       ☐ Yes  ☐ No

   If so, was the voter allowed to do so?                      ☐ Yes  ☐ No
   If not, who prevented its usage? _____

---

7. If *paper ballots, punch cards, or optical scan cards*
   were used:

☐ Not applicable to this election

a. From whom did the voter receive the ballot? __OFFICIALS__

b. Where did the voter go to mark the ballot? __VOTING TABLES__

c. Was any time limitation imposed on voters?                 ☐ Yes  ☒ No
   If so, how long? __n-a__

d. Did any voter attempt to use a marked sample ballot?       ☐ Yes  ☒ No

   If so, was the voter allowed to do so?  n/a               ☐ Yes  ☐ No
   If not, who prevented its usage? __n/a__

e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?  n/a
                                                              ☐ Yes  ☐ No

---

D. Determining a Person's Eligibility to Vote

*Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted
to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the
following questions:*

1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the
   polling place or at the check-in table to determine the voter's registration status.

   REGISTRATION BOOK CHECKED FOR ADDRESS, THEN NAME WAS
   VERIFIED. VOTER WAS OUT OF PRECINCT + WAS MM
   REDIRECTED TO PRECINCT #7 MM. ONCE VERIFIED, OFFICIALS
   HANDED VOTER BALLOT SLIP.

Initials:

V.A.

MM

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☑ Yes ☒ No    Explain.

if voter gave address to clerk then the clerk would direct them to the precinct according to their address. If voter had different address Warden would call county to verify change of address & allow voter to cast ballot.

3. If a person was registered in another precinct, what instruction, if any, was the voter given?

CLERK-LARRY(w) REDIRECTED TO ~~CORRECT PRECINCT.~~ ᴹᴹ ANOTHER PRECINCT.

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do? Voter was requested to wait while warden would call county & verify if voter was registered if so then voter was directed to go to different precinct.

5. Were any officials available at or near the polling place to register persons to vote?

☐ Yes   ☑ No

If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
| N—A  |       |          |
|      |       |          |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections? ☐ Yes   ☑ No    Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

Warden would call county.

Initials:

V.S.

MM

15

E.  Use of Minority Language(s) at Polling Site and
    Minority Language Assistance from Poll Officials
    and Interpreters

☐ Not applicable to this coverage

1.  If a minority language (one other than English) was spoken by polling
    officials/interpreters for general greetings or general conversation with voters, but no
    conversation regarding the specific election process took place in the minority language,
    indicate the general activity and conversation that took place, including the language(s)
    used, as the voter entered the polling site and throughout the time the voter was present in
    the polling place. Pct. 6 , Magally (H) would greet voter (H) & ask if
    they needed assistance, voter generally would say yes in Spanish & proceed
    to be helped by Magally (Inspector) to cast ballot .
    Pct. 8 Tracy (A) and Mayra (H- Warden) along with Sergio (H- In Spanish)
    would assist voter either in Spanish or Vietnamese with casting
    ballot .

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2.  General

    a.  How was it determined who received minority language assistance (e.g., was each
        minority voter automatically given such assistance, or was help given only at the
        request of the voter, or did officials offer this help to only certain minority voters)?
        Voter would be greeted by Inspector, or warden depending
        on the language either Spanish or Vietnamese and would
        be helped with casting ballot & Inserting to scaner.

    b.  Were there any minority voters who were unable to sign their names?

        ☐ Yes   ☑ No

        If so, were they offered assistance in the minority language in casting their ballots?  N a

        ☐ Yes   ☐ No        If not, explain.

Initials:
V.B
MM

16

c.  Did any voter who requested minority language assistance fail to receive such

assistance?  ☐ Yes  ☑ No  If so, explain the circumstances.

3.  a.  Did any poll official or interpreters provide instruction *in a minority language* on how to cast the ballot (e.g., how to use the machine, how to mark or punch the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes may be cast for a given office, etc.)?  ☐ Yes  ☐ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the instructions. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the instructions given in the minority language. Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the instructions given by the official varied during the day, describe when it varied and how it varied for that official.*

b.  Where was the instruction given?

☑ Inside the booth (or while voter is voting)

☑ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: at the registration table & at the scanner

If instruction was given in the minority language on how to cast a ballot and was done so *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the instruction and the time the voter entered the booth (or began to vote)?  1-2 minutes

4.  a.  Was an interpretation of the ballot provided in the minority language to voters?

☑ Yes  ☐ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for each official who gave such interpretation and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the ballot. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the interpretation given in the minority language (typically, at least 5 instances, if possible). Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the interpretation given by the official varied during the day, describe when it varied and how it varied for that official.*

Initials:

V.D.

MM

17

b. Where was the interpretation given?

☑ Inside the booth (or while voter is voting)

☑ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: at the registration table & at the scanner.
If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)?  1-2 minutes  .

F. Delays in Voting

1. What was the average number of voters waiting in line to vote during the day?  0-1

2. What was the average length of time voters had to wait to vote?  0-2 MIN

3. Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes    ☑ No    If so, provide the following information:

a. The time the line formed  n/a  and the number of voters in line  n/a .

b. What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

N/A

c. What action, if any, did poll officials take to alleviate the delay?

N/A

G. Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1. Were challenged, affidavit, or other provisional-type ballots used?

V.P. ☑ Yes    ☑ No    ☐ Not Observed

Initials:

V.P.

MM

18

On what basis did the poll worker give the provisional ballot(s)?

~~IF "ID" IS INDICATED ON VOTER'S LIST~~ MM

N/A

What language(s) were the ballots in? ENGLISH, SPANISH, VIETNAMESE

2. What voting system is used for provisional ballots?

☐ DRE?   ☐ Lever?   ☐ Optical Scan Card?   ☐ Punch Card?   ☑ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☑ Yes   ☐ No
   What languages were the form/envelope in? ENGLISH, SPANISH, VIETNAMESE

4. According to poll workers, under what circumstances are these provisional ballots used?

WHEN ADDRESS CAN'T BE CONFIRMED & IDENTIFICATION
PER WARDEN MAYRA (H).

5. Did the poll worker provide written information to the provisional voter?

☑ Yes   ☐ No   (WHEN ASKED TO WARDEN MAYRA)
In what language(s)? ENGLISH, SPANISH, VIETNAMESE
What did the document say?

INSTRUCTIONS ON HOW TO CAST PROVISIONAL BALLOTS # WHY.

6. Did the document include information on how a voter can determine if his or her provisional ballot has been counted?   ☑ Yes   ☐ No

7. Were these provisional ballots kept separate from other ballots?

☑ Yes   ☐ No   ☐ Not Observed

8. Were these provisional ballots counted at the polls?

☐ Yes   ☐ No   ☑ Not Observed

Initials:

JB.

MM

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? IF INDICATED ON THE VOTERS LIST next to their name the words ID required or if Inactive status v.d. indicated on registration book.

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?          ☑ Yes          ☐ No
If so, what were they taught in that training?
                                            MM
VOTERS ARE ABLE TO OBTAIN REG. FROM LIBRARY & MAIL IN
                                      REGISTRATION

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?

☑ Yes          ☐ No                    If so, describe.

   "JO" INDICATED NEXT TO NAME ON REGISTRATION BOOK

4. Did you observe any voters being asked for identification? ☑ Yes          ☐ No
On what grounds were they asked?

   "JO" INDICATED ON LIST NEXT TO NAME ON REGISTRATION BOOK.

What form(s) of ID were the poll workers willing to accept?

   DRIVERS LICENSE

If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot?          ☑ Yes          ☐ No
Please describe what occurred.

WARDEN STATED TO CALL CITY OFFICE IN ABOVE CIRCUMSTANCE.

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:

V. M -

MM

20

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on ***how to translate the contents of the ballot or how to provide procedural instructions in the minority language***?  ☐ Yes  ☑ No  PER INSPECTOR

   Did they receive notice that such a training session was scheduled? ☐ Yes ☑ No  NGUYEN, LONG TRACY
   Explain. N/A

   ***If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".***

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training ***specifically on how to translate the ballot or how to provide procedural instructions in the minority language***, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. ***Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.***

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| Training | not | Received | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. Was part or all of the training conducted in the minority language? ☐ Yes  ☐ No  n/a

4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)? ☐ Yes  ☐ No  n/a  If so, specify: _____

5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters? n/a
   ☐ Yes  ☐ No

   If so, did each of the interpreters use the audio-visual aid(s) after the training session? n/a
   ☐ Yes  ☐ No

   Did they find the audio-visual aid(s) helpful? ☐ Yes  ☐ No  n/a
   Describe any comments about the audio-visual aid(s).

Initials: V.B.
MM

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process. *n/a*

---

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.). *Observers were able to perform duties by asking questions to poll officials at both precincts without difficulties or hesitation by poll officials. The extent of contact by observers was enough to answer questions & provide assistance in order to fill out charts.*

B. Provide information on the presence of any law enforcement officials and any of their activities you observed. *Law enforcement was provided for both precincts who sat at the back of the room where scanners were found. Law enforcement would check off voter then the voter would insert ballot into scanner. Two officers at any given time, total of four officers.*

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters. *No media observed*

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken). *n/a*

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.* *Include any discrepancies/malfunction w/ machines ; Machines were functioning during the presence of the observers. Voters were always first identified by their address; voters would ask voter if address in registration book then they would ask their name -*

Initials: *J.B.*
*MM*

22

☐ None Observed
☑ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET    WD/AD/ED, if applicable: _____

| PERSONS PERMITTED TO VOTE | | | |
|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | Totals |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Subtotal | |
| | | Grand Total (if last page of tally sheet) | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

23

☐ None Observed
☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET  *Ward 1*
( *Cumulative* )    WD/AD/ED, if applicable: *pct. 6 & 8*

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance | |
|---|---|---|---|---|---|---|---|---|---|
| | | Chinese Indian | Hisp. | Vietnamese Asian | Black | White | Other | | |
| 7:00 AM  8:19 | | | | | | | | ⌒  0  ⟋ | ∅ |
| | Family/Friend | | | | | | | | |
| 8:20 AM  9:19 | Mayra (warden) | | ✓1 | | | | | (  ⟋  2 | 2 |
| | Magally (inspector) | | ✓1 | | | | | | |
| | Family/Friend | | | | | | | | |
| 9:20  10:19 | | | | | | | | 0  0  ⟋ | 2 |
| | Family/Friend | | | | | | | | |
| 10:20  11:40 | | | | | | | | 0  0  0 | 2 |
| | Family/Friend | | | | | | | | |
| | | | | | | Subtotal | | 2 | |
| | | | | | | Grand Total (if last page of tally sheet) | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

V.D.
MM

☐ None Observed
☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET    Ward 1

WD/AD/ED, if applicable: _Pct. 6 & 8_

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
| | | Number of Voters | | | | | | |
| | | Chinese Indian | Hisp. | Asian Vietnamese | Black | White | Other | |
| 11:41 | Sergio – Inspector | | 1 | | | | | 1 |
| | | | | | | | | 2 |
| 12:40 | | | | | | | | |
| | Family/Friend | | 1 | | | | | 1 |
| 12:41 | Tracy | | | 1 | | | | 1 |
| | | | | | | | | 1 |
| 2:00 | | | | | | | | 0 |
| | Family/Friend | | | | | | | 1 |
| 2:01 | Tracy  v.s. | | | ✗ v.s. MM | | | | 0 |
| 3:00 | | | | | | | | 0 |
| | Family/Friend | | | | | | | 0 |
| 3:01 | Tracy | | | ✗ MM ✗ 2 | | | | 2 |
| | | | | | | | | 2 |
| 4:00 | | | | | | | | 1 |
| | Family/Friend | | | | | | | 0 |
| | | | | | | Subtotal | | 5 |
| | | | | | | Grand Total (if last page of tally sheet) | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

v.s.

MM

24 a

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: *ward 1 6 58*
*oct.*

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| *4:01* | | | | | | | 0 | 0 |
| *5:00* | | | | | | | | 0 |
| | | | | | | | | 1 |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | Ø |
| | | | | | Grand Total (if last page of tally sheet) | | | (7) |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:
V. M.
MM

24 *b*

□ None Observed
□ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET ward 1

pct. 6 & 8

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 1252 | MAGALLY | | | | | ✓ | | | > 2 |
| | DORRIS | | | | | ✓ | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | **Subtotal** | 2 |
| | | | | | | | **Grand Total** (if last page of tally sheet) | ( 2 ) |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

V.S.
MM

25

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE    Ward f pct. 8

WD/AD/ED, if applicable:

| Name not observed/nor mentioned  H  Time 835 AM | Name ▓▓▓▓▓▓  Race H  Time 12:52 pm |
|---|---|
| **Address** /Phone # ▓▓▓▓ | **Address** /phone # ▓▓▓▓ |
| **Federal Certificate of Eligibility Number, if any** N/A | **Federal Certificate of Eligibility Number, if any** N/A |
| **Language Spoken** *(if other than English)* English & Spanish | **Language Spoken** *(if other than English)* Spanish |
| **Name/Title of Official Not Permitting Vote** LARRY (Clerk)  Race W | **Name/Title of Official Not Permitting Vote** Larry / Clerk  Race W |
| **Reason for Not Permitting Vote** Voter (H) gave Clerk (w) Larry the Street name & Number, however clerk was unable to find her address in registration book. He Asked her if she had voted there before & voter said yes. Clerk (Larry) informed her that she ~~was the~~ to go to precinct 7 & voter knew that it | **Reason for Not Permitting Vote** Voter (H) gave clerk (Larry-W) her address & clerk unable to find in registration book. Warden (Mayra-H) came to registration table & asked voter her address; warden ~~said~~ that she (voter) should be registered at Donnelly School. |
| **Specify what the official did or suggested that the voter do in order to vote.** ~~was on Donnelly Street~~  Clerk (Larry-w) informed voter (H) that she needed to go to precinct 7. Mayra (H) warden came to the table & asked voter (H) in Spanish that 81 & the street name voter nodded her head "yes". Voter (H) was bilingual | **Specify what the official did or suggested that the voter do in order to vote.** Voter understood after warden informed her that she was not registered at that precinct & that voter should go to Donnelly School down the street. |
| **Reason Voter Believes He/She Should Be Permitted to Vote** Voter (H) did not specify, however when informed to go to precinct 7 she knew that it was on Donnelly Street. | **Reason Voter Believes He/She Should Be Permitted to Vote** Voter agreed to go to Donnelly Street to vote. |
| **Information obtained from:** ☑ Observation  ☐ Questioning Voter | **Information obtained from:** ☑ Observation  ☐ Questioning Voter |

Initials:

VB.
MM

MMJ.
VB.

26

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _ward 1 pct. 6 ÷ 8_

✳ Voter: ████ (no name given)   Race: _H_   Begin Time: _835A_   End Time: _835A_

Interpreter or Election Official: _Mayra (warden-H)_   Observer: _Veronica Guerrero_

Assistance Occurred:  ☐  Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Could not locate in registration book._

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language (✓) |
|---|---|---|---|---|
| Ask if assistance was needed | | ✓ | | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | | | ✓ | |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | | | ✓ | |

Explanation: _Voter (H) walked over to registration table for precinct 8 & Clerk (w-Larry) was unable to locate voters' name. Warden (Mayra-H) asked in Spanish the #████ & repeated the voters street name. Voter was bilingual & noted "yes". Voter (H) was directed to precinct 7 at Donnelly school & identified by address this is reason why no name was observed._

Initials: _V.B. MM_

✳ Voters were first identified  27  was observed.

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _Ward 1_  _pct. 6_

Voter: ▮▮▮▮▮▮▮▮  Race: _H_  Begin Time: _9:05_  End Time: _10:10 AM_

Interpreter or Election Official: _Magally Odoardi (H)_  Observer: _Veronica Guerrero_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | ✓ |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | ✓ |

Explanation: Voter ▮▮▮▮ (H) gave Joseph (w-clerk) his address however address did not match because voter had new address. Clerk (Joseph-w) asked voter for an ID because voters' name had INACTIVE noted next to his name. Voter (H) had his passport & that was the only form of I.D. Clerk (w) asked if voter (H) had another type of ID such as credit card?

Initials:

V.D.
MM

27 A

CHART CI - VOTERS NEEDING ASSISTANCE
(Checklist)

VOTER: ██████████    RACE: H    Beg. Time 9:05 AM

End time 10:10am

Election Official: MAGALLY Odoardi (H)

Observer: Veronica Guerrero    Pct. 6    Ward 1

Clerk then referred Voter (H) to Celestin (AA) Warden who called the county to verify address/voters in the interim warden gave Inspector (Magally-H) an affirmation form & Mail in voter registration form for the voter to fill out. Voter (H) expressed that he would figured this was going to happen & that he would have no problem filling out forms. Observer (Veronica-H) walked over to Warden (AA) where she was calling & giving voters name & new address. Person on other end of phone call requested to speak w/voter (H) who walked over to phone & told repeated his new address. county was unable to locate voter with this address. phone conversation between county, voter, warden & Inspector went on for 20-25 minutes it was finally resolved that voter should fill out forms & use old address as shown on registration book. Registration book Indicated that voter was Republican & voter said "NO." that he was not & that he wished to vote Democrat, warden suggested that he take Republican ballot & write in party & candidate of choice. Voter demonstrated patience until he was told that he had to vote Republican he stated that he called a friend on the radio & told him that he is not Republican but his registration was marked as such. Voter expressed his concern for that error & said he has been democrat ever since 39 years ago & will die a democrat Voter thanked officials after his vote was scanned.

Initials:

V.B.
MM

2 b cont'd.

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _ward 1 pct. 8_

Voter: ███████  Race: _H_  Begin Time: _11:42 AM_  End Time: _11:43 AM_

Interpreter or Election Official: _Sergio (Inspector H)_  Observer: _Veronica Guerrero_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | ✓ | | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | ✓ | | | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | | | ✓ | |

Explanation: _Voter ██████ (H) brought her assistor of choice therefore Inspector (H) had very little interaction other than to direct voter & assistor to voting table & scanner in Spanish._

Initials:
V.M.
MM

27 _C_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: *ward 1 pct. 8*

Voter ▓▓▓▓▓▓▓▓ Race: *H* Begin Time: *12:07 pm* End Time: *12:10 pm*

Interpreter or Election Official: *Sergio (H - Inspector)* Observer: *Veronica Guerrero*

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Spanish |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation: *Voter (H ▓▓▓) gave her name to clerk (Larry-W) however clerk either did not hear or did not understand vb. Inspector was nearby so he asked voter in Spanish what the address number voter had. Voter was found & Inspector (H) directed her to voting table then to scanner.*

Initials: *VB MM*

27 *d*

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: __1, 8__

Voter: ████████ _____ Race: __VIETNAMESE__ Begin Time: __1350__ End Time: __1352__

Interpreter or
Election Official: __TRACY NGUYEN LONG__ Observer: __MAYKIN__

Assistance Occurred: ☑ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | ✓ | . | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | . | | ✓ VIETNAMESE |

Explanation: ████ APPROACHED OFFICIAL'S TABLE AND WAS
GREETED BY NGUYEN LONG. LONG VERIFIED ███'S INFO
AND GAVE HIM A BALLOT. LONG THEN DIRECTED LF TO
THE VOTING TABLE & TELLS HIM TO BUBBLE IN HIS SELECTION.
ONCE ████ WAS COMPLETE, LONG DIRECTS ████ TO ENTER
HIS BALLOT INTO THE SCANNER.

Initials:
JB
MM

27 E

☐ None Observed
☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: 1 , 8

Voter: ███████ ╫ ███████    Race: VIET    Begin Time: 1525    End Time: 1527

Interpreter or Election Official: TRACY NGUYEN· LONG    Observer: MAY KIN

Assistance Occurred:  ☑ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

### Did the election official providing assistance perform any of the actions listed in the table below for the voter?
#### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | ✓ | | |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | ✓ | | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | ✓ |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | ✓ |

} IN VIETNAMESE

Explanation: ███████ COUPLE MM APPROACHED OFFICIALS TABLE AND WAS GREETED BY LONG. LONG HANDS THE COUPLE EACH A BALLOT AND TELLS THEM ONCE THEY HAVE MADE THEIR SELECTION TO TURN IN THEIR BALLOTS AT THE BACK (SCANNER AREA)

Initials: 

V.M.
MM

27 F

☐ None Observed
☑ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____     Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|--------|--------------------------------------------------------------------|
|        |                                                                    |
|        |                                                                    |
|        |                                                                    |
|        |                                                                    |
|        |                                                                    |
|        |                                                                    |
|        |                                                                    |
|        |                                                                    |
|        |                                                                    |

Initials:

U.P.

MM

☐ None Observed
☑ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Initials:

VJ

MM

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)

WD/AD/ED, if applicable: _Ward 1 pct. 6 & 8_

Interpreter/Official: _NGUYEN, LONG TRACY_    Observer: _MAYKIN_

| | Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
| **VIETNAMESE** | OFFICIAL CONTACTED VOTER WITH SPECIFIC DIRECTIONS ON | "SIR, PLEASE SLIET WHO YOU WANT TO VOTE FOR & BUBBIE IT IN." "ONLE YOU ARE DONE, PUT |
| | HOW TO VOTE. | IT IN THE MACHINE". "THANK YOU." |
| **Spanish** Magaly Inspector (H) Mayra Warden (H) | Warden or Inspector (H) would ask Voter in Spanish after greeting him or her if they needed assistance. | "Do you need assistance?" "yes" = (voter) "use the pen to mark your ballot & walk over to scanner, then give your name to officer then place card into scanner" "Thank you." = (voter) |
| | | Spanish translation: "Necesita asistencia?" "Si" |
| | | "utilice esa pluma para marcar su boleta y valla para atras con el oficial y dele su nombre luego meta la boleta en la maquina." "Gracias." |
| | | |
| | | |

Initials:
V.M
MM

30

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)    WD/AD/ED, if applicable: ___Ward 1 pct. 8

Interpreter/Official: __Nguyen-Long & Tracy__    Observer: __Maykin__

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| △ | "Hello, what is your guys' address?" " ▓▓▓▓▓▓ " "Is your last name ▓▓▓▓ ?" |
|  | "Yes" "Okay, here is one ballot for each one of you. Please |
|  | go over to the tables + bubble in who you want to pick." "Okay, I know who." |
|  | "Just mark it on the ballot + turn it in over there." "Okay, thanks" |
| MM MM Warden asked couple (Mr. & Mrs. ▓▓▓▓) inspector their address, then names. |  |
| MM Warden then hand the inspector couple each a ballot and directs them to the voting table. |  |
| MM War inspector this couple to turn their ballots in to the back (scanner) area. |  |
|  |  |
|  |  |

Initials:

V.P.
MM

30  9

☑ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| Address   Phone # | | | Address   Phone # | | |
| Language Spoken *(if other than English)* | | | Language Spoken *(if other than English)* | | |
| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | |
| Reason | | | Reason | | |
| Voter's Response | | | Voter's Response | | |

Information obtained from:

☐ Observation

☐ Questioning Voter

Information obtained from:

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials? ☐ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes ☐ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No

1. Did the election official check with voter registration officials? ☐ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes ☐ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No

Initials:

JB
MM

31

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? _not observed_
   observers left poll before
   closing time.  1910 HRS

   ☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes      ☐ No      n/a

   If so, how many? ___n/a___

3. Were all persons who were in line when the polls closed permitted to vote?  n/a

   ☐ Yes      ☐ No

   If not, who would not permit them to vote and what reason(s), if any, was given? n/a

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4. If *paper ballots* were used and counted at the polls:

   a. Were additional workers used to assist in the count?   ☐ Yes      ☐ No

      ☐ Not applicable to this election

      If so, were these persons administered an oath?   ☐ Yes      ☐ No

   b. Was the table cleared before the ballot box was emptied?   ☐ Yes      ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?   ☐ Yes      ☐ No

      If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?   ☐ Yes      ☐ No

      If so, who? _____

   g. Was each ballot read as marked?   ☐ Yes      ☐ No
      If not, how many were not properly read? _____
      How were they misread?

Initials:

J.D.

MM

32

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:

33

How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

34

k. Tallying of Ballots
  1. Names of officials who kept each tally (it may be that only one tally sheet is kept).
     If more than one person kept the single tally sheet, note the period of time each
     person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l. Were the poll watchers and all other interested persons allowed the opportunity to view
   the counting process?   ☐ Yes    ☐ No        If not, explain.

m. List the items placed in the ballot box.

n. List the items not placed in the ballot box and indicate where they were placed.

o. What time did the ballot box leave the polling place? _____

   Who took it?   _____

   Was it locked?   ☐ Yes    ☐ No        Was it sealed?   ☐ Yes    ☐ No

p. What time did the Observer Team leave the polling place? _____    Did an

   Observer accompany the ballot box?    ☐ Yes    ☐ No

5. If **DRE** or lever **voting machines** were used:

   | ☑ Not applicable to this election |
   |---|

   a. Were the machines locked and sealed against

      further voting?   ☐ Yes    ☐ No

      If so, by whom?   _____

   b. Who read the count from the machine?   _____

Initials:



35

c. Was the count verified by another official?   ☐ Yes   ☐ No      If so, by whom?

_____

d. Was it read correctly?                        ☐ Yes   ☐ No
e. Who recorded the vote on the official return sheets?   _____
f. Was the vote recorded accurately?             ☐ Yes   ☐ No
g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|---------------|---------|---------------|---------|---------------|
|         |               |         |               |         |               |
|         |               |         |               |         |               |

h. Was the vote announced by the poll officials?   ☐ Yes   ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?            ☐ Yes   ☐ No
j. Were the absentee votes counted and tabulated with the votes shown on the machines?

☐ Yes   ☐ No

k. Was the statement of results signed and certified by the poll officials?

☐ Yes   ☐ No

l. Was the statement delivered to the election officials?   ☐ Yes   ☐ No

By whom?   _____

m. As soon as the count was completed and the results announced, was the counter compartment locked?   ☐ Yes   ☐ No   By whom? _____

n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.

o. What time did the Observer Team leave the polling place?   _____

Initials:
V.D.
MM

36

6. If *punch cards or optical scan cards* were used:
   a. Was a duplicate report of the number of persons

   voting prepared?  ☐ Yes  ☐ No

   | ☑ Not applicable to this election |

   By whom? _____
   b. What was done with the election supplies such as ballot stubs, etc.?

   c. Was the ballot box sealed?  ☐ Yes  ☐ No  By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

   Did an observer accompany the ballot box?  ☐ Yes  ☐ No
   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots
   a. Were the absentee ballots opened and stacked?

   | ☑ Not applicable to this election |

   ☐ Yes  ☐ No
   By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?  ☐ Yes  ☐ No

   If so, who? _____

   d. Was each ballot read as marked?  ☐ Yes  ☐ No  If not, how many were not
   properly read? _____  How were they misread?

   e. What was done with the ballots after they were read?

Initials:

V.B.

MM

37

f.  How many absentee ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
|  | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots
      opened and stacked?

      ☐ Yes    ☐ No   By whom?

      _____

   b. Who read the ballots?    _____

   c. Did anyone hand the ballots to the reader?  ☐ Yes     ☐ No

      If so, who? _____

   d. Was each ballot read as marked?  ☐ Yes     ☐ No       If not, how many were
      not properly read?    _____    How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?

      _____

      Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

☑ Not applicable to this election

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

☑ Not applicable to this election

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

Initials:
V.M.
MM

40

☑ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE  WD/AD/ED, if applicable: ____

| Name | Race | Name | Race |
|---|---|---|---|
| 1 | | 28 | |
| 2 | | 29 | |
| 3 | | 30 | |
| 4 | | 31 | |
| 5 | | 32 | |
| 6 | | 33 | |
| 7 | | 34 | |
| 8 | | 35 | |
| 9 | | 36 | |
| 10 | | 37 | |
| 11 | | 38 | |
| 12 | | 39 | |
| 13 | | 40 | |
| 14 | | 41 | |
| 15 | | 42 | |
| 16 | | 43 | |
| 17 | | 44 | |
| 18 | | 45 | |
| 19 | | 46 | |
| 20 | | 47 | |
| 21 | | 48 | |
| 22 | | 49 | |
| 23 | | 50 | |
| 24 | | 51 | |
| 25 | | 52 | |
| 26 | | 53 | |
| 27 | | 54 | |
| Subtotals By Race | | | | | Subtotals By Race | | | | |

Initials:

V.S.

MM

42



United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:        Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of    *9 – 25 – 07*
                                    (Date)

*MASSACHUSETTS*
                                    (State)

*SUFFOLK*
                                    (County)

*BOSTON*
                                    (Municipality)

*JEWISH COMMUNITY CENTER*
                    (Name of Polling Place)

*13*
                                    (Precinct #)

*21*
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

The Time Observers:

Arrived at Polls *6:25 AM*

Departed Polls *8:05 pm*

Print *CONRAD CHIN*
            (Name)

Sign *[signature]*

Print *BRUCE TARASKA*
            (Name)

Sign *Bruce Taraska*

Print *SHEILLA ROPRIGUEZ*
            (Name)

Sign *[signature]*

Instructions to Observers: Complete this report in BLACK INK ONLY. Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.

*SMR*
*CKC*
*BLT*

# 1. ✳ VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | ~~Indian~~ Chinese | Hispanic | ~~Asian~~ Vietnamese | Black | White Russian | Other Korean |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | N/A | | | | | | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 0 | | | | | | |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 5 | 1 | | 1 | | 2 | 1 |
| TOTAL of 1, 2, and 3 | 5 | 1 | | 1 | | 2 | 1 |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | ~~Indian~~ Chinese | Spanish | ~~Asian~~ Vietnamese | Other Russian |
|---|---|---|---|---|---|
| | 31 | 27 | ∅ | ∅ | 4 |

Section 1B is Not Applicable to this Coverage ☐

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 31 | 30 | ∅ | 1 |

Section 1C is Not Applicable to this Coverage ☐

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | Indian | Hispanic | Asian | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 0 | | | | | | |

Section 1D is Not Applicable to this Coverage ☐

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |

Section 1E is Not Applicable to this Coverage ☐

Initials:

CKC
SMR

✳ OBSERVERS WERE UNABLE TO KEEP TRACK OF STATISTICS DURING COVERAGE.

| F. If *paper ballots* are used: | Total |
|---|---|
| 1. Ballots accepted | |
| 2. Ballots partially rejected | |
| 3. Ballots totally rejected | |
| 4. Spoiled ballots | |
| 5. Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |
| Section 1F is Not Applicable to this Election ☐ | |

**G. If *voting machines* are used:**
1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| Section 1G (including Question 2 below) is Not Applicable to this Election ☐ | | | | | |

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?    ☐ Yes    ☐ No
If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H. If *electronic vote recorders* or *tabulators* are used:**
Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| Section 1H is Not Applicable to this Election ☐ | | | | | |

Initials:

SMR
CKC
BW

3

**2.    DESCRIPTION OF POLLING PLACE**

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items*:
1.   Location of voting machines or booths
2.   Location of tables for election officials
3.   Location of any officially-designated interpreters   *N/A*
4.   Location of voting instruction signs or cards
5.   Location of sample ballots, if any
6.   Location of telephone, if any
7.   Location of Federal observers



Initials:

CKC
BSJ
SMR

4

Insp = Inspector

B.1.  Information found on common election-related signs observed in and around the polling
place (This information may be found on one or more posters; determine if any sign,
whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? | |
|---|---|---|---|---|---|---|
| a. Setting campaigning limits? | □Yes ☒No | | □Yes □No | | □Yes □No | |
| b. Directing voters to the polling place (e.g., "vote here")? | ☒Yes □No | Inside Pollsite walls & columns | ☒Yes □No | Eng, Chi, Rus, Viet | □Yes □No | |
| c. Stating assistance is available to voters? | ☒Yes □No | Inside Pollsite walls & columns | ☒Yes □No | Eng, Chi, Rus, Viet | □Yes □No | |
| d. Indicating Election date? | □Yes ☒No | | □Yes □No | | □Yes □No | |
| e. Indicating Election hours?    CKC | ☒Yes ☒No | BUILDING ENTRANCE | ☒Yes □No | ENGLISH, CHINESE | □Yes □No | |
| f. Sample ballot? | ☒Yes □No | Inside Pollsite column (1) | ☒Yes □No | English, Chinese | □Yes □No | |
| g. Instructions for casting a regular ballot? | ☒Yes □No | Inside Pollsite wall | ☒Yes □No | Spanish, Eng, Chi, Viet, Rus, HC | □Yes □No | |
| h. Instructions for casting a provisional ballot? | □Yes ☒No | | □Yes ☒No | | □Yes □No | |
| i. Instructions for mail registrants and first time voters? | ☒No (SMR) | | □Yes □No | | □Yes □No | |
| j. Information on who to contact if voters have problems? | ☒Yes (SMR) | Inside Pollsite wall | ☒Yes □No | Spa, Eng, Chi, Viet, Rus, HC, CV | □Yes □No | |
| k. General voting rights information? | ☒Yes □No | Inside Pollsite wall | ☒Yes □No | Spa, Eng, Chi | □Yes □No | |
| l. Right to cast a provisional ballot? | ☒Yes □No | Inside Pollsite wall | ☒Yes □No | Spa, Eng, Chi, Viet, Rus, HC, CV | □Yes □No | |
| m. Laws on voting fraud and misrepresentation? | ☒Yes □No | Inside Pollsite wall | ☒Yes □No | Spa, Eng, Chi, Viet, Rus, HC, CV | □Yes □No | |

2.  If you observed any other election-related signs or posters in and around the polling
place, not covered above, please describe briefly:

No

Signs posted include:
① Instruction for marking ballot
② Sample Ballot in English & Chinese
③ Attention Voters! Chinese ballots are available
④ General voting rights info
⑤ Signs of interpreter available in Russian, Vietnamese & Chinese

SMR
[initials]
CKC

Initials:

Legend:
Eng = English        Viet = Vietnamese
Chi = Chinese        HC = Haitian Creole
Rus = Russian        CV = Cape Verdean
Spa = Spanish

5

C.    Phones

1.  Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?                ☐ Yes    ☒ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

_____

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

2.  If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used _mobile_ and under what circumstances the officials used this phone. *warder did not know phone number

## 3. ELECTION OFFICIALS

**A.** List each polling official on duty. *Do NOT include special interpreters.*

WD/AD/ED, if applicable: _____

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| Peter F. Mugford | Caucasian | Warder | English |
| Francis S. Russell | Caucasian | Clerk | English |
| Michael D. Addeo | Caucasian | Inspector | English |
| Wendy Lee | Chinese | Inspector | Chinese |
| Vun Kay Lin | C/V | Inspector | C/V |
| Tong Y. Tchen | C/V | Inspector | C/V |
| Sofiya Kusel | Russian | Inspector | Russian |
| Lyubou Lekhtsior | Russian | Inspector | Russian |
| Aleksandr Pruzham | Russian | Inspector | Russian |
| Ida Ordyanskaya | Russian | Inspector | Russian |

Initials:

C/V = Chinese/Vietnamese                6



Note times each polling official was absent from the polls:   WD/AD/ED, if applicable:

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

B.   If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐          WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| Wendy Lee | Inspector | Chinese language |
| Van Lay Lin | Inspector | Vietnamese & Chinese lang |
| Tong Y. Tchen | Inspector | Vietnamese & Chinese lang |
| Sofiya Kugel | Inspector | Russian |
| Lyubou Lekhtsior | Inspector | Russian |
| Aleksandr Pruzham | Inspector | Russian |
| IDA Ordyanskaya | Inspector | Russian |

C.   Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?          ☒ Yes          ☐ No

If so, who? ___Peter Mugford_____

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?

☐ Yes          ☒ No

If so, who? _____

Initials:

7

SMR
CKO
BL

D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

**Initials:**

8



E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

   1. Were there interpreters assigned to this polling place?        ☐ Yes     ☐ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

   2. List each interpreter on duty.  Include the time each interpreter arrived at the polls.  For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

   3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed.  If "none", check here: ☐

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

9

## 4. VOTING PROCEDURES

A.  Prior to Opening the Polls:                          WD/AD/ED, if applicable: _____

1.  What time did the election officials arrive at the polling place? _6:00 – 6:45 AM_
    Indicate how this information was obtained:

    ☐ Observation        ☒ Questioning election officials

2.  Were the election officials given an oath of office?        ☒ Yes    ☐ No

    If so, by whom? _During training – City Hall_
    Indicate how this information was obtained:

    ☐ Observation        ☒ Questioning election officials

3.  List the items such as envelopes, forms, notices, cards, sample ballots,
    challenged/affidavit/provisional ballots, etc. that were provided to the polling site. *Do
    not include signs identified on page 5.* Identify any items printed in a language other
    than English and specify the additional language(s).

    - Mail-in Voter Registration Form
    - Affirmation of current & continuous residence
    for inactive voters      (forms included
               part)  10A & 10B

4.  If observed, describe any other activities regarding the preparation of the polling place
    prior to the opening of the polls.

    Taping & posting signs indicating
    "where to vote" & "Interpreters available"
    for Chinese, Russian & Vietnamese people.
    When to vote signs were writing in
    several languages, such as Vietna-
    mese, Chinese & Russian as well.

**Initials:**

SMR
CKC
BAT

10

### Afirmación de residencia actual y continua

#### Votante inactivo o el nombre de la persona no figura en la lista de votación

Usted se ha presentado para votar en el día de las elecciones, y su nombre o bien no figura en la lista de votación, o bien figura como Votante Inactivo en_____ desde _____.

<div align="center">(Dirección)                                                                (Fecha)</div>

Usted aún es apto para votar hoy si se ha inscrito para votar en                anteriormente y si firma una afirmación bajo pena de perjurio en el sentido de que aún reside en                y ha sido residente continuamente en ya sea desde la fecha en que quedó listado como Votante Inactivo según se indica arriba, o bien (si su nombre no figura en la lista de votación) desde la última fecha en que figuró como votante inscrito. Si usted se ha mudado de residencia dentro de                , sírvase indicar a continuación su dirección anterior y su dirección nueva.

Yo, el suscrito _____ actualmente resido en        en _____ y he residido continuamente en                desde la fecha en que se me declaró Votante inactivo según se indica arriba, o bien desde la última fecha en que figuré en lista como votante inscrito.

Si usted se ha mudado de residencia dentro de                , sírvase indicar a continuación su dirección anterior y su dirección nueva.
Dirección anterior: _____
Dirección nueva: _____

Firmado bajo pena de perjurio:

_____   _____   _____   _____
*(Firma)*                        *(Fecha)*              *(Nombre en letra de molde)*      *(fecha de nacimiento)*

## *Para elecciones estatales únicamente — G.L. c. 51, § 1*

En una primaria o elección estatal únicamente, usted podrá votar en                usando la última dirección donde estuvo inscrito para votar, hasta que transcurran seis meses desde la fecha en que usted se mudó de                .

Yo, el suscrito _____ estuve inscrito como votante en                , pero me mudé a _____ el día _____.

<div align="center">*(Dirección actual)*                                 *(Fecha)*</div>

Por lo tanto, invoco mi derecho bajo las Leyes Generales, Capítulo 51, Sección 1ª de votar en la primaria o elección estatal que se realiza en la fecha que se indica abajo. Además, solicito que mi nombre se borre de la lista de votación por cuanto ya no soy residente de

Firmado bajo pena de perjurio:

_____   _____   _____   _____
*(Firma)*                        *(Fecha)*              *(Nombre en letra de molde)*      *(fecha de nacimiento)*

### WARDEN'S CERTIFICATE

This is to certify that the name of the voter listed above appeared on the Inactive Voting List for Ward _____, Precinct _____, Party _____, or was determined by the Board of Election Commissioners to be qualified to vote in this precinct in the election held on _____.

Attest:_____   _____
<div align="center">(Warden/ Clerk)                        (Date)</div>

### IDENTIFICATION FOR INACTIVE VOTERS

Was current address verified through identification: YES___ NO ____ (If identification is not presented, the voter must still be allowed to vote, but the clerk/warden must challenge the voter).

<div align="center">10 A</div>

## Massachusetts Official
# Mail-In Voter Registration Form





**William Francis Galvin**
*Secretary of the Commonwealth*

### How to use this form

1. Check all the boxes that apply to you.
2. Print your name: last name, first name, middle name or initial.
3. Print your former name, if applicable.
4. Print the address where you live now: number and street name or rural route number and box number (do not provide a post office box number), apartment number, city or town and full zip code. Use the map† at right if you cannot otherwise identify your address.
5. Print the address where you receive all your mail, if it is different from the address entered on #4.
6. Print your date of birth: month, day and year.
7. Federal law requires that you provide your driver's license number to register to vote. If you do not have a current and valid Massachusetts driver's license, you must provide the last four digits of your social security number. If you have neither, you must write "none" in this box.
8. It is optional to provide your telephone number. If you include your telephone number and do not check "unlisted" it will be a public record.
9. Check a party, 'no party' or print a political designation (not a party).
10. Print the address where you were last registered to vote.
11. If a person is helping you because you are physically unable to sign this form, that assisting person must print his or her name and address and has the option to print his or her telephone number.
12. Read the oath.
13. Print today's date.
14. Sign your name.

*This form may be mailed or hand-delivered to your city or town hall. If mailed, fold the form, tape it closed, place a first class stamp on it, print your city or town name and zip code for that city or town hall and drop into any mailbox.*

**You can use this form to:**
- register to vote in Massachusetts; and/or
- change your name or address for voter registration only; and/or
- join a party, change from one party to another or leave a party.

**To register to vote in Massachusetts you must:**
- **BE A U.S. CITIZEN;** and
- be a Massachusetts resident; and
- be at least 18 years old on or before the next election.

**Penalty for Illegal Registration:** Fine of not more than $10,000 or imprisonment for not more than five years or both.
- Massachusetts General Laws, chapter 56 section 8.

### Identification To Be Provided

Section 7 requires you to include your driver's license number or the last 4 digits of your social security number on this application. This information will be verified through the Registry of Motor Vehicles and the Commissioner of Social Security. If the information cannot be verified or you do not provide this information, you must provide identification either with this application or at your polling location when you go to vote. Sufficient identification includes a copy of a current and valid photo identification, current utility bill, bank statement, government check, paycheck or other government document showing your name and address.

|  | north |  |
|---|---|---|
| west |  | east |
|  | south |  |

†*Using landmarks, draw the location of the place where you live if you cannot describe that location as a number and street or as a rural route and box number.*

*Print all information in black ink. Follow above instructions for proper delivery.* **Do not use a photocopy of this form – use the original only!**

**1** | **Check all that apply:** Are you a Citizen of the United States of America? ☐ Yes   ☐ No
Will you be 18 years of age or older on or before Election Day? ☐ Yes   ☐ No
NOTE: If you checked "no" to **either** of these questions, do not complete this form.

**2** | **Full name:** *last name* | *first name* | *middle name or initial.* | *Jr. Sr. II III IV (circle one if appropriate)*
Miss Ms. Mrs. Mr.

**3** | **Former name** (if applicable): *last name* | *first name* | *middle name or initial.* | *Jr. Sr. II III IV (circle one if appropriate)*
Miss Ms. Mrs. Mr.

**4** | **Address where you live now** (street number, street name, rural route number and box number):
*street number / street name / rural route number and box number   apartment number   city or town* | *zip code + 4-digit*

**5** | **Address where you receive all your mail** (if different from #4):
*street number / street name / rural route number and box number   apartment number   city or town* | *zip code + 4-digit*

**6** | **Date of birth:** *month   day   year* | **7** | **Identification #:** *license # or last four digits of your Social Security #* | **8** | **Telephone** (optional): ☐ *Check if unlisted*
(   )   —

**9** | **Party enrollment or designation** (check one): ☐ *Democratic*  ☐ *Republican*  ☐ *Green-Rainbow*  ☐ *Working Families*
☐ *No Party (unenrolled)*  ☐ *Political Designation (not a political party):*

**10** | **Address at which you were last registered to vote:**
*street number / street name / rural route number and box number / post office box   apartment number   city or town   state   zip code + 4-digit*

**11** | If the applicant is unable to sign this form, give the name, address and telephone number (optional) of the person helping the applicant:
*name   address   telephone number (optional)*

**12** | I hereby swear (affirm) that I am the person named above, that the above information is true, that **I AM A CITIZEN OF THE UNITED STATES,** that I am not a person under a guardianship which prohibits my registering to vote, that I am not temporarily or permanently disqualified by law from voting because of corrupt practices in respect to elections, that I am not currently incarcerated for a felony conviction, and that I consider this residence to be my home. Signed under the penalty of perjury.

**13** | **Today's date:** *month   day   year* | **14** | **Signed:** *Sign your name here.*

10 EC cre B.S.

B. Poll Watchers                                                WD/AD/ED, if applicable: _____

    1.   Were any poll watchers present?     ☒ Yes    ☐ No

    2.   If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| ANDREW M. FISCHER | CAUCASIAN | TIM SCHOFIELD (C) |
| ALEX ZHANG | CHINESE | TIM SCHOFIELD (C) |
|  |  |  |

    3.   Did the election officials require the poll watchers to present any type of authorization?

       ☒ Yes   ☒ No   If so, what? *WARDEN PETER MUGFORD PERSONALLY KNOWS FISCHER THEY ARE FRIENDS PLUS WAS GIVEN A LIST OF POLL WATCHERS PERMITTED TO BE HERE*

       If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations. *HAD TO REMAIN JUST OUTSIDE OF ROPES AND COULD NOT ENTER INTO THE POLING AREA WHERE THE VOTERS ARE BEING SIGNED IN OR ON THE PATH TO THE VOTING MACHINES.*

    4.   Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?     ☒ Yes    ☐ No

       Explain any activities poll watchers were not permitted to observe.
*NOT PERMITTED IN THE VOTING BOOTHS OR IN THE SIGN IN AREA.*

---

C. While the Polls Were Open                                    WD/AD/ED, if applicable: _____

    1.   What time did the polls open? ___ *7 00 AM* ___
       Indicate how this information was obtained:

       ☒ Observation    ☐ Questioning election officials

    2.   Were the names of the absentee voters marked on the poll list?  ☐ Yes    ☐ No

    3.   Were the absentee ballots delivered to the polls?  ☐ Yes   ☐ No
       If so, by whom? _____
       *If "no", proceed to question 5 of this section.*

    4.   Were the absentee ballots counted at the polls?

       ☐ Yes    ☐ No    ☐ Not Observed

Initials:

*BAJ*

*CKC*

*SMR*

11

5. What voting system(s) for regular ballots was used in the polling place?

   a. Direct recording electronic machines (DRE)?     ☐ Yes     ☐ No

       If yes, was the machine set to zero before voting began?

        ☐ Yes     ☐ No     ☐ Not Observed

       Was there an activator card (a device that the voter inserts into the machine to begin

       voting) given to the voter?     ☐ Yes     ☐ No

       If yes, who programmed the activator card? _____

   b. Lever machines?     ☐ Yes     ☐ No

       If yes, were the keys delivered in a sealed envelope on the outside of which was

       written the machine number and the protective counter number?

        ☐ Yes     ☐ No     ☐ Not Observed

       Did the public counter register zero before voting began?

        ☐ Yes     ☐ No     ☐ Not Observed

       If not, what number did the counter show? _____

       Was the machine locked before voting began?

        ☐ Yes     ☐ No     ☐ Not Observed

   c. Punch cards?     ☐ Yes     ☐ No

       If yes, where were voted ballots deposited by the voter?

        ☐ Ballot box

        ☐ Scanner

        ☐ Poll Official

        ☐ Other (explain)

       If there was a scanner:

       Did it reject any ballots voters inserted? ☐ Yes ☐ No     ☐ Not Observed

       Was it set to zero before voting began? ☐ Yes ☐ No     ☐ Not Observed

       Were privacy sleeves used to keep ballot choices secret?

        ☐ Yes     ☐ No     ☐ Not Observed

**Initials:**

d.  Optical scan cards ?                                    ☒ Yes        ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☒ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?  ☐ Yes  ☒ No      ☐ Not Observed

Was it set to zero before voting began?  ☐ Yes  ☐ No      ☒ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☒ Yes      ☐ No         ☐ Not Observed

e.  Paper ballots?                                         ☐ Yes        ☐ No

If yes, was the ballot box emptied?                        ☒ Yes        ☐ No

Were the blank ballots counted/numbered?

☐ Yes      ☒ No       ☐ Not Observed

How many ballots were provided to the polling place?     _____

Was the ballot box locked prior to the start of voting?

☐ Yes      ☐ No         ☒ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☒ Other (explain)

**Initials:**

13

6. If *DRE* or lever *voting machines* were used:

☐ Not applicable to this election

a. Did the voter receive any form from the poll official indicating he/she was permitted to vote?　　☐ Yes　☐ No
If so, from whom? _____

b. Was there any time limitation imposed on voters?　　☐ Yes　☐ No
If so, how long? _____

c. Did any voter attempt to use a marked sample ballot?　　☐ Yes　☐ No

If so, was the voter allowed to do so?　　☐ Yes　☐ No
If not, who prevented its usage? _____

7. If *paper ballots, punch cards, or optical scan cards* were used:

☐ Not applicable to this election

a. From whom did the voter receive the ballot? _Wendy Lee_

b. Where did the voter go to mark the ballot? _booth or auto mark machine_

c. Was any time limitation imposed on voters?　　☐ Yes　☒ No
If so, how long? _____

d. Did any voter attempt to use a marked sample ballot?　　☐ Yes　☒ No

If so, was the voter allowed to do so?　　☐ Yes　☐ No
If not, who prevented its usage? _____

e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

☒ Yes　☐ No

## D. Determining a Person's Eligibility to Vote

*Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the following questions:*

1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine the voter's registration status.

Michael Adde was using the City of Boston Preliminary Municipal Election Book. Michael asked for the voter's address & last name only. It was not a common practice to request ID to anyone. People voluntarily provided their IDs, such as birth certificate, driver license, etc.

Initials: _____

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☒ Yes ☐ No          Explain.

*Mr. Russell called the county election to verify if the voter was registered or not.*

3. If a person was registered in another precinct, what instruction, if any, was the voter given?

*Michael Addeo informed that voters were instructed with the to go to their assigned precinct providing the voters with the address.*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?

*Michael Addeo informed that persons were instructed to fill the mail-in voter registration form & mail it. He also indicate that they would not be able to vote until the next election.*

5. Were any officials available at or near the polling place to register persons to vote?

☒ Yes ☐ No
If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
| Francis S. Russell | Clerk | Ward 21 Precinct 13 |
|  |  |  |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?          ☒ Yes ☐ No          Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

*Michael Addeo asked to voters:*
*① Address          ③ Verification (ID) is not requested*
*② Name & last name*

Initials: SMR
BAP
CKC

*If the voters were found in the City of Boston Preliminary Municipal Election Book, then Michael Addeo allows them to vote. He does not ask for Identification*
*\* Voters provided voluntarily Identification though*



E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

   □ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place.

CKC

CANTONESE CHINESE & RUSSIAN WERE THE MINORITY LANGUAGES
   SPOKEN. OBSERVERS COULD NOT UNDERSTAND
   RUSSIAN. CHINESE WAS SPOKEN FOR ELECTION-RELATED
                                              QUESTIONS.

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?

   INSPECTOR WENDY LEE, WHO DID THE CHECK-INS,
   WOULD SPEAK CHINESE TO CHINESE VOTERS, SUCH
   AS, "DO YOU NEED CHINESE BALLOTS?"

   b. Were there any minority voters who were unable to sign their names?
      □ Yes  ☒ No  CKC  UNABLE TO OBSERVE
      If so, were they offered assistance in the minority language in casting their ballots?

      □ Yes  □ No        If not, explain.

Initials:

SMR
CKC
BJ

16

   c. Did any voter who requested minority language assistance fail to receive such

      assistance?    ☐ Yes   ☒ No *CKC*   If so, explain the circumstances.

                             *UNABLE TO OBSERVE*

3. a. Did any poll official or interpreters provide instruction *in a minority language*
     on how to cast the ballot (e.g., how to use the machine, how to mark or punch the
     ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is

     allowed, how many votes may be cast for a given office, etc.)?  ☒ Yes   ☐ No

    *If so, prepare one C4 Chart (page 30) for each official who gave such instructions and
    one C1 Chart (page 27) for each voter assisted by that official during the time the
    Observer is recording the interpretation of the instructions.  Observe as many instances
    of assistance by that official as necessary to accurately and completely record in
    English the instructions given in the minority language.  Enclose in quotation marks
    (" words") all words, if any, spoken in English by the official.  Include in the
    "Explanation" part of the C1 Chart any additional information.  As an example, if the
    instructions given by the official varied during the day, describe when it varied and
    how it varied for that official.*

  b. Where was the instruction given?

     ☒ Inside the booth (or while voter is voting)

     ☒ Outside the booth (or before the voter began to vote)

    If *outside* the booth, specify where:   *AT SCANNER*

    If instruction was given in the minority language on how to cast a ballot and was done so
    *outside* of the voting booth (or before the voter began to vote), generally how much time
    elapsed between the completion of the instruction and the time the voter entered the booth
    (or began to vote)?   _____

4. a. Was an interpretation of the ballot provided in the minority language to voters?

    ☐ Yes   ☒ No *CKC*    *UNABLE TO OBSERVE*

    *If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for
    each official who gave such interpretation and one C1 Chart (page 27) for each voter
    assisted by that official during the time the Observer is recording the interpretation of
    the ballot.  Observe as many instances of assistance by that official as necessary to
    accurately and completely record in English the interpretation given in the minority
    language (typically, at least 5 instances, if possible).  Enclose in quotation marks
    (" words") all words, if any, spoken in English by the official.  Include in the
    "Explanation" part of the C1 Chart any additional information.  As an example, if the
    interpretation given by the official varied during the day, describe when it varied and
    how it varied for that official.*

Initials:



b. Where was the interpretation given? ~~CKC~~ *UNABLE TO OBSERVE*

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

## F. Delays in Voting

1. What was the average number of voters waiting in line to vote during the day? *10*

2. What was the average length of time voters had to wait to vote? *10 minutes*

3. Was there any time during the day when voters had to wait more than 15 minutes to vote?

   ☒ Yes    ☐ No    If so, provide the following information:

   a. The time the line formed *3:15 PM* and the number of voters in line *15*

   b. What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):
      *- To sign in and have access to the poll area*
      *- To enter a voting booth*
      *Due to: Installation of light bulbs in ceiling &*

   c. What action, if any, did poll officials take to alleviate the delay? *at booths.*
      *[see pg 22] They [Warder & Clerk] were allowing people to have access to the poll area one by one.*

## G. Challenged, Affidavit, or Provisional Ballots

| ☐ Not applicable to this coverage |
| --- |

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1. Were challenged, affidavit, or other provisional-type ballots used?

   ☐ Yes    ☐ No    ☒ Not Observed

   *CKC    UNABLE TO OBSERVE*

**Initials:**

18

*CKC*
*SMR*

On what basis did the poll worker give the provisional ballot(s)?

Francis S. Russell informed that provisional ballot is used when registered voters are not in the preliminary poll register.

What language(s) were the ballots in? _English, Spanish & Chinese_

2. What voting system is used for provisional ballots?

   ☐ DRE?   ☐ Lever?   ☐ Optical Scan Card?   ☐ Punch Card?   ☒ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☐ Yes   ☒ No
   What languages were the form/envelope in? _____

4. According to poll workers, under what circumstances are these provisional ballots used?

   Francis S. Russell informed that provisional ballots are used when registered voters are not found on the preliminary poll register and they affirm that they are registered voters.

5. Did the poll worker provide written information to the provisional voter?
   ☐ Yes   ☒ No  SMR   Observer unable to observe
   In what language(s)? _____
   What did the document say?

   Francis S. Russell informed that they don't have a provisional ballot form (official). Instead, they are using a Blank paper.

6. Did the document include information on how a voter can determine if his or her
   provisional ballot has been counted? ☐ Yes   ☐ No   ☒ Not provided

7. Were these provisional ballots kept separate from other ballots?
   ☐ Yes   ☐ No   ☒ Not Observed

8. Were these provisional ballots counted at the polls?
   ☐ Yes   ☐ No   ☒ Not Observed

Initials:

_BW_
_GCC_
_SMR_

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? *See on bottom page*

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?    ☐ Yes    ☐ No

   If so, what were they taught in that training?

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?

   ☐ Yes    ☐ No    If so, describe.

4. Did you observe any voters being asked for identification? ☐ Yes    ☐ No
   On what grounds were they asked?

   What form(s) of ID were the poll workers willing to accept?

   If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot?    ☐ Yes    ☐ No
   Please describe what occurred.

I.  Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials: SMR
CKC
BA

20

*Per captain orders, poll workers will not be interviewed (6:00 PM) due to hostile situation. [see more pg 22]*

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on ***how to translate the contents of the ballot or how to provide procedural instructions in the minority language***?    ☐ Yes    ☒ No    *PER UUN LEE & TONG TCHEN CKC*

   Did they receive notice that such a training session was scheduled?    ☐ Yes    ☒ No    Explain.

   ***If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".***

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training ***specifically on how to translate the ballot or how to provide procedural instructions in the minority language***, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. ***Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.***

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. Was part or all of the training conducted in the minority language?    ☐ Yes    ☐ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)?    ☐ Yes    ☐ No    If so, specify: _____
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes    ☐ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes    ☐ No

   Did they find the audio-visual aid(s) helpful?    ☐ Yes    ☐ No
   Describe any comments about the audio-visual aid(s).

Initials: *SMR*
*CKC*
*BLT*

*Poll workers were not interviewed per Captain, orders. [see more pg 22]*

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

---

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.). *6:30 TILL 700 FRANK RUSSEL (CLERK) AND PETR MUGFORD (WARDEN) "WE ARE TOO BUZY TO TALK TO YOU NOW WE ARE SETTING UP." TOLD RUDELY TO STAY ON THE OTHER SIDE OF THE ROOM ACROSS THE GREEN STRIP THAT DIVIDED THE ROOM IN HALF.*
*(SEE 22 A$ - C ; 22 AA - EL)*

B. Provide information on the presence of any law enforcement officials and any of their activities you observed. *BOSTON POLICE OFF. DERRICK LEVY 700 AM TILL DET. SANDRA MARTIN - GOWS 3:30 PM TILL 330 PM "CHECKED LOG BOOK FOR NAME OF VOTER JUST BEFORE BALLOT WAS FEED INTO BALLOT BOX.*

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.
*NO MEDIA OBSERVED BY ANY FEDERAL OBSERVERS.*

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).
*@ 820 AM F.O. CONRAD CHIN WITNESSED ONE CHINESE VOTER WAS CHECKING IN AND ALINE WAS FORMED (A FEW VOTERS BEHIND HER) A POLL WORKER (INSPECTOR ALEKSANDR PRUZAN) SHOVED THIS VOTER ASIDE (HANDS ON SHOULDER) AFTER SHE COMPLETED CHECK IN SO THAT OTHER VOTERS CAN CHECK-IN.*
*(SEE 22 AA )*

✱ E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*
*@ 6:55 AM CLERK FRANK RUSSEL STATED " EVERYONE HERE IS AN INSPECTOR, ON YOUR I.D. BADGE WRITE IN YOUR OWN LANGUAGE THAT TITLE SO PEOPLE WILL KNOW TO COME TO YOU FOR ASSISTANCE".*
*SEE 22 B FRANK RUSSEL STATED TO THE RUSSIAN AND CHINESE TRANSLATER TO WRITE THE (INSPECTOR) ~~FILE~~ IN THEIR LANGUAGE ON THEIR I.D. BADGE*

Initials:
*CLC*
*[signature]*
*SMR*

22

CONTINUATION
FROM 22/5. GENERAL E          (F.O. FEDERAL OBSERVER)

@ 7:00 AM  ATTORNEY ANDREW M. FISCHER  I TOLD HIM THAT I WAS
A FEDERAL OBSERVER  HE STATED HE IS A POLE WATCHER
FOR (C) TIM SCHOFIELD; HANDING ME (BRUCE TARASKA F.O.) HIS
BUSINESS CARD.  THEN STATED "I'M THE REASON YOUR HERE
BECAUSE I AM THE ONE WHO FILED ALL THE COMPLAINTS!"
MR FISCHER THEN ASKED FOR DOJ PUBLIC AFFAIRS AND
COMPLAINT LINE PHONE NUMBERS.   ASKED FOR A SEAT
THEN SAT AT OUR TABLE UNINVITED. TEAM LEADER CONRAD CHIN F.O.
STATED WE CANT SIT AT THE SAME TABLE.  I STATED
"WE HAVE CONFIDENTIAL REPORTS WE NEED TO WORK ON." STILL STAYED
F.O. SHEILLA RODRIGUEZ RETURNED TO THE TABLE AND ASKED
WHAT IS HAPPENING. MR FISCHER STATED "I'M THE REASON
YOU ARE MOVING TO ANOTHER TABLE!"  Bruce Taraska

@ 7:30 AM  2ND PERSON JOINED AND SAT DOWN NEXT TO MR FISCHER.
WHEN ALONE I ASKED WHO HE WAS, HE STATED "ALEX ZHANG
CHINESE INTERPRETER". THEN MR FISCHER CAME RIGHT UP
TO ME AND STATED "HE WORKS FOR ME." POINTING AT HIS
CHEST. LIKE I AM NOT ALLOW TO TALK ANY MORE TO MR ZHANG.
Bruce Taraska

@ 8:00 AM  MR FISCHER STATED TO ME THAT; "WARDEN PETER MUGFORD
IS NEW TO THIS POLLING PLACE AND IS HERE TO CLEAN IT UP!"
Bruce Taraska

@ 9:00 AM ARRIVED
2 PEOPLE FROM THE COMMONWEALTH OF MASSACHUSETTS
ENFORCEMENT CASE MANAGERS BEN MASCOLO AND LEFT
DANIELLE SHERBERTES REMAINED TILL WE LEFT @ 5:30 PM
Bruce Taraska

@ 7:00 AM ARRIVED
JOE VITALE WITH ESS ELECTION SYSTEM + SOFTWARE
MADE SURE AUTO MARK MACHINE WAS ON AND WORKING
FOR THE HANDICAP VOTE.  STAYED TILL POLLS CLOSED 8:00 PM.
Bruce Taraska

Initials:
CW
BAT
SMR

22 _B_

CONTINUATION 2 of
FROM 15. GENERAL A.

AT TIMES WE WERE ALLOWED IN CLOSE TO OBSERVE ASSISTANCE
AND TALK TO POLL WORKERS. THEN AT 2:30 PM ORDERED
OUT OF THE VOTING AREA FOR UNKNOW REASON. WE WERE TOLD ~~THE~~
~~———————~~ NOT TO TALK TO THE VOTERS UNTILL THEY
WERE ON THE WAY OUT AND HAD VOTED.  IT BECAME
VERY HARD TO NEAR IMPOSIBLE TO HEAR FROM THAT DISTANCE
TO PERFORM OUR DUTIES OR SEE IF A PERSON WAS NOT PERMITTED TO VOTE!

EXAMPLE, RUSSIAN SPEAKING ▮▮▮▮ VOTER    TIME 10:20 AM ~~Bruce Jaroska~~
THE RUSSIAN INTERPRETER GAVE ME ~~HIS~~ ADDRESS IN ENGLISH    SEE CHART B #26
   SOTIYA KUGEL                                  WAS ↗ NOT PERMITTED ~~~
(AS REQUESTED AT MONDAYS BREIF) I ASK FOR HIS PHONE NUMBER.
▮▮▮▮ VOTER FREELY STATED IN RUSSIAN AND INTERPRETER (SOFIYA)
REPEATED IT IN ENGLISH SO I COULD CAPTURE IT CORRECTLY.

WARDEN PETER MUGFORD TOLD TEAM LEADER CONRAD CHIN
THAT I AM NOT TO ASK A VOTER FOR THEIR PHONE NUMBER AGAIN!
"THAT IS PERSONAL INFORMATION JUST LIKE A SOCIAL SECURITY NUMBER."
AT NO TIME WAS VOTER ASKED FOR SOCIAL SECURITY NUMBER.
                                                        Bruce Jaroska

CONTINUATION
   FROM 18 F ③

   THE POLLING AREA WAS DARK DUE TO ~~THE~~ CONSTRUCTION BEING
DONE BUT NOT FINISHED. THE POLLWORKER CALLED CITY HALL
AND THEY RESPONDED BY SENDING IN SOME ELECTRICIANS TO
HANG SOME TEMPERRY EMERGENCY LIGHTING. BUT WITH LADDERS
AND EXTENSION WIRES IN VOTERS WAY. ELDERS IN WALKERS/CANES
HAD A HARD TIME STEPPING OVER THE WIRES ON THE FLOOR.
   THIS TOOK HOURS TO COMPLETE. SLOWED DOWN THE VOTING
PROCESS.
                                                        Bruce Jaroska

Initials:
CKC
BSJ
SMR

22 A

Page 20 & 21 were not completed due to hostile situation. At 4:40 PM, Observer was trying to fill the questions on page 20 & 21 mentioned pages. With the authorization & presence of attorney (Steve Wright), Observer went to ask the clerk (Mr. Russell) for assistance to complete those questions. Unfortunately, the clerk refused to cooperate in answering these questions. I tried to persuade him but I was to change his mind but I was unsuccessful. Since the attorney noticed signs of confrontation, he prevented me to ask more questions to him and to other poll officials.

Page 14 & 15 → Observer (Sheilla Rodriguez) while completing & observing the determination of eligibility's status for vote (process) given by Michael Addeo (inspector), the warder was trying to look into my notebook to see my notes. I had to move to the wall (behind my back) behind him.

AT 7:45 AM    WARDEN INFORMED OBSERVERS

COULD INTERVIEW POLL WORKERS WHEN THEY ARE NOT

BUSY. BEFORE POLL OPENED, FRANK RUSSELL

TOLD OBSERVERS WE COULD NOT GET IN POLL AREA.

AT 8:00 AM    WARDEN ~THEN~ INFORMED OBSERVERS THAT WE

CAN GO INTO THE POLLING AREA TO OBSERVE

LANGUAGE ASSISTANCE. WE DID THIS UNTIL

HE CHANGED HIS MIND LATER IN THE AFTERNOON.

AT 8:20 AM., WHILE ONE CHINESE-SPEAKING VOTER WAS

CHECKING IN, AND A LINE WAS FORMED ( A FEW

VOTERS BEHIND HER), A POLL WORKER

(INSPECTOR ALEKSANDR PRUZHAN) GENTLY

PUSHED ~~————~~ THIS VOTER ASIDE ^AFTER SHE COMPLETED CHECK-IN SO THAT OTHER
CKC

VOTERS CAN CHECK-IN.

AT 9:45 AM., THERE WERE A FEW CHINESE-SPEAKING

VOTERS COMING IN AT THE SAME TIME.

ONE CHINESE VOTER WANTED TO REGISTER

TO VOTE. ANOTHER CHINESE-SPEAKING VOTER BEHIND HER

BECAME IMPATIENT AND LEFT.

AT 2:30 PM, WHILE OBSERVER WAS OBSERVING

A CHINESE LANGUAGE ASSISTANCE, WARDEN

INFORMED OBSERVER NOT TO GO INTO

Initials:    22 ~AA~ THE POLLING AREA
CKC    OBSERVER (CHIN)

THEN LEFT THE POLL AREA

CKC
~SLL~
SMR

AT 2:45 P.M. POLL WORKER FRANK RUSSELL & WARDEN REQUESTED OBSERVERS TO PROVIDE THEM OUR CREDENTIALS AND AUTHORIZATION LETTER. CO-CAPTAIN WAS ON-SITE, AND HE TALKED WITH POLLED WORKERS ABOUT THIS REQUEST. OBSERVERS THEN PROVIDED INFORMATION REQUESTED TO FRANK RUSSELL.

AT 2:50 PM, CO-CAPTAIN INSTRUCTED OBSERVERS TO FOLLOW WARDEN'S INSTRUCTIONS (I.e. DO NOT GO INTO THE POLLING AREA).

AT 3:30 P.M. DOJ ATTORNEY (STEVE) ARRIVED. OBSERVER EXPLAINED SITUATION TO ATTORNEY.

AT 3:45 PM CO-CAPTAIN INSTRUCTED OBSERVERS TO CONCENTRATE ON WRITING THE REPORT

AT 4:00 PM OBSERVER WAS INSTRUCTED BY DOJ ATTORNEY (JERRY) JARED SLADECK TO ASK THE WALDEN AGAIN IF OBSERVERS CAN GO INTO POLLING AREA. IT HAPPENED ATTORNEY (STEVE) ALREADY TALKED TO WARDEN ABOUT THIS. WARDEN TOLD DOJ ATTORNEY OBSERVERS CAN GO INTO POLLING AREA, BUT NOT INTERVIEWING VOTERS UNTIL THEY ARE OUT OF POLL AREAS.

Initials:

22 DB

SMR
CLS
CKC

AT 5:25 pm. A CHINESE VOTER CAME IN AND NEEDED LANGUAGE ASSISTANCE. DOJ ATTORNEY (STEVE WRIGHT) INSTRUCTED OBSERVER TO GO BACK TO POLLING AREA TO OBSERVE LANGUAGE ASSISTANCE. WARDEN WAS NOT IN POLLING AREA WHILE OBSERVER WAS THERE. WARDEN SAW OBSERVER EXITING FROM POLLING AREA AND SAID NOTHING.

AT 5:40 pm. TWO CHINESE-SPEAKING VOTERS CAME IN AND NEEDED LANGUAGE ASSISTANCE. OBSERVER STOOD NEXT TO THE CHECK-IN TABLE, AND WAS ABLE TO GET THE NAME OF ONE VOTER ONLY (██████████). THERE WAS ANOTHER NON-ASIAN VOTER WAITING, SO OBSERVER DECIDED TO GET THE NAME FROM POLL WORKER LATER. OBSERVER FOLLOWED

Initials:

22  RC  CKC

VOTERS TO POLLING AREA AND OBSERVE LANGUAGE ASSISTANCE.

SMR
CKC

5:40 PM    OBSERVER RETURNED TO CHECK-IN TABLE TO GET THE NAME OF SECOND VOTER. POLL WORKER FRANCIS RUSSELL CAME OVER AND ASKED WHAT WAS GOING ON. OBSERVER RESPONDED THAT HE WAS TRYING TO GET THE NAME OF THE VOTER. RUSSELL RESPONDED OBSERVER CANNOT COME BACK TO GET THE NAME BECAUSE IT WOULD DISRUPT THE POLL WORKER. HE SAID OBSERVER HAD TWO CHANCES = AT CHECK-IN & AT CHECK-OUT, TO GET THE NAMES. WALDEN THEN CAME OVER AND TOLD THE OBSERVER HE WAS TOO CLOSE IN OBSERVING THE ASSISTANCE, THE OBSERVER WAS INVADING THE PRIVACY OF THE VOTER. HE SAID THE OBSERVER SHOULD BE ABOUT THREE FEET AWAY FROM THE BOOTH DURING OBSERVATION.

Initials:

CKL
BH
SMR

22    DD
CKL

SOME CHINESE VOTERS HAD VOLUNTARILY SHOWED THEIR ID, OR ASKED FOR THEIR ID BY POLL WORKERS. SOME POLL WORKERS WHO ASKED FOR ID FROM CHINESE ~~POLL WORKERS~~ CRC WERE CHINESE VOTERS

POLL WORKERS.

AT MID-MORNING, WARDEN INFORMED (CHIN) OBSERVER THAT ANOTHER OBSERVER SHOULD NOT BE ASKING FOR PHONE NUMBER FROM VOTER, SINCE THIS WAS PRIVATE INFORMATION.

Initials:

CRC
SMR

22 EE

IN ADDITION TO THE 27 CHINESE LANGUA VOTERS
THAT NEEDED LANGUAGE ASSISTANCE, THE
OBSERVER (CHIN) ESTIMATED THERE
WERE TEN TO FIFTEEN OTHER CHINESE—
SPEAKING VOTERS WHO CAME
TO THE PRECINCT. ALSO, THERE WERE
OTHER CHINESE-SPEAKING VOTERS THAT OBSERVER
WAS UNABLE TO OBSERVE. SOME
CHINESE-SPEAKING VOTERS DECLINED
LANGUAGE ASSISTANCE EVEN THOUGH THEY MAY BE MORE
COMFORTABLE CHINESE
SPEAKING

Initials:

22

☐ None Observed
☒ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET     WD/AD/ED, if applicable: _____

| PERSONS PERMITTED TO VOTE | | | | |
|---|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | Totals | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Subtotal | | | | |
| Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

CKC
BLJ
SMR

23

*\* OBSERVERS WERE UNABLE TO MONITOR DURING THE ENTIRE TIME*

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 7 Am / 8 Am | WENDY LEE | 1 | | | | | | 1 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 8 Am / 9 Am | WENDY LEE | 1 | | | | | | 2 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 9 Am / 10 Am | TONG TUCHEN | 5 | | | | | | 7 |
| | VUN LAN | 2 | | | | | | 9 |
| | | | | | | | | |
| | Family/Friend | 1 | | | | | | 10 |
| 10 / 11 Am | VUN LIN | 2 | | | | | | 12 |
| | WENDY LEE | 1 | | | | | | 13 |
| | ALEXSANDR PRUZHAM | | | | | 1 | | 14 |
| | Family/Friend | | | | | | | |
| | | | | | | | **Subtotal** | 14 |
| | | | | | | | **Grand Total (if last page of tally sheet)** | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

SMR
CLL
BSJ

C = CHINESE
V = VIETNAMESE
R = RUSSIAN

24 A

*OBSERVERS WERE UNABLE TO MONITOR THE ENTIRE TIME.

☐ None Observed
☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 11 Am 1 12 NOON | TONG TUCHEN | 2 | | | | | | 16 |
| | WENDY LEE | 2*6 CKC | | | | | | 22 |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 12 pm 1 1 pm | WENDY LEE | 2 | | | | | | 24 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 1 pm 1 2 pm | | 1 | | | | | | 25 |
| | SOFIYA KUGEL | | | | | 1 | | 26 |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 2 1 3 pm | SOFIYA KUGEL | | | | | 1 | | 27 |
| | LYUBOV LEKHTSIOR | | | | | 1 | | 28 |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | 28 |
| | | | | | | Grand Total (if last page of tally sheet) | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)
Initials:

BAI
CKC
SMR

C = CHINESE
V = VIETNAMESE
R = RUSSIAN   24 B

& OBSERVERS WERE UNABLE TO MONITOR
THE ENTIRE TIME.

□ None Observed
□ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters C | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 3 pm \| 4 pm | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 4 pm \| 5 pm | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 5 pm \| 6 pm | Tong Tchen Tong CKC | AK CKC | 3 | | | | | 31 |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 6 pm \| 7 pm | Tong Tchen CKC | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | 31 |
| | | | | | | Grand Total (if last page of tally sheet) | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:
SMK
CKC
TLT

24 C

✗ OBSERVERS WERE UNABLE TO MONITOR
THE ENTIRE TIME

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | |
| | | | | Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)
**Initials:**

*BAI*
*CKC*
*SMR*

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ██████████ | C | 10:30 am | ██████████ | C/V | 11:30 |

| Address | Address |
|---|---|
| ████ STREET, DID NOT GET THE PHONE # | UNKNOWN |

| Federal Certificate of Eligibility Number, if any | Federal Certificate of Eligibility Number, if any |
|---|---|
| N/A | N/A |

| Language Spoken *(if other than English)* | Language Spoken *(if other than English)* |
|---|---|
| CHINESE | UNKNOWN * |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|
| PETER MUGFORD | W | WENDY LEE | C |

| Reason for Not Permitting Vote | Reason for Not Permitting Vote |
|---|---|
| VOTER NOT REGISTERED TOLD | VOTER NOT REGISTERED TOLD |

| Specify what the official did or suggested that the voter do in order to vote. | Specify what the official did or suggested that the voter do in order to vote. |
|---|---|
| REGISTER | NONE |

| Reason Voter Believes He/She Should Be Permitted to Vote | Reason Voter Believes He/She Should Be Permitted to Vote |
|---|---|
| SHE THOUGHT SHE VOTED AT THIS SITE BEFORE | UNKNOWN (SEE VOTER WAS A CKC MUTE) |

| Information obtained from: | Information obtained from: |
|---|---|
| ☒ Observation | ☒ Observation |
| ☐ Questioning Voter | ☐ Questioning Voter |

Initials:

26



CKC
BA
SMR

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name ███████████ | Race W | Time 1020 | Name | Race | Time |
|---|---|---|---|---|---|
| Address ███████████ | | | Address | | |
| Federal Certificate of Eligibility Number, if any N/A | | | Federal Certificate of Eligibility Number, if any | | |
| Language Spoken *(if other than English)* RUSSIAN | | | Language Spoken *(if other than English)* | | |
| Name/Title of Official Not Permitting Vote FRANK RUSSEL | Race W | | Name/Title of Official Not Permitting Vote | Race | |
| Reason for Not Permitting Vote VOTER A NOT REGISTERED TOLD | | | Reason for Not Permitting Vote | | |
| Specify what the official did or suggested that the voter do in order to vote. REGISTER | | | Specify what the official did or suggested that the voter do in order to vote. | | |
| Reason Voter Believes He/She Should Be Permitted to Vote LIVES HERE AND WANTS TO VOTE HERE! | | | Reason Voter Believes He/She Should Be Permitted to Vote | | |
| Information obtained from: ☒ Observation ☐ Questioning Voter | | | Information obtained from: ☐ Observation ☐ Questioning Voter | | |

Initials:

CKC
BSL
SMR

26 A

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ██████████ | W | 1:10 P.M. | | | |
| **Address** ██████ PERSON DID NOT PROVIDE PHONE # BRIGHTON MA 02135 | | | **Address** PHONE # | | |
| **Federal Certificate of Eligibility Number, if any** N/A | | | **Federal Certificate of Eligibility Number, if any** | | |
| **Language Spoken** *(if other than English)* RUSSIAN | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Official Not Permitting Vote** MICHAEL D. ADDEO | Race W. | | **Name/Title of Official Not Permitting Vote** | Race | |
| **Reason for Not Permitting Vote** VOTER TOLD NOT REGISTERED JUST BECAME A U.S. CITIZEN THIS AUGUST | | | **Reason for Not Permitting Vote** | | |
| **Specify what the official did or suggested that the voter do in order to vote.** REGISTER CARD HELP THEM FILL IT IN | | | **Specify what the official did or suggested that the voter do in order to vote.** | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** LIVES ON THIS STREET | | | **Reason Voter Believes He/She Should Be Permitted to Vote** | | |
| **Information obtained from:** ☒ Observation ☐ Questioning Voter | | | **Information obtained from:** ☐ Observation ☐ Questioning Voter | | |

Initials:

CKC
BAd
SMR

26 B

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ███████████ | Korean | 3:45 | | | |
| **Address**<br>DID NOT GET ADDRESS OR PHONE # | | | **Address** | | |
| **Federal Certificate of Eligibility Number, if any**<br>N/A | | | **Federal Certificate of Eligibility Number, if any** | | |
| **Language Spoken (if other than English)** | | | **Language Spoken (if other than English)** | | |
| **Name/Title of Official Not Permitting Vote**<br>MICHAEL ADDEO | **Race**<br>W | | **Name/Title of Official Not Permitting Vote** | **Race** | |
| **Reason for Not Permitting Vote**<br>MICHAEL CKC TOLD VOTER A NOT REGISTERED | | | **Reason for Not Permitting Vote** | | |
| **Specify what the official did or suggested that the voter do in order to vote.**<br>REGISTER | | | **Specify what the official did or suggested that the voter do in order to vote.** | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** | | | **Reason Voter Believes He/She Should Be Permitted to Vote** | | |
| **Information obtained from:**<br>☐ Observation<br>☐ Questioning Voter | | | **Information obtained from:**<br>☐ Observation<br>☐ Questioning Voter | | |

Initials:

CKC
BLJ
SMR

26 C

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ████████████     Race: _C_     Begin Time: _8:25_     End Time: _8:30_

Interpreter or Election Official: _VUN LIN_     Observer: _C. CHIN_

Assistance Occurred: ☑ Inside the booth (or while voter is voting)
☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | CHINESE |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | ✓ | | | CHINESE |

Explanation:     VOTER TRIED TO CHECK OUT WITHOUT FILLING IN BALLOT. SHE WAS ASSISTED BY POLL WORKER VUN LIN.

Initials:
_BLJ_
_CKC_
_SMR_

27 _A_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _NAME NOT PROVIDED_    Race: _C_    Begin Time: _9:15 AM_    End Time: _9:20 AM_

Interpreter or Election Official: _TONG TUCHEN_    Observer: _C. CHIN_

Assistance Occurred:  ☑ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | CHINESE |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | ✓ | | | CHINESE |

Explanation:

_VOTER REFUSED TO PROVIDE HER NAME._

Initials:

_BH_
_GU_
_SMR_

27 _B_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

*NAME NOT PROVIDED*

Voter: ▓▓▓▓▓▓    Race: _C_    Begin Time: _9:30_  End Time: _9:35_

Interpreter or
Election Official: _YUN LIN_    Observer: _C. CHIN_

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, **(if other than language):** _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | | |
| Ask voter for choice of assistor | | | | |
| Permit the voter's choice of assistor | | | | |
| Name each candidate on the ballot | | | | |
| Name the political parties for each candidate on the ballot | | | | |
| Name each office on the ballot | | | | |
| Explain each proposition on the ballot | | | | |
| Explain when the voter can vote for more than one candidate for an office | | | | |
| Allow the voter to mark the ballot | | | | |
| Mark the ballot contrary to the voter's wishes | | | | |
| Attempt to rush the voter through the ballot | | | | |
| Explain write-in procedures | | | | |

Explanation:    DID NOT OBSERVE THE CHINESE
LANGUAGE ASSISTANCE

Initials:
*CLC*
*SMR*

27 _C_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _NAME NOT_____    Race: _C_____    Begin Time: _9:30_    End Time: _9:35_

Interpreter or Election Official: _PROVIDED_ _VUN LIN_____    Observer: _C. CHIN_____

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | | |
| Ask voter for choice of assistor | | | | |
| Permit the voter's choice of assistor | | | | |
| Name each candidate on the ballot | | | | |
| Name the political parties for each candidate on the ballot | | | | |
| Name each office on the ballot | | | | |
| Explain each proposition on the ballot | | | | |
| Explain when the voter can vote for more than one candidate for an office | | | | |
| Allow the voter to mark the ballot | | | | |
| Mark the ballot contrary to the voter's wishes | | | | |
| Attempt to rush the voter through the ballot | | | | |
| Explain write-in procedures | | | | |

Explanation:    DID NOT OBSERVE THE CHINESE LANGUAGE ASSISTANCE

Initials:
D.A.
CAC
SMR

27 D

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _____    Race: _C____    Begin Time: _9:30_ _Am_    End Time: _9:35_ _A.m._

Interpreter or Election Official: _TONG TUCHEN_____    Observer: _C. CHIN_____

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | ✓  CHINESE |
| Mark the ballot contrary to the voter's wishes | ✗ ccu | | chcu ✗ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | ✓ | | | CHINESE |

Explanation:

Initials:
*BAJ*
*CKC*
*SMR*

27 己

☐ None Observed
☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ████████████ _____ Race: _C_ Begin Time: _9:35_ End Time: _9:40 Am._

Interpreter or Election Official: _TONG TUCHEN_ Observer: _C. CHIN_

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

### Did the election official providing assistance perform any of the actions listed in the table below for the voter?
NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | ✓ | CHINESE |
| Mark the ballot contrary to the voter's wishes | ✗ CKC | | ✓ | CHINESE |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | ✓ | | ✗ CKC | CHINESE |

Explanation:

Initials:
_BSJ_
_CKC_
_SMR_

27 _F_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter ████████████  Race: _____  Begin Time: _1:45_ End Time: _9:50_

Interpreter or Election Official: _TONG TU CHEN_  Observer: _C. CHIN_

Assistance Occurred: ☑ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | CHINESE |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | ✓ | | | CHINESE |

Explanation:

Initials:

_BAJ_
_CKC_
_SMK_

27 _G_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████  Race: __C__  Begin Time: _8:45_  End Time: _8:50_

Interpreter or Election Official: _TONG TUCHEN_  Observer: __C. CHIN__

Assistance Occurred: ☑ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | CHINESE |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | ✓ | | | CHINESE |

Explanation:

Initials:
DA
CKC
SMR

27 H

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _NAME NOT PROVIDED_   Race: _C_   Begin Time: _10:05_   End Time: _10:10_

Interpreter or Election Official: _VUN LIN_   Observer: _CONRAD CHIN_

Assistance Occurred: ☑ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | CHINESE |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | ✓ | | | CHINESE |

Explanation:

Initials:
_B.L.J_
_CC_
_SMR_

27 _I_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ██████████     Race: ___C___     Begin Time: _10:10_   End Time: _10:15_

Interpreter or Election Official: _UUN LIN_     Observer: _CONRAD CHIN_

Assistance Occurred: ☑ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark ballot | ✓ | | | CHINESE |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | ✓ | | | CHINESE |

<u>Explanation:</u>

Initials:

_B.S._
_CKC_
_SmR_

27 _IY J_ _CKC_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████  Race: _C_  Begin Time: _10:15_  End Time: _10:20_

Interpreter or Election Official: _WENDY LEE_ _TONG TUCHEN_  Observer: _C. CHIN_

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☒ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | X cc | CHINESE |
| Mark the ballot contrary to the voter's wishes | X ccc | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | ✓ | | | CHINESE |

Explanation: _____

Initials:

_BLS_
_CLc_
_SMJ2_

27 _AX_ K cec

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _____ Race: C    Begin Time: 11:15    End Time: 11:20

Interpreter or Election Official: WENDY LEE TONG TUCHEN    Observer: C. CHIN

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☒ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | CHINESE |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | ✓ | | | CHINESE |

Explanation:

Initials:

BAJ
CUL
SMR

27 ☒ L
CUL

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ████████████,    Race: _C___    Begin Time: _11-15_  End Time: _1:20_

Interpreter or    WENDY LEE
Election Official: _TONG TU CHEN___    Observer: _C. CHIN___

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, **(if other than language)**: _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### _NOTE: If the answer is not 100% "YES", mark "NO"_

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | CHINESE |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | ✓ | | | CHINESE |

Explanation:

Initials:

_3.L_

27 _☒ M_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _____ Race: _____ C _____ Begin Time: 11:30  End Time: 11:35

Interpreter or Election Official: _WENDY   LEE_     Observer: ____ C. CHIN ____

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☒ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, **(if other than language)**: _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### _NOTE: If the answer is not 100% "YES", mark "NO"_

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | / | |
| Ask voter for choice of assistor | | | / | |
| Permit the voter's choice of assistor | | | / | |
| Name each candidate on the ballot | | | / | |
| Name the political parties for each candidate on the ballot | | | / | |
| Name each office on the ballot | | | / | |
| Explain each proposition on the ballot | | | / | |
| Explain when the voter can vote for more than one candidate for an office | | | / | |
| Allow the voter to mark the ballot | / | | | CHINESE |
| Mark the ballot contrary to the voter's wishes | | | / | |
| Attempt to rush the voter through the ballot | | | / | |
| Explain write-in procedures | / | | | CHINESE |

Explanation: _VOTER IS ALSO HANDICAPPED_
_( IN A WHEEL CHAIR)_

Initials: SMOR
BSJ
CKC

27 ⊗ N
CKC

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████    Race: _C_    Begin Time: _11:35_   End Time: _11:40_

Interpreter or Election Official: _WENDY LEE_    Observer: _C. CHIN_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☒ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | | | ✓ | |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | | | ✓ | |

Explanation:  CHECKING – IN A LANGUAGE   ASSISTANCE ONLY
CHINESE

Initials: _SMR_
_BS_
_CKC_

27  ☒ O
_CLC_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████    Race: _C____    Begin Time: _11:35_    End Time: _11:40_

Interpreter or Election Official: _WENDY LEE_    Observer: _C. CHIN_

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☒ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, **(if other than language)**: _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### *NOTE:  If the answer is not 100% "YES", mark "NO"*

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | | | ✓ | |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | | | ✓ | |

Explanation:  CHECK-IN LANGUAGE  ASSISTANCE ONLY  CHINESE

Initials: _SML_
_BdV_
_CKL_

27 _R P_
_CKL_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ████████████████  Race: ___C___  Begin Time: 11:40  End Time: 11:45

Interpreter or Election Official: _WENDY LEE_  Observer: _C. CHIN_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | | | ✓ | |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | | | ✓ | |

Explanation: _CHECK-IN LANGUAGE ASSISTANCE ONLY CHINESE_

Initials: SMR

27 ✗ ☒

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _____ Race: ___C___  Begin Time: _11:40_  End Time: _11:45_

Interpreter or
Election Official: _WENDY LEE_____ Observer: ___C. CHIN___

Assistance Occurred:  ☐  Inside the booth (or while voter is voting)

☒  Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**
*NOTE:  If the answer is not 100% "YES", mark "NO"*

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | / | |
| Ask voter for choice of assistor | | | / | |
| Permit the voter's choice of assistor | | | / | |
| Name each candidate on the ballot | | | / | |
| Name the political parties for each candidate on the ballot | | | / | |
| Name each office on the ballot | | | / | |
| Explain each proposition on the ballot | | | / | |
| Explain when the voter can vote for more than one candidate for an office | | | / | |
| Allow the voter to mark the ballot | | | / | |
| Mark the ballot contrary to the voter's wishes | | | / | |
| Attempt to rush the voter through the ballot | | | / | |
| Explain write-in procedures | | | / | |

Explanation: CHECK – IN LANGUAGE ASSISTANCE ONLY
CHINESE

Initials: SMR
GL

27 R

☐ None Observed
☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

Voter: ~~NAME NOT PROVIDED~~ CLC    Race: C    Begin Time: 7:15    End Time: 7:30    WD/AD/ED, if applicable: _____

Interpreter or Election Official: WENDY LEE    Observer: C. CHIN

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

### Did the election official providing assistance perform any of the actions listed in the table below for the voter?
**NOTE: If the answer is not 100% "YES", mark "NO"**

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | CHINESE |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | ✓ | | | CHINESE |

Explanation: CHINESE VOTER CAME IN AND UNABLE TO PROVIDE HER ADDRESS. VOTER DID NOT HAVE HER ID WITH HER. SHE CAME BACK AT APPROX. 7:30 WITH HER ID, AND COMPLETED THE VOTE. SHE ~~REFUSED TO PROVIDE HER NAME~~ CLC

Initials: CLC

27 S

DAT
SMR

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Vote[REDACTED]   Race: _W___   Begin Time: _950_   End Time: _10:10_

Interpreter or
Election Official: _ALEXSANDR PRUZHAN_   Observer: _BRUCE TARASKA_

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☒ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (If other than language): ~~COULD NOT SEE~~ ~~RUSSIAN~~ BALLOT
(VERY THICK EYEGLASS LENS)

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**

_NOTE:  If the answer is not 100% "YES", mark "NO"_

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | RUSSIAN |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | ✓ | | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation: _VOTER HAD POOR EYESIGHT; USED AUTO MARK TO VOTE; WAS ON AND VOTE RECORDED ON MACHINE_

Initials: _BLT_
_SMK_

27 _I_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter [REDACTED]    Race: _W_    Begin Time: _1:45_    End Time: _2:00 PM_

Interpreter or Election Official: _SOFIYA KUGEL_    Observer: _BRUCE TARASKA_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☒ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _VERY OLD NEEDED & HELP TO WALK TO BOOTH_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | RUSSIAN |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | ✓ | | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation: _ELDERLY, USE FRIENDS ARM AND INTERPRETER ARM TO STAY UP AND NOT FALL DOWN._

Initials: _BST_
_Crer_
_SWOR_

27 _U_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: *Name was not provided*  Race: *Russian*  Begin Time: *2:00 pm*  End Time: *2:15 pm*

Interpreter or
Election Official: *SOFIYA KUGEL*  Observer: *Sheilla Rodriguez*

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): *Spoiled ballot*

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Russian |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | ✓ | | | Russian |
| Name each candidate on the ballot | ✓ | | | Russian |
| Name the political parties for each candidate on the ballot | ✓ | | | Russian |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | Russian |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | Russian |

Explanation:

While voter was using automark, she marked mistakenly the ~~candid~~ wrong candidate. Voter received a new ballot from Wendy Lee. Wendy Lee replaced the spoiled ballot & put it away. Voter was assisted ~~to do~~ properly to vote for second time.

Initials: SMR

☐ None Observed
☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: *name not provided*  Race: *Russian*  Begin Time: *2:10 PM*  End Time: *2:20 PM*

Interpreter or Election Official: *Lyubou Lekhtsior*   Observer: *Sheilla Rodriguez*

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): *Spoiled ballot*

### Did the election official providing assistance perform any of the actions listed in the table below for the voter?
**NOTE: If the answer is not 100% "YES", mark "NO"**

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Russian |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | ✓ | | | Russian |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ SMR | ✗ | | Russian |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | Russian |

SMR
cec

Explanation:
Voter shadowed out of the circle. Mistakenly voter marked improperly the ballot. Scanner rejected his vote. Voter received a new ballot from Wendy Lee. Wendy Lee replaced the spoiled ballot & put it away. Voter was assisted properly for second time.

Initials:

☐ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____ Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

28

☐ None Observed
☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Initials:

B&I
au
SMR

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)    WD/AD/ED, if applicable: _____

Interpreter/Official: _TONG TUCHEN_    Observer: _C. CHIN_

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| MARKING THE BALLOT | Translation of this procedure in Chinese |
| FEEDING THE SCANNER | Translation of this procedure in Chinese |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

*[handwritten initials]*

30

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____VUN LIN_____    Observer: _C. CHIN_

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| MARKING THE BALLOT | Translation of this procedure in Chinese |
| FEEDING THE SCANNER | Translation of this procedure in Chinese |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:
BLL
CXW
SMR

30 A

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| **Address** | | | **Address** | | |
| **Language Spoken** (*if other than English*) | | | **Language Spoken** (*if other than English*) | | |
| **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | **Race** | | **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | **Race** | |
| **Reason** | | | **Reason** | | |
| **Voter's Response** | | | **Voter's Response** | | |

Information obtained from:

☐ Observation

☐ Questioning Voter

Information obtained from:

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials?  ☐ Yes  ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes  ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes  ☐ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes  ☐ No

1. Did the election official check with voter registration officials?  ☐ Yes  ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes  ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes  ☐ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes  ☐ No

Initials:

*BLJ*
*CKC*
*SMR*

## CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? ___8 p.m.___    ☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

    ☐ Yes    ☑ No

    If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

    ☐ Yes    ☐ No    N/A

    If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4. If *paper ballots* were used and counted at the polls:
    a. Were additional workers used to assist in the
       count?    ☐ Yes    ☐ No    ☐ Not applicable to this election

       If so, were these persons administered an oath?    ☐ Yes    ☐ No

    b. Was the table cleared before the ballot box was emptied?    ☐ Yes    ☐ No

    c. Who removed the ballots? _____

    d. Were the ballots opened and stacked?    ☐ Yes    ☐ No

       If so, by whom? _____

    e. Who read the ballots? _____

    f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

       If so, who? _____

    g. Was each ballot read as marked?    ☐ Yes    ☐ No
       If not, how many were not properly read? _____
       How were they misread?

Initials:

_BSL_
_CKL_
_SMR_

32

h.  What was done with the ballots after they were read?

i.  How many paper ballots were totally rejected? _____  Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials: SMk

33

j.  How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

k.  Tallying of Ballots
    1.  Names of officials who kept each tally (it may be that only one tally sheet is kept).
        If more than one person kept the single tally sheet, note the period of time each
        person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l.  Were the poll watchers and all other interested persons allowed the opportunity to view
    the counting process?   ☐ Yes    ☐ No       If not, explain.

m.  List the items placed in the ballot box.

n.  List the items not placed in the ballot box and indicate where they were placed.

o.  What time did the ballot box leave the polling place? _____

    Who took it?        _____

    Was it locked?   ☐ Yes    ☐ No       Was it sealed?   ☐ Yes    ☐ No

p.  What time did the Observer Team leave the polling place?   _____       Did an

    Observer accompany the ballot box?    ☐ Yes    ☐ No

5.  If **DRE** or lever **voting machines** were used:

    ┌─────────────────────────────────────┐
    │  ☐ Not applicable to this election  │
    └─────────────────────────────────────┘

    a.  Were the machines locked and sealed against

        further voting?    ☐ Yes    ☐ No

        If so, by whom?   _____

    b.  Who read the count from the machine?   _____

**Initials:**

*(handwritten initials)*

c. Was the count verified by another official?    ☐ Yes    ☐ No    If so, by whom?

_____

d. Was it read correctly?                         ☐ Yes    ☐ No
e. Who recorded the vote on the official return sheets? _____
f. Was the vote recorded accurately?              ☐ Yes    ☐ No
g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|---------------|---------|---------------|---------|---------------|
|         |               |         |               |         |               |
|         |               |         |               |         |               |

h. Was the vote announced by the poll officials?    ☐ Yes    ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?    ☐ Yes    ☐ No
j. Were the absentee votes counted and tabulated with the votes shown on the machines?
   ☐ Yes    ☐ No
k. Was the statement of results signed and certified by the poll officials?
   ☐ Yes    ☐ No
l. Was the statement delivered to the election officials?    ☐ Yes    ☐ No

   By whom?    _____
m. As soon as the count was completed and the results announced, was the counter compartment locked?    ☐ Yes    ☐ No    By whom? _____
n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.

o. What time did the Observer Team leave the polling place? _____

Initials:

36

6. If **punch cards or optical scan cards** were used:

  a. Was a duplicate report of the number of persons

    voting prepared?  ☐ Yes   ☐ No

    By whom? _____

☐ Not applicable to this election

  b. What was done with the election supplies such as ballot stubs, etc.?

  c. Was the ballot box sealed?  ☐ Yes   ☐ No  By whom? _____

  d. If appropriate, who took the ballot box to the counting center? _____

    Did an observer accompany the ballot box?  ☐ Yes   ☐ No

  e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots

  a. Were the absentee ballots opened and stacked?

    ☐ Yes   ☐ No

    By whom? _____

☐ Not applicable to this election

  b. Who read the absentee ballots? _____

  c. Did anyone hand the ballots to the reader?  ☐ Yes   ☐ No

    If so, who? _____

  d. Was each ballot read as marked?  ☐ Yes   ☐ No  If not, how many were not

    properly read? _____    How were they misread?

  e. What was done with the ballots after they were read?

**Initials:**

*BLI*
*CW*
*SMR*

f.  How many absentee ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Not applicable to this election

   ☐ Yes    ☐ No   By whom?

   _____

   b. Who read the ballots?   _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?   ☐ Yes    ☐ No      If not, how many were
   not properly read? _____   How were they misread?

   e. What was done with the ballots after they were read?

   f.  How many challenged/affidavit/provisional ballots were totally rejected?

   _____

   Give reasons below:

   | Reason for Rejection | Candidates Voted For |
   |---|---|
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

**Initials:**

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

Initials:

*BLT*
*CFC*
*SMR*

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE    WD/AD/ED, if applicable: ____

| | Name | Race | | Name | Race |
|---|---|---|---|---|---|
| 1 | | | 28 | | |
| 2 | | | 29 | | |
| 3 | | | 30 | | |
| 4 | | | 31 | | |
| 5 | | | 32 | | |
| 6 | | | 33 | | |
| 7 | | | 34 | | |
| 8 | | | 35 | | |
| 9 | | | 36 | | |
| 10 | | | 37 | | |
| 11 | | | 38 | | |
| 12 | | | 39 | | |
| 13 | | | 40 | | |
| 14 | | | 41 | | |
| 15 | | | 42 | | |
| 16 | | | 43 | | |
| 17 | | | 44 | | |
| 18 | | | 45 | | |
| 19 | | | 46 | | |
| 20 | | | 47 | | |
| 21 | | | 48 | | |
| 22 | | | 49 | | |
| 23 | | | 50 | | |
| 24 | | | 51 | | |
| 25 | | | 52 | | |
| 26 | | | 53 | | |
| 27 | | | 54 | | |
| Subtotals By Race | | | | | | Subtotals By Race | | | | | |

Initials:

42



United States
# Office of
## Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO  80225-0167

In Reply Refer to:        Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC  20530

RE:  Election of _September 25, 2007_
(Date)

_Massachusetts_
(State)

_Suffolk_
(County)

(Municipality)

_Mason School_
(Name of Polling Place)

_5_
(Precinct #)

_8_
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above.  Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

Print _Lucy Crespo_
(Name)

Sign _____

Print _NIKKI PHAM_
(Name)

Sign _____

Print _AMY YUEN_
(Name)

Sign _____

| The Time Observers: |
| --- |
| Arrived at Polls _6:00 AM_ |
| Departed Polls _7:23 PM_ |

**Instructions to Observers:  Complete this report in BLACK INK *ONLY*.  Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.**

CH - Chinese
VM - Vietnamese

# 1.   VOTING STATISTICS

| A.  Number of Persons Attempting to Vote at the Polls | Total | ~~Indian~~ CH | Hispanic | ~~Asian~~ VM | Black | White | Other | |
|---|---|---|---|---|---|---|---|---|
| 1.  Persons voting unchallenged (See Chart A, page 23) | 0 | | | | | | | NP |
| 2.  Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 3.  Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| TOTAL of 1, 2, and 3 | 0 | | | | | | | |

| B.  Number of Persons Receiving Any Language Assistance.  Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | ~~Indian~~ Chinese | Spanish | ~~Asian~~ VM | Other |
|---|---|---|---|---|---|
| | 1 | 0 | 1 | 0 | 0 |
| **Section 1B is Not Applicable to this Coverage ☐** | | | | | |

| C.  Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 1 | 0 | 1 | 0 |
| **Section 1C is Not Applicable to this Coverage ☐** | | | | |

| D.  Number of Persons Receiving Any Assistance *OTHER* than Language Assistance (See Chart A2, page 25) | Total | ~~Indian~~ CH | Hispanic | ~~Asian~~ VM | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Section 1D is Not Applicable to this Coverage ☐** | | | | | | | |

| E.  Absentee Ballots | Total |
|---|---|
| 1.  Unchallenged | |
| 2.  Challenged | |
| **Section 1E is Not Applicable to this Coverage ☐** | |

Initials:

NP
WC
DY

2

| F. If *paper ballots* are used: | Total |
|---|---|
| **1. Ballots accepted** | |
| **2. Ballots partially rejected** | |
| **3. Ballots totally rejected** | |
| **4. Spoiled ballots** | |
| **5. Unused ballots** | |
| **Total of 1, 2, 3, 4, and 5** | |
| **Section 1F is Not Applicable to this Election ☐** | |

**G. If *voting machines* are used:**

1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Section 1G (including Question 2 below) is Not Applicable to this Election ☐**

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?     ☐ Yes     ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H. If *electronic vote recorders* or *tabulators* are used:**

Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Section 1H is Not Applicable to this Election ☐**

Initials:

3

## 2.    DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items:*
  1.  Location of voting machines or booths
  2.  Location of tables for election officials
  3.  Location of any officially-designated interpreters
  4.  Location of voting instruction signs or cards
  5.  Location of sample ballots, if any
  6.  Location of telephone, if any
  7.  Location of Federal observers



Initials:

4

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

S- Spanish
E- English
C- Chinese
V- Vietnamese

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a. Setting campaigning limits? | ☐Yes ☒No | | ☐Yes ☐No | | ☐Yes ☐No |
| b. Directing voters to the polling place (e.g., "vote here")? | ☐Yes ☒No | | ☐Yes ☐No | | ☐Yes ☐No |
| c. Stating assistance is available to voters? | ☒Yes ☐No | on wall | ☒Yes ☐No | S/E/C/V | ☐Yes ☐No |
| d. Indicating Election date? | ☐Yes ☒No | | ☐Yes ☐No | | ☐Yes ☐No |
| e. Indicating Election hours? | ☒Yes ☐No | on entrance door | ☐Yes ☒No | S/E/C/V | ☐Yes ☐No |
| f. Sample ballot? | ☒Yes ☐No | on check out table & wall | ☐Yes ☐No | S/E | ☐Yes ☐No |
| g. Instructions for casting a regular ballot? | ☐Yes ☐No | on back wall | ☒Yes ☐No | S/E/C/V | ☐Yes ☐No |
| h. Instructions for casting a provisional ballot? | ☐Yes ☐No | on the check out table NP with table | ☒Yes ☐No | S/E/C/V NP S/E | ☐Yes ☐No |
| i. Instructions for mail registrants and first time voters? | ☐Yes ☒No NP | on the check out table | ☒Yes ☐No | S/E | ☐Yes ☐No |
| j. Information on who to contact if voters have problems? | ☐Yes ☐No | on check out table | ☐Yes ☒No | S/E | ☐Yes ☐No |
| k. General voting rights information? | ☐Yes ☐No | on the wall | ☒Yes ☐No | S/E | ☐Yes ☐No |
| l. Right to cast a provisional ballot? | ☐Yes ☒No NP | on the check out table | ☐Yes ☐No | S/E | ☐Yes ☐No |
| m. Laws on voting fraud and misrepresentation? | ☐Yes ☐No | wall next to entrance NP | ☐Yes ☒No | S/E | ☐Yes ☐No |

2.  If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

Initials:

NP
LC
AY

5

C.    Phones
   1.  Was a land line (telephone other than a mobile phone) available for use by the election
      officials in the polling place?                           ☐ Yes    ☑ No

      If so, indicate the type of telephone (e.g., private line, pay phone, etc.):
      _____

      Provide the telephone number: _____

      If election officials used the above telephone at any time to contact county or state
      election officials, indicate under what circumstances.


   2.  If any other phone (e.g., mobile phone, radio remote, etc.) was used by election
      officials, indicate the type of telephone used _Cell phone,_ and under what
      circumstances the officials used this phone.
      City hall provides the phone, but the officials
      does not have the phone numbers.

## 3. ELECTION OFFICIALS

**A.**  List each polling official on duty.  ***Do NOT include special interpreters.***

WD/AD/ED, if applicable:

B- Black
H -Hispanic

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| Betty Lindsay | B | Warden | E |
| Catherine Cooper | B | Clerk | E |
| Andrea Arroyo | H | Inspector/interp | E/S |
| Denise Martin | B | inspector | E |
| Henderson Park | B | Police | E |
| Sekani Stewart | B | Inspector | E |
| Greg Mcpherson | B | Police | E |
| | | | |
| | | | |
| | | | |

Initials:



6

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable: _____

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| Andrea Arroyo | 1:30 PM | 2:10 PM | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.  If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐                    WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| Andrea Arroyo | Inspector | Language (Spanish) |
| | | |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?                              ☒ Yes        ☐ No

If so, who?  BETTY LINDSEY _____

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?
                                        ☐ Yes        ☒ No

If so, who? _____

Initials:

7

## D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:



8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?  ☑ Yes    ☐ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| Andrea Arroyo | Spanish | E/S | 6:30 AM | |
| | | | | |
| | | | | |
| | | | | |

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☐

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
| Andrea Arroyo | Inspector |
| | |
| | |

Initials: *NP RC AM*

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                         WD/AD/ED, if applicable: _____

1. What time did the election officials arrive at the polling place? ___6:00 AM___
   Indicate how this information was obtained:

   ☑ Observation     ☐ Questioning election officials

2. Were the election officials given an oath of office?     ☑ Yes     ☐ No

   If so, by whom? ___City Hall___
   Indicate how this information was obtained:

   ☐ Observation     ☑ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. **Do
   not include signs identified on page 5.** Identify any items printed in a language other
   than English and specify the additional language(s).

   Spoiled ballot pre/envelope, ~~sealed~~ envelope's B, Attention election officers,
   accu-vote ender card, Lists of registrated voters, ~~official ballots~~, NP
   election phone numbers on check out table. (All in English).
   OFFICIAL BALLOTS (SPANISH, ENGLISH)
   PROVISIONAL BALLOTS (S/E)
   ~~AFFIDAVIT FORMS~~ MAIL IN REGISTRATION FORM (S/E)
   NP

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.

   Poll was never ~~was~~ announce to be open officially 7:08am the ward
   has called in to head quarter ask to have scanner checked
   out, because machine was not responding to sample paper.
   7:20am 2 peoples from head quarter has arrived to
   verify and test machine, then put to reset mode.

Initials:
NP
nc
Aj

B. Poll Watchers                                    WD/AD/ED, if applicable: _____

    1.  Were any poll watchers present?      ☒ Yes    ☐ No

    2.  If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| Davi Abbeis | B | City Council / Chuck Turner |
| | | |
| | | |

    3.  Did the election officials require the poll watchers to present any type of authorization?

        ☐ Yes  ☒ No  If so, what? _____

        If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations. Poll workers prohibited the poll watcher (for Chuck Turner) to not to enter the sites with any (Chuck Turner) T-shirts or Ribbon on them.

    4.  Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?      ☒ Yes    ☐ No

        Explain any activities poll watchers were not permitted to observe.

---

C. While the Polls Were Open                        WD/AD/ED, if applicable: _____

    1.  What time did the polls open? __7:00 AM__

        Indicate how this information was obtained:

        ☐ Observation    ☒ Questioning election officials  The Warden did not officially announce the opening of poll.

    2.  Were the names of the absentee voters marked on the poll list?  ☐ Yes    ☐ No

    3.  Were the absentee ballots delivered to the polls?  ☐ Yes  ☐ No

        If so, by whom? _____

        *If "no", proceed to question 5 of this section.*

    4.  Were the absentee ballots counted at the polls?

        ☐ Yes    ☐ No    ☐ Not Observed

Initials:
NP
BY

11

d. Optical scan cards ?  ☑ Yes    ☐ No
If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☑ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted? ☑ Yes  ☐ No    ☐ Not Observed *See p. 20 a*

Was it set to zero before voting began? ☑ Yes  ☐ No    ☐ Not Observed

Were privacy sleeves used to keep the ballot choices secret?
☑ Yes    ☐ No    ☐ Not Observed

e. Paper ballots?    ☐ Yes    ☐ No
If yes, was the ballot box emptied?    ☐ Yes    ☐ No

Were the blank ballots counted/numbered?
☐ Yes    ☐ No    ☐ Not Observed

How many ballots were provided to the polling place?  _____

Was the ballot box locked prior to the start of voting?
☐ Yes    ☐ No    ☑ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☑ Other (explain)

Initials:
NP
hC
Hy

13

6. If *DRE* or lever *voting machines* were used:

☐ Not applicable to this election

   a. Did the voter receive any form from the poll official

      indicating he/she was permitted to vote?              ☐ Yes  ☐ No
      If so, from whom? _____

   b. Was there any time limitation imposed on voters?      ☐ Yes  ☐ No
      If so, how long? _____

   c. Did any voter attempt to use a marked sample ballot?   ☐ Yes  ☐ No

      If so, was the voter allowed to do so?            ☐ Yes  ☐ No
      If not, who prevented its usage? _____

7. If *paper ballots, punch cards, or optical scan cards* were used:

☐ Not applicable to this election

   a. From whom did the voter receive the ballot? <u>Poll official at check in table</u>

   b. Where did the voter go to mark the ballot? <u>booth or ~~at~~ auto mark</u>

   c. Was any time limitation imposed on voters?     NP  ☐ Yes  ☒ No
      If so, how long? _____

   d. Did any voter attempt to use a marked sample ballot?   ☐ Yes  ☒ No

      If so, was the voter allowed to do so?         ☒ Yes  ☐ No
      If not, who prevented its usage? _____

   e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

                                    ☒ Yes  ☐ No

D. Determining a Person's Eligibility to Vote

   *Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the following questions:*

   1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine the voter's registration status.

      At the check-in table there are official ballots and blue registration book that listed all of Registrated voters name that has been registrated thru the city.

Initials:

NP

Dy

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☐ Yes    ☒ No          Explain.  *Page 22B*

3. If a person was registered in another precinct, what instruction, if any, was the voter given?  *NOT OBSERVED, however, the polling officer direct the voter to another polling site. told by Warden (Betty Lindsey)*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?  *NOT OBSERVED, however, the polling officer tell the voter fillup the registration form, told by Warden (Betty Lindsey)*

5. Were any officials available at or near the polling place to register persons to vote?
   ☒ Yes    ☐ No
   If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
| DENISE MARTIN | INSPECTOR | The CHECK-OUT TABLE |
|  |  |  |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?  *NOT OBSERVED*  ☐ Yes    ☐ No          Explain.  *However, the polling officer tell the voter fillup the registration form.*

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.  *NOT OBSERVED*

Initials:
NP

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place in the minority language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place. The interpreter (Andrea Arroyo) greeted
   the voter in spanish to one voter, who spoke spanish
   but is cape verdean.
   The voter is cape verdean

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.)  Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30).  At the
end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?

      Voter ██████████████ works in the school and
      also knows Andrea Arroyo was a Spanish speaker
      voter has approach Andrea Arroyo and ask for
      assistant in Spanish. (This is the only person all day)

   b. Were there any minority voters who were unable to sign their names?
      ☐ Yes   ☑ No
      If so, were they offered assistance in the minority language in casting their ballots?
         ☐ Yes   ☐ No        If not, explain.

   c.  Did any voter who requested minority language assistance fail to receive such

     assistance?    ☐ Yes    ☒ No      If so, explain the circumstances.

*NP*
~~NOT OBSERVE~~ *no language assistance was needed.*
*Site was so slow, no language assistance*
                           *was observe*

3. a.  Did any poll official or interpreters provide instruction *in a minority language*
      on how to cast the ballot (e.g., how to use the machine, how to mark or punch the
      ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is

      allowed, how many votes may be cast for a given office, etc.)?  ☒ Yes    ☐ No

> *If so, prepare one C4 Chart (page 30) for each official who gave such instructions and
> one C1 Chart (page 27) for each voter assisted by that official during the time the
> Observer is recording the interpretation of the instructions. Observe as many instances
> of assistance by that official as necessary to accurately and completely record in
> English the instructions given in the minority language. Enclose in quotation marks
> (" words") all words, if any, spoken in English by the official. Include in the
> "Explanation" part of the C1 Chart any additional information. As an example, if the
> instructions given by the official varied during the day, describe when it varied and
> how it varied for that official.*

   b.  Where was the instruction given?

      ☐ Inside the booth (or while voter is voting)

      ☒ Outside the booth (or before the voter began to vote)

      If *outside* the booth, specify where: _____

      If instruction was given in the minority language on how to cast a ballot and was done so
      *outside* of the voting booth (or before the voter began to vote), generally how much time
      elapsed between the completion of the instruction and the time the voter entered the booth
      (or began to vote)?   _____

4. a.  Was an interpretation of the ballot provided in the minority language to voters?

      ☒ Yes    ☐ No

> *If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for
> each official who gave such interpretation and one C1 Chart (page 27) for each voter
> assisted by that official during the time the Observer is recording the interpretation of
> the ballot. Observe as many instances of assistance by that official as necessary to
> accurately and completely record in English the interpretation given in the minority
> language (typically, at least 5 instances, if possible). Enclose in quotation marks
> (" words") all words, if any, spoken in English by the official. Include in the
> "Explanation" part of the C1 Chart any additional information. As an example, if the
> interpretation given by the official varied during the day, describe when it varied and
> how it varied for that official.*

Initials:

*NP*
*bC*
*Jy*

17

b.  Where was the interpretation given?

☐ Inside the booth (or while voter is voting)

☒ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _In front of auto mark machine_
If interpretation of the ballot was given in the minority language *outside* of the voting
booth (or before the voter began to vote), generally how much time elapsed between the
completion of the interpretation and the time the voter entered the booth (or began to
vote)? _2 mins._

F.  Delays in Voting    ~~Not observe~~ NP

1.  What was the average number of voters waiting in line to vote during the day? _0_

2.  What was the average length of time voters had to wait to vote? _less then 1 min._

3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes    ☒ No    If so, provide the following information:

a.  The time the line formed _____ and the number of voters in line _____

b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to
enter a voting booth, etc.):

Polling site was so slow that no voter has to wait.

c.  What action, if any, did poll officials take to alleviate the delay?

NONE

G.  Challenged, Affidavit, or <u>Provisional</u> Ballots

| ☐ Not applicable to this coverage |

Not observe, No provisional ballot was cast today.

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged,
Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to
be generalized in response to the following questions:*

1.  Were challenged, affidavit, or other provisional-type ballots used?

☐ Yes    ☐ No    ☒ Not Observed

Initials:
NP
LC
Jy

18

On what basis did the poll worker give the provisional ballot(s)?

~~NP~~ ~~To ensure~~ (SEE 22A)
*When voter's name can't be found in registration book, told by Warden (Betty Lindsey)*

What language(s) were the ballots in? *Spanish & English*

2. What voting system is used for provisional ballots?

   ☐ DRE?   ☐ Lever?   ☐ Optical Scan Card?   ☐ Punch Card?   ☒ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☒ Yes   ☐ No
   What languages were the form/envelope in? *Spanish + English*

4. According to poll workers, under what circumstances are these provisional ballots used?

   (SEE 22A)

5. Did the poll worker provide written information to the provisional voter?
   *NP*
   ☒ Yes   ☒ No   *Not observe*
   In what language(s)? ~~*Spanish + English*~~ *NP*
   What did the document say?

6. Did the document include information on how a voter can determine if his or her
   provisional ballot has been counted? ☒ Yes   ☐ No

7. Were these provisional ballots kept separate from other ballots?
   ☒ Yes   ☐ No   ☐ Not Observed

8. Were these provisional ballots counted at the polls?
   ☐ Yes   ☐ No   ☒ Not Observed

**Initials:**
*NP*
*AY*

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? The poll worker (Betty Lindsey) described when "a voter's have "ID" or next to their name or "inactive".

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?    ☑ Yes    ☒ No
   If so, what were they taught in that training? how to ask for a "ID" a Guide line training to the re~~~~ie look for flagged ID.

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?
   ☒ Yes    ☐ No    If so, describe.
   They will be flagged on registration book "ID" next to name NP voter will be ask for. ID.

4. Did you observe any voters being asked for identification? ☐ Yes    ☒ No
   On what grounds were they asked?

   What form(s) of ID were the poll workers willing to accept?
   Driver's license or any official ID, told by inspector ( Selvani Stewart )

   If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot?    ☒ Yes    ☐ No
   Please describe what occurred.
   $0 Poll worker will call to City Hall to check and make sure its OK.

I. Training of Interpreters or Bilingual Poll Officials
   The training at the City Hall for the interpreter was in Spanish.

   ☐ Not applicable to this coverage

   *The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:
NP
iy

20

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on **_how to translate the contents of the ballot or how to provide_**

   **_procedural instructions in the minority language_**?  ☑ Yes  ☐ No

   Did they receive notice that such a training session was scheduled? ☐ Yes  ☑ No
   Explain.

   *If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".*

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training *specifically on how to translate the ballot or how to provide procedural instructions in the minority language*, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. *Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.*

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| Andrea Arroyo | Yes | 3 weeks ago | City Hall | 2 hours ½ | Marti |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. Was part or all of the training conducted in the minority language? ☑ Yes  ☑ No

4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)? ☐ Yes  ☑ No  If so, specify: _____

5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes  ☑ No

   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes  ☑ No

   Did they find the audio-visual aid(s) helpful? ☐ Yes  ☑ No
   Describe any comments about the audio-visual aid(s).

Initials:

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process. Spoke to Andrea Arroyo (interpreter), she suggested that City hall should have a professional interpreters to train persons to be better spanish interpreters.

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.). The poll officials were very friendly, helpful and always ready to answered our questions.

B. Provide information on the presence of any law enforcement officials and any of their activities you observed. The law enforcement officials duties were to check out voters. There were two police officials.

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

No media was present during the time of observation

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

Poll officials were friendly and helpful to voters including the minorities.

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

Around 7:45 am Dovi Abbey (poll watcher) has came by the site to check on voters and signage. He has described that for many years that he has watch the poll he was surprise to see a sign up on the door for the first time at this site; he also added that he would like to see more visible signs around this site so people can actually see and know about this polling place from the street.

Initials:

NP
2 C
Ay

22

[REDACTED] -

cape verdean

[REDACTED]

> was not in site.

cape verdean
portoguese
spanish

\* At 12:20 PM MICHEAL PIEMONTE from ~~fff~~ NP (Secretary of State)
to demonstrate the auto mark machines to all the poll officials
at the site.
Automark machine has English, Spanish, Madarin and cantonese
translated ballots.

From page 13 d:
At 3:40pm the voter fillup all blankets for all candidates. The scanner
~~does not~~ rejected the ballots. It becomes a spoil ~~ballot~~. The poll
worked put it in spoil ballot's envelped.

page 19
When asked, Betty Lindsey (Warden) said "When voters comes
in and their names can't be found in registration book,
the warden will then call to City Hall for confirmation
of ~~correct~~ NP voter's correct registered precinct. Then they
have the choice to go to correct precinct and vote,
or they can vote on a provisional ballot.

Initials:
NP
LC
BJ

22 A

5:20 pm

The Clerk, Catherine Cooper, ████████████, is in Inactive status. The warden, Betty Lindsey, tell the voter fill up the for Affidavit "Affirmation of current and continuous residence for inactive voters." Then the warden gave the voter (regular ballot) to vote.

The Observer, Amy Yuen, asked the warden about the voter's name. The warden said she need to call the City Hall to confirm that she can give out the voter's information or not. The observer asked the voter to get the name and phone no. ████████████,

The ballot included English and Spanish only

**Initials:**

NP

AY

22  B

☐ None Observed
☐ Not applicable to this coverage

# CHART A – VOTING TALLY SHEET    WD/AD/ED, if applicable: _____

| | | PERSONS PERMITTED TO VOTE | | | | |
|---|---|---|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | Totals | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | Subtotal | | | | |
| | | Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.– 7 a.m., 7 a.m.– 8 a.m.)

Initials:



☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | CHMMU |
| | | American Indian | Hisp. | YM Asian | Black | White | Other | |
| 7:00AM to 8:00AM | | | | | | | | ◯ |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 8:00AM to 9:00AM | | | | | | | | ◯ |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 9:00AM to 10:00AM | | | | | | | | ◯ |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 10:00AM to 11:00AM | Andrea Arroyo | | | | | | / | / |
| | | | | | | | | 1 |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 1 |
| | | | | | | | Grand Total (if last page of tally sheet) | 1 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

**Initials:**



☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
| | | Number of Voters | | | | | | |
| | | CHINESE Indian | Hisp. | VIETNAMESE Asian | Black | White | Other | |
| 11:00 pm to 12:00 ✓ | Family/Friend | | | | | | | 1 / 0 |
| 12:00 ✓ to 1:00 pm | Family/Friend | | | | | | | 1 / 0 |
| 1:00 pm to 2:00 pm | Family/Friend | | | | | | | 1 / 0 |
| 2:00 pm to 3:00 pm | Family/Friend | | | | | | | 1 / 0 |
| | | | | | | Subtotal | | 0 |
| | | | | | | Grand Total (if last page of tally sheet) | | 1 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

24 ___

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | ~~Indian~~ *Chinese* | Hisp. | ~~Asian~~ *Vietnamese* | Black | White | Other | |
| 3:00 pm to 4:00 pm. | | | | | | | | 1 |
| | Family/Friend | | | | | | | 0 |
| 4:00 pm to 5:00 pm. | | | | | | | | 1 |
| | Family/Friend | | | | | | | 0 |
| 5:00 pm to 6:00 pm | | | | | | | | 1 |
| | Family/Friend | | | | | | | 0 |
| 6:00 pm to 7:00 pm | | | | | | | | 1 |
| | Family/Friend | | | | | | | 0 |
| | | | | | | **Subtotal** | | 0 |
| | | | | | | **Grand Total (if last page of tally sheet)** | | 1 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m.; 7 a.m.- 8 a.m.)

**Initials:**

NP
NC
AJ

24  <u>b.</u>

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance Number of Voters | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | ~~Indian~~ CHINESE | Hisp. | ~~Asian~~ VIETNAMESE | Black | White | Other | CUHHU |
| 7:00AM to 8:00AM | | | | | | | | 0 / 0 |
| | Family/Friend | | | | | | | |
| 8:00AM to 9:00AM | | | | | | | | 0 / 0 |
| | Family/Friend | | | | | | | |
| 9:00AM to 10:00AM | | | | | | | | 0 / 0 |
| | Family/Friend | | | | | | | |
| 10:00AM to 11:00AM | | | | | | | | 0 / 0 |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | |
| | | | | | Grand Total (if last page of tally sheet) | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials: 

25

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | ~~Indian~~ CHINESE | Hisp. | ~~Asian~~ VIETNAMESE | Black | White | Other | |
| 11:00AM to 12:00PM | | | | | | | | 0 |
| | | | | | | | | 0 |
| | Family/Friend | | | | | | | |
| 12:00PM to 1:00PM | | | | | | | | 0 |
| | | | | | | | | 0 |
| | Family/Friend | | | | | | | |
| 1:00PM to 2:00PM | | | | | | | | 0 |
| | | | | | | | | 0 |
| | Family/Friend | | | | | | | |
| 2:00PM to 3:00PM | | | | | | | | 0 |
| | | | | | | | | 0 |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 0 |
| | | | | | | | Grand Total (if last page of tally sheet) | 0 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:



25 A

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | ~~Indian~~ CHINESE | Hisp. | ~~Asian~~ VIETNAMESE | Black | White | Other | |
| 3:00PM to 4:00PM | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 4:00PM to 5:00PM | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 5:00PM to 6:00PM | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 6:00PM to 7:00 p.m. | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | **Subtotal** | | |
| | | | | | **Grand Total (if last page of tally sheet)** | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:



25 B

☒ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| **Address** | | | **Address** | | |
| **Federal Certificate of Eligibility Number, if any** | | | **Federal Certificate of Eligibility Number, if any** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Official Not Permitting Vote** | Race | | **Name/Title of Official Not Permitting Vote** | Race | |
| **Reason for Not Permitting Vote** | | | **Reason for Not Permitting Vote** | | |
| **Specify what the official did or suggested that the voter do in order to vote.** | | | **Specify what the official did or suggested that the voter do in order to vote.** | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** | | | **Reason Voter Believes He/She Should Be Permitted to Vote** | | |
| **Information obtained from:**<br>☐ **Observation**<br>☐ **Questioning Voter** | | | **Information obtained from:**<br>☐ **Observation**<br>☐ **Questioning Voter** | | |

Initials:

NP
WC
AJ

26

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ████████████    Race: _#CU_    Begin Time: _10:30_    End Time: _8:40_

Interpreter or Election Official: _Andrea Arroyo_    Observer: _Lucy Crespo_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, **(if other than language)**: _How to use the automart_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

**NOTE:  If the answer is not 100% "YES", mark "NO"**

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | S |
| Ask voter for choice of assistor | ✓ | | | |
| Permit the voter's choice of assistor | ✓ | | | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | ✓ | | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | | |

<u>Explanation:</u> At first the machine was not working, the ink was too wet, so the scanner card could not go in. After the warden clean the scanner machine, the card went in. olc.

Initials: NP
nc
Aj

27

# Cape Verdean

☐ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:

NP
he
AJ

☐ None Observed
☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____     Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Initials:

NP

AY

29

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _Andrea Arroyo_    Observer: _Lucy Crespo_

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| Automark | N8 "touch screen, put in ballot, choose your candidate, and push bottom button after voting" N8 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:
NP
LC
Ay

30

☒ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| **Address** | | | **Address** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | Race | | **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | Race | |
| **Reason** | | | **Reason** | | |
| **Voter's Response** | | | **Voter's Response** | | |

Information obtained from:

☐ Observation

☐ Questioning Voter

Information obtained from:

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials? ☐ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?

   ☐ Yes ☐ No   If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No

1. Did the election official check with voter registration officials? ☐ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?

   ☐ Yes ☐ No   If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No

Initials:



31

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? _____

☒ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes        ☐ No

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes        ☐ No

   If not, who would not permit them to vote and what reason(s), if any, was given?

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ The Observer Team was not present for any procedures related to the counting of ballots.

4. If **paper ballots** were used and counted at the polls:
   a. Were additional workers used to assist in the

      count?    ☒ Yes    ☐ No

      ☐ Not applicable to this election

      If so, were these persons administered an oath?    ☐ Yes    ☐ No

   b. Was the table cleared before the ballot box was emptied?    ☐ Yes    ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?    ☐ Yes    ☐ No

      If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

      If so, who? _____

   g. Was each ballot read as marked?    ☐ Yes    ☐ No
      If not, how many were not properly read? _____
      How were they misread?

Initials:

32

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:

33

j.  How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

34

k. Tallying of Ballots
   1. Names of officials who kept each tally (it may be that only one tally sheet is kept). If more than one person kept the single tally sheet, note the period of time each person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l. Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?  ☐ Yes  ☐ No   If not, explain.

m. List the items placed in the ballot box.

n. List the items not placed in the ballot box and indicate where they were placed.

o. What time did the ballot box leave the polling place? _____

   Who took it? _____

   Was it locked? ☐ Yes  ☐ No   Was it sealed? ☐ Yes  ☐ No
p. What time did the Observer Team leave the polling place? _____ Did an Observer accompany the ballot box?  ☐ Yes  ☐ No

5. If DRE or lever voting machines were used:

   ┌─────────────────────────────────────┐
   │ ☐ Not applicable to this election   │
   └─────────────────────────────────────┘

   a. Were the machines locked and sealed against further voting?  ☐ Yes  ☐ No

      If so, by whom? _____

   b. Who read the count from the machine? _____

Initials:

35

c. Was the count verified by another official?    ☐ Yes    ☐ No    If so, by whom?

_____

d. Was it read correctly?    ☐ Yes    ☐ No

e. Who recorded the vote on the official return sheets?    _____

f. Was the vote recorded accurately?    ☐ Yes    ☐ No

g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h. Was the vote announced by the poll officials?    ☐ Yes    ☐ No

i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?    ☐ Yes    ☐ No

j. Were the absentee votes counted and tabulated with the votes shown on the machines?
☐ Yes    ☐ No

k. Was the statement of results signed and certified by the poll officials?
☐ Yes    ☐ No

l. Was the statement delivered to the election officials?    ☐ Yes    ☐ No

By whom?    _____

m. As soon as the count was completed and the results announced, was the counter compartment locked?    ☐ Yes    ☐ No    By whom?    _____

n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.



o. What time did the Observer Team leave the polling place?    _____

6. If **punch cards or optical scan cards** were used:

   a. Was a duplicate report of the number of persons

| ☐ Not applicable to this election |
|---|

     voting prepared?   ☐ Yes   ☐ No

     By whom? _____

   b. What was done with the election supplies such as ballot stubs, etc.?

   c. Was the ballot box sealed?   ☐ Yes   ☐ No   By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

     Did an observer accompany the ballot box?   ☐ Yes   ☐ No

   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots

   a. Were the absentee ballots opened and stacked?

| ☐ Not applicable to this election |
|---|

     ☐ Yes   ☐ No

     By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes   ☐ No

     If so, who? _____

   d. Was each ballot read as marked?   ☐ Yes   ☐ No   If not, how many were not

     properly read? _____   How were they misread?

   e. What was done with the ballots after they were read?

Initials:

NP
hc
AJ

37

f. How many absentee ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

g. How many absentee ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Reason for Rejection

Initials:

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Yes   ☐ No   By whom?
   _____

   b. Who read the ballots? _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes   ☑ No

   If so, who? _____

   d. Was each ballot read as marked?   ☐ Yes   ☑ No      If not, how many were
   not properly read? _____   How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?
   _____

   Give reasons below:

   | Reason for Rejection | Candidates Voted For |
   |---|---|
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

☐ Not applicable to this election

Initials:

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:

*[signature]*

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

Initials:

NP
LC
AJ

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE   WD/AD/ED, if applicable: ____

| Name | Race | | Name | Race |
|------|------|---|------|------|
| 1 | | 28 | | |
| 2 | | 29 | | |
| 3 | | 30 | | |
| 4 | | 31 | | |
| 5 | | 32 | | |
| 6 | | 33 | | |
| 7 | | 34 | | |
| 8 | | 35 | | |
| 9 | | 36 | | |
| 10 | | 37 | | |
| 11 | | 38 | | |
| 12 | | 39 | | |
| 13 | | 40 | | |
| 14 | | 41 | | |
| 15 | | 42 | | |
| 16 | | 43 | | |
| 17 | | 44 | | |
| 18 | | 45 | | |
| 19 | | 46 | | |
| 20 | | 47 | | |
| 21 | | 48 | | |
| 22 | | 49 | | |
| 23 | | 50 | | |
| 24 | | 51 | | |
| 25 | | 52 | | |
| 26 | | 53 | | |
| 27 | | 54 | | |
| Subtotals By Race | | | Subtotals By Race | | |

Initials:





United States
# Office of
**Personnel Management**

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:        Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC  20530

RE:  Election of _9/25/2007_
(Date)

_MASSACHUSETTS_
(State)

_SUFFOLK_
(County)

_BRAINTREE_
(Municipality)

_O DONNELL SCH_
(Name of Polling Place)

_7_
(Precinct #)

_1_
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above.  Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

| The Time Observers: |
|---|
| Arrived at Polls _5:28 AM_ |
| Departed Polls _1:00 pm_ |

**Instructions to Observers:  Complete this report in BLACK INK *ONLY*.  Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.**

Print  _WARREN SEARS_
(Name)

Sign  _Warren Sears_

Print  _Jessica Martinez_
(Name)

Sign  _Jessica Martinez_

Print  _____
(Name)

Sign  _____

# 1.  VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | ~~Indian~~ Chinese | Hispanic | ~~Asian~~ Vietnamee | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | N/A | | | | | | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | N/A | | | | | | |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | N/A | | | | | | |
| TOTAL of 1, 2, and 3 | N/A | | | | | | |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | ~~Indian~~ Chinese | Spanish | ~~Asian~~ Vietnamese | Other |
|---|---|---|---|---|---|
| | 1 | | 1 | | |
| **Section 1B is Not Applicable to this Coverage** ☐ | | | | | |

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 1 | | WANDA MERCED | |
| **Section 1C is Not Applicable to this Coverage** ☐ | | | | |

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | ~~Indian~~ Chinese | Hispanic | ~~Asian~~ Vietnamee | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 1 | | 1 | | | | |
| **Section 1D is Not Applicable to this Coverage** ☐ | | | | | | | |

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |
| **Section 1E is Not Applicable to this Coverage** ☒ | |

Initials:


2

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1.  Ballots accepted | |
| 2.  Ballots partially rejected | |
| 3.  Ballots totally rejected | |
| 4.  Spoiled ballots | |
| 5.  Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |
| **Section 1F is Not Applicable to this Election  ☐** | |

**G.  If *voting machines* are used:**
1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| **Section 1G (including Question 2 below) is Not Applicable to this Election  ☐** | | | | | |

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?          ☐ Yes          ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**
Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| **Section 1H is Not Applicable to this Election  ☐** | | | | | |

Initials:

3

**2.    DESCRIPTION OF POLLING PLACE**

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items*:
1. Location of voting machines or booths
2. Location of tables for election officials
3. Location of any officially-designated interpreters
4. Location of voting instruction signs or cards
5. Location of sample ballots, if any
6. Location of telephone, if any
7. Location of Federal observers



Mobile

Initials

4

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a. Setting campaigning limits? | ☐Yes ☒No | —— | ☐Yes ☐No | —— | ☐Yes ☐No |
| b. Directing voters to the polling place (e.g., "vote here")? | ☒Yes ☐No | Outside school Door | ☒Yes ☐No | E, S, C, V. | ☐Yes ☐No |
| c. Stating assistance is available to voters? | ☒Yes ☐No | Hall Leading to Room to vote Cardboard cheez Em table | ☒Yes ☐No | Spanish, E, C, V, R, H, Cv | ☐Yes ☐No |
| d. Indicating Election date? | ☒Yes ☐No | In front of School | ☒Yes ☐No | Spanish | ☐Yes ☐No |
| e. Indicating Election hours? | ☒Yes ☐No | Door outside school | ☒Yes ☐No | E, S, V, C | ☐Yes ☐No |
| f. Sample ballot? | ☒Yes ☐No | In front of Check In table Hall | ☒Yes ☐No | E, S, C, V, R, H, C V | ☐Yes ☐No |
| g. Instructions for casting a regular ballot? | ☒Yes ☐No | Hall | ☒Yes ☐No | E, S. | ☐Yes ☐No |
| h. Instructions for casting a provisional ballot? only form 5 not signs | ☐Yes ☒No | —— | ☐Yes ☒No | —— | ☐Yes ☐No |
| ✗ i. Instructions for mail registrants and first time voters? | ☒Yes ☐No | Hall | ☒Yes ☐No | E, S, V, C, R, H, C V | ☐Yes ☐No |
| j. Information on who to contact if voters have problems? | ☐Yes ☒No | —— | ☐Yes ☒No | —— | ☐Yes ☐No |
| k. General voting rights information? | ☒Yes ☐No | Hall | ☒Yes ☐No | E, S | ☐Yes ☐No |
| ✗ l. Right to cast a provisional ballot? Orange Signs | ☒Yes ☐No | Hall | ☒Yes ☐No | E, S, V, C, R, H, C V | ☐Yes ☐No |
| ✗ m. Laws on voting fraud and misrepresentation? | ☒Yes ☐No | In front of Check In table Hall | ☒Yes ☐No | E, S, V, C, R. H, C V | ☐Yes ☐No |

✱ E = English, S = Spanish, V = Vietnamese, C = Chinese, R = Russian, H = Haitian
CV - Cape verdean

2. If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

N/A

Initials:



5

C.    Phones

    1. Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?    ☑ Yes    ☐ No

    If so, indicate the type of telephone (e.g., private line, pay phone, etc.):
    _city school phone_

    Provide the telephone number: _617 – 635 – 8454_

    If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

    2. If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used _mobile_ and under what circumstances the officials used this phone.

## 3. ELECTION OFFICIALS

**A.** List each polling official on duty. *Do NOT include special interpreters.*

WD/AD/ED, if applicable: _W1 P7_

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| MARY THERIAULT | W | INSPECTOR | ENGLISH |
| JIMMY LORING | W | WARDEN | ENGLISH |
| ~~WANDA MERCED~~ | ~~HISP~~ | ~~INTERPRETER~~ | ~~SPANISH~~ |
| JESSICA MAY | W | BILINGUAL INSPECTOR | SPANISH |
| ROSALE PETRALIA | W | CLERK | ENGLISH |
| DANIEL LONG | W | POLICE | ENGLISH |
| GENE THERIAULD | W | INSPECTOR | ENGLISH |
| ROSE HENRY | B | INSPECTOR | ENGLISH |
| | | | |
| | | | |

Initials

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable: __1 - 7__

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| JIMMY LORIN (WARDEN) | 10 AM | 12:00 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.  If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐            WD/AD/ED, if applicable: __WHP7__

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| | N/A | |
| | | |
| | | |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?                         ☐ Yes    ☑ No

If so, who? _____

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?

☐ Yes    ☑ No

If so, who? _____

**Initials:** 

7

D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials: 

8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

    1. Were there interpreters assigned to this polling place?　　　☒ Yes　　☐ No
       *If "no", skip the remaining questions on this page and proceed to Section 4.*

    2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _W1-PR7_

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| Wanda Merced | H | Spanish | 6 AM | |
| | | | | |
| | | | | |
| | | | | |

Note times each interpreter was absent from the polls:　　　WD/AD/ED, if applicable: _W1-PR7_

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

    3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☐

WD/AD/ED, if applicable: _W1-PR7_

| Interpreter | Duties Performed |
|---|---|
| | |
| | |
| | |
| | |

Initials: 

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                    WD/AD/ED, if applicable: _WI P7_

1. What time did the election officials arrive at the polling place? _6:00 AM_
   Indicate how this information was obtained:

   ☑ Observation          ☐ Questioning election officials

2. Were the election officials given an oath of office?        ☑ Yes        ☐ No

   If so, by whom? _Marty Cain at special meeting_
   Indicate how this information was obtained:

   ☐ Observation        ☑ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. **Do
   not include signs identified on page 5.** Identify any items printed in a language other
   than English and specify the additional language(s).  E = English, S = Spanish

   Provisional Ballot Info. Sheet   English/Spanish
   Provisional Ballot Affirmation   English/Spanish
   Affirmation of Current & Continuous Residence for Inactive Voters /E/S

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.

   A call was made to the office when certain signs
   weren't found. At 7:20 AM on official brought
   another "case" in. The official indicated that
   the "box" was in the custodian's office.
   THE signs were ~~all placed appropriately~~
   posted at the front door ie Vote Here,
   Sign w/date and time. Both signs were in
   English, Spanish Chinese and Vietnamese.



B. Poll Watchers                                    WD/AD/ED, if applicable: WI P7

   1. Were any poll watchers present?                ☒ Yes        ☐ No

   2. If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| Jeanette Police | W | Drago |
| Ben Healey | W | Gloribel Mota |
| Delores Celona | W | Carlos |

   3. Did the election officials require the poll watchers to present any type of authorization?

   ☒ Yes ☐ No    If so, what? A letter

If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

### NOT OBSERVED

   4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?                ☐ Yes        ☐ No

Explain any activities poll watchers were not permitted to observe.

N/A

C. While the Polls Were Open                        WD/AD/ED, if applicable: WI P7

   1. What time did the polls open? ___7 00 AM___
     Indicate how this information was obtained:

     ☒ Observation        ☐ Questioning election officials

   2. Were the names of the absentee voters marked on the poll list? ☐ Yes        ☐ No

   3. Were the absentee ballots delivered to the polls? ☐ Yes        ☐ No
     If so, by whom? _____
     *If "no", proceed to question 5 of this section.*
   4. Were the absentee ballots counted at the polls?

     ☐ Yes        ☐ No        ☐ Not Observed

Initials

11

5.  What voting system(s) for regular ballots was used in the polling place?

   a.  Direct recording electronic machines (DRE)?   ☐ Yes   ☐ No
      If yes, was the machine set to zero before voting began?

      ☐ Yes   ☐ No   ☐ Not Observed

      Was there an activator card (a device that the voter inserts into the machine to begin

      voting) given to the voter?   ☐ Yes   ☐ No

      If yes, who programmed the activator card?  _____

   b.  Lever machines?   ☐ Yes   ☐ No
      If yes, were the keys delivered in a sealed envelope on the outside of which was
      written the machine number and the protective counter number?

      ☐ Yes   ☐ No   ☐ Not Observed

      Did the public counter register zero before voting began?

      ☐ Yes   ☐ No   ☐ Not Observed

      If not, what number did the counter show?  _____

      Was the machine locked before voting began?

      ☐ Yes   ☐ No   ☐ Not Observed

   c.  Punch cards?   ☐ Yes   ☐ No
      If yes, where were voted ballots deposited by the voter?

      ☐ Ballot box

      ☐ Scanner

      ☐ Poll Official

      ☐ Other (explain)

      If there was a scanner:

      Did it reject any ballots voters inserted?  ☐ Yes ☐ No   ☐ Not Observed

      Was it set to zero before voting began?  ☐ Yes ☐ No   ☐ Not Observed

      Were privacy sleeves used to keep ballot choices secret?

      ☐ Yes   ☐ No   ☐ Not Observed

Initials:

12

d. Optical scan cards ?                          ☒ Yes          ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☒ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted? ☐ Yes  ☒ No      ☐ Not Observed

Was it set to zero before voting began? ☒ Yes  ☐ No      ☐ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☒ Yes          ☐ No          ☐ Not Observed


e. Paper ballots?                                ☐ Yes          ☐ No

If yes, was the ballot box emptied?              ☐ Yes          ☐ No

Were the blank ballots counted/numbered?

☐ Yes       ☐ No          ☐ Not Observed

How many ballots were provided to the polling place?      _____

Was the ballot box locked prior to the start of voting?

☐ Yes       ☐ No          ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

Initials

13

6. If **DRE** or lever *voting machines* were used:

☐ Not applicable to this election

   a. Did the voter receive any form from the poll official

      indicating he/she was permitted to vote?        ☐ Yes  ☐ No
      If so, from whom? _____

   b. Was there any time limitation imposed on voters?    ☐ Yes  ☐ No
      If so, how long? _____

   c. Did any voter attempt to use a marked sample ballot?  ☐ Yes  ☐ No

      If so, was the voter allowed to do so?           ☐ Yes  ☐ No
      If not, who prevented its usage? _____

---

7. If *paper ballots, punch cards, or optical scan cards* were used:

☐ Not applicable to this election

   a. From whom did the voter receive the ballot? __clerk__

   b. Where did the voter go to mark the ballot? __booth__

   c. Was any time limitation imposed on voters?    ☐ Yes  ☑ No
      If so, how long? _____

   d. Did any voter attempt to use a marked sample ballot?  ☐ Yes  ☑ No

      If so, was the voter allowed to do so?          ☐ Yes  ☐ No
      If not, who prevented its usage? _____

   e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

           *NOT OBSERVED*         ☐ Yes  ☐ No

---

D. Determining a Person's Eligibility to Vote

   *Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the following questions:*

   1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine the voter's registration status.

   A List of Registered Voters is used to determine status

**Initials:**

14

2.  If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☐ Yes     ☐ No          Explain.   *N/A*

3.  If a person was registered in another precinct, what instruction, if any, was the voter given?   *N/A*

4.  If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?   *N/A*

5.  Were any officials available at or near the polling place to register persons to vote?

    ☐ Yes     ☒ No

    If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
|      |       |          |
|      |       |          |
|      |       |          |

    Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?          ☐ Yes     ☐ No    *N/A*    Explain.

6.  Describe any other actions, not included above, that were taken to determine a voter's registration status.   *N/A*

Initials:

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place.

   *No conversation other than election procedure took place while ~~observation from~~ language assistance was taking place.*

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?

      *The person asked for the language assistance.*

   b. Were there any minority voters who were unable to sign their names?

      ☐ Yes    ☒ No

      If so, were they offered assistance in the minority language in casting their ballots?

      ☐ Yes    ☒ No    If not, explain.

      *N/A*

Initials

16

c. Did any voter who requested minority language assistance fail to receive such assistance?  ☐ Yes  ☒ No    If so, explain the circumstances.

3. a. Did any poll official or interpreters provide instruction *in a minority language* on how to cast the ballot (e.g., how to use the machine, how to mark or punch the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes may be cast for a given office, etc.)?  ☒ Yes  ☐ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the instructions. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the instructions given in the minority language. Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the instructions given by the official varied during the day, describe when it varied and how it varied for that official.*

b. Where was the instruction given?

☐ Inside the booth (or while voter is voting)

☒ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: <u>The Auto marK machine $ check FN-OUT Table</u>

If instruction was given in the minority language on how to cast a ballot and was done so *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the instruction and the time the voter entered the booth (or began to vote)?  <u>1 minute</u>

4. a. Was an interpretation of the ballot provided in the minority language to voters?

☒ Yes  ☐ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for each official who gave such interpretation and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the ballot. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the interpretation given in the minority language (typically, at least 5 instances, if possible). Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the interpretation given by the official varied during the day, describe when it varied and how it varied for that official.*

Initials:

17

b. Where was the interpretation given?

☐ Inside the booth (or while voter is voting)

☒ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: <u>Auto Mark Machine</u>
If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? <u>1 minute</u>

## F. Delays in Voting

1. What was the average number of voters waiting in line to vote during the day? <u>1</u>

2. What was the average length of time voters had to wait to vote? <u>~1 minute</u>

3. Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes    ☒ No    If so, provide the following information:

a. The time the line formed _____ and the number of voters in line _____

b. What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

c. What action, if any, did poll officials take to alleviate the delay?

## G. Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1. Were challenged, affidavit, or other provisional-type ballots used?

☐ Yes    ☐ No    ☒ Not Observed

Initials:



18

On what basis did the poll worker give the provisional ballot(s)?

*N/A*

What language(s) were the ballots in? *English/Spanish*

2. What voting system is used for provisional ballots?

☐ DRE?   ☐ Lever?   ☐ Optical Scan Card?   ☐ Punch Card?   ☑ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☑ Yes   ☐ No
   What languages were the form/envelope in? *English/Spanish*

4. According to poll workers, under what circumstances are these provisional ballots used?

*If any voter is not listed in the log and requests the provisional ballot the ballot is provided*

5. Did the poll worker provide written information to the provisional voter?

☐ Yes   ☐ No
In what language(s)? *N/A*
What did the document say?

6. Did the document include information on how a voter can determine if his or her provisional ballot has been counted? ☐ Yes   ☐ No *N/A*

7. Were these provisional ballots kept separate from other ballots?

☐ Yes      ☐ No      ☐ Not Observed  *N/A*

8. Were these provisional ballots counted at the polls?

☐ Yes      ☐ No      ☐ Not Observed  *N/A*

Initials:

19

H.  Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1.  Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? When Flagged in the log book voters are asked for ID.

2.  Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?          ☐ Yes          ☑ No
    If so, what were they taught in that training?

3.  Are voters who need to present ID "flagged" on the poll book or in some other manner?
    ☑ Yes          ☐ No          If so, describe.
    THE Letter I is beside the name on the poll book to require the poll worker to request identification.

4.  Did you observe any voters being asked for identification?  ☐ Yes          ☑ No
    On what grounds were they asked?



    What form(s) of ID were the poll workers willing to accept?

                                        N/A

    If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot?          N/A          ☐ Yes          ☐ No
    Please describe what occurred.

---

I.  Training of Interpreters or Bilingual Poll Officials

    ┌─────────────────────────────────────────┐
    │  ☐ Not applicable to this coverage        │
    └─────────────────────────────────────────┘

    *The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on *how to translate the contents of the ballot or how to provide procedural instructions in the minority language*?   ☐ Yes   ☒ No

   Did they receive notice that such a training session was scheduled? ☒ Yes   ☐ No
   Explain. Letter by mail.

   *If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".*

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training *specifically on how to translate the ballot or how to provide procedural instructions in the minority language*, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. *Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.*

| Interpreter/Official | Trained (Yes or No) | When week of | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| Wanda Merced | Yes | Sep/18/07 | Orient Heights | 2 hr | Mary |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. Was part or all of the training conducted in the minority language? ☐ Yes  ☒ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)? ☒ Yes   ☐ No      If so, specify: flip Chart
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes   ☒ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes   ☒ No

   Did they find the audio-visual aid(s) helpful? ☐ Yes   ☐ No   N/A
   Describe any comments about the audio-visual aid(s).

Initials:

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.   *NONE*

---

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

*WE ENCOUNTERED NO DIFFICULTIES WITH POLL WORKERS ALL QUESTIONS WERE ANSWERED WHEN ASKED. AT NO TIME WERE THE OBSERVERS DENIED ACCESS TO THE SITE*

B. Provide information on the presence of any law enforcement officials and any of their activities you observed.

*NONE OBSERVED*
*The Only law enforcement official was the constable at the checking out table.*

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

*NONE OBSERVED*

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

*THERE APPEARED TO BE NO DISTINCTION IN THE MANNER ALL VOTERS WERE SUBJECTED. USUALLY "HELLO, ADDRESS" THE OBSERVERS DID NOT SEE ANY DIFFERENCES IN THE INTERACTION BETWEEN POLL WORKERS AND THE VOTERS*

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

*N/A*

Initials:

22

☐ None Observed
☐ Not applicable to this coverage

# CHART A – VOTING TALLY SHEET

WD/AD/ED, if applicable: W1 P7

| \_\_\_\_\_ | PERSONS PERMITTED TO VOTE | | |
|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | Totals |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Subtotal | |
| | | Grand Total (if last page of tally sheet) | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials



☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: W1 P7

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance Number of Voters | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | ~~Indian~~ | Hisp. | ~~Asian~~ | Black | White | Other | |
| 7:00 1 10:00 AM | Wanda Merced | Ch | 0 | Vnt | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 10:00 AM 11:00 AM | Wanda Merced | | 1 | | | | | 1 |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 11:00 AM | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 12 NOON | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | 1 |
| | | | | | Grand Total (if last page of tally sheet) | | | 1 |

Comm

○

1

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

**Initials:**

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: W1 P7

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Chinese/ ~~Indian~~ | Hisp. | Vietnamese ~~Asian~~ | Black | White | Other | |
| 7:00 ↓ 10:00 AM | | | | | | | | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 10:00 ↓ 11:00 | Wanda Merced | | 1 | | | | | 1    1    1 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | 0    6 |
| 11:00 | | | | | | | | 0    0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 12:00 | | | | | | | | 0    0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | 1 |
| | | | | | | Grand Total (if last page of tally sheet) | | 1 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

*N/A*

☐ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable: W1 P7

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| **Address** | | | **Address** | | |
| **Federal Certificate of Eligibility Number, if any** | | | **Federal Certificate of Eligibility Number, if any** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Official Not Permitting Vote** | Race | | **Name/Title of Official Not Permitting Vote** | Race | |
| **Reason for Not Permitting Vote** | | | **Reason for Not Permitting Vote** | | |
| **Specify what the official did or suggested that the voter do in order to vote.** | | | **Specify what the official did or suggested that the voter do in order to vote.** | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** | | | **Reason Voter Believes He/She Should Be Permitted to Vote** | | |
| **Information obtained from:** ☐ Observation ☐ Questioning Voter | | | **Information obtained from:** ☐ Observation ☐ Questioning Voter | | |

**Initials:**

26____

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: **W1 P7**

Vote ███████ Race: **H** Begin Time: **10:45 AM** End Time: **10:50 AM**

Interpreter or Election Official: **Wanda Merced** Observer: **J. Martinez**

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

☐ AutoMark

Reason Voter Needed Assistance, (if other than language): **language & vision**

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

✗ V = Voter, I = Interpreter

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Yes |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | ✓ | | | Yes |
| Name the political parties for each candidate on the ballot | ✓ | | | Yes |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |



Explanation: ███████ (voter) approached the check in table and say that she ███████ does not speak English and that she had an eye operation and was unable to read. Wanda Merced (Interpreter) starts to help Ms ███████ (V) and tells her about the AutoMark machine. ███████ (V) tells Wanda Merced (I) that she would try it. ███████ (V) sits in front of AutoMark machine and tells Wanda Merced (I) that she was still unable to see. Merced (I) proceed to read the screen to the voter and tells her the procedure. ███████ (V) makes her vote, and they proceed to the check out table, where Merced (I) gives the address of the voter to the police and tells the voter to place the ballot at the machine. ███████ (V) do, say thank you and leave.

*N/A*

☐ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: *WIP 7*

Interpreter/Official: _____     Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|--------|------------------------------------------------------------------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

*N/A*

☐ None Observed
☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: *W1 07*

Interpreter/Official: _____    Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Initials:



☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)

WD/AD/ED, if applicable: WIP7

Interpreter/Official: _Wanda Merced_          Observer: _J. Martinez_

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| Using the Automark machine | "Read the Instructions and ~~the little~~ select Candidate of your choice". "When finish the machine will do the mark for your selection". "After that take the ballot to the back table" |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:

30_____

*N/A*

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☑ BALLOTS

WD/AD/ED, if applicable: *WI  P7*

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| **Address** | | | **Address** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | Race | | **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | Race | |
| **Reason** | | | **Reason** | | |

**Voter's Response**

Information obtained from:

☐  Observation

☐  Questioning Voter

1.  Did the election official check with voter registration officials?  ☐ Yes    ☐ No

2.  Was the voter advised to check with the voter registration officials? ☐ Yes    ☐ No

3.  Did the election officials tell the voter he/she was registered elsewhere?
    ☐ Yes    ☐ No    If so, where?

4.  Was the ballot kept separate from the unchallenged ballots?  ☐ Yes    ☐ No

**Voter's Response**

Information obtained from:

☐  Observation

☐  Questioning Voter

1.  Did the election official check with voter registration officials?  ☐ Yes    ☐ No

2.  Was the voter advised to check with the voter registration officials? ☐ Yes    ☐ No

3.  Did the election officials tell the voter he/she was registered elsewhere?
    ☐ Yes    ☐ No    If so, where?

4.  Was the ballot kept separate from the unchallenged ballots?  ☐ Yes    ☐ No

Initials:

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

*N/A*

WD/AD/ED, if applicable: *WI P7*

☐ Not applicable to this coverage

1.  What time did the polls close? _____

2.  Were there any persons in line to vote when the polls closed?

    ☐ Yes        ☐ No

    If so, how many? _____

3.  Were all persons who were in line when the polls closed permitted to vote?

    ☐ Yes        ☐ No

    If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4.  If **paper ballots** were used and counted at the polls:
    a.  Were additional workers used to assist in the

        count?  ☐ Yes    ☐ No

        ☐ Not applicable to this election

        If so, were these persons administered an oath?  ☐ Yes    ☐ No

    b.  Was the table cleared before the ballot box was emptied?  ☐ Yes    ☐ No

    c.  Who removed the ballots? _____

    d.  Were the ballots opened and stacked?  ☐ Yes    ☐ No

        If so, by whom? _____

    e.  Who read the ballots? _____

    f.  Did anyone hand the ballots to the reader?  ☐ Yes    ☐ No

        If so, who? _____

    g.  Was each ballot read as marked?  ☐ Yes    ☐ No
        If not, how many were not properly read? _____
        How were they misread?

Initials:

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials



33

j.   How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

k. Tallying of Ballots
1. Names of officials who kept each tally (it may be that only one tally sheet is kept). If more than one person kept the single tally sheet, note the period of time each person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| **Name** | **From – To** | **Name** | **From – To** |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l. Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?  ☐ Yes    ☐ No        If not, explain.

m. List the items placed in the ballot box.

n. List the items not placed in the ballot box and indicate where they were placed.

o. What time did the ballot box leave the polling place? _____

Who took it? _____

Was it locked?  ☐ Yes    ☐ No        Was it sealed?  ☐ Yes    ☐ No

p. What time did the Observer Team leave the polling place? _____  Did an Observer accompany the ballot box?  ☐ Yes    ☐ No

5. If **DRE** or lever *voting machines* were used:

☐ Not applicable to this election

a. Were the machines locked and sealed against further voting?  ☐ Yes    ☐ No

If so, by whom? _____

b. Who read the count from the machine? _____

Initials 

35

c. Was the count verified by another official?   ☐ Yes   ☐ No      If so, by whom?

_____

d. Was it read correctly?                       ☐ Yes   ☐ No
e. Who recorded the vote on the official return sheets?  _____

f. Was the vote recorded accurately?            ☐ Yes   ☐ No
g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h. Was the vote announced by the poll officials?   ☐ Yes   ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?                   ☐ Yes   ☐ No
j. Were the absentee votes counted and tabulated with the votes shown on the machines?
   ☐ Yes   ☐ No
k. Was the statement of results signed and certified by the poll officials?
   ☐ Yes   ☐ No

l. Was the statement delivered to the election officials?   ☐ Yes   ☐ No

   By whom?   _____
m. As soon as the count was completed and the results announced, was the counter compartment locked?   ☐ Yes   ☐ No   By whom?  _____
n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.




o. What time did the Observer Team leave the polling place?  _____

Initials:

6. If **punch cards or optical scan cards** were used:
   a. Was a duplicate report of the number of persons

      voting prepared? ☐ Yes ☐ No

      ☐ Not applicable to this election

     By whom? _____
   b. What was done with the election supplies such as ballot stubs, etc.?




   c. Was the ballot box sealed? ☐ Yes ☐ No   By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

     Did an observer accompany the ballot box? ☐ Yes ☐ No
   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots
   a. Were the absentee ballots opened and stacked?

      ☐ Not applicable to this election

     ☐ Yes ☐ No
     By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader? ☐ Yes ☐ No

     If so, who? _____

   d. Was each ballot read as marked? ☐ Yes ☐ No   If not, how many were not
     properly read? _____   How were they misread?




   e. What was done with the ballots after they were read?

Initials

37

f.  How many absentee ballots were totally rejected?  _____  Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected?  _____  Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
|  | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots
      opened and stacked?

   ☐ Yes    ☐ No   By whom?

   _____

   b. Who read the ballots? _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes    ☑ No

      If so, who? _____

   d. Was each ballot read as marked?   ☐ Yes    ☐ No      If not, how many were
      not properly read? _____   How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?

      _____

      Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

☐ Not applicable to this election

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following*
   *table. Compare Observer count with*
   *official count. If challenged and/or absentee ballots were not counted by officials*
   *with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |
| Office: | | | | |
|    Name | | | | |
|    Name | | | | |

b. Provide any additional comments regarding activities while the votes were being counted.

Initials:

*WaS*

*JAM*

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE  WD/AD/ED, if applicable: WI P7

| Name | Race | Name | Race |
|---|---|---|---|
| 1 | | 28 | |
| 2 | | 29 | |
| 3 | | 30 | |
| 4 | | 31 | |
| 5 | | 32 | |
| 6 | | 33 | |
| 7 | | 34 | |
| 8 | | 35 | |
| 9 | | 36 | |
| 10 | | 37 | |
| 11 | | 38 | |
| 12 | | 39 | |
| 13 | | 40 | |
| 14 | | 41 | |
| 15 | | 42 | |
| 16 | | 43 | |
| 17 | | 44 | |
| 18 | | 45 | |
| 19 | | 46 | |
| 20 | | 47 | |
| 21 | | 48 | |
| 22 | | 49 | |
| 23 | | 50 | |
| 24 | | 51 | |
| 25 | | 52 | |
| 26 | | 53 | |
| 27 | | 54 | |
| Subtotals By Race | | | | Subtotals By Race | | | | | |

Initials:







United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO  80225-0167

In Reply Refer to:          Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC  20530

RE:  Election of  _9-25-07_
                                    (Date)

_MA_
                                    (State)

_Suffolk_
                                    (County)

_Boston_
                          (Municipality)

_Orient Heights Housing_
              (Name of Polling Place)

_14_
                                    (Precinct #)

_1_

(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel
Management Observers for the election described above.  Enclosed is the report for that election, submitted
pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

| The Time Observers: | |
| --- | --- |
| Arrived at Polls | _5:45 AM_ |
| Departed Polls | _8:00 PM_ |

**Instructions to Observers:  Complete this
report in BLACK INK *ONLY*.  Each
team member must sign coversheet and
initial all subsequent pages of report,
including charts, in lower left corner.**

Observer(s):

Print _ENRIQUE VELEZ Jr_
          (Name)

Sign _[signature]_

Print _ANNA TARASKA_
          (Name)

Sign _Anna Taraska_

Print _____
          (Name)

Sign _____

# 1.   VOTING STATISTICS

| A.  Number of Persons Attempting to Vote at the Polls | Total | ~~Indian~~ Chinese | Hispanic | ~~Asian~~ Vietnam | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1.  Persons voting unchallenged (See Chart A, page 23) | | | | | | | |
| 2.  Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| 3.  Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL of 1, 2, and 3** | 1 | 0 | 0 | 0 | 0 | 0 | 0 |

| B.  Number of Persons Receiving Any Language Assistance.  Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | ~~Indian~~ Chinese | Spanish | ~~Asian~~ Vietnam | Other |
|---|---|---|---|---|---|
| | 3 | 0 | 3 | 0 | 0 |
| **Section 1B is Not Applicable to this Coverage ☐** | | | | | |

| C.  Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 3 | MARIA ANDRADES | | |
| **Section 1C is Not Applicable to this Coverage ☐** | | | | |

| D.  Number of Persons Receiving Any Assistance *OTHER* than Language Assistance (See Chart A2, page 25) | Total | ~~Indian~~ Chinese | Hispanic | ~~Asian~~ Viet. | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| **Section 1D is Not Applicable to this Coverage ☐** | | | | | | | |

| E.  Absentee Ballots | Total |
|---|---|
| 1.  Unchallenged | ✕ |
| 2.  Challenged | ✕ |
| **Section 1E is Not Applicable to this Coverage ☑** | |

Initials:

2

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1.  Ballots accepted | |
| 2.  Ballots partially rejected | |
| 3.  Ballots totally rejected | |
| 4.  Spoiled ballots | |
| 5.  Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |

Section 1F is Not Applicable to this Election  ☐

**G.  If *voting machines* are used:**
1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Section 1G (including Question 2 below) is Not Applicable to this Election  ☐

2. Did the seal numbers on each machine match the number of the seal on the envelope

containing the keys to the machine?                          ☐ Yes          ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**
      Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Section 1H is Not Applicable to this Election  ☑

Initials:

**2.    DESCRIPTION OF POLLING PLACE**

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items*:
1.   Location of voting machines or booths
2.   Location of tables for election officials
3.   Location of any officially-designated interpreters
4.   Location of voting instruction signs or cards
5.   Location of sample ballots, if any
6.   Location of telephone, if any
7.   Location of Federal observers

*Signage listed per letter Code on pg 5, Report*

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? | |
|---|---|---|---|---|---|---|
| a.  Setting campaigning limits? | ☐Yes ☒No | | ☐Yes ☐No | | ☐Yes ☐No | |
| b.  Directing voters to the polling place (e.g., "vote here")? | ☒Yes ☐No | Outside entrance door | ☒Yes ☐No | Eng/Span Vietnames Chinese | ☐Yes ☐No | |
| c.  Stating assistance is available to voters? | ☒Yes ☐No | Sign Taped to Table | ☒Yes ☐No | English Spanish | ☐Yes ☐No | |
| d.  Indicating Election date? | ☒Yes ☐No | Inside on wall | ☒Yes ☐No | English Spanish | ☐Yes ☐No | |
| e.  Indicating Election hours? | ☒Yes ☐No | Window to left entrance door | ☒Yes ☐No | Eng/Span Chin/Viet | ☐Yes ☐No | |
| f.  Sample ballot? | ☒Yes ☐No | Taped to wall | ☒Yes ☐No | English Spanish | ☐Yes ☐No | |
| g.  Instructions for casting a regular ballot? | ☒Yes ☐No | Taped on Door | ☒Yes ☐No | Eng, Span, Chinese Vietnamese Russian, Creole | ☐Yes ☐No → Cape Veedean | |
| h.  Instructions for casting a provisional ballot? | ☐Yes ☒No | | ☐Yes ☐No | | ☐Yes ☐No | |
| i.  Instructions for mail registrants and first time voters? | ☐Yes ☒No | | ☐Yes ☐No | | ☐Yes ☐No | |
| j.  Information on who to contact if voters have problems? | ☒Yes ☐No | Taped on door | ☒Yes ☐No | Eng, Span Chin, Viet Russ, Creole → | ☐Yes ☐No | Cape Veedean |
| k.  General voting rights information? | ☒Yes ☐No | Taped to wall | ☒Yes ☐No | English Spanish | ☐Yes ☐No | |
| l.  Right to cast a provisional ballot? | ☒Yes ☐No | Tapped on door | ☒Yes ☐No | Eng, Span Chin, Viet Russian, Creole + | ☐Yes ☐No | Cape Veedean |
| m.  Laws on voting fraud and misrepresentation? | ☒Yes ☐No | Tapped on wall near check in Table | ☒Yes ☐No | English Spanish | ☐Yes ☐No | ✓ |

2.  If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly: Various signs for individual Candidates posted outside polling site

"Need for Translation Assistance Sign" poster sitting on check in Table Translations: English, Spanish, Chinese, Vietnamese, Russian, Haitan Creole

Initials: + Cape Veedean

ZV.
at

5

C.    Phones
1.  Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?                                                  ☐ Yes     ☑ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

_____

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.


2.  If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used   _CELL phone_   and under what circumstances the officials used this phone.
   The warden used the cell phone to call the board of election to verify a voter's status.

---

## 3. ELECTION OFFICIALS

**A.**  List each polling official on duty. *Do NOT include special interpreters.*

WD/AD/ED, if applicable: WD 1/14

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| MARTHA GAETA | W | WARDEN | ENGLISH |
| JOAN FARO | W | CLERK | ENGLISH |
| VERLIN ALLEN | B | INSPECTOR | ENGLISH |
| SETH BURROWS | W | Patrol officer check out list | ENGLISH |
| GERALD O'REGAN | W | INSPECTOR | ENGLISH |
| MARIA ANDRADES | H | INSPECTOR | ENGLISH/ SPANISH |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Initials:
ZU.        W-White   H-Hispanic   B-Black
at

6

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable: *wo 1/14*

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.    If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐    WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| MARÍA ANDRADES | INSPECTOR | translation in Spanish and inspector |
| | | |
| | | |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?    ☑ Yes    ☐ No

If so, who?  _MARTHA GAZZA_

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?

☐ Yes    ☑ No

If so, who? _____

Initials:

*tv*
*at*

7

D. MASTER BOARD WORKER NOTES

☑ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master Board Worker.**

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:

8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?    ☐ Yes    ☑ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty.  Include the time each interpreter arrived at the polls.  For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| *N/A* |  |  |  |  |

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| *N/A* |  |  |  |  |  |  |  |  |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed.  If "none", check here: ☐

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
|  |  |
|  |  |
|  |  |
| *N/A* |  |

Initials:
ᔕᴸ
at

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                    WD/AD/ED, if applicable: wd1/14

1. What time did the election officials arrive at the polling place?  6:00 Am
   Indicate how this information was obtained:

   ☐ Observation        ☑ Questioning election officials

2. Were the election officials given an oath of office?        ☑ Yes        ☐ No

   If so, by whom? By Board of election during classes.
   Indicate how this information was obtained:

   ☐ Observation        ☑ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. *Do
   not include signs identified on page 5.* Identify any items printed in a language other
   than English and specify the additional language(s).
   There were ballots provided for Republican, Democratic,
   working families, Green-Rainbow parties. Also provided
   a notice for Spanish interpreter available in english
   and Spanish. Official record of the precinct book and
   check in book provided.

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.
   Poll officials were setting up their tables and
   posting up signs through out the room.

Initials:
ZV.
at

10

B. Poll Watchers                                WD/AD/ED, if applicable: _WD 1/14_

   1. Were any poll watchers present?        ☑ Yes    ☐ No
   2. If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| LISA LAMATTINA | W | DEMOCRATIC |
| MICHELLE COSTA | W | DEMOCRATIC |
| RACHEL GOODMAN | W | MOTA CAMPAIGN |

   3. Did the election officials require the poll watchers to present any type of authorization?

   ☑ Yes    ☐ No    If so, what? _LETTERS FROM THEIR CANDIDATES._

   If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations. _the poll watchers are not allowed to discuss anything with the voters. But only to verify voter's addresses on their list._

   4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?        ☑ Yes    ☐ No
   Explain any activities poll watchers were not permitted to observe.

   _N/A_

C. While the Polls Were Open                   WD/AD/ED, if applicable: _WD 1/14_

   1. What time did the polls open? _7:00 AM_
   Indicate how this information was obtained:

   ☑ Observation        ☐ Questioning election officials

   2. Were the names of the absentee voters marked on the poll list?   ☐ Yes    ☒ No

   3. Were the absentee ballots delivered to the polls?   ☐ Yes    ☐ No
   If so, by whom? _____
   *If "no", proceed to question 5 of this section.*

   4. Were the absentee ballots counted at the polls?

   ☐ Yes        ☐ No        ☐ Not Observed

Initials:
_EV_
_at_

11

5. What voting system(s) for regular ballots was used in the polling place?

   a. Direct recording electronic machines (DRE)?   ☐ Yes   ☐ No

     If yes, was the machine set to zero before voting began?

     ☐ Yes   ☐ No    ☐ Not Observed

     Was there an activator card (a device that the voter inserts into the machine to begin

     voting) given to the voter?   ☐ Yes   ☐ No

     If yes, who programmed the activator card? _____

   b. Lever machines?   ☐ Yes   ☐ No

     If yes, were the keys delivered in a sealed envelope on the outside of which was
written the machine number and the protective counter number?

     ☐ Yes   ☐ No    ☐ Not Observed

     Did the public counter register zero before voting began?

     ☐ Yes   ☐ No    ☐ Not Observed

     If not, what number did the counter show? _____

     Was the machine locked before voting began?

     ☐ Yes   ☐ No    ☐ Not Observed

   c. Punch cards?   ☐ Yes   ☐ No

     If yes, where were voted ballots deposited by the voter?

     ☐ Ballot box

     ☐ Scanner

     ☐ Poll Official

     ☐ Other (explain)

     If there was a scanner:

     Did it reject any ballots voters inserted? ☐ Yes ☐ No   ☐ Not Observed

     Was it set to zero before voting began? ☐ Yes ☐ No   ☐ Not Observed

     Were privacy sleeves used to keep ballot choices secret?

     ☐ Yes   ☐ No    ☐ Not Observed

Initials:
_EV_
_ab_

d. Optical scan cards ?  ☒ Yes  ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☒ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?  ☐ Yes  ☒ No  ☐ Not Observed

Was it set to zero before voting began?  ☒ Yes  ☐ No  ☐ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☒ Yes  ☐ No  ☐ Not Observed

e. Paper ballots?  ☐ Yes  ☐ No

If yes, was the ballot box emptied?  ☐ Yes  ☐ No

Were the blank ballots counted/numbered?

☒ Yes  ☐ No  ☐ Not Observed

How many ballots were provided to the polling place?  _____

Was the ballot box locked prior to the start of voting?

☐ Yes  ☐ No  ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

Initials:

13

6.  If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

a.  Did the voter receive any form from the poll official
    indicating he/she was permitted to vote?         ☐ Yes  ☐ No
    If so, from whom? _____

b.  Was there any time limitation imposed on voters?   ☒ Yes  ☐ No
    If so, how long? _____

c.  Did any voter attempt to use a marked sample ballot?   ☐ Yes  ☐ No

    If so, was the voter allowed to do so?          ☐ Yes  ☐ No
    If not, who prevented its usage? _____

7.  If **paper ballots, punch cards, or optical scan cards**
    were used:

☐ Not applicable to this election

a.  From whom did the voter receive the ballot? *Clerk*

b.  Where did the voter go to mark the ballot? *Privacy screen 4 Part Table*

c.  Was any time limitation imposed on voters?      ☐ Yes  ☒ No
    If so, how long? _____

d.  Did any voter attempt to use a marked sample ballot?   ☐ Yes  ☒ No

    If so, was the voter allowed to do so?          ☐ Yes  ☐ No
    If not, who prevented its usage? _____ *N/A* _____

e.  Was another ballot made available to a voter if the voter spoiled his/her first ballot?
                                                    ☒ Yes  ☐ No

D.  Determining a Person's Eligibility to Vote

   ***Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted
   to Vote" (page 26).  At the end of the day, use Chart B to generalize a response to the
   following questions:***

   1.  Describe generally what registration book(s) or list(s) were consulted at the entrance to the
       polling place or at the check-in table to determine the voter's registration status.

*WARD #1 List of Registered voters book "Check-In"*
*Precinct - List of Registered voters book "Check-Out"*
*#14*

Initials:
*zv*
*at*

14

2.  If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☑ Yes   ☐ No        Explain. *MARTHA GAeTA (WARdon) Called county election officials on several occasions to verify voter Addresses.*

3.  If a person was registered in another precinct, what instruction, if any, was the voter given?

    *Not observed*

4.  If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?

    *Not observed*

5.  Were any officials available at or near the polling place to register persons to vote?

    ☐ Yes   ☒ No

    If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
|      |       |          |
|      |       |          |
|      |       |          |

    Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?  *N/A*        ☐ Yes        ☐ No        Explain.

6.  Describe any other actions, not included above, that were taken to determine a voter's registration status.  *Not observed*

Initials:

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place. *not observed.*

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?
      *Maria Andrades offered assistance to any voter
      whom she noticed that did not know how to speak
      English or if the voter requested such assist.*

   b. Were there any minority voters who were unable to sign their names?

      ☐ Yes    ☒ No

      If so, were they offered assistance in the minority language in casting their ballots?

      ☐ Yes    ☐ No         If not, explain.

**Initials:**
*EV.*
*ab*

16

c. Did any voter who requested minority language assistance fail to receive such

assistance?  ☐ Yes  ☑ No  If so, explain the circumstances.

3. a. Did any poll official or interpreters provide instruction *in a minority language*
on how to cast the ballot (e.g., how to use the machine, how to mark or punch the
ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is

allowed, how many votes may be cast for a given office, etc.)?  ☑ Yes    ☐ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and
one C1 Chart (page 27) for each voter assisted by that official during the time the
Observer is recording the interpretation of the instructions. Observe as many instances
of assistance by that official as necessary to accurately and completely record in
English the instructions given in the minority language. Enclose in quotation marks
(" words") all words, if any, spoken in English by the official. Include in the
"Explanation" part of the C1 Chart any additional information. As an example, if the
instructions given by the official varied during the day, describe when it varied and
how it varied for that official.*

b. Where was the instruction given?

☑ Inside the booth (or while voter is voting)

☑ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: In front of the clerks table .

If instruction was given in the minority language on how to cast a ballot and was done so
*outside* of the voting booth (or before the voter began to vote), generally how much time
elapsed between the completion of the instruction and the time the voter entered the booth
(or began to vote)?  Aprox 3-5 min.

4. a. Was an interpretation of the ballot provided in the minority language to voters?

☑ Yes  ☐ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for
each official who gave such interpretation and one C1 Chart (page 27) for each voter
assisted by that official during the time the Observer is recording the interpretation of
the ballot. Observe as many instances of assistance by that official as necessary to
accurately and completely record in English the interpretation given in the minority
language (typically, at least 5 instances, if possible). Enclose in quotation marks
(" words") all words, if any, spoken in English by the official. Include in the
"Explanation" part of the C1 Chart any additional information. As an example, if the
interpretation given by the official varied during the day, describe when it varied and
how it varied for that official.*

Initials:

17

b.  Where was the interpretation given?

☑ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

F.  Delays in Voting

1.  What was the average number of voters waiting in line to vote during the day? *1 Minute*

2.  What was the average length of time voters had to wait to vote? *1 Minute*

3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes    ☒ No    If so, provide the following information:

a.  The time the line formed _____ and the number of voters in line _____

b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

*N/A*

c.  What action, if any, did poll officials take to alleviate the delay?

*N/A*

G.  Challenged, Affidavit, or Provisional Ballots

| ☐ Not applicable to this coverage |

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1.  Were challenged, affidavit, or other provisional-type ballots used?

☑ Yes    ☒ No    ☐ Not Observed

Initials:

18

On what basis did the poll worker give the provisional ballot(s)? *Wardon, Martha Gaeti Said she gave the provisional because the voter's name didn't appear on list registered voters*

What language(s) were the ballots in? *English and Spanish*

2.  What voting system is used for provisional ballots?

    ☐ DRE?    ☐ Lever?    ☒ Optical Scan Card?    ☐ Punch Card?    ☒ Paper Ballot?

3.  Is there an affirmation form/envelope that the voter must complete? ☒ Yes    ☐ No
    What languages were the form/envelope in? *form is English and Spanish Envelope was English only.*

4.  According to poll workers, under what circumstances are these provisional ballots used?
    *Voter goes to Table to Vote. Clerk does not find name in book of registered voters for 1st Ward 14th Precinct, Clerk calls city hall to confirm address & they are not on their list either. Voter does't have ID to proove address and insist on voting at polling site.*

5.  Did the poll worker provide written information to the provisional voter?
    ☒ Yes    ☐ No    ~~N/A~~ *EV*
    In what language(s)? *English and Spanish*
    What did the document say?
    *Document with phone number to call to check why or why not the provisional ballot was counted in this election for Ward 1 Prec 14*

6.  Did the document include information on how a voter can determine if his or her
    provisional ballot has been counted? ☒ Yes    ☐ No    ~~N/A~~ *at*

7.  Were these provisional ballots kept separate from other ballots?
    ☒ Yes    ☐ No    ~~☒ Not Observed~~

8.  Were these provisional ballots counted at the polls?
    ☐ Yes    ☐ No    ☒ Not Observed

Initials:
*EV.*
*at*

19

H. Identification (ID) Requirements

***To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.***

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? The poll workers would ask a voter for ID if they notice an ID sign by their name in the voter registration book.

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?    ☑ Yes    ☐ No

   If so, what were they taught in that training? The poll workers were taught that first time voters who registered by mail will be flagged (ID) next to their name on the voter's registration book and must ask for ID.

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?

   ☑ Yes    ☐ No    If so, describe.
   Voter who need to present ID are flagged on the voter's registration book with (ID) next to their name.

4. Did you observe any voters being asked for identification? ☐ Yes    ☑ No
   On what grounds were they asked?




   What form(s) of ID were the poll workers willing to accept? Driver's license and any utility bill with correct address. According to warden Martha Gazta

   If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot? not observed ☐ Yes    ☐ No
   Please describe what occurred.

---

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

***The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.***

Initials:
JJ
atc

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on **_how to translate the contents of the ballot or how to provide procedural instructions in the minority language_**? ☑ Yes  ☐ No

   Did they receive notice that such a training session was scheduled? ☑ Yes  ☐ No
   Explain. MARIA ANDRADES RECEIVED A NOTICE BY MAIL STATING THE DATE OF TRAINING.

   *If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".*

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training **specifically on how to translate the ballot or how to provide procedural instructions in the minority language**, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. *Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.*

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| MARIA ANDRADES | ✓ | 9/17/07 | WARREN St. Library | 3 hrs | Board of Election |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. Was part or all of the training conducted in the minority language? ☐ Yes  ☑ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)? ☐ Yes  ☑ No    If so, specify: _____
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes  ☑ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes  ☑ No

   Did they find the audio-visual aid(s) helpful? ☐ Yes  ☐ No
   Describe any comments about the audio-visual aid(s).
   The Interpreters and poll officials do not get an audio-visual training.

Initials:
EV.
ab

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

*MARIA (Interpretor/Inspector) could not think of any comments (good or bad) or improvement suggestions*

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

*Interaction between Federal Observers and Poll Officials was courteous and cooperative to provide information required for the report.*

B. Provide information on the presence of any law enforcement officials and any of their activities you observed.

*Patrol Officer, Seth Burrows, requested voters to provide name and address so he could annotate the check out book (Registered Voters)*

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

*( not observed )*

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

*( not observed )*

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

*See attached sheet*

**Initials:**
*≡V*
*at*

At 4:30 pm Anna (Federal Observer) asked Gerald O'Reagan (inspector) what happens when a Republican Voter wants to vote and There aren't any names on the ballot. Mr O'Reagan stated They are told to do a "write-in" random vote, this is Boston and it is "democratic". He also said That the Republican party did not submit a name for The primary ballot. With a random vote all must be targeted to The same name for the write in vote to be effective.

**Initials:**

ZV.

at

22 A

☐ None Observed
☑ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET    WD/AD/ED, if applicable: _____

| PERSONS PERMITTED TO VOTE | | | |
|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | Totals |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Subtotal | |
| | | Grand Total (if last page of tally sheet) | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

**Initials:**


23

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: ward 1/14

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance — Number of Voters | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | ~~Indian~~ Chinese | Hisp. | ~~Asian~~ Viet | Black | White | Other | |
| 7:00am – 8:00am | | | | | | | | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 8:00am – 9:15am | | | | | | | | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 9:15am – 10:15am | | | | | | | | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 10:15AM – 11:15AM | | | | | | | | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| Subtotal | | | | | | | | 0 |
| Grand Total (if last page of tally sheet) | | | | | | | | 0 ZV |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

**Initials:** 

☐ None Observed
☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: 14th precinct

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 11:15A | | | | | | | | ◯ |
| | | | | | | | | |
| | | | | | | | | |
| 12:30P | Family/Friend | | | | | | | |
| 12:30P | MARIA ANDRADES | | III | | | | | 3 |
| | | | | | | | | |
| | | | | | | | | |
| 1:30pm | Family/Friend | | | | | | | |
| 1:30pm | | | | | | | | ◯ |
| | | | | | | | | |
| | | | | | | | | |
| 2:15p | Family/Friend | | | | | | | |
| 2:15p | | | | | | | | ◯ |
| | | | | | | | | |
| | | | | | | | | |
| 3:10p | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 3 |
| | | | | | | | Grand Total (if last page of tally sheet) | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m.; 7 a.m.- 8 a.m.)

Initials:



24 _A_

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: *1 – 14th precinct*

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 3:10pm ↓ 4:15pm | Family/Friend | | | | | | | ⬭ |
| 4:15pm ↓ 5:15pm | Family/Friend | | | | | | | ⬭ |
| 5:15pm ↓ 6:10pm | Family/Friend | | | | | | | ⬭ |
| 6:10p ↓ 6:45p | Family/Friend | | | | | | | ⬭ |
| | | | | | | | **Subtotal** | 3 |
| | | | | | | | **Grand Total (if last page of tally sheet)** | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

24 *B*

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: _WD1-14_

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 6:45pm ↓ 7:15pm | | | | | | | | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 7:15 p ↓ 7:45 p | | | | | | | | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | **Subtotal** | 3 |
| | | | | | | | **Grand Total (if last page of tally sheet)** | 3 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m.; 7 a.m.- 8 a.m.)

Initials:


☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: ᴄᴡʀꜱ 1/14

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
| | | Number of Voters | | | | | | |
| | | Chinese Indian | Hisp. | Vietnamese Asian | Black | White | Other | |
|---|---|---|---|---|---|---|---|---|
| 7:00 AM ⎪ 8:00 AM | Family/Friend | | | | | | | ⟳ |
| 8:00 AM ⎪ 9:15 AM | Family/Friend | | | | | | | ⟳ |
| 9:15 AM ⎪ 10:15 AM | Family/Friend | | | | | | | ⟳ |
| 10:15 AM ⎪ 11:15 AM | Family/Friend | | | | | | | ⟳ |
| | | | | | | | Subtotal | ⟳ |
| | | | | | | | Grand Total (if last page of tally sheet) | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials: ᴅⱽ-
ᴀᴅ

25

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: _WD 1 /14_

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 11:15A ⎮ 12:30P | Family/Friend | | | | | | | 0 |
| 12:30P ⎮ 1:30P | Family/Friend | | | | | | | 0 |
| 1:30P ⎮ 2:15P | Family/Friend | | | | | | | 0 |
| 2:15P ⎮ 3:10P | Family/Friend | | | | | | | 0 |
| | | | | | | | Subtotal | 0 |
| | | | | | | | Grand Total (if last page of tally sheet) | 0~ |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.-8 a.m.)

Initials: _DL_
_at_

25 _A_

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: ᴡ◯1/H

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance Number of Voters | | | | | | Total Non-Language Assistance |
|---------|-----|--------|-------|-------|-------|-------|-------|-----|
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 3:10ᴘ ⎍ 4:15ᴘ | | | | | | | | ◯ |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 4:15ᴘ ⎍ 5:15ᴘ | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | 1 | | | | | 1 |
| 5:15ᴘ ⎍ 6:10ᴘ | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| 6:10ᴘᴍ ⎍ 6:45ᴘᴍ | | | | | | | | ◯ |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 1 |
| | | | | | | | Grand Total (if last page of tally sheet) | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:





☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable: _WD 1/14_

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance Number of Voters | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Indian | Hisp. | Asian | Black | White | Other | |
| _6:45pm_ | | | | | | | | _0_ |
| | | | | | | | | |
| | | | | | | | | |
| _7:15pm_ | Family/Friend | | | | | | | |
| _7:15 P_ | | | | | | | | _0_ |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| _7:45 P_ | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | **Subtotal** | | _0_ |
| | | | | | **Grand Total (if last page of tally sheet)** | | | _1_ |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

25

☒ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable: ᵕᵕ ১ ১ /১৪

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| Address | | | Address | | |
| Federal Certificate of Eligibility Number, if any | | | Federal Certificate of Eligibility Number, if any | | |
| Language Spoken  (if other than English) | | | Language Spoken  (if other than English) | | |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|

| Reason for Not Permitting Vote | Reason for Not Permitting Vote |
|---|---|
| Specify what the official did or suggested that the voter do in order to vote. | Specify what the official did or suggested that the voter do in order to vote. |
| Reason Voter Believes He/She Should Be Permitted to Vote | Reason Voter Believes He/She Should Be Permitted to Vote |
| Information obtained from:  ☐ Observation  ☐ Questioning Voter | Information obtained from:  ☐ Observation  ☐ Questioning Voter |

Initials:

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _wo 1/14_

Voter ███████████ ___ Race: _H_   Begin Time: _12:30p_  End Time: _12:35 pm_

Interpreter or
Election Official: _MARIA ANDRADES_ ___ Observer: _ENRIQUE VELEZ_

Assistance Occurred:  ☑ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Poor eye sight._

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | ✓ |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | ✓ | | | ✓ |
| Name each candidate on the ballot | ✓ | | | ✓ |
| Name the political parties for each candidate on the ballot | ✓ | | | ✓ |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | ✓ |

Explanation:
Ms. ██████████ had difficulty seen the candidates names on the ballot due to an eye exam she just got at her doctor's office.

Initials:
_EV_
_ad_

27 ___

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _ωϽ 1/14_

Voter: ████████████    Race: _H_    Begin Time: _1:05p_    End Time: _1:10 pm_

Interpreter or
Election Official: _MARIA ANDRADES_    Observer: _ENRIQUE VELEZ_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _First time voter_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | ✓ |
| Ask voter for choice of assistor | ✓ | | | ✓ |
| Permit the voter's choice of assistor | ✓ | | | ✓ |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | ✓ |

Explanation:
████████████ is a first time voter who needed help
on how to cast a ballot and Maria Andrades (spanish interpreter)
helped her through the process of casting the ballot and
Initials: placing the ballot in the scanner.
EV
QD                            27 _A_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _wD 1/14_

Voter: ▓▓▓▓▓▓▓▓▓▓▓ Race: _H_ Begin Time: _1:20p_ End Time: _1:25 pm_

Interpreter or
Election Official: _MARIA ANDRADES_ Observer: _ENRIQUE VELEZ_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _First time voter_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | ✓ |
| Ask voter for choice of assistor | ✓ | | | ✓ |
| Permit the voter's choice of assistor | ✓ | | | ✓ |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | ✓ |

Explanation: ▓▓▓▓▓▓▓▓▓▓ _walked in the polls station that she's a first time voter and Maria Andrades (Spanish interpreter) guided her through the process of casting the ballot and how to place the ballot in the scanner machine._

Initials: _EV._
_aw_

27 _B_

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ██████████     Race: _H_     Begin Time: 4:55p     End Time: 5:00 pm

Interpreter or
Election Official: _____     Observer: Enrique Velez

Assistance Occurred:  ☑ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): BLIND _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | | |
| Ask voter for choice of assistor | | | | |
| Permit the voter's choice of assistor | | | | |
| Name each candidate on the ballot | | | | |
| Name the political parties for each candidate on the ballot | | | | |
| Name each office on the ballot | | | | |
| Explain each proposition on the ballot | | | | |
| Explain when the voter can vote for more than one candidate for an office | | | | |
| Allow the voter to mark the ballot | | | | |
| Mark the ballot contrary to the voter's wishes | | | | |
| Attempt to rush the voter through the ballot | | | | |
| Explain write-in procedures | | | | |

Explanation:
██████████ Is BLIND Voter who WALKED in with his
Daughter for her to Assist him on casting a Ballot.

Initials:
EV.
ab

27 _C_

☐ None Observed
☑ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _1 – 14_

Interpreter/Official: _____    Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:
~V.
at

28

☐ None Observed
☒ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: ست١ /14

Interpreter/Official: _____    Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Initials:

29

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)   WD/AD/ED, if applicable: _wd1/14_

Interpreter/Official: _MARIA ANDRADES_     Observer: _ENRIQUE VELEZ_

| | Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
| 27 | Voting procedures on how to cast a ballot and readings of the candidates names. | Necesita ayuda? Escoje el baloto y yo le ayudare a escojer el candidato por quien desee votar. Todos los candidatos son democratas y solo tiene que |
| | ↓          ↓ | escojer uno. Los nombres de los candidatos son Carlo Basile, Mary C. Berninger, Jeffrey R. Drago y Gloribell Mota. Luego tiene que pasar por el guardia y darle su direccion y luego inserte la papeleta en la maquina. |
| 27A | Voting procedure on how to cast a ballot. | Escoja la papeleta que le corresponde y luego vaya dentro de las cortinas y haga una marca en el circulo al lado de su candidato y luego |
| | ↓          ↓ | vea el guardia y inserte la papeleta en la maquina. |
| 27B | Voting procedure on casting a ballot. | Escoja su papeleta y entre a las cortinas de votacion y marque el circulo ovalado al lado de su candidato, luego pase donde |
| | ↓          ↓ | el guardia y dele su direccion y por ultimo inserte la papeleta en la maquina. |
| | | |
| | | |

Initials:
_EV_
_at_

30

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☒ BALLOTS

WD/AD/ED, if applicable: *WD 1-14*

| Name | Race W | Time 7:25m | Name | Race | Time |
|------|------|------|------|------|------|
| Add [redacted] *East Boston, MA* | | | Address | | |
| Language Spoken *(if other than English)* N/A | | | Language Spoken *(if other than English)* | | |
| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot *MARTHA (WARdon)* | Race W | | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | |
| Reason *Voter Registration but name not on list of registered Voters* | | | Reason | | |
| Voter's Response *Insists the Registration was sent in.* | | | Voter's Response | | |

Information obtained from:

☐ Observation

☒ Questioning Voter

Information obtained from:

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials? ☒ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☒ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes ☒ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☒ Yes ☐ No

1. Did the election official check with voter registration officials? ☐ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes ☐ No    If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No

Initials:
*ZU*
*at*

31_____

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: ~ 1/14

1. What time did the polls close?  8:00 Pm

   ☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes    ☑ No

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes    ☐ No    N/A

   If not, who would not permit them to vote and what reason(s), if any, was given?

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

4. If *paper ballots* were used and counted at the polls:

   a. Were additional workers used to assist in the count?    ☐ Yes    ☐ No

      ☐ Not applicable to this election

      If so, were these persons administered an oath?    ☐ Yes    ☐ No

   b. Was the table cleared before the ballot box was emptied?    ☐ Yes    ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?    ☐ Yes    ☐ No

      If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

      If so, who? _____

   g. Was each ballot read as marked?    ☐ Yes    ☐ No
      If not, how many were not properly read? _____
      How were they misread?

Initials:
ᗧᏙ
at

32

h.  What was done with the ballots after they were read?

i.  How many paper ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |



j.  How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

k.  Tallying of Ballots

1.  Names of officials who kept each tally (it may be that only one tally sheet is kept). If more than one person kept the single tally sheet, note the period of time each person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l.  Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?  ☐ Yes    ☐ No    If not, explain.

m.  List the items placed in the ballot box.

n.  List the items not placed in the ballot box and indicate where they were placed.

o.  What time did the ballot box leave the polling place? _____

Who took it?  _____

Was it locked?  ☐ Yes    ☐ No    Was it sealed?  ☐ Yes    ☐ No

p.  What time did the Observer Team leave the polling place? _____    Did an Observer accompany the ballot box?  ☐ Yes    ☐ No

5.  If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

a.  Were the machines locked and sealed against further voting?  ☐ Yes    ☐ No

If so, by whom? _____

b.  Who read the count from the machine? _____

Initials:

35

   c.  Was the count verified by another official?  ☐ Yes  ☐ No    If so, by whom?

_____

   d.  Was it read correctly?                    ☐ Yes  ☐ No
   e.  Who recorded the vote on the official return sheets?  _____

   f.  Was the vote recorded accurately?          ☐ Yes  ☐ No
   g.  List the serial numbers of the machines and record the public counter of each machine
      at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

   h.  Was the vote announced by the poll officials?  ☐ Yes  ☐ No
   i.  Were the poll watchers provided an opportunity to compare the announced results with
      the figure on the counter?                  ☐ Yes  ☐ No
   j.  Were the absentee votes counted and tabulated with the votes shown on the machines?
      ☐ Yes  ☐ No
   k.  Was the statement of results signed and certified by the poll officials?
      ☐ Yes  ☐ No

   l.  Was the statement delivered to the election officials?  ☐ Yes  ☐ No

      By whom?  _____
   m.  As soon as the count was completed and the results announced, was the counter
      compartment locked?  ☐ Yes  ☐ No    By whom?  _____
   n.  Describe what was done with the election supplies such as poll lists, challenged
      ballots, etc.

   o.  What time did the Observer Team leave the polling place?  _____

6. If **punch cards or optical scan cards** were used:

   a. Was a duplicate report of the number of persons

      voting prepared?   ☐ Yes   ☐ No

☐ Not applicable to this election

      By whom? _____

   b. What was done with the election supplies such as ballot stubs, etc.?

   c. Was the ballot box sealed?   ☐ Yes   ☐ No   By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

      Did an observer accompany the ballot box?   ☐ Yes   ☐ No

   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots

   a. Were the absentee ballots opened and stacked?

☐ Not applicable to this election

      ☐ Yes   ☐ No

      By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes   ☐ No

      If so, who? _____

   d. Was each ballot read as marked?   ☐ Yes   ☐ No   If not, how many were not

      properly read? _____   How were they misread?

   e. What was done with the ballots after they were read?

**Initials:**

37

f.  How many absentee ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
|  | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:

ᗺᐯ

ℓᗡ

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Not applicable to this election

   ☐ Yes    ☐ No    By whom?

   _____

   b. Who read the ballots?    _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?   ☐ Yes    ☐ No    If not, how many were not properly read? _____   How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?

   _____

   Give reasons below:

   | Reason for Rejection | Candidates Voted For |
   |---|---|
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

Initials:

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

Initials:

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE   WD/AD/ED, if applicable: ____

| Name | Race | Name | Race |
|---|---|---|---|
| 1 | | 28 | |
| 2 | | 29 | |
| 3 | | 30 | |
| 4 | | 31 | |
| 5 | | 32 | |
| 6 | | 33 | |
| 7 | | 34 | |
| 8 | | 35 | |
| 9 | | 36 | |
| 10 | | 37 | |
| 11 | | 38 | |
| 12 | | 39 | |
| 13 | | 40 | |
| 14 | | 41 | |
| 15 | | 42 | |
| 16 | | 43 | |
| 17 | | 44 | |
| 18 | | 45 | |
| 19 | | 46 | |
| 20 | | 47 | |
| 21 | | 48 | |
| 22 | | 49 | |
| 23 | | 50 | |
| 24 | | 51 | |
| 25 | | 52 | |
| 26 | | 53 | |
| 27 | | 54 | |
| Subtotals By Race | | | | | | Subtotals By Race | | | | | |

Initials:

Z.V.

42

at



United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:        Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC  20530

RE:  Election of _September 25, 2007_
                                    (Date)

_Massachusetts_
                                    (State)

_Sulfolk_
                                    (County)

_Boston_
                                    (Municipality)

_Patricia White apartments_
                                    (Name of Polling Place)

_12_
                                    (Precinct #)

_21_
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above.  Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

---

The Time Observers:

Arrived at Polls _6:50 am_

Departed Polls _2:07 pm_

---

**Instructions to Observers:  Complete this report in BLACK INK *ONLY*.  Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.**

---

Print _Bao Chu Chang_
         (Name)

Sign _Bao Chu Chang_

Print _Ivonne Santiago_
         (Name)

Sign _Ivonne Santiago_

Print _____
         (Name)

Sign _____

## 1.  VOTING STATISTICS

| A.  Number of Persons Attempting to Vote at the Polls | Total | Indian _Chinese_ | Hispanic | Asian _Vietnamese_ | Black | White | Other _Russian_ |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | | | | | | Ø | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 2 | 0 | O | O | O | O | 2 |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 6 | 0 | O | O | O | 1 | 5 |
| TOTAL of 1, 2, and 3 | 8 | 0 | O | O | O | 1 | 7 |

| B.  Number of Persons Receiving Any Language Assistance.  Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | Indian _Ch._ | Spanish | Asian _Viet_ | Other _Russian_ |
|---|---|---|---|---|---|
| | 35 | 0 | O | O | 35 |

Section 1B is Not Applicable to this Coverage ☐

| C.  Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 35 | ✓ | | |

Section 1C is Not Applicable to this Coverage ☐

| D.  Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | Indian _Chin_ | Hispanic | Asian _Viet._ | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 0 | O | O | O | O | O | O |

Section 1D is Not Applicable to this Coverage ☐

| E.  Absentee Ballots | Total |
|---|---|
| 1.  Unchallenged | |
| 2.  Challenged | |

Section 1E is Not Applicable to this Coverage ☐

Initials: BC
Qu

2

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1.  Ballots accepted | |
| 2.  Ballots partially rejected | |
| 3.  Ballots totally rejected | |
| 4.  Spoiled ballots | |
| 5.  Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |

Section 1F is Not Applicable to this Election ☐

**G.  If *voting machines* are used:**

1.  List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Section 1G (including Question 2 below) is Not Applicable to this Election ☐

2.  Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?          ☐ Yes          ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**

Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Section 1H is Not Applicable to this Election ☐

Initials:

BC

Oh

3

## 2.    DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items*:
1. Location of voting machines or booths
2. Location of tables for election officials
3. Location of any officially-designated interpreters
4. Location of voting instruction signs or cards
5. Location of sample ballots, if any
6. Location of telephone, if any
7. Location of Federal observers



Initials:
BC

4

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? | |
|---|---|---|---|---|---|---|
| a. Setting campaigning limits? | □Yes ☑No | | □Yes □No | | □Yes □No | |
| b. Directing voters to the polling place (e.g., "vote here")? | ☑Yes □No | at the door to the site | □Yes ☑No | E/S/Ch/V | □Yes □No | |
| c. Stating assistance is available to voters? | ☑Yes □No | in the site | ☑Yes □No | E/S/Ch/V/R HC/CV | □Yes □No | |
| d. Indicating Election date? | ☑Yes □No | Wall inside poll site | ☑Yes □No | E/S/Ch | □Yes □No | |
| e. Indicating Election hours? | ☑Yes □No | Glass wall outside poll site and wall inside poll site | ☑Yes □No | E/S/Ch/V | □Yes □No | |
| f. Sample ballot? | ☑Yes □No | Wall inside poll site | ☑Yes □No | E/S/Ch | □Yes □No | |
| g. Instructions for casting a regular ballot? | ☑Yes □No | Walls(2) inside poll site | ☑Yes □No | E/S/Ch/V/R HC/CV | □Yes □No | |
| h. Instructions for casting a provisional ballot? | ☑Yes □No | Wall inside poll site | ☑Yes □No | E/S/Ch/V/R HC/CV | □Yes □No | |
| i. Instructions for mail registrants and first time voters? | □Yes ☑No | | □Yes □No | | □Yes □No | |
| j. Information on who to contact if voters have problems? | ☑Yes □No | Wall inside poll site | ☑Yes □No | E/S/Ch/V/R HC/CV | □Yes □No | |
| k. General voting rights information? | ☑Yes □No | 2 walls inside poll site | ☑Yes □No | E/S | □Yes □No | |
| l. Right to cast a provisional ballot? | ☑Yes □No | wall inside poll site | ☑Yes □No | E/S/Ch/V/R HC/CV | □Yes □No | |
| m. Laws on voting fraud and misrepresentation? | ☑Yes □No | Wall inside poll site | ☑Yes □No | E/S | □Yes □No | |

2.  If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

None observed.

E= English /S= Spanish /Ch = Chinese /V= Vietnamese /R = Russian / HC= Haitian Criole /CV= Cape Verdean

Initials:
BC

5

C.    Phones

    1. Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?    ☐ Yes   ☑ No

    If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

    _____

    Provide the telephone number: _____

    If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

    2. If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used *City provided cell phone* and under what circumstances the officials used this phone.
*Warden used the cell phone to call City Hall to verify voter's eligibility, to clarify any question he has.*

## 3. ELECTION OFFICIALS

**A.** List each polling official on duty. ***Do NOT include special interpreters.***

WD/AD/ED, if applicable: _____

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| Marques, Richard G. | W | Warden | E |
| Lamont, Michael L. | W | Clerk | E |
| Cho, Paul W. | Chinese | Inspector | E/Ch |
| Fridman, Alla | ~~BC W~~ R | Inspector | E/R |
| Miberg, Arkady | ~~BC W~~ R | Inspector | E/R |
| Konevsky, Miron S. | ~~BC W~~ R | Inspector | E/R |
| ~~Rolta, Arturo Raul~~ | Hispanic | Inspector | E/S ✱ No Show |
| Sandey | ~~BC W~~ R | Inspector | E/R ✱✱ name not |
| | | | on the list of |
| | | | polling officials |

BC (right margin)

Initials:
BC
PM

R = Russian   W = White   E = English   Ch = Chinese
S = Spanish

Note times each polling official was absent from the polls:     WD/AD/ED, if applicable:

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| Cho, Paul W. | 12 noon | 1 pm | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.     If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐          WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| BC ~ Fridman, Alla | Inspector | Check-in, how to cast vote, check-out |
| Konevsky, Miron | Inspector | Check-in, how to cast vote, check-out |
| Miberg, Arkady | Inspector | Check-in, how to cast vote, check-out |
| Cho, Paul W. | Inspector | Check in, how to cast vote, check-out |
| Sandy | Inspector | Check-in, how to cast vote |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?                              ☑ Yes          ☐ No

If so, who?  Warden Marques _____

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?                              ☐ Yes          ☑ No

If so, who? _____

Initials:
BC
Jh

7

## D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

**Initials:**
BC

8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

   1. Were there interpreters assigned to this polling place?      □ Yes    ☑ No
      *If "no", skip the remaining questions on this page and proceed to Section 4.*

   2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable:

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*none observed*

Note times each interpreter was absent from the polls:     WD/AD/ED, if applicable:

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

   3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: □

WD/AD/ED, if applicable:

| Interpreter | Duties Performed |
|---|---|
| | |
| | |
| | |
| | |

Initials:



9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                    WD/AD/ED, if applicable: _____

1. What time did the election officials arrive at the polling place? _6:00 am_
   Indicate how this information was obtained:

   ☐ Observation    ☑ Questioning election officials ( _Warden_ )

2. Were the election officials given an oath of office?    ☑ Yes    ☐ No

   If so, by whom? _at the training session_
   Indicate how this information was obtained:

   ☐ Observation    ☑ Questioning election officials ( _Warden_ )

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. **Do
   not include signs identified on page 5.** Identify any items printed in a language other
   than English and specify the additional language(s).

   _E = English_
   _S = Spanish_

   _Spoiled ballots envelope(E), Provisional ballots envelope(E),_
   _Mail-in voter registration form (English only and Chinese)_
   _Affirmation of current and continuous residence for_
   _inactive voters (English and Spanish)_
   _Provisional Ballot (English and Spanish); Information Sheet (E/S)_
   _Regular ballots (English) and Regular ballots in Chinese,_
   _Protective sleeves/Cover sheets (English)_
   _Boston's Streets; List of Registered Voters; Clerk's Book_
   _Provisional Ballot Affirmation Form (E/S)_

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.

   _Warden Marques asked if all poll workers were sworn in. The_
   _Clerk and 4 Inspectors present all said yes._
   _Warden asked the Federal Observer to look at the Automark machine_
   _to make sure it works. He also pointed out the zero count_
   _tape posted by the voting machine._

   _The Warden reminded all poll workers to leave the voter_
   _alone after they are done assisting, "Do not look at their_
   _ballot," he said._
   _When the poll was first open, the Warden asked one of_
   _the poll worker who had not voted yet, to vote using the Automark_
   _machine to test it again._

Initials: _BC_

B. Poll Watchers            WD/AD/ED, if applicable: _____

  1. Were any poll watchers present?      ☐ Yes      ☑ No

  2. If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

  3. Did the election officials require the poll watchers to present any type of authorization?

     ☐ Yes    ☐ No     If so, what? _____

     If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

  4. Were poll watchers permitted to observe all aspects of the voting process, other than the

     actual marking of the ballots?                ☐ Yes      ☐ No

     Explain any activities poll watchers were not permitted to observe.

C. While the Polls Were Open            WD/AD/ED, if applicable: _____

  1. What time did the polls open? _____

     Indicate how this information was obtained:

        ☐ Observation      ☐ Questioning election officials

  2. Were the names of the absentee voters marked on the poll list? ☐ Yes    ☐ No

  3. Were the absentee ballots delivered to the polls?   ☐ Yes    ☐ No

     If so, by whom? _____

     *If "no", proceed to question 5 of this section.*

  4. Were the absentee ballots counted at the polls?

        ☐ Yes      ☐ No      ☐ Not Observed

Initials:

BC

QN

11

5.  What voting system(s) for regular ballots was used in the polling place?

   a.  Direct recording electronic machines (DRE)?            ☐ Yes        ☐ No
       If yes, was the machine set to zero before voting began?

       ☐ Yes        ☐ No          ☐ Not Observed

       Was there an activator card (a device that the voter inserts into the machine to begin

       voting) given to the voter?                                ☐ Yes        ☐ No

       If yes, who programmed the activator card? _____

   b.  Lever machines?                                          ☐ Yes        ☐ No
       If yes, were the keys delivered in a sealed envelope on the outside of which was
       written the machine number and the protective counter number?

       ☐ Yes        ☐ No          ☐ Not Observed

       Did the public counter register zero before voting began?

       ☐ Yes        ☐ No          ☐ Not Observed

       If not, what number did the counter show? _____

       Was the machine locked before voting began?

       ☐ Yes        ☐ No          ☐ Not Observed

   c.  Punch cards?                                             ☐ Yes        ☐ No
       If yes, where were voted ballots deposited by the voter?

       ☐ Ballot box

       ☐ Scanner

       ☐ Poll Official

       ☐ Other (explain)

       If there was a scanner:

       Did it reject any ballots voters inserted?  ☐ Yes ☐ No    ☐ Not Observed

       Was it set to zero before voting began?  ☐ Yes ☐ No    ☐ Not Observed

       Were privacy sleeves used to keep ballot choices secret?

       ☐ Yes        ☐ No          ☐ Not Observed

Initials:
BC
Qs

12

   d. Optical scan cards ?           ☑ Yes     ☐ No

      If yes, where were voted ballots deposited by the voter?

      ☐ Ballot box

      ☑ Scanner

      ☐ Poll Official

      ☐ Other (explain)

      If there was a scanner:

      Did it reject any ballots voters inserted?  ☑ Yes  ☐ No    ☐ Not Observed

      Was it set to zero before voting began?  ☑ Yes  ☐ No    ☐ Not Observed

      Were privacy sleeves used to keep the ballot choices secret?

      ☑ Yes    ☐ No      ☐ Not Observed

   e. Paper ballots?                ☐ Yes    ☐ No

      If yes, was the ballot box emptied?       ☐ Yes    ☐ No

      Were the blank ballots counted/numbered?

      ☐ Yes    ☐ No      ☐ Not Observed

      How many ballots were provided to the polling place?   _____

      Was the ballot box locked prior to the start of voting?

      ☐ Yes    ☐ No      ☐ Not Observed

      Where were voted ballots deposited by the voter?

      ☐ Ballot box

      ☐ Scanner

      ☐ Poll Official

      ☐ Other (explain)

Initials:

BC

6. If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

a. Did the voter receive any form from the poll official indicating he/she was permitted to vote?          ☐ Yes   ☐ No
If so, from whom? _____

b. Was there any time limitation imposed on voters?          ☐ Yes   ☐ No
If so, how long? _____

c. Did any voter attempt to use a marked sample ballot?          ☐ Yes   ☐ No

If so, was the voter allowed to do so?          ☐ Yes   ☐ No
If not, who prevented its usage? _____

7. If **paper ballots, punch cards, or optical scan cards** were used:

☐ Not applicable to this election

a. From whom did the voter receive the ballot? _Inspector at the Check-in table_

b. Where did the voter go to mark the ballot? _the booth or the Automark machine_

c. Was any time limitation imposed on voters?          ☐ Yes   ☑ No
If so, how long? _____

d. Did any voter attempt to use a marked sample ballot?          ☐ Yes   ☑ No

If so, was the voter allowed to do so?          ☐ Yes   ☐ No
If not, who prevented its usage? _____

e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

☑ Yes   ☐ No

---

D. Determining a Person's Eligibility to Vote

*Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the following questions:*

1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine the voter's registration status.

_List of Registered Voters._

Initials:
BC
Qn

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☑ Yes    ☐ No        Explain.

*The Warden called City Hall.*

3. If a person was registered in another precinct, what instruction, if any, was the voter given?

*Voter was given the name and location of the polling site for the precinct he/she was registered. Brief instruction on how to get there was also given.*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?

*Voter was given a mail-in registration form.*

5. Were any officials available at or near the polling place to register persons to vote?

☐ Yes    ☑ No

If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
|      |       |          |
|      |       |          |
|      |       |          |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?        ☐ Yes        ☐ No            Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

*None observed.*

Initials:

*BC*

*JG*

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place.

*Note:* Observers noticed that at least half of the voters coming
in interacted with one or two Russian-speaking poll officials
throughout the process in Russian. However, neither observer
understood the language to tell the difference between general greetings

*Language assistance is any conversation in the minority language concerning the election* and assist-
*process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of* in election
*language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the* process,
*end of the day, answer the following general questions about language assistance*:

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?

      See note under #1 above.

   b. Were there any minority voters who were unable to sign their names?

      ☐ Yes    ☐ No

      If so, were they offered assistance in the minority language in casting their ballots?

      ☐ Yes    ☐ No        If not, explain.

Initials:

16

c.  Did any voter who requested minority language assistance fail to receive such

   assistance?        ☐ Yes      ☒ No          If so, explain the circumstances.

3. a.  Did any poll official or interpreters provide instruction *in a minority language*
    on how to cast the ballot (e.g., how to use the machine, how to mark or punch the
    ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is

    allowed, how many votes may be cast for a given office, etc.)?  ☐ Yes      ☐ No

    *If so, prepare one C4 Chart (page 30) for each official who gave such instructions and
    one C1 Chart (page 27) for each voter assisted by that official during the time the
    Observer is recording the interpretation of the instructions.  Observe as many instances
    of assistance by that official as necessary to accurately and completely record in
    English the instructions given in the minority language.  Enclose in quotation marks
    ("words") all words, if any, spoken in English by the official.  Include in the
    "Explanation" part of the C1 Chart any additional information.  As an example, if the
    instructions given by the official varied during the day, describe when it varied and
    how it varied for that official.*

b.  Where was the instruction given?

   ☐ Inside the booth (or while voter is voting)

   ☐ Outside the booth (or before the voter began to vote)

   If *outside* the booth, specify where: _____

   If instruction was given in the minority language on how to cast a ballot and was done so
   *outside* of the voting booth (or before the voter began to vote), generally how much time
   elapsed between the completion of the instruction and the time the voter entered the booth
   (or began to vote)?        _____

4. a.  Was an interpretation of the ballot provided in the minority language to voters?

   ☐ Yes      ☐ No

   *If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for
   each official who gave such interpretation and one C1 Chart (page 27) for each voter
   assisted by that official during the time the Observer is recording the interpretation of
   the ballot.  Observe as many instances of assistance by that official as necessary to
   accurately and completely record in English the interpretation given in the minority
   language (typically, at least 5 instances, if possible).  Enclose in quotation marks
   ("words") all words, if any, spoken in English by the official.  Include in the
   "Explanation" part of the C1 Chart any additional information.  As an example, if the
   interpretation given by the official varied during the day, describe when it varied and
   how it varied for that official.*

Initials:



17

b.  Where was the interpretation given?

☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _by the table, near the booth_
If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

---

F.  Delays in Voting

1.  What was the average number of voters waiting in line to vote during the day? _1 ~ 2_

2.  What was the average length of time voters had to wait to vote? _less than 1 minutes_

3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes      ☑ No      If so, provide the following information:

a.  The time the line formed _____ and the number of voters in line _____

b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):




c.  What action, if any, did poll officials take to alleviate the delay?




---

G.  Challenged, Affidavit, or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1.  Were challenged, affidavit, or other provisional-type ballots used?

☑ Yes      ☐ No      ☐ Not Observed

Initials:


18

On what basis did the poll worker give the provisional ballot(s)?

After calling in to the City Hall that the voter voted before, either the same site or somewhere else.

What language(s) were the ballots in? English and Spanish

2. What voting system is used for provisional ballots?

   ☐ DRE?   ☐ Lever?   ☐ Optical Scan Card?   ☐ Punch Card?   ☑ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☑ Yes   ☐ No
   What languages were the form/envelope in? English and Spanish

4. According to poll workers, under what circumstances are these provisional ballots used?

   The voter is registered but not listed in the list at the check-in table. If the voter is not registered at all, the voter will not be given the provisional ballot.

5. Did the poll worker provide written information to the provisional voter?

   ☑ Yes   ☐ No
   In what language(s)? English and Chinese
   What did the document say?
   It says that the voter just casted a provisional ballot because his/her eligibility was not able to be determined yet. It also told the voter that once his/her eligibility was confirmed, the ballot will be counted in the same manner as the regular ones. It gives information on how to find out if the ballot is counted.

6. Did the document include information on how a voter can determine if his or her provisional ballot has been counted? ☑ Yes   ☐ No

7. Were these provisional ballots kept separate from other ballots?

   ☑ Yes   ☐ No   ☐ Not Observed

8. Were these provisional ballots counted at the polls?

   ☐ Yes   ☐ No   ☑ Not Observed

**Initials:**

BC
Ju

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? Only when it is identified in the voter's registration list, they do ask for ID

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?     ☑ Yes     ☐ No
If so, what were they taught in that training? If see the ID identifier in the book ask for ID, such as driver's license,

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?

   ☑ Yes     ☐ No          If so, describe.

   *I* in the voter's register book is the "flagged" indicator to require ID from voter.

4. Did you observe any voters being asked for identification? ☑ Yes     ☐ No
On what grounds were they asked? When voter's name was not found in the list of Registered Voters.

   What form(s) of ID were the poll workers willing to accept? Driver's license, utility bill, checks (anything w/ their -meaning voter's) name and address.

   If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot?     ☐ Yes     ☐ No
Please describe what occurred. None observed

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:
BC
QK

20

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on ***how to translate the contents of the ballot or how to provide procedural instructions in the minority language***?        ☑ Yes     ☐ No

   Did they receive notice that such a training session was scheduled?  ☑ Yes     ☐ No
   Explain.

   ***If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".***

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training ***specifically on how to translate the ballot or how to provide procedural instructions in the minority language***, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. ***Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.***

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| Alla Fridman | Y | 9-16-07 | 500 Cambridge St | 2 hrs. | Alla did not remember |
| ArlCaby Milberg | Y | 9-16-07 | 500 Cambridge St | 2 hours | ArlCaby did not remember |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. Was part or all of the training conducted in the minority language?  ☐ Yes     ☒ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)?  ☐ Yes     ☒ No    If so, specify: _They only explained how to use the machines._
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes     ☒ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes  ·  ☐ No

   Did they find the audio-visual aid(s) helpful?  ☐ Yes     ☐ No
   Describe any comments about the audio-visual aid(s).

Initials:
BC
Qu

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

---

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

Poll officials were friendly and cooperative. The Warden gave observer one of the spared parking permit when observer asked him if it was okay to park in the shopping center across the street from the site.

B. Provide information on the presence of any law enforcement officials and any of their activities you observed.

A police officer was at the check-out table checking voters out.

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

None observed.

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

None observed.

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

Observer noticed that the Spanish-speaking Inspector did not show up by 10:30 am. Observer asked Warden Marques what they would do if a Spanish-speaking voter came in and needed assistance. Warden Marques said, "I don't know. I'll speak English and get as much as we can."

Initials:
BC
Qu

22 - A

Observers noticed that Russian voters speak Russian among themselves in and outside of the voting place before and after voting.

☐ None Observed
☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET    WD/AD/ED, if applicable: ____

| | | PERSONS PERMITTED TO VOTE | | | |
|---|---|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | Totals | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtotal | | | |
| | | Grand Total (if last page of tally sheet) | | | |

[1] Note hour intervals (e.g., 6 a.m.– 7 a.m., 7 a.m.– 8 a.m.)

Initials:



23

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | ~~Indian~~ Ch | Hisp. | ~~Asian~~ Viet | Black | White | Other Russian | |
| 7am S 8am | Alla Fridman | | | | | | 3 | 3 |
| | | | | | | | | 3 |
| | | | | | | | | |
| | Family/Friend | | | | | | | 0 |
| 8am S 9am | Arkady Miberg ~~Alla Fridman~~ | | | | | | IIII | 4 |
| | | | | | | | | 4 |
| | | | | | | | | |
| | Family/Friend | | | | | | | 0 |
| 9am S 10:30 am | Alla Fridman Arkady Milberg | | | | | | III | 3 |
| | | | | | | | | 3 |
| | | | | | | | | |
| | Family/Friend | | | | | | | 0 |
| 10:30 am S 11:30 am | Alla Fridman ~~Arkady Milberg~~ Miron Ronevsky | | | | | | HH IIII | 9 |
| | | | | | | | | 9 |
| | | | | | | | | |
| | Family/Friend | | | | | | | 0 |
| | | | | | | | **Subtotal** | 19 |
| | | | | | | | **Grand Total** (if last page of tally sheet) | |

3
7
10
19

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:



BC
Oly

24-A

☐ None Observed
☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other Russian | |
| 11:30 am ⸦ 12:30 pm | Atla Fridman Arkady Milberg Miron Konevsky | | | | | | HHf HHf iiii | 14 |
| | | | | | | | | 14  33 |
| | Family/Friend | | | | | | | 0 |
| 12:30 pm ⸦ 1:30 pm | Atla Fridman Arkady Milberg | | | | | | ii | 2 |
| | | | | | | | | 2  35 |
| | Family/Friend | | | | | | | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | 16 |
| | | | | | | Grand Total (if last page of tally sheet) | | 35 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

BC
&

☑ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | |
| | | | | | Grand Total (if last page of tally sheet) | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)
Initials:

25_____

☐ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ▓▓▓▓▓▓▓▓ | R | 7:25 AM | | | |

| Address | Address |
|---------|---------|
| ▓▓▓▓▓▓▓ | |

| Federal Certificate of Eligibility Number, if any | Federal Certificate of Eligibility Number, if any |
|---|---|
| | |

| Language Spoken *(if other than English)* | Language Spoken *(if other than English)* |
|---|---|
| Russian | |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|
| Inspector Mirm S Konevsky | W | | |

| Reason for Not Permitting Vote | Reason for Not Permitting Vote |
|---|---|
| Officials Michael C. Lamont and Mirm S Konevsky could not locate voter's name on register list. Voter was assisted by russian interpreter Alla Fridman, who asked voter if moved. Ms. Fridman translated that voter was not a United States resident voter is tenant not since September 2007 Resident to vote. | |

| Specify what the official did or suggested that the voter do in order to vote. | Specify what the official did or suggested that the voter do in order to vote. |
|---|---|
| Voter was told by Allan Fridman, the russian interpreter that must be a United States citizen to be able to vote, must then, register to vote. | |

| Reason Voter Believes He/She Should Be Permitted to Vote | Reason Voter Believes He/She Should Be Permitted to Vote |
|---|---|
| Election day, thought anyone can vote. | |

| Information obtained from: | Information obtained from: |
|---|---|
| ☑ Observation | ☐ Observation |
| ☐ Questioning Voter | ☐ Questioning Voter |

Initials:
BC
Qu

26–A

☐ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ███████████ | W | 10=35 am | | | |
| **Address** ███████████ | | | **Address** | | |
| **Federal Certificate of Eligibility Number, if any** | | | **Federal Certificate of Eligibility Number, if any** | | |
| **Language Spoken** *(if other than English)* Russian | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Official Not Permitting Vote** Warden Marques | **Race** W | | **Name/Title of Official Not Permitting Vote** | **Race** | |
| **Reason for Not Permitting Vote** Voter is registered in Cambridge so her name is not found on the List. | | | **Reason for Not Permitting Vote** | | |
| **Specify what the official did or suggested that the voter do in order to vote.** Warden told Inspector Fridman to tell the voter that she can't vote here because she is registered in Cambridge. He gave the voter a mail-in registration form. Fridman helped voter fill out the form. Voter left w/t voting. | | | **Specify what the official did or suggested that the voter do in order to vote.** | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** Voter said she voted before. Voter recently moved from Cambridge to ~~~~ Washington Street. | | | **Reason Voter Believes He/She Should Be Permitted to Vote** | | |
| **Information obtained from:** ☑ Observation ☑ Questioning Voter (through Inspector Fridman) | | | **Information obtained from:** ☐ Observation ☑ Questioning Voter | | |

Initials:
BC
JM

26-B

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ███████ | W | 11:55 am | ███████ | W | 12:25 pm |

**Address** Voter refused to provide phone number ███████     ███████

Boston, MA 02135          Boston MA 02135

**Federal Certificate of Eligibility Number, if any**     **Federal Certificate of Eligibility Number, if any**

**Language Spoken** *(if other than English)*     **Language Spoken** *(if other than English)*

English                    Russian

| **Name/Title of Official Not Permitting Vote** | **Race** | **Name/Title of Official Not Permitting Vote** | **Race** |
|---|---|---|---|
| Richard G. Marquez / Warden | W | Richard G Marquez / Warden | W |

**Reason for Not Permitting Vote**

Voter ███ name was not found on the voter's registration list. Voter ███ had his voter registration with him showing he had to vote on Ward 21, Precinct 10, he came to wrong location.

**Reason for Not Permitting Vote**

New United States Citizen, not unregistered to vote yet.

**Specify what the official did or suggested that the voter do in order to vote.**

Voter was told by Warden, came to wrong precinct, that he is registered to vote at Ward 21 Precinct 10.

**Specify what the official did or suggested that the voter do in order to vote.**

Voter ███ was registered, so she can vote on the next election on Nov.

**Reason Voter Believes He/She Should Be Permitted to Vote**

Voter realized was in the wrong voting place and agreed to go to vote to the correct location in Ward 21, precinct 10.

**Reason Voter Believes He/She Should Be Permitted to Vote**

Per voter ███ she recently became a United States citizen and wanted to vote.

**Information obtained from:**

☑ Observation

☑ Questioning Voter

**Information obtained from:**

☑ Observation

☐ Questioning Voter

Initials:

BC

Qu

26-C

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ███████████ | W | 1:00 pm | ███████████ | W | 1:00 pm |

**Address** ███████████ | **Address** ███████████

**Federal Certificate of Eligibility Number, if any** | **Federal Certificate of Eligibility Number, if any**

**Language Spoken** *(if other than English)*
Russian

**Language Spoken** *(if other than English)*
Russian

| **Name/Title of Official Not Permitting Vote** Warden Marques | **Race** W | **Name/Title of Official Not Permitting Vote** Warden Marques | **Race** W |

**Reason for Not Permitting Vote**
Registered in Rosendale, which's not voting today

**Reason for Not Permitting Vote**
Registered in Rosendale, which is not voting today.

**Specify what the official did or suggested that the voter do in order to vote.**
Warden Marques gave voter a mail-in registration form to change ~~her~~ address.
his BC

**Specify what the official did or suggested that the voter do in order to vote.**
Warden Marques gave voter a mail-in registration form to change her address.

**Reason Voter Believes He/She Should Be Permitted to Vote**
he BC
Voter claimed that ~~she~~ voted "here" twice.

**Reason Voter Believes He/She Should Be Permitted to Vote**
Voter claimed that she voted "here" twice.

**Information obtained from:**
☑ Observation

☑ Questioning Voter (through Inspector Fridman)

**Information obtained from:**
☑ Observation

☑ Questioning Voter (through Inspector Fridman)

Initials:
BC
QH

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter ████████████    Race: _Russian_  Begin Time: 7:25am  End Time: 7:31am

Interpreter or
Election Official: _Allan Fridman_    Observer: _Ivonne Santiago_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

         ☒ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✔ | | | ✔ |
| Ask voter for choice of assistor | | | ✗ | |
| Permit the voter's choice of assistor | | | ✗ | |
| Name each candidate on the ballot | | | ✗ | |
| Name the political parties for each candidate on the ballot | | | ✗ | |
| Name each office on the ballot | | | ✗ | |
| Explain each proposition on the ballot | | | ✗ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✗ | |
| Allow the voter to mark the ballot | | | ✗ | |
| Mark the ballot contrary to the voter's wishes | | | ✗ | |
| Attempt to rush the voter through the ballot | | | ✗ | |
| Explain write-in procedures | | | ✗ | |

Explanation: ~~A Disabled Voter~~ ████████ came at 7:25 am to polling site. He spoke russian only. Interpreter Allan Fridman offered language assistance which Mr. ████ accepted. Ms. ████ asked him ████ complete name, but name was not found on the voter's register list. Mr ████ was asked by Ms Fridman to spell and write his name to make sure they have it correct, but was not listed. Ms Fridman asked Mr ████ if he moved and was told by Mr ████ that he is a tenant at ████

Initials:
BC
CR

27-A

since September 2007 and is not a United States citizen, nor has registered to vote. Mr ████ was told because is not a United States citizen registered to vote, cannot vote.

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████ Race: _W_ Begin Time: _8:25am_ End Time: _8:35am_

Interpreter or Election Official: _Warden Marques_ _Inspector Fridman_ Observer: _Bao Chu Chang_

Assistance Occurred:  ☐  Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _name not found on the list_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Russian |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | | ✓ | |

Explanation:

Initials:
_BC_
_Q_

27–B

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ████████████    Race: _W_    Begin Time: _10:35_    End Time: _10:45 am_

Interpreter or Election Official: _Warden Marques_ ~~Inspector Fridman~~    Observer: _Bao Chu Chang_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _name not found in the List_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Russian |
| Ask voter for choice of assistor | | | ✓ | 1 |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | | | ✓ | |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | | | ✓ | |

Explanation: _Voter was not given a ballot._

Initials:
BC
Qn

27—C

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████    Race: _W_    Begin Time: _1 pm_    End Time: _1:15 pm_

Interpreter or Election Official: _Warden Marques_ _Inspector Fridman_    Observer: _Bao Chu Chang_

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Voter speaks Russian_

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Russian |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | | | ✓ | |
| Mark the ballot contrary to the voter's wishes | | | ✓ | |
| Attempt to rush the voter through the ballot | | | ✓ | |
| Explain write-in procedures | | | ✓ | |

Explanation: _Voter's name not found on the List. Warden verified that Voter is registered in Rosendale. Warden gave voter a mail-in registration form. Inspector Fridman assisted voter fill out the form._

Initials:
_BC_

_9y_

27—D

☐ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____  Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|--------|------------------------------------------------------------------|
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |

Initials:

_Bc_

_Qu_

☐ None Observed
☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Initials:

BC
Qr

29

☑ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)    WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time/ |
|------|------|------|------|------|-------|
| ████████ | A/R BC | 8-25 a.m. | | | |
| **Address** ████████ | | | **Address** | | |
| **Language Spoken** (*if other than English*) Russian | | | **Language Spoken** (*if other than English*) | | |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---|---|---|---|
| Warden Marques | A/R BC | | |

**Reason** Voter's name not listed in the book.

**Reason**

**Voter's Response** Voter filled out Mail In Registration Form and the Provisional Ballot, thanked the Warden and Inspector Fridman, then left.

**Voter's Response**

**Information obtained from:**

☑ Observation

☑ Questioning Voter

**Information obtained from:**

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials? ☑ Yes ☐ No

1. Did the election official check with voter registration officials? ☐ Yes ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes ☑ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?

☐ Yes ☑ No   If so, where?

3. Did the election officials tell the voter he/she was registered elsewhere?

☐ Yes ☐ No   If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☑ Yes ☐ No

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No

Initials:

BC

31-A

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race R ☒V BC | Time 1:30 pm | Name | Race | Time |
|---|---|---|---|---|---|
| Address | | | Address | | |
| (did not obtain phone number) | | | | | |
| Language Spoken *(if other than English)* Russian | | | Language Spoken *(if other than English)* | | |
| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot  Warden Marques | Race R ☒ BC | | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | |
| Reason  Voter's name not found on List of Registered Voters. | | | Reason | | |
| Voter's Response Voter ~~agreed to~~ BC filled out affirmation form and cast a provisional ballot. Voter also filled out a mail-In Registration Form. | | | Voter's Response | | |
| Information obtained from:  Warden Marques  ☐ Observation  ☐ Questioning Voter | | | Information obtained from:  ☐ Observation  ☐ Questioning Voter | | |

| 1. Did the election official check with voter registration officials?  ☒ Yes   ☐ No | 1. Did the election official check with voter registration officials?  ☐ Yes   ☐ No |
|---|---|
| 2. Was the voter advised to check with the voter registration officials? ☐ Yes  ☒ No | 2. Was the voter advised to check with the voter registration officials? ☐ Yes  ☐ No |
| 3. Did the election officials tell the voter he/she was registered elsewhere?  ☐ Yes  ☒ No   If so, where? | 3. Did the election officials tell the voter he/she was registered elsewhere?  ☐ Yes  ☐ No   If so, where? |
| 4. Was the ballot kept separate from the unchallenged ballots? ☒ Yes  ☐ No | 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes  ☐ No |

Initials:

BC

Plc

31-B

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? _____

☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes        ☐ No

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes        ☐ No

   If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☒ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4. If **paper ballots** were used and counted at the polls:
   a. Were additional workers used to assist in the count? ☐ Yes   ☐ No

   ☐ Not applicable to this election

   If so, were these persons administered an oath?   ☐ Yes     ☐ No

   b. Was the table cleared before the ballot box was emptied?   ☐ Yes     ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?   ☐ Yes     ☐ No

   If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?     ☒ Yes     ☐ No

   If so, who? _____

   g. Was each ballot read as marked?   ☐ Yes     ☐ No
   If not, how many were not properly read? _____
   How were they misread?

**Initials:**
BC
Om

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:

BC

Qty

33

j.  How many paper ballots were partially rejected? _____ Provide complete
information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:



k.  Tallying of Ballots
1.  Names of officials who kept each tally (it may be that only one tally sheet is kept).
    If more than one person kept the single tally sheet, note the period of time each
    person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l.  Were the poll watchers and all other interested persons allowed the opportunity to view
    the counting process?   ☐ Yes      ☐ No          If not, explain.

m.  List the items placed in the ballot box.

n.  List the items not placed in the ballot box and indicate where they were placed.

o.  What time did the ballot box leave the polling place? _____

    Who took it?   _____

    Was it locked?   ☐ Yes    ☐ No        Was it sealed?   ☐ Yes    ☐ No

p.  What time did the Observer Team leave the polling place?   _____      Did an
    Observer accompany the ballot box?   ☐ Yes    ☐ No

5.  If **DRE** or lever **voting machines** were used:

    ☒ Not applicable to this election

    a.  Were the machines locked and sealed against
        further voting?   ☐ Yes    ☐ No

        If so, by whom?   _____

    b.  Who read the count from the machine?   _____

**Initials:**

*BC*

*[signature]*

35

c.  Was the count verified by another official?  ☐ Yes    ☐ No      If so, by whom?

_____

d.  Was it read correctly?                    ☐ Yes    ☐ No
e.  Who recorded the vote on the official return sheets?  _____

f.  Was the vote recorded accurately?         ☐ Yes    ☐ No
g.  List the serial numbers of the machines and record the public counter of each machine
    at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|---------------|---------|---------------|---------|---------------|
|         |               |         |               |         |               |
|         |               |         |               |         |               |

h.  Was the vote announced by the poll officials?   ☐ Yes    ☐ No
i.  Were the poll watchers provided an opportunity to compare the announced results with
    the figure on the counter?                      ☐ Yes    ☐ No
j.  Were the absentee votes counted and tabulated with the votes shown on the machines?
    ☐ Yes    ☐ No
k.  Was the statement of results signed and certified by the poll officials?
    ☐ Yes    ☐ No
l.  Was the statement delivered to the election officials?   ☐ Yes    ☐ No

    By whom?  _____
m.  As soon as the count was completed and the results announced, was the counter
    compartment locked?   ☐ Yes    ☐ No    By whom?  _____
n.  Describe what was done with the election supplies such as poll lists, challenged
    ballots, etc.

o.  What time did the Observer Team leave the polling place?  _____

Initials:

BC
Oer

36

6. If **punch cards or optical scan cards** were used:

  a. Was a duplicate report of the number of persons

     voting prepared?  ☐ Yes   ☐ No

☐ Not applicable to this election

    By whom? _____

  b. What was done with the election supplies such as ballot stubs, etc.?

  c. Was the ballot box sealed?  ☐ Yes   ☐ No  By whom? _____

  d. If appropriate, who took the ballot box to the counting center? _____

    Did an observer accompany the ballot box?  ☐ Yes   ☐ No

  e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots

  a. Were the absentee ballots opened and stacked?

☐ Not applicable to this election

    ☐ Yes   ☐ No

    By whom? _____

  b. Who read the absentee ballots? _____

  c. Did anyone hand the ballots to the reader?  ☐ Yes   ☐ No

    If so, who? _____

  d. Was each ballot read as marked?  ☐ Yes   ☐ No   If not, how many were not

    properly read? _____    How were they misread?

  e. What was done with the ballots after they were read?

f.  How many absentee ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

g. How many absentee ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

_BC_

_Qy_

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Not applicable to this election

   ☐ Yes    ☐ No   By whom?

   _____

   b. Who read the ballots?   _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes    ☐ No

   If so, who? _____

   d. Was each ballot read as marked?   ☐ Yes    ☐ No      If not, how many were not properly read?   _____   How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?

   _____

   Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

*BL*

*Ok*

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☒ Not applicable to this election

Initials:



40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

Initials:

BC

Qu

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE   WD/AD/ED, if applicable: ___

| Name | Race | Name | Race |
|---|---|---|---|
| 1 | | 28 | |
| 2 | | 29 | |
| 3 | | 30 | |
| 4 | | 31 | |
| 5 | | 32 | |
| 6 | | 33 | |
| 7 | | 34 | |
| 8 | | 35 | |
| 9 | | 36 | |
| 10 | | 37 | |
| 11 | | 38 | |
| 12 | | 39 | |
| 13 | | 40 | |
| 14 | | 41 | |
| 15 | | 42 | |
| 16 | | 43 | |
| 17 | | 44 | |
| 18 | | 45 | |
| 19 | | 46 | |
| 20 | | 47 | |
| 21 | | 48 | |
| 22 | | 49 | |
| 23 | | 50 | |
| 24 | | 51 | |
| 25 | | 52 | |
| 26 | | 53 | |
| 27 | | 54 | |
| Subtotals By Race | | | | Subtotals By Race | | | | |

Initials:





United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:          Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of _Sept. 25, 2007_
                                (Date)

_Massachusetts_
                        (State)

_Suffolk_
                        (County)

_Boston_
                    (Municipality)

_Thomas Edison School_
        (Name of Polling Place)

_8/9_
                    (Precinct #)

_22_
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

| The Time Observers: |
| Arrived at Polls _6:23 am_ |
| Departed Polls _7:25 pm_ |

Print _Mirza Martinez_
        (Name)
Sign _Mirza Martinez_

Print _MEGAN WILLIAMS_
        (Name)
Sign _Megan Williams_

Print _DENNIS LEE_
        (Name)
Sign _Dennis Lee_

**Instructions to Observers: Complete this report in BLACK INK ONLY.** Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.

## 1. VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | ~~Indian~~ chinese | Hispanic | ~~Asian~~ Vietnamese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | 0 | 0 | 0 | 0 | 0 | 0 | 0 *not observed chart* |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| TOTAL of 1, 2, and 3 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | ~~Indian~~ chinese | Spanish | ~~Asian~~ Vietnamese | Other |
|---|---|---|---|---|---|
| | 2 | 2 | | | |

**Section 1B is Not Applicable to this Coverage ☐**

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 2 | 2 | | |

**Section 1C is Not Applicable to this Coverage ☐**

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | ~~Indian~~ chinese | Hispanic | ~~Asian~~ Vietnamese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 0 | | | | | | |

**Section 1D is Not Applicable to this Coverage ☒**

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | |
| 2. Challenged | |

**Section 1E is Not Applicable to this Coverage ☐**

Initials: *[handwritten initials]*

2

**F.  If *paper ballots* are used:**

| | Total |
|---|---|
| 1. Ballots accepted | |
| 2. Ballots partially rejected | |
| 3. Ballots totally rejected | |
| 4. Spoiled ballots | |
| 5. Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |

Section 1F is Not Applicable to this Election  ☐

**G.  If *voting machines* are used:**

1.  List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Section 1G (including Question 2 below) is Not Applicable to this Election  ☐

2.  Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?                    ☐ Yes        ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**
    Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Section 1H is Not Applicable to this Election  ☐

Initials:

## 2.  DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

W 22/ P. 8

A.  *Draw a diagram of the polling place which shows the following items*:

1. Location of voting machines or booths
2. Location of tables for election officials
3. Location of any officially-designated interpreters
4. Location of voting instruction signs or cards
5. Location of sample ballots, if any
6. Location of telephone, if any
7. Location of Federal observers



4

ODJ = OBSERVER

MJ 22
PRECINCT # 9

## 2. DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

### A. *Draw a diagram of the polling place which shows the following items*:

1. Location of voting machines or booths
2. Location of tables for election officials
3. Location of any officially-designated interpreters
4. Location of voting instruction signs or cards
5. Location of sample ballots, if any
6. Location of telephone, if any
7. Location of Federal observers



B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a.  Setting campaigning limits? | ☐Yes ☐No | | ☐Yes ☐No | | ☐Yes ☐No |
| b.  Directing voters to the polling place (e.g., "vote here")? | ☒Yes ☐No | OUT & IN DOOR | ☒Yes ☐No | E, CH, V | ☐Yes ☐No |
| c.  Stating assistance is available to voters? | ☒Yes ☐No | ON WALL | ☒Yes ☐No | E, CH, V | ☐Yes ☐No |
| d.  Indicating Election date? | ☒Yes ☐No | ON WALL | ☒Yes ☐No | E.CH.S, V | ☐Yes ☐No |
| e.  Indicating Election hours? | ☒Yes ☒No | INSIDE DOOR | ☒Yes ☒No | "7-8" | ☐Yes ☐No |
| f.  Sample ballot? | ☒Yes ☐No | ON WALL | ☒Yes ☐No | E.S.CH | ☐Yes ☐No |
| g.  Instructions for casting a regular ballot? | ☒Yes ☐No | ON WALL | ☒Yes ☐No | E, S, CH, V, R, HC, CV. | ☐Yes ☐No |
| h.  Instructions for casting a provisional ballot? | ☒Yes ☐No | ON WAL | ☒Yes ☐No | E, S, CH, V, R, HC, CV. | ☐Yes ☐No |
| i.  Instructions for mail registrants and first time voters? | ☒Yes ☐No | Check out of DESK | ☒Yes ☐No | E-CH.S. | ☐Yes ☐No |
| j.  Information on who to contact if voters have problems? | ☒Yes ☐No | Check in on TABLE | ☒Yes ☐No | E. | ☐Yes ☐No |
| k.  General voting rights information? | ☒Yes ☐No | ON WALL | ☒Yes ☐No | E.S. | ☒Yes ☐No |
| l.  Right to cast a provisional ballot? | ☒Yes ☐No | ON WALL | ☐Yes ☐No | E, S, CH V, R, HC, CV. | ☐Yes ☐No |
| m.  Laws on voting fraud and misrepresentation? | ☒Yes ☐No | ON WALL | ☒Yes ☐No | E.S.CH | ☐Yes ☐No |

E=English  S=Spanish  V=Vietnamese  CH=Haitian Creole

2.  If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:  See page 10

R=Russian   C.V=Cape Verdean

Initials: _CuCu SR._

5 A

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a.  Setting campaigning limits? | ☐Yes ☒No | | ☐Yes ☒No | | ☐Yes ☐No |
| b.  Directing voters to the polling place (e.g., "vote here")? | ☒Yes ☐No | OUTSIDE SCHOOL DOOR CH,V | ☒Yes ☐No | E. CH VIETNAMESE | ☐Yes ☐No |
| c.  Stating assistance is available to voters? | ☒Yes ☐No | INSIDE | ☒Yes ☐No | E, V, CH | ☐Yes ☐No |
| d.  Indicating Election date? | ☒Yes ☐No | WALL | ☒Yes ☐No | E -CH | ☐Yes ☐No |
| e.  Indicating Election hours? | ☒Yes ☐No | ON DOOR | ☒Yes ☐No | (4:7-8") | ☐Yes ☐No |
| f.  Sample ballot? | ☒Yes ☐No | ON WALL | ☒Yes ☐No | CH, E, S. | ☐Yes ☐No |
| g.  Instructions for casting a regular ballot? | ☒Yes ☐No | WALL | ☒Yes ☐No | E,S,CH,V, R,HC, cV. | ☐Yes ☐No |
| h.  Instructions for casting a provisional ballot? | ☒Yes ☐No | ON DESK | ☒Yes ☐No | E. | ☐Yes ☐No |
| i.  Instructions for mail registrants and first time voters? | ☒Yes ☐No | ON DESK | ☒Yes ☐No | E, CH.S | ☐Yes ☐No |
| j.  Information on who to contact if voters have problems? | ☐Yes ☒No | | ☐Yes ☒No | | ☐Yes ☐No |
| k.  General voting rights information? | ☒Yes ☐No | WALL | ☒Yes ☐No | CHINESE | ☐Yes ☐No |
| l.  Right to cast a provisional ballot? | ☐Yes ☒No | | ☐Yes ☒No | | ☐Yes ☐No |
| m.  Laws on voting fraud and misrepresentation? | ☒Yes ☐No | WALL | ☒Yes ☐No | CHINESE | ☐Yes ☐No |

2.    If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

Not observed

* please see 5a for additional note

Initials: OhGh S.L.

5 B

NOTE:

LOE LINAI (Chinese Inspector)
SAID THIS PRECINCT HAVE A LOT OF CHINESE MADARIN & CANTONI
SPEAKING. HAVE SOME VIETNAMESE VOTER, BUT THEY'RE SPEAKING
GOOD ENGLISH. THAT WHY ~~DEA~~ HER PRECINCT 8 WARD 22 DO NOT
HAVING VIETNAMESE FORM. AND THEY SAID NOT MANY VIETNAMESE VOTER
BUT THEY DO HAVE A VIETNAMESR SIGN

* WHEN WE SAY FORM WE TAKING ABOUT MATERIAL ON THE TABLE

* The warden saids "if they start to have Vietnamese material
it would have to print all other countries"

Initials: [signatures]

5 C

C.    Phones    *W22/P.8*

    1. Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?    ☐ Yes    ☑ No

    If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

    _____

    Provide the telephone number: _617. 438 - 0911 (cell phone)_

    If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

    9:20 - 9:30 Am Kristina (warden) call in the main office (City Hall) to ask them the procedure how to check the handtest automac voting machine

    2. If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used ___cell phone___ and under what circumstances the officials used this phone.

    TR

---

## 3. ELECTION OFFICIALS

**A.** List each polling official on duty. *Do NOT include special interpreters.*

WD/AD/ED, if applicable: _____

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| KRISTINA BRIESS | W | WARDEN | E |
| KEVIN MONTAGUE | W | CLERK | E |
| IGOR LANDSMA | R | INSPECTOR | E / RUSSIA |
| LOE LINAI | CH | INSPECTOR | E / CHINESE |
| CAROL MEIER | W | INSPECTOR | E |
| DAVID DAKOCH | R | INSPECTOR | E / RUSSIA |
| Donna P. Brunno | | Warden | English |
| Chaterine DiBiasie | | Clerk | English |
| Concetta Alduino | | Inspector | English |
| Gilda Filippone | | Inspector | English |

W22 P.8

W22 P.9

Initials:

\* please see 6A for additional Election official.

6



# Election Officials (Continuation list)

## Ward 22 Precinct 9

| | | |
|---|---|---|
| Mary A. Filippone | Inspector | English |
| Corine Peach | Inspector | English |
| Sing H. Ho | Inspector | English/Chinese |
| Wa B. Ho | Inspector | English/Chinese Vietnamese |

Initials: CmCM SL.

6A

Ward 28 9

Note times each polling official was absent from the polls:     WD/AD/ED, if applicable: _____

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| NOT OBSERVED | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.    If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐                    WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| | | |
| NOT OBSERVED | | |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?                                    ☑ Yes    ☐ No

For Precint 8

If so, who? Warden Kristina Briggs and Clerk Kevin Montague For Precint 9 Warden Donna Dtunn O.

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?

☐ Yes    ☑ No

If so, who? _____

Initials: OmGy
ⓗ    SL

7

D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master Board Worker.**

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials: 



8

Ward 22

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?    ☑ Yes    ☐ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| Loe Linai | Ch | English/Chinese | | |
| Igor Landsma | R | English/Russian | | |
| David Dakoch | R | English/Russian | | |
| Wa B. Ho | Ch | Vietnamese Chinese/English | | |
| Sing H. Ho | Ch | Chinese/English | | |

W22P8

W22P9
W22P9

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☐

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
| Loe Linai | At the check in table checking in voters |
| | |
| | |

Initials: *CMCM*

9

W 22    P 8/9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls: 7:00 Am          WD/AD/ED, if applicable: W22/P8

1. What time did the election officials arrive at the polling place? ___6:00 am___
   Indicate how this information was obtained:

   ☐ Observation        ☑ Questioning election officials

2. Were the election officials given an oath of office?        ☑ Yes        ☑ No

   If so, by whom? THE TRAINER AT THE CITY HALL
   Indicate how this information was obtained:

   ☑ Observation        ☑ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. *Do
   not include signs identified on page 5.* Identify any items printed in a language other
   than English and specify the additional language(s).

   ✓ Provisional Ballot Affirmation = English (pink form)
   ✓ Mail in voter registration form = English / Ch
   ✓ Provisional Ballot Envelope B = English
   ✓ Write-In ballot Envelope A = English
   ✓ Instructions to Voters = E/S
   ✓ Tell us about your experience = E/S/CH/V/R/HC/CV
   ✓ Affirmation of Current and Continuos Residence for
      inactive voters = E

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.

   None observed

   Legend: E = English        S = Spanish        R = Russian
   CH = Chinese        V = Vietnamese
   HC = Haitian Creole              CV = Cape Verdean

Initials:

10

B. Poll Watchers                                    WD/AD/ED, if applicable: _W22/ P. 8_

1. Were any poll watchers present?    ☑ Yes        ☐ No
2. If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| BRENAN O'KEEFE | WHITE | TIM SCHOFIELD |
| ABIGAIL FURNEY | WHITE | TIM SCHOFIELD |
| PAUL SANDERS | WHITE | GREG CLENNOS |
| TOM MEEK | WHITE | MARK CLOMMO |

3. Did the election officials require the poll watchers to present any type of authorization?

☐ Yes    ☑ No    If so, what? _____

If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

THE POLL WORKER KNEW THE POLL WATCHER

4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?        ☑ Yes        ☐ No
Explain any activities poll watchers were not permitted to observe.

---

C. While the Polls Were Open                        WD/AD/ED, if applicable: _____

1. What time did the polls open? ___7: AM_____ W22 P. 8
Indicate how this information was obtained:
☑ Observation        ☐ Questioning election officials

2. Were the names of the absentee voters marked on the poll list?    ☐ Yes    ☑ No

3. Were the absentee ballots delivered to the polls?    ☐ Yes    ☐ No
If so, by whom? _____
*If "no", proceed to question 5 of this section.*

4. Were the absentee ballots counted at the polls?
☐ Yes        ☐ No        ☐ Not Observed

Initials: _Greg SA._

11



5.  What voting system(s) for regular ballots was used in the polling place?

a.  Direct recording electronic machines (DRE)?    ☐ Yes    ☐ No
    If yes, was the machine set to zero before voting began?

    ☐ Yes    ☐ No    ☐ Not Observed

    Was there an activator card (a device that the voter inserts into the machine to begin

    voting) given to the voter?    ☐ Yes    ☐ No

    If yes, who programmed the activator card? _____

b.  Lever machines?    ☐ Yes    ☐ No
    If yes, were the keys delivered in a sealed envelope on the outside of which was
    written the machine number and the protective counter number?

    ☐ Yes    ☐ No    ☐ Not Observed

    Did the public counter register zero before voting began?

    ☐ Yes    ☐ No    ☐ Not Observed

    If not, what number did the counter show? _____

    Was the machine locked before voting began?

    ☐ Yes    ☐ No    ☐ Not Observed

c.  Punch cards?    ☐ Yes    ☐ No
    If yes, where were voted ballots deposited by the voter?

    ☐ Ballot box

    ☐ Scanner

    ☐ Poll Official

    ☐ Other (explain)

    If there was a scanner:

    Did it reject any ballots voters inserted?  ☐ Yes  ☐ No    ☐ Not Observed

    Was it set to zero before voting began?  ☐ Yes  ☐ No    ☐ Not Observed

    Were privacy sleeves used to keep ballot choices secret?

    ☐ Yes    ☐ No    ☐ Not Observed

**Initials:** _(signature)_

12

Ward 22

d. Optical scan cards ?  ☑ Yes  ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☑ Scanner   ACCU-VOTE

☐ Poll Official

☐ Other (explain)

If there was a scanner:

Did it reject any ballots voters inserted?  ☑ Yes  ☐ No      ☐ Not Observed

Was it set to zero before voting began?  ☐ Yes  ☐ No      ☑ Not Observed

Were privacy sleeves used to keep the ballot choices secret?   IF THE MACHINE REJECT
☑ Yes      ☐ No      ☐ Not Observed      THE BALLOT THE VOTER FILL
OUT THE NEW BALLOT(S)

e. Paper ballots?  ☐ Yes  ☐ No

If yes, was the ballot box emptied?  ☐ Yes  ☐ No

Were the blank ballots counted/numbered?

☐ Yes      ☐ No      ☐ Not Observed

How many ballots were provided to the polling place?    _____

Was the ballot box locked prior to the start of voting?

☐ Yes      ☐ No      ☑ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

Initials: _____

13

Ward 22    Precinct 8 and 9

6. If *DRE* or lever *voting machines* were used:

☒ Not applicable to this election

a. Did the voter receive any form from the poll official indicating he/she was permitted to vote?    ☐ Yes  ☐ No
   If so, from whom? _____

b. Was there any time limitation imposed on voters?    ☐ Yes  ☐ No
   If so, how long? _____

c. Did any voter attempt to use a marked sample ballot?    ☐ Yes  ☐ No

   If so, was the voter allowed to do so?    ☐ Yes  ☐ No
   If not, who prevented its usage? _____

7. If *paper ballots, punch cards, or optical scan cards* were used:

☐ Not applicable to this election

a. From whom did the voter receive the ballot? Clerk _____

b. Where did the voter go to mark the ballot? Voting booth _____

c. Was any time limitation imposed on voters?    ☐ Yes  ☒ No
   If so, how long? _____

d. Did any voter attempt to use a marked sample ballot?    ☐ Yes  ☒ No

   If so, was the voter allowed to do so?    ☐ Yes  ☐ No
   If not, who prevented its usage? _____

e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

Voters are allowed three chances to correct and cast their ballot.    ☒ Yes  ☐ No

D. Determining a Person's Eligibility to Vote

   *Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the following questions:*

   1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine the voter's registration status.

   Voter registration book.

Initials: CMCM

   14

Ward 22 Pre Quant 18

2.  If a person's name was not found in the registration book(s) or list(s), did poll officials
    attempt to contact county election officials to verify or determine the voter's registration

    status? ☑ Yes    ☐ No        Explain. Warden will call
                                  City Hall in order to determine
                                  if voter was registered.

3.  If a person was registered in another precinct, what instruction, if any, was the
    voter given? To go to the other precint were the
    voter was registered

4.  If a person was told he or she was not registered to vote, what, if anything, was the
    voter told to do?
    Not observed

5.  Were any officials available at or near the polling place to register persons to vote?

    ☐ Yes    ☑ No
    If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
|      |       |          |
|      |       |          |
|      |       |          |

    Did poll officials refer all persons who were not permitted to vote because they were not
    on the registered voter list to the official(s) identified above to register for future

    elections?              ☐ Yes        ☐ No            Explain.

6.  Describe any other actions, not included above, that were taken to determine a voter's
    registration status.

Initials: OMGM

15

Ward 22 P. 8

E.  Use of Minority Language(s) at Polling Site and
Minority Language Assistance from Poll Officials
and Interpreters

☐ Not applicable to this coverage

1.  If a minority language (one other than English) was spoken by polling
officials/interpreters for general greetings or general conversation with voters, but no
conversation regarding the specific election process took place in the minority language,
indicate the general activity and conversation that took place, including the language(s)
used, as the voter entered the polling site and throughout the time the voter was present in
the polling place.

NO GENERAL GREETING IN MINORITY LANGUAGE

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.)  Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30).  At the
end of the day, answer the following general questions about language assistance:*

2.  General

a.  How was it determined who received minority language assistance (e.g., was each
minority voter automatically given such assistance, or was help given only at the
request of the voter, or did officials offer this help to only certain minority voters)?

As voters approached the check in table, between
voters themselves initiated a conversation in themselves
their own language although they do speak
English.

b.  Were there any minority voters who were unable to sign their names?

☐ Yes    ☐ No    Not observed

If so, were they offered assistance in the minority language in casting their ballots?

☐ Yes    ☐ No    If not, explain.

Initials: OMGM
ℱℒ

16

    c.  Did any voter who requested minority language assistance fail to receive such

       assistance?      ☐ Yes   ☑ No      If so, explain the circumstances.

3. a.  Did any poll official or interpreters provide instruction *in a minority language*
     on how to cast the ballot (e.g., how to use the machine, how to mark or punch the
     ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is

     allowed, how many votes may be cast for a given office, etc.)?  ☑ Yes   ☐ No

     *If so, prepare one C4 Chart (page 30) for each official who gave such instructions and
     one C1 Chart (page 27) for each voter assisted by that official during the time the
     Observer is recording the interpretation of the instructions. Observe as many instances
     of assistance by that official as necessary to accurately and completely record in
     English the instructions given in the minority language. Enclose in quotation marks
     (" words") all words, if any, spoken in English by the official. Include in the
     "Explanation" part of the C1 Chart any additional information. As an example, if the
     instructions given by the official varied during the day, describe when it varied and
     how it varied for that official.*

  b.  Where was the instruction given?

     ☐ Inside the booth (or while voter is voting)

     ☑ Outside the booth (or before the voter began to vote)

    If *outside* the booth, specify where: _____

    If instruction was given in the minority language on how to cast a ballot and was done so
    *outside* of the voting booth (or before the voter began to vote), generally how much time
    elapsed between the completion of the instruction and the time the voter entered the booth
    (or began to vote)? _____

4. a.  Was an interpretation of the ballot provided in the minority language to voters?

     ☐ Yes   ☑ No

     *If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for
     each official who gave such interpretation and one C1 Chart (page 27) for each voter
     assisted by that official during the time the Observer is recording the interpretation of
     the ballot. Observe as many instances of assistance by that official as necessary to
     accurately and completely record in English the interpretation given in the minority
     language (typically, at least 5 instances, if possible). Enclose in quotation marks
     (" words") all words, if any, spoken in English by the official. Include in the
     "Explanation" part of the C1 Chart any additional information. As an example, if the
     interpretation given by the official varied during the day, describe when it varied and
     how it varied for that official.*

Initials:

17

b.  Where was the interpretation given?

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____

F.  Delays in Voting

1.  What was the average number of voters waiting in line to vote during the day? ___*0*___

2.  What was the average length of time voters had to wait to vote? _____*0*_____

3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes    ☑ No    If so, provide the following information:

a.  The time the line formed _____ and the number of voters in line _____

b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

c.  What action, if any, did poll officials take to alleviate the delay?

G.  ~~Challenged, Affidavit,~~ or Provisional Ballots

☐ Not applicable to this coverage

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1.  Were challenged, affidavit, or other provisional-type ballots used?

☐ Yes    ☐ No    ☑ Not Observed

Initials:

18

On what basis did the poll worker give the provisional ballot(s)? WARDEN →

WHEN THE VOTER REGISTED, BUT THEY NAME NOT ON THE VOTER REGISTRATION BOOK & AFTER THE WARDEN CALL BACK IN THE CITY OFFICE TO DOUBLE CHECK WHAT PRECINCT THEY ADDRESS TO VOTE. THEN THE POLL WORKER WILL GIVE THE VOTER PROVISIONAL BALLOT (s)

What language(s) were the ballots in? E / S / CHINESE / VIETNAMESE. etc

E=English   S= Spanish

2. What voting system is used for provisional ballots?

POLL WORKER SAID PAPER BALLOT

☐ DRE?   ☐ Lever?   ☐ Optical Scan Card?   ☐ Punch Card?   ☑ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☑ Yes   ☐ No

What languages were the form/envelope in? E / S / CHINESSE / VIETNAMESE etc

E = English        S = Spanish

4. According to poll workers, under what circumstances are these provisional ballots used?

VOTER RESGISTED TO VOTE ( KERVIN MONTAGUE / CLERK ) BUT CAN'T FIND NAME ON REGISTRATION BOOK

5. Did the poll worker provide written information to the provisional voter?

☑ Yes   ☐ No

In what language(s)? E / S / CHINESE / VIETNAMESE -- etc

What did the document say?

AFTER VOTER FILL IN THE PROVISIONAL BALLOT(S) THE POLL WORKER WILL GIVE THEM A PAPPER INFORMATION FOR THEM TO CALL IN THE CITY HALL AFTER 21 DAYS, THE CITY WORKER WILL LET THE VOTER KNOW IF THEY PROVISIONAL BALLOT (S) WILL COUNTED OR NOT

6. Did the document include information on how a voter can determine if his or her provisional ballot has been counted? ☑ Yes   ☐ No

7. Were these provisional ballots kept separate from other ballots?
☑ Yes       ☐ No       ☐ Not Observed

8. Were these provisional ballots counted at the polls?
☐ Yes       ☑ No       ☐ Not Observed

Initials:

19

W.22

PRECINCT 9

(OB SERVER) MEGAH   1. On what basis did the poll worker give the provisional ballot(s)?

I ASK DONNA P. BRUNO (WARDEN) WHEN IS SHE WILL GIVE THE VOTER PROVISIONAL
BALLOT(S) SHE SAID
1/ VOTER RESGISTED BUT NO NAME ON THE REGISTRATION VOTE BOOK.
2/ PROVED THE RESIDENT ARE 1 4 YEARS NOT REGISTED TO VOTE (THAT IS MORE -
                                                                    COMMENT)
What language(s) were the ballots in?   E | C | CHINESE | VIETNAMESE ~~etc~~..

E=English        S=Spanish

2. What voting system is used for provisional ballots?   POLL WORKER SAID
                                                          PAPER BALLOT

☐ DRE?  ☐ Lever?  ☐ Optical Scan Card?  ☐ Punch Card?  ☑ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete?  ☑ Yes   ☐ No
   What languages were the form/envelope in?   E | S | CHINESE | VIETNAMESE ~~etc~~
   E=English        S=Spanish

4. According to poll workers, under what circumstances are these provisional ballots used?
   - FOR VOTER RESGISTED TO VOTE.
   AND HAVE PROBLEM THEY NAME NOT ON THE REGISTRATION BOOK
   LIST, COULD BE ADDRESS CHANGE, MOVING. OR 4 YEARS VOTER
   NOT RESGISTED TO VOTE.

5. Did the poll worker provide written information to the provisional voter?
   ☑ Yes   ☐ No
   In what language(s)?   E | S | CHINESE | VIETNAMESE ~~etc~~..
   What did the document say?
   VOTER CALL THE CITY OFFICIAL AFTER 21 DAYS. TO FIND OUT IF
   THEY PROVISIONAL BALLOT COUNTED

   E=English        S=Spanish

6. Did the document include information on how a voter can determine if his or her
   provisional ballot has been counted?  ☑ Yes   ☐ No

7. Were these provisional ballots kept separate from other ballots?
   ☑ Yes        ☐ No        ☐ Not Observed

8. Were these provisional ballots counted at the polls?
   ☐ Yes        ☑ No        ☐ Not Observed

Initials: MCM

19 a

Ward 22 Precinct 8

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID?  When ~~their~~ there's an ID next to their name in the voter registration book.

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?　□ Yes　☑ No
   If so, what were they taught in that training?

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?
   ☑ Yes　□ No　　If so, describe.
   Warden Kristina Briggs answered in an irritated way "how many times do I have to answer this, I just say yes."

4. Did you observe any voters being asked for identification?　□ Yes　☑ No
   On what grounds were they asked?

   What form(s) of ID were the poll workers willing to accept?

   If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot?　□ Yes　□ No
   Please describe what occurred. not observed

I. Training of Interpreters or Bilingual Poll Officials

□ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:

20

Ward 22 Precinct 9

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? When it says ID in the book"

2. Did the poll workers receive training about first-time voters who register by mail who are

   covered by ID requirements?        ☑ Yes        ☐ No
   If so, what were they taught in that training?

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?

   ☑ Yes        ☐ No        If so, describe. Next to voter's name the "ID" letters will appear.

4. Did you observe any voters being asked for identification? ☐ Yes    ☑ No
   On what grounds were they asked?

   What form(s) of ID were the poll workers willing to accept? not observed

   If first-time voters who registered by mail did not have required ID, were they allowed to

   vote by provisional ballot?        ☐ Yes        ☐ No
   Please describe what occurred.    Not observed

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

✱ Additional note on page 22A Re Section H.

Initials: OMCM

ⵎ SL.

20 w

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on ***how to translate the contents of the ballot or how to provide procedural instructions in the minority language***?   ☐ Yes   ☑ No

   Did they receive notice that such a training session was scheduled?   ☐ Yes   ☐ No
   Explain.   not observed.

   ***If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".***

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training ***specifically on how to translate the ballot or how to provide procedural instructions in the minority language***, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. ***Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.***

N|A

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

N|A  3. Was part or all of the training conducted in the minority language?   ☐ Yes   ☐ No

N|A  4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)?   ☐ Yes   ☐ No   If so, specify: _____

N|A  5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?
   ☐ Yes   ☐ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?
   ☐ Yes   ☐ No

   Did they find the audio-visual aid(s) helpful?   ☐ Yes   ☐ No
   Describe any comments about the audio-visual aid(s).

Initials CM CM

21

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on ***how to translate the contents of the ballot or how to provide procedural instructions in the minority language***?   ☑ Yes   ☐ No

   Did they receive notice that such a training session was scheduled? ☑ Yes   ☐ No
   Explain.

   ***If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".***

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training ***specifically on how to translate the ballot or how to provide procedural instructions in the minority language***, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. ***Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.***

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
| SING H HO | YES | 2 YEARS | CITY HALL | 2 HRS | BY PRE VOTTING OFFICER |
| WA B HO | YES | 2 YEARS AGO | CITY HALL | 2 HRS | " |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. Was part or all of the training conducted in the minority language? ☑ Yes   ☐ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)? ☑ Yes   ☐ No   If so, specify: AUDIO & VIDEO TAPE
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes   ☑ No

   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes   ☑ No

   Did they find the audio-visual aid(s) helpful? ☑ Yes   ☐ No
   Describe any comments about the audio-visual aid(s).

Initials: *CprlCpl*

21 a

6:  Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

---

## 5. GENERAL

A.  Describe the nature and extent of your contact with poll officials.  Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

*See page 22 A*

The overall contact with poll workers was cordial. They assigned a space for Federal Observers so observers could do their job without interrupting the election process. Also they were cooperative and assisted Fed. Observer in ~~obtaining them~~ performing Observers *duties*

B.  Provide information on the presence of any law enforcement officials and any of their activities you observed.

Police officer was assigned to the check out table.

C.  Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed.  Identify media names and/or call letters.

No media presence were observed.

D.  Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

None observed

E.  Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

None Observed

Initials:

22

However there was incident with Warden Kristina Brigss of Ward 22 Precint 8. Federal Observer, Mirza Martinez, was asking Mrs. Brigss questions regarding ID requirements. When I asked question number three on page 20. Mrs. Brigss snapped at this Federal Observer(M.M) and in a loud tone of voice said: "How many times do I have to answer this. I just say yes." and walked out on this Federal Observer (M.M.)

Initials: MM

22
22 A

At 6:45 pm a voter spoiled his ballot. Warden Donna Brunno explained to voter why his ballot didn't go through. Voter didn't fill in the ovals correctly. Warden Donna tried to explain in Italian language (which she doesn't speak fluently) to the voter whos speak Italian that he could vote again; however, voter looking frustrated left the polling site without making the corrections. Warden Donna Brunno took the spoiled ballot and put it aside in an envelope for spoiled ballot, and then called City Hall and informed then what happened with this particular voter.

Initials:

22 B

WARD 22
PERCINT 9

6:30 AM AFTER FEDERAL OBSERVER INTRODUCED THEM TO THE WARDEN
DONNA BRUNNO, THEY PROCEEDED GET SETTLE IN THE ROOM.
WARDEN DONNA BRUNNO IN UN PLEASANT TONE OF VOICE KIND OF
AGRAVATED SAID : " THE ROOM TO SMALL WE (THE OBSERVER) NEED TO GO
AT THE CORNER OF THE ROOM. ABOUT 10 MINUTES AFTER, TEAM LEADER
MIRZA CALLED IN THE CAPTAIN OFFICE. WE GOT THE ORDER MOVED TO
PRECINT #8 WARD 22 AT THE END OF THE SCHOOL HALL WAY.

6:45 AM
WE MOVED TO PRECINT #8 WARD 22 INTRODUCED OBSERVER STAFFS
WE METT KRISTINA BRIGGS (WARDEN), TEAM LEADER MIRZA ASK KRISTINA
BRIGGS : " WHO IS IN CHARGE. SHE SAID SOME BODY ELE NOT HER.
SHE TOOK THE LETTER " GERALDINE CUDDYER CHAIR BOARD OF ELECTION
COMMISSIONERS " GAVE TO KERVIN (CLERK) AND TELL HIM LOOK AT
OBSERVER CREDENTIALS, KERVIN PROVIDED OBSERVER ALL THE NAME AND
TITTLE OF POLL WORKER, HER ACTITUD TOWARD FEDERAL OBSERVER WAS
CRUMBY AND DISRESPECTFUL

12:35 NOON
WE FEDERAL OBSERVER CAME BACK TO PRECINT #9 WARD 22. POLL WATCHER
FEDERAL OBSERVER MEGAN WILLIAMS ASKED ONE OF THE LADY WHO WAS
SITTING AT THE TABLE ACROSS TO THE CHECK IN TABLE. WHAT HERE NAM AND
HER TITTLE, THE LADY LOOKED AT DONNA BRUNNO (WARDEN). SHOULD SHE
ANSWER MEGAN WILLIAMS QUESTION.
DONNA BRUNNO SAID "NO" SHE IS NOT ALLOWED TO ANSWER.
THEN DONNA GET SOME KIND OF THE BOOK AND CONFIRMED TO MEGAN WILLIAMS
OBSERVER SHE IS CORREC.

Initials:

22

2 POLL WORKER / INSPECTOR / BILINGUAL

1/ SING H HO    CHINESE / ENGLISH

2/ WA B HO    CHINESE / ENGLISH / VIETNAMESE

HUSBAND & WIFE BOTH WERE SITTING OUT SIDE BY THE DOOR AT THE HALL WAY. I MEGAN WILLIAMS OBSERVER ASKED MRS. WA HO " WHY THEY WERE SITTING OUT SIDE THE DOOR" MRS. WA HO SAID " DONNA WARDEN TOLL HER & HER HUSBAND SIT THERE"

☆ THE DOOR TO THE POLLING PLACE VERY HEAVY AND HARD TO OPEN, ONLY STAIR NO RAMP

Initials: MCM

22  D

Chinese voters spoke English to poll workers and there was a Chinese couple who speaking Chinese with each other as they coming to vote.

Initials: GM GM

22 E

☐ None Observed
☒ Not applicable to this coverage

# CHART A – VOTING TALLY SHEET     WD/AD/ED, if applicable: _____

| PERSONS PERMITTED TO VOTE | | | | |
|---|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | | Totals |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Subtotal | |
| | | | Grand Total (if last page of tally sheet) | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

23_____

Warden 22 Precinct 8

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance Number of Voters Chinese / Vietnamese | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | ~~Indian~~ | Hisp. | ~~Asian~~ | Black | White | Other | |
| 7:00 | | | | | | | | 0 |
| | | | | | | | | 0 |
| 8:00 | | | | | | | | 0 |
| | Family/Friend | | | | | | | 0 |
| 8 – | ~~Loe Linai~~ | OneCM 0 | | | | | | 0 |
| | Loe Linai | 2 | | | | | | 2 OneCM |
| 9 | | | | | | | | 0 |
| | Family/Friend | | | | | | | 0 |
| 9 | | | | | | | | 0 |
| | | | | | | | | 0 |
| 10 | | | | | | | | 0 |
| | Family/Friend | | | | | | | 0 |
| 10 – | | | | | | | | 0 |
| | ~~Loo Linai~~ OneCM | | | | | | | OneCM |
| 11 | | | | | | | | 0 |
| | Family/Friend | | | | | | | 0 |
| | | | | | | Subtotal | | OneCM @ 2 |
| | | | | | | Grand Total (if last page of tally sheet) | | OneCM @ 2 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials: OneCM  AL

24

Ward 22 Precint 8

☐ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance Number of Voters | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 11 am | | | | | | | | 0 |
| 12 pm | | | | | | | | 0 |
| | | | | | | | | 0 |
| | Family/Friend | | | | | | | 0 |
| 12 pm | | | | | | | | 0 |
| 12:30 pm | | | | | | | | 0 |
| | | | | | | | | 0 |
| | Family/Friend | | | | | | | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | 0 |
| | | | | | | | Grand Total (if last page of tally sheet) | 1 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

24 A

Ward 22 Precint 9

☐ None Observed
☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| 12:30 | | | | | | | | 0 |
| | | | | | | | | 0 |
| 1:30 | | | | | | | | 0 |
| | Family/Friend | | | | | | | 0 |
| 1:30 | | | | | | | | 0 |
| | | | | | | | | 0 |
| 2:30 | | | | | | | | 0 |
| | Family/Friend | | | | | | | 0 |
| 2:30 | | | | | | | | 0 |
| 3:30 | | | | | | | | 0 |
| | | | | | | | | 0 |
| | Family/Friend | | | | | | | 0 |
| 3:30 | | | | | | | | 0 |
| 4:30 | | | | | | | | 0 |
| | | | | | | | | 0 |
| | Family/Friend | | | | | | | 0 |
| | | | | | | Subtotal | | 0 |
| | | | | | Grand Total (if last page of tally sheet) | | | 0 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

24 B

Warden 22 Precint 9

☐ None Observed
☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | ~~Indian~~ Chinese | Hisp. | ~~Asian~~ Vietnamese | Black | White | Other | |
| 4:30 5:30 | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | Family/Friend | | | | | | | 0 |
| 5:30 6:30 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | **Subtotal** | 0 |
| | | | | | | | **Grand Total (if last page of tally sheet)** | 0 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m.; 7 a.m.- 8 a.m.)

Initials: _____

24 C

☑ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | |
| | | | | | Grand Total (if last page of tally sheet) | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

25_____

Ward 22    Precint 8

☐ None Observed
☐ Not applicable to this coverage

## CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|------|------|------|------|------|------|
| ███████████████ | W | 9am | ██████████ | CH | 11:55 |

| **Address** | **Address** |
|---|---|
| ████████████ ██████ Brighton, MA | ██████████ BRIGHTON, MA·02133 |

| **Federal Certificate of Eligibility Number, if any** | **Federal Certificate of Eligibility Number, if any** |
|---|---|
| N/A | N/A |

| **Language Spoken** *(if other than English)* | **Language Spoken** *(if other than English)* |
|---|---|
| | CHINESE / CANTONESE |

| **Name/Title of Official Not Permitting Vote** | **Race** | **Name/Title of Official Not Permitting Vote** | **Race** |
|---|---|---|---|
| Kristina Brigss, Warden | W | LDE LINAI | CH |

| **Reason for Not Permitting Vote** | **Reason for Not Permitting Vote** |
|---|---|
| Inspector Carol Meier, couldn't fine voter's name in the voter's registration book. Warden Kristina Brigss called city Hall and was notified that voter was registered on Ward 22 Precint 9 | MR ████ came into the wrong polling place, he should go to other school |

| **Specify what the official did or suggested that the voter do in order to vote.** | **Specify what the official did or suggested that the voter do in order to vote.** |
|---|---|
| After told that voter was register at Ward 22 Precint 9. Warden, Kristina Brigss walked voter, ████████ to the ~~city~~ precint 9 which was across the hall way (see page 26 A) | The official directed him to garfil school |

| **Reason Voter Believes He/She Should Be Permitted to Vote** | **Reason Voter Believes He/She Should Be Permitted to Vote** |
|---|---|
| She stated, "Because I'm a citizen." #see page 26 A | |

| **Information obtained from:** | **Information obtained from:** |
|---|---|
| ☑ Observation ☑ Questioning Voter | ☑ Observation ☑ Questioning Voter |

Initials: *CMCM*

*LM*

26

Ward 22 Precint 8

Chart B Persons Not Permitted to Vote

Name: ████████████████

At Ward 22 Precint 9 Clerk Chaterine DiBiasie ████████████████ address and elected voters couldn't find it. Then Clerk Chaterine DiBiasie realize she was looking at the wrong address. Clerk Chaterine DiBiase found the voter's address. Voter ████████████ ████ was able to vote

Ward 22 Precint 8

Initials: CmCm

26 A
~~26 A~~ GmCm

Φ DRi

Ward 22 Precint 8

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: WD 22 P 8

Voter: ▮▮▮▮▮▮▮▮    Race: CHINESE    Begin Time: 8-30 A    End Time: 8:35 A

Interpreter or
Election Official: LOE, LINAI    Observer: LEE, DENNIS

Assistance Occurred: ☒ Inside the booth (or while voter is voting)

☒ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

### Did the election official providing assistance perform any of the actions listed in the table below for the voter?
#### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | · | CHINESE-CANTONESE |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ·✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation: When ▮▮▮▮ walk in who spoke English, than Loe, Linai (official) asked ▮▮▮ you speak Chinese ▮▮▮ replied "yes" than official Lee stand up wouth him to the check table than lead Lee to the voting machine.

Initials:
CMGM
SR—

27 I

Ward 22 Precinct 8

☐ None Observed
☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: WD22/P 8

Voter ██████████    Race: CHINESE    Begin Time: 8:44 A    End Time: 8:47 A.

Interpreter or
Election Official: LDE LYNAI    Observer: LEE, DENNIS

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☒ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**

_NOTE: If the answer is not 100% "YES", mark "NO"_

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | CHINESE CANTONESE |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | ✓ | | | SAME |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | | ✓ | |
| Explain each proposition on the ballot | | | ✓ | |
| Explain when the voter can vote for more than one candidate for an office | | | ✓ | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation: Voter ██████████ does speak some English, assistance/just Lde Lynai asked her what language she prefer to write for ballot

Initials: GLM
P AL

27 2

☐ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|--------|------------------------------------------------------------------|
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |

Initials: 

28

☐ None Observed

☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____     Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|-------------|--------|------------------------------------------------------------------|
|             |        |                                                                  |
|             |        |                                                                  |
|             |        |                                                                  |
|             |        |                                                                  |
|             |        |                                                                  |
|             |        |                                                                  |
|             |        |                                                                  |
|             |        |                                                                  |
|             |        |                                                                  |

Initials:

☒ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)    WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

☒ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| **Address** | | | **Address** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | **Race** | | **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | **Race** | |
| **Reason** | | | **Reason** | | |
| **Voter's Response** | | | **Voter's Response** | | |

**Information obtained from:**

☐ Observation

☐ Questioning Voter

**Information obtained from:**

☐ Observation

☐ Questioning Voter

| | |
|---|---|
| 1. Did the election official check with voter registration officials? ☐ Yes ☐ No | 1. Did the election official check with voter registration officials? ☐ Yes ☐ No |
| 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No | 2. Was the voter advised to check with the voter registration officials? ☐ Yes ☐ No |
| 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☐ No If so, where? | 3. Did the election officials tell the voter he/she was registered elsewhere? ☐ Yes ☐ No If so, where? |
| 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No | 4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes ☐ No |

Initials:

31

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

*Observers left before the poll close.*

1. What time did the polls close? _____

☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes        ☐ No

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes        ☐ No

   If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4. If **paper ballots** were used and counted at the polls:
   a. Were additional workers used to assist in the

   count?    ☐ Yes    ☐ No

   ☐ Not applicable to this election

   If so, were these persons administered an oath?    ☐ Yes    ☐ No

   b. Was the table cleared before the ballot box was emptied?    ☐ Yes    ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?    ☐ Yes    ☐ No

   If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

   If so, who? _____

   g. Was each ballot read as marked?    ☐ Yes    ☐ No
      If not, how many were not properly read? _____
      How were they misread?

Initials: *CMCM*

32

h. What was done with the ballots after they were read?

i. How many paper ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Initials:

33

j.   How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

34

k. Tallying of Ballots

1. Names of officials who kept each tally (it may be that only one tally sheet is kept). If more than one person kept the single tally sheet, note the period of time each person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l. Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?  ☐ Yes    ☐ No        If not, explain.

m. List the items placed in the ballot box.

n. List the items not placed in the ballot box and indicate where they were placed.

o. What time did the ballot box leave the polling place? _____

   Who took it?    _____

   Was it locked?  ☑ Yes    ☐ No        Was it sealed?  ☐ Yes    ☐ No

p. What time did the Observer Team leave the polling place?  _____    Did an Observer accompany the ballot box?  ☐ Yes    ☐ No

5. If **DRE** or lever **voting machines** were used:

   ┌─────────────────────────────┐
   │ ☐ Not applicable to this election │
   └─────────────────────────────┘

   a. Were the machines locked and sealed against further voting?  ☐ Yes    ☐ No

      If so, by whom?  _____

   b. Who read the count from the machine?  _____

Initials: 

c. Was the count verified by another official? ☐ Yes ☐ No    If so, by whom?

_____

d. Was it read correctly?                    ☐ Yes ☐ No
e. Who recorded the vote on the official return sheets? _____

f. Was the vote recorded accurately?    ☐ Yes ☐ No
g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |

h. Was the vote announced by the poll officials?    ☐ Yes ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?    ☑ Yes ☐ No
j. Were the absentee votes counted and tabulated with the votes shown on the machines?

☐ Yes ☐ No

k. Was the statement of results signed and certified by the poll officials?

☐ Yes ☐ No

l. Was the statement delivered to the election officials? ☐ Yes ☐ No

By whom? _____

m. As soon as the count was completed and the results announced, was the counter compartment locked? ☐ Yes ☐ No    By whom? _____

n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.

o. What time did the Observer Team leave the polling place? _____

Initials: _____

36

6. If **punch cards or optical scan cards** were used:

a. Was a duplicate report of the number of persons
voting prepared?  ☐ Yes  ☐ No

☐ Not applicable to this election

By whom? _____

b. What was done with the election supplies such as ballot stubs, etc.?

c. Was the ballot box sealed?  ☐ Yes  ☐ No  By whom? _____

d. If appropriate, who took the ballot box to the counting center? _____

Did an observer accompany the ballot box?  ☐ Yes  ☐ No

e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots

a. Were the absentee ballots opened and stacked?

☐ Not applicable to this election

☐ Yes  ☐ No

By whom? _____

b. Who read the absentee ballots? _____

c. Did anyone hand the ballots to the reader?  ☐ Yes  ☐ No

If so, who? _____

d. Was each ballot read as marked?  ☐ Yes  ☐ No  If not, how many were not
properly read? _____  How were they misread?

e. What was done with the ballots after they were read?

Initials: _____

37

f. How many absentee ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots
      opened and stacked?

      ☐ Not applicable to this election

      ☐ Yes    ☐ No    By whom?

      _____

   b. Who read the ballots?    _____

   c. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

      If so, who?    _____

   d. Was each ballot read as marked?    ☐ Yes    ☐ No    If not, how many were
      not properly read? _____    How were they misread?


   e. What was done with the ballots after they were read?


   f. How many challenged/affidavit/provisional ballots were totally rejected?

      _____

      Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials: _____

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
| --- | --- | --- | --- | --- |
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials: 

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

Initials:

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE  WD/AD/ED, if applicable: ____

| Name | Race | Name | Race |
|---|---|---|---|
| 1 | | 28 | |
| 2 | | 29 | |
| 3 | | 30 | |
| 4 | | 31 | |
| 5 | | 32 | |
| 6 | | 33 | |
| 7 | | 34 | |
| 8 | | 35 | |
| 9 | | 36 | |
| 10 | | 37 | |
| 11 | | 38 | |
| 12 | | 39 | |
| 13 | | 40 | |
| 14 | | 41 | |
| 15 | | 42 | |
| 16 | | 43 | |
| 17 | | 44 | |
| 18 | | 45 | |
| 19 | | 46 | |
| 20 | | 47 | |
| 21 | | 48 | |
| 22 | | 49 | |
| 23 | | 50 | |
| 24 | | 51 | |
| 25 | | 52 | |
| 26 | | 53 | |
| 27 | | 54 | |
| Subtotals By Race | | | | Subtotals By Race | | | | |

Initials:

42



United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:        Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of _September 25, 2007_
(Date)

_MA_
(State)

_Suffolk_
(County)

_Boston_
(Municipality)

_Upshams Health Center_
(Name of Polling Place)

_07_
(Precinct #)

_10_
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

| The Time Observers: |
| Arrived at Polls ___1:45 pm___ |
| Departed Polls ___7:15 PM___ |

Print ___Miosotis González___
(Name)

Sign _____

Print ___Keith Tran___
(Name)

Sign _____

Print _____
(Name)

Sign _____

**Instructions to Observers:** Complete this report in **BLACK INK** *ONLY*. Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.

# 1.    VOTING STATISTICS

| A.  Number of Persons Attempting to Vote at the Polls | Total | Indian Chinese | Hispanic | Asian Vietnamese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1.  Persons voting unchallenged (See Chart A, page 23) | 0 | 0 | 0 | 0 | | | |
| 2.  Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 0 | 0 | 0 | 0 | | | |
| 3.  Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 0 | 0 | 0 | 0 | 1 | | |
| TOTAL of 1, 2, and 3 | | 0 | 0 | 0 | 1 | | |

| B.  Number of Persons Receiving Any Language Assistance.  Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | Indian Chinese | Spanish | Asian VN | Other |
|---|---|---|---|---|---|
| | | 0 | 0 | 0 | |

**Section 1B is Not Applicable to this Coverage ☐**

| C.  Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

**Section 1C is Not Applicable to this Coverage ☐**

| D.  Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | Indian Chinese | Hispanic | Asian VN | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | | | |

**Section 1D is Not Applicable to this Coverage ☐**

| E.  Absentee Ballots | Total |
|---|---|
| 1.  Unchallenged | |
| 2.  Challenged | |

**Section 1E is Not Applicable to this Coverage ☐**

Initials:

2

| **F.  If *paper ballots* are used:** | **Total** |
|---|---|
| **1.  Ballots accepted** | |
| **2.  Ballots partially rejected** | |
| **3.  Ballots totally rejected** | |
| **4.  Spoiled ballots** | |
| **5.  Unused ballots** | |
| **Total of 1, 2, 3, 4, and 5** | |
| **Section 1F is Not Applicable to this Election  ☐** | |

**G.  If *voting machines* are used:**

1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Section 1G (including Question 2 below) is Not Applicable to this Election  ☐**

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?                    ☐ Yes        ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**

Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Section 1H is Not Applicable to this Election  ☐**

Initials:

**2.    DESCRIPTION OF POLLING PLACE**

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items*:
1. Location of voting machines or booths
2. Location of tables for election officials
3. Location of any officially-designated interpreters
4. Location of voting instruction signs or cards
5. Location of sample ballots, if any
6. Location of telephone, if any
7. Location of Federal observers



Initials:

*VN = Vietnamese*

B.1. Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a. Setting campaigning limits? | ☐Yes ☒No | | ☐Yes ☐No | | ☐Yes ☐No |
| b. Directing voters to the polling place (e.g., "vote here")? | ☒Yes ☐No | on the wall inside the building | ☒Yes ☐No | English Spanish Chinese Vietnamese | ☐Yes ☐No |
| c. Stating assistance is available to voters? | ☒Yes ☐No | on the wall | ☒Yes ☐No | English Spanish | ☐Yes ☐No |
| d. Indicating Election date? | ☐Yes ☒No | | ☐Yes ☐No | | ☐Yes ☐No |
| e. Indicating Election hours? | ☒Yes ☐No | on the wall | ☒Yes ☐No | English Spanish Chinese Vietnamese | ☐Yes ☐No |
| f. Sample ballot? | ☒Yes ☐No | on the wall | ☒Yes ☐No | English Spanish | ☐Yes ☒No  *No Vietnamese* |
| g. Instructions for casting a regular ballot? | ☒Yes ☐No | on the wall | ☒Yes ☐No | English Spanish Chinese Vietnamese | ☐Yes ☒No |
| h. Instructions for casting a provisional ballot? | ☒Yes ☐No | on the table | ☒Yes ☐No | English Spanish Chinese Vietnamese | ☐Yes ☒No |
| i. Instructions for mail registrants and first time voters? | ☒Yes ☐No | on the Poll Wks Desk | ☐Yes ☒No | English Spanish | ☐Yes ☐No |
| j. Information on who to contact if voters have problems? | ☒Yes ☐No | on the wall | ☒Yes ☐No | English Spanish Chinese Vietnamese | ☐Yes ☐No |
| k. General voting rights information? | ☒Yes ☐No | on the wall | ☒Yes ☐No | English Spanish | ☐Yes ☒No  *No Vietnamese* |
| l. Right to cast a provisional ballot? | ☒Yes ☒No | on the wall | ☒Yes ☒No | English Spanish Chinese Vietnamese | ☐Yes ☐No |
| m. Laws on voting fraud and misrepresentation? | ☐Yes ☒No | | ☐Yes ☒No | | ☐Yes ☐No |

2. If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

*N/o -*

Initials: *[signature]*

5

C.   Phones
1. Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?    ☑ Yes    ☐ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):
617-438-6189

Provide the telephone number: *Provided mobile phone*

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

*At 3:40pm, Wardin Mary Selcott (B) used the mobile phone provided to contact Election Main Office to check the address of an African-American voter. She received an answer and the voter was told where to go to vote.*

2. If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used _____ and under what circumstances the officials used this phone. *none*

---

## 3. ELECTION OFFICIALS

**A.** List each polling official on duty. ***Do NOT include special interpreters.***

WD/AD/ED, if applicable: _____

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| Zenaida Gonzalez | Hispanic | Inspector | English-Spanish |
| Mary Selcott | Black | Wardin | English |
| Valena Gales | Black | clerk | English |
| Diane Selcott | Black | Inspector | English |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Initials:

6

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable:

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.  If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☒    WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?    ☒ Yes    ☐ No

If so, who? _Mary Selcott, wardin (B)._____

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?

☐ Yes    ☒ No

If so, who? _____

Initials:

7

## D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|----------|-------------------------------|--------------------------------------|---------------------------|
|          |                               |                                      |                           |
|          |                               |                                      |                           |
|          |                               |                                      |                           |
|          |                               |                                      |                           |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|----------|---------------------|--------------------------------------------|---------------------------------|----------------------------------------------------|
|          |                     |                                            |                                 |                                                    |
|          |                     |                                            |                                 |                                                    |
|          |                     |                                            |                                 |                                                    |
|          |                     |                                            |                                 |                                                    |
|          |                     |                                            |                                 |                                                    |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

**Initials:**

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

*※ Wardin Mary Selcott (?) said there were waiting*

1. Were there interpreters assigned to this polling place?    ☑ Yes    ☐ No *for one Portugal interpreter, but she never show up. Ms. Selcott explained to observers she called City Hall but no excuse was provided.*

   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty.  Include the time each interpreter arrived at the polls.  For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed.  If "none", check here:  ☐

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
| | |
| | |
| | |
| | |

Initials: _[signature]_

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                WD/AD/ED, if applicable: _____

1. What time did the election officials arrive at the polling place? *none observed*
   Indicate how this information was obtained: *7:00 AM*   *Federals observers arrived around 1:45pm to Polling Place.*
   ☐ Observation       ☒ Questioning election officials

2. Were the election officials given an oath of office?        ☒ Yes      ☐ No
   If so, by whom? ~~Federal Observers arrived in the afternoon.~~
   Indicate how this information was obtained: *Mary Selcoff, warden.*
   ☐ Observation       ☒ Questioning election officials .

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. **Do
   not include signs identified on page 5.**  Identify any items printed in a language other
   than English and specify the additional language(s).

   *none observed*

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.

   *none observed*

Initials:

10

B. Poll Watchers                                          WD/AD/ED, if applicable: _____

1.  Were any poll watchers present?        ☐ Yes    ☒ No  *none observed*

2.  If so, obtain the following information. *If not, skip the remaining questions and
    proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

3.  Did the election officials require the poll watchers to present any type of authorization?

    ☐ Yes   ☐ No    If so, what? _____ *none observed* _____

    If the election officials imposed any limitation on the activities of the poll watchers
    throughout the day, explain the limitations.

4.  Were poll watchers permitted to observe all aspects of the voting process, other than the

    actual marking of the ballots?                    ☐ Yes        ☐ No
    Explain any activities poll watchers were not permitted to observe.

                            *none observed*

C. While the Polls Were Open                          WD/AD/ED, if applicable: _____

1.  What time did the polls open? _____
    Indicate how this information was obtained:

        ☐ Observation        ☐ Questioning election officials

2.  Were the names of the absentee voters marked on the poll list?  ☐ Yes        ☐ No

3.  Were the absentee ballots delivered to the polls?  ☐ Yes    ☐ No
    If so, by whom? _____
    *If "no", proceed to question 5 of this section.*

4.  Were the absentee ballots counted at the polls?

        ☐ Yes            ☐ No        ☐ Not Observed

Initials:

                                    11

5. What voting system(s) for regular ballots was used in the polling place?

    a. Direct recording electronic machines (DRE)?    ☐ Yes    ☐ No
    If yes, was the machine set to zero before voting began?

    ☐ Yes    ☐ No    ☐ Not Observed

    Was there an activator card (a device that the voter inserts into the machine to begin voting) given to the voter?    ☐ Yes    ☐ No

    If yes, who programmed the activator card? _____

    b. Lever machines?    ☐ Yes    ☐ No
    If yes, were the keys delivered in a sealed envelope on the outside of which was written the machine number and the protective counter number?

    ☐ Yes    ☐ No    ☐ Not Observed

    Did the public counter register zero before voting began?

    ☐ Yes    ☐ No    ☐ Not Observed

    If not, what number did the counter show? _____

    Was the machine locked before voting began?

    ☐ Yes    ☐ No    ☐ Not Observed

    c. Punch cards?    ☐ Yes    ☐ No
    If yes, where were voted ballots deposited by the voter?

    ☐ Ballot box

    ☐ Scanner

    ☐ Poll Official

    ☐ Other (explain)

    If there was a scanner:

    Did it reject any ballots voters inserted?  ☐ Yes  ☐ No    ☐ Not Observed

    Was it set to zero before voting began?  ☐ Yes  ☐ No    ☐ Not Observed

    Were privacy sleeves used to keep ballot choices secret?

    ☐ Yes    ☐ No    ☐ Not Observed

**Initials:**

12

d. Optical scan cards ?                                    ☑ Yes        ☐ No

   If yes, where were voted ballots deposited by the voter?

    ☐ Ballot box

    ☑ Scanner

    ☐ Poll Official

    ☐ Other (explain)

   If there was a scanner:

   Did it reject any ballots voters inserted?  ☐ Yes  ☑ No        ☐ Not Observed

   Was it set to zero before voting began?  ☐ Yes  ☐ No        ☑ Not Observed

   Were privacy sleeves used to keep the ballot choices secret?

   ☑ Yes        ☐ No        ☐ Not Observed


e. Paper ballots?                                          ☐ Yes        ☐ No

   If yes, was the ballot box emptied?                      ☐ Yes        ☐ No

   Were the blank ballots counted/numbered?

   ☐ Yes        ☐ No        ☐ Not Observed

   How many ballots were provided to the polling place?        _____

   Was the ballot box locked prior to the start of voting?

   ☐ Yes        ☐ No        ☐ Not Observed

   Where were voted ballots deposited by the voter?

    ☐ Ballot box

    ☐ Scanner

    ☐ Poll Official

    ☐ Other (explain)

Initials:

13

6.  If **DRE** or lever **voting machines** were used:

☐ Not applicable to this election

a. Did the voter receive any form from the poll official indicating he/she was permitted to vote?      ☐ Yes   ☐ No
   If so, from whom? _____

b. Was there any time limitation imposed on voters?      ☐ Yes   ☐ No
   If so, how long? _____

c. Did any voter attempt to use a marked sample ballot?      ☐ Yes   ☐ No

   If so, was the voter allowed to do so?      ☐ Yes   ☐ No
   If not, who prevented its usage? _____

7.  If **paper ballots, punch cards, or optical scan cards** were used:

☐ Not applicable to this election

a. From whom did the voter receive the ballot? _Mary and Diane Selcott_

b. Where did the voter go to mark the ballot? _Voting Booth_

c. Was any time limitation imposed on voters?      ☐ Yes   ☒ No
   If so, how long? _____

d. Did any voter attempt to use a marked sample ballot?      ☐ Yes   ☒ No

   If so, was the voter allowed to do so?      ☐ Yes   ☐ No
   If not, who prevented its usage? _none observed_

e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

☒ Yes   ☐ No

D. Determining a Person's Eligibility to Vote

*Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the following questions:*

1.  Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine the voter's registration status.

Initials:

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☒ Yes   ☐ No          Explain. *Warden have provide the warden or poll workers have voter ID and call city official to check if he/she register to vote and where to vote then direct the voter to the precinct he/she should vote.*

3. If a person was registered in another precinct, what instruction, if any, was the voter given?

   *If voters register to another precinct poll workers will direct voter to that precinct to vote.*

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?

   *If he/she was not registered to vote then poll worker ask if she/he want to fill out the registration and mail out for them.*

5. Were any officials available at or near the polling place to register persons to vote?
   ☐ Yes   ☒ No   *only poll worker hand out the registration form*
   If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
| Mary Selcott | Warden | Upham's Heath center |
|  |  |  |
|  |  |  |

   Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?          ☒ Yes   ☐ No          Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

   *none observed*

Initials:

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

*none observed*

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place.

   *none observed*

   *Language assistance is any conversation in the minority language concerning the election
   process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
   language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
   end of the day, answer the following general questions about language assistance:*

2. General     *none observed*

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?

   b. Were there any minority voters who were unable to sign their names?

      ☐ Yes     ☐ No

      If so, were they offered assistance in the minority language in casting their ballots?

      ☐ Yes     ☐ No          If not, explain.

Initials:

16

c. Did any voter who requested minority language assistance fail to receive such assistance?    ☐ Yes    ☐ No    If so, explain the circumstances.

3. a. Did any poll official or interpreters provide instruction *in a minority language* on how to cast the ballot (e.g., how to use the machine, how to mark or punch the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes may be cast for a given office, etc.)?  ☐ Yes    ☐ No  *None Observed*

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the instructions. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the instructions given in the minority language. Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the instructions given by the official varied during the day, describe when it varied and how it varied for that official.*

b. Where was the instruction given?

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____

If instruction was given in the minority language on how to cast a ballot and was done so *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the instruction and the time the voter entered the booth (or began to vote)?    _____

4. a. Was an interpretation of the ballot provided in the minority language to voters?

☐ Yes  ☒ No    *none observed.*

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for each official who gave such interpretation and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the ballot. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the interpretation given in the minority language (typically, at least 5 instances, if possible). Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the interpretation given by the official varied during the day, describe when it varied and how it varied for that official.*

Initials:

17

   b.  Where was the interpretation given?

        ☐ Inside the booth (or while voter is voting)

        ☐ Outside the booth (or before the voter began to vote)

        If *outside* the booth, specify where: _____
        If interpretation of the ballot was given in the minority language *outside* of the voting
        booth (or before the voter began to vote), generally how much time elapsed between the
        completion of the interpretation and the time the voter entered the booth (or began to
        vote)? _____

---

F.  Delays in Voting

   1.  What was the average number of voters waiting in line to vote during the day? *none*

   2.  What was the average length of time voters had to wait to vote? _____ *none* _____

   3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

        ☐ Yes    ☒ No      If so, provide the following information:

        a.  The time the line formed _____ and the number of voters in line _____

        b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to
            enter a voting booth, etc.):

        c.  What action, if any, did poll officials take to alleviate the delay?

---

G.  Challenged, Affidavit, or Provisional Ballots

| ☐ Not applicable to this coverage |
| --- |

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged,
Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to
be generalized in response to the following questions:*

   1.  Were challenged, affidavit, or other provisional-type ballots used?

        ☐ Yes        ☐ No      ☒ Not Observed

Initials:

18

On what basis did the poll worker give the provisional ballot(s)?

What language(s) were the ballots in? _____

2. What voting system is used for provisional ballots?

   ☐ DRE?   ☐ Lever?   ☐ Optical Scan Card?   ☐ Punch Card?   ☑ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☐ Yes     ☐ No
   What languages were the form/envelope in? _____

4. According to poll workers, under what circumstances are these provisional ballots used?

   ① To permit voters to vote when name is not
   included on register.
   ② Diana Selcott (B) also explains the vote
   is not counted and should be placed in
   a different envelope.
   None provisional ballots observed.

5. Did the poll worker provide written information to the provisional voter?

   ☐ Yes   ☑ No
   In what language(s)? _____
   What did the document say?

6. Did the document include information on how a voter can determine if his or her
   provisional ballot has been counted?   ☐ Yes   ☒ No

7. Were these provisional ballots kept separate from other ballots?

   ☐ Yes       ☐ No       ☐ Not Observed

8. Were these provisional ballots counted at the polls?

   ☐ Yes       ☐ No       ☐ Not Observed

**Initials:**

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? Poll was "mary selcott is the wardin" said of in doubt or the voters do not speak english good enough

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?   ☐ Yes   ☒ No
   If so, what were they taught in that training?

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?
   ☒ Yes   ☐ No   If so, describe.
   Voter need to present ID because can be First time voter or other manner. "ID was Flagged on the Book List"

4. Did you observe any voters being asked for identification? ☒ Yes   ☐ No
   On what grounds were they asked?  Warden marys selcott ask the voter Do you have any picture ID? the voter present his ID and go to voting booth
   What form(s) of ID were the poll workers willing to accept?  If voter have No picture ID, then voter have to have any Bill to prooved name and address.

   If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot?   ☒ Yes   ☐ No
   Please describe what occurred.
   fill out registration and vote as provisional ballot

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:

20

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on **how to translate the contents of the ballot or how to provide** *(Info provided by Zenaida Gonzalez, Inspector)*

   **procedural instructions in the minority language**?                  ☐ Yes    ☑ No

   Did they receive notice that such a training session was scheduled?  ☐ Yes    ☑ No
   Explain.

   *If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".*

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training *specifically on how to translate the ballot or how to provide procedural instructions in the minority language*, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. *Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.*   *NO*

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. Was part or all of the training conducted in the minority language?  ☐ Yes    ☐ No
4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)?  ☐ Yes    ☐ No    If so, specify: _____
5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes    ☐ No
   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes    ☐ No

   Did they find the audio-visual aid(s) helpful?  ☐ Yes    ☐ No
   Describe any comments about the audio-visual aid(s).

Initials:

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

When Federal Observers arrived, polling workers greeted us and ask who we are. We identified ourselves and shortly , M. Selcott (Waldin) (B) introduces herself and all others officers in the room. Ms. Waldin is in control of the voting place and if some question arise she is the one who provides answers.

B. Provide information on the presence of any law enforcement officials and any of their activities you observed.

One police officer, woman, black named Marie Melia. another Police officer substituted her after 4:00 pm.

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

none observed

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

none observed

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

none observed

Initials:

22

☐ None Observed
☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET     WD/AD/ED, if applicable: _____

| PERSONS PERMITTED TO VOTE | | | | |
|---|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | Totals | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Subtotal | | |
| | | Grand Total (if last page of tally sheet) | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

23

☑ None Observed
☐ Not applicable to this coverage

# CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | |
| | | | | Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

**Initials:**

☑ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | |
| | | | | Grand Total (if last page of tally sheet) | | | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

25

☐ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name Did not get it | Race B-F | Time 3:40 | Name . | Race | Time |
|---|---|---|---|---|---|
| **Address** NO available | | | **Address** | | |
| **Federal Certificate of Eligibility Number, if any** | | | **Federal Certificate of Eligibility Number, if any** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Official Not Permitting Vote** Mary Selcott (wardin) | | **Race** B | **Name/Title of Official Not Permitting Vote** | | **Race** |
| **Reason for Not Permitting Vote** Voter was in the wrong ~~(did she go)~~ election center. The wardin call Election Main Center (city Election Department) to check where the voter has to go. Voter expressed she will go to vote where indicated. | | | **Reason for Not Permitting Vote** | | |
| **Specify what the official did or suggested that the voter do in order to vote.** After check with City Election Department, she (wardin) talked and gave instructions to voter to go to the ~~correct~~ other election center wardin provide address to voter. | | | **Specify what the official did or suggested that the voter do in order to vote.** | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** | | | **Reason Voter Believes He/She Should Be Permitted to Vote** | | |
| **Information obtained from:** ☑ Observation ☐ Questioning Voter | | | **Information obtained from:** ☐ Observation ☐ Questioning Voter | | |

Initials

26____

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: _____ Race: _____ Begin Time: _____ End Time: _____

Interpreter or
Election Official: _____ Observer: _____

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

**Did the election official providing assistance perform any of the actions listed in the table below for the voter?**
*NOTE: If the answer is not 100% "YES", mark "NO"*

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | | |
| Ask voter for choice of assistor | | | | |
| Permit the voter's choice of assistor | | | | |
| Name each candidate on the ballot | | | | |
| Name the political parties for each candidate on the ballot | | | | |
| Name each office on the ballot | | | | |
| Explain each proposition on the ballot | | | | |
| Explain when the voter can vote for more than one candidate for an office | | | | |
| Allow the voter to mark the ballot | | | | |
| Mark the ballot contrary to the voter's wishes | | | | |
| Attempt to rush the voter through the ballot | | | | |
| Explain write-in procedures | | | | |

<u>Explanation:</u>

Initials:

☐ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|--------|------------------------------------------------------------------|
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |

Initials:

□ None Observed
□ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Initials: 

☑ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)   WD/AD/ED, if applicable: _____

Interpreter/Official: _____  Observer: _____

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

30

☑ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| **Address** | | | **Address** | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | Race | | **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | Race | |
| **Reason** | | | **Reason** | | |
| **Voter's Response** | | | **Voter's Response** | | |

**Information obtained from:**

☐ Observation

☐ Questioning Voter

**Information obtained from:**

☐ Observation

☐ Questioning Voter

1. **Did the election official check with voter registration officials?** ☐ Yes ☐ No

2. **Was the voter advised to check with the voter registration officials?** ☐ Yes ☐ No

3. **Did the election officials tell the voter he/she was registered elsewhere?**

    ☐ Yes ☐ No    If so, where?

4. **Was the ballot kept separate from the unchallenged ballots?** ☐ Yes ☐ No

---

1. **Did the election official check with voter registration officials?** ☐ Yes ☐ No

2. **Was the voter advised to check with the voter registration officials?** ☐ Yes ☐ No

3. **Did the election officials tell the voter he/she was registered elsewhere?**

    ☐ Yes ☐ No    If so, where?

4. **Was the ballot kept separate from the unchallenged ballots?** ☐ Yes ☐ No

Initials:

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? *observers left polling side at 7:51pm*

☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes    ☐ No    *none observed*

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote? *none observed*

   ☐ Yes    ☐ No

   If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4. If *paper ballots* were used and counted at the polls:
   a. Were additional workers used to assist in the count?    ☐ Yes    ☐ No

   ☐ Not applicable to this election

      If so, were these persons administered an oath?    ☐ Yes    ☐ No

   b. Was the table cleared before the ballot box was emptied?    ☐ Yes    ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?    ☐ Yes    ☐ No

      If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

      If so, who? _____

   g. Was each ballot read as marked?    ☐ Yes    ☐ No
      If not, how many were not properly read? _____
      How were they misread?

Initials:

h.  What was done with the ballots after they were read?

*none observed*

i.  How many paper ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

33

j. How many paper ballots were partially rejected? _____ Provide complete information below: *none observed*

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

34

k. Tallying of Ballots
   1. Names of officials who kept each tally (it may be that only one tally sheet is kept). If more than one person kept the single tally sheet, note the period of time each person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l. Were the poll watchers and all other interested persons allowed the opportunity to view the counting process?   ☐ Yes   ☐ No   If not, explain.

m. List the items placed in the ballot box.

n. List the items not placed in the ballot box and indicate where they were placed.

o. What time did the ballot box leave the polling place? _____

   Who took it? _____

   Was it locked?   ☐ Yes   ☐ No   Was it sealed?   ☐ Yes   ☐ No

p. What time did the Observer Team leave the polling place? _____ Did an Observer accompany the ballot box?   ☐ Yes   ☐ No

5. If **DRE** or lever/**voting machines** were used:

     ☐ Not applicable to this election

   a. Were the machines locked and sealed against further voting?   ☐ Yes   ☐ No

     If so, by whom? _____

   b. Who read the count from the machine? _____

Initials:

35

c. Was the count verified by another official?    ☐ Yes    ☐ No    If so, by whom?

_____

d. Was it read correctly?    ☐ Yes    ☐ No
e. Who recorded the vote on the official return sheets? _____
f. Was the vote recorded accurately?    ☐ Yes    ☐ No
g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h. Was the vote announced by the poll officials?    ☐ Yes    ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?    ☐ Yes    ☐ No
j. Were the absentee votes counted and tabulated with the votes shown on the machines?
   ☐ Yes    ☐ No
k. Was the statement of results signed and certified by the poll officials?
   ☐ Yes    ☐ No
l. Was the statement delivered to the election officials?    ☐ Yes    ☐ No

   By whom? _____
m. As soon as the count was completed and the results announced, was the counter compartment locked?    ☐ Yes    ☐ No    By whom? _____
n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.



o. What time did the Observer Team leave the polling place? _____

Initials:

36

6. If **punch cards or optical scan cards** were used:

   a. Was a duplicate report of the number of persons

      voting prepared? ☐ Yes ☐ No

   | ☐ Not applicable to this election |
   |---|

   By whom? _____

   b. What was done with the election supplies such as ballot stubs, etc.?

   c. Was the ballot box sealed? ☐ Yes ☐ No   By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

      Did an observer accompany the ballot box? ☐ Yes ☐ No

   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots

   a. Were the absentee ballots opened and stacked?

   | ☐ Not applicable to this election |
   |---|

      ☐ Yes ☐ No

      By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader? ☐ Yes ☐ No

      If so, who? _____

   d. Was each ballot read as marked? ☐ Yes ☐ No   If not, how many were not

      properly read? _____   How were they misread?

   e. What was done with the ballots after they were read?

Initials:

37

f. How many absentee ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
|  | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots
      opened and stacked?

      ☐ Yes    ☐ No   By whom?

      _____

   b. Who read the ballots?  _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes      ☐ No

      If so, who? _____

   d. Was each ballot read as marked?   ☐ Yes      ☐ No      If not, how many were
      not properly read? _____      How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected?
      _____

      Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

☐ Not applicable to this election

Initials

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
   Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

   a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |

b.  Provide any additional comments regarding activities while the votes were being counted.

**Initials:**

41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE  WD/AD/ED, if applicable: ___

| Name | Race | | Name | Race |
|------|------|------|------|------|
| 1 | | 28 | | |
| 2 | | 29 | | |
| 3 | | 30 | | |
| 4 | | 31 | | |
| 5 | | 32 | | |
| 6 | | 33 | | |
| 7 | | 34 | | |
| 8 | | 35 | | |
| 9 | | 36 | | |
| 10 | | 37 | | |
| 11 | | 38 | | |
| 12 | | 39 | | |
| 13 | | 40 | | |
| 14 | | 41 | | |
| 15 | | 42 | | |
| 16 | | 43 | | |
| 17 | | 44 | | |
| 18 | | 45 | | |
| 19 | | 46 | | |
| 20 | | 47 | | |
| 21 | | 48 | | |
| 22 | | 49 | | |
| 23 | | 50 | | |
| 24 | | 51 | | |
| 25 | | 52 | | |
| 26 | | 53 | | |
| 27 | | 54 | | |
| Subtotals By Race | | | Subtotals By Race | | |

Initials:

42



United States
# Office of
# Personnel Management

Voting Rights Program Office
PO Box 25167
Denver, CO 80225-0167

In Reply Refer to:    Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC 20530

RE: Election of _Sep 25, 2007_
(Date)

_Massachusetts_
(State)

_Suffolk_
(County)

_Boston_
(Municipality)

_Vocational Advancement Ctr._
(Name of Polling Place)

_12_
(Precinct #)

_W22 - Prec 12_
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above. Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

The Time Observers:

Arrived at Polls _6:33 AM_

Departed Polls _1:25 pm_

Instructions to Observers: Complete this report in BLACK INK *ONLY*. Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.

Respectfully yours,

Observer(s):

Print _Valentine Castaneda_
(Name)

Sign _____

Print _Holly Chou_
(Name)

Sign _Holly Chou_

Print _Michael Tran_
(Name)

Sign _____

# 1.    VOTING STATISTICS

| A. Number of Persons Attempting to Vote at the Polls | Total | ~~Indian~~ Chinese | Hispanic | ~~Asian~~ Vietnamese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1. Persons voting unchallenged (See Chart A, page 23) | | | N / A | | | | |
| 2. Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3. Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL of 1, 2, and 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| B. Number of Persons Receiving Any Language Assistance. Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | ~~Indian~~ Chinese | Spanish | ~~Asian~~ Vietnamese | Other |
|---|---|---|---|---|---|
| | 1 | 0 | 1 | 0 | 0 |
| **Section 1B is Not Applicable to this Coverage** ☐ | | | | | |

| C. Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 1 | Mary Coady | None | 0 |
| **Section 1C is Not Applicable to this Coverage** ☐ | | | | |

| D. Number of Persons Receiving Any Assistance OTHER than Language Assistance (See Chart A2, page 25) | Total | ~~Indian~~ Chinese | Hispanic | ~~Asian~~ Vietnamese | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 1 or 2 | 0 | 0 | 0 | 0 | 1 or 2 | 0 |
| **Section 1D is Not Applicable to this Coverage** ☐ | | | | | | | |

| E. Absentee Ballots | Total |
|---|---|
| 1. Unchallenged | N / A |
| 2. Challenged | |
| **Section 1E is Not Applicable to this Coverage** ☐ | |

Initials:

VR

AC

MT

2

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1.  Ballots accepted | |
| 2.  Ballots partially rejected | |
| 3.  Ballots totally rejected | |
| 4.  Spoiled ballots | |
| 5.  Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |

Section 1F is Not Applicable to this Election  ☐

**G.  If *voting machines* are used:**
1. List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Section 1G (including Question 2 below) is Not Applicable to this Election  ☐

2. Did the seal numbers on each machine match the number of the seal on the envelope containing the keys to the machine?          ☐ Yes          ☐ No
If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**
    Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Section 1H is Not Applicable to this Election  ☐

Initials:

3

## 2.    DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items*:
1.    Location of voting machines or booths
2.    Location of tables for election officials
3.    Location of any officially-designated interpreters
4.    Location of voting instruction signs or cards
5.    Location of sample ballots, if any
6.    Location of telephone, if any
7.    Location of Federal observers

VB = Voting Booth



Checkout table
Officer    Inspector

Accu Vote

Ballot Box

Accu Vote machine

Inspector

Inspector

Check-in table

VB  VB  VB  VB

VB  VB
Handicap Voting Booth (VB)

= federal observer

Poll Watchers

ENTRANCE

Clerk

Words, Precinct Sign In Vietnamese and Spanish

Notice to Voters Sign in Chinese, Vietnamese and Spanish Russian, Haitian Creole Cape Verden

– Instructions to Voters
– Voters Bill of Rights
– Fraud and Misinterpretation laws In Spanish only

Instructions for Marking Ballot In Spanish, Chinese and Vietnamese, Russian, Haitian Creole, Cape Verdean

ENTRANCE

Initials:

Vote Here Sign In Chinese & Vietnamese

Specimen Ballot Sign In Chinese, Spanish, and Vietnamese

4

Attention Voters Sign In Vietnamese and Chinese

MT

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a.  Setting campaigning limits? | ☑Yes ☐No | | ☐Yes ☐No | | ☐Yes ☐No |
| b.  Directing voters to the polling place (e.g., "vote here")? | ☑Yes ☐No | Entrance door | ☑Yes ☐No | C / V / E | ☐Yes ☐No |
| c.  Stating assistance is available to voters? | ☑Yes ☐No | Entrance walls | ☐Yes ☐No | C/V/E/S/R | ☐Yes ☐No |
| d.  Indicating Election date? | ☑Yes ☐No | Entrance walls | ☑Yes ☐No | C/V/E/S | ☐Yes ☐No |
| e.  Indicating Election hours? | ☑Yes ☐No | Entrance door | ☑Yes ☐No | C/V/E/S | ☐Yes ☐No |
| f.  Sample ballot? | ☑Yes ☐No | Entrance walls | ☑Yes ☐No | C/V/E/S/R | ☐Yes ☐No |
| g.  Instructions for casting a regular ballot? | ☑Yes ☐No | Entrance walls | ☑Yes ☐No | C/V/E/S | ☐Yes ☐No |
| h.  Instructions for casting a provisional ballot? | ☑Yes ☐No | Entrance walls | ☑Yes ☐No | C/V/E/S | ☐Yes ☐No |
| i.  Instructions for mail registrants and first time voters? | ☑Yes ☐No | Entrance walls | ☑Yes ☐No | C/V/E/S | ☐Yes ☐No |
| j.  Information on who to contact if voters have problems? | ☑Yes ☐No | Entrance walls | ☑Yes ☐No | C/V/E/S | ☐Yes ☐No |
| k.  General voting rights information? | ☑Yes ☐No | Entrance walls | ☑Yes ☐No | E/S | ☐Yes ☐No |
| l.  Right to cast a provisional ballot? | ☑Yes ☐No | C/V/E/S Entrance walls | ☑Yes ☐No | C/V/E/S | ☐Yes ☐No |
| m. Laws on voting fraud and misrepresentation? | ☑Yes ☐No | Entrance walls | ☑Yes ☐No | E/S | ☐Yes ☐No |

N/A

2.  If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

NONE Observed

NOTE:
S = Spanish
C = Chinese
V = Vietnamese
E = English

Initials:

Ve
JC
MT

5

C.    Phones
    1.    Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?    ☐ Yes    ☒ No

    If so, indicate the type of telephone (e.g., private line, pay phone, etc.):
    _____N/A_____

    Provide the telephone number:    _____N/A_____

    If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

    NOT Observed

    2.    If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used __mobile phone__ and under what circumstances the officials used this phone.

NONE of these Numbers was fed while fed observers were on polling site

617-635-2358   need interpreter
617-635-2212   scanner problem
617-635-3767   Voter info

617-635-4491
617-635-3830  } poll worker issues
617-635-3972

## 3. ELECTION OFFICIALS

A.  List each polling official on duty.  *Do NOT include special interpreters.*

WD/AD/ED, if applicable:  WD/Prec. 22/12

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| Bob Jolly | white | Warden | English |
| Ann Kineary | white | Clerk | English |
| Donna Brown | white | Inspector | English |
| Mary Coady | white | Inspector | English |
| Eileen Sawyer | white | Inspector | English |
| | | | |
| | | | |
| | | | |
| | | | |

Initials:



6

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable: _____

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| NOTE: Federal Observer departed site at about 1:10 pm; None of officials was absent from polling site. | | | | | | | | |

B.    If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below. w /Prec.

If "none", check here: ☒    WD/AD/ED, if applicable: 22 / 12

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?    ☒ Yes    ☐ No

If so, who? __Warden Paul Bob Jolly__

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?    ☐ Yes    ☒ No

If so, who? ___N/A___

Initials:
VR
HE
MT

7

## D. MASTER BOARD WORKER NOTES

☐ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials:

8

E. *Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.*

1. Were there interpreters assigned to this polling place?  ☐ Yes  ☒ No
   *If "no", skip the remaining questions on this page and proceed to Section 4.*

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
|  |  |  |  |  |
| NONE | ON | SiTe |  |  |
|  |  |  |  |  |

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable: _____

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
| N/A |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☒

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
|  |  |
| N/A |  |
|  |  |
|  |  |

Initials:

MT

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                    WD/AD/ED, if applicable: W22 - Prec. 12

1. What time did the election officials arrive at the polling place?  6:10 AM
   Indicate how this information was obtained:

   ☐ Observation        ☑ Questioning election officials

2. Were the election officials given an oath of office?        ☐ Yes    ☑ No

   If so, by whom? Warden stated that, "We were given an OATH
   Indicate how this information was obtained:        of office at the training,
   ☐ Observation        ☑ Questioning election officials (may b) and that's good for the
                                                        whole Year."

3. List the items such as envelopes, forms, notices, cards, sample ballots, challenged/affidavit/provisional ballots, etc. that were provided to the polling site. **Do not include signs identified on page 5.** Identify any items printed in a language other than English and specify the additional language(s).

   - Warden's streets Book (E) — Election Officers handbook (E)
   - Boston's official record (E)   Accu Voting procedures
     of the precinct — Absent voter ballot (E/S/V/C)
   (check-in) List of the precinct — List of registered voters (check out copy)
   - List of Registered voters (City of Boston) (E)
   - Accu-Vote Ender Card (E) — Ballots in Chinese
   - Ballot Secrecy Sleeve (E/S)

4. If observed, describe any other activities regarding the preparation of the polling place prior to the opening of the polls.

   None observed; poll workers were
   already on site.

   NOTe:
   S = Spanish
   E = English
   V = Vietnamese
   C = Chinese
   Initials:

   AC
   MT

10

B. Poll Watchers                                   WD/AD/ED, if applicable: _W / Prec._ _22 / 2_

   1.  Were any poll watchers present?         ☒ Yes      ☐ No

   2.  If so, obtain the following information.  *If not, skip the remaining questions and proceed to part C below.*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| NAthAN Spencer | White | Democrat |
| Rose Felzani | White | Democrate |
| SheilA LAWN | White | Democrats |
| Cyrus Maclelland | White | Democrat |

   3.  Did the election officials require the poll watchers to present any type of authorization?

   ☒ Yes   ☐ No   If so, what?  _Election Department letter_

     If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

     NONe observed

   4.  Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?                      ☒ Yes      ☐ No

     Explain any activities poll watchers were not permitted to observe.

---

~~C.~~  While the Polls Were Open              WD/AD/ED, if applicable: _W / Prec._ _22 / 2_

   1.  What time did the polls open?  _7 AM_

     Indicate how this information was obtained:

     ☒ Observation      ☐ Questioning election officials

   ~~2.~~  Were the names of the absentee voters marked on the poll list?  ☐ Yes      ☐ No

   ~~3.~~  Were the absentee ballots delivered to the polls?  ☐ Yes      ☐ No

     If so, by whom? _____

     *If "no", proceed to question 5 of this section.*

   ~~4.~~  Were the absentee ballots counted at the polls?

     ☐ Yes      ☐ No      ☐ Not Observed

Initials:

   WE
   JC
   MT

11

5. What voting system(s) for regular ballots was used in the polling place?

   a. Direct recording electronic machines (DRE)?      ☐ Yes    ☐ No
      If yes, was the machine set to zero before voting began?

      ☐ Yes   ☐ No    ☐ Not Observed

      Was there an activator card (a device that the voter inserts into the machine to begin

      voting) given to the voter?      ☐ Yes  ☐ No

      If yes, who programmed the activator card? _____

   b. Lever machines?      ☐ Yes    ☐ No
      If yes, were the keys delivered in a sealed envelope on the outside of which was
      written the machine number and the protective counter number?

      ☐ Yes   ☐ No    ☐ Not Observed

      Did the public counter register zero before voting began?

      ☐ Yes   ☐ No    ☐ Not Observed

      If not, what number did the counter show? _____

      Was the machine locked before voting began?

      ☐ Yes   ☐ No    ☐ Not Observed

   c. Punch cards?      ☐ Yes    ☐ No
      If yes, where were voted ballots deposited by the voter?

      ☐ Ballot box

      ☐ Scanner

      ☐ Poll Official

      ☐ Other (explain)

      If there was a scanner:

      Did it reject any ballots voters inserted? ☐ Yes ☐ No   ☐ Not Observed

      Was it set to zero before voting began? ☐ Yes ☐ No   ☐ Not Observed

      Were privacy sleeves used to keep ballot choices secret?

      ☐ Yes   ☐ No    ☐ Not Observed

Initials:
R
FC
MT

12

d. Optical scan cards ?  ☑ Yes  ☐ No

If yes, where were voted ballots deposited by the voter?

☐ Ballot box

☑ Scanner

☐ Poll Official

☐ Other (explain)

If there was a scanner:

*None while Feb. Observers were on site.*

Did it reject any ballots voters inserted?  ☐ Yes  ☑ No  ☐ Not Observed

Was it set to zero before voting began?  ☑ Yes  ☐ No  ☐ Not Observed

Were privacy sleeves used to keep the ballot choices secret?

☐ Yes  ☑ No  ☐ Not Observed

e. Paper ballots?  ☐ Yes  ☐ No

If yes, was the ballot box emptied?  ☐ Yes  ☐ No

Were the blank ballots counted/numbered?

☐ Yes  ☐ No  ☐ Not Observed

How many ballots were provided to the polling place?  _____

Was the ballot box locked prior to the start of voting?

☐ Yes  ☐ No  ☐ Not Observed

Where were voted ballots deposited by the voter?

☐ Ballot box

☐ Scanner

☐ Poll Official

☐ Other (explain)

Initials:

13

6. If **DRE** or lever *voting machines* were used:

☐ Not applicable to this election

a. Did the voter receive any form from the poll official indicating he/she was permitted to vote? If so, from whom? _____

☐ Yes ☐ No

b. Was there any time limitation imposed on voters? If so, how long? _____

☐ Yes ☐ No

c. Did any voter attempt to use a marked sample ballot?

☐ Yes ☐ No

If so, was the voter allowed to do so? If not, who prevented its usage? _____

☐ Yes ☐ No

7. If *paper ballots, punch cards, or optical scan cards* were used:

☐ Not applicable to this election

a. From whom did the voter receive the ballot? Poll Worker at check-in table

b. Where did the voter go to mark the ballot? Vast Majority of Voters were asked if they wanted to use New machine; and they agreed to use it.    see #7a

c. Was any time limitation imposed on voters? If so, how long? __N/A__

☐ Yes ☒ No

d. Did any voter attempt to use a marked sample ballot?

☐ Yes ☒ No

If so, was the voter allowed to do so? If not, who prevented its usage? ___N/A___

☐ Yes ☐ No

e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

☐ Yes ☐ No

NOT Observed

D. Determining a Person's Eligibility to Vote

*Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the following questions:*

1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the polling place or at the check-in table to determine the voter's registration status.

(Ann Kincary) Poll worker consulted the "City of Boston List of Registered Voters" (Check-in list), located at the check-in table; once name of voter was verified, poll worker asked voter to collect ballot from another poll worker next to her, at the check-in table.

Initials:
VR
FC
MT
(Eileen Sawyer)

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☐ Yes    ☐ No         Explain.

NoT observed

3. If a person was registered in another precinct, what instruction, if any, was the voter given?

NoT observed

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?

NoT observed

5. Were any officials available at or near the polling place to register persons to vote?
☐ Yes    ☑ No
If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
| N/A  |       |          |
|      |       |          |
|      |       |          |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections? ☐ Yes    ☐ No         Explain.

N/A

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

NONE observed

Initials:
VR
AC
MT

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place.

   N/A

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?

      NOT observed

   b. Were there any minority voters who were unable to sign their names?
      ☐ Yes    ☑ No
      If so, were they offered assistance in the minority language in casting their ballots?

      ☐ Yes    ☐ No        If not, explain.

      N/A

Initials:

VR
JC
MT

16

c. Did any voter who requested minority language assistance fail to receive such assistance?　　　☐ Yes　　☑ No　　　If so, explain the circumstances.

3. a. Did any poll official or interpreters provide instruction *in a minority language* on how to cast the ballot (e.g., how to use the machine, how to mark or punch the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes may be cast for a given office, etc.)?　☐ Yes　☑ No

*If so, prepare one C4 Chart (page 30) for each official who gave such instructions and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the instructions. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the instructions given in the minority language. Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the instructions given by the official varied during the day, describe when it varied and how it varied for that official.*

b. Where was the instruction given?

☐ Inside the booth (or while voter is voting)

☐ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _____N/A_____

If instruction was given in the minority language on how to cast a ballot and was done so *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the instruction and the time the voter entered the booth (or began to vote)? _____N/A_____

4. a. Was an interpretation of the ballot provided in the minority language to voters?

☐ Yes　☑ No

*If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for each official who gave such interpretation and one C1 Chart (page 27) for each voter assisted by that official during the time the Observer is recording the interpretation of the ballot. Observe as many instances of assistance by that official as necessary to accurately and completely record in English the interpretation given in the minority language (typically, at least 5 instances, if possible). Enclose in quotation marks (" words") all words, if any, spoken in English by the official. Include in the "Explanation" part of the C1 Chart any additional information. As an example, if the interpretation given by the official varied during the day, describe when it varied and how it varied for that official.*

Initials:

JC

MT

17

   b.  Where was the interpretation given?

     ☐ Inside the booth (or while voter is voting)     *NOT observed*

     ☐ Outside the booth (or before the voter began to vote)

     If *outside* the booth, specify where: _____*N/A*_____

     If interpretation of the ballot was given in the minority language *outside* of the voting booth (or before the voter began to vote), generally how much time elapsed between the completion of the interpretation and the time the voter entered the booth (or began to vote)? _____*N/A*_____

## F. Delays in Voting

1. What was the average number of voters waiting in line to vote during the day?   *1*

2. What was the average length of time voters had to wait to vote?  *1-2 minutes*

3. Was there any time during the day when voters had to wait more than 15 minutes to vote?

     ☐ Yes   ☑ No   If so, provide the following information:

     a.  The time the line formed  *N/A*  and the number of voters in line  *N/A*

     b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to enter a voting booth, etc.):

          *N/A*

     c.  What action, if any, did poll officials take to alleviate the delay?

          *N/A*

## G. Challenged, Affidavit, or Provisional Ballots

          | ☐ Not applicable to this coverage |

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged, Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to be generalized in response to the following questions:*

1. Were challenged, affidavit, or other provisional-type ballots used?

     ☐ Yes   ☐ No   ☑ Not Observed

Initials:

18

On what basis did the poll worker give the provisional ballot(s)?

NOT Observed

What language(s) were the ballots in?   N/A

2. What voting system is used for provisional ballots?   N/A

   ☐ DRE?   ☐ Lever?   ☐ Optical Scan Card?   ☐ Punch Card?   ☐ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☐ Yes   ☐ No
   What languages were the form/envelope in?   N/A

4. According to poll workers, under what circumstances are these provisional ballots used?

   If voters aren't on they register list, then poll workers contact city Hall (voters) and ask them (City Hall) to check; If voter's name shows on City Hall's record, then poll workers use a Provisional ballot.

5. Did the poll worker provide written information to the provisional voter?

   ☐ Yes   ☐ No
   In what language(s)?   NOT Observed
   What did the document say?

   N/A

6. Did the document include information on how a voter can determine if his or her provisional ballot has been counted? ☐ Yes   ☐ No   N/A

7. Were these provisional ballots kept separate from other ballots?
   ☐ Yes   ☐ No   ☑ Not Observed

8. Were these provisional ballots counted at the polls?
   ☐ Yes   ☐ No   ☑ Not Observed

Initials:

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? *If voters are "flagged" on the list of Registered voters*

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements? ☑ Yes ☐ No *(MAY 07)*
   If so, what were they taught in that training? *Poll workers They were trained how to "spot" Flagged voters for ID requirements.*
   ~~New poll workers get comprehensive training~~ *No*
   ~~experienced poll workers get more "targeted" training~~

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?
   ☑ Yes ☐ No    If so, describe. *They are "flagged" on the "List of Registered voters."*

4. Did you observe any voters being asked for identification? ☐ Yes ☑ No
   On what grounds were they asked?

   What form(s) of ID were the poll workers willing to accept? *"Anything with a name and an address" was the answer provided by Poll worker Donna Brown.*
   If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot? *Not observed* ☐ Yes ☐ No
   Please describe what occurred. *but Inspector Donna Brown indicated*

I. Training of Interpreters or Bilingual Poll Officials *that provisional ballot would be OK.*

   ☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

Initials:

20

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on *__how to translate the contents of the ballot or how to provide__*

   *__procedural instructions in the minority language__*?  ☐ Yes  ☑ No

   Did they receive notice that such a training session was scheduled? ☐ Yes  ☐ No
   Explain.                    N/A

   **If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".**

2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training *specifically on how to translate the ballot or how to provide procedural instructions in the minority language*, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. *Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.*

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  | N/A |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. Was part or all of the training conducted in the minority language? ☐ Yes  ☐ No  N/A

4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)? ☐ Yes  ☐ No  If so, specify: ___N/A___

5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

   ☐ Yes  ☐ No    N/A

   If so, did each of the interpreters use the audio-visual aid(s) after the training session?

   ☐ Yes  ☐ No    N/A

   Did they find the audio-visual aid(s) helpful? ☐ Yes  ☐ No
   Describe any comments about the audio-visual aid(s).

                    N/A

**Initials:**
VO
JPC
MT

21

6. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

N/A

## 5. GENERAL

A. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

Federal observers interviewed polling officials to collect the necessary data/information to complete report.

B. Provide information on the presence of any law enforcement officials and any of their activities you observed.

There was a police officer at the polling site; he was assisting to check people off the list, once they'd voted.

C. Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed. Identify media names and/or call letters.

None Observed

D. Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

Not Observed

E. Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

See 22 c,d,e

Initials:
VR
FC
MT

22

7:30 am   Inspector Mary Coady gave her husband's who's (sick) absentee ballot (sealed) to Warden Bob. Warden called City Hall, was told the absentee ballot must bring to the City Hall, City Hall will deliver to the voting site (ward 22/precint 12). Warden told City Hall that inspector Mary works at the (W 22/P 12) all day. Warden gave the absentee ballot back to inspector Mary and advise the above. Police officer Joseph Glynn told Warden that the absentee ballot can be dropped in the P.O. mail box. Warden told Mary the police officer said. Mary dropped the absentee ballot in the P.O. mail box, which is located at out side of the voting site.

7:55 am   Lyydia Lowe (cantonese) represents the Chinese progressive Association out reach with a big sign in Chinese "welcome to pick up a bilangual ballot". As I asked, she does not have the bilangual ballot, she will tell the voter that there is bilangual ballot available inside the voting place. She will stay for couple hours in the morning, there is some one in the afternoon will stay also couple hours.

Initials:

22 _a_

Warren Bob said, no bilangual interpreters provided. He will call City Hall if bilangual voters need assistance. The bilangual assistance will be provided through the telephone.

Federal Observer, Val Castaneda, observed that Poll workers at the check-in table were asking to most voters if they, "want to use the new machine." Many voters (most of them) agreed to use the new machine -- ES&S Auto Mark.

Poll worker, Mary Coady, indicated to Federal Observer that, "This machine is actually for disabled people, but we use it because it helps people with their voting."

Here are the observations in sequencial order:

1) When a voter approached the check-in table, poll worker, Ann Kineary, verified voter's name & address and then would ask voter to obtain ballot from poll worker Eileen    .

2) After voter received ballot, poll worker, Mary Coady, would ask voter if she/he would like to use the new machine. Most voters (voter) agreed to use the ES&S- AutoMark.

Initials:

MT

22 c

3) Mary Coady, then proceeded to walk with voter to the Auto-Mark and explain to voters, step by step the procedures for voters to use the Auto-Mark.

4) Once voter had marked ballot with Auto-Mark, Mary Coady, directed voter to the check-out table where voters would be checked-off and then, voters proceed to insert their marked ballots into the Accu-Vote Scanner.

5) On many instances, Federal Observer, witnessed poll worker, Mary Coady (Inspector), staring at voters voting choices, while voters cast their ballots- marked their ballots on the Auto-Mark.

6) Federal observer witnessed Warden Paul Bob Jolly, noticing that May Coady (Inspector) was remaining next to voters while voters mark their ballots via Auto-Mark.

Initials:

MT

22 d

Note: Federal observer estimates that Inspector Coady stared at voters' voting choices, while voters cast their votes, approximately 40 times while Federal observers were at the polling site.

at about 7:04AM, WARDEN ~~Paul~~ Bob Jolly vK, MAde the following statement, which wAs heard and hereby noted by Federal observer VAl Castaneda:

"I wanna test this machine first [Accu-vote]; this machine gives us problems every Year: You Know it; you've been here every year."

Federal observer's note: This comment was made to poll workers MARy CoAdY and Eilleen SAwyer, when a voter Approached the checkin table and MARy CoAdy was ASking voter if he wanted to use the "New machine" Auto-MARk.

Initials:
vK
MT

22

Continuation for  Pg 24

Inspector, Mary Coady, attempted to assist a
Hispanic voter, who did not speak/understand
English. Since Inspector Coady was not bilingual,
her efforts resulted in confusion and for the
voter. Federal observer saw voter hesitating as
to what to do when Inspector Coady motion
to her (voter) with finger. Inspector Coady
Also repeated herself several times (in English)
however the voter was not able to follow
Inspector Coady's directions.

The voter moved her hand around the ballot
as Inspector Coady kept on pointing to
various areas of the ballot, and speaking
in English to voter. After a few minutes,
the voter marked her ballot and completed
the voting process; voter appeared
confused as she exited polling place.

Initials:
HC
MT

22 f

☐ None Observed
☐ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET    WD/AD/ED, if applicable: _____

| | | PERSONS PERMITTED TO VOTE | | |
|---|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | Totals | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Subtotal | | |
| | | Grand Total (if last page of tally sheet) | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

23_____

☐ None Observed
☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters *Chinese* *Vietnamese* | | | | | | |
| | | ~~Indian~~ | Hisp. | ~~Asian~~ | Black | White | Other | |
| 10:20 AM to 11:20 AM | MARY Coady Inspector | | 1 | | | | | 1 |
| | NOTE: See Pg 22 "f" for details. | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | 1 |
| | | | | | Grand Total (if last page of tally sheet) | | | 1 |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)
Initials:
VC
HC
MT

24  VC

☐ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
| | | Number of Voters | | | | | | |
| | | Indian | Hisp. | Asian | Black | White | Other | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | 0 |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | 0 |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | 0 |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | 0 |
| | Family/Friend | | | | | | | |
| | | | | | | | **Subtotal** | |
| | | | | | | | **Grand Total (if last page of tally sheet)** | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:

MT

25

☒ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| **Address** | | | **Address** | | |
| PHONE# | | | PHONE# | | |
| **Federal Certificate of Eligibility Number, if any** | | | **Federal Certificate of Eligibility Number, if any** | | |
| **Language Spoken  *(if other than English)*** | | | **Language Spoken  *(if other than English)*** | | |
| **Name/Title of Official Not Permitting Vote** | Race | | **Name/Title of Official Not Permitting Vote** | Race | |
| **Reason for Not Permitting Vote** | | | **Reason for Not Permitting Vote** | | |
| **Specify what the official did or suggested that the voter do in order to vote.** | | | **Specify what the official did or suggested that the voter do in order to vote.** | | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** | | | **Reason Voter Believes He/She Should Be Permitted to Vote** | | |
| **Information obtained from:** ☐ Observation ☐ Questioning Voter | | | **Information obtained from:** ☐ Observation ☐ Questioning Voter | | |

None observed

Initials:

26

☐ None Observed
☐ Not applicable to this coverage

## CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _22/12_

Voter: _Unable to Capture_ Race: _W_   Begin Time: _10:40_  End Time: _10:43_

Interpreter or Election Official: _Daughter (voter's)_   Observer: _Val Castaneda_

Assistance Occurred: ☑ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _Elderly_

### Did the election official providing assistance perform any of the actions listed in the table below for the voter?

**NOTE: If the answer is not 100% "YES", mark "NO"**

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | | | ✓ | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | ✓ | . | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | NO |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation:

Initials:
_VP_
_FC_
_MT_

27

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████     Race: _H_     Begin Time: _1031_  End Time: _10:35_

Interpreter or Election Official: _Mary Coady_     Observer: _Val Castaneda_

Assistance Occurred:   ☑ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | NO |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | ✓ | | |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | ✓ | | NO |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation:
See 22"P" for further details.

Initials:
VC
HC
MT

27 _a_

☒ None Observed
☒ Not applicable to this coverage

# CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____   Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|--------|------------------------------------------------------------------|
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |

N/A

Initials:

28

☐ None Observed
☒ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Initials:

MT

29_____

☒ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)    WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Not Observed

Initials:
NO
AC
MT

30____

☒ None Observed
☐ Not applicable to this coverage

# CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☐ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| **Address** | | | **Address** | | |
| Phone # | | | Phone # | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |
| **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | Race | | **Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot** | Race | |
| **Reason** | | | **Reason** | | |
| **Voter's Response** | | | **Voter's Response** | | |

Information obtained from:

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials?   ☐ Yes   ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes   ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes   ☐ No   If so, where?

4. Was the ballot kept separate from the unchallenged ballots?   ☐ Yes   ☐ No

Information obtained from:

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials?   ☐ Yes   ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes   ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes   ☐ No   If so, where?

4. Was the ballot kept separate from the unchallenged ballots?   ☐ Yes   ☐ No

Initials:

31

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close? _Not observed_    ☐ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   ☐ Yes     ☐ No      Not observed

   If so, how many? _w/A_

3. Were all persons who were in line when the polls closed permitted to vote?

   ☐ Yes     ☐ No     N/A

   If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots. If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

☐ **The Observer Team was not present for any procedures related to the counting of ballots.**

4. If **paper ballots** were used and counted at the polls:
   a. Were additional workers used to assist in the
      count?    ☐ Yes    ☐ No        ☐ Not applicable to this election

      If so, were these persons administered an oath?    ☐ Yes    ☐ No

   b. Was the table cleared before the ballot box was emptied?    ☐ Yes    ☐ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?    ☐ Yes    ☐ No

      If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?    ☐ Yes    ☐ No

      If so, who? _____

   g. Was each ballot read as marked?    ☐ Yes    ☐ No
      If not, how many were not properly read? _____
      How were they misread?

Initials: _____

32

h.  What was done with the ballots after they were read?

i.  How many paper ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

MT

33

j.  How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|---|---|---|---|---|
| | | | | Reason for Rejection |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

34



k.  Tallying of Ballots
  1. Names of officials who kept each tally (it may be that only one tally sheet is kept).
     If more than one person kept the single tally sheet, note the period of time each
     person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l.  Were the poll watchers and all other interested persons allowed the opportunity to view
    the counting process?  ☐ Yes    ☐ No       If not, explain.

m.  List the items placed in the ballot box.

n.  List the items not placed in the ballot box and indicate where they were placed.

o.  What time did the ballot box leave the polling place? _____

    Who took it?  _____

    Was it locked?  ☐ Yes    ☐ No       Was it sealed?  ☐ Yes    ☐ No
p.  What time did the Observer Team leave the polling place? _____    Did an
    Observer accompany the ballot box?  ☐ Yes    ☐ No

5.  If **DRE** or lever *voting machines* were used:

    ☐ Not applicable to this election

    a. Were the machines locked and sealed against
       further voting?  ☐ Yes    ☐ No

       If so, by whom? _____

    b. Who read the count from the machine?  _____

Initials:

35

c. Was the count verified by another official?   ☐ Yes    ☐ No       If so, by whom?

_____

d. Was it read correctly?                    ☐ Yes    ☐ No
e. Who recorded the vote on the official return sheets? _____

f. Was the vote recorded accurately?         ☐ Yes    ☐ No
g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h. Was the vote announced by the poll officials?   ☐ Yes    ☐ No
i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?                    ☐ Yes    ☐ No
j. Were the absentee votes counted and tabulated with the votes shown on the machines?

   ☐ Yes    ☐ No
k. Was the statement of results signed and certified by the poll officials?

   ☐ Yes    ☐ No
l. Was the statement delivered to the election officials?   ☐ Yes    ☐ No

   By whom? _____
m. As soon as the count was completed and the results announced, was the counter compartment locked?   ☐ Yes    ☐ No    By whom? _____
n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.




o. What time did the Observer Team leave the polling place? _____

_____

6. If **punch cards or optical scan cards** were used:
   a. Was a duplicate report of the number of persons

   ☐ Not applicable to this election

   voting prepared?  ☐ Yes  ☐ No

   By whom? _____
   b. What was done with the election supplies such as ballot stubs, etc.?

   c. Was the ballot box sealed?  ☐ Yes  ☐ No  By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

   Did an observer accompany the ballot box?  ☐ Yes  ☐ No
   e. What time did the Observer Team leave the polling place? _____

7. Absentee Ballots
   a. Were the absentee ballots opened and stacked?

   ☐ Not applicable to this election

   ☐ Yes  ☐ No
   By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?  ☐ Yes  ☐ No

   If so, who? _____

   d. Was each ballot read as marked?  ☐ Yes  ☐ No  If not, how many were not
   properly read? _____  How were they misread?

   e. What was done with the ballots after they were read?

**Initials:**

37

f.  How many absentee ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

g. How many absentee ballots were partially rejected? _____ Provide complete
   information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   □ Yes    □ No    By whom?

   □ Not applicable to this election

   _____

   b. Who read the ballots? _____

   c. Did anyone hand the ballots to the reader?    □ Yes    □ No

   If so, who? _____

   d. Was each ballot read as marked?    □ Yes    □ No    If not, how many were not properly read? _____    How were they misread?

   e. What was done with the ballots after they were read?

   f. How many challenged/affidavit/provisional ballots were totally rejected? _____

   Give reasons below:

   | Reason for Rejection | Candidates Voted For |
   | --- | --- |
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

Initials:

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |
| Name | | | | |
| Office: | | | | |
| Name | | | | |

b. Provide any additional comments regarding activities while the votes were being counted.

Initials:

41

☐ Not applicable to this coverage

**CHART F – NAMES OF PERSONS PERMITTED TO VOTE**  WD/AD/ED, if applicable: ____

| Name | Race | Name | Race |
|---|---|---|---|
| 1 | | 28 | |
| 2 | | 29 | |
| 3 | | 30 | |
| 4 | | 31 | |
| 5 | | 32 | |
| 6 | | 33 | |
| 7 | | 34 | |
| 8 | | 35 | |
| 9 | | 36 | |
| 10 | | 37 | |
| 11 | | 38 | |
| 12 | | 39 | |
| 13 | | 40 | |
| 14 | | 41 | |
| 15 | | 42 | |
| 16 | | 43 | |
| 17 | | 44 | |
| 18 | | 45 | |
| 19 | | 46 | |
| 20 | | 47 | |
| 21 | | 48 | |
| 22 | | 49 | |
| 23 | | 50 | |
| 24 | | 51 | |
| 25 | | 52 | |
| 26 | | 53 | |
| 27 | | 54 | |
| Subtotals By Race | | | | | Subtotals By Race | | | | | |

Initials:



MT



United States
**Office of**
**Personnel Management**

Voting Rights Program Office
PO Box 25167
Denver, CO  80225-0167

In Reply Refer to:          Your Reference:

VR-2006

Attorney General of the United States
Department of Justice
Washington, DC  20530

RE:  Election of _____9/25/07_____
(Date)

_____N/A_____
(State)

_____Suffolk_____
(County)

_____Boston_____
(Municipality)

_William Howard Taft School_
(Name of Polling Place)

_____6, 8, 9_____
(Precinct #)

_____21, 22_____
(Ward Districts/Assembly Districts/
Election Districts –
WD/AD/ED, if applicable)

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as Office of Personnel Management Observers for the election described above.  Enclosed is the report for that election, submitted pursuant to Section 8, which we certify to be an accurate report of our observations.

Respectfully yours,

Observer(s):

The Time Observers:

Arrived at Polls _6:30 AM_

Departed Polls _7:15 PM_

Print _Onlei Jung_
(Name)

Sign _____

Print _JoAny Perez_
(Name)

Sign _____

Instructions to Observers:  Complete this report in **BLACK INK** *ONLY.*  Each team member must sign coversheet and initial all subsequent pages of report, including charts, in lower left corner.

Print _____
(Name)

Sign _____

JP

VT = Vietnamese **1.  VOTING STATISTICS**

| A.  Number of Persons Attempting to Vote at the Polls | Total | ~~Indian~~ CH | Hispanic | ~~Asian~~ VT | Black | White | Other |
|---|---|---|---|---|---|---|---|
| 1.  Persons voting unchallenged (See Chart A, page 23) | | | | | | | |
| 2.  Persons voting challenged, affidavit, or provisional ballot (See Chart D, page 31) | | 0 | 0 | 0 | 0 | 1 | 0 |
| 3.  Persons not permitted to vote or turned away for ANY reason (See Chart B, page 26) | | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL of 1, 2, and 3 | | | | | | 1 | |

| B.  Number of Persons Receiving Any Language Assistance.  Specify Language or Dialect Below Language Heading (e.g., Navajo, Towa, Vietnamese, Mandarin, Cantonese, etc.) (See Chart A1, page 24) | Total | ~~Indian~~ CH | Spanish | ~~Asian~~ VT | Other Russian |
|---|---|---|---|---|---|
| | 8 | 0 | 0 | 0 | 8 |

**Section 1B is Not Applicable to this Coverage** ☐

| C.  Number of Persons Receiving Any Language Assistance from: (See Chart A1, page 24) | Total | Election Officials | Official Interpreters | Other Russian |
|---|---|---|---|---|
| | 8 | | | 8 |

**Section 1C is Not Applicable to this Coverage** ☐

| D.  Number of Persons Receiving Any Assistance *OTHER* than Language Assistance (See Chart A2, page 25) | Total | ~~Indian~~ CH | Hispanic | ~~Asian~~ VT | Black | White | Other |
|---|---|---|---|---|---|---|---|
| | 0 | | | | | | |

**Section 1D is Not Applicable to this Coverage** ☐

| E.  Absentee Ballots | Total |
|---|---|
| 1.  Unchallenged | |
| 2.  Challenged | |

**Section 1E is Not Applicable to this Coverage** ☐

Initials:

2

| F.  If *paper ballots* are used: | Total |
|---|---|
| 1.  Ballots accepted | |
| 2.  Ballots partially rejected | |
| 3.  Ballots totally rejected | |
| 4.  Spoiled ballots | |
| 5.  Unused ballots | |
| Total of 1, 2, 3, 4, and 5 | |

<div align="center">Section 1F is Not Applicable to this Election  ☐</div>

**G.  If *voting machines* are used:**

1.  List the serial numbers of the machines and record the protective counter number for each machine at the opening of the polls and when the polls close, or when the Observer team departs from the polls.

| Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing | Machine | Protective Counter at Poll Opening | Protective Counter at Poll Closing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

<div align="center">Section 1G (including Question 2 below) is Not Applicable to this Election  ☐</div>

2.  Did the seal numbers on each machine match the number of the seal on the envelope

containing the keys to the machine?                    ☐ Yes       ☐ No

If not, record the discrepancy and note the actions, if any, that the election officials took in response to the discrepancy.

**H.  If *electronic vote recorders* or *tabulators* are used:**

Give machine and seal numbers here.

| Machine | Seal | Machine | Seal | Machine | Seal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

<div align="center">Section 1H is Not Applicable to this Election  ☐</div>

Initials:

3

## 2.    DESCRIPTION OF POLLING PLACE

☐ Not applicable to this coverage

A.    *Draw a diagram of the polling place which shows the following items*:
1. Location of voting machines or booths
2. Location of tables for election officials
3. Location of any officially-designated interpreters
4. Location of voting instruction signs or cards
5. Location of sample ballots, if any
6. Location of telephone, if any
7. Location of Federal observers



**Initials:**

4

B.1.  Information found on common election-related signs observed in and around the polling place (This information may be found on one or more posters; determine if any sign, whether individually or in combination with others, covers these items):

| Signs observed: WD/AD/ED, if applicable: | Was sign posted? | Where was sign posted? | Was sign easily visible to voters? | In what language(s) was sign printed? | Was sign interpreted ORALLY in minority language for any voters? |
|---|---|---|---|---|---|
| a.  Setting campaigning limits? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |
| b.  Directing voters to the polling place (e.g., "vote here")? | ☑Yes ☐No | OUTSIDE & INSIDE OF ENTRANCE WAY AND HANDICAPPED ENTRANCE | ☑Yes ☐No | ENGLISH, SPANISH, CHINESE AND VIETNAMESE | ☐Yes ☐No |
| c.  Stating assistance is available to voters? | ☑Yes ☐No | AROUND CHECK-IN TABLE | ☑Yes ☐No | SPANISH, ENGLISH | ☐Yes ☐No |
| d.  Indicating Election date? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |
| e.  Indicating Election hours? | ☑Yes ☐No | OUTSIDE & INSIDE ENTRANCE | ☑Yes ☐No | ENGLISH, SPANISH, CHINESE & VIETNAMESE | ☐Yes ☐No |
| f.  Sample ballot? | ☑Yes ☐No | INSIDE ENTRANCE | ☑Yes ☐No | ENGLISH, SPANISH, CHINESE, VIET, HAITIAN, CAPE VERDEAN | ☐Yes ☐No |
| g.  Instructions for casting a regular ballot? | ☑Yes ☐No | INSIDE ENTRANCE | ☑Yes ☐No | ENGLISH, RUSSIAN, SPANISH, HAITIAN & CHINESE, CAPE VERDEAN | ☐Yes ☐No |
| h.  Instructions for casting a provisional ballot? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |
| i.  Instructions for mail registrants and first time voters? | ☑Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |
| j.  Information on who to contact if voters have problems? | ☑Yes ☐No | INSIDE VOTING AREA | ☑Yes ☐No | ENGLISH, CHINESE, SPANISH, VIETNAMESE, RUSSIAN, HAITIAN & CAPE VERDEAN | ☐Yes ☐No |
| k.  General voting rights information? | ☑Yes ☐No | INSIDE ENTRANCE | ☑Yes ☐No | ENGLISH, SPANISH & CHINESE | ☐Yes ☐No |
| l.  Right to cast a provisional ballot? | ☑Yes ☐No | INSIDE ENTRANCE | ☑Yes ☐No | ENGLISH, SPANISH & CHINESE | ☐Yes ☐No |
| m. Laws on voting fraud and misrepresentation? | ☐Yes ☑No | | ☐Yes ☐No | | ☐Yes ☐No |

2.  If you observed any other election-related signs or posters in and around the polling place, not covered above, please describe briefly:

CHINESE BALLOTS AVAILABLE HERE, AND HANDICAP SIGNS FOR ENTRANCE ± AND SPANISH ASSISTANCE AVAILABLE HERE, BUT NO SPANISH SPEAKING INTERPRETER. THE WARDEN (MAUREEN MCGRAL) SAY IF ANY SPANISH ASSISTANCE NEEDED, THEY'LL CALL CITY HALL AND SPEAK TO A SPANISH INTERPRETER FOR HELP. THEY WERE SPANISH SPEAKING POLL WORKER THERE AVAILABLE IN OTHER PRECINCTS IF NEEDED.

Initials:

*Ward 22 Precinct 6*

C.    Phones
  1.    Was a land line (telephone other than a mobile phone) available for use by the election officials in the polling place?    ☐ Yes    ☑ No

If so, indicate the type of telephone (e.g., private line, pay phone, etc.):

_____

Provide the telephone number: _____

If election officials used the above telephone at any time to contact county or state election officials, indicate under what circumstances.

*Use the phone for any question about voter Information Scanner problems, Poll Worker issues and Interpreting )*

  2.    If any other phone (e.g., mobile phone, radio remote, etc.) was used by election officials, indicate the type of telephone used ___*Cell phone*___ and under what circumstances the officials used this phone.

*The city hall provided a cell phone to precinct 22-6 but the phone number was not Available*

---

## 3. ELECTION OFFICIALS

*Ward 22 6    Precinct 6*

**A.  List each polling official on duty.  _Do NOT include special interpreters._**

WD/AD/ED, if applicable: _____

| Polling Official | Race or Ethnicity | Title and/or Function | Language(s)/Dialect(s) Spoken |
|---|---|---|---|
| Louise Tocci | W | Clerk | English |
| Etta Rosen | W | Inspector | English |
| Maureen McGrail | W | Warden | English |
| Yolanda Lowenstein | W/L | Inspector | English / Spanish (Bolivia) |
| Ricardo Whalen | W | Police detective | English / Spanish |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Initials: *J.P. ay*

6

WARD: 21
Precint: 9

| Polling Offial | Race | Title /function | Language |
|---|---|---|---|
| Marguerite Fagan ~~Election Official~~ (D) | White | Warden ~~Election Official~~ (R) | English |
| Princess Johnson | Black | Clerk | English |
| Arlene Dudley | White | Inspector | English |
| Boris Merlin | Russian | Inspector | Russian, English |

Ward: 21
Precinct: 8

| Polling officials | Race | Title/function | Language |
|---|---|---|---|
| ~~Warden~~ (R) Adrienne Savage | White | Warden | English |
| Victoria Donahue | White | Clerk | English |
| Eliza Abrina | Russian | Inspector | Russian, English |

Initials:

P.O. DJ

6
~~22~~ A

Bilingual Pollworker

Note times each polling official was absent from the polls:    WD/AD/ED, if applicable: _____

| Polling Official | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| ~~Lyudmila Moshkovich~~ | 2-00 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B.   If any of the poll officials identified above also provided interpretation assistance to voters (i.e, assistance in a minority language on election related procedures such as how to cast the ballot or an interpretation of the contents of the ballot, identify below.

If "none", check here: ☐                    WD/AD/ED, if applicable: _____

| Polling Official | Title | Type of Assistance Provided |
|---|---|---|
| No Assistance | Observe | |
| | | |
| | | |
| | | |
| | | |
| | | |

C.  Did any poll official(s) have a leadership role (e.g., in terms of resolving questions or disputes)?                    ☑ Yes    ☐ No

If so, who?  _Wardens - Adrienne Savage (Ward 21-8), Maureen McGrail (Ward 22-6)_

Did any poll official(s) fail to take an active part in terms of resolving questions or disputes?

☐ Yes    ☑ No

If so, who? _____

**Initials:**

7

## D. MASTER BOARD WORKER NOTES

☑ Not applicable to this coverage

1. Complete this chart by interviewing each WD/AD/ED **Master** Board Worker.

| WD/AD/ED | How were your Wards assigned? | If you have transportation, describe | Do you have a cell phone? |
|----------|-------------------------------|--------------------------------------|---------------------------|
|          |                               |                                      |                           |
|          |                               |                                      |                           |
|          |                               |                                      |                           |
|          |                               |                                      |                           |

2. Complete this chart by interviewing each WD/AD/ED Board Worker, **other than the Master** Board Worker.

| WD/AD/ED | Board Worker's Name | Describe what a MBW is and what a MBW does | If known, give name of your MBW | Do you have the phone number of your assigned MBW? |
|----------|--------------------|--------------------------------------------|--------------------------------|---------------------------------------------------|
|          |                    |                                            |                                |                                                   |
|          |                    |                                            |                                |                                                   |
|          |                    |                                            |                                |                                                   |
|          |                    |                                            |                                |                                                   |
|          |                    |                                            |                                |                                                   |

3. Observations of MBW activities -- If applicable, detail what the MBW does on site within or outside of the polling site:

Initials: J.P.

8

E. **Interpreters are persons assigned specifically to provide language assistance to voters who speak a language other than English.**

1. Were there interpreters assigned to this polling place?  ☑ Yes  ☐ No
   **If "no", skip the remaining questions on this page and proceed to Section 4.**

2. List each interpreter on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, check the box marked "Alternate".

WD/AD/ED, if applicable: _____

| Interpreter | Race/Ethnicity | Language(s) Spoken | Arrival Time | Alternate |
|---|---|---|---|---|
| MEI S WU | CHINESE | CANTONESE, MANDARIN, ENGLISH | 7:30 | |
| DMITRIY ILINSKIY | RUSSIAN | RUSSIAN ENGLISH | 7:20 | |
| LYNDMILA MOSHKOVICH | RUSSIAN | RUSSIAN | 7:15 | |
| YAN SU | CHINESE | CANTONESE, MANDARIN | 7:15 | |

*(left margin: PRECINCT 8 — MEI S WU; PRECINCT 9 — DMITRIY ILINSKIY, LYNDMILA MOSHKOVICH, YAN SU)*

Qi Wen Liu    CHINESE    CANTONESE, MANDARIN  3:30

Note times each interpreter was absent from the polls:    WD/AD/ED, if applicable: _____

*(left margin: PRECINCT 9)*

| Interpreter | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| YAN SU — went home due to Illness, & never return | 8:30 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. If any interpreter also performed other duties, identify the interpreter below and describe the duties performed. If "none", check here: ☑

WD/AD/ED, if applicable: _____

| Interpreter | Duties Performed |
|---|---|
| | |
| | |
| | |
| | |

Initials: 

9

## 4. VOTING PROCEDURES

A. Prior to Opening the Polls:                    WD/AD/ED, if applicable: _____

1. What time did the election officials arrive at the polling place? ___6Am___
   Indicate how this information was obtained:
   
   ☐ Observation    ☑ Questioning election officials

2. Were the election officials given an oath of office?    ☑ Yes    ☐ No

   If so, by whom? __On 9/19/07 at the city Hall__
   Indicate how this information was obtained:
   
   ☐ Observation    ☑ Questioning election officials

3. List the items such as envelopes, forms, notices, cards, sample ballots,
   challenged/affidavit/provisional ballots, etc. that were provided to the polling site. *Do*
   *not include signs identified on page 5.* Identify any items printed in a language other
   than English and specify the additional language(s).

   Mail-in voter registration forms (Chinese)
   Provisional ballots (Chinese)
   The poll workers told us that the mail-in voter
   registration forms and provisional ballots are available
   in Chinese and English only.

4. If observed, describe any other activities regarding the preparation of the polling place
   prior to the opening of the polls.

   No other activities were observed regarding the preparation
   of the polling place prior to the opening of the
   polls.

Initials: J.P

B. Poll Watchers                                    WD/AD/ED, if applicable: _____

   1. Were any poll watchers present?    ☑ Yes   ☐ No

   2. If so, obtain the following information. *If not, skip the remaining questions and proceed to part C below.*

*WArd 22- 6*

| Poll Watcher | Race/Ethnicity | Candidate or Party Representing |
|---|---|---|
| NAN Evens | W | Tim Schofield |
| John Mc Donald | W | MARK Ciommo |
| Patrick Galvin | W | Greg Glenno |
| Ruth Scheer | W | Schofield ——> wArd 21/9 |

   3. Did the election officials require the poll watchers to present any type of authorization?

   ☑ Yes ☐ No  If so, what? *A letter from City Council District ofthe City of Boston*

   If the election officials imposed any limitation on the activities of the poll watchers throughout the day, explain the limitations.

   – No to Interrupt with the voters in any way.
   – Stay outside the way of the voters
   – No wearing the name of the candidates
   – No talking to voters

   4. Were poll watchers permitted to observe all aspects of the voting process, other than the actual marking of the ballots?    ☑ Yes   ☐ No

   Explain any activities poll watchers were not permitted to observe.

---

C. While the Polls Were Open                        WD/AD/ED, if applicable: _____

   1. What time did the polls open? ___7 Am___

   Indicate how this information was obtained:

   ☑ Observation    ☐ Questioning election officials

   2. Were the names of the absentee voters marked on the poll list?  ☐ Yes    ☐ No

   3. Were the absentee ballots delivered to the polls?  ☐ Yes   ☐ No

   If so, by whom? _____

   *If "no", proceed to question 5 of this section.*

   4. Were the absentee ballots counted at the polls?

     ☐ Yes   ☐ No   ☐ Not Observed

Initials: J.P

11

5.   What voting system(s) for regular ballots was used in the polling place?

   a.   Direct recording electronic machines (DRE)?         ☐ Yes        ☐ No
        If yes, was the machine set to zero before voting began?

        ☐ Yes        ☐ No        ☐ Not Observed

        Was there an activator card (a device that the voter inserts into the machine to begin

        voting) given to the voter?                        ☐ Yes        ☐ No

        If yes, who programmed the activator card? _____

   b.   Lever machines?                                    ☐ Yes        ☐ No
        If yes, were the keys delivered in a sealed envelope on the outside of which was
        written the machine number and the protective counter number?

        ☐ Yes        ☐ No        ☐ Not Observed

        Did the public counter register zero before voting began?

        ☐ Yes        ☐ No        ☐ Not Observed

        If not, what number did the counter show? _____

        Was the machine locked before voting began?

        ☐ Yes        ☐ No        ☐ Not Observed

   c.   Punch cards?                                       ☐ Yes        ☐ No
        If yes, where were voted ballots deposited by the voter?

        ☐ Ballot box

        ☐ Scanner

        ☐ Poll Official

        ☐ Other (explain)

        If there was a scanner:

        Did it reject any ballots voters inserted?  ☐ Yes ☐ No      ☐ Not Observed

        Was it set to zero before voting began?  ☐ Yes ☐ No       ☐ Not Observed

        Were privacy sleeves used to keep ballot choices secret?

        ☐ Yes        ☐ No        ☐ Not Observed

**Initials:**

J.P

12

    d.  Optical scan cards ?          ☑ Yes      ☐ No

    If yes, where were voted ballots deposited by the voter?

    ☐ Ballot box

    ☑ Scanner

    ☐ Poll Official

    ☐ Other (explain)

    If there was a scanner:

    Did it reject any ballots voters inserted?  ☐ Yes  ☑ No    ☐ Not Observed

    Was it set to zero before voting began?  ☑ Yes  ☐ No    ☐ Not Observed

    Were privacy sleeves used to keep the ballot choices secret?

    ☑ Yes    ☐ No    ☐ Not Observed

    e.  Paper ballots?               ☐ Yes      ☐ No

    If yes, was the ballot box emptied?        ☐ Yes      ☐ No

    Were the blank ballots counted/numbered?

    ☐ Yes    ☑ No    ☐ Not Observed

    How many ballots were provided to the polling place?    _____

    Was the ballot box locked prior to the start of voting?

    ☐ Yes    ☐ No    ☑ Not Observed

    Where were voted ballots deposited by the voter?

    ☐ Ballot box

    ☐ Scanner

    ☐ Poll Official

    ☐ Other (explain)

**Initials:**

JP

13

6. If **DRE** or lever *voting machines* were used:

☐ Not applicable to this election

   a. Did the voter receive any form from the poll official indicating he/she was permitted to vote?    ☐ Yes ☐ No
      If so, from whom? _____

   b. Was there any time limitation imposed on voters?    ☐ Yes ☐ No
      If so, how long? _____

   c. Did any voter attempt to use a marked sample ballot?    ☐ Yes ☐ No

      If so, was the voter allowed to do so?    ☐ Yes ☐ No
      If not, who prevented its usage? _____

7. If *paper ballots, punch cards, or optical scan cards* were used:

☐ Not applicable to this election

   a. From whom did the voter receive the ballot? *from the Inspectors sitting at the Checking table*

   b. Where did the voter go to mark the ballot? *Voting booth*

   c. Was any time limitation imposed on voters?    ☐ Yes ☑ No
      If so, how long? _____

   d. Did any voter attempt to use a marked sample ballot?    ☐ Yes ☑ No

      If so, was the voter allowed to do so?    ☐ Yes ☐ No
      If not, who prevented its usage? _____

   e. Was another ballot made available to a voter if the voter spoiled his/her first ballot?

                              ☑ Yes ☐ No

D. Determining a Person's Eligibility to Vote

   *Each individual not permitted to vote is to be identified in Chart B "Persons Not Permitted to Vote" (page 26). At the end of the day, use Chart B to generalize a response to the following questions:*

   1. Describe generally what registration book(s) or list(s) were consulted at the <u>entrance</u> to the polling place or at the check-in table to determine the voter's registration status.

     *It is a live book called " City of Boston " Preliminary Municipal Election .*

**Initials:** *J.P.*

14

2. If a person's name was not found in the registration book(s) or list(s), did poll officials attempt to contact county election officials to verify or determine the voter's registration status? ☑ Yes    ☐ No    Explain.

The WArden is instruction ☒☒☒ to call City Hall and the info is provided for the WArden to instruct the voter.

3. If a person was registered in another precinct, what instruction, if any, was the voter given? The WArden must call City Hall or check "Look up" the voter's Address at the book nAme "Voting LocAtions" and send the voter to the correct precint.

4. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do? The voter will receive from the WArder or Inspecta a registration form to fill in and mail

5. Were any officials available at or near the polling place to register persons to vote?

☑ Yes    ☐ No

If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
| NAureen McGrail | WArden | WArd 22 - Precint 6 |
| MArguerite FagAn | WArden | WArd 21 Precint 9 |
| Adrienne SAvAge | WArden | WArd 21 Precint 8 |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the official(s) identified above to register for future elections?    ☑ Yes    ☐ No    Explain.

6. Describe any other actions, not included above, that were taken to determine a voter's registration status.

No any other action was taken.

Initials:

J.P

15

E. Use of Minority Language(s) at Polling Site and
   Minority Language Assistance from Poll Officials
   and Interpreters

   ☐ Not applicable to this coverage

1. If a minority language (one other than English) was spoken by polling
   officials/interpreters for general greetings or general conversation with voters, but no
   conversation regarding the specific election process took place in the minority language,
   indicate the general activity and conversation that took place, including the language(s)
   used, as the voter entered the polling site and throughout the time the voter was present in
   the polling place.

   No specific greetings or general conversation with voters, but
   just ask their name and address by polling officials. All
   Interpreters didn't interact with voters at the check-in
   table. These greetings were in English only, not in
   any minority language.

*Language assistance is any conversation in the minority language concerning the election
process (e.g., how to use the machine, translation of ballot, etc.) Individual accounts of
language assistance are to be provided in Charts C1, C2, C3, and C4 (pages 27-30). At the
end of the day, answer the following general questions about language assistance:*

2. General

   a. How was it determined who received minority language assistance (e.g., was each
      minority voter automatically given such assistance, or was help given only at the
      request of the voter, or did officials offer this help to only certain minority voters)?

      The Warden/Clerk/Inspector will ask the voter for
      their name and address and if they don't understand
      English or no response then the voter will be
      directed to the interpreter's table for
      assistance. This procedure was ask in English only.

   b. Were there any minority voters who were unable to sign their names?
      ☐ Yes   ☑ No   N/A⁽ᵃ⁾

      If so, were they offered assistance in the minority language in casting their ballots?
         ☐ Yes   ☐ No        If not, explain.

Initials:
J.P. DG

16

   c.  Did any voter who requested minority language assistance fail to receive such

       assistance?          ☐ Yes     ☑ No          If so, explain the circumstances.

 3. a.  Did any poll official or interpreters provide instruction ***in a minority language***
         on how to cast the ballot (e.g., how to use the machine, how to mark or punch the
         ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is

         allowed, how many votes may be cast for a given office, etc.)?  ☑ Yes     ☐ No

   ***If so, prepare one C4 Chart (page 30) for each official who gave such instructions and
   one C1 Chart (page 27) for each voter assisted by that official during the time the
   Observer is recording the interpretation of the instructions.  Observe as many instances
   of assistance by that official as necessary to accurately and completely record in
   English the instructions given in the minority language.  Enclose in quotation marks
   (" words") all words, if any, spoken in English by the official.  Include in the
   "Explanation" part of the C1 Chart any additional information.  As an example, if the
   instructions given by the official varied during the day, describe when it varied and
   how it varied for that official.*** All language assistance observerd was in Russian

   b.  Where was the instruction given?

       ☐ Inside the booth (or while voter is voting)

       ☑ Outside the booth (or before the voter began to vote)  voters were instructed to look at the
                                                                  Russian sample ballot

       If *outside* the booth, specify where: _____

       If instruction was given in the minority language on how to cast a ballot and was done so
       *outside* of the voting booth (or before the voter began to vote), generally how much time
       elapsed between the completion of the instruction and the time the voter entered the booth
       (or began to vote)?  _____

 4. a.  Was an interpretation of the ballot provided in the minority language to voters?

       ☐ Yes    ☑ No

   ***If so, prepare one C2 Chart (page 28) and/or C3 Chart (page 29), as appropriate, for
   each official who gave such interpretation and one C1 Chart (page 27) for each voter
   assisted by that official during the time the Observer is recording the interpretation of
   the ballot.  Observe as many instances of assistance by that official as necessary to
   accurately and completely record in English the interpretation given in the minority
   language (typically, at least 5 instances, if possible).  Enclose in quotation marks
   (" words") all words, if any, spoken in English by the official.  Include in the
   "Explanation" part of the C1 Chart any additional information.  As an example, if the
   interpretation given by the official varied during the day, describe when it varied and
   how it varied for that official.***

Initials:

JB

17

*N/A*    *JP*

b.  Where was the interpretation given?

☑ Inside the booth (or while voter is voting)

☑ Outside the booth (or before the voter began to vote)

If *outside* the booth, specify where: _around the check-in table where_ sample
If interpretation of the ballot was given in the minority language *outside* of the voting   ballots
booth (or before the voter began to vote), generally how much time elapsed between the   are posted
completion of the interpretation and the time the voter entered the booth (or began to
vote)? _one minute or less_

---

F.  Delays in Voting

1.  What was the average number of voters waiting in line to vote during the day? _None_

2.  What was the average length of time voters had to wait to vote? _less than a minute_

3.  Was there any time during the day when voters had to wait more than 15 minutes to vote?

☐ Yes    ☑ No    If so, provide the following information:

a.  The time the line formed _____ and the number of voters in line _____

b.  What voters were waiting for (e.g., to sign in, to receive help from an interpreter, to
enter a voting booth, etc.):

c.  What action, if any, did poll officials take to alleviate the delay? _N/A_

---

G.  Challenged, Affidavit, or Provisional Ballots

| ☐ Not applicable to this coverage |
| --- |

*Voters casting such ballots are to be identified in Chart D "Voters Casting Challenged,
Affidavit, or Provisional Ballots", (page 31). At the end of the day, those accounts are to
be generalized in response to the following questions:*

1.  Were challenged, affidavit, or other provisional-type ballots used?

☑ Yes    ☐ No    ☐ Not Observed

Initials:

*JP DY*

18

On what basis did the poll worker give the provisional ballot(s)?

*See 22 B for only Provisional Ballot obsewed.*

What language(s) were the ballots in? *English and Chinese*

2. What voting system is used for provisional ballots? *(P) Not observed*
   ☐ DRE?   ☐ Lever?   ☐ Optical Scan Card?   ☐ Punch Card?   ☑ Paper Ballot?

3. Is there an affirmation form/envelope that the voter must complete? ☑ Yes   ☐ No
   What languages were the form/envelope in? *English and Chinese (or)*

4. According to poll workers, under what circumstances are these provisional ballots used?
   *The Poll workers will provide a provisional ballots when a name of the voter not found in the blue book and also if there is a letter (I) next to their name (inactive). The voter will be given an affirmation form to complete and then a provisional ballot to cast.*

5. Did the poll worker provide written information to the provisional voter?
   ☑ Yes   ☐ No
   In what language(s)? *English, and Spanish*
   What did the document say?
   *To affirm that the voter is still a current and continuous residence for inactive voters. To provide address, date as inactive voter and that the voter registered to vote in the past and sign that he or she is still a residence of the above address provided.*

6. Did the document include information on how a voter can determine if his or her provisional ballot has been counted?   ☐ Yes   ☑ No

7. Were these provisional ballots kept separate from other ballots?
   ☑ Yes   ☐ No   ☐ Not Observed

8. Were these provisional ballots counted at the polls?
   ☐ Yes   ☐ No   ☑ Not Observed

**Initials:**

19

H. Identification (ID) Requirements

*To obtain some of the following information, Observers will have to ask questions of one or more polling officials. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

1. Under what circumstances, if any, do the poll workers say that they will ask a voter for ID? Only if the name of the voter is flag in their book.

2. Did the poll workers receive training about first-time voters who register by mail who are covered by ID requirements?　　　☑ Yes　　☐ No
If so, what were they taught in that training? The Polling official needs to ask the voter for an ID

3. Are voters who need to present ID "flagged" on the poll book or in some other manner?
☑ Yes　　☑ No (J.P)　　If so, describe.

4. Did you observe any voters being asked for identification? ☑ Yes　　☐ No
On what grounds were they asked?
The name of the voter was not on the Active list.

What form(s) of ID were the poll workers willing to accept?
Drivers License or Any Picture ID Official

If first-time voters who registered by mail did not have required ID, were they allowed to vote by provisional ballot?　　　☑ Yes　　☐ No
Please describe what occurred. In a provisional ballot and the ballot will be manually count.

I. Training of Interpreters or Bilingual Poll Officials

☐ Not applicable to this coverage

*The following information regarding the county's training of interpreters/officials should be obtained from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times when doing so would not interrupt or interfere with the voting or assistance process.*

There were not an Interpreter training in minority language.

Initials:

J.P

20

1. Did any of the interpreters (including any bilingual poll officials who interpreted the ballot for voters or provided procedural instructions in the minority language) receive training from the county on *__how to translate the contents of the ballot or how to provide procedural instructions in the minority language__*? ☐ Yes ☑ No

Did they receive notice that such a training session was scheduled? ☐ Yes ☑ No Explain.

*If no such training was received/attended, skip the remaining questions in this section and go to Section 5, "General".*

N/A 2. For each interpreter (or bilingual poll official who provided ballot interpretation or procedural instruction in the minority language), indicate in the chart below whether they received training *specifically on how to translate the ballot or how to provide procedural instructions in the minority language*, and identify when and where this training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training. *Do NOT include training for anything other than translation of the ballot or other procedural instructions given in the minority language.*

| Interpreter/Official | Trained (Yes or No) | When | Where | Length of Training | Who Conducted Training |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

N/A 3. Was part or all of the training conducted in the minority language? ☐ Yes ☐ No

N/A 4. Did the county use any audio-visual aid(s) (e.g., audio tape, video tape, flip chart) during the training session(s)? ☐ Yes ☐ No    If so, specify: _____

N/A 5. Did the county provide a copy of any audio-visual aid(s) to each of the interpreters?

☐ Yes ☐ No

If so, did each of the interpreters use the audio-visual aid(s) after the training session?

☐ Yes ☐ No

Did they find the audio-visual aid(s) helpful? ☐ Yes ☐ No

Describe any comments about the audio-visual aid(s).

Initials:

21

6.  Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

*No suggestions or comments.*

## 5. GENERAL

A.  Describe the nature and extent of your contact with poll officials.  Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g., observing assisted voters, obtaining information about persons not permitted to vote, or obtaining information about interpreter training, etc.).

*The poll officials (Warden, Clerk, Inspectors, Police officer) were cordial and courteous. Willing to provide the information as needed.*

B.  Provide information on the presence of any law enforcement officials and any of their activities you observed.

*The Police Officers were Assisting the voters on the "Check out table".*

C.  Provide information on the presence of any media (e.g., newspaper, radio, television, etc.) and any of their activities you observed.  Identify media names and/or call letters.

*No media presence at polling site.*

D.  Indicate if you observed any voters or others (especially minorities) being treated rudely by poll officials or others, (describing the actual words and actions taken).

*No observation of any voters being treated rudely by poll officials*

E.  Describe any election-related incidents which occurred, but are not recorded elsewhere in the report. *Use blank continuation sheets for additional items, as needed.*

*No incidents occurs observed at Polling site.*

Initials:

*J.P.  CG*

22

From 12:30 pm a "State Observer" came in to the polling site to observe the voting process. His name is:

William J. Donahue
Secretary of State's Office
1 Ashburton Place
Boston, MA

**Initials:**

J.P

22 __A__

# Provisional Ballot Issue.

The voter ████████████ went to vote at YMCA in Brighton because she moved recently to ████████ st.., which belongs to Ward 22 precint 6.

When ████ Arrived at the YMCA the polling official (voter did not know the name of the official) informed her that her name was not on their "Blue book" (List of Register voter book) but that she should come to her previous precint (Ward 21, precint 6) to see if her name was still on the book/List of this precint.

████████ Arrived at Ward 21 precint 6 upset for the running around. Maureen Mc Grail (Warden) informed ████████ that her name was not on this precint book.

Maureen (Warden) called the City Hall. City Hall Advised the warden to let ████ vote Provisional Ballot and to also fill out a Mail in Registration form.

The End.

Initials:

22 __B__

the Candidate's names are translate In Chinese in each ballot.

Initials:

22 C

□ None Observed
□ Not applicable to this coverage

## CHART A – VOTING TALLY SHEET     WD/AD/ED, if applicable: _____

| PERSONS PERMITTED TO VOTE | | | | |
|---|---|---|---|---|
| Time[1] | Race or Ethnicity | Number of Voters | Totals | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Subtotal | | |
| | | Grand Total (if last page of tally sheet) | | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:



23

*ward 21*
*precinct 9*

☐ None Observed
☐ Not applicable to this coverage

## CHART A1 – LANGUAGE ASSISTANCE TALLY SHEET

WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Language Assistance | | | | | | Total Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | *Chinese* ~~Indian~~ | *Vietnamese* Hisp. | ~~Asian~~ | Black | White | *Russian* Other | |
| 7-8:00AM | | | | | | | | |
| 8-9:00AM | | | | | | | | |
| 9-10:00AM | Lyndmila Moshkovich | | | | | | ll | |
| 10-11:00AM | ~~Family/Friend~~ (or) Lyndmila Moshkovich | | | | | | ll | |
| 11 - 12:30PM | | | | | | | | |
| 12:30-1:30PM | Lyndmila Moshkovich | | | | | | l | |
| 1:30-2:30PM | | | | | | | | |
| 2:30-3:30PM | ~~Family/Friend~~ (or) Boris Meriin | | | | | | l ll | |
| 3:30-4:30PM | | | | | | | | |
| 4:30-5:30PM | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | Subtotal | | 8 |
| | | | | | Grand Total (if last page of tally sheet) | | | 8 |

{ 4

{ 6

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:



24

☑ None Observed
☐ Not applicable to this coverage

# CHART A2 – NON-LANGUAGE ASSISTANCE TALLY SHEET

" _Disable Assistance Only_ WD/AD/ED, if applicable:

| Time[1] | Interpreter, Official, or Other Providing Assistance | Voters Receiving Non-Language Assistance | | | | | | Total Non-Language Assistance |
|---|---|---|---|---|---|---|---|---|
| | | Number of Voters | | | | | | |
| | | Indian ~~Chinese~~ | Hisp. | ~~Asian~~ Vietnamese | Black | White | Other | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Family/Friend | | | | | | | |
| | | | | | | | Subtotal | |
| | | | | | | | Grand Total (if last page of tally sheet) | |

[1] Note hour intervals (e.g., 6 a.m.- 7 a.m., 7 a.m.- 8 a.m.)

Initials:



25

☑ None Observed
☐ Not applicable to this coverage

# CHART B – PERSONS NOT PERMITTED TO VOTE

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| **Address** | | | **Address** | | |
| **Federal Certificate of Eligibility Number, if any** N/A | | | **Federal Certificate of Eligibility Number, if any** N/A | | |
| **Language Spoken** *(if other than English)* | | | **Language Spoken** *(if other than English)* | | |

| Name/Title of Official Not Permitting Vote | Race | Name/Title of Official Not Permitting Vote | Race |
|---|---|---|---|
| **Reason for Not Permitting Vote** | | **Reason for Not Permitting Vote** | |
| **Specify what the official did or suggested that the voter do in order to vote.** | | **Specify what the official did or suggested that the voter do in order to vote.** | |
| **Reason Voter Believes He/She Should Be Permitted to Vote** | | **Reason Voter Believes He/She Should Be Permitted to Vote** | |
| **Information obtained from:** ☐ Observation ☐ Questioning Voter | | **Information obtained from:** ☐ Observation ☐ Questioning Voter | |

Initials:

J.P 

26

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ██████████    Race: _Russian_    Begin Time: _10 ᵂ_    End Time: _10 ᵒ⁴_

Interpreter or Election Official: _Lyudmila Moschkovich_    Observer: _Tony Perez_

Assistance Occurred: ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | |
| Ask voter for choice of assistor | | | ✓ | |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | | | ✓ | |
| Name the political parties for each candidate on the ballot | | | ✓ | |
| Name each office on the ballot | | ✓ | | |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | | ✓ | | |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

<u>Explanation:</u>

Initials: _J.P_ _[signature]_

27

*Precinct: 9*

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████████     Race: *Russian*     Begin Time: *8:30*     End Time: *8:52*

Interpreter or
Election Official: *Lyndmila Moshkovich*     Observer: *Onlei Jung*

Assistance Occurred:  ☑ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, **(if other than language):** _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | *Russian* |
| Ask voter for choice of assistor | ✓ | | | *Russian* |
| Permit the voter's choice of assistor | | | ✓ | |
| Name each candidate on the ballot | ✓ | | | *Russian* |
| Name the political parties for each candidate on the ballot | ✓ | | | " |
| Name each office on the ballot | ✓ | | | " |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | *Russian* |
| Mark the ballot contrary to the voter's wishes | *E.P.M.* | ✓ | | *Russian* |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | ✓ | | | *Russian* |

Explanation: _____

Initials: *E.P. DJ*

27 *A*

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ███████████     Race: _Russian_   Begin Time: _10:50_   End Time: _11:52_

Interpreter or
Election Official: _Lyndmila Moshkovich_     Observer: _ON LEI JUNG_

Assistance Occurred: ☑ Inside the booth (or while voter is voting)

☐ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, **(if other than language):** _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?

### *NOTE: If the answer is not 100% "YES", mark "NO"*

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Russian |
| Ask voter for choice of assistor | | | N/A | |
| Permit the voter's choice of assistor | | | N/A | |
| Name each candidate on the ballot | ✓ | | | Russian |
| Name the political parties for each candidate on the ballot | | ✓ | | |
| Name each office on the ballot | ✓ | | | Russian |
| Explain each proposition on the ballot | | ✓ | | |
| Explain when the voter can vote for more than one candidate for an office | | ✓ | | |
| Allow the voter to mark the ballot | ✓ | | | |
| Mark the ballot contrary to the voter's wishes | ☺ N/A | ✓ | | Russian |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation:

_[signatures]_

Initials:

27 _B_

*Precinct : 9*

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ██████████████    Race: *Russian*    Begin Time: *2:40*    End Time: *2:50*

Interpreter or
Election Official: *Boris Meriin*    Observer: *Onlei Jung*

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | *Russian* |
| Ask voter for choice of assistor | | ✓ | ✓ | |
| Permit the voter's choice of assistor | | ✓ | | |
| Name each candidate on the ballot | | | N/A | |
| Name the political parties for each candidate on the ballot | | | N/A | |
| Name each office on the ballot | | | N/A | |
| Explain each proposition on the ballot | | | N/A | |
| Explain when the voter can vote for more than one candidate for an office | ✓ | | | *Russian* |
| Allow the voter to mark the ballot | ✓ | | | *Russian* |
| Mark the ballot contrary to the voter's wishes | ✓ | | | *Russian* |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

Explanation:

Initials:

27  *C*

*Precinct: 9*

☐ None Observed
☐ Not applicable to this coverage

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Voter: ████████████  Race: *Russian*  Begin Time: *2:40*  End Time: *2:50*

Interpreter or Election Official: *Boris Meriin*  Observer: *Onlei Jung*

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE: If the answer is not 100% "YES", mark "NO"

| Action: Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | *Russian* |
| Ask voter for choice of assistor | | ✓ | | |
| Permit the voter's choice of assistor | | ✓ | ✓ | |
| Name each candidate on the ballot | | | N/A | |
| Name the political parties for each candidate on the ballot | | | N/A | |
| Name each office on the ballot | | | N/A | |
| Explain each proposition on the ballot | | | N/A | |
| Explain when the voter can vote for more than one candidate for an office | ✓ | | | *Russian* |
| Allow the voter to mark the ballot | ✓ | | | *Russian* |
| Mark the ballot contrary to the voter's wishes | | ✓ | | *Russian* |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

<u>Explanation:</u>

Initials:

*J·P*  ████

27 *D*

*Precinct: 9*

| |
|---|
| ☐ None Observed |
| ☐ Not applicable to this coverage |

# CHART C1 – VOTERS NEEDING ASSISTANCE (CHECKLIST)

WD/AD/ED, if applicable: _____

Vote ████████████ Race: *Russian* Begin Time: *2:40* End Time: *2:50*

Interpreter or
Election Official: *Boris Meriin* _____ Observer: *Onlei Jung* _____

Assistance Occurred:  ☐ Inside the booth (or while voter is voting)

☑ Outside the booth (or before voter begins voting)

Reason Voter Needed Assistance, (if other than language): _____

## Did the election official providing assistance perform any of the actions listed in the table below for the voter?
### NOTE:  If the answer is not 100% "YES", mark "NO"

| Action:  Place a checkmark (✓) in the appropriate block for each action, and indicate if minority language was used during that action. | Yes | No | N/A | In Minority Language |
|---|---|---|---|---|
| Ask if assistance was needed | ✓ | | | Russian |
| Ask voter for choice of assistor | | ✗ | ✓ | |
| Permit the voter's choice of assistor | | ✗ | ✓ | |
| Name each candidate on the ballot | | ✗ | N/A | |
| Name the political parties for each candidate on the ballot | | | N/A | |
| Name each office on the ballot | | | N/A | |
| Explain each proposition on the ballot | | | N/A | |
| Explain when the voter can vote for more than one candidate for an office | ✓ | | | Russian |
| Allow the voter to mark the ballot | ✓ | | | Russian |
| Mark the ballot contrary to the voter's wishes | ✗ | | | Russian |
| Attempt to rush the voter through the ballot | | ✓ | | |
| Explain write-in procedures | | ✓ | | |

<u>Explanation:</u>

☐ None Observed
☐ Not applicable to this coverage

## CHART C2 – ASSISTANCE IN A MINORITY LANGUAGE (OFFICES)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Office | Translation (Include words spoken in English in quotation marks) |
|--------|------------------------------------------------------------------|
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |
|        |                                                                  |

Initials:

☐ None Observed
☐ Not applicable to this coverage

## CHART C3 – ASSISTANCE IN A MINORITY LANGUAGE (PROPOSITIONS)

WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Proposition | Number | Translation (Include words spoken in English in quotation marks) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Initials:

☐ None Observed
☐ Not applicable to this coverage

## CHART C4 – ASSISTANCE IN A MINORITY LANGUAGE
### (VOTING PROCEDURES)    WD/AD/ED, if applicable: _____

Interpreter/Official: _____    Observer: _____

| Procedure | Translation (Include words spoken in English in quotation marks) |
|---|---|
|  | All Assistance was in Russian Observers do not speack Russian |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

J.P.

30

☐ None Observed
☐ Not applicable to this coverage

## CHART D – VOTERS CASTING CHALLENGED-☐, AFFIDAVIT-☐, OR PROVISIONAL-☑ BALLOTS

WD/AD/ED, if applicable:

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ███████████ | W | 5:00PM | | | |

| Address *INCLUDE PHONE #* | Address |
|---|---|
| ███████ Voter Did not provide phone  Brighton, MA | |

| Language Spoken *(if other than English)* | Language Spoken *(if other than English)* |
|---|---|
| English | |

| Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race | Name/Title of Challenger or Person Providing the Provisional/Affidavit Ballot | Race |
|---|---|---|---|
| | W | | |

| Reason Voter moved to ██████ st (ward 22 precinct 6) but her name was not listed on this precinct, so ward 22 #6 asked her to come to this precinct but her name was not in this book either | Reason |
|---|---|

| Voter's Response  She was upset of the running around! Happy to vote anyways. She also fill out a mail in Registration Form. | Voter's Response |
|---|---|

Information obtained from:

☑ Observation

☐ Questioning Voter

Information obtained from:

☐ Observation

☐ Questioning Voter

1. Did the election official check with voter registration officials? ☑ Yes   ☐ No

2. Was the voter advised to check with the voter registration officials? ☑ Yes   ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes   ☑ No   If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☑ Yes   ☐ No

1. Did the election official check with voter registration officials? ☐ Yes   ☐ No

2. Was the voter advised to check with the voter registration officials? ☐ Yes   ☐ No

3. Did the election officials tell the voter he/she was registered elsewhere?
   ☐ Yes   ☐ No   If so, where?

4. Was the ballot kept separate from the unchallenged ballots? ☐ Yes   ☐ No

Initials:

✗ See Attach Attach Page 22 B
(JP)

31

JP

# CHART E – PROCEDURES AFTER THE POLLS CLOSE

WD/AD/ED, if applicable: _____

1. What time did the polls close?  *not observe*

□ Not applicable to this coverage

2. Were there any persons in line to vote when the polls closed?

   □ Yes       □ No    *not observe*

   If so, how many? _____

3. Were all persons who were in line when the polls closed permitted to vote?  *not observe*

   □ Yes       □ No

   If not, who would not permit them to vote and what reason(s), if any, was given?

---

*The following questions (on pages 32 – 41) concern the counting of ballots.  If no Observer was present for the counting, check the box below, ignore the remainder of Chart E, and go to Chart F on page 42.*

□ **The Observer Team was not present for any procedures related to the counting of ballots.**

---

4. If **paper ballots** were used and counted at the polls:

   a. Were additional workers used to assist in the count?  □ Yes   □ No

   □ Not applicable to this election

   If so, were these persons administered an oath?   □ Yes    □ No

   b. Was the table cleared before the ballot box was emptied?  □ Yes    □ No

   c. Who removed the ballots? _____

   d. Were the ballots opened and stacked?   □ Yes    □ No

   If so, by whom? _____

   e. Who read the ballots? _____

   f. Did anyone hand the ballots to the reader?   □ Yes    □ No

   If so, who? _____

   g. Was each ballot read as marked?  □ Yes    □ No
   If not, how many were not properly read? _____
   How were they misread?

Initials:

J.P. [signature]

h.  What was done with the ballots after they were read?

i.  How many paper ballots were totally rejected? _____    Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Initials:**

33

j.  How many paper ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Initials:

k. Tallying of Ballots
  1. Names of officials who kept each tally (it may be that only one tally sheet is kept). If more than one person kept the single tally sheet, note the period of time each person worked.

| Tally Sheet #1 | | Tally Sheet #2 | |
|---|---|---|---|
| Name | From – To | Name | From – To |
| a. | | a. | |
| b. | | b. | |
| c. | | c. | |

l. Were the poll watchers and all other interested persons allowed the opportunity to view the counting process? ☐ Yes   ☐ No       If not, explain.

m. List the items placed in the ballot box.

n. List the items not placed in the ballot box and indicate where they were placed.

o. What time did the ballot box leave the polling place? _____

   Who took it? _____

   Was it locked? ☐ Yes   ☐ No       Was it sealed? ☐ Yes   ☐ No

p. What time did the Observer Team leave the polling place? _____   Did an Observer accompany the ballot box?   ☐ Yes       ☐ No

5. If **DRE** or lever **voting machines** were used:

   | ☐ Not applicable to this election |
   |---|

   a. Were the machines locked and sealed against further voting? ☐ Yes   ☐ No

      If so, by whom? _____

   b. Who read the count from the machine? _____

Initials:

J.P.

35

c. Was the count verified by another official?    ☐ Yes    ☐ No    If so, by whom?

_____

d. Was it read correctly?                          ☐ Yes    ☐ No
e. Who recorded the vote on the official return sheets? _____

f. Was the vote recorded accurately?               ☐ Yes    ☐ No
g. List the serial numbers of the machines and record the public counter of each machine at the end of voting.

| Machine | Public Counter | Machine | Public Counter | Machine | Public Counter |
|---------|----------------|---------|----------------|---------|----------------|
|         |                |         |                |         |                |
|         |                |         |                |         |                |

h. Was the vote announced by the poll officials?    ☐ Yes    ☒ No
i. Were the poll watchers provided an opportunity to compare the announced results with the figure on the counter?                          ☐ Yes    ☐ No
j. Were the absentee votes counted and tabulated with the votes shown on the machines?
   ☐ Yes    ☐ No
k. Was the statement of results signed and certified by the poll officials?
   ☐ Yes    ☐ No

l. Was the statement delivered to the election officials?    ☐ Yes    ☐ No

   By whom? _____
m. As soon as the count was completed and the results announced, was the counter compartment locked?    ☐ Yes    ☐ No    By whom? _____
n. Describe what was done with the election supplies such as poll lists, challenged ballots, etc.

o. What time did the Observer Team leave the polling place? _____

Initials:

36

6. If **punch cards or optical scan cards** were used:

   a. Was a duplicate report of the number of persons voting prepared?  ☐ Yes  ☐ No

> ☐ Not applicable to this election

   By whom? _____

   b. What was done with the election supplies such as ballot stubs, etc.?

   c. Was the ballot box sealed?  ☐ Yes  ☐ No  By whom? _____

   d. If appropriate, who took the ballot box to the counting center? _____

   Did an observer accompany the ballot box?  ☐ Yes  ☐ No

   e. What time did the Observer Team leave the polling place? _____

---

7. Absentee Ballots

   a. Were the absentee ballots opened and stacked?

> ☐ Not applicable to this election

   ☐ Yes  ☐ No

   By whom? _____

   b. Who read the absentee ballots? _____

   c. Did anyone hand the ballots to the reader?  ☐ Yes  ☐ No

   If so, who? _____

   d. Was each ballot read as marked?  ☐ Yes  ☐ No  If not, how many were not properly read? _____  How were they misread?

   e. What was done with the ballots after they were read?

**Initials:**

*J.l ඬ*

37

f.  How many absentee ballots were totally rejected? _____ Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

g. How many absentee ballots were partially rejected? _____ Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
|  | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Initials:

38

8. Challenged, Affidavit, or Provisional Ballots
   a. Were the challenged/affidavit/provisional ballots opened and stacked?

   ☐ Not applicable to this election

      ☐ Yes    ☐ No   By whom? _____

      _____

   b. Who read the ballots?    _____

   c. Did anyone hand the ballots to the reader?   ☐ Yes    ☐ No

      If so, who? _____

   d. Was each ballot read as marked?   ☐ Yes    ☐ No        If not, how many were not properly read?  _____    How were they misread?

   e. What was done with the ballots after they were read?

   f.  How many challenged/affidavit/provisional ballots were totally rejected?

      _____

      Give reasons below:

| Reason for Rejection | Candidates Voted For |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Initials:

39

g. How many challenged/affidavit/provisional ballots were partially rejected? _____
   Provide complete information below:

| Office Voted For | Reason for Rejection | | | |
|---|---|---|---|---|
| | More Names Marked than Persons to be Elected (Double Vote) | Fewer Names Marked than Persons to be Elected | No Clear Choice | Other (Specify) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9. Election Results

a. *Provide election results in the following table. Compare Observer count with official count. If challenged and/or absentee ballots were not counted by officials with the rest of the votes, note in separate columns.*

☐ Not applicable to this election

Initials:  

40

| Candidates | Observer Count | Official Count | Challenged Ballot Count | Absentee Ballot Count |
|---|---|---|---|---|
| Office: | | | | |
|     Name | | | | |
|     Name | | | | |
| Office: | | | | |
|     Name | | | | |
|     Name | | | | |
| Office: | | | | |
|     Name | | | | |
|     Name | | | | |
| Office: | | | | |
|     Name | | | | |
|     Name | | | | |
| Office: | | | | |
|     Name | | | | |
|     Name | | | | |
| Office: | | | | |
|     Name | | | | |
|     Name | | | | |
| Office: | | | | |
|     Name | | | | |
|     Name | | | | |
| Office: | | | | |
|     Name | | | | |
|     Name | | | | |
| Office: | | | | |
|     Name | | | | |
|     Name | | | | |
| Office: | | | | |
|     Name | | | | |
|     Name | | | | |
| Office: | | | | |
|     Name | | | | |
|     Name | | | | |

    b.   Provide any additional comments regarding activities while the votes were being counted.

Initials:



41

☐ Not applicable to this coverage

## CHART F – NAMES OF PERSONS PERMITTED TO VOTE  WD/AD/ED, if applicable: _____

| Name | Race | | Name | Race |
|---|---|---|---|---|
| 1 | | 28 | | |
| 2 | | 29 | | |
| 3 | | 30 | | |
| 4 | | 31 | | |
| 5 | | 32 | | |
| 6 | | 33 | | |
| 7 | | 34 | | |
| 8 | | 35 | | |
| 9 | | 36 | | |
| 10 | | 37 | | |
| 11 | | 38 | | |
| 12 | | 39 | | |
| 13 | | 40 | | |
| 14 | | 41 | | |
| 15 | | 42 | | |
| 16 | | 43 | | |
| 17 | | 44 | | |
| 18 | | 45 | | |
| 19 | | 46 | | |
| 20 | | 47 | | |
| 21 | | 48 | | |
| 22 | | 49 | | |
| 23 | | 50 | | |
| 24 | | 51 | | |
| 25 | | 52 | | |
| 26 | | 53 | | |
| 27 | | 54 | | |
| Subtotals By Race | | | Subtotals By Race | | |

Initials:

42