UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                 )
UNITED STATES OF AMERICA,        )
               Plaintiff,        )
                                 )
        v.                       )    CIVIL ACTION NO.
                                 )    05-11598-WGY
CITY OF BOSTON, MASSACHUSETTS,   )    THREE-JUDGE COURT
ET AL.,                          )
                                 )
               Defendants.       )
_____)
```

ORDER

October 30, 2007

In light of the denial of the Joint Motion to Clarify [Docket No. 72], the Court allows the City of Boston's motion to dismiss the intervenor defendant, the Secretary of the Commonwealth [Docket No. 110]. The dismissal shall be without prejudice.

SO ORDERED.

For the Three-Judge Court,

/s/ William G. Young
William G. Young
United States District Judge